MOATT INVATT
CLOSED

i

INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>FAX 808/521-6841<br>808/599-2436<br>Suite 400<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND<br>223 South King Street<br>Honolulu, HI 96813 |
| NA 'IMI PONO, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KIPUKA, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| DONALD H. RUMSFELD, Secretary of Defense<br>    Defendant - Appellee | Kathryn E. Kovacs, Esq.<br>FAX 202/514-8865<br>202/514-4010<br>[COR LD NTC usa]<br>Michael T. Gray, Esq.<br>FAX 202/353-1873<br>202/305-4903<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Thomas Sansonetti, Asst. Aty. Gen.<br>FAX 202/514-5671<br>[COR LD gov]<br>DOJ - U.S. DEPARTMENT OF |

INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al

                                  JUSTICE
                                  Environmental Enforcement
                                  Section
                                  P.O. Box 7611, Ben Franklin
                                  Station
                                  Washington, DC 20044-7611

                                  Thomas L. Sansonetti, Esq.
                                  FAX 202/305-0202
                                  202/305-0340
                                  [COR LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Environment & Natural Resources
                                  Div.
                                  P.O. Box 4390
                                  Washington, DC 20044-4390

                                  Barry A. Weiner, Esq.
                                  FAX 202/305-0202
                                  202/305-0469
                                  [COR LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Environment & Natural Resources
                                  Division
                                  P.O. Box 663
                                  Washington, DC 20044-0663

LES BROWNLEE, Acting Secretary
of the United States
Department of the Army
    Defendant

FRANCIS J. HARVEY, Dr.,          Michael T. Gray, Esq.
Secretary of the United Staes    (See above)
Department of the Army           [COR LD NTC usa]
    Defendant - Appellee
                                  Harry Yee
                                  (See above)
                                  [COR LD NTC aus]

                                  Thomas Sansonetti, Asst. Aty.
                                  Gen.
                                  (See above)
                                  [COR LD gov]

                                  Thomas L. Sansonetti, Esq.
                                  (See above)
                                  [COR LD NTC gov]

                                  Barry A. Weiner, Esq.
                                  (See above)
                                  [COR LD NTC gov]