## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **FEDERAL DEFENDANTS' NOTICE OF EMERGENCY REMAND FROM THE COURT OF APPEALS** was served on November 6, 2006 by hand delivery on the following:

David L. Henkin, Esq.
Earthjustice
223 S. King Street, Suite 400
Honolulu, Hawaii 96813

_____
Harry Yee