DAVID L. HENKIN #6876
ISAAC H. MORIWAKE #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai‘i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ‘ĪLIO‘ULAOKALANI COALITION, a Hawai‘i nonprofit corporation; NĀ ‘IMI PONO, a Hawai‘i unincorporated association; and KĪPUKA, a Hawai‘i unincorporated association,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>        Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT AND TO JOIN NECESSARY PARTIES; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "A;" CERTIFICATE OF SERVICE<br><br><u>Hearing</u>:<br><br>Date: _____, 2006<br>Time: _____ \_\_.m.<br>Judge: Hon. _____ |

<u>PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO FILE SECOND AMENDED
COMPLAINT AND TO JOIN NECESSARY PARTIES</u>

PLEASE TAKE NOTICE that plaintiffs 'Īlio'ulaokalani Coalition, Nā 'Imi Pono, and Kīpuka's (collectively, "the Hawaiian Groups'") Motion to File Second Amended Complaint and to Join Necessary Parties shall come on for hearing before _____, on _____, at _____, or as soon thereafter as counsel can be heard, in his Courtroom in the United States Courthouse, Prince Jonah Kūhiō Kalaniana'ole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i.

In this motion, the Hawaiian Groups seek leave to amend their complaint to join C.R. Churchill, D.A. Heenan, Richard W. Gushman II, and Ronald J. Zlatroper, the duly appointed, qualified and acting trustees under the Will and of the Estate of James Campbell; John Ray, Timothy E. Johns, and Warren Haruki, the duly appointed, qualified and acting trustees of the Parker Ranch Foundation Trust; the Parker Land Trust; and Parker Ranch, Inc. (collectively, "the Landowners") as necessary parties in this action with respect to issues of injunctive relief. Such joinder is required by Federal Rule of Civil Procedure 19(a) and Ninth Circuit precedent because relief the Hawaiian Groups intend to seek in proceedings before this Court – i.e., setting aside the land transactions between the Landowners and defendants Donald H. Rumsfeld, Secretary of Defense, and Francis J. Harvey, Secretary of the United States Department of the Army, (collectively, "the Army") based on the Army's National Environmental Policy Act violations – may "impair or impede the [Landowners'] ability to protect their interest[s]" and because, in the

2

Landowners' absence, "complete relief cannot be accorded among those already parties." Fed. R. Civ. P. 19(a); see also Kettle Range Conservation Group v. United States Bureau of Land Mgm't, 150 F.3d 1083, 1086 (9th Cir. 1998). Granting leave to file the Second Amended Complaint to join the Landowners as defendants is consistent with Federal Rule of Civil Procedure 15(a)'s mandate that leave to amend pleadings "shall be freely given" to permit the Court to consider the Hawaiian Groups' request for relief. A copy of the proposed Second Amended Complaint is attached as Exhibit "A."

    This motion is based on Federal Rules of Civil Procedure 7, 19, and 15, the attached memorandum, the pleadings, record, and files herein, and such other matters as may be presented to the Court.

DATED:   Honolulu, Hawai'i, November 7, 2006.

>EARTHJUSTICE
>David L. Henkin
>Isaac H. Moriwake
>223 South King Street, Suite 400
>Honolulu, Hawai'i 96813
>
>By:   /s/ David L. Henkin
>      DAVID L. HENKIN
>      ISAAC H. MORIWAKE
>      Attorneys for Plaintiffs