IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>      Defendants. | Civil No. 04-00502 DAE BMK<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING MOTION TO FILE SECOND AMENDED COMPLAINT AND TO JOIN NECESSARY PARTIES |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO
SHORTEN TIME FOR HEARING MOTION TO FILE
SECOND AMENDED COMPLAINT AND TO JOIN NECESSARY PARTIES

    Plaintiffs' Motion to Shorten Time for Hearing Motion to File Second Amended Complaint and to Join Necessary Parties having been presented to the Court ex parte, the Court having been fully apprised of the matters therein, and good cause appearing therefor,

IT IS HEREBY ORDERED, that Plaintiffs' Ex Parte Motion to Shorten Time for Hearing Motion to File Second Amended Complaint and to Join Necessary Parties is GRANTED, such that Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties will be heard by this Court on November 16, 2006, at 9:30 a.m.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 9, 2006

---

ʻĪlioʻulaokalani Coalition, et al. v. Rumsfeld, et al., Civ. No. 04-00502  DAE BMK (D. Haw.); ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING MOTION TO FILE SECOND AMENDED COMPAINT AND TO JOIN NECESSARY PARTIES