DAVID L. HENKIN          #6876
ISAAC H. MORIWAKE        #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | Civil No. 04-00502 DAE BMK <br><br> PLAINTIFFS' NOTICE OF FILING SUBSTITUTE PROPOSED SECOND AMENDED COMPLAINT; EXHIBIT "B"; CERTIFICATE OF SERVICE <br><br> <u>Hearing</u>: <br><br> Date:  November 16, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Barry M. Kurren |

PLAINTIFFS' NOTICE OF FILING
<u>SUBSTITUTE PROPOSED SECOND AMENDED COMPLAINT</u>

PLAINTIFFS' NOTICE OF FILING
SUBSTITUTE PROPOSED SECOND AMENDED COMPLAINT

Plaintiffs ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka (collectively, the "Hawaiian Groups") hereby submit a revised proposed Second Amended Complaint, to be substituted for the previous version attached to the Hawaiian Groups' Motion To File Second Amended Complaint And To Add Necessary Parties ("Joinder Motion"), filed on November 7, 2006.  The substitute proposed pleading is attached hereto as Exhibit "B."

Subsequent to the expedited filing of their Joinder Motion, the Hawaiian Groups were able to confirm the specific entity required to be joined as a necessary party with respect to the defendants' acquisition of about 24,000 acres of land on the island of Hawaiʻi, and have revised their proposed Second Amended Complaint accordingly.  The Hawaiian Groups respectfully request the Court to substitute the attached proposed Second Amended Complaint for the previously filed version in considering the Hawaiian Groups' Joinder Motion, which is scheduled to be heard on November 16, 2006.

\\

\\

\\

\\

\\

DATED:     Honolulu, Hawaiʻi, November 9, 2006.

EARTHJUSTICE
David L. Henkin
Isaac H. Moriwake
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813

By:     /s/ David L. Henkin
        DAVID L. HENKIN
        ISAAC H. MORIWAKE
        Attorneys for Plaintiffs

2