## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF**:

| | | |
|---|---|---|
| HARRY YEE | harry.yee@usdoj.gov | November 9, 2006 |

Attorney for Defendants

**Served via Email and**
**first-class, United States mail**:

BARRY A. WEINER                                                                                November 9, 2006
United States Department of Justice
Environment & Natural Resource Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Email: Barry.Weiner@usdoj.gov

Attorney for Defendants

DATED:    Honolulu, Hawai'i, November 9, 2006.

                                            /s/ David L. Henkin
                                            DAVID L. HENKIN
                                            ISAAC H. MORIWAKE
                                            Attorneys for Plaintiffs