TABLE OF CONTENTS

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 2

II.  BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . 6

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . 9

     A.   This Court, Lacks Jurisdiction to Consider
          Plaintiffs' Motion to Amend and to Join
          Additional Parties Until the Ninth Circuit
          Has Issued Its Mandate . . . . . . . . . . . . . . . . 9

     B.   Plaintiffs' Motion to Amend the Complaint
          to Add Futile, Indeed Frivolous, Claims
          for Relief Must Be Denied . . . . . . . . . . . . . . 10

          1.   The Plaintiffs May Not Divest the
               United States of Property through
               a NEPA Lawsuit . . . . . . . . . . . . . . . . . 11

          2.   Amendment of the Complaint to Seek
               Relief Concerning the Campbell Estate
               Property is Barred by the Doctrine of
               Res Judicata . . . . . . . . . . . . . . . . . . 16

          3.   Amendment of the Complaint to "Set Aside"
               the Completed Acquisition of Property
               from the Parker Ranch Would Also Be
               Futile . . . . . . . . . . . . . . . . . . . . . 18

     C.   Plaintiffs' Attempt to Join Additional
          Parties At this Late Stage of the Litigation
          Should be Rejected . . . . . . . . . . . . . . . . . 20

     D.   Plaintiffs' Motion to Amend the Complaint,
          Including the Amendment to Join New Parties,
          Is Untimely, Is Part of a Delay Tactic,
          and Will Prejudice the Army . . . . . . . . . . . . 25

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . 29