TABLE OF AUTHORITIES

Alaska v. Babbit,
    75 F.3d 449 (9th Cir. 1996) . . . . . . . . . . . . . . . 12

Block v. North Dakota,
    461 U.S. 273 (1983) . . . . . . . . . . . . . . . . 3, 4, 11

California v. United States
    490 U.S. 920 (1989) . . . . . . . . . . . . . . . . . . . 12

Churchill County v. Babbitt
    150 F.3d 1072 (9th Cir. 1998) . . . . . . . . . . . . . . 23

Conner v. Burford
    848 F.2d 1441 (1988) . . . . . . . . . . . . . . . . . . 27

Davis v. United States
    667 F.2d 822 (9th Cir. 1982) . . . . . . . . . . . . . . 10

Forest Conservation Council v. United States Forest Service
    66 F.3d 1489 (1995) . . . . . . . . . . . . . . . . . . . 23

Gardner v. Stager
    103 F.3d 886 (9th Cir. 1996), cert. denied,
    118 S. Ct. 54 (1997) . . . . . . . . . . . . . . . . . . 15

Howey v. United States
    481 F. 2d 1187 (9th Cir. 1973) . . . . . . . . . . . . . 29

In re County of Orange
    262 F.3d 1014 (9th Cir. 2001) . . . . . . . . . . . . . . 21

Kettle Range Conservation Group v. United States
    Bureau Of Land Mgm't
    150 F.3d 1083 (9th Cir. 1998) . . . . . . . . . 14, 24, 25

Kootenani Tribe of Idaho v. Veneman
    313 F. 3d 1094 (9th Cir. 2002) . . . . . . . . . . . . . 23

Lathan v. Volpe
    455 F.2d 1111(9th Cir. 1971) . . . . . . . . . . . . . . 19

Lone Star Ladies Inv. Club v. Schlotzsky's Inc.
    238 F.3d 363 (5th Cir. 2001) . . . . . . . . . . . . . . 29

Long v. Area Manager
    236 F.3d 910 (8th Cir. 2001) . . . . . . . . . . . . . . . 12

Metropolitan Water Dist. v. United States
    830 F.2d 139 (9th Cir. 1987) (per curiam) . . . . . . . 12, 13

Moore v. Brewster
    96 F.3d 1240 (9th Cir. 1996) . . . . . . . . . . . . . . 9, 10

Neighbors For Rational Development, Inc. v. Norton
    379 F.3d 956 (10th Cir. 2004) . . . . . . . . . . . . . 13, 14

NEPA.'"  Kootenai Tribe of Idaho v. Veneman
    313 F.3d 1094 (9th Cir. 2002) . . . . . . . . . . . . . . . 22

Parker v. Joe Lujan Enterprises, Inc.
    848 F.2d 118 (9th Cir. 1988) . . . . . . . . . . . . 2, 18, 25

Pit River Home & Agricultural Co-op. Ass'n v. United States
    30 F.3d 1088 (9th Cir. 1994) . . . . . . . . . . . . . . . . 21

Rogers v. Consolidated Rock Products
    114 F.2d 108 (9th Cir. 1940) . . . . . . . . . . . . . . . . . 9

Shawnee Trail Conservancy v. United States
    Dep't of Agric. 222 F.3d 383 (7th Cir. 2000),
    cert. denied, 531 U.S. 1074 (2001) . . . . . . . . . . . . 15

Shermoen v. United States
    982 F.2d 1312 (9th Cir. 1992) . . . . . . . . . . . . . 21, 22

Sidhu v. Flecto Co.,
    279 F.3d 896 (9th Cir. 2002) . . . . . . . . . . . . . . . . 17

Smith v. Lujan
    588 F.2d 1304 (9th Cir. 1979) . . . . . . . . . . . . . . . 10

United States v. 0.95 Acres of Land
    994 F.2d 696 (9th Cir. 1993) . . . . . . . . . . . . . . 19, 20

United States v. 178.15 Acres of Land,
    543 F.2d 1391 (4th Cir. 1976) . . . . . . . . . . . . . . . 20

United States v. 255.25 Acres of Land,
    553 F.2d 571 n.2 (8th Cir. 1977) . . . . . . . . . . . . . . 20

United States v. State of Oregon
    913 F.3d 576 (9th Cir. 1990) . . . . . . . . . . . . . . . . 25

United States v. State of Washington

    86 F.3d 1499 (9th Cir. 1996) . . . . . . . . . . . . . . 26, 27

Western Sys., Inc. v. Ulloa
    958 F.2d 864 (9th Cir.1992) . . . . . . . . . . . . . . . . 18

Wetlands Action Network v. United States
    Army of Corps of Eng'rs,
    222 F. 3d 1105 (9th Cir. 2000) . . . . . . . . . . . . . . 23


STATUTES

28 U.S.C. § 2409a . . . . . . . . . . . . . . . . . . . . . . . 3, 12
28 U.S.C. § 2409a(b) . . . . . . . . . . . . . . . . . . . . . . . 12
42 U.S.C. §§ 4321-4347 (2006) . . . . . . . . . . . . . . . . 16, 17


RULES

Fed. R. Civ. P. 62 . . . . . . . . . . . . . . . . . . . . . . . . 9
Fed. R. Civ. P. 19(a) . . . . . . . . . . . . . . . . . . . . . . 21