**TABLE OF CONTENTS**

Page

I.  INTRODUCTION . . . . . . . . . . . . . . . . . . . . 2

II. FACTUAL BACKGROUND . . . . . . . . . . . . . . . . . 7

III. STANDARD FOR ISSUANCE OF AN INJUNCTION . . . . . . . 11

IV. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . 12

    A.   THE ARMY AND THE PUBLIC INTEREST WILL BE
        IRREPARABLY HARMED BY THE ISSUANCE OF A
        BLANKET INJUNCTION ON ALL STRYKER-RELATED
        PROJECTS AND TRAINING . . . . . . . . . . . . . . 14

        1.   The irreparable harm that will be
            suffered by the Army and its soldiers
            from an injunction that prohibits the
            transformation of the 2nd Brigade is
            demonstrative and severe . . . . . . . . . . 15

        2.   The Army has identified six specific
            projects in addition to training that
            are needed to prepare the 2nd Brigade
            for combat deployment as a SBCT and
            are highly unlikely to cause environmental
            or cultural harm . . . . . . . . . . . . . . 21

        3.   There are no viable alternatives to
            finishing the training of the 2nd Brigade
            as a SBCT at a location outside Hawaii
            and maintaining this unit as a light
            infantry brigade is improvident . . . . . . 29

        4.   The Army Should be permitted to proceed
            with the critical SBCT projects because
            each has independent utility and their
            completion will not restrict the Army's
            ability to analyze reasonable alternatives
            in a SEIS . . . . . . . . . . . . . . . . . 34

    B.   PLAINTIFFS WILL NOT SUFFER IRREPARABLE HARM
        IF THE COURT ISSUES A LIMITED INJUNCTION
        PERMITTING TRANSFORMATION OF THE 2ND BRIGADE . . . 39

i

        1.    Plaintiffs cannot demonstrate irreparable
            harm to cultural resources . . . . . . . . .  42

        2.    Plaintiffs cannot demonstrate irreparable
            harm to natural resources . . . . . . . . . .  50

   C.   THE BALANCE OF HARMS TIPS DECIDEDLY IN THE
       ARMY'S FAVOR . . . . . . . . . . . . . . . . . . . .  54

   D.   AN INJUNCTION PREVENTING THE TRANSFORMATION
       OF THE 2ND BRIGADE TO A SBCT WOULD BE CONTRARY
       TO THE PUBLIC INTEREST . . . . . . . . . . . . . . .  58

V.   CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . .  60