**TABLE OF AUTHORITIES**

**FEDERAL CASES**

Amoco Production Company v. Village of Gambell,
	480 U.S. 531 (1987) . . . . . . . . . . . . . . . . . . 11,12

Benda v. Grand Lodge of Int'l Ass'n of Machinists,
	584 F.2d 308 (9th Cir. 1978) . . . . . . . . . . . . . . 12

Caribbean Marine Services v. Baldridge,
	844 F.2d 668, (9th Cir. 1988) . . . . . . . . . 12, 54, 58

Committee for Nuclear Responsibility Inc. et al., v. Seaborg,
	463 F.2d 796 (D.C. Cir. 1971) . . . . . . . . . . . . . 33

Cummings v. Connell, 316 F.3d 886 (9th Cir. 2003) . . . . . . 50

Department of the Navy v. Egan, 484 U.S. 518 (1988) . . . . . 57

Forest Conservation Council v. U.S. Forest Service,
	66 F.3d 1489 (9th Cir. 1995) . . . . . . . . . . . . . . 11

Hamdi v. Rumsfeld, 124 S.Ct. 2633 (2004)   . . . . . . . . . . 57

Malama Makua v. Rumsfeld, 2006 U.S. Dist. LEXIS 3962
	(D. Hawaii February 2, 2006) . . . . . . . . . . . . . . 60

Mt. Graham Red Squirrel v. Madigan,
	954 F.2d 1441 (9th Cir. 1992) . . . . . . . . . . . . . 51

National Audubon Society v. Department of Navy,
	422 F.3d 174 (4th Cir. 2005) . . . . . . . . . . . . 11, 39

North Carolina v. City of Virginia Beach,
	951 F.2d 596 (4th Cir. 1991) . . . . . . . . . . . . . . 35

South Carolina Dept. of Wildlife & Marine Resources v. Marsh,
	866 F.2d 97 (4th Cir. 1989)   . . . . . . . . . . . . . 35-37

Southwest Center for Biological Diversity v. U.S.
	Bureau of Reclamation, 143 F.3d 515 (9th Cir. 1998) . . 51

State of Wisconsin v. Weinberger,
   745 F.2d 412 (7th Cir. 1984) . . . . . . . . . . . . . 55, 56

Water Keeper Alliance v. Department of Defense,
   152 F.Supp.2d 155 (D.P.R. 2001) . . . . . . . . . . . . . 59

Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982) . . 11, 12 , 58

Yakus v. United States, 321 U.S. 414 (1944) . . . . . . . . . 58

**FEDERAL REGULATIONS**

40 C.F.R. § 1506.1(a) . . . . . . . . . . . . . . . . . . 35, 36

40 C.F.R. § 1506.1(a)(2) . . . . . . . . . . . . . . . . . . 39