IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawai'i, nonprofit corporation; NA IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawai'i unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of United States Department of Defense; and LES BROWNLEE, Acting Secretary of the United States Department of the Army, <br><br> Defendants. | )CIVIL NO.04-00502 DAE BMK <br> ) <br> ) <br> )   DECLARATION OF MAJOR <br> )     GENERAL WILLIAM H. <br> )        BRANDENBURG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Hearing: <br> ) <br> ) Date: November 20,2006 <br> ) Time: 9:45 <br> ) Judge: Hon. David A. Ezra <br> ) <br> ) |

I, Major General William H. Brandenburg, hereby declare that:

1.  I am currently the Commanding General, 8th Theater Sustainment Command and Commanding General, United States Army Hawaii.  I am responsible to ensure that 2nd Brigade, 25th Infantry Division (2/25) is trained to standard as a Stryker Brigade Combat Team (SBCT).  I ensure that the Brigade has the time, facilities, personnel, equipment, and training resources in Hawaii to meet their initial operating capability by November 2007.  The Brigade must be available on time to meet the needs of Commander, United States Pacific Command and global

commitments.  Any delay or training that is not to standard

places Soldiers at extreme risk.  Not well understood is that

the Stryker Brigade is equipped with weapons that are standard

and common in all Army units and that have been in use at

Schofield Barracks and Pohakuloa Training Area (PTA) for over 20

years.  In some cases the weapons have been in use for over 50

years.  Weapons and the caliber of ammunition are not Stryker-

unique.  Additionally, the range construction is not new but is

a modernization of ranges on existing facilities with the same

impact areas.  In every case the Army has taken unprecedented,

extraordinary measures to protect the environment and cultural

sites.  The mitigation measures are in place and will be

continued.

2.  I am a career Infantry Officer with over 33 years of

service.  I have commanded at the Company, Battalion and Brigade

level during my service in the United States Army and have

served as a Staff Officer at multiple echelons, ranging from

Battalion through Geographic Combatant Command.  Significant

operations I have participated in include:  DESERT THUNDER,

where as Commander of 1st Brigade, 3rd Infantry Division I

deployed the Brigade to defend Kuwait from Iraqi aggression;

DESERT FOX, where as Chief of Staff for V Corps I led the

planning for the deployment of critical air defense capabilities

into the Middle East; JOINT FORGE, where I served as the Allied

Command Europe Rapid Reaction Corps Deputy Chief of Staff for

Operations, planning and executing the NATO entry and initial

operations in Kosovo; and OPERATION IRAQI FREEDOM, where I

served for a year as Deputy Commanding General, Multi-National

Force - Iraq and Commanding General, Task Force 134.  Prior to

being stationed in Hawaii, I served as the Deputy Commanding

General of I (US) Corps and Fort Lewis, Washington.  In this

role I was directly responsible for the establishment of the

first two SBCTs in the Army inventory.  Given my previous

responsibilities at Fort Lewis and my current duties, I am

intimately familiar with the training requirements and training

resources in Hawaii required to deploy a Stryker Brigade to

combat.

3.   The US Army has established both general and specific

training requirements and standards for individuals and units

deploying to combat.  This is the case with OPERATION IRAQI

FREEDOM, where the U.S. commander of all land forces, in

conjunction with the U.S. Army, has established specific

training requirements and events that must be accomplished to

high performance standards before a unit is ready to deploy to

combat in Iraq.  These training requirements are the direct

result of the combat conditions that exist in Iraq.  They have

been modified as the enemy situation changes.  Failure to train

to standard prior to deploying to combat directly results in

less effective units, degraded operations, and higher Soldier casualties.

4.   The 2/25 SBCT is scheduled to be ready for deployment in November 2007.  The brigade is currently executing its training plan and is integrating its new SBCT systems.  The brigade is approximately 60% thru its training as a SBCT.

5.   The 2/25 SBCT training plan includes progressive training of individual Soldiers up to collective unit training of each echelon within the brigade - from squad level through platoon, company, battalion, and ultimately the entire SBCT.  Individual training consists of Soldiers tasks, equipment and weapons training, weapons qualification and advanced marksmanship.  Unit or collective training consists of tactical situational and field training exercises (STX and FTX) at squad, platoon, company, battalion, and brigade levels, and collective live-fire maneuver exercises (LFX) at squad, platoon, and company.  These STX, FTX, and LFX are done with Stryker vehicles for both mounted and dismounted operations.  Specific essential training for 2/25 SBCT at Schofield Barracks and PTA include Stryker Vehicle New Equipment Training (known as OPNET, consisting of Stryker operations, employment and maintenance), command and control systems training, basic and advanced medical training, basic and advanced marksmanship training, qualification for all weapons, squad and platoon STX and LFX, company STX and FTX, and

4

Stryker Mounted Gun System (MGS) OPNET and gunnery/
qualification.

6.    In order to conduct the essential training which is
required, both to go to war and transform the brigade, the 2/25
SBCT needs essential ranges and training lands and must also be
supported by some key facilities.  On Schofield Barracks and
East Range Area, the essential ranges, training lands, and
facilities include all previously approved existing ranges and
training areas that have been in use for years and are not a
part of the Stryker Environmental Impact Statement (EIS).  These
are ranges that all units routinely use for training.  These
include the CR and KR series ranges, the Military Operations on
Urbanized Terrain (MOUT) site, the MOUT Shoot House and the non-
live fire training areas on Schofield Barracks and East Range
areas. The training areas on Oahu provide essential close
terrain and Jungle like conditions for preparation for the SBCT
for world wide deployments.  There are numerous countries in the
Asia-Pacific region that require familiarity with dense
vegetation and steep terrain.  Oahu is the only training area
that offers Army units a Jungle like experience.  Additionally,
PTA offers terrain that is not dissimilar to terrain found in
Afghanistan.  One reason Hawaii was chosen as a location for the
SBCT was the variety of terrain and climatic conditions in
Hawaii.

7.    Among the Stryker EIS projects on Schofield Barracks, it is
essential that the SBCT train and fire on qualification training
range 1 (QTR 1).  This is the only machine gun qualification
range on Schofield Barracks.  It is an improved range facility,
built upon existing ranges, where the weapon systems common to
all Army units have been and are fired.  The 2/25 SBCT will not
fire any weapons on QTR 1 that are unique only to Stryker.  They
will fire the same weapons with or without Strykers.  The only
unique aspect of the SBCT is that they fire the same weapons
from a stationary Stryker vehicle versus from a stationary
HMWWV-type vehicle, or from a ground mounted configuration.  QTR
1 supports individual weapons qualification through crew-served
weapons.  As it replaced the former machine-gun and individual
weapon ranges it is built on, there is no other Army standard
machine gun range on Schofield.  Shutting down QTR 1 would cause
significant harm to 2/25 SBCT training, prevent weapons
qualification, and reduce capability and readiness of Soldiers
to deploy to combat.  In addition, QTR 1 is not a SBCT-unique
range, and its closure would negatively impact all units in
Hawaii.  The modernization of the ranges is required to
facilitate improved optics of our weapons and provide feedback
with a dynamic, computerized target system.

8.  The caliber of weapons used by the 2/25 SBCT in Hawaii are the same as any unit in the U.S. Army.  They include the 9mm pistol, the M16 rifle (5.56mm), the M4 rifle (5.56mm), the M249 Squad Automatic Weapon (5.56mm), the M240 Machine Gun (7.62mm), the M2 .50 Caliber Machine, the MK 19 Machine Gun (40mm), and the 60mm, 81mm and 120mm mortars.  The only weapons system which is a unique Stryker capability is the 105mm Mobile Gun System, which is a 105mm gun that is mounted on the Stryker vehicle. While the system is new, firing 105mm shells is not; they have been fired by 105mm Artillery Guns, and tanks, for years at PTA. When the MK 19 Machine Gun is fired on QTR 1, it utilizes training munitions (non-high explosive and inert), as opposed to service munitions (high explosives), and therefore does not pose adverse environmental effects.

9.  The uniqueness of the Stryker Brigade does not lie in its associated weapons systems but rather in the Stryker's ability to provide enhanced situational awareness for command and control through computerized systems located in the vehicle, increased protection to Soldiers in the vehicle, and the increased speed of movement.  The weapons systems are lethal because the Stryker has the capability to integrate sensors in order to ascertain the precise location of the target.

10.  Another important facility is the Urban Assault Course.  It is difficult for Soldiers and small units to attain and sustain

skills in close quarters and urban operations (similar to those conducted in Iraq daily). Soldiers must be thoroughly trained in those skills to minimize the possibility of friendly and non-combatant casualties.

11. PTA and Kahuku Training Area (KTA) vehicle wash racks, while not training facilities, are projects planned for construction in summer 2007 that support all military vehicles. Vehicle wash racks will limit environmental damage, prevent migration of noxious weed species and enable good land stewardship. In addition, these wash racks will enable safer conditions for military vehicle operations.

12. Additionally, completion of the maintenance facility currently under construction, to be finished in September 2007, is necessary. This facility provides the space required for the SBCT. The SBCT is currently using space required for 25th Infantry Division units returning from Iraq.

13. Also essential to support the required maneuver training of 2/25 SBCT are all of the previously approved existing ranges and training areas at PTA on the Island of Hawaii. These ranges have been in use for years, and all units routinely train there. Specifically, this includes range 11T, a former tank gunnery range which is being modified into an improved range to support Stryker MGS Gunnery and Weapons Qualification. This existing range is not a part of the Stryker EIS, but is essential to the

SBCT's training for combat. The Stryker MGS fires the same 105mm ammunition that tanks previously shot on range 11T.

14. Enjoining the construction and training of the SBCT will negatively impact all units in Hawaii. These ranges not only support the transformation of the 2/25 SBCT, but also support the training of returning combat forces currently deployed once they return, reset and retrain, as well as both active and reserve component Army forces and the Hawaii National Guard forces remaining in Hawaii. These ranges and training facilities are also available and are used by other military services.

15. There are no opportunities to temporarily relocate to and train at Fort Lewis, Washington or Alaska. There is already significant competition for training space at Fort Lewis, Washington due to the number of units on that installation. While one of the SBCTs is currently deployed, there are two others: one that is training and a new one that is also being established. In Alaska, there is also very limited training space. This is compounded by the fact that the 172nd SBCT will be redeploying back to Alaska by December 2006 and will commence its reset and training in preparation for follow on operations in support of the Global War on Terror. In addition, Alaska requires vehicles and equipment be winterized for daily operations. 2/25 SBCT is not winterized nor does the time

9

available provide for this additional requirement.  A temporary relocation of the 2/25 SBCT outside of Hawaii will also result in unprogrammed costs being levied on the U.S. Army.  Most importantly, it will result in additional hardships on Soldiers and their families through prolonged separations resulting from additional time required to train outside of Hawaii.

16.  Without the ability to continue to train according to its plan and to utilize the ranges and training areas described previously, 2/25 SBCT will not be prepared, trained, nor ready to deploy to Iraq.  Enjoining Stryker activities in Hawaii, for any amount of time, will cause irreparable harm to our Army and place unnecessary risk on our sons and daughters who have volunteered to serve.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____       13 NOV 06
MAJOR GENERAL WILLIAM H. BRANDENBURG          Date