fully functioning and digitally enhanced SBCT. The transformation process was organized across four general lines of operation.

   a. Personnel: During a thirteen month period from June 2005 to July of 2006, the 2/25 SBCT has transformed in size from a Light Infantry Brigade of approximately 2,100 Soldiers to a Stryker Brigade Combat Team of with an authorization of 3,999 Soldiers. This significant personnel growth also resulted in an increase of associated Soldier families and dependents.

   b. Equipment & Maintenance: The 2/25 SBCT has fielded 43,000 pieces of new or re-built equipment and assumed a five-fold increase in motor pool facilities and weapons and equipment storage requirements. Additionally, the Brigade has invested significant resources and time while conducting leader training and certification on property accountability, logistics re-organization within the SBCT, and the increased maintenance requirements associated with transforming from a light infantry organization to a SBCT.

   c. New Equipment Training: The 2/25 SBCT is unique in that it has leveraged information-age technology and utilizes rapid fielding of off-the-shelf technology and rapid assimilation of best practices. The 2nd SBCT has conducted training on 398 separate pieces of equipment during the last year, training over 8700 Soldiers (many Soldiers were trained in multiple NETs). This new

10

equipment training has been primarily on digital systems and items unique to the Stryker Brigades. Additionally, the Brigade has established a fully digital command post at the Brigade level, enabling daily digital sustainment training of the Brigade Staff. This capability continues to grow and improve in the Brigade and eventually will include fully digital battalion level command posts.

    d. Training: The 2/25 SBCT has conducted numerous individual, collective, and leader training activities that are unique to the Stryker Brigade including Stryker University, Tactical Leaders Course, Information Operations Training, and Military Intelligence Training. The Brigade has conducted five battalion-level rotations to the Pohakuloa Training Area (PTA) on the island of Hawaii as well as participation in seven exercises as part of USPACOM's Theater Security Cooperation Program.

7. <u>Inability to Train as a Light-Infantry Brigade</u>. It is naive, unfeasible, and dangerous to suggest that the 2nd Brigade, 25th Division can simply train in the same manner using the same weapons systems and ranges as it did as a light infantry brigade. 2/25 SBCT is no longer a light infantry brigade. It is not configured or equipped as a light infantry brigade. It has different and improved capabilities that are now part of a fully integrated set of state of the art systems that provides our Nation with a new and

11

overwhelming combat capability that has heretofore not existed in our Army.

All of the legacy systems from the prior brigade structure either no longer exist in the unit or have been modernized and integrated into the technologically enhanced digitally capable set of combat systems in the SBCT. For example, new and thoroughly integrated laser designators will be fielded for all of our Infantry Carrier Variant (ICV) Stryker vehicles which make up the vast majority of all the variants that will be fielded to 2/25 SBCT. We have replaced the unstable 50 Caliber Heavy Machine Gun and MK-19 Grenade Launcher legacy firing protocols with new and extremely accurate capabilities that enable our soldiers to train safely and place overwhelming and exceedingly precise fire on the enemy in combat. This has been demonstrated repeatedly by each of the previously fielded Stryker Brigade Combat Teams during their respective deployments to Iraq. To that end, the Stryker ICV weapons system achieves its' distinctive firing precision due to the new stabilized Remote Weapons Station – Improved (RWS-I) weapons station that comes with each ICV. Moreover, the 2/25 SBCT will receive the RWS-I Block II weapons station in early 2007 which is even more stabilized and accurate. This new system will enable the SBCT to execute extraordinarily precise weapons firing in training and in combat. The unprecedented precision inherent in our Stryker vehicles now and the improved accuracy we will achieve as we field the RWS Block II makes

12

collateral damage to existing facilities, objects on a range or artifacts adjacent to our approved firing ranges nearly impossible.

The Stryker vehicle is the essential platform that brings these uniquely integrated and improved capabilities together. Without the Stryker vehicle, as demonstrated repeatedly when we were a light brigade, we would be much less effective and accurate in firing our weapons systems. We cannot communicate digitally or via voice as effectively without the Stryker vehicle that provides the power to extend our range of transmission in both mediums. The Stryker vehicle, regardless of variant type, provides unparalleled protection for our soldiers and has saved countless lives during combat operations in Iraq. These capabilities did not exist when we were a light brigade and they represent a significant leap forward for our Army and Nation as we actively prepare our soldiers to fight our Nations' wars. Even if we could return to the legacy procedures and techniques we used as a light infantry brigade, to do so at this point would be illogical given the existing enhanced weapons accuracy, communications capability and protection for our soldiers that we can achieve now with our Strykers.

Furthermore, the Stryker vehicles are the quietest and most environmentally compliant armored vehicle the Army has ever developed. Combine these attributes with those noted above and it is readily apparent that we have made significant enhancements in our combat

13

capabilities as well as simultaneously ensuring that we are good neighbors here in Hawaii.

Finally, and most importantly, our soldiers must train with the equipment with which they will fight. 2/25 SBCT is equipped as a Stryker unit and it must train as one. If events in the world require 2nd Brigade to deploy tomorrow, or whenever, it will do so with all available Strykers. Consequently, we must be able to train with our Strykers everyday in order to fight effectively when we get deployed to combat. We are a nation at war. There is no going back to legacy procedures and or previous less capable unit designs. We need to do all we can to ensure our soldiers fight and win in combat. We owe it to them, their families and our nation.

Any disruptions in our current training strategies will place our soldiers and our mission at risk in combat regardless of where we deploy to for combat operations. If events in Korea, Iraq, or elsewhere require this unit to deploy, we must be fully capable of fighting in all types of terrain. 2/25 SBCT needs access to the terrain here in Hawaii, which is so similar to many of the locations that we may be called to fight in here in the Pacific, to meet the full menu of potential contingencies to support our national security objectives. To be sure, the 2/25 SBCT will fight anywhere in the world; not just in the desert.

8. <u>Transformation Activities Remaining.</u>

14

    a. Stryker Fielding: The 2/25 SBCT currently has 135 Stryker vehicles on Oahu and we anticipate fielding another 196 Stryker variant platforms and their associated systems between now and July 2007.

    b. Collective Training: Collective training from squad to platoon level and the integration of the Stryker vehicles into both blank and live fire operations will occur from now until June 2007 in preparation for the SBCT deployment to the National Training Center in September 2007.

    c. Advanced Marksmanship Training: Combat focused advanced marksmanship training has been scheduled through June 2007 and is an integral requirement for all of our combat arms and combat support soldiers. This is a very complex task and takes time to execute to standard. Any disruption in our current glide path will severely hinder our advanced marksmanship capability in combat.

    d. Battle Command and Digital Sustainment Training: Every new piece of equipment that is issued in this SBCT requires a specific number of digital classes that must be mastered prior to a Soldier becoming proficient on that system. We have completed most of the initial individual classes and now are in the process of sustaining our digital skills. We have constructed "state of the art" digital training facilities in our brigade headquarters to facilitate this difficult and time intensive training. We are in

15

the process of progressing to collective battalion and brigade battle command training exercises that will culminate with a SBCT Brigade level Army evaluation in June 2007 on Schofield Barracks.

    e. Equipment Upgrades and Maintenance: There are many systems throughout the Brigade that need specific upgrades. All of the infantry Stryker variants will receive a Remote Weapons Station - Improved (RWS-I) upgrade on or about January 2007 for the 50 Caliber Heavy Machine Guns and the MK-19 40mm Grenade Launchers that are the primary weapon systems for most of our Stryker vehicles. As mentioned previously, these weapons stabilization and accuracy upgrades provides this SBCT with an unprecedented capacity for precise weapons gunnery in training and combat. These new capabilities will reduce collateral damage in training and in combat; this is a significant improvement in our capability in terms of protecting key areas of terrain (Mosques, burial grounds, etc), facilities and non-combatants on the battlefield. The M777 155mm Artillery Cannon will also receive upgrades in the January – February 2007 timeframe. By April 2007, the 2-11th Field Artillery Battalion in this SBCT should be the first unit in our Army to possess a precision guided 155mm artillery round called "Excalibur". This unit will have the most accurate artillery cannons in the history of the world. This capability is akin to the precision bombing we have all seen on CNN from our attack Air

16

Force aircraft as they delivered their bombs on the exact building they planned to bomb in Iraq or Afghanistan. Again, these improvements enable the 2/25th to train and fight in a more effective manner and also gives us the capability to reduce collateral damage in training and in combat. Additionally, we continue to service and maintain nearly 1200 wheeled vehicles and other pieces of rolling stock as our Stryker fielding continues.

    f. Leader Development: There are numerous Leader Development training classes and courses that are currently planned and money has already been allocated for these specific events out through June 2007. One program to note is our Brigade and Battalion Commander Executive Education Program that we leverage at the Kennedy School of Government at Harvard. Leader development is the cornerstone for developing our junior leaders and if this training is not executed as planned, our young soldier's throughout the Brigade will suffer in combat.

    g. Medical Training: We are currently executing a number of combat medical training programs in the SBCT that are focused on trauma injuries that our soldiers will see in combat. We have a financial contract and partnership with a community college here on Oahu to get all 195 of our assigned medics EMT-I qualified before early 2008 in an effort to prepare our soldiers for war. We have constructed a modern medical trauma training center in the SBCT and

17

will host several hands-on medical trauma training courses from now until January 2008; millions of dollars have been committed to ensuring the medical readiness of our medics and individual soldiers. If the SBCT loses this training or if it is disrupted, it will drastically affect our casualty survival rates once in combat.

9. <u>2/25 SBCT Ongoing Combat Deployments In Support Of Operation Iraq Freedom and Operation Enduring Freedom.</u>

Even as the 2/25 SBCT conducts transformation to an SBCT, members of this unit are engaged in combat operations in both Iraq and the Philippines. We have an ongoing mission to support Operation Enduring Freedom with an infantry force that is advising the Philippine Army with regard to combat anti-terrorism/counter insurgency techniques during the execution of daily combat operations. While the 2/25 SBCT has not suffered any casualties during these operations, my soldiers are on the battlefield everyday advising the Philippine Army with their Special Forces counterparts and have repeatedly assisted in the medical evacuation and treatment of many seriously wounded Philippine soldiers.

Additionally, I recently deployed 13 soldiers that will participate as part of Weapons Inspection Teams in combat in Iraq. In addition, 2/25 SBCT has routinely deployed soldiers to combat over the past sixteen months. Approximately seventy soldiers have

18

deployed to support various combat operations in support of the Global War on Terrorism since I have been in command. Many of these soldiers have served on Special Police Training Teams that train the new Iraqi police units and other deployed unit members have been engaged in training the new Iraqi Army. These are no notice requirements that 2nd SBCT units perform on a recurring basis.

Further, I recently detached twenty infantry soldiers to the 3d IBCT in preparation for an immediate deployment to Iraq due to the significant casualties that have been sustained on the battlefield. Again, these mission requirements come to us on short notice and require immediate pre-deployment training that runs the gamut of small arms weapons qualification, crew served machine gun qualification, Anti- Tank Weapons Qualification, employment of hand grenades, demolitions, digital training and dismounted live fire training up to platoon level; with live fire convoy operations necessitating the use of all current ranges and training areas. Denying 2/25 SBCT the use of current or future ranges and facilities and/or requiring it to stop or reduce training would adversely impact our ability to successfully continue ongoing combat operations in Iraq and the Philippines. Again, we are a Nation at war and 2/25 SBCT is providing forces on a regular basis to support the war effort around the world. Curtailing any ongoing

19