# Final Environmental Impact Statement

# Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai'i



## Volume 1





**Prepared for**
Department of the Army
Office of the Secretary of the Army
Washington, DC



and

US Army Corps of Engineers
Honolulu Engineer District
Fort Shafter, Hawai'i

**Prepared by**
Tetra Tech, Inc.
Honolulu, Hawai'i

May 2004



**EXHIBIT 4**



Fifty-two sensitive plant species
have been recorded within the
Schofield Barracks Military
Reservation Region of Influence.

Legend

Region of Influence
Installation Boundaries
Roads

*Sensitive Plant Species in the*
**Schofield Barracks Military Reservation**
**Region of Influence**
O'ahu, Hawai'i
**Figure 5-36**

Source: HINHP 2002

R:/New/J397/GIS/Layouts/Schofield Plant Species.mxd - 02/19/04 - YE

5-158



Source: HINHP 2002

*Sensitive Wildlife Species Occuring in the*
*Schofield Barracks Military Reservation*
*Region of Influence*

O'ahu, Hawai'i

**Figure 5-37**

Legend

Installation Boundaries

Region of Influence

Roads

Seven sensitive wildlife species
have been recorded in the
Schofield Barracks Military
Reservation Region of Influence.

● ACHATINELLA BYRONII/ DECIPIENS
■ ACHATINELLA LEUCORRAPHE
▲ ACHATINELLA MUSTELINA
◆ MEGALAGRION LEPTODEMAS
◆ ACHATINELLA SOWERBYANA
★ CHASIEMPIS SANDWICHENSIS IBIDIS
▲ LASIURUS CINEREUS SEMOTUS



Source: HINHP 2002

*Federally Designated Critical Habitat for the Oʻahu ʻElepaio at theSchofield Barracks Military Reservation Region of Influence*

Oʻahu, Hawaiʻi

**Figure 5-39**

Legend
— Roads
[ ] Installation Boundaries
[ ] Region of Influence
[/] ʻElepaio Critical Habitat

There are 4,620 acres of ʻelepaio critical habitat occurring within the Schofield Barracks Military Reservation Region of Influence

R:\New\J397\GIS\Layouts\Schofield Elepaio Critical Habitat.mxd - YE - 03/04/03



Source: HINHP 2002

**Biologically Significant Areas found in the
Schofield Barracks Military Reservation
Region of Influence**

O'ahu, Hawai'i

**Figure 5-40**

**Legend**

— Roads

Installation Boundaries

Region of Influence

Sensitive Snail Habitat

**Biologically Significant Area**

BSA 1 - High density sensitive species and habitat

BSA 2 - Lower but still significant densities of species and habitat

BSA 3 - Stands of quality native habitat but no documented occurances of rare elements

There are approximately 2,804 acres
of BSAs and 2,458 acres of sensitive
snail habitat occurring within the Schofield
Barracks Military Reservation Region of Influence.

O'ahu

N

0   0.5   1   2 Miles

0   1   2 Kilometers

R:\New\J397-Transformation\GIS\Layouts\Schofield BSA.mxd - 02/18/04 - YE

5-166



Source: CEMML 2002, Tetra Tech Inc. 2002, USGS 1992a, 1998a,b,c,d and 1999a

Project Locations
S1   Urban Assault Course
S2   Virtual Fighting Training Facility
S3   Range Control Facility
S4   Battle Area Complex
S5   Motor Pool Maintenance Shops
S6   Tactical Vehicle Wash
S8   South Range Land Acquisition
S9   Qualification Training Range 1
S10  Qualification Training Range 2
S11  Multiple Deployment Facility
S12  Upgrade Airfield for C-130 Aircraft

Legend
+  Project Locations
▨  Sensitive Archaeological Areas
─ ─  S7 Fixed Tactical Internet
─ · ─  Wheeler Army Airfield Boundary

Archeological Sensitivity Areas
have been compiled from
many sources for the main post.

*Sensitive Archaeological Areas
Schofield Barracks Main Post
and South Range Aquisition Area*

Oʻahu, Hawaiʻi

**Figure 5-42**

R:\New\J397\GIS\Layouts\Schofield Archaeological Sensitive Sites.mxd - JC - 3/12/2002

5-195

# Final Environmental Impact Statement

# Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai'i



# Volume 2



*Prepared for*
Department of the Army
Office of the Secretary of the Army
Washington, DC

and

US Army Corps of Engineers
Honolulu Engineer District
Fort Shafter, Hawai'i



*Prepared by*
Tetra Tech, Inc.
Honolulu, Hawai'i

May 2004



*Archaeological Sensitivity Areas*
*Schofield Barracks East Range*

O'ahu, Hawai'i

**Figure 5-43**

O'ahu

Source: CEMML 2002, USGS 1992a 1998b&d, and 1999a

**Legend**

— Schofield Barracks East Range Boundary
···· Wheeler Army Airfield Boundary
— State Land Use District Boundary
✚ S7 Fixed Tactical Internet
▨ Archaeological Sensitivity Areas
▬ Water Bodies

Archaeological Sensitivity Areas have
been compiled from many sources for
East Range.

Wheeler
Army
Airfield

N

Miles
0    0.5    1    2

Kilometers

R:\new\J997\GIS\Layouts\Eastrange Archaeological zones.mxd - 03/19/03 - YE

5-1

**SPECIES**

- BIDENS CAMPYLOTHECA SSP CAMPYLOTHECA
- CHAMAESYCE ROCKII
- CYANEA ACUMINATA
- CYANEA CALYCINA
- CYANEA CRISPA
- CYANEA GRIMESIANA SSP GRIMESIANA
- CYANEA HUMBOLDTIANA
- CYANEA KOOLAUENSIS
- CYANEA SP 3
- CYANEA ST.-JOHNII
- CYRTANDRA DENTATA
- CYRTANDRA VIRIDIFLORA
- DOODIA LYONII
- EUGENIA KOOLAUENSIS
- EXOCARPOS GAUDICHAUDII
- GARDENIA MANNII
- HEDYOTIS FLUVIATILIS
- HESPEROMANNIA ARBORESCENS
- HIBISCUS KOKIO SSP KOKIO
- JOINVILLEA ASCENDENS SSP ASCENDENS
- LINDSAEA REPENS VAR MACRAEANA
- LOBELIA HYPOLEUCA
- MELICOPE HIIAKAE
- MELICOPE LYDGATEI
- METROSIDEROS POLYMORPHA MIXED MONTANE BOG
- MYRSINE FOSBERGII
- MYRSINE JUDDII
- NESOLUMA POLYNESICUM
- PHLEGMARIURUS NUTANS
- PHYLLOSTEGIA HIRSUTA
- PLANTAGO PRINCEPS VAR LONGIBRACTEATA
- PLATYDESMA CORNUTA VAR CORNUTA
- PRITCHARDIA MARTII LOWLAND WET FOREST
- PSYCHOTRIA HEXANDRA VAR OAHUENSIS
- PTERALYXIA MACROCARPA
- PTERIS LYDGATEI
- SANICULA PURPUREA
- STENOGYNE KAALAE SSP SHERFFII
- TETRAPLASANDRA GYMNOCARPA
- THELYPTERIS BOYDIAE
- VIOLA OAHUENSIS
- ZANTHOXYLUM OAHUENSE

O'ahu

Forty one sensitive plant species have been recorded within the Kahuku/Kawailoa Training Areas Region of Influence.

**Legend**

- Drum Road
- Installation Boundaries
- Region of Influence
- Roads

Source: HINHP 2002, CEMML 2002

**Sensitive Plant Species in the Kahuku/Kawailoa Training Areas Biological Region of Influence**
O'ahu, Hawai'i
**Figure 7-22**

7-92



Legend of species:
- ● ACHATINELLA APEXFULVA
- ■ ACHATINELLA BULIMOIDES
- ▲ ACHATINELLA BYRONII/ DECIPIENS
- ◆ ACHATINELLA CURTA
- ■ ACHATINELLA LILA
- ▲ ACHATINELLA LIVIDA
- ◆ ACHATINELLA PULCHERRIMA
- ● ACHATINELLA SOWERBYANA
- ■ ATYOIDA BISULCATA
- ▲ AURICULELLA PULCHRA
- ◆ AWAOUS GUAMENSIS
- ● CHASIEMPIS SANDWICHENSIS IBIDIS
- ■ LENTIPES CONCOLOR
- ▲ MEGALAGRION NIGROHAMATUM NIGROLINEATUM
- ◇ PAROREOMYZA MACULATA
- ● VESTIARIA COCCINEA POP 2

O'ahu

Source: HINHP 2002, CEMML 2002

R:/New/J397-Transformation/GIS/Layouts/Kahuku_Kawailoa Wildlife Species.mxd - 2/22/

Sixteen sensitive wildlife species have been recorded within the Kahuku/Kawailoa Training Areas Region of Influence.

**Legend**
- Drum Road
- Installation Boundaries
- Region of Influence
- Roads

**Sensitive Wildlife Species in the Kahuku /Kawailoa Training Areas Biological Region of Influence**
O'ahu, Hawai'i
**Figure 7-23**