

**Federally Designated Plant Critical Habitat in the Kahuku/Kawailoa Training Areas Biological Region of Influence**

Oʻahu, Hawaiʻi

There are 681 acres of federally designated plant critical habitat occurring in the Kahuku/Kawailoa Training Areas Region of Influence.

Legend
- Drum Road
- Installation Boundaries
- Region of Influence
- Federally Designated Plant Critical Habitat
- Roads

Source: HINHP 2002, CEMML 2002

Figure 7-24



The are 4,812 acres of elepaio critical habitat occurring within the Kahuku/Kawailoa Training Areas Region of Influence.

Legend
- Drum Road
- Installation Boundaries
- Region of Influence
- Elepio Critical Habitat
- Roads

Source: HINHP 2002, CEMML 2002

**Federally Designated Critical Habitat for the O'ahu 'Elepaio at the Kahuku/Kawailoa Training Areas Biological Region of Influence**

O'ahu, Hawai'i

**Figure 7-25**



Figure 7-26. Biologically Significant Areas in the Kahuku/Kawailoa Training Areas Biological Region of Influence, O'ahu, Hawai'i

There are 22,940 acres of Biological Sensitive Areas and 19,435 acres of sensitive snail habitat within the Kahuku/Kawailoa Training Areas Region of Influence.

Legend:
- Drum Road
- Installation Boundaries
- Region of Influence
- Sensitive Snail Habitat
- Roads

Biologically Significant Area:
- BSA 1 – High density of sensitive species and habitat
- BSA 2 – Lower but still significant densities of species and habitat
- BSA 3 – Start of quality native habitat but no documented occurances of rare elements

Source: HINHP 2002, CEMML 2002



Figure 7-27. Archaeological Sensitivity Areas at Kahuku Training Area, O'ahu, Hawai'i

**Archaeological Sensitivity Areas at Kawailoa Training Area**

O'ahu, Hawai'i

**Figure 7-28**

Legend:
- Helemanō Trail
- Drum Road
- Roads
- Kawailoa Training Area Boundary
- Helemanō Military Reservation
- Archaeological Sensitivity Areas

Archaeological Sensitivity Zones have been compiled from many sources for Kawailoa Training Area.

Source: CEMML 2002, Tetra Tech 2002, USGS 1992a, 1998e&f, and 1999a



**Sensitive Plant Species in the Pōhakuloa Training Area Terrestrial Biological Region of Influence**

Island of Hawai'i, Hawai'i

There are 15 federally listed plants recorded within the Pōhakuloa Training Area Region of Influence

Source: CEMML 2003, HINHP 2002

Figure 8-34

8-150



Sensitive Wildlife Species in the Pōhakuloa Training Area Terrestrial Biological Region of Influence

Island of Hawai'i, Hawai'i

Figure 8-35



There are 2,569 acres of Palila critical habitat within the Pōhakuloa Training Area Region of Influence.

**Federally Designated Palila Critical Habitat in the Pōhakuloa Training Area Terrestrial Biological Region of Influence**

Island of Hawai'i, Hawai'i

**Figure 8-36**



21,860 acres of Biologically Significant Areas occur within the Pōhakuloa Training Area Terrestial Region of Influence

**Biologically Significant Areas found in the Pōhakuloa Training Area Terrestial Region of Influence**

Island of Hawai'i, Hawai'i

Legend:
- Pōhakuloa Training Area Boundary
- Region of Influence
- Biologically Significant Areas

Source: CEMML 2003, HINHP 2002

**Figure 8-37**

8-159



**Figure 8-38.** Archaeological Sensitivity Areas at Pōhakuloa Training Area, Island of Hawai'i, Hawai'i

Source: CEMML 2002, Tetra Tech, Inc. 2002, USGS 1992b, 1993a

Archeological sensitivity areas have been compiled from many sources for Pōhakuloa Training Area.

Legend:
- Pōhakuloa Training Area Boundary
- 1010 Land Purchase Area
- P7 West Pohakuloa Training Area Land Acquisition Area
- P1 Battle Area Complex
- P2 Anti-Armor Live-fire and Tracking Range
- Saddle Road
- Red Leg Trail
- Sensitive Areas
- P10 Fixed Tactical Internet
- P3/P4 Pōhakuloa to Kawaihae Trail



**Archaeological Sensitivity Areas at West PTA and PTA Trail**

Island of Hawai'i, Hawai'i

**Figure 8-39**

8-194