**ARMY, MARINE CORPS, NAVY, AIR FORCE**



# J-FIRE

*MULTISERVICE
PROCEDURES FOR
THE JOINT APPLICATION
OF FIREPOWER*

FM 90-20
MCRP 3-16.8B
NWP 3-09.2
AFTTP(I) 3-2.6

**AIR LAND SEA
APPLICATION
CENTER**

**NOVEMBER 1997**

DISTRIBUTION RESTRICTION: Approved
for public release; distribution is unlimited.

**MULTISERVICE TACTICS, TECHNIQUES, AND PROCEDURES**

# EXHIBIT 15

# FOREWORD

This publication has been prepared under our direction for use by our respective commands and other commands as appropriate.

**WILLIAM W. HARTZOG**
General, USA
Commander
Training and Doctrine
  Command

**PAUL K. VAN RIPER**
Lieutenant General, USMC
Commanding General
Marine Corps Combat
  Development Command

**G.S. HOLDER**
Rear Admiral, USN
Commander
Naval Doctrine Command

**RONALD E. KEYS**
Major General. USAF
Commander
Headquarters Air Force Doctrine
  Center

# PREFACE

### 1. Scope

*J-Fire* applies to the tactical operating forces of the Army, Marine Corps, Navy, and Air Force. It is a United States (US) unilateral-only document, but it includes North Atlantic Treaty Organization (NATO) formats where appropriate. Information in *J-Fire* has been extracted from existing applicable service directives. It is intended primarily for use by members of battalion-level combat units. Navy and Marine information has been coordinated with Naval Doctrine Command (NDC) and the Marine Corps Combat Development Command (MCCDC), respectively.

### 2. Purpose

*J-Fire* provides a pocket-sized, quick reference guide for requesting fire support. *J-Fire* contains calls for fire, a format for joint air strike requests, a format for briefing aircrews who provide close air support, structures of communication nets, and data on weapons.

### 3. Implementation Plan

Participating service command offices of primary responsibility (OPRs) will review this publication, validate the information, and reference and incorporate it in service manuals, regulations, and curricula as follows:

**Army.** The Army will incorporate the procedures in this publication in US Army training and doctrinal publications as directed by the commander, US Army Training and Doctrine Command (TRADOC). Distribution is in accordance with DA Form 12-11E.

**Marine Corps: PCN 14400003300**
**Air Force Distribution: F**

*FM 90-20
*MCRP 3-16.8B
*NWP 3-09.2
*AFTTP(I) 3-2.6

FM 90-20            US Army Training and Doctrine Command
                              Fort Monroe, Virginia

MCRP 3-16.8B   Marine Corps Combat Development Command
                              Quantico, Virginia

NWP 3-09.2                      Naval Doctrine Command
                              Norfolk, Virginia

AFTTP(I) 3-2.6        Headquarters Air Force Doctrine Center
                              Maxwell Air Force Base, Alabama

6 NOVEMBER 1997

**J-FIRE**
**Multiservice Procedures**
**for the**
**Joint Application of Firepower**

### TABLE OF CONTENTS

                                                                            Page
PREFACE ............................................................................. i

ARTILLERY/MORTAR FIRE ........................................... 1
    Target Location Methods ............................................... 2
    Message To Observer ..................................................... 3
    Artillery/Mortar Definitions .......................................... 3

* This publication supersedes FM 90-20, FMFRP 2-72, ACCP 50-28,
USAFEP 50-9, PACAFP 50-28, and CINCLANTFLTINST 3330.5, 11 Feb 94.

Table 2.  Mortar Weapons Capabilities

| GUN/ MORTAR | MAX RANGE (m) | MIN RANGE (m) | MAX RATE OF FIRE (RPM) | SUSTAIN- MENT RATE (RPM) | AMMO | FUSES |
|---|---|---|---|---|---|---|
| 60mm | 3500 | 70 | 30 | 20 | HE, WP, ILLUM | PD, VT, TI, delay |
| 81mm M252/ M29A1 | 5800/ 4790 | 80/70 | 30/25 | 15/8 | HE, WP, ILLUM | PD, VT, TI, delay |
| 107mm M329A2 | 6840 | 770 | 18 | 3 | HE, WP, ILLUM | PD, VT, TI, delay |
| 120mm | 7200 | 200 | 15 | 4 | HE, WP, ILLUM | PD, VT, TI, delay |

Table 3.  Targets and Suggested Ammunition

| TARGETS | SHELL/FUSE |
|---|---|
| Personnel or Light Vehicles | DPICM |
| Covered Positions or Heavy Vehicles | DPICM |
| Vehicles or Personnel | HE/VT/MT |
| Bunkers | HE/CP |
| Armor, Bunkers | Copperhead |

Table 4.  Artillery/Mortar Illumination Factors

| WEAPON | SHELL TYPE | HOB (m) | BURN TIME (SEC) | RATE OF FALL (m/SEC) |
|---|---|---|---|---|
| 60mm | M83A1 | 160 | 25 | 6 |
| 60mm | M83A2/3 | 160 | 32 | 6 |
| 81mm | M301A3 | 600 | 60 | 6 |
| 105mm | M314A2 | 750 | 60 | 10 |
| 105mm | M314A3 | 750 | 70-75 | 10 |
| 107mm | M335 | 700 | 60 | 10 |
| 107mm | M335A1 | 700 | 70 | 10 |
| 107mm | M335A2 | 400 | 90 | 5 |
| 155mm | M118 | 750 | 60 | 10 |
| 155mm | M485A | 600 | 120 | 5 |

11