

**EARTHJUSTICE**
*Because the earth needs a good lawyer*

BOZEMAN, MONTANA  DENVER, COLORADO  HONOLULU, HAWAI'I
INTERNATIONAL  JUNEAU, ALASKA  OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON  TALLAHASSEE, FLORIDA  WASHINGTON, D.C.
ENVIRONMENTAL LAW CLINIC AT STANFORD UNIVERSITY

August 19, 2004

<u>By U.S. Mail and email</u>

Gary Oliva
Estate of James Campbell
James Campbell Bldg.
1001 Kamokila Blvd., Fl. 2
Kapolei, Hawai`i 96707
e: garyo@campbellestate.com

  Re: <u>'Ilio'ulaokalani Coaltion, et al., v. Donald H. Rumsfeld, et al., Civ. No. 04-00502 ACK BMK (D. Haw.)</u>

Dear Mr. Oliva,

  This morning, the U.S. Attorney's Office informed us that the U.S. Army has accepted Campbell Estate's offer to sell approximately 1,400 acres adjacent to Schofield Barracks, a land acquisition associated with the Army's planned transformation of the 2nd Brigade, 25th Infantry Division (Light), to a Stryker Brigade in Hawai'i. We hereby notify Campbell Estate that, on August 17, 2004, Earthjustice filed suit on behalf of three Native Hawaiian organizations to challenge the Army's failure to comply with the National Environmental Policy Act (NEPA) in connection with its decision to proceed with the 2nd Brigade's transformation. Among other things, our lawsuit seeks an order from the federal district court enjoining the Army from carrying out any activity associated with the proposed transformation in Hawai'i of the 2nd Brigade, including, but not limited to, acquisition of the aforementioned 1,400 acres, at least for the duration of the Army's noncompliance with NEPA.

  I have attached a copy of the complaint for your review. I would appreciate it if you would contact me to discuss this matter.

              Sincerely,

              David Lane Henkin

DLH/tt
Enclosure

**EXHIBIT 18**

223 SOUTH KING STREET, SUITE 400   HONOLULU, HI 96813-4501
T: 808.599.2436   F: 808.521.6841   E: eajushi@earthjustice.org   W: www.earthjustice.org