EARTHJUSTICE
Because the earth needs a good lawyer

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAI'I
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.
ENVIRONMENTAL LAW CLINIC AT STANFORD UNIVERSITY

August 20, 2004

By U.S. Mail and Electronic Mail

Chris Kanazawa, President & CEO
Parker Ranch, Inc.
67-1435 Māmalahoa Hwy.
Kamuela, Hawai'i 96743
e: ckanazawa@parkerranch.com

Re:   'Ilio'ulaokalani Coaltion, et al., v. Donald H. Rumsfeld, et al., Civ. No. 04-00502 ACK BMK (D. Haw.)

Dear Mr. Kanazawa,

I am writing to you at the request of Greg Chun, Parker Ranch's executive vice-president. As I discussed with Mr. Chun this morning, this letter's purpose is to notify Parker Ranch that, on August 17, 2004, Earthjustice filed suit on behalf of three Native Hawaiian organizations to challenge the U.S. Army's failure to comply with the National Environmental Policy Act (NEPA) in connection with its decision to proceed with the transformation of the 2nd Brigade, 25th Infantry Division (Light), to a Stryker Brigade in Hawai'i. Among other things, our lawsuit seeks an order from the federal district court enjoining the Army from carrying out any activity associated with the proposed transformation in Hawai'i of the 2nd Brigade, including, but not limited to, acquisition from Parker Ranch of approximately 23,000 acres adjacent to the Army's Pōhakuloa Training Area, at least for the duration of the Army's noncompliance with NEPA.

I have attached a copy of the complaint for your review. As I discussed with Mr. Chun, I would appreciate the opportunity to discuss this matter with the Parker Ranch attorneys who are handling the Army's proposed acquisition.

Sincerely,

David Lane Henkin

DLH/tt
Enclosure

cc:   Greg Chun (by electronic mail only)

**EXHIBIT 19**

223 SOUTH KING STREET, SUITE 400   HONOLULU, HI 96813-4501
T: 808.599.2436   F: 808.521.6841   E: eajushi@earthjustice.org   W: www.earthjustice.org