**EARTHJUSTICE**
*Because the earth needs a good lawyer*

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAI'I
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.
ENVIRONMENTAL LAW CLINIC AT STANFORD UNIVERSITY

May 4, 2005

By U.S. Mail and Electronic Mail

Chris Kanazawa, President & CEO
Parker Ranch, Inc.
67-1435 Māmalahoa Hwy.
Kamuela, Hawai'i 96743
e: ckanazawa@parkerranch.com

Re:   'Ilio'ulaokalani Coaltion, et al., v. Donald H. Rumsfeld, et al., Civ. No. 04-00502 ACK BMK (D. Haw.)

Dear Mr. Kanazawa,

This letter follows up on the letter I sent you on August 20, 2004, notifying Parker Ranch of Earthjustice's federal suit on behalf of three Native Hawaiian organizations challenging the U.S. Army's failure to comply with the National Environmental Policy Act (NEPA) in connection with its decision to proceed with the transformation of the 2nd Brigade, 25th Infantry Division (Light), to a Stryker Brigade in Hawai'i. We hereby notify Parker Ranch that we have appealed the district court's April 25, 2005 order upholding the Army's actions. In our appeal, we continue to seek an order enjoin the Army from carrying out any activity associated with the proposed transformation in Hawai'i of the 2nd Brigade, including, but not limited to, acquisition from Parker Ranch of approximately 23,000 acres adjacent to the Army's Pōhakuloa Training Area, at least for the duration of the Army's noncompliance with NEPA.

As I mentioned in my letter last year, I would appreciate the opportunity to discuss this matter with the Parker Ranch attorneys who are handling the Army's proposed acquisition.

Sincerely,

David Lane Henkin

DLH/tt

cc:   Greg Chun (by electronic mail only)

# EXHIBIT 20

223 SOUTH KING STREET, SUITE 400   HONOLULU, HI 96813-4501
T: 808.599.2436   F: 808.521.6841   E: eajushi@earthjustice.org   W: www.earthjustice.org