# STATUS REPORT

Maximum liability limited to
$2,500.00

This report (and any revisions thereto) is issued solely for the convenience of the titleholder, the titleholder's agent, counsel, purchaser or mortgagee, or the person ordering it.

------------------------------------------------

## SCHEDULE A

Title Guaranty of Hawaii, Incorporated, hereby reports that, subject to those matters set forth in Schedule "B" hereof, the title to the estate or interest to the land described in Schedule "C" hereof is vested in:

C. R. CHURCHILL,
D. A. HEENAN,
RICHARD W. GUSHMAN, II, and
RONALD J. ZLATOPER,
Trustees under the Will and of the
Estate of James Campbell, deceased,
as Fee Owner

This report is dated as of April 21, 2003 at 8:00 a.m.

Inquiries concerning this report
should be directed to
ANGELA REIS.
Email areis@tghawaii.com
Fax (808) 533-5855
Telephone (808) 539-7789.
Refer to Order No. 200324260.

EXHIBIT 'C'                    EXHIBIT 23

## SCHEDULE B
## EXCEPTIONS

1. Any and all Real Property Taxes that may be due and owing.

    Tax Key:   (1) 9-2-005-002   Area Assessed:   3,207.254 acres & 43,560 sq. ft.

    -Note:- Attention is invited to the fact that the premises covered herein may be subject to possible rollback or retroactive property taxes.

2. DESIGNATION OF EASEMENT "175"

    PURPOSE   : storm drain
    SHOWN     : on Map 77 as set forth by Land Court Order No. 15400, filed May 14, 1957

3. GRANT

    TO          : UNITED STATES OF AMERICA

    DATED       : March 29, 1957
    FILED       : Land Court Document No. 203035
    GRANTING    : the right in the nature of a perpetual easement for storm drain purposes over and across Easement "175"

4. DESIGNATION OF EASEMENT "277"

    PURPOSE   : storm drain
    SHOWN     : on Map 123 as set forth by Land Court Order No. 18784, filed March 7, 1961

5. GRANT

    TO          : UNITED STATES OF AMERICAN

    DATED       : February 10, 1961
    FILED       : Land Court Document No. 270623
    GRANTING    : a perpetual easement for storm drain purposes over and across Easement "277"

SCHEDULE B CONTINUED

8. Rights of others who may have easement or access rights in the land described in Schedule C.

9. Any unrecorded leases and matters arising from or affecting the same.

10. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

11. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

**END OF SCHEDULE B**

## SCHEDULE C

All of that certain parcel of land situate at Honouliuli, District of Ewa, City and County of honolulu, State of Hawaii, described as follows:

LOT 249, area 4.381 acres, more or less, as shown on Map 42, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1069 of the Trustees under the Will and of the Estate of James Campbell, Deceased;

Being the land(s) described in Original Certificate of Title No. 15,790 issued to THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED.

**END OF SCHEDULE C**

## STATUS REPORT

Maximum liability limited to
$2,500.00

This report (and any revisions thereto) is issued solely for the convenience of the titleholder, the titleholder's agent, counsel, purchaser or mortgagee, or the person ordering it.

---

### SCHEDULE A

Title Guaranty of Hawaii, Incorporated, hereby reports that, subject to those matters set forth in Schedule "B" hereof, the title to the estate or interest to the land described in Schedule "C" hereof is vested in:

C. R. CHURCHILL,
D. A. HEENAN,
RICHARD W. GUSHMAN, II, and
RONALD J. ZLATOPER,
Trustees under the Will and of the
Estate of James Campbell, deceased,
as Fee Owner

This report is dated as of April 21, 2003 at 8:00 a.m.

Inquiries concerning this report
should be directed to
ANGELA REIS.
Email areis@tghawaii.com
Fax (808) 533-5855
Telephone (808) 539-7789.
Refer to Order No. 200324263.

SCHEDULE B
EXCEPTIONS

1.  Any and all Real Property Taxes that may be due and owing.

    Tax Key:  (1) 9-2-005-013    Area Assessed:  4,969.016 acres
                                                 & 5,392 sq. ft.

    Tax Key:  (1) 9-2-005-016    Area Assessed:  20,001 sq. ft.

2.  Lualualei Forest Reserve and Honouliuli Forest Reserve as shown on Tax Map.

3.  Triangulation Stations "PUU KAUA" and "PUU HAPAPA" as shown on Map 54, of Land Court Application No. 1069.

4.  DESIGNATION OF EASEMENT "27" (10 feet wide)   *out*

    SHOWN    :  on Map 23, as set forth by Land Court Order No. 4113, filed August 5, 1940

5.  DESIGNATION OF EASEMENT "109" (40 feet wide)

    PURPOSE  :  roadway                            *out*
    SHOWN    :  on Map 54, as set forth by Land Court Order No. 10388, filed May 28, 1951

6.  DESIGNATION OF EASEMENT "110" (40 feet wide)

    PURPOSE  :  roadway                            *out*
    SHOWN    :  on Map 54, as set forth by Land Court Order No. 10388, filed May 28, 1951

7.  DESIGNATION OF EASEMENT "111" (12 feet wide)

    PURPOSE  :  electric transmission lines        *out*
    SHOWN    :  on Map 54, as set forth by Land Court Order No. 10388, filed May 28, 1951

SCHEDULE B CONTINUED

    GRANTING   :  a perpetual easement to construct, reconstruct, operate, maintain, repair and remove poles, guy wires, anchors and/or underground wire lines and such other appliances and equipment as may be necessary for the transmission and distribution of electricity, etc., being more particularly described in map attached thereto

19. Any unrecorded leases and matters arising from or affecting the same.

20. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

21. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes, as provided for in the Hawaii Constitution or the Hawaii Revised Statutes.

**END OF SCHEDULE B**

## SCHEDULE C

All of that certain parcel of land situate at Honouliuli, District of Ewa, City and County of honolulu, State of Hawaii, described as follows:

LOT 336, area 4,577.591 acres, more or less, as shown on Map 54, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1069 of the Trustees under the Will and of the Estate of James Campbell, Deceased;

Being the land(s) described in Original Certificate of Title No. 15,790 issued to THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED.

**END OF SCHEDULE C**

## STATUS REPORT

Maximum liability limited to
$2,500.00

This report (and any revisions thereto) is issued solely for the convenience of the titleholder, the titleholder's agent, counsel, purchaser or mortgagee, or the person ordering it.

-----------------------------------------------

## SCHEDULE A

Title Guaranty of Hawaii, Incorporated, hereby reports that, subject to those matters set forth in Schedule "B" hereof, the title to the estate or interest to the land described in Schedule "C" hereof is vested in:

C. R. CHURCHILL,
D. A. HEENAN,
RICHARD W. GUSHMAN, II, and
RONALD J. ZLATOPER,
Trustees under the Will and of the
Estate of James Campbell, deceased,
as Fee Owner

This report is dated as of April 21, 2003 at 8:00 a.m.

Inquiries concerning this report
 should be directed to
ANGELA REIS.
Email areis@tghawaii.com
Fax (808) 533-5855
Telephone (808) 539-7789.
Refer to Order No. 200324261.

## SCHEDULE B
## EXCEPTIONS

1. Any and all Real Property Taxes that may be due and owing.

   Tax Key: (1) 9-2-005-001   Area Assessed:   593.862 acres

   Tax Key: (1) 9-2-005-002   Area Assessed:   3,207.254 acres & 43,560 sq. ft.

   Tax Key: (1) 9-2-005-004   Area Assessed:   4.198 acres

   -Note:- Attention is invited to the fact that the premises covered herein may be subject to possible rollback or retroactive property taxes.

2. DESIGNATION OF EASEMENT "24"

   SHOWN : on Map 9, as set forth by Land Court Order No. *out* 3052, filed March 14, 1938

3. GRANT

   TO : TERRITORY OF HAWAII

   DATED : March 31, 1938
   FILED : Land Court Document No. 43225    *out*
   GRANTING : an easement in the nature of a right-of-way over Easement "24" being more particularly described thereto

4. LEASE OF RIGHT OF WAY

   TO : THE HAWAIIAN ELECTRIC COMPANY, LIMITED, a Hawaiian corporation

   DATED : August 10, 1943    *Expired*
   FILED : Land Court Document No. 69519
   LEASING : a right and easement for utility purposes being more particularly described in map attached thereto

200324261      **Title Guaranty of Hawaii, Inc.**      Page 2
HONOLULU, HAWAII

SCHEDULE B CONTINUED

23. GRANT

    TO        : HAWAIIAN ELECTRIC COMPANY, INC., a Hawaii
                corporation

    DATED     : June 10, 1998
    FILED     : Land Court Document No. 2490187
    GRANTING  : a perpetual right and easement for utility purposes
                being twenty-five (25) feet wide extending 12-1/2
                feet on each side of the centerline located as
                shown on Map 79-190 attached thereto

24. Rights of others who may have easement or access rights in the
    land described in Schedule C.

25. Any unrecorded leases and matters arising from or affecting the
    same.

26. Discrepancies, conflicts in boundary lines, shortage in area,
    encroachments or any other matters which a correct survey or
    archaeological study would disclose.

27. Claims arising out of customary and traditional rights and
    practices, including without limitation those exercised for
    subsistence, cultural, religious, access or gathering purposes,
    as provided for in the Hawaii Constitution or the Hawaii Revised
    Statutes.

**END OF SCHEDULE B**

**SCHEDULE C**

All of that certain parcel of land situate at Honouliuli, District of Ewa, City and County of Honolulu, State of Hawaii, described as follows:

LOT M-1-A-1, area 3,790.823 acres, more or less, as shown on Map 159, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1069 of the Trustees under the Will and of the Estate of James Campbell, Deceased;

Being the land(s) described in Original Certificate of Title No. 15,790 issued to THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED.

**END OF SCHEDULE C**