

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=9049
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

**IMMEDIATE RELEASE**

No. 1156-05
November 07, 2005

### DoD Announces Units for Next Operation Iraqi Freedom Rotation

The Department of Defense announced today the major units scheduled to deploy as part of the next Operation Iraqi Freedom rotation. This announcement involves several combat brigades, headquarters elements, and combat support and combat service support units and approximately 92,000 service members as presently envisioned. The scheduled rotation for these forces will begin in mid-2006. Decisions made by the Secretary of Defense at the recommendation of military commanders in Iraq may result in changes to this rotation and may affect units now being identified and advised to prepare to deploy.

This rotation continues the U.S. commitment to OIF, yet is flexible and adaptable in order to meet the evolving requirements for the mission in Iraq.

**For Operation Iraqi Freedom, the major units announced today include:**

Division Headquarters, 25th Infantry Division, Schofield Barracks, Hawaii

13th Corps Support Command, Fort Hood, Texas

1st Brigade, 34th Infantry Division, Minnesota Army National Guard

2nd Brigade, 1st Infantry Division, Schweinfurt, Germany

3rd Brigade, 2nd Infantry Division, Fort Lewis, Wash.

3rd Brigade, 82nd Airborne Division, Fort Bragg, N.C.

3rd Brigade, 25th Infantry Division, Schofield Barracks, Hawaii

2nd Brigade, 10th Mountain Division, Fort Drum, N.Y.

The individual services will announce the smaller, supporting units for this rotation.

Additionally, the 1st Brigade, 1st Infantry Division, based at Fort Riley, Kan., previously notified to prepare to deploy in early December, has been advised it will not deploy prior to Dec. 31, 2005.

In consultation with the Iraqi Government, commanders continue to assess the situation to ensure sufficient forces levels to best support the Iraqi government. The U.S. force rotations may be tailored based upon changes in the security situation. Iraqi security forces continue to develop capability and assume responsibility for security in Iraq.

DoD will continue to release unit announcements as they are identified and alerted. For information on the units announced today or other units involved in this rotation; please contact the service public affairs offices at the following numbers: Army, (703) 692-2000; Marine Corps, (703) 614-4309; Navy (703) 697-5342; and Air Force, (703) 695-0640.

# EXHIBIT 30