TITLE: Press Release: Fort Polk to Receive New Infantry Brigade Combat Team

AUTHOR: Joint Readiness Training Center and Fort Polk Public Affairs Office

DATE: July 23, 2004

**EXHIBIT 32**

 **JOINT READINESS TRAINING CENTER AND FORT POLK PUBLIC AFFAIRS OFFICE** 

## Press Release

7073 RADIO ROAD
FORT POLK LA 71459-5342
Voice: (337) 531-1418
Fax: (337) 531-6014

---

**Release Number: 071204**                               July 23, 2004
*FOR MORE INFORMATION*
*Contact: Maj. Ron Elliott 337-531-1418*
         *Samantha Bingham 337-531-4630*

### Fort Polk to receive new Infantry brigade combat team

FORT POLK, LA – The Department of the Army announced today that Fort Polk will soon be the site for one of the new modular Brigade Combat Teams Units of Action (BCT/UA).

"From a Fort Polk perspective, this is a great decision," said Colonel Kent Schweikert, Deputy Commander, Joint Readiness Training Center and Fort Polk. "As home of the Army's premier training facility for light infantry forces, Fort Polk is exceptionally well suited to support one of the Army's new Infantry Brigade Combat Team Units of Action (BCT/UA). The infantry BCT/UA is a highly deployable unit and is an important part of the current efforts to transform the Army."

As part of the decision to position the new BCT/UA, the 2nd Armored Cavalry Regiment will move to Fort Lewis, Washington and convert to a Stryker Brigade Combat team.

"The 2ACR has performed admirably in peace and war and will be missed from the post, but it will remain a relevant and lethal force wherever it is stationed," continued Schweikert. "The Army and Fort Polk remains committed to taking care of its soldiers during this transition. This decision supports Army efforts to transform now to meet current and future challenges in the War on Terror."

*The new Infantry Brigade Combat Team is a highly deployable unit will enhance the Army's ability to project power from CONUS bases while simultaneously preparing forces for full spectrum operations. This is an important part of the current efforts to transform the Army to be relevant and ready to win the War on Terror.*

The new BCT/UA, which will be stationed at Fort Polk in fiscal year 2005, will be designated as the 4th Brigade, 10th Mountain and will result in a net increase of approximately 300 additional Soldiers stationed here at Fort Polk.

-end-

## Media Advisory

**The Fort Polk command will hold press conference today at 3:30 p.m. at the Media Operations Center, Bldg. 401 Radio Road. Media representatives needing to set up equipment must arrive by 3:00 p.m. For more information, contact Major Ron Elliott at (337) 208-3436.**

0009562

TITLE: Press Release: Army Announces FY05 and FY06 Modular Brigade Force Structure Decisions

AUTHOR: U.S. Army Public Affairs

DATE: July 23, 2004



# Army announces FY05 and FY06 Modular Brigade Force Structure Decisions

July 23, 2004

The Department of the Army announced today force structure basing decisions for the new brigade combat team (units of action) BCT(UA)s in fiscal years (FY) 2005 and 2006.

The temporary stationing of modular BCT(UA)s is critical to ensure the Army is properly postured to fully support its strategic commitments, including ongoing operations in support of the global war on terror. Additionally this allows the Army to continue its transformation to a campaign-quality force with joint and expeditionary capabilities that meet the future demands of the Combatant Commanders.

In FY 05, the Army will stand up and temporarily station new modular BCT(UA)s at Fort Polk, Louisiana; Fort Richardson, Alaska, and Ft Hood, Texas. As part of the decision, the 2nd Cavalry Regiment, currently at Ft Polk, Louisiana, will move to Ft Lewis and convert to a Stryker Brigade Combat Team.

In FY 06, pending permanent stationing consistent with Base Realignment and Closure (BRAC) analysis in 2005, the Army will form and temporarily station BCT(UA)s at Fort Benning, Georgia; Fort Bliss, Texas; Fort Bragg, North Carolina; and Fort Riley, Kansas.

The locations were selected based on existing capacities, available training space, and current locations of similar units. The Army will revisit the locations of these units during the 2005 Base Realignment and Closure process.

The new modular forces will be capable of operating across the entire range of military operations. As part of Army transformation, capabilities previously found within the divisions and corps will be shifted to the BCT(UA). These new brigades are the first conversions in army transformation and are designed to deploy/employ as independent units in support of the joint force.

On January 30, 2004, the Office of the Secretary of Defense approved increasing the number of active modular Brigade Combat Team Units of Action (BCT(UA)) from 33 to 43 between FY 04-06. In accordance with the Army Campaign Plan, the Army began

0009608

converting to modular designs in FY 04 with three BCT(UA)s temporarily stationed at Fort Stewart, Georgia; Fort Campbell, Kentucky; and Fort Drum, New York. The FY 05-06 actions are a continuation of that effort.

For more information contact: Lt. Col. Christopher Rodney at 703-697-3491, christopher.rodney@hqda.army.mil.

0009609