HAWAI'I ARMY WEEKLY, November 3, 2006; Front Page

# 2nd SBCT halts its Stryker training

## Army complies with 9th Court ruling, will consider other locales

**U.S. ARMY GARRISON HAWAII PUBLIC AFFAIRS**
News Release

A temporary court order issued last Friday halted Stryker-related training of the 25th Infantry Division's 2nd Stryker Brigade Combat Team.


Brown

The court case reverts to U.S. District Judge David Ezra sometime after Thanksgiving to rule on what scope a continuing injunction should have until the supplemental review is completed.

The Army said it would follow the court's latest instructions that were issued in the form of a temporary injunction.

"We are in receipt of the order and are complying," the Army said in a brief statement issued by the U.S. Army, Pacific public affairs office.

A ruling by the 9th Circuit Court in early October found that the Army must complete a supplemental analysis that considers a variety of locations for the location of the brigade.

Attorneys from Department of Justice and Department of the Army are working with the Army's leadership to develop appropriate legal responses to the court's decisions.

The 2nd Stryker Brigade Combat Team has been training and transforming for about 12 months.

Earthjustice, representing three native Hawaiian groups, contend the Stryker vehicles and their training grounds would harm cultural sites and the environment.

U.S. Army Pacific Commander Lt. Gen. John M. Brown III stated his conviction that the Nation needs the Stryker brigade in Hawaii, as part of the National Military Strategy, in a commentary published in the October 20 edition of the Hawaii Army Weekly. "Halting these Soldiers' training and preparation for a combat deployment would be wrong. Not providing full training for these Soldiers before sending them into combat would be irresponsible and criminal," Brown said.

Lt. Gen. Brown concluded by stating, "We regret the inconvenience this is causing to our Soldiers and families. We will do all that is required and appropriate to ensure our Soldiers are trained to standard prior to sending them into combat."

**EXHIBIT 35**