1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

MALAMA MAKUA, a Hawaii          )
non-profit corporation,         )
                                )
              Plaintiff,         )
                                ) CIVIL NO. 00-00813
      vs.                        )
                                )
DONALD H. RUMSFELD,             )
SECRETARY OF DEFENSE; and        )
FRANCIS J. HARVEY,              )
Secretary of the United         )
States Department of the        )
Army,                           )
                                )
              Defendants.        )
                                )

DEPOSITION OF JOHN MICHAEL BEDNAREK

Taken on behalf of Plaintiff at the Law Offices of

Earthjustice, 223 South King Street, Suite 400,

Honolulu, Hawaii, commencing at 10:00 a.m. on

December 21, 2005, Pursuant to Notice.

Transcribed by:  RITA KING, RPR, CSR #373
                 Court Reporter, State of Hawaii

ALI'I COURT REPORTING
2355 Ala Wai Boulevard, #306
Honolulu, Hawaii  96813
808.394.ALI'I (2544)

Ali'i Court Reporting
808.394.2544

# EXHIBIT 36

7

1   Would that be all right?

2       A.   It is.

3       Q.   At any point in the proceeding, if you

4   need to take a break for any reason, please let me

5   know, we want to be as accommodating as we can, so

6   if you let me know, I'll try and find an

7   appropriate place to break the deposition and go

8   off the record.  Okay?

9       A.   Okay.

10      Q.   And finally, if at any point there are

11  any questions that you have about the proceeding or

12  anything that you need to clarify regarding your

13  prior testimony, please let me know, and we'll make

14  sure that we address those matters.

15      A.   I will.  Thanks.

16      Q.   With those preliminaries out of the way,

17  could you please, briefly, describe your

18  responsibilities in the Army with respect to the

19  25th Infantry Division.

20      A.   Yes.  I am the deputy commanding general

21  for operations, 25th Infantry Division, Schofield

22  Barracks, Hawaii.  My responsibilities include

23  operations and training and the operational

24  readiness of the division, all of its soldiers.  We

25  focus principally on operational readiness,

8

1    deployability, and war-fighting capability of the

2    25th.

3            MR. HENKIN:  Could I just ask the court

4    reporter, are you having difficulty hearing?

5            Let's go off the record for a minute.

6            (A discussion was held off the record.)

7    Q.   BY MR. HENKIN:  Specifically with respect

8    to the announced deployment of elements of the 25th

9    infantry to Iraq in 2006, what are your

10   responsibilities?

11       A.   My responsibilities include ensuring that

12   those elements of the 25th are trained and ready to

13   deploy.

14       Q.   Did you participate in the preparation of

15   the Army's responses to interrogatories or document

16   requests?

17       A.   I provided a written deposition, I guess,

18   is the correct legal term, which I believe is part

19   of this procedure, yes.

20       Q.   Are you referring to the declaration that

21   was attached to the Army's motion to the court?

22       A.   Yes.

23       Q.   Subsequent to that, we asked a number of

24   questions of the Army in the form of

25   interrogatories and document requests.  Were you

153

1   go do something else or leave to go do something

2   else and you get new members on the team.

3         So that training evolution is a

4   continuous process, even while you're deployed,

5   which, again, mandates the need for additional

6   iterations, again, underscoring where Makua Valley

7   and those types of training venues is so critical

8   for us because of the quality that the area

9   provides us.

10     Q.   I'd like you to please turn your

11  attention to this, appears to be a Powerpoint

12  slide, in any event, this document that we received

13  a moment ago from the 25th Infantry.

14         Have you seen this document before?

15     A.   No.

16     Q.   Can you interpret this document, based on

17  your background and experience?

18     A.   I can.

19         MR. HENKIN:   Could we please have it

20  labeled as Exhibit 8.

21         (Exhibit Number 8 was marked for

22  identification.)

23     Q.   BY MR. HENKIN:   General, could you please

24  describe what Exhibit 8 is.

25     A.   Exhibit 8 is an unclassified document

154

1    with the title "Combat Training Center Use, Fiscal

2    Year 2006," and highlights a calendar timeline on

3    the top by month that lists the various monthly

4    numerical iterations which are akin to the

5    rotational numeric designations at our combat

6    training centers, dated 2 December '05.

7         Q.    If you look along the left-hand side

8    there are a number of acronyms running up and down

9    that left-hand side.  Could you please just walk us

10   through those acronyms and what they stand for.

11        A.    From top to bottom, NTC, for the National

12   Training Center.  Second line is JRTC, for the

13   Joint Readiness Training Center.  Third line is

14   BCTP, which is Battle Command Training Program.

15   Fourth line is BCBST, and the specifics of that

16   acronym I do not know, but it is a simulation

17   training module.  The fifth acronym is JFCOM, which

18   stands for Joint Forces Command, which is a

19   headquarter combatant command.  And the final line

20   entry at the bottom of the page is JCS, which

21   stands for Joint Chiefs of Staff.

22        Q.    Other than JRTC and NTC, which we have

23   discussed previously, do any of these combat

24   training centers listed on Exhibit 8 provide

25   opportunities to conduct maneuver or live fire?

155

1         A.    No.  It's a good question, and I'll

2    clarify for you.  Although the title of this

3    *document* states Combat Training Centers, there are

4    only two dirt combat training centers on this

5    document, and those are the top two, *the Joint*

6    Readiness Training Center and the National Training

7    Center.  The others are, as I stated, either staffs

8    or headquarters or training-simulation capability.

9         Q.    And when you say dirt, that's in the

10   colloquial sense?

11        A.    ·Yes, in the sense of allowing maneuver

12   formations to train.

13        Q.    With reference to the first row for NTC,

14   I draw your attention to the iteration 06-02.  *Do*

15   you see that?

16        A.    I do.

17        Q.    And there is no -- well, it's blank

18   beneath that.  What does that indicate?

19        A.    Well, it indicates that nobody trained

20   there last month because that's past tense, because

21   that already occurred.

22        Q.    During which dates?

23        A.    The one that you highlighted, 06-02.

24        Q.    Yes.  During which dates was no one

25   training at NTC?

156

1      A.    Well, the dates listed there of 19

2    November through and including 2 December.

3      Q.    Continuing along that same portion of the

4    row, there is a 2 December through 14 January.  Do

5    you see that?

6      A.    I do.

7      Q.    What does that refer to?

8      A.    Well, there is, as you -- well, that

9    refers to the, obviously, the dates, the time of

10   the month of December.  As you highlight in that

11   December block, there is no -- and same thing for

12   JRTC, there is no rotation schedule because the

13   06-02 in November, and then it goes to the 06-03 in

14   January.  So the month of December for all of the

15   CTCs it provides that maintenance re-fit,

16   reorganization, if you will, for the cadre, the

17   resources, the logistics, et cetera, holiday

18   period, et cetera, ensure that they are prepared

19   for the next rotation of brigades that would rotate

20   through.

21     Q.    Referring, then, to the next rotation,

22   NTC 06-03, do you see that?

23     A.    I do.

24     Q.    Is anyone scheduled to train for that

25   rotation as of December the 2nd of this year?

160

1      A.    4th Brigade of the 25th is standing up,

2   currently designated at Fort Benning, Georgia.

3      Q.    And so this brigade is currently under

4   the command of the 25th?

5      A.    It is not under our operational command

6   of the 25th Infantry Division here in Hawaii.  It

7   is designated under the construct of modular

8   formations as a 25th Infantry Division patch but

9   not under our operation control.

10     Q.    If you look at JRTC rotation 06-07, do

11  you see that one?

12     A.    I do.

13     Q.    Who will be training at JRTC during that

14  rotation?

15     A.    It looks like 3rd Brigade combat team,

16  1st Calvary Division.

17     Q.    And if you refer to Exhibit 6, is that

18  the brigade that as of November the 10th was

19  training at NTC during the 06-05 rotation?

20     A.    Yes, it is.  It's a great comment that

21  underscores how dynamic and evolved and busy our

22  great brigades across our Army are, and it

23  highlights the flexibility of our system, that

24  based on deployment requirements, based on

25  potential adjustments of those deploying formations

Ali'i Court Reporting
808.394.2544

1   to ensure that every brigade, including our own

2   that we've been discussing today, have the

3   opportunity for a combat training center rotation

4   prior to deployment to Iraq or Afghanistan.

5        Q.   And this is all to ensure that they are

6   ready for deployment?

7        A.   Absolutely.

8        Q.   I'd like to focus on the Exhibit 8, the

9   NTC schedule, looking first at rotation 06-01.  Do

10  you see that?

11       A.   I do.

12       Q.   Who is training during that rotation?

13       A.   It looks like our great Marine

14  counterparts.

15       Q.   Do you see the dates that they were

16  scheduled to train for rotation 06-01?

17       A.   Yes.

18       Q.   What dates did they train?

19       A.   It indicates 10 October to 3 November --

20       Q.   If you could please --

21       A.   -- in '05.

22       Q.   I'm sorry?

23       A.   In fiscal '05, or calendar year 2005.

24       Q.   If you could please look at Exhibit 6,

25  NTC rotation 06-01, based on this exhibit, can you

162

1   see as of November 10th when they were scheduled to

2   leave NTC?

3       A.   Yes.

4       Q.   When?

5       A.   On the earlier document, their rotation

6   was templated to end on the 14th of November.

7       Q.   So they left 11 days earlier?

8       A.   That's what it indicates on this chart.

9       Q.   Looking now at NTC rotation 06-04, do you

10  see that?

11      A.   I do.

12      Q.   What unit is scheduled to train during

13  that period of time?

14      A.   3rd Brigade, 2nd Infantry Division.

15      Q.   And as of 2 December '05, when are they

16  scheduled to start and end their rotation?

17      A.   It looks 18 February to 3rd March of '06.

18      Q.   And could you please look at Exhibit 6

19  for rotation 06-04 and tell me what dates they were

20  scheduled in November -- as of November, what dates

21  they were scheduled to train during that rotation.

22      A.   Same formation dates, 13 February to 15

23  March of '06.

24      Q.   If I'm reading this correctly, they are

25  arriving five days later; is that right?

163

1      A.    That's what it indicates here, yes.

2      Q.    And they are leaving 12 days earlier?

3      A.    That's what it indicates, correct.

4  Again, that's a good observation.  It underscores

5  the good flexibility based on the requirements of

6  that unit.  Hard to highlight on this single

7  document the adjustments and requirements and what

8  drove those adjustments.  Potentially could be

9  their deployment window specifics requiring them to

10  go to Iraq or Afghanistan early, except, again,

11  hard to tell from this document.

12     Q.    Now, with respect to NTC rotation 06-05

13  on Exhibit 8, do you see that?

14     A.    I do.

15     Q.    What unit is now training instead of the

16  3rd Brigade, 1st Calvary?

17     A.    2nd Brigade, 10th Mountain.

18     Q.    And what dates are they scheduled to be

19  deployed to NTC during that rotation?

20     A.    1 through 14 April.

21     Q.    And if you look at Exhibit 6 for the same

22  rotation, 06-05, what dates was the 3rd Brigade,

23  1st Calvary scheduled as of November 10th of '05 to

24  deploy to NTC for that rotation?

25     A.    27 March to 26 April.

164

1     Q.    So the 10th Mountain is arriving at NTC

2     four days later, is that correct, than the 3rd

3     Brigade, 1st Calvary was scheduled?

4        A.    Correct.

5        Q.    And they are departing 12 days earlier?

6        A.    That's correct.  Again, based on this

7     document.

8        Q.    Referring now to the rotation of the 3rd

9     Brigade of the 25th, rotation 06-06, according to

10    Exhibit 8, when are you scheduled to arrive at NTC?

11       A.    29 April.

12       Q.    And looking at Exhibit 6, when were you

13    scheduled to arrive as of 10 November?

14       A.    24 April.

15       Q.    So five days later now?

16       A.    Well, again, that's what these documents

17    highlight, yes.

18       Q.    And according to Exhibit 8, when are you

19    scheduled to depart from NTC?

20       A.    12 May.

21       Q.    And according to Exhibit 6, when were you

22    previously scheduled to leave?

23       A.    24 May.

24       Q.    So 12 days earlier now?

25       A.    Well, again, that's what these documents

165

1   highlight.  You have to recall, as I mentioned
2   earlier, from a concept perspective, mission
3   letters and how we rotate formations through, and
4   these are great documents that underscore, as I
5   mentioned before, the flexibility of our system to
6   provide the formations what they need to train at
7   our dirt combat training centers.

8          You brought out some great highlights
9   reinforcing that, that from a very short period of
10  time, 10 November on one document to just short of
11  three weeks later on another document, we have
12  adjusted three formations, completely moved two
13  others, flexible enough to provide the training
14  necessary and still meet the requirements of our
15  nation to get soldiers trained and ready to deploy
16  with adjustments of requirements by the combatant
17  commander and central command.  Pretty good success
18  story.

19      Q.   Looking now at NTC rotation 06-07, who is
20  scheduled to deploy to NTC for that rotation?

21      A.   2nd Brigade, 1st Calvary Division.

22      Q.   During what time period?

23      A.   27 May to 9 June '06.

24      Q.   I'm sorry?

25      A.   27 May to 9 June '06.

170

```
 1   STATE OF HAWAII       )
                           )  ss.
 2   COUNTY OF HONOLULU    )

 3

 4        BE IT KNOWN that the foregoing deposition

 5   was taken before me, RITA KING, a Certified

 6   Shorthand Reporter for the State of Hawaii; that

 7   the witness before testifying was duly sworn by me

 8   to testify to the whole truth; that the questions

 9   propounded to the witness and the answers of the

10   witness thereto were taken down by me in shorthand

11   and thereafter reduced to print by computer-aided

12   transcription under my direction; that the witness

13   elected to read and sign; that the foregoing pages

14   are a full, true and accurate transcript of all

15   proceedings and testimony had and adduced upon the

16   taking of said deposition, all done to the best of

17   my skill and ability.

18        I FURTHER CERTIFY that I am in no way

19   related to nor employed by any of the parties

20   hereto nor am I in any way interested in the

21   outcome hereof.

22        DATED at Honolulu, Hawaii, this 26th day

23   of December, 2005.

24                     _____

25                     RITA KING, RPR, CSR No. 373

                          Ali'i Court Reporting
                             808.394.2544
```



EXHIBIT NO. 6
BEDNACEK
12-7-05
RITA KING, RPR, CSR



# CTC USE FY 2006

Unclassified

As of 2 Dec 05