# Attachment "2"

# UAC
# After Action Review Bldg



ATTACHMENT 2