# Attachment "3"

# UAC
# Breach Facility

ATTACHMENT 3

