# Attachment "4"

# UAC
# Latrines



ATTACHMENT 4