# Attachment "5"

# UAC
# Offense & Defense Building



ATTACHMENT 5