# Attachment "6"

# UAC
# Underground Trainer

