# Attachment "7"

# UAC
# Squad & Platoon Task

