# Attachment "8"

# UAC
# Storage Building



ATTACHMENT 8