# Attachment "9"

# Motor Pool
# Motor Pool Building



ATTACHMENT 9