# Attachment "10"

# Motor Pool
# Main Parking Area & Building



ATTACHMENT 10