# Attachment "11"



TVWF SB Mechanical Bldg & Water Tank

ATTACHMENT 11