# Attachment "12"

## TVWF SB
## Sedimentation Basin

