# Attachment "13"

# TVWF SB
# Wash Racks



ATTACHMENT 13