# Attachment "14"

# TVWF SB Wash Racks

