# Attachment "15"

# MDF
# Alert Holding Area (AHA)



ATTACHMENT 15