# Attachment "16"

# MDF
## Joint Inspection & Vehicle Maintenace Bldgs



ATTACHMENT 16