# Attachment "17"

# MDF
## Wash Rack, Fuel/Defuel & Scale Bldgs



ATTACHMENT 17