# Attachment "18"

# MDF
# Maintenance Building

