# Attachment "19"

# MDF
# Contingency Warehouse

