# Attachment "20"



Proposed (estimated) Aviation Brigade Motorpool & Multiple Deployment Faciltily Complex, WAAF, Oahu, Hawaii

ATTACHMENT 20