```
EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE        (3790)
THOMAS HELPER    (5676)
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:  Harry.Yee@usdoj.gov
Email:  Tom.Helper@usdoj.gov

SUE ELLEN WOODRIDGE
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0274
Email:  Barry.Weiner@usdoj.gov
```

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD H. RUMSFELD, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>    Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>FEDERAL DEFENDANTS' MEMORANDUM ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF IN ACCORDANCE WITH THE NINTH CIRCUIT'S REMAND |

ATTACHMENTS "21" THROUGH "28" TO THE
DECLARATION OF LAURIE LUCKING