# Attachment "21"

