# Attachment "22"

