# Attachment "23"

