# Attachment "24"

# QTR-1
# Foxholes & Towers

