# Attachment "25"

# QTR-1
# Modified Record Fire Range

