# Attachment "26"

# QTR-1
# Multi-purpose Machine Gun Lanes

