# Attachment "27"

# QTR-1
# Multi-purpose Machine Gun Lanes

