# Attachment "28"

Case 1:04-cv-00502-DAE-BMK     Document 111-9     Filed 11/14/2006     Page 1 of 2

