# Attachment "29"

