# Attachment "30"

