# Attachment "31"

## Existing Range 11T



ATTACHMENT 31