EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:  harry.yee@usdoj.gov
Email:  tom.helper@usdoj.gov

SUE ELLEN WOODRIDGE
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Email: Barry.Weiner@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of United States Department of Defense; and LES BROWNLEE, Acting Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO. 04-00502 DAE BMK <br><br> FEDERAL DEFENDANTS' MOTION TO EXCEED THE PAGE LIMITATION IN LOCAL RULE 7.5; CERTIFICATE OF SERVICE <br><br><br><br><br> <u>Hearing</u>: <br><br> Date:   November 20, 2006 <br> Time:   9:45 a.m. <br> Judge:  Hon. David A. Ezra |

_____)

Federal Defendants, DONALD H. RUMSFELD, Secretary of the United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army ("Army"), by and through undersigned counsel, request leave to file an overlength brief exceeding the thirty (30) page limit set forth in LR 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii.  The Army's overlength Memorandum on the Scope of Interim Injunctive Relief in Accordance with the Ninth Circuit's Remand is submitted simultaneously with this motion and exceeds the limit in LR 7.5 by thirty (30) pages.

While the Army's memorandum exceeds the page limitation in LR 7.5, the Army believes filing an overlength brief is necessary to address the numerous issues associated with the appropriate scope of injunctive relief.  Furthermore, due to emergent circumstances surrounding the scope of injunctive relief, the Army only has one opportunity to file briefing with the Court and, therefore, an overlength brief is necessary to fully develop the record for the Court's consideration.  As the Court explained in a status conference held on November 6, 2006, its role is to determine the appropriate scope of an injunction, but it "has to be with an appropriate record." See D. Ct. Transcript at 11.  The Court further noted that it wants the parties to properly develop

2

the record and it wants to have a complete record upon which to base its decision.  Id. at 12.

Consistent with the Court's concerns and the critical nature of the issue before this Court, the Army respectfully requests permission to file an overlength brief that develops the record before this Court, fully addresses the issues relevant to the appropriate scope of an injunction, and anticipates and responds to the potential arguments Plaintiffs may submit in their simultaneous briefing.  The issues relevant to the appropriate scope of injunctive relief are significant and require a detailed explanation of the proposed actions needed for transformation, the lack of harm that will result from these actions, and the potential for grave harm to the nation's soldiers and security interests if transformation is enjoined. In order to ensure that the Court has the information needed and a fully developed record, the Army has submitted an overlength brief that address the critical issues needed to resolve the appropriate scope of injunctive relief.

More specifically, the Army's injunction motion first addresses, in great detail, the severe harm that an interim injunction would cause to the Army if it included prohibitions on critical training, and construction and use of six training facilities required for the transformation of the 2d Brigade into a Stryker Brigade Combat Team ("SBCT") by November 2007.  Second,

the Army's motion addresses the anticipated claims of irreparable harm alleged by Plaintiffs. Since the parties are submitting simultaneous briefing, the Army must anticipate the potential harm Plaintiffs intend to raise and thoroughly address these claims for the Court.  Finally, the Army must demonstrate that the balance of harms weighs decidedly in its favor and that public interest strongly supports an injunction that will allow the 2d Brigade to transform to an SBCT by November 2007.  Since each of these issues is critical to the Court's evaluation of the appropriate scope of an interim injunction, the Army wishes to file an overlength brief in order to adequately and thoroughly address the issues presented for the Court's review.

For the foregoing reasons, the Army respectfully requests that this Court grant the instant motion to exceed the page limit for a motion by thirty (30) pages and permit the filing of the Army's overlength memorandum on the appropriate scope of injunctive relief.

Respectfully submitted this 14th day of November 2006,

                                      EDWARD H. KUBO, JR. (2499)
                                      United States Attorney
                                      District of Hawai`I

                                      /s/ Thomas Helper
                                      _____
                                      HARRY YEE      (3790)
                                      THOMAS HELPER  (5676)
                                      Assistant United States Attorney
                                      Room 6-100, PJKK Federal Building
                                      300 Ala Moana Boulevard

```
                              Honolulu, Hawai`I  96850
                              Telephone: (808) 541-2850
                              Facsimile: (808) 541-3752
                              Email: harry.yee@usdoj.gov

                              SUE ELLEN WOODRIDGE
                              Assistant Attorney General

                              BARRY A.  WEINER
                              JAMES D. GETTE
                              Trial Attorneys
                              General Litigation Section
                              Environment & Natural Resources
                              Division
                              U.S. Department of Justice
                              P.O. Box 663
                              Washington, D.C.  20044-0663
                              Email: Barry.Weiner@usdoj.gov
                              Telephone:    202-305-0469
                              Fax:      202-305-0274

Of Counsel:
Robert M. Lewis
Senior Trial Attorney
Army Environmental Law Division
901 North Stuart Street, Suite 400
Arlington, VA 22203
Telephone:  (703) 696-1567
Facsimile:  (703) 696-2940
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NA 'IMI PONO, a Hawai'i unincorporated association; and KIPUKA, a Hawai'i unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　Defendants. | CIVIL NO. 04-00502 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

　　Served Electronically through CM/ECF:

　　　　David L. Henkin　　dhenkin@earthjustice.org

　　　　Isaac H. Moriwake　　imoriwake@earthjustice.org

　　　　　Attorneys for Plaintiffs

　　DATED: November 14, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　/s/ Jan Yoneda