EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE       (3790)
THOMAS HELPER   (5676)
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:  Harry.Yee@usdoj.gov
Email:  Tom.Helper@usdoj.gov

SUE ELLEN WOODRIDGE
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0274
Email:  Barry.Weiner@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br>        Plaintiffs, <br><br>   v. <br><br> DONALD H. RUMSFELD, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br>        Defendants. | CIVIL NO. 04-00502 DAE BMK <br><br> ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO EXCEED THE PAGE LIMITATION IN LOCAL RULE 7.5 |

ORDER GRANTING FEDERAL DEFENDANTS'
MOTION TO EXCEED THE PAGE LIMITATION IN LOCAL RULE 7.5

      IT IS HEREBY ORDERED that Federal Defendants' Motion to Exceed the Page Limitation in Local Rule 7.5, filed on November 14, 2006, is hereby granted.

      DATED: November 16, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

ILIO'ULAOKALANI COALITION
v. RUMSFELD
Civil No. 04-00502 DAE BMK
"ORDER GRANTING FEDERAL DEFENDANTS'
MOTION TO EXCEED THE PAGE LIMITATION IN
LOCAL RULE 7.5"