# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition v. Donald H. Rumsfeld |
| ATTYS FOR PLA: | David L. Henkin |
| ATTYS FOR DEFT: | Edric M.C. Ching, James G. Gette, Patricia E. Bilington, Elena Onaga |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 11/16/2006 | TIME: | 9:12 - 9:45 |

COURT ACTION:  EP:  [84] Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties - DENIED w/o prejudice.  James G. Gette to prepare the order.

Submitted by Richlyn Young, Courtroom Manager