DAVID L. HENKIN          #6876
ISAAC H. MORIWAKE        #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | Civil No. 04-00502 DAE BMK <br><br> PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION OF KAMOA QUITEVIS; CERTIFICATE OF SERVICE <br><br> Hearing: <br><br> Date:  November 20, 2006 <br> Time:  9:45 a.m. <br> Judge: Hon. David A. Ezra |

PLAINTIFFS' MOTION FOR LEAVE TO
FILE DECLARATION OF KAMOA QUITEVIS

Plaintiffs ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka respectfully

seek leave to file the Declaration of Kamoa Quitevis, lodged herewith, which

responds to some of the more egregious misstatements in the Declaration of Laurie

Lucking, which defendants Donald H. Rumsfeld, Secretary of Defense, and

Francis. J. Harvey, Secretary of the United States Department of the Army,

submitted with their Memorandum On The Scope Of Interim Injunctive Relief.

Consideration of this declaration will assist the Court in conducting the fact-

intensive inquiry regarding the irreparable cultural harm associated with

defendants' proposed Stryker activities, as required by the Ninth Circuit's October

27, 2006 order.

     DATED:    Honolulu, Hawaiʻi, November 17, 2006.

                        EARTHJUSTICE
                        David L. Henkin
                        Isaac H. Moriwake
                        223 South King Street, Suite 400
                        Honolulu, Hawaiʻi 96813

               By:   /s/ David L. Henkin
                        DAVID L. HENKIN
                        ISAAC H. MORIWAKE
                        Attorneys for Plaintiffs