

EXHIBIT 37