EXHIBIT 38