

**EXHIBIT 39**