EXHIBIT 40