EXHIBIT 41