

Exhibit 42