EXHIBIT 43