EXHIBIT 44