

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF:**

HARRY YEE               harry.yee@usdoj.gov                    November 17, 2006

Attorney for Defendants

**Served via Email and
first-class, United States mail:**

BARRY A. WEINER                                                November 17, 2006
United States Department of Justice
Environment & Natural Resource Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Email: Barry.Weiner@usdoj.gov

Attorney for Defendants

    DATED:   Honolulu, Hawai'i, November 17, 2006.

                       /s/ David L. Henkin
                       DAVID L. HENKIN
                       ISAAC H. MORIWAKE
                       Attorneys for Plaintiffs