EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`I

HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:  Harry.Yee@usdoj.gov
Email:  Tom.Helper@usdoj.gov

SUE ELLEN WOODRIDGE
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0274
Email:  Barry.Weiner@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>              Plaintiffs,<br>     v.<br><br>DONALD H. RUMSFELD, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States | CIVIL NO. 04-00502 DAE BMK<br><br>DEFENDANTS' MOTION FOR LEAVE TO FILE DECLARATIONS OF RONALD BORNE, MICHELLE MANSKER, AND LAURIE LUCKING; EXHIBITS "C" - "I"; CERTIFICATE OF SERVICE<br><br>DATE:   November 20, 2006<br>TIME:    9:45 a.m.<br>HONORABLE DAVID A. EZRA |

```
Department of the Army,           )
                                  )
              Defendants.         )
_____)
```

### DEFENDANTS' MOTION FOR LEAVE TO FILE DECLARATIONS OF RONALD BORNE, MICHELLE MANSKER, AND LAURIE LUCKING

Defendants respectfully seek leave to file the Declaration of Ronald L. Borne, Michelle Mansker, and Laurie Lucking lodged herewith, which responds to some of the materials which plaintiffs submitted with their Motion for Leave to File Declaration of Kamoa Quitevis on November 17, 2006 and other materials e-mailed to defendants' counsel on the evening of November 19, 2006.  Consideration of the documents attached hereto will assist the Court in conducting a fair and objective evaluation of all the materials currently before the Court.

DATED:  November 20, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee

By_____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NA 'IMI PONO, a Hawai'i unincorporated association; and KIPUKA, a Hawai'i unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　Defendants. | CIVIL NO. 04-00502 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

　　David L. Henkin　　dhenkin@earthjustice.org

　　Isaac H. Moriwake　　imoriwake@earthjustice.org

　　Attorneys for Plaintiffs

DATED: November 20, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　/s/ Jan Yoneda