# Exhibit "C"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

DEC 17 2003

Office of the Garrison Commander

Mr. Peter T. Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

The 25th Infantry Division (Light) and U.S. Army, Hawaii (the Army) is proposing conversion of the 2nd Brigade to a Stryker Brigade Combat Team (SBCT). The transformation of the 2nd Brigade includes development of 28 projects and potential land acquisition on both the Island of Oahu and Hawaii, and the introduction of a new tactical vehicle, the Stryker. A Programmatic Agreement (PA) is being finalized among the U. S. Army Garrison, Hawaii, the Hawaii State Historic Preservation Office, and the Advisory Council on Historic Preservation, to meet Section 106 responsibilities under the National Historic Preservation Act of 1966, as amended (NHPA). The draft PA defines procedures that the Army will follow for the identification and treatment of historic properties found to be within the Area of Potential Effect (APE) for the 28 proposed transformation projects and maneuver areas on existing ranges.

In a previous correspondence dated 13 May 2003, 10 of the 28 proposed project APEs were identified to have no cultural properties. The Army submitted a determination of effect, and your office concurred, with a finding of "no historic properties affected." As of September 2003, all Phase I surveys to identify the presence of cultural resources within proposed project APEs are complete. Two additional proposed projects have now been identified to have no historic properties.

The proposed Motor Pool project is located adjacent (South) to Schofield Barracks, on private lands proposed for purchase. The Schofield Barracks Motor Pool project (TMK 92005002) involves 167,775 square feet of new building space and 1,293,725 feet of hardened, paved surface for vehicle parking, for a total of approximately 34 acres. An archaeological survey was conducted in the fall of 2003 to identify historic properties within the APE of the Motor Pool. Documentation of the survey results is included in the soon to be finalized draft report, *Archaeological Reconnaissance Survey of U. S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii*, March 2003 by Garcia and Associates. No cultural items, features or sites were encountered in or within 100 meters of the proposed Motor Pool APE (see excerpt 1).



EXHIBIT C

-2-

The second proposed project is the Fixed Tactical Internet (FTI) that includes 14 antenna locations on Oahu and 11 locations on the Island of Hawaii. Each antenna APE is approximately 20 x 25 feet. The antenna whips range in size from 4 to 10 feet, and will be mounted on existing masts or support structures. In some cases, support structures will need to be constructed. The new construction will consist of a 15 x 20 feet concrete pad for the support structure. Sites will be accessed by existing roads. On Oahu, 5 of the 14 antenna sites will be located within the Schofield Barracks Installation on existing antenna structures. Nine other antennas, located outside Schofield Barracks, required archaeological survey. At Pohakuloa Training Area (PTA), Island of Hawaii, 6 of the 11 antenna locations are within the cantonment area. The 5 remaining FTI locations are outside the PTA cantonment area and required archaeological survey.

Due to natural resources or maintenance concerns, 3 of the 14 proposed locations scheduled for archaeological survey had alternate FTI locations designated. All 14 proposed FTI locations, and 3 alternate (backup) FTI APEs were surface inventoried to identify any potential historic properties. No historic properties were identified at any FTI locations. A brief description of the FTI locations is summarized below. The 3 separate Memorandum for Record (MFR) survey reports are provided as reference (attachments 1, 2 and 3).

**Oahu Island FTI locations**

Table 1

| | | | (feet) | |
|---|---|---|---|---|
| Mt. Kaala East, TMK 84002065 | 588887 | 2378548 | 4,022 | none |
| Mt. Kaala West (backup location), TMK 84002065 | 588247 | 2378644 | 3,960 | none |
| Dillingham ARPT, TMK 68014001 | 582019 | 2386304 | 17 | none |
| East Range JTC, TMK 76001001 | N/A | N/A | 4,022 | none |
| East Range -12, TMK 76001001 | N/A | N/A | 3,960 | none |
| Kahuku, Kawela 2, TMK 58002006 | N/A | N/A | 1,100 | none |

-3-

**Hawaii Island FTI locations**

Table 2.

| Location and TMK | Latitude | Longitude | UTM | Elev (ft) | Total Height (ft) | Historic Properties Present |
|---|---|---|---|---|---|---|
| Auwaiakeakua WT, TMK 367001003 | 195215N | 1554326W | 05 214752 02199494 | 2,559 | 42 | none |
| Puu Ahi, TMK 344016001 | 194452N | 1553540W | 05 228194 02185681 | 5,978 | 20 | none |
| Puu Kanalopakanui TMK 367001003 | 194939N | 1553928W | 05 221602 2194589 | 5,040 | 20 | none |
| Puu Keekee, TMK 367001003 | 194711N | 4556805W | 05 223949 02189993 | 5,758 | 20 | none |
| Puu Papapa, TMK 367001003 | 195341N | 1554121W | 05 218433 02202081 | 3,379 | 20 | none |

Since no historic properties were identified during archaeological investigations at the proposed Motor Pool and FTI project locations, the Army has made a "**no historic properties affected**" determination for these project APEs. In compliance with Section 106 of the NHPA, your review and concurrence to this determination is being requested. Should you require additional information about the undertakings, including field trips to any of the proposed APEs, the point of contact is Dr. Laurie J. Lucking, Installation Cultural Resource Manager, at telephone number 656-2878, ext 1052. A copy of this letter will be furnished to individuals listed on the attached Contact List.

Sincerely,

David L. Anderson
Colonel, U.S. Army
Commanding

Enclosures

CONTACT LIST

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, Hawaii 96813

Ms. Haunani Apoliona
Chairperson, Board of Trustees
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, Hawaii 96813

Mr. Charles Rose
President
Association of Hawaiian Civic Clubs
P. O. Box 1135
Honolulu, Hawaii 96807

Mr. Michael Crowe
Cultural Resources Team
National Park Service
1111 Jackson Street, Suite 700
Oakland, California 94607

Mr. Harry Curtis
Executive Director
Life of the Land
76 North king Street, Suite 203
Honolulu, Hawaii 96817

Kamehameha Schools Trustees
567 South King Street, Suite 200
Honolulu, Hawaii 96813

Mr. Tom Lenchanko
Kahu of Kukaniloko
931 Uakanikoo Street
Wahiawa, Hawaii 96780

Mr. Kunani Nihipali Po'o
Hui Malama I Na Kupuna O Hawai'I Nei
P. O. Box 190
Haleiwa, Hawaii 96712

Mr. David Scott
Executive Director
Historic Hawaii Foundation
P. O. Box 1658
Honolulu, Hawaii 96806

Mr. A. Van Horn Diamond
Oahu Island Burial Council
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Mr. E. Nalei Pate-Kalakalau
Hawaii Island Burial Council
C/O Burials Program, Hawaii Historic Preservation Div.
Kakuihihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Mr. Kalikolehua Kanoele
Royal Order of Kamehameha
1162 Kalanianaole Avenue
Hilo, Hawaii 96720

Mr. Kalani Flores
P. O. Box 6918
Kamuela, HI 96743

Mr. Richard "Dickie" Nelson III
PTA CAC
P. O. Box 2245
Kealakekua, HI 96750