# Exhibit "D"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

12 JUL 2004

Office of the Garrison Commander

Mr. Peter T. Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

    This letter is to inform you of the proposed archaeological monitoring of construction for projects determined to have "no historic properties affected" in accordance with the Stryker Brigade Combat Team (SBCT) Programmatic Agreement (PA), dated January 30, 2004 and signed by you on February 9, 2004.

    The projects listed in Table 1 are deemed to be in areas with a potential probability of disturbing unknown archaeological sites. In accordance with Stipulations III.E. and V.A.., an archaeologist and Cultural Monitor will monitor all ground disturbing activity for these projects. The projects listed in Table 2 are deemed to be in areas that have a low probability of disturbing any unknown archaeological sites. Thus, the Army proposes to have an archaeologist on call, rather than on hand, during construction of these projects in case of inadvertent discoveries.

Table 1: No Historic Properties Affected Projects with Archaeologist Monitoring Construction Activities

| Project NAME | Project LOCATION | Proposed CONSTRUCTION START DATE |
|---|---|---|
| Range Maintenance Facility | Pōhakuloa Training Area | 1 October 2008 |
| Bradshaw Airfield Upgrade | Pōhakuloa Training Area | 1 October 2008 |
| Hazardous Material Site Inspection | Kawaihae to Pōhakuloa Military Vehicle Trail | 1 August 2004 |
| Fixed Tactical Internet Antenna | Mauna Loa | 1 October 2004 |
| Wheeler Runway Upgrade | Wheeler Army Airfield | 1 October 2008 |
| Multiple Deployment Facility | Wheeler Army Airfield | 1 March 2005 |
| Motor Pool Soil Sampling | South Range Acquisition Area, Schofield Barracks | 1 August 2004 |
| Fixed Tactical Internet Antennae | Kahuku Training Area and Mt. Kaʻala | 1 October 2004 |

EXHIBIT D

-2-

Table 2: No Historic Properties Affected Projects with Archaeologist On call During Construction

| Project NAME | Project LOCATION | Proposed CONSTRUCTION START DATE |
|---|---|---|
| Tactical Vehicle Wash | Pōhakuloa Training Area | 1 November 2005 |
| Fixed Tactical Internet Antennae | Island of Hawai'i (except Mauna Loa) | 1 October 2004 |
| Tactical Vehicle Wash | Schofield East Range | 1 April 2005 |
| Virtual Fighting Training Facility | Schofield Barracks Main Post | 1 October 2008 |
| Motor Pool | South Range Acquisition Area Schofield Barracks | 1 July 2005 |
| Fixed Tactical Internet Antennae | Oahu (except Kahuku Training Area and Mt. Ka'ala) | 1 October 2004 |
| Helemanō Military Vehicle Trail | Schofield to Helemanō | 1 March 2005 |

For projects in the above tables that are proposed after October 2004, we will send you a reminder letter closer to final design to confirm the proposed monitoring plan for those projects. Enclosures 1 and 2 are maps showing the proposed project locations for these and other SBCT proposed construction activities.

If you or the parties listed in the enclosed distribution list (Enclosure 3) have any comments or concerns on these projects and the proposed monitoring, please notify us within 30 days of the date of this letter. If we do not hear from you within the 30 day timeframe, we will assume that you and the parties listed in the enclosed distribution list concur with the proposed monitoring plan. Should you require additional information about the draft report, the point of contact is Dr. Laurie Lucking, Installation Cultural Resource Manager, at telephone number 656-2878 ext. 1052.

Sincerely,

Howard J. Killian
Colonel, US Army
Commanding

Enclosures
1. Map of SBCT Projects on the Island of O'ahu
2. Map of SBCT Projects on the Island of Hawai'i
3. Distribution List

Figure ES-1. Northern Oʻahu Project Overview Map, Oʻahu, Hawaiʻi



**Pōhakuloa Project Overview**

Island of Hawai'i, Hawai'i

**Figure ES-4**

## DISTRIBUTION LIST with Enclosures

Mr. John M. Fowler
Advisory Council on Historic Preservation
Western Office of Federal Agency Programs
12136 West Bayaud Avenue, #330
Lakewood, CO 80226

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, HI 96813

Dr. Elaine Jackson-Retondo
Cultural Resources Team
National Park Service
1111 Jackson Street, Suite 700
Oakland, CA 94607

Dr. Rob Hommon
Pacific Island Support Office
National Park Service
300 Ala Moana Blvd., Box 50165
Honolulu, HI 96850

Mr. Kunani Nihipali, Po`o
Hui Malama I Na Kupuna O Hawai`i Nei
417-H Uluniu Street
Kailua, HI 96734

Ali`i Nui & Grand Master Sir Gabriel
Makuakane, K.G.C.K.
Office of the Ali`i Nui
74-4142 Kai Opua Road
Kailua-Kona, HI
96740

Mr. David Scott
Executive Director
Historic Hawaii Foundation
P. O. Box 1658
Honolulu, HI 96806

Ms. Geri Bell
Hawaii Island Burial Council
C/O Burials Program, Hawaii Historic
Preservation Division
Kakuihihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mabel Tolentino
President
Waimea Hawaiian Civic Club
P.O. Box 6305
Kamuela, HI 96743

Mr. A. Van Horn Diamond
Oahu Island Burial Council
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Ms. Jalna Keala
C/O Mr. Shad Kane
President
Oahu Council of Hawaiian Civic Clubs
92-1309 Uahanai Street
Kapolei, HI 96707

Enclosure 3