# Exhibit "E"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

APR 05 2005

Directorate of Public Works

Mr. Peter T. Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

The US Army Garrison, Hawaii plans to proceed with construction of a Tactical Vehicle Wash on Schofield Barracks East Range, Waianae Uka Ahupua'a, Wahiawa District, Island of Oahu (TMK 7-6-01). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect was completely inventoried under contract by Garcia and Associates and no historic properties were identified. The details are contained in the following report dated July 2004: *Archaeological Surveys of Proposed Training Areas for the Stryker Brigade Combat Team (SBCT) U.S. Army Hawaii, Schofield Barracks Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0012.* The final version of this report was submitted to your office in January 2005.

Based on the results of this inventory, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that military development in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Tactical Vehicle Wash on Schofield Barracks East Range.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

for Joel Godfrey

Floyd A. Quintana
Colonel, US Army
Director of Public Works

Enclosures
1. Distribution List
2. Excerpts from GANDA report
3. USAG-HI letter to SHPO dated 12 July 2004

EXHIBIT *E*