# Exhibit "F"



LINDA LINGLE
GOVERNOR OF HAWAII

**STATE OF HAWAII**
DEPARTMENT OF LAND AND NATURAL RESOURCES

HISTORIC PRESERVATION DIVISION
KAKUHIHEWA BUILDING, ROOM 555
601 KAMOKILA BOULEVARD
KAPOLEI, HAWAII 96707

PETER T. YOUNG
CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES
COMMISSION ON WATER RESOURCE MANAGEMENT

DAN DAVIDSON
DEPUTY DIRECTOR - LAND

YVONNE Y. IZU
DEPUTY DIRECTOR - WATER

AQUATIC RESOURCES
BOATING AND OCEAN RECREATION
BUREAU OF CONVEYANCES
COMMISSION ON WATER RESOURCE MANAGEMENT
CONSERVATION AND COASTAL LANDS
CONSERVATION AND RESOURCES ENFORCEMENT
ENGINEERING
FORESTRY AND WILDLIFE
HISTORIC PRESERVATION
KAHOOLAWE ISLAND RESERVE COMMISSION
LAND
STATE PARKS

JUN - 4 2004

Colonel David L. Anderson
U. S. Army/Department of the Army
Headquarters, U. S. Army Garrison, Hawaii
Schofield Barracks, Hawaii 96857-5000

LOG NO: 2004.1615
DOC NO: 0405EJ23

Dear Colonel Anderson:

SUBJECT:  National Historic Preservation Act Section 106 Review – Determination For Two (2) Additional APE's (Area of Potential Effect) for Transformation Of 2nd Brigade to Stryker Brigade Combat Team (SBCT), Schofield and Pohakuloa Training Area, Hawaii
Hawaii and Oahu Islands
TMK: (1) various & (3) various

Thank you for the opportunity to comment on your determination of "no historic properties affected" for the 2 additional APE's involved in the development the Stryker Brigade Combat Team (SBCT) transformation. The U. S. Army Hawaii developed a Programmatic Agreement (PA) to meet Section 106 responsibilities under the National Historic Preservation Act of 1966 as amended, for 28 projects and potential land acquisition for the proposed transformation. SHPD previously concurred with a "no historic properties affected" determination for 10 of the 28 proposed projects in June of 2003 (SHPD Log 2003.0834). The subject consultation is for 2 additional proposed projects that have now been determined to have no historic properties present. Our review is based on historic reports, maps, and aerial photographs maintained at the State Historic Preservation Division; no field inspection was made of the project areas. We received notification of this undertaking from your office on May 7, 2004.

The first project is located on O`ahu at the Motor Pool adjacent to Schofield Barracks. The Army has determined, based on "Phase I" surveys which have recently been completed, that no cultural items, features or sites are located within the proposed Motor Pool APE.

The second project is the Fixed Tactical Internet (FTI) that includes 14 antenna locations on O`ahu and 11 locations on the Island of Hawaii. On O`ahu 5 of the 14 antenna sites will be located within the Schofield Barracks Installation on existing antenna Structures. The other nine antennas located outside Schofield Barracks have undergone archaeological survey. Based on the results of the survey, conducted by the Army's DPW Archaeologist, no cultural resources were located with in the proposed project areas.


EXHIBIT F

Colonel David L. Anderson
Page 2

At Pohakuloa, 6 of the 11 antenna locations are within the cantonment area; the remaining 5 are located outside the PTA cantonment area. Archaeological survey by PTA's cultural resources specialist was conducted of the 5 locations outside the PTA. No historic properties were located at any of the proposed and alternate locations on Hawaii Island.

The Army has provided preliminary survey results for all locations involved in the Motor Pool and FTI antenna locations on O'ahu and Hawaii and has made a "no historic properties affected" determination for the APE's. Based on the survey results you have provided, we can concur with your determination for these project areas.

Should you have any questions, regarding Oahu archaeology please feel free to call Sara Collins at 692-8026 or Elaine Jourdane at 692-8027. Should you have any questions regarding Hawaii Island archaeology please feel free to call Pat McCoy at 692-8029.

Sincerely,

Peter T. Young
State Historic Preservation Officer

EJ:jen

c:   Patrick C. McCoy & MaryAnne Maigret, Hawai'i Island Section, Archaeology Branch
     Nathan Napoka, Branch Chief, History and Culture Branch
     Susan Tasaki, Architecture Branch