# Exhibit "G"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

JUN 0 5 2006

Directorate of Public Works

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Dear Mr. Young:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures





**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII**
**SCHOFIELD BARRACKS, HAWAII 96857-5000**

REPLY TO
ATTENTION OF

Directorate of Public Works

Mr. John M. Fowler
Advisory Council on Historic Preservation
Western Office of Federal Agency Programs
12136 West Bayaud Avenue, #330
Lakewood, CO 80226

Dear Mr. Fowler:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

JUN 6 5 2006

Directorate of Public Works

Mr. Charles Maxwell
Hui Malama I Na Kupuna O Hawaii Nei
157 Alea Place
Pukalani, HI 96768

Dear Mr. Maxwell:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII**
**SCHOFIELD BARRACKS, HAWAII 96857-5000**

REPLY TO
ATTENTION OF

JUN ᴖ 6 2005

Directorate of Public Works

Mr. Alika Silva
Koa Mana
85-140 Maiuu Road
Waianae, HI 96792

Dear Mr. Silva:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

JUN 0 6 2005

Directorate of Public Works

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani, Boulevard, Suite 500
Honolulu, HI 96813

Dear Mr. Namuo:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

for Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII**
**SCHOFIELD BARRACKS, HAWAII 96857-5000**

REPLY TO
ATTENTION OF

Directorate of Public Works

Mr. Edward Ayau, Po'o
Hui Malama I Na Kupuna O Hawai'i Nei
P.O. Box 365
Ho'olehua, HI 96729

Dear Mr. Ayau:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

JUN 0 6 2005

Directorate of Public Works

Mr. Van Horn Diamond
Oahu Island Burial Council
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Dear Mr. Diamond:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

William L McGinnis

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

JUN 1 6 2005

Directorate of Public Works

Mr. Tom Lenchanko
Kahu of Kukaniloko
931 Uakanikoo Street
Wahiawa, HI 96786

Dear Mr. Lenchanko:

The US Army Garrison, Hawaii plans to proceed with construction of a motorpool and associated facilities in the South Range Land Acquisition Area of Schofield Barracks, Honouliuli Ahupua'a, Ewa District, Island of Oahu (TMK 9-2-05). This project is in conjunction with the conversion of 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) and is covered by our Section 106 Programmatic Agreement for Army Transformation. The area of potential effect (APE) was completely inventoried under contract by Garcia and Associates and no historic properties were identified. Geotechnical and environmental testing in the project area was also monitored by archaeological and cultural monitors and no historic properties or buried cultural materials were identified. The project area has been previously used for pineapple cultivation. The results of recent monitoring (including project area maps) are included as an enclosure. The details of the project area are contained in the following report dated March 2004: *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Purchase, Oahu Island, Hawaii, Contract No. DACA83-01-D-0013 Task Order No. 0011, TMK 9-2-05:2, 13, 14.* The final version of this report was submitted to your office in July 2004.

Based on the results of this inventory and subsequent investigations, the US Army Garrison, Hawaii has determined that no historic properties are located within the project APE. The archaeological inventory survey found that pineapple cultivation in the vicinity had previously altered the land and no historic properties were recorded in the area. Therefore, as stated in our letter to your office dated 12 July 2004, the Army proposes to have an archaeologist and cultural monitor on call rather than on hand during the construction of the Motor Pool Facilities on Schofield Barracks South Range Land Purchase.

A copy of this letter is also being provided to the individuals/groups shown on the attached distribution list. Should you require additional information about this project, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878 ext. 1026.

Sincerely,

Alan K.L. Goo
Director
Directorate of Public Works

Enclosures

## DISTRIBUTION LIST OAHU

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mr. John M. Fowler
Advisory Council on Historic Preservation
Western Office of Federal Agency Programs
12136 West Bayaud Avenue, #330
Lakewood, CO 80226

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, HI 96813

Mr. Edward Ayau, Po'o
Hui Malama I Na Kupuna O Hawai'i Nei
P.O. Box 365
Hoolehua, HI 96729

Mr. Charles Maxwell
Hui Malama I Na Kupuna O Hawai'i Nei
157 Ale'a Place
Pukalani, HI 96768

Mr. A. Van Horn Diamond
Oahu Island Burial Council
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mr. Tom Lenchanko
Kahu of Kukaniloko
931 Uakanikoo Street
Wahiawa, HI 96786

Mr. Alika Silva
Koa Mana
85-140 Maiuu Road
Waianae, HI 96792

ENCLOSURE 1

# Archaeological Monitoring of Environmental Testing for STRYKER Brigade Combat Team (SBCT) Support Facilities Qualification Training Range II (QTR-2), Motor Pool, and Deployment Storage Area (DSA), O`ahu Island (TMK: 9-2-05)

Prepared by:
Directorate of Public Works
Environmental Division
Conservation and Restoration Branch
Cultural Resources



April 2005

## TABLE OF CONTENTS

INTRODUCTION ............................................................................................................................. 1

PROJECT LOCATIONS .................................................................................................................. 1

PURPOSE OF ARCHAEOLOGICAL RESEARCH AND SCOPE OF WORK ............................. 1

BACKGROUND .............................................................................................................................. 2

    ENVIRONMENTAL SETTING ............................................................................................................ 2

    SOILS ............................................................................................................................................. 2

    PREVIOUS ARCHAEOLOGICAL RESEARCH ..................................................................................... 3

RESULTS ......................................................................................................................................... 3

    PROJECT DESCRIPTION ................................................................................................................... 3

    PROJECT AREAS ............................................................................................................................. 4

        Qualification Training Range II (QTR-2) ................................................................................. 4

        SBCT Motor Pool .................................................................................................................... 5

        Deployment Storage Area (DSA) ............................................................................................ 5

    SOILS ............................................................................................................................................. 6

    ARCHAEOLOGICAL FINDINGS ........................................................................................................ 6

CONCLUSIONS AND RECOMMENDATIONS ........................................................................... 7

REFERENCES ................................................................................................................................. 8

APPENDIX A .....................................................................................................................................

APPENDIX B .....................................................................................................................................

APPENDIX C .....................................................................................................................................

## LIST OF FIGURES: APPENDIX A

<u>NUMBER</u>                                                              <u>PAGE</u>

| 1  | Project Area Overview | 1 |
| 2  | Project Areas | 2 |
| 3  | Example of Surveying with Backhoe | 3 |
| 4  | Example of Drilling | 3 |
| 5  | Example of Sampleing | 4 |
| 6  | Overview of QTR-2 | 4 |
| 7  | Overview of Motor Pool | 5 |
| 8  | Overview of DSA | 5 |
| 9  | WWII UXO | 6 |
| 10 | UXO Clearance Map | 7 |
| 11 | Example of Soil Inclusions | 8 |
| 12 | Site SPW-004, Surveyors Marker and Structure | 9 |
| 13 | Isolated Artifacts | 9 |

## INTRODUCTION

This letter report presents the results of the archaeological and cultural monitoring conducted during the environmental subsurface testing for proposed military construction and land use activities on the newly acquired South Range Land Acquisition (SRLA) Parcel (TMK: 9-2-05), Ewa District, O`ahu Island (Figure 1) (See Appendix A for all Figures). Monitoring was undertaken in support of the conversion of US Army Garrison, Hawaii (USAG-HI) 2nd Brigade, 25th Infantry Division (Light)(25th ID(L)) to Stryker Brigade Combat Team (SBCT) and the construction of supporting training facilities. Monitoring was conducted by Laura Gilda, Cultural Resources Specialist, Directorate of Public Works, Environmental Division (DPW-EVN), and Keona Marks, Cultural Monitor, Garcia and Associates, Inc. (GANDA) between 14 February and 29 March 2005.

## PROJECT LOCATIONS

The proposed SBCT training facilities are located immediately south of Schofield Barracks proper and South Range along the northern edge of the SRLA parcel. The parcel is the northern extent of the traditional Hawaiian land division of Honouliuli *ahupua`a*, Ewa District. The parcel was officially purchased by the USAG-HI in 2005. In support of the conversion of USAG-HI 2nd Brigade, 25th Infantry Division (Light) to SBCT, three facilities (Figure 2) are to be constructed on SRLA property, Qualification Training Range II (QTR-2), SBCT Motor Pool, and Deployment Storage Area (DSA). Construction is to begin in July 2005 and continue through 2006.

## PURPOSE OF ARCHAEOLOGICAL RESEARCH AND SCOPE OF WORK

As outlined in the USAG-HI Section 106 Programmatic Agreement, all eligible historic properties are required to be assessed and evaluated as to the effects of an undertaking occurring nearby. There are were no eligible historic properties identified within the area of potential affect (APE) for either of the three SBCT projects, however in light of recent legal issues both archaeological and cultural monitors were present for all ground disturbing activities during preparation and environmental testing. This extra effort was made to ensure that cultural resources were not impacted, to identify any inadvertent discovery or potential cultural horizons visible in the soil core samples, and to provide assurance to the Hawaiian community that efforts

1

are made by all participating personnel that sensitivity to Native Hawaiian sites and concerns are addressed and mitigated.

## BACKGROUND

Detailed review and discussion of the environment, prehistory, history, land tenure and use, historical background and previous archaeological research on the areas near and surrounding the project areas can be found in Robins and Spear (2002b) and Roberts et al (2004 and 2005).

### ENVIRONMENTAL SETTING

The project areas are situated on the lower eastern facing slopes of the Waianae Mountains in the northeastern section of the Honouliuli Ahupua'a. Honouliuli is one of the largest Ahupua'a and covers from the Wahiawa/Ewa District Boundary to the coast at Barbers Point between the crest of the Waianae Range to the west edge of the Ewa plains. Important sites and areas in proximity to the project areas are Kukaniloko to the northeast 3.5 miles, Manauna Boundary Site 2.5 miles east, Manauna Pu'u 1.5 miles south, and Kolekole Pass 2.5 miles west. Notable Historic Properties also appear to have been very close to the project areas including Camp Leilehua, Honouliuli Ranch, and Malamanui or Kalakaua's Lodge.

Pineapple cultivation dominates the lower elevations of the SRLA parcel and is the primary vegetation in all three of the project areas. There are also remnants of sugar cane in some of the lower gulches. USAG-HI DPW-ENV Natural Resources identified eight vegetation communities within the SRLA boundary during preliminary vegetation surveys (unpublished GIS data). These communities consist of Acacia (koa, native and non-native)/Dicranopteris (*uluhe* fern, native), Aleuritis (kukui), Andropogon/Schizachyrium mixed grassland, Casuarina forest (invasive ironwood), Eucalyptus mixed forest, Melaleuca forest (eucalyptus genus), Metrosideros (*ohia*)/Dicranopteris (*uluhe*) mixed forest, Pancium grassland (invasive guinea grass), and Schinus forest (invasive Christmasberry). These are largely present in the higher elevations undisturbed by modern pineapple cultivation and within the gulches.

### SOILS

Six soils series are represented within the study area: the Helemano, Kolekole, Kunia, Kawaihapai, Manana, and the Wahiawa series (Foote et al. 1973: 40, 64, 73, 77, 94, and 124: map 41). The Kunia series comprises the major soil type in the SRLA parcel at roughly 50%

2

largely in the lower elevations of the parcel. The Helemano series is the second most dominate at roughly 30%. This series is largely confined to the drainage slopes and basins in the upper elevations and the drainage slopes in the lower elevations with the least dominate series, Kawaihapai, filling these lower drainage basins. The Kolekole and Manana series are both approximately 10% of the parcel with the Kolekole series only present in the mid-elevations of the parcel on the plateau surfaces while the Manana series is present in small patches on the plateau surfaces throughout the entire parcel. The Wahiawa series is limited to the lowest elevations and extends further downslope outside of the parcel across the Ewa plains. The dominate soil series on the plateaus; Helemano, Kolekole, and Kunia, are all suitable for agriculture (Foote et al. 1973: 73, 77, 94) and all fall within the description of dark reddish-brown to dark reddish-gray with the Kunia series containing manganese concretions throughout. These soil types were seen in all the samples collected during the drilling project.

## PREVIOUS ARCHAEOLOGICAL RESEARCH

Three previous archaeological surveys of the parcel were performed by Scientific Consultants Services (Robins and Spear 2002b) and Garcia and Associates (Roberts et al 2004 and Roberts et al 2005) for the US Army Corps of Engineers (ACOE). A combined total of 49 sites were identified and recorded in detail within SRLA including traditional habitation, ceremonial and agricultural Hawaiian sites, historic and military sites, and some Post-Contact Hawaiian sites. Most sites are located in the upper elevations above the pineapple agricultural activities which are currently in cultivation by Del Monte. No testing or other excavations have been conducted on sites in the area out of consideration for Native Hawaiian sensitivity requests.

## RESULTS

### PROJECT DESCRIPTION

Dawson Group, Inc. was awarded the contract to conduct subsurface Environmental Testing in designated locations for the specific SBCT Transformation projects. The project areas are located on the lower slopes of the Waianae Range with QTR-2 at the highest elevation between 1250 and 1100 feet above sea level, SBCT Motor Pool is 1050 to 880 feet and the DSA is 950 to 850 feet (See Figure 2). The Del Monte pineapple fields had been recently abandoned at the time testing began on 14 February 2005. Fieldwork consisted of 17 days, 11 days of surveying to establish drilling locations and six days of actually drilling and sample collection which terminated on 29 March 2005.

3

Gil Surveying Services, Inc. was subcontracted to set the node locations with the assistance of a backhoe to clear vegetation from the node sites and clear "line of sight" from the survey station to the nodes as necessary (Figure 3). Archaeological and Cultural Monitors inspected each node site and areas of vegetation clearance. No cultural resources were noted or disturbed.

Valley Well Drillers was subcontracted to bore two-inch diameter soil cores drilled (Figure 4) to a maximum depth of 13 feet at 92 randomly selected node locations (Appendix B), consisting of standard, background, and control samples. Drilling commenced on 21 March 2005. From a standard core, Dawson Group, Inc. collected soil samples at depths of 4.5' – 6.0', 7.5 - 9.0', and 10.5' - 12.0' from which the soils were placed in variable sterile sampling jars using nitrile gloves (Figure 5). Background samples were only taken from the 10.5' - 12.0' depth and various or control samples were double or tripled in soil volume collection for quality control. Both the Archaeologist and Cultural Monitors visually inspected each solid core sample collected. No cultural horizons were noted.

**PROJECT AREAS**

**Qualification Training Range II (QTR-2)**

QTR-2 is an automated target system with associated buildings designed for Modified Record Fire (MFR) and Combat Pistol Qualification Course (CPQC) to US Army Corps of Engineers (ACOE) standards. This facility will support both SBCT and 25th ID(L) marksmanship qualification training. QTR-2 will provide firing ranges, support facilities, and necessary utilities and access roads. The Surface Danger Zones (SDZ) for the ranges will be oriented west into Schofield Barracks to avoid land use conflicts with The Nature Conservancy and a Traditional Habitation Area designated as a result of archaeological survey in the area (Roberts et al 2004).

The project area will encompass approximately 65 acres of a broad, northwest descending plateau between 1250-1100 feet above sea level (Figure 6). QTR-2 is the highest elevation project area. Environmental testing of this area consisted of a total of 25 core samples (Appendix C, Table 1); 20 standard samples, one background sample, and three various or control samples. Six of the standard samples were located in the access road route. Several of the original sample locations were off the edge of the plateau or were difficult to access and were relocated.

4

**SBCT Motor Pool**

The Motor Pool will be equipped for full service vehicle maintenence, arms rooms, communication rooms, hazardous materials storage, telecom shelter, and other supporting facilities such as a new water tank, full utilities, parking, and communications. This facility will supplement existing but inadequate vehicle maintenance facilities and support both SBCT and 25th ID(L)

The Motor Pool will encompass approximately 72 acres on a level plateau at an elevation of 1050 –900 feet above sea level (Figure 7). This facility is adjacent to the Schofield Barracks fence where Maili Road and Carpenter Street intersect with Lyman Road. Forty-nine core samples were collected from the Motor Pool area (Appendix C, Table 2): 44 standard, five various or control, and one background sample. Several of the original sample locations were outside the fence on Schofield Barracks and one was off the plateau edge. These were re-located within the project area during surveying.

**Deployment Storage Area (DSA)**

The DSA is closely linked to the SBCT Motor Pool, and was scheduled to be constructed 8000 feet east from the Motor Pool also along the Schofield Barracks existing fence line. The DSA will house the supplies to be loaded onto vehicles stationed at the Motor Pool.

The DSA encompassed approximately 14.5 acres on a level plateau (Figure 8). Seventeen core samples (Appendix C, Table 3) were scheduled at this site; 15 standard and two various or control samples. Discovery of Unexploded Ordnance (UXO) during surveying prohibited this at this time.

During node location sighting, UXO discovery in the DSA halted the project on 17 February 2005 at 1030 hours. The 706th Army Explosive Ordnance Disposal (EOD) Team inspected the UXO and determined that it was a 4 lb. WWII era practice bomb from a cluster bomb (Figure 9). The charge was spent and therefore harmless however since the item was part of a composite bomb the project was suspended until further information could be gathered. Very little solid information on historic land use background for the area was found but it was determined that the ACOE had conducted a UXO clearance of the Motor Pool and QTR-2 areas in February 2005 (Figure 10). The results of the UXO survey were negative. Based upon this data, Dawson

5

Group re-started the project in the QTR2 and motorpool areas on 9 March 2005 without EOD escort support but with an ACOE Site Safety Engineer onsite.

Due to the presence of UXOin the DSA and the fact that the DSA area had not been surveyed for UXO, work at this location was terminated. There is some discussion of moving the DSA project location to Bowen Park on Schofield Barracks.

## SOILS

The archaeologist sampled selected borings from across the two project areas to identify and document the soils so irregularities would be easily noticed and differentiated from the norm. Munsel readings were taken and basic soil characteristics were noted (Appendix C). The soil series identified in the earlier SOILS section was concurrent with the findings in the field. The two-inch core samples were observed at every node location and no irregularities or cultural horizons were noted in the two-inch core samples. Occasionally, inclusions of a dark gray material were seen in the cores, but this was identified as manganese deposits or possibly pyroclasitc bomblets within the soil matrix. Note Figure 11, which represents a soil cut bank along the road near node # 163 showing 2-4" inclusions of a darker and grittier deposit within the standard reddish-brown matrix. The only irregular samples came from nodes #162, 159, and 196, which were located in Waiele Gulch basin and were wetter and darker in color with a higher sand content as expected.

### ARCHAEOLOGICAL FINDINGS

One historic site was identified in the DSA prior to abandonment of the area and two isolated Traditional Hawaiian artifacts were identified on an access road away from the QTR-2 road corridor.

Temporary Site DPW-004 consists of a United State Geologic Survey Bench Mark, "1927 Schofield Barracks" with a small stone and concrete structure constructed over the marker (Figure 12). The date of the structure is not confirmed but is likely the same as the marker or soon after. The function is anticipated to be for protection from agricultural activities as well as to provide elevation for the surveyors to see a further distance from the top of the structure. The structure could also be used to support the surveyor's sighting flag for triangulation. The structure measures 1.70 m by 1.62 m and 1.10 m tall with two side support walls constructed of stone and mortar with a throughway beneath the concrete cap. The cap is level except for a

6

raised bump in the center with a hole that allows visual contact with the Bench Mark for the surveyor to set up on the top.

The isolated artifacts were located along the side of a dirt access road approximately 100 m southwest of node #162. (Figure 13) shows a possible hammer stone and a flake tool of basalt. Both artifacts are approximately 7-10 cm in diameter by 3-5 cm thick. The artifacts were left in situ.

No additional cultural resources were identified during the project.

## CONCLUSION AND RECOMMENDATIONS

In summary, monitoring of the SRLA environmental testing provided little additional insight into the land use and archaeological record of the area. The soil identification matched well to the USGS Soil Survey data and no significant historic properties were identified aside from two unassociated artifacts and a small historic structure both of which are well outside the APE for the Motor Pool and QTR-2 construction. High levels of disturbance from at least a half century of pineapple cultivation and other agricultural activities reduced the probability of identifying buried cultural deposits. During our monitoring of the drilling activities, we were unable to identify the lower depth of the plow zone. According to SBCT construction drawings for these projects, it is unlikely that trenches or building footings and foundations will be excavated beneath the 4.5-foot depth of highest observed drill samples.

Based upon the results of this project's monitoring and the high degree of prolonged soil disturbance, the lower plateaus of the SRLA parcel are considered to have a low probability for containing undiscovered cultural resources. It is recommended that further archaeological and cultural monitoring in these lower elevation plateaus be limited to spot-checking or on-call status. If construction is to occur in the drainages or in the upper elevations of the parcel, archaeological and cultural monitoring should be required. Additional cultural insight regarding the archaeological resources in the upper elevations should be obtained prior to any additional work.



LEGEND

○  PROPOSED SOIL SAMPLE LOCATION (16)

△  PROPOSED BACKGROUND SOIL SAMPLE LOCATION (0)

◇  PROPOSED VARIOUS SOIL SAMPLE LOCATION (2)

NOTE: MICROSOFT EXCEL 2003 "RAND()" FUNCTION WAS USED TO GENERATE RANDOM SAMPLING POINTS BASED ON A 15 x 15 FOOT GRID OVER THE ENTIRE SBCT MOTOR POOL AREA, WHICH INCLUDES TWO SEPARATE LOCATIONS (FIGURE 5 AND FIGURE 6)

GRAPHIC SCALE

Dawson Group, Inc.

FIGURE 6
PROPOSED SOIL SAMPLE LOCATIONS
AT DEPLOYMENT STORAGE AREA
CONFIRMATION SOIL SAMPLING AT SOUTH RANGE
SCHOFIELD BARRACKS, OAHU, HAWAII



LEGEND

○    PROPOSED SOIL SAMPLE LOCATION (20)

▽    PROPOSED BACKGROUND SOIL SAMPLE LOCATION (1)

◇    PROPOSED VARIOUS SOIL SAMPLE LOCATION (3)

NOTE: MICROSOFT EXCEL 2003 "RANDQ" FUNCTION WAS USED TO GENERATE RANDOM
SAMPLING POINTS BASED ON A 15 x 15 FOOT GRID OVER THE ENTIRE SBCT MOTOR-
POOL AREA, WHICH INCLUDES TWO SEPARATE LOCATIONS (FIGURE 5 AND FIGURE 6).

Dawson Group, Inc.

CONTRACT NO.: DACA83-03-R-0034

FIGURE 7
PROPOSED SOIL SAMPLE LOCATIONS
AT QUALIFICATION TRAINAGE RANGE 2 (QTR2)
CONFIRMATION SOIL SAMPLING AT SOUTH RANGE
SCHOFIELD BARRACKS, OAHU, HAWAII

JOB NO.  2003_009.001                              JULY 2004

**APPENDIX C**

Table 2: SBCT SRLA Drilling Inventory
SBCT Motorpool

| Location | Sample | Node # | Pos/Neg. Survey | Pos/Neg. Drilling | Comment | Setting | Munsel | Soil Desc. |
|---|---|---|---|---|---|---|---|---|
| MTRPOL | ss-1 | 116 | N | N | | mulched pineapple field | n | silty clay & silt clay loam |
| MTRPOL | ss-2 | 115 | N | N | rig broke | mulched pineapple field | n | silty clay |
| MTRPOL | ss-3 | 114 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-4 | 117 | N | N | | tall grass above gulch | n | silty clay & silt clay loam |
| MTRPOL | ss-5 | 118 | N | N | | mulched pineapple field | n | silty clay & silt clay loam |
| MTRPOL | ss-6 | 119 | N | N | | mulched pineapple field | n | silt clay loam |
| MTRPOL | ss-7 | 120 | N | N | | mulched pineapple field | n | silty clay & silt clay loam |
| MTRPOL | ss-8 | 121 | N | N | | mulched pineapple field | n | silty clay & silt clay loam |
| MTRPOL | ss-9 | 122 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-10 | 123 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-11 | 124 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-12 | 125 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-13 | 126 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-14 | 127 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-15 | 128 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-16 | 129 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-17 | 130 | N | N | | mulched pineapple field | 7.5YR3/3-3/2 | |
| MTRPOL | ss-18 | 131 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-19 | 132 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-20 | 133 | N | N | | mulched pineapple field | | |
| MTRPOL | ss-21 | 134 | N | N | | adjacent road | 7.5YR3/3, 2/2 &2.5/1 | silty clay |
| MTRPOL | ss-22 | 135 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-23 | 136 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-24 | 137 | N | N | | road | | |
| MTRPOL | ss-25 | 138 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-26 | 139 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-27 | 140 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-28 | 141 | N | | relocated-185 | SB fenceline | | |
| MTRPOL | ss-29 | 142 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-30 | 143 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-31 | 144 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-32 | 145 | N | N | | overgrown pineapple field | 10YR3/3-3/4 | silty clay loam |
| MTRPOL | ss-33 | 146 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-34 | 147 | N | | relocated-186 | outside SRLA | | |
| MTRPOL | ss-35 | 148 | N | | relocated-187 | outside SRLA | | |
| MTRPOL | ss-36 | 149 | N | | relocated-188 | outside SRLA | | |
| MTRPOL | ss-37 | 150 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-38 | 151 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-39 | 152 | N | N | | overgrown pineapple field | | |
| MTRPOL | ss-40 | 153 | N | N | | overgrown pineapple field | 7.5YR3/3-3/4, 2.5/1 | silty clay loam |
| MTRPOL | ss-41 | 154 | N | | relocated-189 | outside SRLA | | |
| MTRPOL | ss-42 | 155 | N | | relocated-194 | gulch edge | | |
| MTRPOL | ss-43 | 156 | N | | relocated-191 | outside SRLA | | |
| MTRPOL | ss-44 | 157 | N | | relocated-190 | outside SRLA | | |
| MTRPOL | ss-45 | 158 | N | | relocated-192 | outside SRLA | | |
| MTRPOL | ss-46 | 179 | N | | relocated-193 | outside SRLA | | |
| MTRPOL | bs-1 | 182 | N | N | | overgrown pineapple field | | |
| MTRPOL | vs-1 | 183 | N | N | | mulched pineapple field | | |
| MTRPOL | vs-2 | 184 | N | N | | mulched pineapple field | n | silty clay |
| MTRPOL | vs-3 | 180 | N | N | | overgrown pineapple field | | |
| MTRPOL | vs-4 | 181 | N | N | | overgrown pineapple field | | |
| MTRPOL | vs-5 | 190 | N | N | | overgrown pineapple field | | |
| | | 191 | N | N | | overgrown pineapple field | | |
| | | 192 | N | N | | overgrown pineapple field | | |
| | | 193 | N | N | | overgrown pineapple field | | |
| | | 194 | N | N | | overgrown pineapple field | | |
| | | 185 | N | N | | overgrown pineapple field | | |
| | | 186 | N | N | | overgrown pineapple field | | |
| | | 187 | N | N | | overgrown pineapple field | | |
| | | 188 | N | N | | overgrown pineapple field | | |
| | | 189 | N | N | | overgrown pineapple field | 7.5YR3/3 | silty clay loam |