# Exhibit "H"

PHONE (808) 594-1888                                                                  FAX (808) 594-1865



**STATE OF HAWAI'I**
**OFFICE OF HAWAIIAN AFFAIRS**
711 KAPI'OLANI BOULEVARD, SUITE 500
HONOLULU, HAWAI'I 96813

HRD03/606G

February 27, 2004

David L. Anderson
Colonel, US Army
Commanding
Headquarters, US Army Garrison, Hawaii
Schofield Barracks, HI 96857-5000

RE: Motor Pool and Fixed Tactical Internet Projects for Stryker Brigade

Dear Colonel Anderson:

The Office of Hawaiian Affairs is in receipt of your December 17, 2003 request for concurrence with your "no historic properties affected" designation for the above referenced project. The Office of Hawaiian Affairs concurs with the designation for the Motor Pool project. However, we do not believe the Area of Potential Effect (APE) for the Fixed Tactical Internet (FTI) Projects were extensive enough.

The APE for the FTI should have included an assessment of the impact of these projects on the view planes in the area. In particular, Mr. Tom Lenchanko should have been consulted regarding the effect of any of the antennae on the Kaananiau, which were mentioned our December 31, 2003 letter regarding the Stryker Brigade Programmatic Agreement.

The Office of Hawaiian Affairs realizes that this response is beyond the 30 day limit for consultation, and thus the Army is not required to reassess the "no historic properties affected" designation. However, we urge the Army to extend the APE for all future projects with heights that may affect the view planes of surrounding historic sites. OHA will not dictate a height limit at this time because the effect on the view plane will also be affected by what else is already located in any particular area.

**EXHIBIT** H

Thank you for this opportunity to consult. If you have further questions, please contact Pua Aiu at 594-1931 or by e-mail at paiu@oha.org.

Sincerely,

Clyde W. Namuʻo
Administrator


C:   Tom Lenchanko
     931 Uakanikoo St.
     Wahiawa, HI 96786