# Exhibit "I"



LINDA LINGLE
GOVERNOR OF HAWAII

CHAIRPERSON
BOARD OF LAND AND NATURAL RESOURCES
COMMISSION ON WATER RESOURCE MANAGEMENT

ROBERT K. MASUDA
DEPUTY DIRECTOR - LAND

DEAN NAKANO
ACTING DEPUTY DIRECTOR - WATER

AQUATIC RESOURCES
BOATING AND OCEAN RECREATION
BUREAU OF CONVEYANCES
COMMISSION ON WATER RESOURCE MANAGEMENT
CONSERVATION AND COASTAL LANDS
CONSERVATION AND RESOURCES ENFORCEMENT
ENGINEERING
FORESTRY AND WILDLIFE
HISTORIC PRESERVATION
KAHOOLAWE ISLAND RESERVE COMMISSION
LAND
STATE PARKS

**STATE OF HAWAII**
**DEPARTMENT OF LAND AND NATURAL RESOURCES**

STATE HISTORIC PRESERVATION DIVISION
601 KAMOKILA BOULEVARD, ROOM 555
KAPOLEI, HAWAII 96707

October 3, 2005

Mr. Howard J.Killian, Colonel
US Army Commanding
Department of the Army
Headquarters, United State Army Garrison, Hawai'i
Schofield Barracks, Hawai'i 96857-5000

LOG NO: 2005.2137
DOC NO: 0510DB02

Dear Mr. Killian:

SUBJECT: **Section 106 Historic Preservation Review - Proposed Archaeological Monitoring of Construction for Stryker Brigade Combat Team (SBCT) Projects Determined to Have "No Historic Properties Affected"**
**Islands of O'ahu and Hawai'i, Hawai'I**

Thank you for submitting the proposed archaeological monitoring of construction for the Stryker Brigade Combat Team (SBCT) projects determined to have "no historic properties affected" on O'ahu and Hawai'i Islands, received 12 July 2004. We apologize for the late response. The monitoring plan divides projects in the "no properties" categories into two areas; 1) areas with a potential of disturbing unknown archaeological sites, and 2) areas that have low probability of disturbing unknown archaeological sites.

As stated, and in following Stipulations III.E and V.A., "an archaeologist and Cultural Monitor will monitor all ground disturbing activity" for projects with a potential of disturbing unknown archaeological sites, while "the Army proposes to have an archaeologist on call, rather than on-hand, during construction" in project areas deemed to have a low probability of disturbing unknown archaeological sites in case of inadvertent discoveries.

The proposed monitoring plan is in accordance with the Stryker Brigade Combat Team (SBCT) Programmatic Agreement (PA), dated January 30, 2004, which was accepted by SHPD on February 9, 2004.

In the event that historic sites, including human skeletal remains, are identified during the construction activities, all work needs to cease in the immediate vicinity of the find, the find needs to be protected from additional disturbance, and the State Historic Preservation Office needs to be contacted immediately at (808) 692-8015.

The proposed archaeological monitoring plan for construction is satisfactory. If you have any questions, please call David Lawrence Brown, our Branch Chief Archaeologist at 808-692-8025.

Aloha,

PETER YOUNG
State Historic Preservation Officer

DB:jen

EXHIBIT I

**REFERENCES**

Foote, Donald E., Elmer L. Hill, Sakuichi Nakamura, and Floyd Stephans

1972 *Soil Survey of Islands Kauai, Oahu, Maui, Molokai, ad Lanai, State of Hawaii.* U.S. Department of Agriculture, Soil Conservation Service, in cooperation with the University of Hawaii Agricultural Experiment Station. U.S. Government Printing Office, Washington, D.C.

Robins, Jennifer J., and Robert L. Spear.

2002b *Cultural Resources Inventory Survey and Limited Testing, Phase I, of the Schofield Barracks Training Areas for the Preparation of a Cultural Resource Management Plan for the US Army Training Ranges and Areas, O`ahu Island, Hawai`i (TMK 7-6-01 and 7-7-01).* DACA83-95-D-0004 Delivery Order 0004. Scientific Consultant Services/Cultural Resources Management Services, Honolulu, Hawai`i.

Roberts, Alice K.S., Stephan Roberts, Michael Desilets, Amy Buffum, and Jennifer Robins.

2004 *Archaeological Reconnaissance Survey of U.S. Army Schofield Barracks Military Reservation, South Range Land Acquisition, Oahu Island, Hawaii (TMK 9-2-05:2, 13, 14).* DACA83-01-D-0013, Task Order 0011. Garcia and Associates, Inc. Kailua Hawai`i.

Roberts, Stephan, Alice Roberts, and Laura Gilda

2005 *Intensive Phase II Survey For Significance Determination of Cultural Resources, South Range Land Acquisition For The STYRKER Brigade Combat Team, Schofield Barracks Military Reservation, Oahu Island, Hawaii (TMK 9-2-05).* DACA83-03-D-0011, Task Order 0002. Garcia and Associates, Inc. Kailua Hawai`i.

# APPENDIX A

**Figure 1: South Range Land Aquisition Parcel Constuction Areas for QTR-2, DSA, and Motorpool**

Legend
sbs_archsites
construction_guess
hab_sites
SDZ_guess
project_area

DPW Environmental
Cultural Resources
April 2005

N
W E
S

Scale 1:15,000
Projection: UTM
Zone: 4 North
Datum: NAD 83

**Figure 2: South Range Land Aquisition Parcel Constuction Areas for QTR-2, DSA, and Motorpool**

0 95 190 380 570 760 Meters

0 335 670 1,340 2,010 2,680 Feet



Figure 2: South Range Land Aquisition Parcel Constuction Areas for QTR-2, DSA, and Motorpool

Figure 3: Surveying utilizing backhoe in Motor Pool



Figure 4: Drilling at Node # 195



Figure 5: Sampling of soil cores.

Figure 6: Overview of QTR-2



Figure 5: Sampling of soil cores.

Figure 6: Overview of QTR-2


Figure 7: Overview of Motor Pool from QTR-2


Figure 8: Overview of DSA



Figure 9: WWII UXO discovered at DSA



QTR-2
02_07_05_gps.shp
01_31_05_gps
Project_boundary
4
Qtr2_100_percent_transects
ZAPATA ENGINEERING
U.S. Army Engineering and Support Center, Huntsville
QTR-2
Reconnaissance Transects
Final
Page: TBD
Project #: 2637
Date: 02/09/2005
Drawn By: MDG
Scale: AS Shown
Figure: TBD



Figure 11: Example of gray inclusions in soil.

Figure 12: Site DPW-004, Surveyors Structure in use.




Figure 13: Possible hammer stone and flake tool.

**APPENDIX B**



Inf Bn 3
FAB
CSSC
MI Co
NORTH
GRAPHIC SCALE
75
0
75 FEET
1 inch = 75 Feet
LEGEND
PROPOSED SOIL SAMPLE LOCATION (44)
PROPOSED BACKGROUND SOIL SAMPLE LOCATION (1)
PROPOSED VARIOUS SOIL SAMPLE LOCATION (5)
NOTE: MICROSOFT EXCEL 2003 "RAND()" FUNCTION WAS USED TO GENERATE RANDOM SAMPLING POINTS BASED ON A 15 x 15 FOOT GRID OVER THE ENTIRE SBCT MOTOR-POOL AREA, WHICH INCLUDES TWO SEPARATE LOCATIONS (FIGURE 5 AND FIGURE 6).
NORTH
GRAPHIC SCALE
225
0
225 FEET
1 inch = 225 Feet
Dawson Group, Inc.
CONTRACT NO - DACA83-03-R-0034
FIGURE 5
PROPOSED SOIL SAMPLE LOCATIONS
AT SBCT MOTORPOOL
CONFIRMATION SOIL SAMPLING AT SOUTH RANGE
SCHOFIELD BARRACKS, OAHU, HAWAII
JOB NO 2003_029.001
JULY 2004