EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

HARRY YEE  (3790)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and LES BROWNLEE, Acting Secretary of the Untied States Department of the Army<br><br>Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DECLARATIONS OF RONALD BORNE, MICHELLE MANSKER, AND LAURIE LUCKING |

ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO FILE DECLARATIONS OF
<u>RONALD BORNE, MICHELLE MANSKER, AND LAURIE LUCKING</u>

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Declarations of Ronald Borne, Michelle Mansker, and Laurie Lucking is granted.

DATED: November 20, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

Ilio'ulaokalani Coalition v. Rumsfeld
Civil No. 04-00502 DAE BMK
"ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO FILE DECLARATIONS OF
RONALD BORNE, MICHELLE MANSKER, AND LAURIE LUCKING"