IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO`ULAOKALANI COALITION, a Hawai`i, nonprofit corporation; NA IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawai`i unincorporated association,<br><br>    Plaintiffs,<br><br> vs.<br><br>DONALD H. RUMSFELD, Secretary of United States Department of Defense; and LES BROWNLEE, Acting Secretary of the United States Department of the Army,<br><br>    Defendants. | Civil No. 04-00502 DAE-BMK |

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
<u>DECLARATION OF KAMOA QUITEVIS</u>

Upon consideration of the Plaintiffs' motion for leave to file

Declaration of Kamoa Quitevis, lodged on November 17, 2006,

IT IS HEREBY ORDERED that Plaintiffs are GRANTED leave to file the Declaration of Kamoa Quitevis.

DATED: Honolulu, Hawaii, November 20, 2006.



_____
David Alan Ezra
United States District Judge

Ilio`ulaokalani Coalition, et al. vs. Donald H. Rumsfeld, et al., Civil No. 04-00502 DAE-BMK; ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION OF KAMOA QUITEVIS