11/20/2006  4:30 pm