EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

HARRY YEE  (3790)
THOMAS A. HELPER  (5676)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  harry.yee@usdoj.gov
        tom.helper@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA


          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a )<br>Hawaii nonprofit corporation; )<br>NA 'IMI PONO, a Hawaii )<br>unincorporated association; )<br>and KIPUKA, a Hawaii )<br>unincorporated association )<br>                                )<br>            Plaintiffs, )<br>     v.                         )<br>                                )<br>DONALD H. RUMSFELD, Secretary )<br>of Defense; and LES BROWNLEE, )<br>Acting Secretary of the )<br>Untied States Department )<br>of the Army )<br>                                )<br>            Defendants. )<br>_____ ) | CIVIL NO. 04-00502 DAE BMK<br><br>SCHEDULING ORDER |


                 SCHEDULING ORDER

         On November 20, 2006, Plaintiffs 'Ilio'ulaokalani

Coalition, Na 'Imi Pono, and Kipuka, represented by David L.

Henkin, and Defendants Department of the Army, et al.,

represented by Thomas Helper and Barry Weiner, came on hearing before Judge David Ezra.

For reasons stated in open court,

IT IS HEREBY ORDERED that:

The parties identify their respective discovery requests by 8:00 p.m. on November 20, 2006.

The parties confer and attempt to reach agreement on the scope and timing of discovery.  By noon on November 21, 2006, the Parties shall notify this Court whether they have reached agreement regarding the scope and timing of discovery.  If the Parties cannot reach agreement by Noon on November 21, 2006, each Party shall submit a statement with their proposal for the scope and timing of discovery by 5:00 p.m. on November 21, 2006.

On November 22, 2006, this Court shall either approve the Parties' agreement or, if the Parties do not reach an agreement, shall issue an order regarding what discovery will be permitted.

Discovery shall be completed by December 7, 2006.  A status conference shall be scheduled as soon as possible thereafter, at which time this Court shall establish a schedule for submission or supplemental briefing.

A hearing on the terms of an interim injunction shall be held no later than December 18, 2006.

2

APPROVED AS TO FORM:

/s/ David L. Henkin
_____
DAVID L. HENKIN
EARTHJUSTICE


        IT IS SO ORDERED

        DATED: November 22, 2006, Honolulu, Hawaii



                                _____
                                David Alan Ezra
                                United States District Judge


‘Ilio‘ulaokalani Coalition v. Rumsfeld; Civil No. 04-00502 DAE
BMK, "Scheduling Order"