DAVID L. HENKIN #6876
ISAAC H. MORIWAKE #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>                    Defendants. | Civil No. 04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' DISCLOSURES RE: POTENTIAL WITNESSES |

**CERTIFICATE OF SERVICE RE:
PLAINTIFFS' DISCLOSURES RE: POTENTIAL WITNESSES**

The undersigned hereby certifies that, on November 28, 2006, a true and correct copy of Plaintiffs' Disclosures Re: Potential Witnesses was duly served on the following by first-class U.S. Mail, postage prepaid, and by electronic mail:

BARRY A. WEINER
United States Department of Justice
Environment & Natural Resource Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Email: Barry.Weiner@usdoj.gov

HARRY YEE
Assistant United States Attorney
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawai‘i 96850
Email: harry.yee@usdoj.gov

Attorneys for Defendants


DATED at Honolulu, Hawai‘i, November 28, 2006.

                    EARTHJUSTICE
                    223 South King Street, Suite 400
                    Honolulu, Hawai‘i 96813


By:   /s/ David L. Henkin
        David L. Henkin
        Attorneys for Plaintiffs