# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition, a Hawai'i nonprofit corporation; Na 'Imi Pono, a Hawai'i unincorporated association; and Kipuka, a Hawai'i unincorporated association v. Donald H. Rumsfeld, Secretary of Defense; and Les Brownlee, Acting Secretary of the U.S. Department of the Army |
| ATTYS FOR PLA: | David L. Henkin |
| ATTYS FOR DEFT: | Thomas A. Helper<br>James G. Gette<br>Barry A. Weiner<br>Mark Katkow |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/20/2006 | TIME: | 9:45am-10:45am |

COURT ACTION: EP: Status Conference. Oral Arguments.

Status Conference HELD. Oral arguments postponed.

Mr. Henkin to provide to opposing counsel a list of discovery that needs to be done and a time frame for discovery by 8:00pm, today, 11/20/2006.

If all Counsel cannot reach an agreement regarding discovery, opposing Counsel to inform the Court by 12 noon, tomorrow, 11/21/2006. If there is no agreement, proposals regarding discovery shall be submitted to the Court by 5:00pm on 11/21/2006.

Court to issue an order regarding discovery on 11/22/2006.

Discovery to be completed by 12/7/2006.

Oral arguments on interim injunction to be heard on 12/18/2006 @945am.

Briefs regarding the Qualification Training Range One(QTR1) issue is due on Wednesday, 11/22/2006.

Mr. Weiner to prepare order.

Submitted by: Theresa Lam, Courtroom Manager