EARTHJUSTICE
DAVID L. HENKIN            #6876
ISAAC H. MORIWAKE       #7141
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>Defendants. | Civil No. 04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' Production of Documents In Response to Defendants' November 20, 2006 Letter) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 1, 2006, a true and

correct copy of Plaintiffs' Production of Documents In Response to Defendants'

2

November 20, 2006 Letter was duly served on the following via hand-delivery to the following through their agent, Michael Lewis, U.S. Army:

>THOMAS L. SANSONNETTI
>Assistant Attorney General
>BARRY A. WEINER
>General Litigation Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, D.C. 20044-0663
>
>EDWARD H. KUBO, JR.
>United States Attorney
>HARRY YEE
>Assistant United States Attorney
>Office of the U.S. Attorney
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawai'i  96850
>Attorneys for Defendants

    DATED:    Honolulu, Hawai`i, December 1, 2006.


                            /s/ David L. Henkin
                            David L. Henkin
                            Isaac H. Moriwake
                            Attorneys for Plaintiffs