**ORIGINAL**

EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawaii
HARRY YEE   (3790)
THOMAS A. HELPER   (5676)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:   harry.yee@usdoj.gov
         tom.helper@usdoj.gov

ROBERT M. LEWIS
Senior Trial Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203
Tel: (703) 696-1567; Robert.lewis@hqda.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and LES BROWNLEE, Acting Secretary of the Untied States Department of the Army<br><br>Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE RE: FEDERAL DEFENDANTS' SECOND RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS AND SECOND SUPPLEMENTAL RESPONSE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' DONALD H. RUMSFELD, Secretary of Defense and FRANCIS J. HARVEY's, Secretary of the Army, SECOND RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS AND SECOND SUPPLEMENTAL RESPONSE were served by hand delivery on the following person at his last known business address on the date below.

>     David L. Henkin, Esq.
>     Earthjustice
>     223 South King Street, Suite 400
>     Honolulu, Hawaii 96813-4501
>
>     ATTORNEY FOR PLAINTIFFS

DATED:   Honolulu, Hawaii, December  1 , 2006.

_____
EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

HARRY YEE
THOMAS A. HELPER
Assistant U.S. Attorneys

ROBERT M. LEWIS
U.S. Army Environmental Law

Attorneys for DEFENDANTS