# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition v. Donald H. Rumsfeld |
| ATTYS FOR PLA: | David L. Henkin and Isaac H. Moriwake by phone |
| ATTYS FOR DEFT: | James Gette by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/11/2006 | TIME: | 11:45 - 11:50 |

COURT ACTION:  EP: Discovery Conference held.  The witness is to provide the draft declaration.

Submitted by Richlyn Young, Courtroom Manager