# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition, a Hawai'i nonprofit corporation; Na 'Imi Pono, a Hawai'i unincorporated association; and Kipuka, a Hawai'i unincorporated association vs. Donald H. Rumsfeld, Secretary of Defense; and Les Brownlee, Acting Secretary of the U.S. Department of the Army |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 12/12/2006 | TIME: | |

COURT ACTION:  EO: Regarding the Oral Argument currently set for 12/18/2006 at 09:45 AM before Judge David Alan Ezra.

Plaintiffs' Supplemental Brief is due **12/14/2006 by Midnight.**
Defendants' Supplemental Brief is due **12/15/2006 by 4:00 PM.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager