IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　Defendants. | Civil No. 04-00502 DAE BMK<br><br>**EXHIBITS "45" – "47" TO DECLARATION OF WILLIAM J. AILĀ, JR.** |

**EXHIBITS "45" – "47" TO DECLARATION OF WILLIAM J. AILĀ, JR.**