

EXHIBIT 46