C-Ridge
Misfired Mortar
(off-picture)
Makua Stream Misfired Mortar
(in gully)
Firebreak Road
Impact Area
Elk Objective
Misfired Mortar

EXHIBIT 47


