

Forest and Range Management

Species and Habitat Conservation

Private Lands Conservation Planning

Wildfire Preparedness and Fuels Management

Geographic Information Systems

## J. Michael Castillo

2006

**Hawai'i Natural Resource Services, LLC**

P.O. Box 2197
Kamuela, Hawai 96743
(808)884-5909  Fax: (808)884-5635
castillo@hawaiinrs.net



Pacific island conservation and natural resource management

J. Michael Castillo                                                                                      2

Hawai'i's ecosystems are unique and provide a wide range of services that sustain the island environment and culture. Michael assists governmental agencies, private landowners, and community-based organizations in planning land use projects and implementing natural resource management programs that meet project goals, protect and sustain native ecosystems, and recover rare species.

Michael has over 16 years experience conducting terrestrial plant and animal surveys, planning and implementing endangered species recovery and forest restoration on public and private land, and conducting wildfire presuppression planning for non-profit and governmental agencies. Michael has a proven ability to work with a broad range of interests and organizations to facilitate, develop, and implement innovative and cooperative solutions to complex ecological issues.

## SELECT RECENT PROJECTS

- Hawaii Forest Stewardship Plan – Kealakekua Heritage Ranch, South Kona, Hawaii. Prepared a 20-year Forest Management Plan addressing forest and livestock production, native ecosystem conservation, and cultural and biological resource protection over the 11,400 acre property.  July - Dec 2006

- Wildfire Fuels Management Research – Puu Anahulu Game Management Area, Hawai'i – Lead research evaluating the effects of prescribed cattle grazing, prescribed burning, aerially applied herbicide, and combinations of these treatments on reducing fountain grass fuel loads in fire-prone wildland-urban interface areas of leeward Hawaii.  Jan 2003 – Aug 2006

- Wiliwili Dry Forest Restoration – Waikoloa Village, Hawai'i – Provided planning and management services to the Waikoloa Village Outdoor Circle in support of a long-term rare native tree restoration project.  July 2004 – Dec 2006

- Forest Certification – South Kona, Hawai'i. HNRS serves as a member of a third party forest certification body conducting Forest Stewardship Council certification evaluations of private forestry operations. May – Dec 2005

- Terrestrial Ecological Studies – Pearl and Hermes Atoll, Northwest Hawai'ian Islands. Conducted vegetation, invertebrate, and avian population studies for the US Fish and Wildlife Service within the Remote Pacific Islands National Wildlife Refuge Complex, Hawai'i.  Aug 2005

- Vegetation Monitoring – Pohakuloa Training Area, Hawai'i – Conducted monitoring of 200 permanent long-term vegetation monitoring stations. Applied standardized Land Condition-Trend Analysis method to assess temporal changes in vegetation structure and composition. June – Dec 2004

- Watershed Planning – Kohala Watershed Partnership, Hawaii – Prepared Watershed Management Plan for the Kohala Mountains Watershed Partnership. Plan addresses a broad range of issues related to the protection and management of surface and groundwater resources, native biological resources, and public use over the 68,000 Ac Watershed.  May 2004 – April 2005

- Wetland Ecological Systems Classification – Hawaii Natural Heritage Program, Oahu – Prepared Ecological Systems Classification of Hawaii isolated and non-isolated wetlands in support of a national GAP-Analysis Ecological Systems classification being conducted by NatureServe. Dec 2003 – Apr 2004

- Biological Inventory – North Kona District, Hawaii – Conducted avifaunal and floristic inventory of privately owned 40 acre parcel in Kaloko subdivision.  June – Sept 2003

- Endangered Species Recovery – South Kona District, Hawaii – Coordinated planting of 3 populations of the endangered fan palm (*Pritchardia schattaueri*) on private and state land using Youth Conservation Corps interns.  Cooperators included the Nature Conservancy of Hawaii, Ho'omau Ranch, and the Amy B.H. Greenwell Ethnobotanical Garden.   Aug 2003

- Forest Restoration Planning – Hamakua district, Hawai'i – Developed Forest Restoration Plan for 36 acres of private montane wet forest to meet County requirement for Native Forest Dedication property tax classification.  July 2003

## Specialized Skills and Abilities

Species inventory and survey, ecological community mapping, population and habitat monitoring, and related studies of terrestrial and freshwater systems.

Conservation planning for landowners, conservation grant writing, Hawai'i County property tax code and State conservation program compliance, and federal and state endangered species and environmental regulatory compliance.

Forest certification, silviculture, forest management planning, plantation maintenance, and tree planting.

Invasive and alien species management, biological inventory, mapping, interdiction, eradication, and integrated control of insect, plant, and mammalian pests.

Wildfire management and research, proactive preparedness planning, fuels management, wildfire presuppression planning, prevention, education, and spatial fire behavior modeling.

J. Michael Castillo                                                                                                    4

Information technology, modeling, and data analysis, proficiency with Geographic
Information Systems (GIS), global positioning systems (GPS), remote sensing,
wildfire behavior and species population models, statistical analysis, and
experimental design.


## EDUCATION

MS          **Forest Ecosystem Management**
            College of Forestry and Natural Resource Management, Colorado State
            University, 1997

Thesis      Control of *Pennisetum setaceum* (Forssk.) Chiov. in Montane Dry Forest
            Ecosystems, Hawaii.

BS          **Forestry** – Forest Biology Concentration
            College of Forestry and Natural Resource Management, Colorado State
            University, 1994


## PROFESSIONAL EXPERIENCE

Hawaii Natural Resource Services, LLC, Hilo, Hawaii – Principal          2003 – present
Consultant.  Provide a range of consulting and management services
related to the protection and sustainable use of Hawai'i's terrestrial
ecosystems, including watershed conservation planning, invasive
species management, forestry, wildfire preparedness planning, and
species survey and monitoring.

West Hawaii Wildfire Management Organization$_{501(c)(3)}$, Kamuela,          2000 – present
Hawaii – President/Chairman.  Manage non-profit corporation to
provide technical and financial assistance, conduct education,
and develop and implement wildfire fuels reduction measures to
protect native ecosystems and communities in West Hawaii.

U.S. Fish and Wildlife Service, Hilo, Hawaii – Biologist.          2001 – 2003
Conducted endangered species recovery planning and implementation,
private landowner project development, and wildfire management planning.

U.S. Fish and Wildlife Service, Honolulu, Hawaii – Biologist.          1997 – 2001
Conducted federal project impact evaluation, and endangered species
recovery planning and implementation.

Colorado State University, Fort Collins, Colorado – Research Associate.          1994 – 1997
Conducted ecological research in control of fountain grass, effects of
wildfire on vegetation, and vegetation mapping at the US Army Pohakuloa
Training Area, Hawai'i.

J. Michael Castillo                                                                              5

Colorado State University, Fort Collins, Colorado – Research Assistant.    1990 – 1994
Conducted rare plant survey, vegetation monitoring, and vegetation
mapping at the US Army Pohakuloa Training Area, Hawai'i.

USDA Forest Service, Ennis, Montana – Forestry and Recreation Tech.    1989 – 1992
Conducted wildlife habitat enhancement and trail construction and
maintenance.


**RELEVANT PROJECT EXPERIENCE**

**Hawaii Natural Resource Services, LLC, Kamuela, Hawaii – Consultant**
**2003 – 2005**

Forest Certification—Honaunau Forest, Hawai'i – Serve as a member of the 3-person
        Forest Stewardship Certification audit team that conducted an evaluation of
        planned private forestry operation and awarded International Forest Stewardship
        Certification in 2005.

Interagency Wildfire Research – North Kona District, Hawaii – Lead investigator and
        project manager of the Puu Anahulu Wildfire Management Study, an interagency
        research project that is developing wildfire fuels reduction techniques for use
        along roadside in leeward Hawaii.  Research funding was provided by the
        national Joint Fire Science Program and U.S. Fish and Wildlife Service, with
        involvement and support from state and local agencies and organizations.
Vegetation Monitoring – Pohakuloa Training Area, Hawaii – Conducted 2004 vegetation
        monitoring (5-year cycle) of 190 permanent long-term monitoring stations on US
        Army training lands at Pohakuloa.  Sampling method applied was the Land
        Condition-Trend Analysis standardized method.

Ecological Survey – Pearl and Hermes Atoll, Remote Pacific Islands National Wildlife
        Refuge, Hawai'i – Conducted terrestrial surveys to document status and
        condition of flora, invertebrate fauna, and bird populations on North and
        Southeast Islands as part of a Damage Assessment for the grounding of the
        Casitas vessel.  Prepared terrestrial chapter of Field Report.

Watershed Management Planning – Kohala Watershed Management Partnership,
        Hawaii – Prepared Watershed Management Plan for the 68,000 acre Kohala
        Mountains Watershed Partnership.  Plan addresses a broad range of issues
        related to the protection and management of surface and groundwater resources,
        native biological resources, and public use.

Dry Forest Restoration – Waikoloa Village, Hawaii – Providing planning and forest pest
        management services to the Waikoloa Village Outdoor Circle in support of a
        long-term community-based 250-acre rare and endangered native tree habitat
        restoration project.

J. Michael Castillo                                                                                    6


Endangered Fan Palm Recovery – South Kona District, Hawaii – Coordinated planting
of 3 populations of the endangered fan palm (*Pritchardia schattaueri*) on private
and state land using 2004 Youth Conservation Corps interns. Cooperators
included the Nature Conservancy of Hawaii, Ho'omau Ranch, and the Amy B.H.
Greenwell Ethnobotanical Garden.

Forest Restoration Plan – Hamakua district, Hawaii – Developed Forest Restoration
Plan for 36 acres of private montane wet forest to meet County requirement for
Native Forest Dedication property tax classification.

Biological Inventory – North Kona District, Hawaii – Conducted avifaunal and floristic
inventory of privately owned 40 acre parcel in Kaloko subdivision.

Wetland Ecological Systems Classification – Hawaii Natural Heritage Program, Oahu –
Prepared Ecological Systems Classification of Hawaii isolated and non-isolated
wetlands in support of a national GAP-Analysis Ecological Systems classification
being conducted by NatureServe.

## U.S. Fish and Wildlife Service – Hilo, Hawaii –Biologist                2001-2003

Loulu fan palm (*Pritchardia schattaueri*) recovery partnership – South Kona, Hawaii –
Developed and coordinated interim recovery efforts for the federally endangered
*Pritchardia schattaueri* plam. Measures included assessment of mammalian and
weed threats, habitat management, and seed collection and propagation.
Partners included the Ho'omau Ranch, Hawaii Division of Forestry and Wildlife,
USGS Biological Resource Division, Hawaii Volcanoes National Park, Hawaii
Youth Conservation Corps, University of Hawaii at Hilo, Amy B.H. Greenwell
Ethnobotanical Garden, Hawaii Palm Society, and the Kona Outdoor Circle.

Private land habitat restoration – Ahualoa, Hawaii – Planning and guidance to private
landowner in the restoration of 7.5 acres of lowland wet forest to serve as habitat
for 4 endangered plant species.

## U.S. Fish and Wildlife Service – Honolulu, Hawaii – Biologist            1997-2003

Biological monitoring -- Islands of Sarigan and Anatahan, Commonwealth of the
Northern Marianna Islands – Conducted vegetation monitoring one year following
removal of feral goats and pigs (Serigan). Analyzed data against results from
previous data and prepared report establishing baseline vegetation.

Plant Habitat Restoration Strategy -- Kauai National Wildlife Refuge Complex, Kauai –
Developed plan to restore approximately 50 acres of native lowland and coastal
plant communities to each of three National Wildlife Refuges.

Project liaison, Kokee Resource Conservation Program -- Kokee, Kauai – Served as
project liaison to a community-based volunteer invasive plant management

program in Kokee and Waimea Canyon State Parks and adjacent lands.
Managed administration of project funding, acquisition of equipment, and review
of reports for program from 1998-2001.

Ecosystem restoration plan -- Waihiawa Bog, Kauai – Developed draft ecosystem
protection and restoration plan for privately owned Kanaele bog and surrounding
Wahiawa drainage basin.

**Colorado State University, Center for Ecological Management of
Military Lands, Fort Collins, Colorado – Research Associate                1990-1997**

Rare and endangered plant survey – Puu Anahulu Game Management Area, Hawaiʻi –
Conducted coarse-scale rare plant survey over 20,000 acre Puu Anahulu Game
Management Area to identify and locate rare dry forest species, identify condition
of dry forest between 2,000 and 5,000 ft. elevation, and map remaining forest
communities important for conservation.

Rare and endangered plant survey – Pohakuloa Training Area, Hawaii – Supervised
field crews of 2-5 conducting rare and endangered plant species surveys over
the 110,000 acre installation. Included work in remote locations.

Vegetation monitoring – Pohakuloa Training Area, Hawaii – Conducted long-term
vegetation monitoring applying US Army LCTA methods. Supervised the
installation of 50 new permanent plots in underrepresented vegetation types and
assisted in the monitoring of additional LCTA and specialized research plots to
monitor vegetation and rare plant habitat.

Vegetation mapping – Pohakuloa Training Area, Hawaii – Mapped vegetation of
installation using black and white and color infra-red aerial photographs. Applied
map accuracy analysis process to further refine accuracy.

**USDA Forest Service, Madison Ranger District, Beaverhead National
Forest, Montana – Forestry and Recreation Technician  (GS 3/4/5)        1989-1992**

Wildlife Habitat Enhancement – Beaverhead National Forest – Conducted cutting of
stunted and diseased aspen (*Populus tremuloides*) stands to trigger stand
regeneration and create deer and elk foraging and resting habitat.

Trail Construction and Maintenance – Beaverhead National Forest – Supervised field
crews in the construction of new foot and horse trail within National Forest
(including a section of the Continental Divide Trail), and trail maintenance and
bridge replacement along existing trails within the Lee Metcalf Wilderness Area.

J. Michael Castillo                                                                      8

## BOARDS, COMMITTEES, AND SERVICE

Member, Mauna Kea Soil and Water Conservation District
    Waiulaula Watershed Advisory Committee          2005-2006
Board of Directors, Hawaii Dry Forest Working Group      2005-2006
Member, UH Hilo / HCC Forest Team Advisory Board     2004-2006
President, West Hawai'i Wildfire Management Organization 501(c)(3)    2002-2006
Member, Society for Range Management        2003-2006
Member, Pu'u Wa'awa'a Ahupua'a Advisory Council     2002-2005
Member, North Kona Dry Forest Working Group      1997-2006

## PUBLICATIONS AND TECHNICAL REPORTS

Castillo M., Weise D., Nakahara M., Enriques G., Vihnanek R., McAdams A., Ford, and Moraga R. 2006. Effects of Grazing, Burning and Herbicide on Fountain Grass Fuel Beds in Hawaii. In: Proceedings: 3rd International Fire Ecology and Management Congress, November 13-17, San Diego, CA.

Castillo, J.M., A. McAdams, M. Nakahara, D. Weise, and G. Enriques. 2006. Effects of Prescribed Grazing and Burning Treatments on Fire Regimes in Alien Grass-dominated Wildland-Urban Interface Areas, Leeward Hawaii. Final Report to the Joint Fire Science Program, Boise, ID. 3 August. 94 p.

Castillo, M. G. Enriques, M. Nakahara, D. Weise, L. Ford, R. Moraga, and R. Vihnanek. In Press. Effects of Grazing, Herbicides, and Prescribed Burning, on Fountain Grass Fuel Loading in Hawai'i. Proceedings: 23rd Tall Timbers Fire Ecology Conference, Fire in Grasslands and Shrublands. Bartlesville, OK. 25 p.

Delay, J. M. Merlin, J. Juvik, M. Castillo, and L. Perry. 2005. Filed Guide to Rare and Unusual Plants on the Island of Hawai'i. Hilo Bay Printing, Co., Hilo, HI. 32 p.

Cordell, S.; Sandquist, D.R.; Litton, C.; Cabin, R.J.; Thaxton, J.; Hadway, L.; Castillo, J.M.; Bishaw, D. 2004. An invasive grass has significant impacts on tropical dry forest ecosystems in Hawaii: The role of science in landscape level resource management and native forest restoration in West Hawaii. In: Proceedings of the Society for Ecological Restoration annual meeting, 2004 August 24-27; Victoria, Canada.

Shaw, R.B. and J.M. Castillo. 1997. Plant Communities of Pohakuloa Training Area, Hawaii. Center for Ecological Management of Military Lands, Fort Collins. 118 p.

Castillo, J. M. 1997. Control of *Pennisetum setaceum* (Forssk.) Chiov. in Montane Dry Forest Ecosystems, Hawaii. MS Thesis, Colorado State University, Fort Collins. 41 p.

J. Michael Castillo                                                          9

Castillo, J.M., T. Tierney, and R.B. Shaw.  1997.  Plant Community Types of Pohakuloa Training Area, Hawai'i.  Center for Ecological Management of Military Lands, Colorado State University, Fort Collins.  Map, scale: 1:30,000.

Shaw, R. B., J. M. Castillo, and R. D. Laven.  1995.  Impact of Wildfire on Vegetation and Rare Plants within the Kipuka Kalawamauna Endangered Plants Habitat Area, Pohakuloa Training Area, Hawaii.  Proceedings – Fire Effects on Rare and Endangered Species and Habitats Conference, Nov. 13-16, 1995.  Cour d'Alene, Idaho.  P. 235 – 264.

Shaw, R.B., P.P. Douglas, J.M. Castillo, T.A. Tierney, and E.L. Painter.  1993.  Assessment of the Status and Recovery of Rare Plants in the Multipurpose Range Complex, Pohakuloa Training Area, Hawai'i; Phase II, Complete Survey.  CEMML Report 92-3.

## RELEVANT TRAINING

Learning to Lead Collaboratively – 2005
Endangered Species Recovery Implementation – 2002
Interagency Section 7 Consultation - 2002
Scientific methods and principles in endangered species conservation - 2002
Measuring and Monitoring Plants and Vegetation -- 1999
Endangered Species Recovery Planning – 1998
Helicopter Dunker – 1998, 2002
Basic Aircraft Safety  - 1997, 2002
Emergency Medical Technician, Basic -- 1988