

EXHIBIT 50