


EXHIBIT 51