# Programmatic Biological Assessment for Transformation of the 2nd Brigade 25th Infantry Division (Light) U.S. Army

## Island of Hawaii



**EXHIBIT 52**

April 2003

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                        Island of Hawaii

Table 2. Weapons, Ammunition, and Pyrotechnics Currently Used and Potential to Start Wildland Fires, Pohakuloa Training Area, Hawaii.

| WEAPON | AMMUNITION | FIRE IGNITION POTENTIAL |
|---|---|---|
| Small Arms: | Ball ammunition: | Low |
| Rifles | .50 caliber | |
| Pistols | 5.56 mm, 7.62 mm, 9 mm | |
| Machine Guns | 20 mm target practice training | |
| Shot Guns | Buckshot | Low |
| | Tracer ammunition: | High |
| | 5.56 mm, 7.62 mm, 9 mm | |
| | 40 mm Training Practice (TP) and | |
| | Illumination (ILL) | |
| Helicopter Guns | 20 mm (ball ammunition) | High[a] |
| Mortars and Artillery | 60 mm HE mortar | Low |
| | 60 mm ILL mortar | High |
| | 81 mm HE, TP mortar | Low |
| | 81 mm ILLM, Smoke (SMK), | High |
| | Red Phosphorous (RP), | |
| | White Phosphorous (WP) | |
| | 105 mm HE | Low |
| | 105 mm WP, HC, Smoke, ILLM | High |
| | 155 mm HE, Laser Guided (Copperhead) | Low |
| | 155 mm WP, Smoke, ILLM | High |
| AT-4 Anti-Tank Weapon | 84 mm HE Anti-Tank Rocket | Low |
| Light Anti-Tank Weapon (LAW) | 66 mm HE Anti-Tank Rocket | Low |
| | 35 mm Subcaliber Practice Rocket | Low |
| Folding Fin Rocket | 2.75 mm WP | High |
| Medium Anti-Tank Weapon | Tactical Missile | High |
| M47 (Dragon) | Inert Missile | Low |
| Javelin | Inert Missile | Low |
| Hellfire Missile | Inert Missile | Low |
| Shoulder-Launched Multipurpose Assault Weapon (SMAW) - Marines | Launcher Assault Rockets: SMAW Practice SMAW Common Practice | Low |
| Tube Launched, Optically | Inert | Low |

13

Table 2. Weapons, Ammunition, and Pyrotechnics Currently Used and Potential to Start Wildland Fires, Pohakuloa Training Area, Hawaii.

| WEAPON | AMMUNITION | FIRE IGNITION POTENTIAL |
|---|---|---|
| Tracked, Wire Command Link (TOW) | HE | High |
| Stinger | Shoulder-fired Heat Seeking Surface-to-Air Missile | Low |
| Ballistic Aerial Target System (BATS) | Target rocket | Low |
| Bombs | MK-10, MK-76 (25 lbs. Practice) MK-82 (500 lbs.), MK-83 (1,000 lbs.), MK-84 (2,000 lbs.) | High |
| Grenades (Hand and Rocket) | M67 Fragmentation, Practice | Low |
|  | WP, Smoke | High |
| Mines | Claymore Anti-personnel, | Low |
|  | Land Mines (Anti-tank Mines) | Low |
| Demolition | TNT, C-4 Block, Detonation Cords | Low |
|  | Bangalore Torpedo | Low |
| Flare | White Parachute | High |

[a] Helicopter guns were categorized as a "Low" in the ignition system developed for and used in the Biological Assessment for Programmatic Section 7 Consultation on Routine Military Training at Makua Military Reservation by USARHAW Range Division, Wildland Fire, and Environmental Division Staff. At PTA, these munitions are categorized as "High" because it fires in areas with a high vegetative fuel load. Shell casings are known to start fires.

High explosive rounds receive a low potential to start fires because on explosion the immediate area of a round is starved of oxygen, resulting in a low potential for ignition. Smoke and illumination rounds have a high potential because there is an exposed flame associated. White phosphorus rounds are highly flammable.

Source: PTA Legacy Programmatic BA (PTA Legacy BA 2002).

### 2.1.4 Ranges, Training Areas, and Impact Area[12]

PTA has 22 live-fire and 4 non live-fire ranges, 23 training areas, a centrally located impact area, one airfield, and 113 surveyed field artillery and mortar firing points (Figure 3, Table 3). The 27 ranges and artillery firing points are in training areas surrounding the impact area and oriented so 28 munitions are fired into the impact area. There are two exceptions; two rifle ranges currently are oriented to the east along Redleg Trail. The 22 live-fire training ranges are located in the northern and eastern parts of the installation. There are four airborne drop zones (two on PTA, two on leased lands) capable of personnel and equipment airborne operations. Additionally, there

---

[12] Adapted from 25th ID(L) and USARHAW (2001).

14

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | Projected Transformed | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SRCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |

| RANGE & Ammunition | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SRCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RANGE 1 Squad Assault** | | | | | | | | | | | | | | |
| 5.56mm | 296,904 | 14,435 | 55,491 | 0 | 366,830 | 22,010 | 292,249 | 14,435 | 55,491 | 0 | 362,175 | 21,731 | -4,655 | -279 |
| 7.62mm | 37,968 | 0 | 15,355 | 0 | 53,323 | 5,332 | 45,572 | 0 | 15,355 | 0 | 60,927 | 6,093 | 7,604 | 760 |
| 40mm M203 TP | 0 | 0 | 513 | 0 | 513 | | 0 | 0 | 513 | 0 | 513 | | 0 | |
| 40mm M203 Para | 0 | 0 | 8 | 0 | 8 | | 1,155 | 0 | 8 | 0 | 1,163 | | 1,155 | |
| Pyro-Smoke | 372 | 4 | 14 | 0 | 390 | | 569 | 4 | 14 | 0 | 587 | | 197 | |
| 5.56mm Blank | 179,556 | 0 | 12,460 | 0 | 192,016 | | 262,814 | 0 | 12,460 | 0 | 275,274 | | 83,258 | |
| 7.62mm Blank | 17,762 | 0 | 600 | 0 | 18,362 | | 36,784 | 0 | 600 | 0 | 37,384 | | 19,022 | |
| Pyro | 2,635 | 0 | 0 | 0 | 2,635 | | 8,217 | 0 | 0 | 0 | 8,217 | | 5,582 | |
| **RANGE 2 Combat Pistol Qualification Course** | | | | | | | | | | | | | | |
| 9mm | 3,408 | 0 | 2,610 | 2,950 | 8,968 | | 4,304 | 0 | 2,610 | 2,950 | 9,864 | | 896 | |
| **RANGE 3 Rifle Grenade Launcher Range** | | | | | | | | | | | | | | |
| 40mm HEDP | 2,088 | 185 | 568 | 48 | 2,889 | | 2,534 | 185 | 568 | 48 | 3,335 | | 446 | |
| 40mm M203 TP | 0 | 1,474 | 1,653 | 250 | 3,377 | | 0 | 1,474 | 1,653 | 250 | 3,377 | | | |
| 40mm Para Flare | 0 | 0 | 71 | 0 | 71 | | 0 | 0 | 71 | 0 | 71 | | | |
| 40mm MK19 TP | 0 | 0 | 300 | 0 | 300 | | 0 | 0 | 300 | 0 | 300 | | | |
| **RANGE 4 Rifle Range** | | | | | | | | | | | | | | |
| 5.56mm | 96,460 | 20,200 | 36,800 | 12,500 | 165,960 | 9,958 | 289,940 | 20,200 | 36,800 | 12,500 | 359,440 | 21,566 | 193,480 | 11,609 |
| **RANGE 5 Hand Grenade Familiarization Range** | | | | | | | | | | | | | | |
| Practice Grenade | 823 | 0 | 487 | 0 | 1,310 | | 0 | 0 | 487 | 0 | 487 | | -823 | |
| Frag Grenade | 206 | 918 | 769 | 0 | 1,893 | | 0 | 918 | 769 | 0 | 1,687 | | -206 | |

61

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | Projected Transformed | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |

| RANGE & Ammunition | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RANGE 5A Hand Grenade Confidence Course** | | | | | | | | | | | | | | |
| Frag Grenade | 0 | 0 | 62 | 0 | 62 | | 0 | 0 | 62 | 0 | 62 | | 0 | |
| **RANGE 6 Hand Grenade Qualification Course** | | | | | | | | | | | | | | |
| Practice Grenade | 823 | 1,438 | 77 | 164 | 2,502 | | 0 | 1,438 | 77 | 164 | 1,679 | | -823 | |
| **RANGE 7 Small Arms Zero Range** | | | | | | | | | | | | | | |
| 5.56mm | 144,691 | 14,000 | 4,100 | 0 | 162,791 | 9,767 | 289,940 | 14,000 | 4,100 | 0 | 308,040 | 18,482 | 145,249 | 8,715 |
| **RANGE 8 Sniper** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 0 | 250 | 0 | 250 | | 0 | 0 | 250 | 0 | 250 | | 0 | |
| 7.62mm | 1,917 | 0 | 1,080 | 0 | 2,997 | | 6,071 | 0 | 1,080 | 0 | 7,151 | | 4,154 | |
| .50 Cal. | 0 | 0 | 200 | 0 | 200 | | 0 | 0 | 200 | 0 | 200 | | 0 | |
| 5.56mm Blank | 0 | 0 | 420 | 0 | 420 | | 0 | 0 | 420 | 0 | 420 | | 0 | |
| 7.62mm Blank | 162 | 0 | 0 | 0 | 162 | | 103 | 0 | 0 | 0 | 103 | | -59 | |
| **RANGE 8, 8A, 8B Multi-Purpose Range** | | | | | | | | | | | | | | |
| 5.56mm | 22,099 | 20,200 | 4,500 | 8,700 | 55,499 | 3,330 | | | | | | | Range facility would go away with transformation | |
| 7.62mm | 3,797 | 39,200 | 28,700 | 1,300 | 72,997 | 7,300 | | | | | | | Range replaced by new anti-armor range | |
| .50 Cal. | 2,282 | 15,700 | 200 | 0 | 18,182 | 2,546 | | | | | | | | |
| 40mm MK19 | 38,102 | 5,275 | 0 | 0 | 43,377 | | | | | | | | | |
| TOW Missile | 0 | 15 | 3 | 0 | 18 | | | | | | | | | |
| 105mm HE | 0 | 531 | 0 | 0 | 531 | | | | | | | | | |
| 9mm Tracer | 6,461 | 0 | 0 | 0 | 6,461 | 6,461 | | | | | | | | |

62

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | | Projected Transformed | | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| **RANGE 9  Demolition Range** | | | | | | | | | | | | | | |
| 7.62mm | 0 | 0 | 100 | 0 | 100 | 10 | 0 | 0 | 100 | 0 | 100 | 10 | 0 | 0 |
| Claymore Mine | 0 | 125 | 0 | 0 | 125 | | 0 | 125 | 0 | 0 | 125 | | 0 | |
| Demolitions | 7,416 | 0 | 363 | 129 | 7,908 | | 9,166 | 0 | 363 | 129 | 9,658 | | 1,750 | |
| Bangaloe | 0 | 0 | 1 | 0 | 1 | | 0 | 0 | 1 | 0 | 1 | | 0 | |
| **RANGE 10  Platoon Assault Course** | | | | | | | | | | | | | | |
| 5.56mm | 296,904 | 13,200 | 51,795 | 8,159 | 370,058 | 22,204 | 304,993 | 13,200 | 51,795 | 8,159 | 378,147 | 22,689 | 8,089 | 485 |
| 7.62mm | 0 | 3,900 | 38,646 | 8,140 | 50,686 | 5,069 | 37,977 | 3,900 | 38,646 | 8,140 | 88,663 | 8,866 | 37,977 | 3,798 |
| 9mm Tracer | 0 | 12 | 64 | 0 | 76 | 76 | 0 | 12 | 64 | 0 | 76 | 76 | 0 | |
| 40mm M203 TP | 0 | 400 | 140 | 100 | 640 | | 0 | 400 | 140 | 100 | 640 | | 0 | |
| Practice Grenade | 0 | 0 | 15 | 0 | 15 | | 0 | 0 | 15 | 0 | 15 | | 0 | |
| Frag Grenade | 0 | 12 | 230 | 0 | 242 | | 0 | 12 | 230 | 0 | 242 | | 0 | |
| Pyro | 2,635 | 0 | 0 | 45 | 2,680 | | 8,288 | 0 | 0 | 45 | 8,333 | | 5,653 | |
| Pyro-Smoke | 372 | 0 | 18 | 0 | 390 | | 569 | 0 | 18 | 0 | 587 | | 197 | |
| 5.56mm Blank | 179,556 | 0 | 14,900 | 0 | 194,456 | | 108,333 | 0 | 14,900 | 0 | 123,233 | | -71,223 | |
| 7.62mm Blank | 17,762 | 0 | 400 | 0 | 18,162 | | 36,784 | 0 | 400 | 0 | 37,184 | | 19,022 | |
| **RANGE 11  Multi-Purpose Anti-Armor Range** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 0 | 4,000 | 0 | 4,000 | 240 | Range facility would go away with transformation | | | | | | | |
| 7.62mm | 0 | 36,850 | 2,000 | 0 | 38,850 | 3,885 | Range replaced by new battle area course | | | | | | | |
| 9mm Tracer | 0 | 400 | 0 | 0 | 400 | 400 | | | | | | | | |
| .50 Cal. | 0 | 84,984 | 0 | 0 | 84,984 | 11,898 | | | | | | | | |
| AT-4 Rocket | 324 | 39 | 7 | 0 | 370 | | | | | | | | | |
| 2.75" Rocket | 0 | 2,640 | 0 | 0 | 2,640 | | | | | | | | | |

63

Programmatic Biological Assessment
Stryker Brigade Combat Team
Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | Projected Transformed | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| Dragon Missile | 0 | 0 | 11 | 0 | 11 | | | | | | | | | |
| TOW Missile | 0 | 6 | 0 | 0 | 6 | | | | | | | | | |
| Hellfire Missile | 0 | 86 | 0 | 0 | 86 | | | | | | | | | |
| 105mm HE | 0 | 403 | 0 | 0 | 403 | | | | | | | | | |
| **RANGE 12 Multi-Purpose Machine Gun Range** | | | | | | | | | | | | | | |
| 5.56mm | 22,099 | 200 | 1,100 | 0 | 23,399 | 1,404 | | | | | Range facility would go away with transformation | | | |
| 7.62mm | 3,797 | 7,000 | 4,000 | 0 | 14,797 | 1,480 | | | | | Range replaced by new battle area course | | | |
| .50 Cal. | 2,282 | 3,602 | 24,555 | 0 | 30,439 | 4,262 | | | | | | | | |
| Stinger Missile | 0 | 3 | 0 | 0 | 3 | | | | | | | | | |
| **RANGE 13 Direct Fire Range** | | | | | | | | | | | | | | |
| 7.62mm | 0 | 0 | 0 | 500 | 500 | 50 | 0 | 0 | 0 | 500 | 500 | 50 | 0 | 0 |
| .50 Cal. | 0 | 0 | 5,450 | 5,000 | 10,450 | 1,463 | 0 | 0 | 5,450 | 5,000 | 10,450 | 1,463 | 0 | 0 |
| 25mm TP | 0 | 0 | 1,500 | 0 | 1,500 | | 0 | 0 | 1,500 | 0 | 1,500 | | 0 | |
| 40mm M203 TP | 0 | 300 | 0 | 0 | 300 | | 0 | 300 | 0 | 0 | 300 | | 0 | |
| 40mm M203 HEDP | 0 | 0 | 11,886 | 1,820 | 13,706 | | 0 | 0 | 11,886 | 1,820 | 13,706 | | 0 | |
| 40mm MK19 TP | 0 | 0 | 4,938 | 0 | 4,938 | | 0 | 0 | 4,938 | 0 | 4,938 | | 0 | |
| 155mm HE | 298 | 30 | 29 | 0 | 357 | | 298 | 30 | 29 | 0 | 357 | | 0 | |
| **RANGE 14 CALFEX** | | | | | | | | | | | | | | |
| 5.56mm | 296,904 | 0 | 4,000 | 0 | 300,904 | 18,054 | 0 | 0 | 4,000 | 0 | 4,000 | 240 | -296,904 | -17,814 |
| 60mm HE | 0 | 0 | 60 | 0 | 60 | | 0 | 0 | 60 | 0 | 60 | | 0 | |
| 7.62mm Blank | 17,762 | 0 | 2,000 | 0 | 19,762 | | 36,681 | 0 | 2,000 | 0 | 38,681 | | 18,919 | |
| 5.56mm Blank | 179,556 | 0 | 0 | 0 | 179,556 | | 262,814 | 0 | 0 | 0 | 262,814 | | 83,258 | |
| Pyro-Smoke | 372 | 0 | 0 | 0 | 372 | | 569 | 0 | 0 | 0 | 569 | | 197 | |

64

Programmatic Biological Assessment  
Stryker Brigade Combat Team  
Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | Projected Transformed | | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| Pyro | 2,635 | 0 | 0 | 0 | 2,635 | | 8,292 | 0 | 0 | 0 | 8,292 | | 5,657 | |
| **RANGE 15 Helicopter Gunnery Range** | | | | | | | | | | | | | | |
| .50 Cal. | 9,130 | 18,730 | 0 | 0 | 27,860 | 3,900 | 35,775 | 18,730 | 0 | 0 | 54,505 | 7,631 | 26,645 | 3,730 |
| 2.75" Rocket | 0 | 749 | 0 | 0 | 749 | | 0 | 749 | 0 | 0 | 749 | | 0 | |
| Hellfire Missile | 0 | 95 | 0 | 0 | 95 | | 0 | 95 | 0 | 0 | 95 | | 0 | |
| **RANGE 20 Aviation Aerial Gunnery** | | | | | | | | | | | | | | |
| 5.56mm | 44,198 | 0 | 1,300 | 0 | 45,498 | 2,730 | 21,579 | 0 | 1,300 | 0 | 22,879 | 1,373 | -22,620 | -1,357 |
| 7.62mm | 7,594 | 4,000 | 0 | 0 | 11,594 | 1,159 | 15,191 | 4,000 | 0 | 0 | 19,191 | 1,919 | 7,597 | 760 |
| .50 Cal. | 9,130 | 0 | 5,597 | 0 | 14,727 | 2,062 | 35,775 | 0 | 5,597 | 0 | 41,372 | 5,792 | 26,645 | 3,730 |
| Dragon Missile | 0 | 0 | 2 | 0 | 2 | | 0 | 0 | 2 | 0 | 2 | | 0 | |
| TOW Missile | 0 | 0 | 7 | 0 | 7 | | 0 | 0 | 7 | 0 | 7 | | 0 | |
| Pyro | 0 | 0 | 15 | 0 | 15 | | 0 | 0 | 15 | 0 | 15 | | 0 | |
| **Anti-Armor Live-Fire and Tracking Range (AALFTR)** | | | | | | | | | | | | | | |
| TOW | Range does not currently exist | | | | | | 21 | 0 | 0 | 0 | 21 | | na | na |
| JAVELIN | | | | | | | 23 | 0 | 0 | 0 | 23 | | na | na |
| **Battle Area Course (BAX)** | | | | | | | | | | | | | | |
| 5.56mm | Range does not currently exist | | | | | | 1,601K | 0 | 0 | 0 | 1,601K | 96,060 | na | na |
| 7.62mm | | | | | | | 201,627 | 0 | 0 | 0 | 201,627 | 20,163 | na | na |
| 9mm Tracer | | | | | | | 19,284 | 0 | 0 | 0 | 19,284 | 19,284 | na | na |
| 40mm M203 TP | | | | | | | 15,367 | 0 | 0 | 0 | 15,367 | | na | na |
| 40mm Wh Star | | | | | | | 2,888 | 0 | 0 | 0 | 2,888 | | na | na |
| 40mm MK19 TP | | | | | | | 12,972 | 0 | 0 | 0 | 12,972 | | na | na |
| Practice Grenade | | | | | | | 10,657 | 0 | 0 | 0 | 10,657 | | na | na |

65

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | | Projected Transformed | | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| .50 Caliber | | | | | | | 143,099 | 0 | 0 | 0 | 143,099 | 20,034 | na | |
| 105mm TPDS | | | | | | | 972 | 0 | 0 | 0 | 972 | | na | |
| 105mm TP-T | | | | | | | 1,944 | 0 | 0 | 0 | 1,944 | | na | |
| 105mm HEP-TP-T | | | | | | | 2,592 | 0 | 0 | 0 | 2,592 | | na | |
| 105mm Canister | | | | | | | 972 | 0 | 0 | 0 | 972 | | na | |
| Volcano | | | | | | | 6 | 0 | 0 | 0 | 6 | | na | |
| Claymore Mine | | | | | | | 466 | 0 | 0 | 0 | 466 | | na | |
| **Mortar Firing Points** | | | | | | | | | | | | | | |
| 60mm HE | 2,884 | 0 | 1,032 | 200 | 4,116 | | 2,884 | 0 | 1,032 | 200 | 4,116 | | 0 | |
| 60mm Illum | 275 | 0 | 140 | 0 | 415 | | 275 | 0 | 140 | 0 | 415 | | 0 | |
| 60mm WP | 292 | 8,047 | 85 | 578 | 9,002 | | 292 | 8,047 | 85 | 578 | 9,002 | | 0 | |
| 81mm HE | 1,976 | 0 | 2,415 | 1,046 | 5,437 | | 4,504 | 0 | 2,415 | 1,046 | 7,965 | | 2,527 | |
| 81mm Illum | 270 | 0 | 213 | 302 | 785 | | 610 | 0 | 213 | 302 | 1,125 | | 340 | |
| 81mm WP | 324 | 0 | 293 | 197 | 814 | | 648 | 0 | 293 | 197 | 1,138 | | 324 | |
| 120mm HE | 0 | 0 | 0 | 0 | 0 | | 1,066 | 0 | 0 | 0 | 1,066 | | 1,066 | |
| 120mm Illum | 0 | 0 | 0 | 0 | 0 | | 216 | 0 | 0 | 0 | 216 | | 216 | |
| 120mm WP | 0 | 0 | 0 | 0 | 0 | | 317 | 0 | 0 | 0 | 317 | | 317 | |
| **Artillery Firing Points** | | | | | | | | | | | | | | |
| 105mm HE | 0 | 6,448 | 31 | 2,000 | 8,479 | | 0 | 6,448 | 31 | 2,000 | 8,479 | | 0 | |
| 105mm Illum | 0 | 105 | 0 | 62 | 167 | | 0 | 105 | 0 | 62 | 167 | | 0 | |
| 105mm WP | 0 | 34 | 0 | 0 | 34 | | 0 | 34 | 0 | 0 | 34 | | 0 | |
| 155mm HE | 2,686 | 900 | 2,696 | 215 | 6,497 | | 2,686 | 900 | 2,696 | 215 | 6,497 | | 0 | |
| 155mm Illum | 270 | 69 | 292 | 0 | 631 | | 270 | 69 | 292 | 0 | 631 | | 0 | |

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Hawaii

Table 6. Ammunition Usage by Live-Fire Range for Current Training, Transformed Training, and Net Difference (Rounds), Stryker Brigade Combat Team, Island of Hawaii, Hawaii.

| RANGE & Ammunition | Projected Un-Transformed (Current) | | | | | Projected Transformed | | | | | Net Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| 155mm WP | 124 | 30 | 113 | 0 | 267 | | 124 | 30 | 113 | 0 | 267 | | 0 | |
| 155mm Copperhead | 2 | 12 | 0 | 0 | 14 | | 2 | 12 | 0 | 0 | 14 | | 0 | |
| Maneuver Areas | | | | | | | | | | | | | | |
| Pyro | 5,259 | 0 | 0 | 0 | 5,259 | | 9,094 | 0 | 0 | 0 | 9,094 | | 3,834 | |
| Pyro-Smoke | 643 | 0 | 0 | 0 | 643 | | 569 | 0 | 0 | 0 | 569 | | -74 | |
| 5.56mm Blank | 179,556 | 0 | 0 | 0 | 179,556 | | 438,024 | 0 | 0 | 0 | 438,024 | | 258,468 | |
| 7.62mm Blank | 17,762 | 0 | 0 | 0 | 17,762 | | 61,306 | 0 | 0 | 0 | 61,306 | | 43,544 | |
| .50 Cal. Blank | 1,530 | 0 | 0 | 0 | 1,530 | | | | | | | | | |

Source: John Gallup and Associates. Training Description. Version 5.3

This comparison of current and transformed ammunition usage on PTA is projected for FY 05 based on Draft TRAC (Standards in Training Commissions) information. Information for "Other 25ID", "USMC", and "Other" was compiled from 2001 RFMSS data and is used as a constant for both Un-Transformed and Transformed projections, except where use by these units is altered by changes due to range demolition/reconfiguration related to construction of new ranges (John Gallup and Associates product 10/16/02).

67

