MAP PROVIDED BY THE ARMY SHOWING
COMPOSITE SDZ FOR PROPOSED TRAINING AT RANGE 11T

# EXHIBIT 54