

EXHIBIT 55