EXHIBIT 59