

EXHIBIT 61