EXHIBIT 62