

EXHIBIT 64B