EXHIBIT 64C

