

EXHIBIT 65