

EXHIBIT 68