IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　Defendants. | Civil No. 04-00502 DAE BMK<br><br>**EXHIBITS "66" – "93" TO DECLARATION OF DAVID L. HENKIN** |

**EXHIBITS "66" – "93" TO**
**DECLARATION OF DAVID L. HENKIN**