

# KR3

Two Strykers with a mounted infantry squads receive a report that an enemy formation has been identified in their area. Vehicle 1 occupies a static observation position vicinity grid EJ 92238 76200. Vehicle 2 occupies a reserve position vicinity grid EJ 92112 76231. Each Stryker is an Infantry Carrier Variant with a two man crew. The infantry squad consists of nine Soldiers, including a two man M240 machine gun team. Stryker and squad weapons consist of:

- One M2 (.50 caliber)
- One M240 (7.62 mm)
- Two M249 (5.56 mm link)
- Six M4 (5.56 mm ball)



Enemy targets consist of four technical vehicle targets and nine dismounted troop targets. A technical vehicle target (TVT) is a silhouette replica of a known enemy vehicle. Dismounted troop targets (DTT) consist of a group of 2-3 silhouette targets. Once vehicle 1 and its crew establish a static position, the target operator presents one TVT and one DTT in Target Group 1. The Stryker vehicle will fire from a static position. Targets are engaged using .50cal. As targets are engaged, the infantry squad dismounts and begins movement to an attack position to the north of the Stryker vehicle. During the dismounted movement, the target operator presents two TVTs and two DTTs in Target Group 1. Targets are engaged using .50cal. The Stryker destroys the targets allowing the squad to establish its attack position. At this point, the target operator presents two TVTs and two DTTs in Target Group 2. Targets are engaged by the squad using 7.62mm and 5.56mm. Once targets are destroyed, the target operator presents one TVT and two DTTs in Target Group 2. Targets are engaged by the squad using 7.62mm and 5.56mm. Once targets are destroyed, the target operator presents one TVT and two DTTs. Targets are engaged by the squad using 7.62mm and 5.56mm. The vehicle and squad engage seven TVTs and nine DTTs. The Standards and Training Commission allows 21 rounds for each .50 caliber engagement and 27 rounds for each 7.62mm engagement. The single vehicle and squad will expend a total of 126 .50cal rounds and 270 7.62mm rounds. Each squad will expend a total of 440 rounds of 5.56mm per iteration. On a single day, a platoon consisting of four vehicles will rotate through this scenario for one day and night iteration per vehicle. These eight iterations will expend a total of 1008 (.50 caliber), 2160 (7.62 mm), and 3520 (5.56 mm) per day. This event will train 44 Soldiers on vehicular and dismounted squad sized engagements.



EXHIBIT 70



KR3



## Schofield Barracks: SDZ for KR3



## KR4/5

Four Strykers with a mounted infantry platoon receives a mission to seize an objective (Objective Iron). The platoon will break in to two sections (1 and 2) to seize the objective. Section 1 moves to establish a cordon to prevent enemy forces from escaping/reinforcing the objective. Section 2 prepares to seize the objective. Enemy forces ambush Section 1 as it establishes a cordon. Section 1 Strykers engage and destroy enemy targets while its infantry squads dismount and clear the enemy positions. Section 2 establishes support by fire (SBF) positions for each Stryker and engages the objective. Section 2 infantry squads dismount and assault the objective successfully seizing Objective Iron.

Each Section consists of two Stryker Infantry Carrier Vehicles with mounted .50 caliber machine guns and two mounted squads. Each squad consists of nine Soldiers with the following weapon systems:

- One M240 (7.62 mm)
- Two M249 (5.56 mm)
- Six M4 rifles (5.56 mm)

Enemy targets consist of technical vehicle targets (TVT) and dismounted troop targets (DTT). The targets were previously discussed in scenario KR3. In the engagement area for Section 1 there are six TVTs and twelve DTTs. In the objective area for Section 2 there are eight DTTs located in the buildings that appear in windows. The Strykers for both sections will engage using .50 caliber machine guns. The Standards and Training Commission allows 21 rounds for each .50 caliber engagement and 27 rounds for each 7.62mm engagement. The .50 caliber ammunition used for this scenario is limited to Short Range Training Ammunition (SRTA) with a maximum range of 900 meters. The STRA projectiles are plastic and contain less gunpowder than a standard round. The single vehicle and squad will expend a total of 189 .50cal rounds and 243 7.62mm rounds. Each squad will expend a total of 440 rounds of 5.56mm per iteration. On a single day, two platoons consisting of eight vehicles will rotate through this scenario for one day and night iteration. These four iterations will expend a total of 3024 .50cal rounds, 3888 7.62mm rounds, and 7040 5.56mm rounds per day. This event will train 88 Soldiers on vehicular and dismounted platoon and section sized engagements per day.



