Programmatic Biological Assessment
Stryker Brigade Combat Team

Island of Oahu

# Programmatic Biological Assessment for Routine Military Training and Transformation of the 2nd Brigade 25th Infantry Division (Light), U.S. Army

## Oahu, Hawaii

Prepared by
Center for Environmental Management of Military Lands
Colorado State University
Fort Collins, Colorado

for

U.S. Army Corps of Engineers
Honolulu District
Hawaii

April 2003



EXHIBIT 71

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                Island of Oahu

| Weapon | Ammunition | Potential to Start Fires[2] |
|---|---|---|
| | 155mm illumination (ILL) | High |
| | 155mm white phosphorus (WP) | High |
| | 155mm Copperhead (laser guided) | Medium |
| | 155mm RAP (rocket assist) | High |
| AT-4 Anti-Tank Weapon | 84mm high explosive anti-tank rocket | Medium |
| Light Anti-Tank Weapon (LAW) | 66mm high explosive anti-tank rocket  35mm subcaliber practice rocket | Medium |
| Shoulder-Launched Multipurpose Assault Weapon (SMAW) | Launcher Assault Rockets: SMAW practice, SMAW common practice | Medium |
| Tube-Launched, Optically Tracked, Wire Command Link (TOW), Guided Missile System | TOW blast effect simulator | Low |
| Grenades | Smoke Grenades: Colored, HC white smoke, and TA smoke practice Explosive Grenades: 40mm M203 and MK19 Training Practice (TP) ,fragmentation, offensive, practice | Medium   Low |
| Demolitions | Demolitions (Limit 300 lb. net explosive weight, including bangalore torpedoes) | Medium |
| Mines | Mines: claymore antipersonnel, inert antipersonnel (volcano delivery device), anti-tank | Medium |
| Ground Pyrotechnic Signals (Flares) | Handheld | High |
| Simulators | Simulators: projectile – ground burst, booby trap, hand grenade | Medium |
| | Smoke Pot | Medium |
| Fog Oil | Smoke (fog oil) Generator | Low |

[1] Source: 25th ID(L) and USARHAW (2000)
[2] Potentials are based on historical fire data. This ignition rating system was developed initially for Makua Military Reservation by USARHAW Range Division, Wildland Fire, and Environmental Division Staff. High explosive rounds receive a low potential to start fires because the explosive nature of the round starves the immediate area of oxygen, resulting in a low potential for ignition. Smoke and illumination rounds have a high potential because there is an exposed flame associated with these munitions. White phosphorus rounds are highly flammable.

## 10.3 Proposed Transformation Actions at SBMR

### 10.3.1 Construction

The following construction projects are planned as part of the proposed action:

**McCarthy Flats Multi-Purpose Qualification Complex (QTR1) (57835).** This complex supports qualification for:

- Pistol (38 cal, 9mm, 45 cal)
- Shotgun and rifle (M16, M4, M14 sniper rifle, M21, M24)
- Machine gun (M60, M249, M240B, M2)

248

Programmatic Biological Assessment
Stryker Brigade Combat Team                                                                 Island of Oahu

This project will construct a standard Qualification Training Range (Figure 10.c). The range will include 10 lanes for combat pistol and MP qualification, 16 modified record fire lanes, and 4 multipurpose machine gun/sniper lanes. The range will be approximately 500 m wide and 1000 m long. The range will have a similar orientation to the impact area as the CR and MF ranges it is replacing. Primary facilities also include stationary infantry target emplacements, moving infantry target emplacements, zero panel and standing silhouette emplacements, two range control towers, operation and storage building, two ammunition breakdown facilities, two general instruction buildings, latrine, bleacher enclosure, and covered mess. Primary facilities will also include all construction within the perimeter of the range complex, which consists of necessary information systems requirements, earthwork, clearing of unexploded ordnance, electrical service, limit markers, berms, service roads, site drainage, and erosion control. Supporting facilities include all construction outside the perimeter of the range complex and consists of electrical service, fencing, lighting, parking, military vehicle trail, storm drainage, information systems, and site improvements.

This range is required to train and test units of the 25th ID(L) on the skills necessary to detect, identify, engage, and defeat dismounted and mounted enemy forces. This project is specifically required to meet live-fire training requirements for individual and crew-served weapon systems. This range is also required to provide maneuver area in support of the Stryker Brigade Combat Team (SBCT) that will be stationed in Hawaii. Targetry is estimated to consist of 286 stationary infantry targets, 8 moving infantry targets, 26 zero panels, and 10 standing silhouettes.

Training at QTR1 is anticipated to disturb approximately 49 ha (120 ac). The range would be used between 180 and 242 days per year. No combat (i.e., Stryker and Humvee) vehicles would be in service at the range, but between five and ten support vehicles (trucks) would be used per training episode per day.

**Battle Area Complex (BAX or BAC) (58144).** This complex supports qualification for:

- Graduated live-fire training from squad to company level, and some Battalion exercises
- Incorporates all weapons intrinsic to the SBCT Infantry Company except the Javelin
- Allows a variety of live-fire exercise scenarios

The battle area complex will be constructed in accordance with CEHNC standard design and TC 25-8, *Training Ranges* (HQDA 2002a) with modifications to suit the terrain and scenario for this project (Figure 10.d). Features of this range include: 2-4 course roads with crossover capability, 22 stationary armor targets, 3 moving armor targets, 167 stationary infantry targets, 27 moving infantry targets, 16 machine gun/observation bunkers, 2 grenade/breaching obstacles, 3 landing zones, 13 mortar simulation devices, and 8-16 vehicle firing positions/hull-down defilades. Range operations support facilities will include a vault latrine, bleacher enclosure, covered mess area, range operations center, storage building, an ammunition loading dock and an After Action Review building. Supporting facilities will include site improvements, erosion control, a bivouac area, electrical service, security fencing and gates.

This project is required to provide a digital, multi-purpose battle area complex in support of implementation of evolving Department of the Army and Training and Doctrine Command (TRADOC) Combat Doctrine and Training Strategies. It will allow the 25th ID (L) and US Army Hawaii to meet live-fire maneuver training requirements for individual and crew (mobile gun system) familiarization, and qualification of personal and crew-served weapon systems. Primary uses include gunnery training and qualification requirements for various weapons systems employed by the 25th ID(L), including dismounted infantry platoon tactical live-fire operations, either independent of, or simultaneously with, supporting vehicles. This facility will also satisfy the requirement for zeroing and boresighting the 105-millimeter main gun on the mobile gun system. The facility will contain digital information and telecommunication technologies to safely track and manage all forces undergoing individual and

Programmatic Biological Assessment  
Stryker Brigade Combat Team  

Island of Oahu

Table 10.g Comparison of Current and Transformed Ammunition Usage by Range for SBMR.

| RANGE and Ammunition Type | FY 05 Projection Un-Transformed (Current) | | | | | | FY 05 Projection Transformed | | | | | | Net Difference With Transformation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| **Grenade House** | | | | | | | | | | | | | | |
| 5.56mm | 281,454 | 22,542 | 35,518 | 30,280 | 369,794 | 27,735 | 192,120 | 22,542 | 35,518 | 30,280 | 280,460 | 21,034 | -89,334 | -6,700 |
| 7.62mm | 3,771 | 1,240 | 4,900 | 29,551 | 39,462 | 4,341 | 11,942 | 1,240 | 4,900 | 29,551 | 47,633 | 5,240 | 8,171 | 899 |
| 9mm | 0 | 8,047 | 930 | 578 | 9,555 | | 0 | 8,047 | 930 | 578 | 9,555 | | 0 | |
| 40mm M203 TP | 3,329 | 0 | 0 | 100 | 3,429 | | 3,842 | 0 | 0 | 100 | 3,942 | | 513 | |
| Practice Grenade | 8,228 | 100 | 492 | 0 | 8,820 | | 10,657 | 100 | 492 | 0 | 11,249 | | 2,429 | |
| Frag Grenade | 2,055 | 0 | 1,112 | 0 | 3,167 | | 2,443 | 0 | 1,112 | 0 | 3,555 | | 388 | |
| Pyro | 1,490 | 0 | 0 | 45 | 1,535 | | 797 | 0 | 0 | 45 | 842 | | -692 | |
| Pyro-Smoke | 146 | 0 | 0 | 0 | 146 | | 57 | 0 | 0 | 0 | 57 | | -89 | |
| 5.56mm Blank | 35,911 | 0 | 6,000 | 0 | 41,911 | | 43,802 | 0 | 6,000 | 0 | 49,802 | | 7,891 | |
| 7.62mm Blank | 3,617 | 0 | 800 | 0 | 4,417 | | 6,131 | 0 | 800 | 0 | 6,931 | | 2,513 | |
| **MOUT Assault Course** | | | | | | | Urban Assault Course (proposed) | | | | | | | |
| 5.56mm | 281,454 | 0 | 28,291 | 0 | 309,745 | 23,231 | 192,120 | 0 | 28,291 | 0 | 220,411 | 16,531 | -89,334 | -6,700 |
| 9mm | 0 | 0 | 750 | 0 | 750 | | 0 | 0 | 750 | 0 | 750 | | 0 | |
| 40mm M203 TP | 3,329 | 0 | 488 | 0 | 3,817 | | 3,842 | 0 | 488 | 0 | 4,330 | | 513 | |
| Practice Grenade | 4,114 | 0 | 0 | 0 | 4,114 | | 5,329 | 0 | 0 | 0 | 5,329 | | 1,215 | |
| 5.56mm Blank | 35,911 | 0 | 23,000 | 0 | 58,911 | | 43,802 | 0 | 23,000 | 0 | 66,802 | | 7,891 | |
| 7.62mm | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | | 0 | |
| 7.62mm Blank | 3,617 | 0 | 0 | 0 | 3,617 | | 6,131 | 0 | 0 | 0 | 6,131 | | 2,513 | |
| Pyro-Smoke | 86 | 0 | 0 | 0 | 86 | | 57 | 0 | 0 | 0 | 57 | | -29 | |
| Pyro | 1,020 | 0 | 0 | 0 | 1,020 | | 796 | 0 | 0 | 0 | 796 | | -223 | |
| **KR 1-A** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 0 | 28,291 | 0 | 28,291 | 2,122 | 0 | 0 | 28,291 | 0 | 28,291 | 2,122 | 0 | 0 |
| 9mm | 0 | 0 | 750 | 0 | 750 | | 0 | 0 | 750 | 0 | 750 | | 0 | |
| Practice Grenade | 32,912 | 7,866 | 0 | 0 | 40,778 | | 42,630 | 7,866 | 0 | 0 | 50,496 | | 9,718 | |
| **KR 5 Infantry** | | | | | | | | | | | | | | |

259

Programmatic Biological Assessment  
Stryker Brigade Combat Team  
Island of Oahu

Table 10.g Comparison of Current and Transformed Ammunition Usage by Range for SBMR.

| RANGE and Ammunition Type | FY 05 Projection Un-Transformed (Current) | | | | | | FY 05 Projection Transformed | | | | | | Net Difference With Transformation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| Pyro-Smoke | 15 | 0 | 0 | 10 | 115 | | 57 | 0 | 0 | 0 | 57 | | -58 | |
| Pyro | 1,489 | 0 | 0 | 0 | 1,489 | | 910 | 0 | 0 | 0 | 910 | | -578 | |
| **Infantry Battle Course Village** | | | | | | | | | | | | | | |
| 5.56mm | 146,773 | 0 | 0 | 0 | 146,773 | 11,008 | 128,080 | 0 | 0 | 0 | 128,080 | 9,606 | -18,693 | -1,402 |
| 7.62mm | 7,594 | 0 | 0 | 0 | 7,594 | 835 | 15,191 | 0 | 0 | 0 | 15,191 | 1,671 | 7,597 | 836 |
| 40mm M203 TP | 1,332 | 0 | 0 | 0 | 1,332 | | 1,537 | 0 | 0 | 0 | 1,537 | | 205 | |
| Practice Grenade | 4,114 | 0 | 0 | 0 | 4,114 | | 1,066 | 0 | 0 | 0 | 1,066 | | -3,048 | |
| 5.56mm Blank | 35,911 | 0 | 0 | 0 | 35,911 | | 43,802 | 0 | 0 | 0 | 43,802 | | 7,891 | |
| 7.62mm Blank | 3,617 | 0 | 0 | 0 | 3,617 | | 6,131 | 0 | 0 | 0 | 6,131 | | 2,513 | |
| Pyro-Smoke | 119 | 0 | 0 | 0 | 119 | | 57 | 0 | 0 | 0 | 57 | | -62 | |
| Pyro | 1,489 | 0 | 0 | 0 | 1,489 | | 605 | 0 | 0 | 0 | 605 | | -884 | |
| **KR 6 Squad Defense Course** | | | | | | | | | | | | | | |
| 5.56mm | 562,908 | 15,280 | 7,580 | 1,025 | 586,793 | 44,009 | 320,200 | 15,280 | 7,580 | 1,025 | 344,085 | 25,806 | -242,708 | -18,203 |
| 7.62mm | 18,984 | 4,000 | 0 | 200 | 23,184 | 2,550 | 37,977 | 4,000 | 0 | 200 | 42,177 | 4,639 | 18,993 | 2,089 |
| 40mm M203 TP | 3,329 | 0 | 0 | 0 | 3,329 | 0 | 3,842 | 0 | 0 | 0 | 3,842 | | 513 | |
| Claymore Mine | 0 | 18 | 0 | 0 | 18 | | 0 | 18 | 0 | 0 | 18 | | 0 | |
| Pyro-Smoke | 115 | 15 | 0 | 0 | 130 | | 57 | 15 | 0 | 0 | 72 | | -58 | |
| Pyro-Booby Trap | 1,020 | 46 | 0 | 0 | 1,066 | | 910 | 46 | 0 | 0 | 956 | | -110 | |
| 5.56mm Blank | 35,911 | 1,400 | 0 | 0 | 37,311 | | 43,802 | 1,400 | 0 | 0 | 45,202 | | 7,891 | |
| 7.62mm Blank | 3,585 | 0 | 1,200 | 0 | 4,785 | | 6,131 | 0 | 1,200 | 0 | 7,331 | | 2,546 | |
| **Combat Pistol Range** | | | | | | | | | | | | | | |
| 9mm | 37,488 | 87,162 | 2,000 | 3,190 | 129,840 | | | | | | | | na | |
| **QTR 1 and 1-A** | | | | | | | | | | | | | | |
| 5.56mm | | | | | | | 4,059,160 | 0 | 0 | 0 | 4,059,160 | 304,437 | na | |
| 7.62mm | | | | | | | 38,019 | 0 | 0 | 0 | 38,019 | 4,182 | na | |

261

Programmatic Biological Assessment
Stryker Brigade Combat Team

Island of Oahu

Table 10.g Comparison of Current and Transformed Ammunition Usage by Range for SBMR.

| RANGE and Ammunition Type | FY 05 Projection Un-Transformed (Current) | | | | | | FY 05 Projection Transformed | | | | | | Net Difference With Transformation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| .50 Caliber | | | | | | | 143,099 | 0 | 0 | 0 | 143,099 | 18,603 | na | |
| 9mm | | | | | | | 81,776 | 0 | 0 | 0 | 81,776 | | na | |
| 12 Ga. Shotgun | | | | | | | 1,092 | 0 | 0 | 0 | 1,092 | | na | |
| **KR 8** | | | | | | | | | | | | | | |
| 9mm Tracer | 0 | 5,887 | 208 | 200 | 6,295 | 6,295 | 0 | 5,887 | 208 | 200 | 6,295 | 6,295 | 0 | 0 |
| 40mm M203 TP | 0 | 210 | 0 | 0 | 210 | | 0 | 210 | 0 | 0 | 210 | | 0 | |
| 40mm MK 19 TP | 57,154 | 12,707 | 0 | 1,900 | 71,761 | | 156,804 | 12,707 | 0 | 1,900 | 171,411 | | 99,650 | |
| AT-4 | 324 | 4 | 0 | 22 | 350 | | 756 | 4 | 0 | 22 | 782 | | 432 | |
| **KR 9** | | | | | | | | | | | | | | |
| 40mm M203 TP | 16,646 | 0 | 0 | 0 | 16,646 | | 19,209 | 0 | 0 | 0 | 19,209 | | 2,563 | |
| 40mm M203 HE | 5,846 | 0 | 0 | 0 | 5,846 | | 7,601 | 0 | 0 | 0 | 7,601 | | 1,754 | |
| 40mm MK 19 HE | 0 | 1,113 | 73 | 50 | 1,236 | | 0 | 1,113 | 73 | 50 | 1,236 | | 0 | |
| **CR 1** | | | | | | | | | | | | | | |
| 5.56mm | 3,376,117 | 414,033 | 8,727 | 112,106 | 3,910,983 | 293,324 | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | | |
| 7.62mm | 0 | | | | 0 | | | | | | | | | |
| 5.56mm Blank | 0 | 4,000 | | | 4,000 | | | | | | | | | |
| **CR 2** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 12,269 | 57,209 | 2,017 | 71,495 | 5,362 | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | | |
| 9mm | 0 | 0 | 0 | 497 | 497 | | | | | | | | | |
| Pyro-Smoke | 0 | 0 | 18 | 0 | 18 | | | | | | | | | |
| Pyro-Booby Trap | 0 | 0 | 58 | 0 | 58 | | | | | | | | | |
| **CR 2A** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 122,954 | 0 | 27,859 | 150,813 | 11,311 | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | | |
| 12 Ga. Shotgun | 0 | 1,711 | 0 | 9,262 | 10,973 | | | | | | | | | |
| 9mm Pistol | 0 | 69,810 | 0 | 27,067 | 96,877 | | | | | | | | | |

Programmatic Biological Assessment  
Stryker Brigade Combat Team  
Island of Oahu

Table 10.g Comparison of Current and Transformed Ammunition Usage by Range for SBMR.

| RANGE and Ammunition Type | FY 05 Projection Un-Transformed (Current) | | | | | FY 05 Projection Transformed | | | | | Net Difference With Transformation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 Legacy Brigades | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | 1 Legacy Brigade & 1 SBCT | Other 25th ID(L) | USMC | Other Units | Total | Tracer Rounds | All Rounds | Tracer Rounds |
| **CR 3** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 324,886 | 0 | 134,543 | 459,429 | 34,457 | | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | |
| 7.62mm | 0 | | | | | | | | | | | | | |
| **MF 2** | | | | | | | | | | | | | | |
| 5.56mm | 3,617,268 | 970,309 | 0 | 124,675 | 4,712,252 | 353,419 | | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | |
| 7.62mm | 15,714 | 42,363 | 62,410 | 6,400 | 126,887 | 13,958 | | | | | | | | |
| 5.56mm Blank | 0 | 13,000 | 0 | 0 | 13,000 | | | | | | | | | |
| 7.62mm Blank | 0 | 0 | 5,100 | 0 | 5,100 | | | | | | | | | |
| **MF 3** | | | | | | | | | | | | | | |
| 5.56mm | 964,605 | 324,886 | 0 | 134,543 | 1,424,034 | 106,803 | | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | |
| **MF 4** | | | | | | | | | | | | | | |
| 5.56mm | 0 | 220,541 | 0 | 23,935 | 244,476 | 18,336 | | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | |
| 9mm | 0 | 0 | 0 | 6,000 | 6,000 | | | | | | | | | |
| **MF 5** | | | | | | | | | | | | | | |
| 9mm | 27,264 | 81,428 | 0 | 20,840 | 129,532 | | | Range facility will go away with Transformation Replaced by proposed QTR1(Schofield) and QTR2 (South Range Acquisition Area) | | | | | | |
| Claymore Mine | 0 | 164 | 0 | 0 | 164 | | | | | | | | | |
| Other Mines | 0 | 188 | 0 | 0 | 188 | | | | | | | | | |
| Bangalore Torpedo | 0 | 162 | 0 | 0 | 162 | | | | | | | | | |
| Demo Charges | 0 | 3,320 | 521 | 26 | 3,867 | | | | | | | | | |
| **Ambush #1** | | | | | | | | | | | | | | |
| 5.56mm | 90,482 | 0 | 0 | 0 | 90,482 | 6,786 | 64,040 | 0 | 0 | 0 | 64,040 | 4,803 | -26,442 | -1,983 |
| 7.62mm | 18,984 | 0 | 0 | 0 | 18,984 | 2,088 | 7,595 | 0 | 0 | 0 | 7,595 | 835 | -11,389 | -1,253 |
| 40mm M203 TP | 1,332 | 0 | 0 | 0 | 1,332 | | 1,537 | 0 | 0 | 0 | 1,537 | | 205 | |

263