COPY

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF HAWAI'I

 3   'ILIO'ULAOKALANI COALITION,)  Civil No. 04-00502 DAE BMK
     a Hawai'i nonprofit        )
 4   corporation; NA 'IMI PONO, )
     a Hawai'i unincorporated   )
 5   association; and KIPUKA, a )
     Hawai'i unincorporated     )
 6   association,               )
                                )
 7               Plaintiffs,    )
                                )
 8        vs.                   )
                                )
 9   DONALD H. RUMSFELD,        )
     Secretary of Defense; and  )
10   FRANCIS J. HARVEY,         )
     Secretary of the United    )
11   States Department of the   )
     Army,                      )
12                              )
                 Defendants.    )
13   _____)

14

15            DEPOSITION OF RONALD L. BORNE

16        Taken on behalf of the Plaintiffs, at the law

17   offices of Earthjustice, 223 South King Street, Third

18   Floor Conference Room, Honolulu, Hawai'i, commencing at

19   9:36 a.m., on Monday, December 4, 2006, pursuant to

20   Notice.

21   BEFORE:  CARI VALLO, CSR No. 252, RPR
                Notary Public, State of Hawai'i
22

23          PACIFIC REPORTING SERVICES UNLIMITED
                   Topa Financial Center
24              745 Fort Street, Suite 704
                Honolulu, Hawai'i 968__
25                 (808)524-7778
```

EXHIBIT 72

```
 1   APPEARANCES:

 2        For Plaintiffs 'Ilio'ulaokalani Coalition, a
          Hawai'i nonprofit corporation; Na 'Imi Pono,
 3        a Hawai'i unincorporated association; and
          Kipuka, a Hawai'i unincorporated association:
 4
               DAVID L. HENKIN, ESQ.
 5             Earthjustice
               223 South King Street, Suite 400
 6             Honolulu, Hawai'i 96813
               (808)599-2436
 7

 8        For the Defendants Donald H. Rumsfeld, Secretary
          of Defense, and Francis J. Harvey, Secretary of
 9        of the United States Department of the Army:

10             ROBERT M. LEWIS, ESQ.
               Senior Trial Attorney
11             Environmental Law Division
               U.S. Army Litigation Center
12             901 N. Stuart Street, Suite 400
               Arlington, Virginia 22203
13             (703)696-1567

14             JAMES D. GETTE, ESQ.
               Trial Attorney, Natural Resources Section
15             U.S. Department of Justice
               Environment & Natural Resources Division
16             601 D Street, NW
               Washington, DC 20004
17             (202)305-1461

18
     ALSO PRESENT:  Anna Mallon, William Aila
19

20

21

22

23

24

25
```

1    BY MR. HENKIN:

2        Q     In the Army's disclosures with respect to the

3    proposed Stryker training, they identify for the

4    purposes of maneuvers certain go and no-go areas.  Are

5    those terms familiar to you?

6        A     Yes, they are.

7        Q     Were you involved in the designation of go and

8    no-go areas at Schofield East Range?

9        A     Yes, I was.

10       Q     I'm going to show you a document that was

11   provided to me by the Army and ask you if you recognize

12   it.

13       A     Yes, I do.

14       Q     What is that document?

15       A     This document was specifically developed for

16   the Stryker's driver's training course.  However,

17   embedded in it is the go and no-go areas.

18             MR. HENKIN:  Could we please have that labeled

19   as Exhibit 2.

20                 (Deposition Exhibit 2 was marked.)

21       Q     With respect to what we've labeled as

22   Exhibit 2, do you see the legend in the lower

23   right-hand corner?

24       A     Yes, I do.

25       Q     And the designation or the indication for green

```
 1    course, blue course, red course?

 2       A      Yes, I do.

 3       Q      The green course has a blue line next to it on

 4    the legend; is that correct?

 5       A      I'm sorry.  Explain the question or the

 6    instruction.

 7       Q      If you look at the legend, what color is the

 8    line next to green course?

 9       A      Oh.  It's listed as blue.

10       Q      What color is the line next to blue course?

11       A      Red.

12       Q      What is the color --

13       A      Green.

14       Q      I need to finish the question.

15              With respect to red course, it's --

16       A      Green.

17       Q      Could you explain why the color of the line is

18    different than the name of the course?

19              MR. LEWIS:  Objection as to relevance.

20              THE WITNESS:  It is mislabeled.

21    BY MR. HENKIN:

22       Q      What should the correct --

23       A      In the legend.  It is mislabeled in the legend.

24    My knowledge, the courses depicted on the map are

25    correct.  The legend has just been reversed.
```

1    Q     With this pen, could you please edit the legend

2    so we can refer to the courses by their proper names.

3              (Witness complies.)

4    Q     With respect to the areas in purple on this

5    map, what do those indicate?

6    A     The purple indicates areas that through a

7    series of criteria have been listed as potentially able

8    for a vehicle like a Stryker to maneuver into off the

9    road.

10   Q     What are those criteria?

11   A     I do not recall all of them, but I do know that

12   slope angle, topography, hydrology, and any other

13   restrictions either natural or cultural are considered

14   in determining that.

15              Oh -- and I'm sorry -- one I do recall.

16   Diameter of vegetation density.

17   Q     Could you describe what that limitation would

18   be?

19   A     That limitation would be -- grasses would not

20   be a limitation to vehicle transition, but brush

21   over -- with a diameter of a stalk or trunk over so

22   many inches would be considered a limitation.

23   Q     Do you know how many inches?

24   A     I know the maximum is four inches.

25   Q     Would it be necessary for -- or does the Army

1    contend that it would be necessary to use all of the

2    purple areas in order to complete the training that is

3    proposed for East Range?

4             MR. LEWIS:  Objection.  Lack of foundation.

5             THE WITNESS:  No, they do not.

6    BY MR. HENKIN:

7       Q       What is the basis for your saying they do not?

8       A       East Range is being used for Stryker driver's

9    training, and while that requires them on occasion to

10   pull off the road to do certain either training tasks

11   or for administrative reasons, they would not require

12   all of the area that's listed in purple to do that

13   training.

14      Q       Are you involved in the decision as to which of

15   these purple areas would be used?

16      A       No.

17      Q       Who is?

18      A       The driver's training course supervisor -- I

19   don't know if he's a supervisor, but there is a

20   driver's training course head instructor -- would

21   request those areas, and they would go through our

22   range control.

23      Q       If you're not responsible for making the

24   decision regarding what areas would be requested,

25   what's the basis of your knowledge that they would not

1    require all of these areas?

2      A    When we initially went back to ask if any other

3    requirements were to be requested specifically for

4    training, we asked if the driver's training would

5    require any area that had not been presently used, and

6    the answer was no, that sufficient space was there for

7    what they use today.

8      Q    Are you familiar with which of the go areas are

9    being presently used today?

10     A    I am roughly familiar on the map.  I'm very

11   familiar on the ground with those areas.

12     Q    Could you please circle in black the areas that

13   are currently used today.

14            (Witness complies.)

15     A    Barring minor pulloffs to the roadside.  And

16   when I say that, I mean to within five meters of the

17   road or 10 meters of the road.

18     Q    Barring that, what?

19     A    Barring that that could happen anywhere on the

20   colored roads, they would have to administratively stop

21   for any reason and pull just off the road to allow

22   other traffic to come by.  The areas that they would

23   maneuver further than that I believe are the areas that

24   I have highlighted.

25     Q    Just for clarification, in range area ER-5,

1    you've drawn a dark line to one side of the road.

2    What's the other limit of the --

3        A      Would be the road itself.

4        Q      I'm going to try and finish the question just

5    for a clear record.  I appreciate it's not normal

6    conversation.  It's a little awkward, but it will help

7    the court.

8            So with respect to the area ER-5, only those

9    portions, as the map is situated above the road, which

10    I assume would be to the north of the road, would be

11    used for off-road maneuvers; is that correct?

12        A      That is correct.

13        Q      So other than the three areas that you have

14    identified in range area ER-5, ER-3A, and then ER-1A

15    going over on to ER-1B, these are the only off-road

16    maneuver areas currently being used; is that correct?

17        A      That is correct.

18        Q      For purposes of the request to the court for

19    Stryker off-road maneuver training at East Range, these

20    are the only areas that the Army believes that it

21    needs; is that correct?

22        A      For Stryker drivers OPNET training, that is

23    correct.

24        Q      In terms of what the Army is currently asking

25    the court for leave to do, is there any other training

1    the first page 3-A and the second page 3-B.

2                    (Deposition Exhibits 3-A and 3-B were

3                    marked.)

4    BY MR. HENKIN:

5        Q       Mr. Borne, if you could please describe what

6    we've labeled as Exhibit 3-A.

7        A       You have labeled 3-A Kahuku Training Area go/no

8    go area map from the environmental impact statement,

9    Figure 2.5, for the Stryker transformation in Hawai'i.

10                    Exhibit 3-B is a generic range division

11    produced map of the Kahuku training area that shows the

12    training areas themselves, some internal road networks,

13    and some prominent features.

14       Q       Are you familiar with the areas at Kahuku

15    Training Area where the Army proposes to have Stryker

16    vehicles go off of established roads?

17       A       I am.

18       Q       What is the basis of that familiarity?

19       A       My personal discussions with the 2nd Brigade,

20    either Colonel Banach or S3 operations officer.

21       Q       Who is that?

22       A       Ben Eisner, Major Ben Eisner, with an E.

23       Q       Would you be able to mark with this black pen

24    the areas at Kahuku where the Army seeks the

25    opportunity to go off road with Stryker vehicles?

1    A       Yes, I can.

2    Q       Thank you.

3            (Witness complies.)

4    A       While 2nd Brigade has not completely developed

5    their training plan, these are the general areas we

6    discussed.

7    Q       Other than the areas that you've outlined on

8    Exhibit 3-A, are there any other areas that the Army is

9    currently asking the court to allow Strykers to perform

10   off-road maneuvers?

11   A       Only on designated road systems connecting

12   those areas together in the Kahukus.

13   Q       But with respect to maneuvers off of existing

14   roads, are these four areas outlined in black on

15   Exhibit 3-A the only ones that the Army is currently

16   asking the court for permission to use?

17           MR. LEWIS:  Objection.  Asked and answered.

18           THE WITNESS:  Yes, for off-road maneuver.

19   BY MR. HENKIN:

20   Q       How will the Stryker vehicles using these

21   off-road maneuvers at Kahuku Training Area know that

22   they are within the limits of the areas you've

23   designated on 3-A?

24           MR. LEWIS:  Objection.  Lack of foundation.

25           THE WITNESS:  There will be two ways.  One, the

```
 1   have witnessed the training, discussed with the
 2   instructors and their supervisors the training that
 3   they do today.
 4         In the Kahukus, my experience is only
 5   topographically having visually seen the areas myself
 6   in the past, knowing the vehicle maneuver capabilities,
 7   and for the Stryker discussions with 2nd Brigade
 8   personnel, Colonel Banach, and his operations officer.
 9         MR. HENKIN:  Why don't we take a five-minute
10   break.
11              (Recess taken, 10:16-10:25 a.m.)
12   BY MR. HENKIN:
13   Q    Mr. Borne, is the Army seeking to use -- sorry.
14   Try again.
15         As part of the Army's current request to the
16   court for training involving Stryker vehicles, is it
17   seeking any use of the area that was recently purchased
18   from the Parker Ranch on the island of Hawai'i, known
19   as the West Pohakoloa Training Area Acquisition Area?
20   A    Not for initial operating capabilities for 2nd
21   Brigade.
22   Q    Could you please clarify what you mean by not
23   for initial operating capabilities?
24   A    Not use the Keamuku -- recently purchased
25   Keamuku parcel for 2nd Brigade to reach its capacity to
```

1    deploy.

2    Q    Is it asking the court for use of the Keamuku

3    parcel for any other purpose?

4    A    No, it is not.

5    Q    Does it have plans to use the Keamuku parcel

6    for any other purpose between now and the time that the

7    2nd Brigade deploys?

8    A    For training, no.  I am not certain if there's

9    any implementation of any fire management or other

10   environmental concerns that have to be implemented for

11   emergency reasons, like wild fire.  But not for

12   training until that time.

13   Q    Who would know if there were any plans to do

14   any nontraining activities on the Keamuku parcel

15   between now and the time of deployment?

16   A    At this point, I do not believe anyone is aware

17   of them, that they need to implement any immediately.

18   However, should wild fires become a problem,

19   suppression, fire-break roads, those things may have to

20   be implemented or managed.

21   Q    When you refer to the time of the 2nd Brigade's

22   deployment, what time is that?

23   A    Second brigade, I am not privy to the exact

24   deployment of 2nd Brigade.

25   Q    Has it received deployment orders?

1    the statements made in the Army's response to

2    Interrogatory No. 18, still having to do with the motor

3    pool.  If you look at the bottom of page 65, it's a

4    statement:  The criticality of the SBCT motor pool is

5    tied to this upcoming" -- in all caps -- "deployment in

6    that when the SBCT returns from the National Training

7    Center, its vehicles will have a very short window of

8    time to receive final maintenance work/checks before

9    needing to be loaded on ships headed to Kuwait/Iraq.

10        Do you see that?

11   A    Yes, I do.

12   Q    That's going on to page 66.

13        Could you please explain the basis of that

14   statement.

15   A    It's a two-phased answer.  The first one is

16   related to that when 2nd Brigade returns from its

17   National Training Center deployment, the vehicles will

18   come back obviously used, and there will be very

19   limited repair capability there at the National

20   Training Center.

21        Of course, those vehicles have to be at a high

22   readiness standard to deploy to any theater.  So they

23   would have to do an intensive maintenance reset of

24   themselves upon their return.  That would apply for all

25   vehicles, equipments, trailers, and generators which

1    are maintained in the motor pools.

2            The second part is by the time they redeploy,

3    the rest of the division's equipment would be coming

4    back from its repairs, resets, and overseas shipments,

5    and of course, that would fill the areas the 2nd

6    Brigade is currently in today.

7    Q      When you talk about the rest of the division's

8    equipment, are you referring to the equipment that is

9    currently deployed to Iraq?

10   A      That is correct.

11   Q      When are they expected to return?

12   A      They were deployed for what was originally

13   announced to be a 13-month deployment counting their

14   deployment, which would return them in the summer of

15   next year.

16   Q      Could you be more precise with respect to a

17   month?

18   A      July of next year.  Of course, that can be

19   spread over a three-month-return time frame.

20   Q      When is the 2nd Brigade expected to deploy to

21   the National Training Center?

22   A      They are looking at an around October training

23   time, so they would begin prepping for that in

24   September.

25   Q      Prior to the October training time at NTC,

1    wasn't there additional training that was requested?

2       A       There is additional training.  That's that

3    preparation for their actual training at the NTC.  They

4    will prepare, move, and do the additional training.

5       Q       So the preparation to move and do the

6    additional training would be in September of '07?

7       A       Could be, yes, in September of '07.  Dates

8    Colonel Banach could reflect more correctly.

9       Q       Where will the Army accommodate the returning

10   equipment from Iraq in the summer of '07 during the

11   time period from the return of that equipment until the

12   deployment to NTC in approximately September of '07?

13      A       There's two parts to that.  The first is we

14   would build interim motor park space around Schofield

15   Barracks to put some of that equipment awaiting the 2nd

16   Brigade motor pool completion, and the second is when

17   some of that equipment would return from overseas, it

18   would go to a location to be refitted and then given

19   back, which would be on Schofield or on the island of

20   Oahu but would not be in the motor park space.  In

21   other words, maintenance facilities.

22      Q       Even had there not been an injunction from the

23   Ninth Circuit, am I correct in understanding that the

24   motor pool would not have been completed in time to

25   avoid this overlap between the return of the division

1    from Iraq and the deployment to NTC?

2       A    The motor pool with its maintenance facilities

3    would not have been completed, that is correct.  But

4    maintenance motor parking area would have been

5    completed enough that we could have relieved some of

6    the stress on those outlying locations, and

7    additionally, these interim parking areas would have

8    been completed in time to relieve that stress.

9       Q    How has that changed with the imposition of the

10   current injunction?

11      A    That increase -- if the motor pool was not

12   allowed to proceed at all?

13      Q    I'm just speaking with respect to the current

14   situation, assuming that the injunction is lifted on or

15   about December the 18th.  So I'm referring to the

16   injunction going from October 27th until approximately

17   December 18th, how has that affected the situation, if

18   it has?

19      A    It has affected the situation in the fact that

20   while I cannot name the date that it has been proposed

21   for being opened for that, it would affect it in the

22   fact that we may need to request more of that motor

23   park space be available as soon as we originally

24   envisioned it.  In other words, the area to park the

25   vehicles versus the area to maintain the vehicles, at

1    Q    Do you know for a fact whether the Stryker

2    vehicles will return to Hawai'i following the

3    deployment to the National Training Center and prior to

4    deployment?

5    A    I do not know for sure, but I do know there was

6    some general discussions that the Stryker vehicles

7    themselves, one option was they may not return to

8    Hawai'i themselves, that they may -- that they would be

9    deployed overseas to a deployment receiving station

10   directly from the National Training Center.

11   Q    If that were to occur, if the Stryker vehicles

12   were to go directly to deployment from the National

13   Training Center, would there be any need for the motor

14   pool facility at Schofield Barracks during the period

15   following the deployment to the National Training

16   Center and prior to whatever time the 2nd Brigade would

17   return to Hawai'i after its deployment abroad?

18   A    Yes, it would.

19   Q    What need would there be?

20   A    As I described, I've heard only discussions of

21   the 300 Stryker vehicles.  The remaining approximate

22   900 other vehicles from the brigade would return most

23   likely here to Hawai'i for maintenance, and again,

24   Colonel Banach may give further definition on that.

25        And additionally, the division will have also

1    future date.

2        Q       To make sure I understand, if the 2nd Brigade

3    is temporarily restationed between now and its

4    deployment abroad, it's your opinion that there would

5    still be a need to construct the Stryker Brigade motor

6    pool?

7        A       There's still a requirement for space like the

8    Stryker Brigade motor pool.

9        Q       Could that requirement be accommodated with the

10   other spaces that are not located in the South Range

11   acquisition area?

12       A       The other interims.  That is correct.

13               MR. HENKIN:  Let's go off the record.

14                    (Recess taken at 12:50 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1  area for parking?

2     A     The parking would be associated with any leaks

3  or any petroleum products that might leave the vehicles

4  if there's not a surface underneath that that's

5  impervious enough to keep it from seeping into the

6  ground beneath the gravel.

7     Q     If the environmental concerns were otherwise

8  addressed, would there be enough room on the portions

9  of the motor pool that are already graveled to park the

10 Stryker vehicles?

11    A     For the parking, for the vehicle parking, the

12 answer would be yes.

13    Q     How about for the non-Stryker vehicles

14 associated with the 2nd Brigade?

15    A     The answer would be yes.  I do not know the

16 square yards that actually is graveled, but assuming

17 that they are sufficient enough, then they would be.

18 The surface is prepared enough.

19          I do know that a part of the motor pool,

20 Stryker motor pool is not graveled.  So we'd have to

21 measure the surface that has been prepared and then

22 compare that to the requirement.  I believe a large

23 enough portion is prepared for the Stryker vehicles,

24 and then to add onto them then the non-Stryker vehicles

25 would just take a calculation of requirement versus the

1    surface that's prepared.

2       Q       Has such a calculation been performed?

3       A       Not to my knowledge.

4       Q       Have there been discussions at the Army that

5    you're aware of regarding a contingency plan should the

6    district court not allow the Army to proceed with the

7    construction of the Stryker motor pool?

8       A       A contingency plan?  No, I am not aware.

9       Q       Do you have an opinion regarding what the

10   Army's options would be if the court were not to

11   authorize continuance for the motor pool project?

12          MR. LEWIS:  Objection.  Calls for speculation.

13          THE WITNESS:  My opinion would be we would just

14   need to build more interim facilities or secure the

15   facilities that we would need to be able to store the

16   vehicles.

17   BY MR. HENKIN:

18      Q       How about maintenance of the vehicles?

19      A       Maintenance of the vehicles would be the harder

20   part because they require a specific structure, and in

21   only one location on post are the bays and the lifts

22   enough for a Stryker vehicle.  And they would not be

23   able to sustain the through-put for the vehicle

24   maintenance of the Stryker vehicles themselves.

25          So that would become an issue where we would

1    necessary?

2       A     I believe that's within Congress's power, yes.

3       Q     Do you have a ballpark figure as to what it

4    would cost to build such interim facilities?

5              MR. LEWIS:  Objection.  Calls for speculation.

6              THE WITNESS:  No, but I do know it would exceed

7    that threshold and become a MILCON project.  It would

8    easily be over a million dollars based on our

9    preparations of similar sites.

10             The threshold is -- in fact, we've had to

11   remove traits from other sites to lower them to the

12   cost of the $750,000.  So to build one, to do that, we

13   know it would exceed that amount of funding.

14   BY MR. HENKIN:

15      Q     Do you have an opinion as to whether it would

16   be in excess of $3 million?

17      A     Based on the designs we have done at the

18   present, I think you could build a very limited

19   facility but could support Stryker for around $3

20   million.  Then the question would be how many bays

21   would that provide, would just be based on design with

22   that limitation.  But at least you could then place

23   one.

24      Q     Such a facility in your opinion would be

25   adequate for purposes of Stryker maintenance prior to

1    their deployment in 2008?

2            MR. LEWIS:  Objection.  Vague.

3            THE WITNESS:  The facility itself could support

4    the maintenance.  The question that I cannot answer is

5    depending on how many bays, would it be able to support

6    the through-put requirement they would need to do that

7    maintenance on the vehicles?

8            So in essence, it could technically support a

9    vehicle, but could it support the number of maintenance

10   cycles they would have to go through at a given time.

11   I cannot speculate.

12   BY MR. HENKIN:

13   Q      A study of that question has not been done; is

14   that correct?

15   A      That is correct.

16   Q      Turning to the Urban Assault Course, did the

17   3rd Brigade need to do urban assault training before it

18   deployed to Iraq in the summer of 2006?

19   A      Yes, it did.

20   Q      Where did it perform that training?

21   A      A combination of facilities at Schofield

22   Barracks and at the National Training Center.

23   Q      What facilities at Schofield Barracks did it

24   use?

25   A      They used a combination of lesser facilities in

1    30 days ahead of schedule.

2        Q      What is the current expected completion date if

3    the district court were to lift the injunction on or

4    about December 18th?

5        A      The Urban Assault Course is one that we know

6    suffers a one-for-one day -- a lag and is still under

7    that currently.  So whatever the appropriate days would

8    be, if it is on the 18th, 19th, then it would be offset

9    from the time it was told to go on hold.

10       Q      Can you state with any greater specificity when

11   the original -- when the preinjunction expected finish

12   date was?

13       A      The preinjunction date I believe was on or

14   about the 1st through the 5th July 2007.

15   Mr. Kawasaki's deposition may have a more exact date.

16   But I do know from talking to Mr. Kawasaki and the

17   program managers, that was a -- they were looking at a

18   30-day-ahead-of-schedule construction period and were

19   maintaining that.

20       Q      I'm going to hand you his declaration to the

21   Ninth Circuit and see if that refreshes your

22   recollection regarding the expected completion date

23   prior to the entry of the injunction.

24       A      March 2007 was the construction completion

25   date.  Digital targetry needed to be installed through

1    April and May.  So the construction date may have been

2    March, but because that's a digital range, the

3    secondary portion of target installment would take

4    place after that.

5        Q       Since the information does not appear to be in

6    the declaration, would we have to speak with

7    Mr. Kawasaki to find out when the facility was expected

8    to be completed prior to the entry of the injunction?

9        A       No.  He would probably not know that answer

10   unless he heard it from the side of the training like

11   myself knowing how long it took the target installation

12   to come into play.  A different agency other than the

13   Core of Engineers actually does the installation of

14   pieces and parts that are not part of construction.

15       Q       Then who would know what the expected end date

16   was?

17       A       To be exactly calculated, we'd have to go back

18   to the owning agency within the Army.  There's a

19   program executive office that does the targetry for

20   these type of ranges, I believe, at Fort Eustis in

21   Virginia.  But they have articulated to us how many

22   days it would take, and that's where we get our on and

23   about.

24               Initially was 1 July with the construction date

25   delayed out, but we were looking at about 1 June.  So

1    from the 27th of March until 1 June was target

2    installation, validation, and preparation of the

3    facility, too.   There has to be safety inspections done

4    on the range.

5           So while soldiers may get in to do validation,

6    it's not cleared for the unit to actually say we can go

7    in and train without oversight, as would be originally

8    on or about the 1st of June.

9    Q    So preinjunction, the expectation was the

10    facility would be available for training on or about

11    June 1 of 2007?

12    A    That is correct.   Correct.

13    Q    Now, there's a one-day-for-one-day delay from

14    that date?

15    A    That is correct, because of the construction

16    schedule.

17    Q    How many days of training at the Urban Assault

18    Course does the 2nd Brigade require before it deploys

19    to the National Training Center?

20    A    I am not privy to Colonel Banach's exact

21    training schedule.   I do know that each one of his

22    squads would require approximately a day on a

23    consolidated facility like the Urban Assault Course.

24    Depending on failures, they may go to a second day.

25    Q    That would be a question best addressed to

1    A    Yes, all these would fire a ball or training

2    ammunition.

3    Q    None of them would fire anything similar to the

4    40 millimeter grenade that the MK-19 fires?

5    A    No, none of these listed on this page would

6    fire the 40 millimeters.

7    Q    Just to make sure that I'm clear, you've not

8    located any portion of the environmental impact

9    statement where there's a discussion of the use of the

10    MK-19 or its ammunition at QTR-1; is that correct?

11    A    No, none that specifically puts the MK-19 and

12    the QTR-1 on the same paragraph.

13    Q    I'm going to hand you a document and ask you if

14    you recognize what it shows.

15    A    Yes, I do.

16        MR. HENKIN:  Could we have that labeled as

17    Exhibit 10.

18            (Deposition Exhibit 10 was marked.)

19    Q    What is depicted in Exhibit 10?

20    A    The 40 millimeter M918 target practice

21    cartridge for the MK-19.

22    Q    Do you see the portion of the drawing that is

23    labeled "oh-jeev" or "oh-geev"?  I assume it's

24    "oh-jeev"?

25    A    "Oh-jeev".

1          Yes, I do.

2     Q     Do you know out of what material that Ogeeve is

3     made on the M-918 target practice cartridge?

4     A     Yes.  The present version that's used today is

5     an aluminum alloy.

6     Q     Would it be accurate to refer to the Ogeeve as

7     a nose cone in colloquial speak?

8     A     That's correct.

9     Q     I'm going to hand you a copy of the

10    supplemental declaration that was submitted by the

11    Army, your declaration, which was filed on November the

12    20th of this year.  If you could please reference

13    paragraph 5 which appears on page 3.

14    A     I've found it, read it.

15    Q     The second sentence says:  The M19 contains

16    several parts:  A plastic nose cone.

17          Do you see that?

18    A     Yes, I do.

19    Q     Is that an accurate statement?

20    A     It was accurate to the best of my knowledge at

21    the time I did this.  The initial round that was

22    developed is experimental.  It had a very hard plastic

23    nose.  At the time that I did this, I was not able to

24    research the exact composition of the round that we see

25    today, but at the time that I originally was introduced

1    to it, it was a very hard plastic.  But I do know that

2    now, given the time, that it is an aluminum alloy

3    that's issued today.

4        Q      So Mr. Quitevis was correct when he said it was

5    an aluminum nose cone?

6        A      It is an aluminum nose cone.

7        Q      If you look at paragraph 4, also on the same

8    page, last sentence, you reference the M385 projectile.

9    Do you see that?

10       A      That is correct.

11       Q      I'm going to hand you a document, see if you

12   recognize what is depicted there.

13       A      That is a depiction again of the 40 millimeter

14   M385A1 practice cartridge for the MK-19.

15             MR. HENKIN:  Could we please have that labeled

16   as Exhibit 11.

17                 (Deposition Exhibit 11 was marked.)

18       Q      Are both types of projectiles depicted in

19   Exhibit 10 and 11 fired by the MK-19?

20       A      They are.

21       Q      With reference to Exhibit No. 11, you see the

22   portion of the drawing that says "solid projectile"?

23       A      I do.

24       Q      Do you know what the composition of the solid

25   projectile is?

1    Q    Referring to end of paragraph 5, which is at

2    top of page 4, there's a statement that the M19 round

3    is not a UXO.  Do you see that?

4    A    I do.

5    Q    Is it your opinion that the M19 round is not

6    unexploded ordnance if the primer charge has not been

7    detonated?

8    A    That is correct.

9    Q    Paragraph 6, also on page 4, you reference a

10   chalk -- I'm sorry.

11        In paragraph 5 on page 3, you state that the

12   M19 target practice round has a "chalk-like material".

13        Do you see that?

14   A    Yes, I do.

15   Q    Where is that material located?

16   A    In the composition here in the flash charge,

17   there's an aluminum powder that's a part of that, and

18   that gives a visible puff as it's blown out the back,

19   ejected out the back of the case.

20   Q    In paragraph number 6 on page 4, second-to-last

21   sentence, do you see where it reads:  Ballistics show

22   the two training rounds are identical and are

23   relatively slow compared to even pistol or black -- I

24   assume that should read "powder ammunition"?

25   A    Yes, that is correct.

1    Q    It continues:  While impacts from off-target

2   MK-19 rounds are possible, changes in range design and

3   target locations, the long distance areas of concern,

4   or restrictions to firing procedures make this very

5   unlikely.

6          Do you see that?

7    A    That is correct.

8    Q    What is the relevance of the comparison of the

9   velocity of the two MK-19 training rounds that we've

10  discussed to pistol or black powder ammunition?

11   A    Meaning the speed of velocity that they move at

12  as they travel down the range.

13   Q    What relevance does that have to whether an

14  impact with such a round might cause damage to cultural

15  sites?

16   A    Velocity --

17         MR. LEWIS:  Objection.  Asked and answered.

18         THE WITNESS:  Velocity.  Kinetic energy.

19  BY MR. HENKIN:

20   Q    Do you have a background in physics?

21   A    No, I do not.

22   Q    Did you ever take a basic physics course?

23   A    I did take a basic physics course.

24   Q    Are you familiar with Newton's second law?

25   A    Yes, I am.

1    Q       What is Newton's second law?

2    A       Motion, objects in motion.

3    Q       Are you aware of the importance of mass?

4    A       Yes, I am.

5    Q       What is the relationship between mass and

6    velocity in determining force?

7    A       It determines -- calculated, it determines the

8    force that it would -- the force that it delivers or

9    how much impact it delivers when it is given a stop at

10   a specific point.  Energy that it has.

11   Q       What is the relative mass, say, between the

12   M385A1 solid aluminum round and a pistol bullet?

13   A       They are substantially different.  The --

14   Q       Which one --

15   A       The 40 millimeter would be greater.

16   Q       By what order of magnitude?

17   A       I do not know the exact weight of them.  I know

18   that they are roughly -- you know, the cartridge

19   roughly is about a pound, a little bit more than a

20   pound together between the two with the cartridge, and

21   of course, the cartridge and the propellant are not

22   what's propelled down the range.

23           So estimate anywhere around a pound for the

24   projectile.  Pistol weights are measured in grams for

25   the projectile, or grains.

1    Q      So if a pistol bullet were traveling at the

2   same velocity as a MK-19 projectile, which one would

3   exert the greater force on the object that it hits?

4    A      The 40 millimeter.

5    Q      I'm going to hand you a document and ask you if

6   you recognize it.

7    A      No, I do not.

8    Q      I'll take it back, then.

9           Mr. Borne, based on your understanding of

10  physics, would you agree with the statement that in

11  order to determine the force that is exerted on an

12  object, you would have to multiply the mass of the

13  object by its acceleration?

14   A      That is correct.

15   Q      Do you know where we could find with greater

16  specificity what the mass is of the projectiles that

17  are depicted in Exhibits 11 and 10?

18   A      I can guess that the arsenals that developed

19  the ammunition specifications and the manufacturers

20  would have that.  However, the energy measured in foot

21  pounds exists for these weapons.

22   Q      Where would one find that?

23   A      It would either be the ballistics manual for

24  the weapon or ballistic tables for it.  It would

25  develop that and translate that into foot pounds of

1      Q      I'm going to hand you a document and ask you if

2   you recognize this document.

3      A      Yes, I do.

4      Q      What is that document?

5      A      That's a flat plate drawing of a surface danger

6   zone for Qualification Training Range 1.

7             MR. HENKIN:  Could we please have that labeled

8   as Exhibit 12.

9                  (Deposition Exhibit 12 was marked.)

10     Q      When you reference the one in 1,000 chance of a

11  round falling off the target but within the surface

12  danger zone, which portion of the surface danger zone

13  is depicted on Exhibit 11 that you're referencing?

14            MR. LEWIS:  Objection.  That

15  mischaracterizes --

16            MR. HENKIN:  12.  Exhibit --

17            MR. LEWIS:  -- the evidence.  You used one in

18  1,000 again.

19            MR. HENKIN:  My apologies.  Thank you.

20     Q      One in 10,000.

21     A      The differing surface danger zones that are

22  drawn here shows azimuths of fire.  If you have a

23  single azimuth of fire from a single firing point to a

24  single target, it's a gun target line.  So this shows

25  left and right gun target lines.  I'm not sure all --

1  because I didn't develop this, I'm not sure of all of

2  them.

3            Then you have the dispersion zone, and then

4  there's a ricochet zone.  And what that means is the

5  outer line that's out there, the ricochet zone, you

6  have a one in 10,000 chance that a round may still land

7  in that dispersion zone and then ricochet zone.

8      Q      If we could just label -- let's see if this pen

9  writes well on this -- where the ricochet zone is.

10     A      Or deflection zone depending on the weapon.  I

11 will draw it all in here just on one perimeter

12 (indicating).

13            Again, now I have drawn this, I do not know if

14 it's an accurate depiction.

15     Q      Understanding that you didn't drawn this and,

16 therefore, aren't vouching for the accuracy of the

17 surface danger zone, can you interpret this map.

18     A      Yes, I can.  Just moving from lines inside, you

19 have this outer line that's out here, would be that

20 deflection or ricochet zone.

21     Q      Could we draw a line to that and just write

22 ricochet zone.

23            (Witness complies.)

24     Q      If I understand correctly, there's one on one

25 extreme side of the cone, if you will, of the SDZ and

```
 1   one on the other extreme side?

 2      A      That is correct.

 3      Q      What is the probability of a round ending in

 4   the ricochet zone?

 5      A      That is the one to 10,000 chance that it will

 6   end up in there.

 7      Q      What is the zone as we proceed towards the

 8   center line next to the ricochet zone?

 9      A      This is a deflection zone.

10      Q      Could you draw an arrow, please, to --

11      A      I'm sorry.  Dispersion.  Ricochet and

12   deflection can be used interchangeably.

13             Dispersion.  Dispersion zone, and that would be

14   the next line in.

15      Q      What are the odds of a round ending up in the

16   dispersion zone?

17      A      They don't calculate that because that's where

18   they expect rounds that didn't hit the target to land.

19   In other words, it's a given that there's a high

20   probability of those rounds will end up in that area.

21      Q      What is the zone that is going towards the

22   center line adjacent to the dispersion zone?

23      A      I suspect that this is showing multiple lanes,

24   and that's what you're seeing in the middle, those gun

25   target lines and dispersion zones for adjacent lanes to
```

1   each other which gives you the center part of those --

2   the arc.

3           So while this is a dispersion zone and a

4   ricochet zone, it applies to this lane here.  That's

5   where the targets would be, and that's where the

6   majority of the bullets would be.  This would be the

7   adjacent lane, this would be the adjacent lane, and

8   then it would reverse itself from this lane dispersion

9   zone/ricochet zone because they didn't draw those in

10  for each lane underneath here.

11      Q    So am I correct in understanding that you would

12  expect the majority of rounds to land in either the

13  dispersion zone or one of these three interior zones?

14      A    Yes, that is correct.

15      Q    Am I correct in understanding that is only with

16  respect to the ricochet zone or the deflection zone

17  where the probability would be one in 10,000?

18      A    Correct.

19      Q    Could you bracket the zones where you would

20  expect a majority of rounds to fall.  Then sort of

21  bracket them and draw a line out and write "majority of

22  rounds."

23           (Witness complies.)

24      Q    Thank you.

25           I'm going to show you a document, Mr. Borne,

1    practice tracer is the HEP-TP-T.  And the 105

2    millimeter canister is as described.

3        Q      With respect to the 900 -- well, how many

4    rounds of 105 millimeter TPDS rounds does the Army

5    expect to fire at Pohakoloa should the court grant

6    their request?

7        A      I would have to review the gunnery tables that

8    describes the number of rounds that are fired for each

9    gunnery table because this is exactly that.  It would

10   match that.  It would not be a reflection on how many

11   are allocated for a year because we're only asking to

12   do OPNET training at Range 11T and not collective

13   training with the gun system on another range.

14          I would have to look at the table, but I

15   believe it's around 15 to 20 rounds depending on the

16   variation.

17       Q      Is this the document you're referencing?

18       A      This is an extract of those tables, that is

19   correct.

20          MR. HENKIN:  Why don't we have that labeled as

21   Exhibit No. 18.

22              (Deposition Exhibit 18 was marked.)

23       Q      Based on your review of Exhibit 18, could you

24   give an estimate of the number of each of the various

25   types of 105 millimeter rounds that the Army is asking

1   the court for leave to fire between now and the time of

2   the 2nd Brigade's deployment?

3        A     I will have to go through and count it up, but

4   yes, I can.

5        Q     Well, if it's a question of simple math, could

6   you just describe how you would calculate the number of

7   rounds

8        A     It gives you the ammunition and number of

9   rounds in the ammunition column of each one of the

10  tables that it describes in here.  The first one that

11  would use the 105 millimeter cannon round is listed in

12  here as CT VI.  And there's no page number, but it

13  would be VI.

14       Q     In order to calculate the total number of

15  rounds, how would you do that?

16       A     You would go through and add all of those under

17  those specific titles as it lists it.  Like the first

18  one would be the second task, A2 one round of high

19  explosive plastic training practice tracer, HEP-TP.  So

20  there's one.

21             To capture those, you would go through the

22  remaining tables that are in here or just the -- not

23  the CALFEX but the Tables VI, VII, and VIII.  The

24  advance gunnery collective tables would not be fired.

25       Q     Where would the advance gunnery tables be

1  fired?

2     A     They would have to be fired at the National

3  Training Center.  It requires a much larger range, and

4  in fact, they're not reflected in this briefing.

5     Q     What does the acronym CT refer to?

6     A     I do not know, although I do know they're

7  commonly called tables, Table VI, Table VII, Table

8  VIII.  So while I can't say what the C is, I know that

9  the T is table.

10     Q     We'll go with table.

11     A     I'll look through here and see if I can find

12  the acronym.

13     Q     No.  That's okay.

14     A     But they are normally listed as Table VI, VII,

15  and VIII.

16     Q     I'll go on the acronym finder.

17          Now, with respect to the number of rounds

18  listed in Tables VI, VII, and VIII, does that reflect

19  the total number of rounds fired by a single Stryker

20  that is in the mobile gun system configuration?

21     A     That is correct.

22     Q     Would you then have to multiply the number of

23  rounds by the number of assigned Strykers in the MGS

24  configuration that are assigned to the 2nd Brigade?

25     A     Correct.

1   Q       Do you know off the top of your head the
2   number?
3   A       There's 39 that are assigned, if I'm not
4   mistaken, and I don't know if any of those are taken
5   off and put into what they call the maintenance -- for
6   lack of a better term, a maintenance pool.  I would
7   have to go back and check, and Colonel Banach would
8   know exactly how many he was supposed to get.
9   Q       I'm showing you a document that was included in
10  the Army's disclosure, Annex B Stryker Vehicle
11  Disposition.  Does that help refresh your recollection?
12  A       Yes, it does.
13  Q       Therefore, how many Strykers in the MGS
14  configuration would need to be trained?
15  A       Twenty-seven would need to do the gunnery
16  table.  Twenty-seven crews and vehicles would need to
17  do the gunnery table.
18  Q       So if one were to multiply the number of rounds
19  listed in Tables VI, VII, and VIII by 27, would that
20  give you the total number of rounds?
21  A       Yes, that would give you the total numbers we
22  would need to fire.
23  Q       Does that assume that the crews were fully
24  successful the first time around?
25  A       That is an assumption.

```
 1    Q      If they were not fully successful, they would
 2  need additional rounds, I assume?
 3    A      If they were not fully successful, they would
 4  need additional rounds for that task that they failed.
 5    Q      If you could please reference Table V, task
 6  A2S, do you see that one?
 7    A      Yes.
 8    Q      There's reference to one round SLAP, all caps,
 9  hyphen T.  Do you see that?
10    A      Yes, I do.
11    Q      To what does that refer?
12    A      I don't know the specific acronym, but I do
13  know what that is.  It's a short-range training
14  ammunition with a tracer.  So it's a substitute weapon
15  system.
16    Q      Substitute for what?
17    A      If I'm not mistaken, it's a substitute for the
18  large caliber weapon system.  In other words, it's a
19  bore device that could be used for the subcaliber
20  system.
21    Q      If I understand correctly, this would be firing
22  out of the 105 millimeter gun but with a smaller
23  caliber --
24    A      I don't know that it fires through the bore,
25  but it may be attached to the barrel or something to
```

```
1   Exhibit No. 19, please.
2                (Deposition Exhibit 19 was marked.)
3      Q     What is Exhibit 19, please?
4      A     Exhibit 19 is a Record of Environmental
5   Consideration for the Development of Range 11T as a
6   Potential Mobile Gun System Range.
7      Q     I'd like to direct your attention to a couple
8   of maps.  There are no page numbers, so with your
9   leave, I will just open it up to the appropriate page.
10  The page on the left refers to "Tank Table VII
11  Engagements."  Do you see that?
12     A     I can see that.
13     Q     Can you interpret what is reflected on this
14  page?
15     A     This would be Tank Table VII Engagements.  From
16  the previous document, you could see where the tasks
17  change.  This is the task where they would fire the
18  M1040 105 millimeter canister round from a specific
19  firing point on the range and the specific target.
20  That's showing the SDZ in the upper right-hand corner.
21     Q     Could you outline in green the SDZ, please.
22                (Witness complies.)
23     Q     Do you know why the SDZ is bifurcated?
24     A     It is showing a single firing point with a
25  single line.  So this is reflecting a single engagement
```

1    of one vehicle firing from one point at a target.  If

2    you remember the earlier discussion on gun target line,

3    the line through the middle is showing that single gun

4    target line.

5    Q    When you're dealing with a weapon like the 105

6    millimeter canister, is there a ricochet or deflection?

7    A    No, there is not.

8    Q    Is there any way, to your knowledge, of

9    calculating the relative probability of a round falling

10   in different areas of the SDZ?

11   A    No, I do not because it's -- basically, the

12   canister round is a shotgun effecting round.  So I do

13   believe [sic] there would be any calculations done for

14   any probability in that.

15   Q    When you say a shotgun round --

16   A    Correct.

17   Q    -- could you please describe what you mean.

18   A    A canister like in a canister for an artillery

19   round is that instead of shooting a single projectile

20   with a high explosive warhead, it shoots a canister or

21   collection of projectiles, and of course, it breaks

22   apart as it leaves the barrel.  And those projectiles,

23   which have no explosive weight but have inertia, would

24   go down the range.

25        It also shows why it's very limited because

1    like a shotgun versus a rifle, the range is limited.

2        Q    So with this type of a weapon, would one expect

3    that the scattered smaller projectiles would spread in

4    the surface danger zone area?

5        A    Correct.

6        Q    If you could look to the next page which

7    describes Tank Table VIII Engagements, could you

8    interpret what is located there.

9        A    Yes, I can.  It's similar to the previous one.

10   It's the next level of engagement with the same weapon.

11   So it's depicting a vehicle just turning, now firing at

12   a different target, given that it may be a different

13   target array or a different target depiction, testing

14   the next higher level skill.

15       Q    If you could outline in pink the SDZ for that

16   task.

17       A    (Witness complies.)

18       Q    Am I correct in understanding that similar to

19   the preceding task, that because we're firing a

20   canister round, one would expect dispersion of the

21   projectiles in the SDZ area?

22       A    That is correct.

23       Q    Mr. Borne, did you assist in the Army's

24   preparation of the response to Interrogatory No. 13

25   which asked for the identification of all military

1    addition to the one that's already in Germany, we

2    looked at the locations that are listed.

3        Q    Did you consider temporary restationing at Fort

4    Hood?

5        A    Our group, the general discussion that our

6    group had was the answer -- it was one of those

7    criteria of all the ones we went through, but because

8    it lacked those set of initial criterias, it was not

9    further investigated.

10       Q    Which initial criteria did it lack?

11       A    It lacked the environmental impact statement

12   for a Stryker Brigade or environmental documentation

13   for a Stryker Brigade.

14       Q    What type of units are stationed at Fort Hood?

15       A    Armor units.

16       Q    What was the basis of your determination that

17   you would need to do additional environmental review to

18   station a Stryker Brigade at an installation that is

19   home to armor units?

20       A    Additional requirements for that vehicle, a

21   new -- introduction of a new vehicle.  And then the

22   second part of it is, too, the introduction of the

23   additional 4,000 soldiers to Fort Hood or any other

24   location.

25       Q    Are you aware whether there are units that have

1    been deployed from Fort Hood to either Iraq or

2    Afghanistan?

3           MR. LEWIS:  Objection.  Relevance.

4           THE WITNESS:  I do know that units from Fort

5    Hood are in the rotation cycle for deployment to both

6    Afghanistan and Iraq.

7    BY MR. HENKIN:

8    Q      Do you know whether there might be room at Fort

9    Hood to station temporarily the 2nd Brigade to undergo

10   training?

11   A      No, I do not.

12   Q      Was there a legal determination made by the

13   Army that there would be a requirement for additional

14   environmental study before the 2nd Brigade could

15   undergo Stryker conversion training at a facility that

16   is home to armored units?

17   A      I do not know if a legal determination was, but

18   a screening criteria determination was.  So I do not

19   know if attorneys were involved in that discussion.

20   Q      Did you consider restationing the 2nd Brigade

21   at Fort Bliss?

22   A      Fort Bliss was one of the initial discussions

23   again.

24   Q      And why was it eliminated?

25   A      Again, the same two, although we were not sure

1    two of the facilities available for a Stryker Brigade's

2    gunnery, it was the same criteria of did they have an

3    existing environmental documentation for a Stryker

4    Brigade and could they withstand the expanse of 4,000

5    additional folks going there for stationing or

6    training.

7        Q    Did you make any inquiries as to whether or not

8    they have the available facilities?

9        A    A data base inquiry is about all we looked at.

10       Q    What was the result of that inquiry?

11       A    Data base inquiry was that they had some of the

12   large complex, but they didn't have some of the -- they

13   didn't have a Battle Area Complex collective range.

14   The rest they did have in existence.

15       Q    Does Hawai'i currently have a Battle Area

16   Complex type range?

17       A    No, it does not.

18       Q    So in what respect do the resources available

19   at Fort Bliss differ from the resources currently

20   available at Hawai'i?

21       A    There are none.

22       Q    Did you do any inquiry with respect to whether

23   Fort Bliss could accommodate additional soldiers from

24   the 2nd Brigade?

25       A    No, we did not.

1    Q    Did you consider Fort Carson?

2    A    Fort Carson was only in the initial discussion

3    but not carried any further.

4    Q    To back up, am I correct in understanding that

5    Fort Bliss is home to armored units?

6    A    Fort Bliss now will be home to armor units.  It

7    was not previously.

8    Q    Did they do environmental review prior to

9    making the decision to make them home to armored units?

10    A    I am not -- I am not sure they did.  I'm not

11    aware of it.

12    Q    Do you know when they're planning on becoming

13    home to armored units?

14    A    No, I do not.

15    Q    With respect to Fort Carson, am I correct in

16    understanding that Fort Carson is home to armored

17    units?

18    A    Fort Carson has been habitually associated with

19    armor units.  I cannot say what unit is there in its

20    current configuration after transformation.

21    Q    What were the reasons for eliminating Fort

22    Carson from consideration?

23    A    Again, lack of environmental documentation that

24    would allow us to come, bring a Stryker Brigade to Fort

25    Carson.

1   Q     Do you have adequate environmental

2   documentation for carrying out training in Hawai'i?

3   A     At this point we do not.

4   Q     Were there any other reasons for excluding Fort

5   Carson from your consideration?

6   A     Not that I recall.

7   Q     Does it have adequate training facilities?

8   A     It's does have the range capability for

9   training ranges.  I do not know if it has the other

10  facilities.

11  Q     What do you mean by other facilities?

12  A     Maintenance support facilities and the digital

13  capability.

14  Q     Did you make any inquiries to determine whether

15  they had those facilities?

16  A     No, we did not.

17  Q     Did you make any inquiries with respect to --

18  let me back up.

19        Am I correct in understanding that there are

20  armored units stationed in Korea?

21  A     Unit that's in Korea is part of the 2nd

22  Infantry Division, but it does have armor capabilities.

23  Q     Did you make any inquiries regarding the

24  ability to restation the 2nd Brigade temporarily to

25  Korea?

1    A      No, we did not.

2    Q      Why not?

3    A      A third capacity in that is the negotiations

4  that would have to be done with a foreign government

5  and stationing additional or changing forces overseas,

6  which was also considered for Germany.

7    Q      Did you consider restationing temporarily the

8  2nd Brigade to carry out training at Fort Riley?

9    A      Like Fort Carson, it was an initial

10  consideration to review, but it was discarded early.

11    Q      What were the reasons?

12    A      Again, lack of environmental documentation.

13    Q      Does Fort Riley have the training facilities

14  necessary for training a Stryker Brigade?

15    A      Again, it was not fully researched, so I can't

16  answer that.

17    Q      Did you consider Fort Stewart?

18    A      Not that I recall.

19    Q      Am I correct in understanding that Fort Riley

20  is home to armored units?

21    A      Fort Riley has historically been home to armor

22  units, that is correct.

23    Q      What about Fort Stewart?

24    A      Fort Stewart has been historically home to

25  armor units.

1    Q     What were the reasons for your decision not

2    to -- the Army's decision not to consider Fort Stewart

3    further?

4    A     Again, proximity to desired strategic locations

5    and lack of environmental documentation.

6    Q     Were there any other facilities or

7    installations that were considered for restationing the

8    2nd Brigade that we haven't discussed?

9    A     Not that I'm aware of.

10   Q     With respect to Fort Lewis in Washington, do

11   you have knowledge regarding how many Stryker Brigades

12   can be trained at that facility?

13   A     I'm sorry.  At which facility?

14   Q     Fort Lewis in Washington.

15   A     Can be trained?  How many brigades can be

16   trained at Fort Lewis, Washington?

17   Q     Yes.

18   A     One Stryker Brigade can be trained at a time at

19   Fort Lewis, Washington, to meet its initial operating

20   capacity.  Once they've met, then the number can

21   increase for sustainment.

22   Q     What is the basis of that opinion?

23   A     Based on what I have seen and what I've been

24   told about the operational NET training capabilities,

25   classrooms, and their ability to get to the facilities

```
 1   refers to the Interim Brigade Combat Team rather
 2   than --
 3      A     That is correct, rather than Infantry Brigade
 4   Combat Team.
 5      Q     Now, with respect to, if this is useful --
 6   again, the Army provided it, not me -- is this useful
 7   for indicating approximately where in the process of
 8   transformation the 2nd Brigade Combat Team currently
 9   is?
10      A     Generally, not given the number of months but
11   given the tasks that are aligned against the number of
12   months, you could show where 2nd Brigade would be,
13   although I believe this to be early on SBCT 1.  So they
14   had a different training model.  There's things that
15   are in here that would not be in here for 2nd Brigade
16   and vice versa.
17      Q     I'm going to hand you another document and see
18   if it's more useful.  Do you recognize this document?
19      A     I recognize the document.
20            MR. HENKIN:  Can we please have that labeled as
21   Exhibit No. 21.
22            (Deposition Exhibit 21 was marked.)
23      Q     Could you please describe what we've had
24   labeled as Exhibit 21.
25      A     It appears to be the 5th of the 2nd Infantry's
```

1  Long Range Transformation Plan, November of 2006.

2      Q      Is that what is intended to become the Stryker

3  Brigade No. 7?

4      A      Fifth Brigade of the 2nd.  I believe that's to

5  be Stryker Brigade No. 7.

6      Q      As you look at this transformation plan, is

7  this helpful in defining approximately where along the

8  transformation flow path the 2nd Brigade of the 25th

9  Infantry is currently?

10     A      Yes.  You'll have to allow me to get my reading

11  glasses out of here since it's very small print.

12     Q      I appreciate that.  This is the form in which

13  `it was provided to me.

14     A      Yes, this would be of assistance.

15     Q      If you could indicate approximately where along

16  this flow path the 2nd Brigade is currently.

17     A      Doesn't seem to be a 100 percent match, but we

18  are in the Stryker fielding window, which appears on

19  the second line.  The exercisers are not the same, but

20  we seem to be at least midway through this time line on

21  the second grouping under the dates.  Roughly looks

22  like March-April time frame of '08.

23     Q      Could you please circle with a black pen around

24  the set of tasks where the 2nd Brigade is currently,

25  approximately.

1    A    And there's a lot of aligning factors that

2    enter in here, so I'm going to make the circle over a

3    broad band.  Colonel Banach may know exactly where he

4    may feel he falls inside that band.

5    Q    If you could just mark a line there and put

6    what would be a good descriptor.  "Approximate status?"

7    A    "Approximate status window."

8    Q    Of 2/25?  Is that the right nomenclature for

9    the 2nd Brigade, 25th Infantry?

10    A    Yes.

11    Q    When is the 7th Stryker Brigade expected to

12    begin doing any training to become a Stryker Brigade?

13    A    On this time line, because there's cadre

14    arrival and discussions of some minor training, it

15    looks like it's in October of '06 where they start

16    doing some preparation.

17    Q    I'm sorry.  What year?

18    A    2006.

19    Q    Could you point with your finger where you're

20    referencing.

21    A    And it's talking about Adam cell preparation.

22    So there may be some leader training that's in there.

23         But you can see the initial date that they have

24    for the first pilot across-the-board training is where

25    they do unit senior leader overview, which is midway

1    Q    Do you know what that amount would be?

2    A    No, I do not.

3    Q    You indicate there had not been enough research

4 to know if it would be possible to accomplish the

5 training with the resources available.  Could you

6 please explain that statement.

7    A    The resources available would be classrooms, as

8 first was indicated by the digital university.  The

9 next one is time on ranges, specific to those ranges

10 that are inherent to a Stryker Brigade.

11    But in addition to that, because there's many

12 units at Fort Lewis, also would be the individual

13 ranges that they would need to train on because they

14 didn't have all that individual training done when they

15 left Schofield Barracks.

16    A training area for maneuver of the Stryker

17 vehicle, there could be some conflict because those are

18 usually longer exercises.  And any deployment assets

19 that would be required to move them between those

20 locations.

21    Q    Referring back to Exhibit No. 21, in what month

22 would Stryker Brigade 7 begin conducting any

23 Stryker-specific training?

24    A    Do the pre-Stryker training up through

25 September, so it appears to be October of '07.  When

1    they start getting into specifics to include the

2    Stryker fielding window starts in October of 2007.

3    Q    In October of 2007, the 2nd Brigade will be at

4    the National Training Center; is that correct?

5    A    That is correct.

6    Q    And sometime thereafter, transiting to

7    deployment outside the United States, correct?

8    A    I do know that they have a deployment after

9    that, but the brigade would return to Schofield

10   Barracks.  The vehicles may move to a deployment.

11   Q    The Stryker vehicles may not return to Fort

12   Lewis --

13   A    That is correct, return to Schofield.

14   Q    I'm just going to -- if I could finish the

15   question.

16        If they were stationed at Fort Lewis, the

17   Stryker vehicles might not return to Fort Lewis

18   following their deployment to the National Training

19   Center; is that correct?

20   A    That is correct.

21   Q    And thus, they would not do any more

22   Stryker-specific training following their deployment to

23   the National Training Center?

24   A    For the 7th Stryker Brigade, that is true.

25   Q    I'm referring to the 25th Infantry, 2nd --

200

1      A      I'm sorry.  The 25th, you are correct.

2      Q      So am I correct in understanding the bottom

3   line is that there has not yet been a determination

4   that there would be inadequate facilities at Fort Lewis

5   for restationing the 2nd Brigade?

6      A      There's not been a complete analysis on if the

7   facilities would be available to support 2nd Brigade at

8   Fort Lewis.

9      Q      Is there any effort underway to do that

10  analysis?

11     A      The efforts of analysis are also bound by the

12  monetary requirement and the environmental requirement.

13     Q      Is there any effort underway to do the analysis

14  as to whether there are adequate facilities at Fort

15  Lewis to train the 2nd Brigade?

16     A      Only in the cursory question that's related to

17  the beginning of the supplemental environmental

18  assessment also.  Yes, there has been questions asked,

19  and the beginning of requirements outlined has been

20  described to start the documentation.

21     Q      When does the Army expect to complete its

22  analysis of whether it could temporarily restation the

23  2nd Brigade to Fort Lewis while it is doing the

24  supplemental environmental analysis?

25     A      I don't --

```
 1            MR. LEWIS:  Objection.  I think it
 2    mischaracterizes his answers.
 3    BY MR. HENKIN:
 4       Q     Is the Army intending to do any further
 5    analysis as to whether or not it could temporarily
 6    restation the 2nd Brigade to Fort Lewis while it
 7    complies with the Ninth Circuit's order?
 8       A     I believe it is not until it hears the ruling
 9    from the court on this request.
10       Q     You're referring to the ruling from the
11    district court?
12       A     District court, that is correct.
13            MR. HENKIN:  Off the record.
14                 (Recess taken, 5:15 to 5:19 p.m.)
15            MR. HENKIN:  Back on the record.
16       Q     Mr. Borne, I'm going to hand you a copy of your
17    declaration that was submitted by the Army in May of
18    2005, at the time that we saw it, an injunction pending
19    appeal.  If you want to take a look at that document
20    and see if you recognize it.
21            I'd like to direct your attention to page 8 of
22    your declaration, paragraph 9.  Could you please read
23    the second sentence in paragraph 9.
24       A     DeLaying or disrupting the conversion of 2nd
25    Brigade to SBCT 5 will significantly impact the
```

```
1   STATE OF HAWAI'I                )
                                     ) SS.
2   CITY AND COUNTY OF HONOLULU      )

3
            I, CARI VALLO, CSR No. 252, a Notary Public in
4   and for the State of Hawai'i, do hereby certify:

5
            That on Monday, December 4, 2006, at 9:36 a.m.,
6   appeared before me RONALD L. BORNE, the witness whose
    testimony is contained herein; that prior to being
7   examined, the witness was duly sworn or affirmed; that
    the proceedings were taken in computerized machine
8   shorthand by me and were thereafter reduced to print
    under my supervision; that the foregoing represents, to
9   the best of my ability, a correct transcript of the
    proceedings had in the foregoing matter;

10
            That, if applicable, the witness was notified
11  through counsel, by mail, or by telephone to appear and
    sign; that if the transcript is not signed, either the
12  reading and signing were waived by the witness and all
    parties or the witness has failed to appear and the
13  original is therefore kept on file without signature
    pursuant to Court rules;

14

15          That pursuant to HRCP 30(f)(1), the original
    will be forwarded to noticing counsel for retention,
16  unless otherwise agreed to by all counsel.

17
            I further certify that I am not counsel for any
18  of the parties hereto nor in any way interested in the
    outcome of the cause named in the caption.

19

20          Dated this 8th day of December, 2006, in
    Honolulu, Hawai'i.

21

22          _____
23          Notary Public, State of Hawai'i
            My Commission expires:  November 6, 2008
24          CARI VALLO, CSR No. 252, RPR

25
```

East Range Stryker Off-Road Go and No-Go Areas

FOR STRYKER DRIVER'S TRAINING

**Legend**
- green course
- blue course
- red course
- ☐ TA boundaries
- ○ require seibert stake

**Manuever Areas**
<all other values>

**STATUS**
- go
- no go

1:20,000

750    375    0    750 Meters

EXHIBIT
2

PENGAD 800-631-6989



Source: CEMML 2002, Tetra Tech 2002, USGS 1992, 1998, and 1999

Kahuku Training Area is bounded on the north by private agricultural lands south of the Kamehameha Highway, by the KLOA on the south, and by private and public lands on the remaining perimeter.

**Legend**

| | |
|---|---|
| ▬▬▬ | Kahuku Training Area Boundary |
| ▬▬▬ | Kawailoa Training Area Boundary |
| ▬▬▬ | State Land Use District Boundary |
| 🟪 | Stryker maneuver area |
| 🟧 | Strykers restricted to roads (no off road maneuvers) |
| ▬▬▬ | Drum Road |
| 🟦 | Water |

*Kahuku Training Area*

O'ahu, Hawai'i

**Figure 2-5**

2-10



EXHIBIT

3-A

R. Borne



EXHIBIT

3-B

R. Borne
12/4/06  CV



40mm M918 Target Practice Cartridge



EXHIBIT

10

R. Borne
12/4/06  cv

PENGAD 800-631-6989

12/3/2006

## 40mm M385A1 Practice Cartridge





