

# IET Soldier's Handbook

**TRADOC PAMPHLET 600-4**
**September 2006**

- Loyalty
- Duty
- Respect
- Selfless-Service
- Honor
- Integrity
- Personal Courage

**HEADQUARTERS**
**DEPARTMENT OF THE ARMY**
United States Army Training and Doctrine Command
Fort Monroe, Virginia 23651-5000

EXHIBIT 73

| | |
|---|---|
| **Department of the Army** | ***TRADOC Pam 600-4** |
| **Headquarters, United States Army** | |
| **Training and Doctrine Command** | |
| **Fort Monroe, Virginia 23651-5000** | |

1 September 2006

PERSONNEL—GENERAL

## INITIAL ENTRY TRAINING SOLDIER'S HANDBOOK

FOR THE COMMANDER:

Official:

THOMAS F. METZ
Lieutenant General, U.S. Army
Deputy Commanding General/
Chief of Staff

*[signature: Randall L. Mackey]*

RANDALL L. MACKEY
Colonel, GS
Chief Information Officer

**Summary.** This pamphlet updates information that is intended for the professional development of all initial entry soldiers.

**Applicability.** This pamphlet is intended as a pocket reference for all initial entry soldiers and Reserve Officer Training Corps Cadets.

**Suggested improvements.** The lead responsibility for this pamphlet is the Deputy Chief of Staff for Operations and Training (DCSOPS&T). Send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) through channels to Commander, TRADOC (ATTG-II), 5 Fenwick Road, Fort Monroe, VA 23651-1067.

**Availability.** This publication is available electronically via the TRADOC Homepage at www.tradoc.army.mil.

i

M16 rifles, M249 squad automatic weapon, M72A1 rocket launcher, and M203 grenade launcher. Table 6-1 shows which weapons systems upon which this night vision sight can be mounted.

| INTEGRATION MATRIX - INDIVIDUAL WEAPONS | | | | | | INTEGRATION MATRIX - CREW SERVED WEAPONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Accessory | M16A2 | M16/ M203 | M4A1 | M4/ M203 | M24 | Accessory | M249 | M240 | M2 | MK19 |
| AN/PAQ-4B/C | ✓ | ✓ | ✓ | ✓ | | AN/PAQ-4B/C | ✓ | ✓ | | |
| AN/PAS-13, TWS | ✓ | | | | | AN/PAS-13, TWS | ✓ | ✓ | ✓ | ✓ |
| AN/PEQ 2A | ✓ | | | | | AN/PEQ 2A | ✓ | ✓ | ✓ | ✓ |
| AN/PVS-4(A) | ✓ | ✓ | ✓ | ✓ | | AN/PVS-4(A) | ✓ | ✓ | | |
| AN/PVS-10, SNS | | | | | ✓ | AN/PVS-10, SNS | | | | |
| AN/PVS-14 | | | | | | AN/PVS-14 | | | | |
| AN/TVS-5 | ✓ | | | | | AN/TVS-5 | | | ✓ | ✓ |
| M68 CCO | ✓ | | ✓ | | | M68 CCO | | | | |
| M145 MGO | | | | | | M145 MGO | ✓ | ✓ | | |
| BIS | | | ✓ | ✓ | | BIS | | | | |
| MILES | ✓ | ✓ | ✓ | ✓ | ✓ | MILES | ✓ | ✓ | ✓ | |
| AN/PSX-1 | ✓ | ✓ | ✓ | ✓ | | AN/PSX-1 | ✓ | ✓ | ✓ | ✓ |

Notes. When mounting the AN/PAQ-4B/C to the M203 the grenadier must first have the Quadrant Sight Removed.

CCO - Close Combat Optic
MGO - Machine Gun Optic
BIS - Back-up Iron Sight

1. Final configuration for the M240B will be with the AN/PEQ-2A. The AN/PAQ-4B/C may be used if the AN/PEQ-2A is unavailable.
2. The MGO will used on the M249 only when it is employed in the light machine gun role
3. The AN/PSX-1 will replace the AN/PAQ-4B/C once fielded.

**Table 6-1. Accessory weapon system matrix.**

## TECHNICAL DATA

Table 6-2 contains the general characteristics of each weapon system. Table 6-3 shows the characteristics of the various optical accessories.

| CHARACTERISTIC | M16A1 | M16A2/A3 | M16A4 | M4 |
|---|---|---|---|---|
| **WEIGHT (pounds):** | | | | |
| Without magazine and sling | 6.35 | 7.78 | 9.06 | 6.49 |
| With sling and loaded | | | | |
| 20-round magazine | 6.75 | 8.48 | 9.78 | 7.19 |
| 30-round magazine | 7.00 | 8.79 | 10.09 | 7.50 |
| Bayonet knife, M9 | 1.50 | 1.50 | 1.50 | 1.50 |
| Scabbard | 0.30 | 0.30 | 0.30 | 0.30 |
| Sling M1 | 0.40 | 0.40 | 0.40 | 0.40 |
| **LENGTH (inches):** | | | | |
| Rifle w/bayonet knife | 44.25 | 44.88 | 44.88 | N/A |
| Overall rifle length | 39.00 | 39.63 | 39.63 | N/A |
| Buttstock closed | N/A | N/A | N/A | 29.75 |
| Buttstock open | N/A | N/A | N/A | 33.0 |
| **OPERATIONAL CHARACTERISTICS:** | | | | |
| Barrel rifling right hand 1 twist (inches) | 12 | 7 | 7 | 7 |
| Muzzle velocity (feet per second) | 1,250 | 3,100 | 3,100 | 2,970 |
| Cyclic rate of fire (rounds per minute) | 700-800 | 700-800 | 800 | 700-800 |
| **MAXIMUM EFFECTIVE RATE OF FIRE:** | | | | |
| Semiautomatic (rounds per minute) | 45-65 | 45 | 45 | 45 |
| Burst (3-round bursts) (rounds per minute) | N/A | 90 | 90 | 90 |
| Automatic (rounds per minute) | 150-200 | 150-200 A3 | N/A | N/A |
| Sustained (rounds per minute) | 12-15 | 12-15 | 12-15 | 12-15 |
| **RANGE (meters):** | | | | |
| Maximum range | 2,653 | 3,600 | 3,600 | 3,600 |
| Maximum effective range | | | | |
| Point target | 360 | 550 | 550 | 500 |
| Area target | N/A | 800 | 600 | 600 |

**Table 6-2. Characteristics of the M16-/M4-series weapons.**

| CHARACTERISTICS | ACCESSORY | | | | |
|---|---|---|---|---|---|
| | CCO | PAQ-4C | PEQ-2A | MTWS | HTWS |
| WEIGHT | 6.2 oz | 5.75 oz | 7.5 oz | 4 lbs | 4.5 lbs |
| LENGTH | 4.3 in | 5.8 in | 6.4 in | 16.5 in | 18 in |
| HEIGHT | 2.5 in | 1.2 in | 1.2 in | 6.25 in | 6.25 in |
| RANGE | 300m | *600m | *600m | *1,600m | *2,200m |
| MOUNTING DEVICE: | | | | | |
| M16A1/A2/A3 | M16 mount | Bracket Assy | Bracket Assy | M16 mount | M16 mount |
| M4 carbine | **Upper receiver | Bracket Assy | Bracket Assy | Upper receiver | Upper receiver |
| M16A4 and M4 MWS | **Upper receiver | ***Rail grabber | ***Rail grabber | Upper receiver | Upper receiver |
| WINDAGE | | | | Wide / Narrow | Wide / Narrow |
| (1 increment clockwise) | | | | | |
| Top side mounted | Left 4 mm | Left 1 cm | Right 1 cm | 1 1/4 cm / 3/4 cm | 3/4 cm / 3/4 cm |
| Left side mounted | N/A | Left 1 cm | Left 1 cm | N/A | N/A |
| ELEVATION | | | | | |
| (1 increment clockwise) | | | | | |
| Top side mounted | Down 4 mm | Up 1 cm | Up 1 cm | 1 1/4 cm / 3/4 cm | 3/4 cm / 3/4 cm |
| Left side mounted | N/A | Down 1 cm | Up 1 cm | N/A | N/A |

\* Actual range is dependent upon ambient light, NVGs, and background contrast.
\*\* With half-moon spacer installed.
\*\*\* Picatinny or Insight rail grabbers may be used.

**Table 6-3. Characteristics of various accessories for the M16-/M4-series weapons.**

## AMMUNITION

Use only approved ammunition (Figure 6-7). Do not fire seriously corroded ammunition, dented cartridges, cartridges with loose bullets, cartridges exposed to extreme heat (135°) until they have cooled, or cartridges with the bullet pushed in (short rounds). Turn all found ammunition to the Range NCO. Use only authorized ammunition. Keep ammunition dry and clean.



**Figure 6-7. Approved ammunition.**

6-13

## TECHNICAL DATA

Table 6-7 contains M9 pistol technical data.

| M9 Pistol Technical Data | |
|---|---|
| Caliber | 9 x 19 mm (9 mm NATO) |
| System of Operation | Short recoil, semiautomatic |
| Locking System | Oscillating block |
| Length | 217 mm (8.54 inches) |
| Width | 38 mm (1.50 inches) |
| Height | 140 mm (5.51 inches) |
| Weight (w/empty mag) | 960 gr (33.86 ounces) |
| Weight (w/15 rd mag) | 1145 gr (40.89 ozs) |
| Barrel Length | 125 mm (4.92 inches) |
| Rifling | R.H., 6 groove (pitch 250 mm [about 10 in]) |
| Muzzle Velocity | 375 meters/sec (1230.3 ft/sec) |
| Muzzle Energy | 569.5 newton m (420 ft.lbs) |
| Maximum Effective Range | 50 meters (54.7 yards) |
| Maximum Range | 1800 meters (1969.2 yards) |
| Front Sight | Blade integral with slide |
| Rear Sight | Notched bar Dovetailed to slide |
| Sighting line | 158mm (6.22 inches) |
| Hammer (half cock) | Helps prevent accidental discharge |
| Magazine Staggered | 15 round capacity Slide held open upon firing of last cartridge |
| Grips | Plastic, checkered |

Table 6-7. M9 Pistol technical data.

## SAFETY FEATURES

The M9 manual decocking/ safety lever located on the slide that separates the firing pin from the hammer ([1] Figure 6-17]) lowers the hammer when cocked. It also interrupts the connection between trigger and sear. The firing pin block ([2] Figure 6-17]) prevents any motion of the firing pin. It can be overcome only by pulling on the trigger.

6-30

## AMMUNITION

NATO qualified 9-mm ammunition, any U.S. produced M882 ball or other service authorized ammunition can be used. Figure 6-18 shows some types that are acceptable.



Figure 6-18. M9 Pistol authorized ammunition.

## HAND GRENADES

### DESCRIPTION

The hand grenade is a handheld, hand-armed, and hand-thrown weapon. U.S. forces use colored smoke, white smoke, riot-control, special purpose, offensive, and practice hand grenades. Each grenade has a different capability that provides the Soldier with a variety of options to successfully complete any given mission.

Hand grenades give the Soldier the ability to kill enemy Soldiers and destroy enemy equipment. Historically, the most important hand grenade has been the fragmentation grenade, which is the Soldier's personal indirect weapon system. Offensive grenades are much less lethal than fragmentation grenades on an enemy in the open, but they are very effective against an enemy within a confined space.

Smoke and special purpose grenades can be used to signal (ground-to-ground or ground-to-air signaling devices, or as landing zone marking devices), to screen (as screening devices for unit movements), to control crowds or riots, to start fires, or to destroy equipment. The hand grenade is thrown by hand. Therefore, the range is short and the casualty radius is small. The 4 to 5-second delay on the fuze allows the Soldier to safely employ the grenade.

| MK 19 Technical Data | |
|---|---|
| Weight With Feed Throat | 143.0 pounds |
| **Mounts, M3 Tripod** | |
| M4 Pedestal | |
| M66 Ring HMMWV Weapon Platform | |
| M113 APC Commander's Cupola | |
| **Ammunition** | |
| M430 (HEDP) | |
| M383 (HE) | |
| M918 (TP) | |
| M922 (dummy) | |
| **Operational Characteristics** | |
| Maximum Range | 2,212 meters |
| Maximum Effective Range | 1,500 m (point target) |
| Maximum Effective Range | 2,212 meters (area target) |
| **Rates of Fire** | |
| Sustained | 40 rpm |
| Rapid | 60 rpm |
| Cyclic | 325 to 375 rpm |
| Ammunition | M430 HEDP (2 inch armor, 15 meter casualty radius); M383 HE (15 meter casualty radius) |
| Service Frequency | 50,000 rounds |
| Elevation | Tripod controlled: 100 mils |
| Depression | Tripod controlled: 258 mils |
| Traverse | Tripod controlled: 800 mils (400 left plus 400 right) |
| Muzzle Velocity (average) | 798 feet per second |
| Recoil Forces (average) | 500 pounds |
| Angle of Automatic Fire | 0 to 70 degrees elevation (automatic fire), based on mounting arrangements |
| **Weights** | |
| Rounds | 62 pounds (48 rounds in M548 metal container) |
| Planned Operating Load | 400 pounds (32 rounds in PA120 metal container) - prescribed by local cdr |

Table 6-19. MK 19 Technical data (continued).

**AMMUNITION**

The MK 19 uses 40-mm cartridges (Figure 6-42) as described below.

**High-Explosive, Dual-Purpose M430 Cartridge**: The high-explosive, dual-purpose (HEDP) M430 cartridge is the standard round for the MK 19 (Department of Defense Identification Code [DODIC] B542). They are linked with M16A2 links. The HEDP round, the top-curved portion of the projectile, is olive drab with a yellow ogive and yellow markings. It is packed in M548 (48 rounds) or PA120 (32 rounds) ammunition containers. The HEDP, an impact-type round, can penetrate 2 inches of steel armor at 0-degree obliquity and inflict personnel casualties out to 15 meters from impact. It arms within 18 to 30 meters of the gun muzzle and has a point-initiating, base-detonating (PIBD) fuze.



**Figure 6-42. MK 19 Cartridges, 40 mm.**

**High-Explosive M383 Cartridge**: The high-explosive (HE) M383 cartridge round is olive drab with a yellow ogive and yellow markings. It is packed in a metal ammunition container (48 rounds, linked, in each container). The HE round has a wound radius of 15 meters. It lacks the armor-penetrating ability of the HEDP

6-65

M430 round. The HE arms between 18 to 36 meters of the gun muzzle fuze.

**M922 Dummy Cartridges**: Each MK 19 is issued with one 10-round of inert dummy rounds belt (DODIC B472). M16A2 links join the dummy rounds into a 10-round belt packed in an M2A1 metal box. Trainers use dummy rounds to check weapon function and to train crews.

**M918 Cartridge**: The M918 is a training practice cartridge that has the same muzzle velocity of 790 feet per second (fps), signature, and sound as the HE round (DODIC B584).

**6-66**