

# Cost Reducing Material For 40mm Practice Cartridges





Christopher Summa

U.S. ARMY/ARDEC

40mm Grenades Special Projects

973-724-4666

christopher.summa@pica.army.mil

30 March 2006



EXHIBIT 74



# Cost-Reducing Material Substitution




- Conception of M385A1 One-Piece Projectile:
  - Desire for integral rotating band
    - Aluminum projectile with integral band
      - Hard anodized aluminum rotating band may erode bore
    - Thermoplastic projectile with integral band
      - Commercial thermoplastic specific gravity too low to match to current projectile weight (245g)
      - Cannot obtain ballistic match




5 of 17