TM 43-0001-27

## TECHNICAL MANUAL

## ARMY AMMUNITION DATA SHEETS
## SMALL CALIBER AMMUNITION
## FSC 1305

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution is unlimited.

## HEADQUARTERS, DEPARTMENT OF THE ARMY

### APRIL 1994



EXHIBIT 75

TM 43-0001-27

### CARTRIDGE, 5.56MM, BALL, M193





U
AR 5945

**Type Classification:**

STD - AMCTC 5143.

**Use:**

Rifles, 5.56mm, M16 and M16A1. The cartridge is intended for use against personnel and unarmored targets.

**Description:**

BALL Cartridge. The cartridge is identified by a plain bullet tip.

**Tabulated Data:**

DODAC ............................. 1305-A066
UNO serial number ............ 0012
UNO proper shipping
   name ............................. Cartridges for weapons, inert projectile
Weight ............................... 182 gr
Length ............................... 2.26 in. (57.4 mm)
Tracer ............................... NA

Primer ............................... Percussion
Fuze .................................. NA
Explosive:
   Type ............................. NA
   Weight .......................... NA
Incendiary:
   Type - ............................ NA
   Weight ........................... NA
Propellant:
   Type ............................. WC 844 or
                                         CMR 170
   Weight .......................... 28.5 or 26.5 gr
Projectile:
   Weight .......................... 56 gr

**Performance:**

Chamber pressure ............. 52,000 psi
Velocity ............................ 3250 fps, 15 ft from muzzle

**Shipping and Storage Data:**

Quantity-distance class/
   SCG ............................. 1.4S
Storage code .................... Class V

TM 43-0001-27

CARTRIDGE, 9 MM, BALL, NATO, M882





U
AR 5971

### Type Classification:

HQDA (DAMA-CSM), dated 15 April 85.

### Use:

Pistol, 9 mm, M9. The cartridge is intended for use against personnel.

### NOTE

**M882 ammunition can be used in the following nonstandard weapons:**

| Pistol | Submachine Guns |
|---|---|
| HK P7 series (GE) | HK MP5 (GE) |
| Walther P38 (GE) | HK MP5SD (GE) |
| FN P35 (BE) | IMI Uzi (IS) |
|  | Baretta M12 (IT) |
|  | FFV M45/45B (SW) |
|  | Madsen M50 (DE) |
|  | CZ M23 (CZ) |
|  | Sten MK II (UK) |
|  | Sterling 12A3 (UK) |

### Description:

BALL Cartridge. The cartridge is identified by the plain bullet tip.

### Tabulated Data

```
DODAC ...........................................1305-A3(3
UNO serial number .........................0012
UNO proper shipping
  name ...........................................Cartridges for
                                                   weapons, inert pro-
                                                   jectile
  Weight..........................................179 gr
  Length .........................................1.165 in.
                                                   (29.591 mm)
Tracer..............................................NA
Primer .............................................Percussion
Fuze .................................................NA
Explosive:
  Type ............................................NA
  Weight .........................................NA
Incendiary:
  Type ............................................NA
  Weight .........................................NA
Propellant:
  Type ............................................HPC 26
  Weight..........................................6 gr
Projectile weight.............................112 gr
```

12-5