

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

SEP 07 2006

Directorate of Public Works

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

    We are writing to continue Section 106 consultation for the Battle Area Complex (BAX) Training Range Construction Project at Schofield Barracks, Waianae uka Ahupuaa, Wahiawa District, Oahu (TMK 7-7-01). This project is covered by the Programmatic Agreement among the US Army Garrison-Hawaii, the State Historic Preservation Officer and the Advisory Council on Historic Preservation for Section 106 Responsibilities for the US Army's transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) dated 30 January 2004.

    As indicated in previous correspondence, the BAX project area has been archaeologically inventoried and previously recorded sites have been avoided by design or mitigations have been implemented. The project is currently in the final stages of unexploded ordnance (UXO) clearance. This phase of the project has involved large amounts of earth moving. During monitoring, several cultural features/artifacts requiring mitigation have been discovered in and around the project area (Figure 1). We are now consulting with you on proposed mitigation for these cultural features.

    Sites identified during monitoring and cultural inventory include a large boulder with associated alignments (Site T8), boulders with petroglyphs (Sites T11, T14, T16, and T17), an incised boulder (Site T15), a circular alignment of stones (Site T12), and a stone mortar. All these sites and artifacts have been flagged and fenced for avoidance by the clearance activities until consultation and mitigation is complete. The following table summarizes the cultural features that have been identified:

| Temporary Site No. | Site/Artifact Description | Interim Measures | Proposed Mitigation Measures |
|---|---|---|---|
| T8 | Boulder and remnant terrace | Fencing / avoidance | Record, fencing |
| T11 | Petroglyph Boulder | Fencing / avoidance | Record, fencing, sandbags |
| T12 | Circular alignment | Fencing / avoidance | Record, fencing |
| T14 | Petroglyph Boulder | Fencing / avoidance | Record, relocate |
| T15 | Incised Boulder | Fencing / avoidance | Record, relocate |
| T16 | Petroglyph Boulder | Fencing / avoidance | Record, relocate |
| T17 | Petroglyph Boulder | Fencing / avoidance | Record, relocate |
| artifact | Stone Mortar | Fencing / avoidance | Record, relocate |

**EXHIBIT 76**

This letter continues the ongoing Section 106 process under the National Historic Preservation Act of 1966, as amended, and consultation under the U.S. Army Garrison, Hawaii's Programmatic Agreement for the Stryker Brigade. We welcome your comments regarding the specific mitigation measures presented here. A copy of this report is also being provided to the individuals on the attached distribution list. Should you require additional information about this report, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878, x1026 (macdonellgh@schofield.army.mil).

        Sincerely,

        Alan K. L. Goo
        Director of Public Works

Enclosures

## Oahu Distribution List

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mr. John M. Fowler
Advisory Council on Historic Preservation
Old Post Office Building
1100 Pennsylvania Avenue, NW, Suite 809
Washington, DC 20004

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, HI 96813

Mr. Jace McQuivey
Oahu Island Burial Council
HRI
55-510 Kamehameha Highway
Laie, HI 96762

Mr. Edward Ayau, Po'o
Hui Malama I Na Kupuna O Hawai'i Nei
P.O. Box 365
Hoolehua, HI 96729

Mr. Charles Maxwell
Kahu, President Board of Directors
Hui Malama I Na Kupuna O Hawai'i Nei
157 'Ale'a Place
Pukalani, HI 96768

Mr. Tom Lenchanko
Waha olelo 'Aha Kukaniloko
931 Uakanikoo Street
Wahiawa, HI 96786

Mr. Alika Silva
Koa Mana
85-140 Maiuu Road
Waianae, HI 96792

Mrs. Leimaile Quitevis
Kahunana
136A Lakeview Circle
Wahiawa, HI 96786

Site T8 is a boulder with a remnant possible cobble retained terrace (Figures 2 and 3). The terrace is located on the downslope side of the boulder and has been highly impacted by previous military activities. The site is located on the edge of the Hale'au'au Stream gulch and was identified immediately adjacent to the Target V20 emplacement during surface grading. Approximately 13 pre-contact and historic artifacts have also been located in this target vicinity, further suggesting interpretation of this feature as an archaeological site. Protective measures for this site include fencing it off to prevent impact during target construction and thoroughly mapping and recording the site to mitigate impacts during training. Protective fencing has already been installed to prevent impact during UXO clearance.

Site T11 is a partially buried boulder with a possible petroglyph. The petroglyph has been interpreted by cultural monitors as possibly representing three iwa birds flying to the west/northwest (Figure 4). This site is located approximately 30 meters outside of the proposed construction area. This boulder has been fenced for avoidance during UXO clearance activities. Proposed mitigation includes thoroughly mapping and recording the site and placing sandbags over the petroglyph to protect it from impacts during training.

Site T12 is a circular alignment of stones located in a drainage approximately 10 meters from Site T11 (Figure 5). The site is located outside of the proposed construction footprint but it has been fenced for avoidance during UXO clearance and construction. Proposed mitigation would include thoroughly recording the site and fencing it off to prevent impacts during training.

Site T14 is a petroglyph boulder that has been disturbed and moved from its original location during UXO clearance and grading activities. The boulder is currently located within an excavated target coffin. The petroglyph consists of a three pronged figure (Figure 6). The site has been fenced for avoidance by further UXO clearance activities until consultation is complete. Proposed mitigation for this boulder is to record the petroglyph and carefully relocate the boulder to a location that will be safe from training activities. An appropriate location for the boulder will be chosen in coordination with on-site Cultural Monitors.

Site T15 is an incised boulder located in close proximity to Site T14. This boulder has been broken and moved from its original location during UXO clearance and grading activities. The boulder has an incised "+" figure on its flat surface and may be a surveyor's mark (Figure 7). Proposed mitigation for this boulder is to GPS its location and compare it to georeferenced maps of the original Schofield Barracks survey to look for corresponding survey nodes and related surveyor's notes (these documents have recently been copied by DPW staff from the National Archives). Proposed mitigation also includes relocating the boulder to the DPW curation facility to prevent it from being impacted by training activities.

Site T16 is a petroglyph boulder that has been broken and moved from its original location during UXO clearance and grading activities. The boulder is currently located in an area that will be impacted by BAX construction. The petroglyph is composed of an anthropomorphic figure comprised of three converging vertical lines crossed by a horizontal line with three adjacent dots and has been described by cultural monitors as reminiscent of Lono images (Figure 8). The boulder has been fenced for avoidance during UXO clearance. Proposed mitigation for this boulder is to record the petroglyph and carefully relocate the boulder to a location that will

be safe from training activities. An appropriate location for relocated boulders will be developed in consultation with Native Hawaiian consulting parties.

Site T17 is a petroglyph boulder that has been scarred and moved from its original location during UXO clearance and grading activities. The boulder is currently located in a graded area adjacent to a target emplacement. The petroglyph consists of two anthropomorphic figures with subsequent attached legs (Figure 9). The image has been described by cultural monitors as possibly representing geneaological progression. The boulder has been fenced for avoidance during UXO clearance. Proposed mitigation for this boulder is to record the petroglyph and carefully relocate the boulder to a location that will be safe from training activities. An appropriate location for the boulder will be chosen in coordination with on-site Cultural Monitors.

Another item identified during cultural inventory is a stone mortar. This stone is located immediately behind a proposed target emplacement. The feature consists of a square boulder with a pecked/ground bowl in its surface (Figure 10). The stone mortar has been fenced for avoidance during UXO clearance. Proposed mitigation for this boulder is to record the item's location and to relocate the mortar to the DPW curation facility or another location that will be safe from training activities. An appropriate location for the boulder will be chosen in coordination with on-site Cultural Monitors.

As these discoveries are appearing in the initial phases of earth moving, we anticipate further discoveries of cultural resources as construction of the BAX continues. We would propose a programmatic method for treating similar discoveries in the future. Portable artifacts and boulders with petroglyphs that are discovered within the construction footprint will be relocated to an appropriate location on-site, or placed in an appropriate location in coordination with cultural monitors. Newly discovered sites that are located adjacent to the construction footprint will by buffered and avoided. Mitigation for archaeological sites located within the construction footprint will be avoided through re-design or consulted upon as appropriate.

As stated in the Programmatic Agreement, the BAX project has the potential to adversely affect historic properties. There are a large number of known archaeological sites in the project area and the proposed activities have the potential to harm these sites. We continue to work through our Programmatic Agreement toward mitigating the adverse impacts by avoiding sites during construction, continuing ongoing consultation with Native Hawaiians on site identification and significance, utilizing archaeological and cultural monitors to avoid impacts to sites, developing and implementing site protection plans, and plan on monitoring sites after training begins.

Figure 1: Newly Recorded Sites & Artifacts Requiring Mitigation in the BAX Construction Footprint



Figure 2 – Site T8 boulder with adjacent remnant cobble terrace.



Figure 3 – Site T8 remnant cobble terrace.


Figure 4 – Site T11 possible iwa petroglyphs


Figure 5 – Site T12 circular alignment of stones in drainage



Figure 6 – Site T14, three pronged figure petroglyph boulder



Figure 7 – Site T15 incised "+" on boulder



Figure 8 – Site T16 Petroglyph boulder with figure



Figure 9 – Site T17 Petroglyph boulder of anthropomorphic figures



Figure 10 – Stone mortar