**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

Directorate of Public Works

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

    We are again writing to continue Section 106 consultation for the Battle Area Complex (BAX) Training Range Construction Project at Schofield Barracks, Waianae uka Ahupuaa, Wahiawa District, Oahu (TMK 7-7-01). The BAX project is covered by the Programmatic Agreement among the US Army Garrison-Hawaii, the State Historic Preservation Officer and the Advisory Council on Historic Preservation for Section 106 Responsibilities for the US Army's transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) dated 30 January 2004.

    As indicated in previous correspondence, the BAX project area has been archaeologically inventoried and previously recorded sites have been avoided by design or mitigations have been implemented. The project is currently in the final stages of unexploded ordnance (UXO) clearance. This phase of the project has involved large amounts of earth moving. During monitoring of earth disturbance, an additional possible cultural feature (temporarily designated as TS211) has been discovered in the project area (Figure 1). We are now consulting with you on proposed mitigation and site protection.

    During monitoring of UXO clearance earth moving, archaeological and cultural monitors identified a possible impacted rock mound. The feature consists of a cluster of rock cobbles and broken rock pieces that may have been mounded and impacted by UXO clearance activities. A small piece of coral and a complete small basalt adze were identified in close proximity to the feature (Figures 2, 3, and 4). We have discussed possible mitigation measures with the on-site cultural monitors and have come up with the following alternatives. We have redesigned the course road to avoid this feature with a five meter buffer. In order to protect the feature during construction and subsequent training on the BAX we propose to fully record the feature, place construction fencing around the feature with a five meter buffer, and then cover the feature with geotextile fabric and/or soil or sand bags so that the feature is not impacted during training.

**EXHIBIT 77**

This letter continues the ongoing Section 106 process under the National Historic Preservation Act of 1966, as amended, and consultation under the U.S. Army Garrison, Hawaii's Programmatic Agreement for the Stryker Brigade. We welcome your comments regarding the specific mitigation and site protection measures presented here. A copy of this letter is also being provided to the individuals on the attached distribution list. Should you require additional information about this report, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878, x1026 (macdonellgh@schofield.army.mil).

Sincerely,

Alan K. L. Goo
Director of Public Works

Enclosures



Figure 1 – Map showing location of archaeological site TS211 in relation to BAX construction footprint.



Figure 2 – Archaeological site TS 211 (possible impacted rock mound). View to North.



Figure 3 – Basalt adze and small piece of coral at site TS211.



Figure 4 – Site TS211 in relationship to staked BAX project footprint. Red arrow points to site. View to East.

## Oahu Distribution List

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mr. John M. Fowler
Advisory Council on Historic Preservation
Old Post Office Building
1100 Pennsylvania Avenue, NW, Suite 809
Washington, DC 20004

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, HI 96813

Mr. Jace McQuivey
Oahu Island Burial Council
HRI
55-510 Kamehameha Highway
Laie, HI 96762

Mr. Edward Ayau, Po'o
Hui Malama I Na Kupuna O Hawai'i Nei
P.O. Box 365
Hoolehua, HI 96729

Mr. Charles Maxwell
Kahu, President Board of Directors
Hui Malama I Na Kupuna O Hawai'i Nei
157 'Ale'a Place
Pukalani, HI 96768

Mr. Tom Lenchanko
Waha olelo 'Aha Kukaniloko
931 Uakanikoo Street
Wahiawa, HI 96786

Mr. Alika Silva
Koa Mana
85-140 Maiuu Road
Waianae, HI 96792

Mrs. Leimaile Quitevis
Kahunana
136A Lakeview Circle
Wahiawa, HI 96786