DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

OCT 24

Directorate of Public Works

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, Hawaii 96707

Dear Mr. Young:

    We are writing to continue Section 106 consultation for the Qualification Training Range 1 (QTR1) Project at Schofield Barracks, Waianae uka Ahupuaa, Wahiawa District, Oahu (TMK 7-7-01). The QTR1 project is covered by the Programmatic Agreement among the US Army Garrison-Hawaii, the State Historic Preservation Officer and the Advisory Council on Historic Preservation for Section 106 Responsibilities for the US Army's transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team (SBCT) dated 30 January 2004.

    The QTR1 Range is a small arms range that is primarily used for combat pistol, rifle, machine gun, and small arms up to and including the MK19 40mm. The QTR1 project area has been archaeologically inventoried and a significant site (TS210) was located within the range surface danger zone (Figure 1). This site consists of five mound features that are probable Native Hawaiian / historic era burials (Figure 2). Several Native Hawaiian accesses to the site have taken place with representatives of Koa Mana, Kahunana, and Aha Kukaniloko. When the site was identified within the line of fire of one of the QTR1 targets, the target was relocated in order to avoid direct impacts to the site. However, there is still the possibility that ricochets and other range debris may inadvertently land within the site area. We are now consulting on possible mitigation for these types of potential impacts.

    Proposed mitigation would include designating the area a "no fire zone" through the Range Control office. The vicinity of the site would be designated on range maps as an area not to be targeted by direct and indirect weapons. Also, we propose regular monitoring of the site area following training activities to ensure that range debris is not landing within the site. The initial monitoring schedule will be monthly or as necessary based on the training intensity. If monitoring reveals a significant problem with range debris, then other measures such as protective fencing or sand bagging may be employed to protect the features. Any monitoring and additional protective measures would be implemented in cooperation with Native Hawaiians who have identified themselves as lineal descendents from the Schofield area.



EXHIBIT 78

This letter continues the ongoing Section 106 process under the National Historic Preservation Act of 1966, as amended, and consultation under the U.S. Army Garrison, Hawaii's Programmatic Agreement for the Stryker Brigade. We welcome your comments regarding the specific mitigation measures presented here. A copy of this report is also being provided to the individuals on the attached distribution list. Should you require additional information about this report, the point of contact is George MacDonell, Oahu Archaeologist, at telephone number 656-2878, x1026 (macdonellgh@schofield.army.mil.)

Sincerely,

Alan K. L. Goo
Director of Public Works

Enclosures

## Oahu Distribution List

Mr. Peter Young
State Historic Preservation Officer
Kakuhihewa Building, Room 555
601 Kamokila Boulevard
Kapolei, HI 96707

Mr. John M. Fowler
Advisory Council on Historic Preservation
Old Post Office Building
1100 Pennsylvania Avenue, NW, Suite 809
Washington, DC 20004

Mr. Clyde Namuo
Administrator
Office of Hawaiian Affairs
711 Kapiolani Boulevard, Suite 500
Honolulu, HI 96813

Mr. Jace McQuivey
Oahu Island Burial Council
HRI
55-510 Kamehameha Highway
Laie, HI 96762

Mr. Edward Ayau, Po'o
Hui Malama I Na Kupuna O Hawai'i Nei
P.O. Box 365
Hoolehua, HI 96729

Mr. Charles Maxwell
Kahu, President Board of Directors
Hui Malama I Na Kupuna O Hawai'i Nei
157 'Ale'a Place
Pukalani, HI 96768

Mr. Tom Lenchanko
Waha olelo 'Aha Kukaniloko
931 Uakanikoo Street
Wahiawa, HI 96786

Mr. Alika Silva
Koa Mana
85-140 Maiuu Road
Waianae, HI 96792

Mrs. Leimaile Quitevis
Kahunana
136A Lakeview Circle
Wahiawa, HI 96786



Figure 1: Proposed QTR1 target re-location



Figure 2 – Sketch map of archaeological site TS 210, probable Native Hawaiian / historic era burials.