

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

REPLY TO
ATTENTION OF

APVG-GWV-N                                                        12 April 2004

MEMORANDUM FOR THE RECORD

SUBJECT: Trip Report, Cultural Resources Monitoring for Combined Arms Live Fire Exercise
(CALFEX) at Makua Military Reservation (MMR), Wai'anae District, O'ahu Island.

1. From 08-09 April 2004 the Marines conducted Combined Arms Live Fire Exercises
(CALFEX) at Makua Military Reservation (MMR). In line with the Settlement Agreement,
observers from Malama Mākua were on hand each day. Staff from the Public Affairs Office
(Michelle Cain), and from Cultural Resources (Carly Antone, Alton Exzabe, and David Cox),
was there to facilitate the Malama Mākua presence. Ron Smith from Donaldson Enterprises Inc,
provided us with UXO escort support.

2. This CALFEX was to prepare Marines about to deploy. The Marines had not trained at MMR
since 1998 when a fire started as a direct result of their training. Army counsel negotiated the
terms of the training, which included measuring the Burn Index every fifteen minutes as a
determining factor to continue training throughout the day.

3. On 08 April, the first round was fired by about 0915. The exercises included hand grenades,
automatic weapons, weapons commonly known of as "bunker busters," and 60mm mortars. The
mortars were the most difficult weapons to train the soldiers on, as four of less than a dozen that
were fired did not land within the confines of the impact area. These required inspection for
safety and then inspection by cultural monitors and the Cultural Resources crew. In the areas that
could safely be inspected, no known cultural resources were affected. The Burn Index had gone
from 21 in the morning to 23 by the conclusion of the day's activities at 1400.

4. On the second day of live fire training (09 April), more mortars were fired and were also off
target. Soldiers, cultural monitors, and the Cultural Resources staff inspected the mortars that did
not land in the impact area. No damage had occurred to any known archaeological sites. The
Burn Index was zero for the entire day due to rain. This expedited training, which was complete
by 1230.

**EXHIBIT 80**

APVG-GWV-N
SUBJECT: Trip Report, Cultural Resources Monitoring for Combined Arms Live Fire Exercise (CALFEX) at Makua Military Reservation (MMR), Wai'anae District, O'ahu Island.

5. Point of contact is Dr. Laurie Lucking, Cultural Resources Manager, Environmental Division, Directorate of Public Works, (808) 656-2878 ext. 1052, or Carly R. Antone or Alton J. Exzabe, Cultural Resources Specialists, at (808) 656-2878 ext. 1054.

Carly R. Antone and Alton J. Exzabe
Cultural Resources Specialists