

1

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF HAWAI'I

3   'ILIO'ULAOKALANI COALITION,) Civil No. 04-00502 DAE BMK
    a Hawai'i nonprofit       )
4   corporation; NA 'IMI PONO, )
    a Hawai'i unincorporated   )
5   association; and KIPUKA, a )
    Hawai'i unincorporated     )
6   association,               )
                               )
7              Plaintiffs,     )
                               )
8        vs.                   )
                               )
9   DONALD H. RUMSFELD,        )
    Secretary of Defense; and  )
10  FRANCIS J. HARVEY,         )
    Secretary of the United    )
11  States Department of the   )
    Army,                      )
12                             )
               Defendants.     )
13  _____)

14

           **DEPOSITION OF COLONEL STEFAN J. BANACH**
15

16       Taken on behalf of the Plaintiffs, at the law

17   offices of Earthjustice, 223 South King Street, Third

18   Floor Conference Room, Honolulu, Hawai'i, commencing at

19   9:09 a.m., on Thursday, December 7, 2006, pursuant to

20   Notice.

21   BEFORE:  CARI VALLO, CSR No. 252, RPR
              Notary Public, State of Hawai'i
22

23           **PACIFIC REPORTING SERVICES UNLIMITED**
                    Topa Financial Center
24               745 Fort Street, Suite 704
                 Honolulu, Hawai'i 96813
25                  (808)524-7778        EXHIBIT **82**



```
 1    APPEARANCES:

 2         For Plaintiffs 'Ilio'ulaokalani Coalition, a
           Hawai'i nonprofit corporation; Na 'Imi Pono,
 3         a Hawai'i unincorporated association; and
           Kipuka, a Hawai'i unincorporated association:
 4
                DAVID L. HENKIN, ESQ.
 5              Earthjustice
                223 South King Street, Suite 400
 6              Honolulu, Hawai'i 96813
                (808)599-2436
 7

 8         For the Defendants Donald H. Rumsfeld, Secretary
           of Defense, and Francis J. Harvey, Secretary of
 9         of the United States Department of the Army:

10              JAMES D. GETTE, ESQ.
                Trial Attorney, Natural Resources Section
11              U.S. Department of Justice
                Environment & Natural Resources Division
12              601 D Street, NW
                Washington, DC 20004
13              (202)305-1461

14              ROBERT M. LEWIS, ESQ.
                Senior Trial Attorney
15              Environmental Law Division
                U.S. Army Litigation Center
16              901 N. Stuart Street, Suite 400
                Arlington, Virginia 22203
17              (703)696-1567

18    ALSO PRESENT:  Dana Thibodeau

19

20

21

22

23

24

25
```

1    325 of my soldiers into deploying formations.

2       Q       I'm sorry.  May I stop you there because I

3    don't understand the terminology that you're using.

4       A       Soldiers that were assigned -- which specific

5    terminology?

6       Q       There was cross something.

7       A       Cross-level.

8       Q       And there were 300 --

9       A       And 25.

10      Q       What does that mean to be cross-leveled?

11      A       That means that they moved from 2nd Stryker

12   Brigade, male and female soldiers moved from 2nd

13   Stryker Brigade through or to the other deploying

14   formations in the 25th Division.

15      Q       325 soldiers in what time period?

16      A       Over the last -- over the last 12 months.  We

17   executed three separate cross-levels, which was very

18   disruptive for our brigade.  We gave up a number of key

19   people in key military occupational specialties.

20              It had a significant impact on our ability to

21   train because we gave those people up, and now we're in

22   the process of receiving their replacements and going

23   through the process of training them in all aspects of

24   their training.

25      Q       To clarify, the significant impact on your

1  ability to train associated with the cross-leveling of

2  the 325 soldiers, that was not due to any court ruling

3  in this case; is that correct?

4      A     It was not as a result of a court ruling.  It

5  was a result of the dynamic situation that we're

6  confronted with today in the Global War on Terror.

7      Q     Now, other than the 78 soldiers who are

8  currently deployed in support of combat in Iraq and the

9  Philippines and the 325 soldiers who have been

10  cross-leveled in the last 12 months to deploy with

11  other 25th Infantry formations, are there any other

12  soldiers from the 2nd Brigade to your knowledge that

13  have been deployed separately from the 2nd Brigade?

14      A     We have -- there are no other soldiers that I'm

15  aware of that are deployed.  As a follow-up to that, we

16  have had other soldiers that were deployed above the 78

17  that I quoted earlier that have returned.

18          I don't have the exact number, but these, as I

19  mentioned earlier, with the 20 replacements to 3rd

20  Brigade, the 13 weapon inspection team deployers, these

21  things come at us very short notice and throughout the

22  course of the year.  So to be able to accurately

23  count -- I know these two because they just happened

24  recently.

25          But to be able to track these and when they

1    actually come back to you, it's a little hard to do

2    because some of the lengths of deployment are six

3    months.  Some of the lengths of deployment are 12

4    months.  And the soldiers go and they come back, and we

5    deploy more as a result of the directives we get from

6    the Department of the Army, the U.S. Army Pacific

7    Command.

8        Q     Can you ballpark the number of other

9    soldiers --

10       A     No.  I mean, I don't know.

11       Q     I'm going to just ask -- again, I realize that

12   it's not common conversation, but if you could let me

13   get to the end of the question, then they'd know what

14   you're saying no to.  Is that okay?

15       A     Yes.

16       Q     With respect to the 78 soldiers who are

17   currently deployed in support of combat, were any of

18   them deployed to Stryker units?

19       A     I don't know.

20       Q     You mentioned the 32 soldiers in Operation

21   Enduring Freedom in the Philippines.  Are there any

22   Stryker units currently in the Philippines?

23       A     No.

24       Q     You mentioned 20 soldiers who deployed -- who

25   went and were cross-attached to the 3rd Brigade.  Are

14

1    you referring to the 25th Infantry Division's 3rd

2    Brigade?

3        A     Yes.

4        Q     Is that a Stryker Brigade?

5        A     No.

6        Q     You referred to the 325 soldiers that were

7    cross-leveled and deployed with the 25th Infantry

8    Division.  Was that to Iraq?

9        A     Yes.

10       Q     Were there any Stryker elements of the 25th

11   Infantry Division that deployed to Iraq?

12       A     No.

13       Q     So am I correct in assuming those 325 soldiers

14   went with infantry divisions -- or --

15             MR. GETTE:  Objection.

16   BY MR. HENKIN:

17       Q     -- excuse me.  Strike that, strike that.

18             Infantry units?

19       A     No.

20       Q     What kind of units?

21       A     They're all kinds of units.  There's combat

22   aviation units, support units, as well as infantry

23   units.

24       Q     No Stryker units?

25       A     No, not that I'm aware of.

1    into combat and we accept.  Okay.

2         It requires every bit of training and every bit

3    of repetition to be able to do the fundamental tasks

4    let alone the things that we experience that we weren't

5    ready for or that are thrust upon us.

6    BY MR. HENKIN:

7        Q    Are there certain training standards that the

8    Army has for soldiers prior to deployment?

9        A    Yes.

10       Q    Were the soldiers that were deployed on these

11   various assignments trained to those standards?

12       A    Yes.

13       Q    Those soldiers were trained to standard to go

14   to combat with non-Stryker units; is that correct?

15       A    Yes.

16       Q    Colonel Banach, in your experience, do you

17   always have the opportunity to perform all of the

18   training that you would like to have your soldiers

19   perform prior to deployment?

20       A    Clarify the question.

21       Q    Are there any limitations, outside of the

22   context of litigation, on your ability to perform all

23   of the training that in an ideal world your soldiers

24   would have before they deploy to combat?

25            MR. GETTE:  Objection.  Calls for speculation.

1    involved?

2             MR. GETTE:  Objection.  Calls for speculation.

3             THE WITNESS:  I have no idea.  I have no idea.

4    BY MR. HENKIN:

5    Q       What are the dates of the block leave that's

6    scheduled for December of this year?

7    A       I want to say the official dates will be 18

8    December through the 2nd of January, but I am

9    authorizing by exception block leave periods that are

10   offset from that to accommodate special needs.  And I

11   am also authorizing people to depart on the 15th of

12   December based on chain-of-command recommendations, and

13   many of those decisions will be made at the lowest

14   level at the battalion commander level with company

15   commander recommendations.

16   Q       During the period -- let me strike that.

17           If the district court grants the Army's request

18   to be allowed to proceed with the Stryker-related

19   activities the Army has requested, would there be any

20   training using Stryker vehicles during the period from

21   18 December to the 2nd of January, 2007?

22   A       As I understand, the judge has ruled in our

23   favor?

24   Q       Assuming the judge rules from the bench on the

25   18th of December, Army's request granted, would there

1    be any training for Stryker vehicles during the

2    official period of block leave from 18 December to 2

3    January?

4      A      There is a possibility that there could be some

5    limited Stryker training.  And you know, I have no idea

6    of what that training would look like, but there

7    certainly would be maintenance training, which is very

8    important, depending on who does not take block leave.

9    There could be limited Stryker movement training.

10          And again, I'm going to leave it at that

11   because we still have an enormous amount of work to do

12   after his ruling to figure out what it is we can and

13   can't do and balance that with people that are going to

14   be back here.  Let's figure out what we can get done.

15     Q      So is it an accurate statement that at this

16   point you're not certain whether there would be

17   training with Stryker vehicles during the official

18   period of block leave?

19          MR. GETTE:  Objection.  Asked and answered.

20          THE WITNESS:  Yes.  I just answered the

21   question.

22   BY MR. HENKIN:

23     Q      Could you please answer it again.

24          MR. GETTE:  Objection.  Asked and answered.

25   /////

1    PTA Rotations"?

2    A      Yes.

3    Q      Underneath November going into December?

4    A      Yes.

5    Q      When you discuss the training that might, but

6    not definitely, would occur during the block leave

7    period, you referenced maintenance training depending

8    on who does not take block leave; is that correct?

9    A      Yes.  And the training that they would be doing

10   is simple preventative maintenance checks and services

11   on the vehicles that have not been moved for 41 days

12   because there is a requirement to do a before

13   maintenance check, a during-operations maintenance

14   check, and an after-operations maintenance check for

15   all Army vehicles.

16          When you're not allowed to exercise the

17   vehicle, that is not good for the vehicle.  That costs

18   the Army money in terms of repair parts.  As we saw

19   yesterday as we drove in our motor pool, vehicles

20   simply break sitting there.  And when they're not

21   exercised, all right, a whole host of things go wrong

22   with them by design.  You know, they're meant to be

23   exercised.

24   Q      I just wanted to clarify when you refer to

25   maintenance training, it's maintenance in sort of the

1    automotive sense; is that correct?

2        A       Yes.  And small numbers of people.  Again, my

3    intent is not to have a lot of people back here.  We're

4    talking one- to two-man teams that could go down there

5    and help us.

6            Assuming a positive ruling from the judge, you

7    know, groups of guys that can go back down to our motor

8    pool to start helping us get our vehicles stood back up

9    because we have no idea what the shape of our fleet is

10   right now in terms of mission-ready vehicles.

11       Q       You also reference there could be limited

12   Stryker movement training.  Do you recall that?

13       A       Yes.  That's involved with what I just said.

14       Q       Are you referencing doing the driver's training

15   over at East Range?  Is that what you mean by movement

16   training?

17       A       No --

18           MR. GETTE:  Objection.

19           THE WITNESS:  No.

20   BY MR. HENKIN:

21       Q       Then please clarify.

22       A       I didn't specify a location.

23       Q       That's the purpose of my question.  I'm trying

24   to get clarity.

25       A       Okay.  We have to do, before we move the

1    vehicle, before-operations checks.  We move the

2    vehicle, we stop the vehicle, and we do

3    during-operations maintenance checks.  We bring the

4    vehicle back to the motor park.  We do after-operations

5    maintenance checks.

6         The movement that we would do if we're allowed

7    to do it, all right, would be fairly narrow in scope,

8    and the only thing I can think of at this point is that

9    it would be tied to maintenance because I think that's

10   all we're going to be able to do.

11   Q    What precisely would be the location of that

12   movement that you're describing?

13   A    There's a number of routes that we could use.

14   You know, it could range across any of the approved

15   routes that we have.

16   Q    Might it go over to Schofield East Range?

17   A    Yes.  That is an approved route.

18   Q    What distance would you need to drive the

19   vehicles in order to perform the maintenance and

20   movement training that you've described?

21   A    You really can't tie it to distance.  You have

22   to get the vehicle up to full operations capability,

23   and again, all this is specified in the technical

24   manuals that we have.

25   Q    Could you do that driving on the roads at

1    Schofield Barracks proper, main base?

2        A      It would be my desire not to do that because we

3    need to drive on hardball roads such as those that are

4    at Schofield, such as those that are on freeways, such

5    as those that are on East Range that are dirt roads

6    because our soldiers will operate their vehicles on the

7    roads that they encounter, which really also include

8    sandy roads that they'll see in Afghanistan and Iraq,

9    if they go to Afghanistan.  And again, I'm not really

10   100 percent sure that I'm going to go to Afghanistan or

11   I'm going to go to Iraq.

12           But the point is there are multiple surfaces

13   that our kids need to be able to operate the vehicles

14   on.  So I would be inclined not to restrict us strictly

15   to Schofield Barracks and the terrain around here.

16       Q      Referring not to the full scope of maneuver

17   training that the Army would like to conduct but the

18   movement that is necessary to do the vehicle checks

19   during movement and following movement, is it your

20   testimony that you would need to go on unpaved roads at

21   East Range in order to do that scope of work that

22   you're saying would occur potentially during the block

23   leave period?

24       A      Again, it's tied to the specifications that are

25   in the technical manual, and again, it would be my

1    desire to have the full range of road surfaces

2    available to us to do even the maintenance checks.

3        Q    Could you accomplish the maintenance checks

4    without having the dirt roads at East Range available?

5        A    I'm not sure.  Again, I'd have to look at the

6    specifications of the technical manual to determine the

7    number of miles it would take to get the vehicle up to

8    full operational temperatures, which is really the goal

9    of the during checks.

10       Q    Just to make sure I understand, then in order

11   to get up to the number of miles, is that based on the

12   surface on which they're driving?

13       A    No.  When I say the number --

14            MR. GETTE:  Objection.  His testimony wasn't

15   with respect to miles.

16   BY MR. HENKIN:

17       Q    Could you please clarify because I obviously

18   didn't understand.

19       A    Yes.  It's tied -- as I understand the

20   technical manual and my two previous mechanized

21   assignments, the requirement is to get the vehicle up

22   to operational temperature for a certain amount of

23   time, which is specified, and then bring the vehicle to

24   a halt to be able to do the during checks.  It's really

25   conditions based.

1    Q    And to bring it up to operational temperature,

2    is it necessary to drive on dirt roads?

3    A    It is not necessary to drive it on dirt roads,

4    but it is better for our soldiers if we have a mixed

5    number of surfaces that they can operate the vehicle

6    on.

7    Q    Colonel Banach, earlier when we were talking

8    about the inaccuracy of the long range training

9    calendar set forth on page 2 and 3, you mentioned

10   delays in range construction.  Do you recall that?

11   A    Yes.

12   Q    Which delays in range construction are you

13   referring to?

14   A    Well, the first one is on Range 8B which is at

15   the Pohakuloa Training Center.  It's interesting that I

16   had a team of individuals at the Pohakuloa Training

17   Center on the 27th of October specifically looking at,

18   with the PTA staff members, how we can build the

19   baseline requirements onto that antiquated range to

20   give us a gunnery range for MK-19 that would allow us

21   to meet baseline gunnery standards for that weapon

22   system, the MK-19, if we were allowed to go to the

23   Pohakuloa Training Center to train with Strykers.

24       As a result of the injunction, we are ceasing

25   all work to even pursue Range 8B.  We don't have the

```
 1                 (Recess taken, 11:22 a.m. to 11:29 a.m.)

 2    BY MR. HENKIN:

 3       Q      Colonel, with respect to Exhibit 2, do you see

 4    indications on the exhibit of MGS?

 5       A      I see it seven times.

 6       Q      Once in each column for each existing and

 7    future Stryker Brigade; is that correct?

 8       A      Yes.

 9       Q      Does MGS stand for Mobile Gun System?

10       A      Yes.

11       Q      When it appears on this map, does that

12    indicate -- or sorry -- when it appears on this

13    document, does that indicate when each of the

14    respective Stryker Brigades will receive its contingent

15    of 27 Mobile Gun System configurations of the Stryker

16    vehicle?

17       A      Generally speaking, yes.

18       Q      Could you explain your answer by "generally

19    speaking"?

20       A      Well, it goes back to what I mentioned earlier

21    here about the industrial base.  The fielding of some

22    of these systems simply change, in this case for this

23    system here for testing requirements and the capability

24    of the industrial base to actually meet their time

25    lines.
```

1          So the Army is being told to plan on this type

2   of fielding time line, and as we have seen in the past

3   with Stryker production and also as this system is

4   deployed with 4/2, which is currently the plan, Mobile

5   Gun Systems will, just like Stryker vehicles, suffer

6   loss.

7          So things that we have portrayed on this chart

8   may change as a result of the need to replenish those

9   losses for forces that are in combat.  So generally as

10  a set, this is a planning document that's as good as

11  the 15th of November.

12  Q      Of 2006?

13  A      Of 2006 as it's shown on here.  How it gets

14  executed in an evolutionary fashion here based on a

15  number of factors is yet to be seen.

16  Q      So in your experience, would these stated dates

17  with respect to when each Stryker would receive its

18  contingent of Mobile Gun System configurations be the

19  earliest of when these brigades would be likely to

20  receive them?

21  A      I would have to say yes.  I mean, I think what

22  you're showing here is -- and again, I don't know

23  exactly who David Patterson is.  It looks like the

24  author down here.

25          I have not talked to him about these fielding

```
 1     Q      So with respect to Stryker Brigade Combat Team
 2   4, what does this document tell us about when that
 3   brigade has received or will receive its complement of
 4   Mobile Gun Systems?
 5     A      Well, the chart indicates that they were
 6   scheduled to field them at the end of fiscal year 2006
 7   and I know -- and it can be considered, I guess, as
 8   fact -- that they have some portion of them.
 9          I don't know that they have their full
10   complement.  I don't know how many they are testing up
11   at Fort Lewis.  But I know they are moving forward with
12   the test for the Army on that system, and they have
13   some number.
14     Q      As we move across with respect to Stryker
15   Brigade 4, you see the indication "available" sometime
16   in the latter part of fiscal year '07?
17     A      Yes.
18     Q      Does that indicate that, at least in terms of
19   tentative Army campaign plan, that Stryker Brigade is
20   likely to deploy in that period with its Mobile Gun
21   System?
22     A      Yes to the deployment question.  I don't know
23   about the Mobile Gun System.  It's all contingent on
24   the outcome of the test.
25     Q      What do you mean by that?
```

1    A    Successful test versus partially successful

2    test versus somebody potentially judging that it was an

3    unsuccessful test.  I don't have any information

4    whether the test is -- the test results, I don't know

5    what they are other than the anecdotal statement that

6    my master gunner mentioned yesterday which indicated

7    that it was going pretty well which, to answer your

8    question, would, if that logic holds true and, in fact,

9    is fact, it will probably go with them.

10    Q    Then it's possible that the Army will determine

11    that the Mobile Gun System at this point is not fully

12    successful and, therefore, not currently deployable?

13    A    No.  Like I said, based on the information --

14    again, it's only anecdotal -- I think it's leaning the

15    other way, that it's probably going to be deployable.

16    Q    Is it possible that it won't?

17    A    Sure, but I think, based on what I'm hearing --

18    and again, it's only from one source, through one

19    source -- I think the possibility of that gun system

20    deploying is probably greater than not.

21    Q    With respect to Stryker Brigade Combat Team 2,

22    do you see that on the second row currently in Vilseck,

23    Germany?

24    A    Yes.

25    Q    Do you know, is that the Stryker Brigade that

1    prior to the move of the second Stryker?

2        A      I do not believe that as part of the national

3    military strategy, that we had a Stryker Brigade there.

4    I'd say that's a new activity.

5        Q      So the Stryker equipment, vehicles, and

6    assorted material that went there were the ones from

7    Fort Lewis that went to Germany?

8        A      I'm not sure.

9        Q      Looking at the schedule for the 2nd Stryker in

10   Germany, do you see where it says available in

11   approximately the latter part of fiscal '07 into fiscal

12   '08?

13       A      Yes.

14       Q      What does that indicate to you?

15       A      As described earlier, it is a window that the

16   Army believes that this Stryker Brigade could be

17   available to deploy.

18       Q      Looking on the next line -- actually, for the

19   3rd Stryker Brigade at Fort Wainwright, do you see

20   that?

21       A      Yes.

22       Q      Do you see the indication of "available"

23   following reset in late fiscal '07 into fiscal '08?

24       A      Yes.

25       Q      What does that indicate to you?

1    A      Again, it's an indication that this brigade

2    after reset would be available to deploy potentially in

3    that time frame contingent on actions on the battle

4    field that prevents the industrial base from resourcing

5    them adequately to deploy.

6    Q      With respect to Stryker Brigade 2 and Stryker

7    Brigade 3 -- sorry.  We'll take them one by one.

8           With respect to Stryker Brigade 2, do you see

9    that they're going to get their Mobile Gun System in

10   the latter part of fiscal 2009; is that correct?

11   A      Yes.  You said 2 and 3, right?

12   Q      I'm just going to break them down.  So starting

13   with 2.

14   A      Two is FY09.

15   Q      And 3?

16   A      Is FY10.

17   Q      So is it an accurate statement that both of

18   those Stryker Brigades are going to be available for

19   deployment abroad without the Mobile Gun System?

20   A      That's what this chart indicates.

21   Q      Let's take a look at Stryker Brigade 6 in

22   Pennsylvania.  Do you see that on the sixth line?

23   A      Yes.

24   Q      Do you see when its availability dates for

25   deployment are going to be?

1    A    Yes.

2    Q    When is that?

3    A    Repeat the question, please.

4    Q    When is Stryker Brigade 6 going to be available

5    for deployment?

6    A    It looks like at some point towards the latter

7    half of FY09.

8    Q    When would it receive its complement of Mobile

9    Gun System?

10    A    It appears that would be latter part of FY10,

11    and looks like it dips into fiscal year 2011 slightly.

12    Q    During its reset period following deployment?

13    A    That's what the chart indicates.

14    Q    Let's take a look at Stryker Brigade 7 at Fort

15    Lewis, Washington.  Do you see what date that is

16    expected to be available for deployment?

17    A    Yes.

18    Q    When is that?

19    A    Again, it's comparable to when Stryker Brigade

20    No. 6 is going to be available to deploy at some point

21    toward the latter end of fiscal year '09.

22    Q    When is that Stryker Brigade No. 7 expected to

23    receive its complement of Mobile Gun System

24    configuration Strykers?

25    A    Looks like the middle of fiscal year 2011.

1    Q    Following its reset period after deployment?

2    A    That's correct.

3    Q    So based on Exhibit No. 2 and the information

4 provided therein, is it correct to say that looking

5 forward from today, that there are four Stryker

6 Brigades -- Stryker Brigade 2, 3, 6, and 7 -- that are

7 expected to be deployable prior to receiving their full

8 complement -- or sorry -- prior to receiving any Mobile

9 Gun System configuration Strykers?

10    A    It appears that way, yes.

11    Q    Previously you had testified about construction

12 at Range 8B at Pohakuloa that you were no longer

13 pursuing because of the limitation on time.  Do you

14 recall that?

15    A    Yes.

16    Q    What training at 8B -- or please describe the

17 training at 8B that you, if the court rules in the

18 Army's favor, that you intend to have the brigade

19 conduct prior to -- actually, I'm going to strike that

20 question.  I realized there's a question I need to ask

21 you back with respect to Exhibit No. 1.

22    Can we take a look at page 3 of Exhibit 1,

23 please.  Do you see the gold star on the far right side

24 of Exhibit No. 1, page 3, that says, "Ready to deploy?"

25    A    Yes.

1    NTC SBCT TF training exercise 27 Aug. to 30 Sept. '07?

2        A       I didn't understand the first part of your

3    question.

4        Q       When you're talking about the brigade field

5    training exercise that you secured an opportunity to do

6    at the National Training Center, is that what's

7    referenced as NTF SBCT TF training exercise, I

8    interpret this as 27 August to 30 September '07?

9        A       Correct.

10       Q       Are the dates 27 August to 30 September '07

11   when it is currently scheduled to occur?

12       A       Those dates are shifting, but generally, it's

13   about the time frame that we'll be there.   That I hope

14   that we'll be there.

15       Q       Why are they shifting?

16       A       Requirements from other units that are there.

17   I mean, the Army Forces command the command at the

18   National Training Center, as we do and in some cases

19   are being forced to do, reorganize, resynchronize.   And

20   so it's a moving target.

21           But for the purposes of this deposition as a

22   brigade commander who's responsible for the training of

23   the brigade, I fully expect to be resourced with this

24   rotation to the National Training Center because if I

25   don't get it, I will not be combat ready and to go to

1    the Army ready test in October.

2    Q    With respect to the scheduling, if I understand

3    correctly, there's evolution in the training schedule

4    at the National Training Center and dates change over

5    time?  There's some flexibility?

6    A    Yes.  And the specifics here, again, the month

7    of September and the month of October, all right, the

8    general integrity of those two months, as I understand

9    it, have been apportioned to me.  Okay.

10    When you ask about 27 August, am I going to be

11    at the National Training Center on 27 August, it could

12    be the 23rd of August.  It could be the 30th of August.

13    It all depends on when the National Training Center --

14    it could be in September.  It all depends on if

15    National Training Center grants 2nd Brigade

16    authorization to occupy their installation.

17    Q    When will you know that?

18    A    I don't know.  Hopefully soon.  We will be

19    asking and have asked, and we have sent a small team to

20    the National Training Center to lock in the specifics

21    for that rotation and to try to help shape the National

22    Training Center rotation in October because this is an

23    invaluable training for this brigade.

24    And the other piece here, you talk about when

25    it is we could deploy.  Okay.  It's really, really

1  field training exercise, if I understand correctly,

2  this was a request that came from you to the National

3  Training Center for additional training on top of the

4  mission readiness exercise; is that correct?

5     A     It is not additional training.  It's required

6  training as part of my training plan to go to war to

7  achieve initial operating capabilities.  It is not

8  additional training.  It is absolutely essential

9  training.

10    Q     But the request came from you?

11    A     The request came from me to General Mixon to

12  General Brown to Forces Command in Georgia to the

13  National Training Center, as I understand it.

14    Q     Have you requested any other training other

15  than the brigade field training exercise to take place

16  at the National Training Center?

17    A     When you say any other training, what do you

18  mean?

19    Q     In addition -- well, you've described the

20  mission readiness exercise.  You've described the

21  brigade field training exercise.

22          Have you requested any other training exercises

23  to take place at the National Training Center?

24    A     No.

25    Q     Following the completion of the mission

1  readiness exercise, assuming that the 2nd Brigade is

2  successful and determined to have achieved its initial

3  operating capability, what would happen after that with

4  respect to the Stryker vehicles prior to whatever date

5  of deployment occurs following 1 November 2007?

6      A      It's contingent upon what the Army tells us.

7      Q      Is it possible the Stryker vehicles would be

8  shipped directly from California into theater?

9      A      That is a possibility.  It is also a definite

10 that 83 percent of my 1,850 odd vehicles, that 83

11 percent of those would come back, as it stands right

12 now, would come back to Schofield Barracks because

13 those vehicles that would come back are not armored

14 vehicles, and they are not allowed in theater.

15         We will sign for another fleet of wheeled

16 vehicles that have been fully prepared with additional

17 armor and additional counter-improvised explosive

18 device, the feeding material and equipment.

19         So I have 1,500 pieces of rolling stock plus.

20 I think it's 1,538 of rolling stock to include trailers

21 and things like that that have to come back to

22 Schofield Barracks, which is why I need my motor pool

23 first and foremost and the division needs the new

24 Stryker motor pool which is, again, you talk about

25 impacts on the brigade and the impacts on the division,

1    mentioned earlier, things break, and when you have some

2    type of spill, the drip pan doesn't get it all.

3         It's a good front line measure of defense, but

4    the bottom line is I need a place to put my brigade

5    minus 83 percent, as I calculate it right now.  That

6    needs to come back and have a spot because it doesn't

7    right now.

8    Q    So those vehicles that come back from the

9    National Training Center will not be deployed should

10   the brigade go to Iraq in March of 2008?

11   A    That is my understanding.

12   Q    Because there are vehicles that are in that

13   theater of operations that you would then use during

14   the time that you're in combat?

15   A    That's my understanding.  But we will take our

16   vehicle fleet, as it's shown on the chart here, in

17   September and back into August where it talks about --

18   and you can see this is a very, very condensed time

19   line as it is.  And the other thing is the physics of

20   this.  This is a huge undertaking.  We've never done it

21   before.  We don't know what the cost is going to be.

22        I will tell you that the Division, the Division

23   underestimated by $12 million what it was going to cost

24   to send the 3rd Brigade and the Aviation Brigade to the

25   National Training Center.  We've never sent a Stryker

1    Brigade to Fort Irwin before out of Hawai'i, all right,

2    and we've done some preliminary cost assessments.  But

3    I can tell you that they're not accurate based on

4    historical data.

5            And it's also the economy has an effect on it.

6    What's the cost of fuel, you know?  I mean, at the time

7    we shipped that brigade, we had what we thought -- we

8    the Division -- had what we thought was about right.

9    Okay.  A number of factors played in.  Fuel was one of

10   them.  The cost to actually ship the stuff was higher

11   than we thought.  A whole bunch of factors that come

12   into it.

13           But I need my vehicles, my wheeled fleet at the

14   National Training Center, and then they will come back

15   to Schofield Barracks.

16   Q    Could you point to me specifically on page 3

17   where it shows when the vehicles would leave Hawai'i

18   and go to the National Training Center?

19   A    You can see back here where it talks about

20   movement preparation.  PSA stands for port security

21   operations or activities.

22   Q    I'm looking in what appears to be the month of

23   July and a portion of the month of August of 2007?

24   A    That's correct.  That's all deployment

25   preparation, and that would obviously include our

1    vehicle fleet.  The plan right now is to ship sometime

2    in August.  8 August is not the date that they will

3    ship.  8 August is the date that we think, well, we've

4    got allotted three weeks to have it sail and to

5    off-load the boat on the other end.  That's all that

6    is.  That's not a definitive the boat will sail on the

7    8th.

8        Q      Does all the material have to be ready to sail

9    on the 8th?

10       A      That's our intent.

11       Q      Previously you mentioned that this calendar was

12   not worth the paper that it was printed on.  With

13   respect to what we're talking about right now, which

14   has to do with the timetable and schedule for getting

15   the National Training Center, is that current

16   information to the best of your knowledge?

17       A      I don't understand your question.

18       Q      Well, is it worth the paper it's printed on?  I

19   mean, in other words, are these dates reflected on page

20   3 as opposed to you were talking about page 2, is this

21   schedule accurate?

22       A      It is contingent upon how the judge rules.

23       Q      Presuming that you are -- operating under the

24   assumption that you are going from Hawai'i to the

25   National Training Center to be there in time for the

1          With each one of the embedded trainers, in

2     there is a series of simulated gunnery tables that

3     simulate what the guy is actually going to have to fire

4     out on the range when he fires live ammunition.

5     Q     Well, basic instruction is classroom.  So I

6     gather that's not live fire?

7     A     No, it's not.  And some of it is done out with

8     the vehicles on the motor pool, and you practice

9     mounting the guns and taking them off.  And there's

10    some things that you work with loading and reducing

11    stoppage, misfires, and all those types of things that

12    are done.

13    Q     Gunnery training, I gather if that's with the

14    embedded trainer, that's also not live fire?

15    A     That is in the vehicle, and it's simulation.

16    Q     After that, hands-on training?

17    A     Again, hands-on training is a compilation of

18    testing that leads up to the Stryker gunnery skills

19    test.

20    Q     When you say testing, what do you mean testing?

21    A     You see the SGST?

22    Q     I do.

23    A     Stryker gunnery skill test evaluation.  Okay.

24    There's a series of requirements that are put together

25    on the Stryker gunnery skills test, okay, that are put

1          This is -- again, this is part of Army

2    doctrine, okay, and Army doctrine includes all the

3    possible scenarios where you may be someplace where you

4    can't shoot live ammunition but you want to train some

5    level of proficiency.  So they throw the caveat on

6    there:  Okay, we'll let you shoot it MILES.

7          But everybody shoots Table III live.  Okay.

8    Everybody shoots Table IV live.  Because you can't put

9    a guy on a range and have him shoot a Table IV live

10   fire without ever getting used to firing the live

11   ammunition.

12       Q     Does everyone shoot Table I live?

13       A     I'm not sure.

14       Q     How about Table II?

15       A     I'm not sure.  It's a commander's discretion.

16   I mean, there is some flexibility in terms of what you

17   can do.  That's why it says MILES or live.

18          You know, I don't have firsthand knowledge of

19   what other Stryker Brigade commanders are doing, but

20   those specific gunnery tables -- again, this is

21   baseline stuff that our NCOs do.

22       Q     So who made the determination that it would be

23   acceptable to use MILES for Tables I through III?

24       A     Again, this is an Army doctrine-based briefing.

25       Q     So Army doctrine allows the use of MILES?

1    Q    If they were performing Table V with live fire

2    at KR-3, wouldn't they have to shut down the adjacent

3    ranges to other training due to surface danger zone?

4    A    Say that again.

5    Q    If they were training live fire Table V at

6    KR-3 --

7    A    Live fire Table V on KR-3?  Table V is a blank

8    fire.

9    Q    Oh, it's never done live fire?

10    A    No.  That's what I said.

11    Q    I'm sorry.

12    A    That's what I said.  Table V is a -- it can be

13    a -- if you have MILES available, it can be a MILES

14    blank fire table.  Otherwise, it's just a blank-fire

15    table.

16    Q    There's no live fire ever in Table V?

17    A    No.

18    Q    Bad example.  That's the source of our

19    confusion.  Let's take Table III.

20         MR. GETTE:  David, when you get a chance.

21         MR. HENKIN:  Oh, we can take a break now.

22    Sorry about that.  Just got caught up in the moment.

23         Off the record.

24              (Recess taken, 2:30 p.m. to 2:35 p.m.)

25    /////

1          (Deposition Exhibit 4 was marked.)

2    Q    Colonel Banach, could you please tell us what

3    we've had marked as Exhibit No. 4.

4    A    This is -- the document states "Annex H (MGS

5    Gunnery SOP)."

6    Q    Could you describe what that is.

7    A    It is the MGS gunnery SOP that we have put

8    together based on the doctrinal information that is

9    available from the armor center for the MGS, which is

10   an experimental new system for the Army, that we hope

11   to field to 4/2 pending the completion of their MGS

12   test, and then to all the subsequent Stryker Brigades.

13   Q    That subsequent fielding will take place if the

14   experiment is successful, correct?

15   A    I hope so, yes.

16   Q    And if it's unsuccessful?

17   A    I don't know.

18   Q    Specifically, do you know who prepared this

19   document?

20   A    Sergeant First Class Wussow.

21   Q    Did Sergeant First Class Wussow prepare this

22   document for your use and use of the 2nd Brigade?

23   A    Yes.  One of the interesting things that would

24   have been helpful with us here, but we did not do it,

25   is we had an opportunity to send Sergeant First Class

1    Q      Other than the 3rd Brigade, what other brigades
2    are there?

3    A      The Combat Aviation Brigade, the 45th
4    Sustainment Brigade.  Okay.

5    Q      So in terms of subsequent to October the 5th of
6    2006, have you participated in other, if I might term
7    them as official, conversations about alternatives of
8    training outside of Hawai'i?

9    A      I have --

10          MR. GETTE:  Objection.  Just vagueness with the
11    word "official".

12  BY MR. HENKIN:

13    Q      What I mean by official is not casual
14    conversations but Army meetings to discuss strategy or
15    options.

16    A      It did not occur, to my recollection, on 27
17    October.  And if I'm correct, if I've got this right,
18    that's the day the injunction took place, right?

19    Q      Correct.  I'm just saying any time during the
20    period from October 5th until the present, have you
21    participated in any meetings --

22    A      I'm going to walk you up through it so I get it
23    right in my mind.  Old age, you kind of lose some of
24    this.  So you've got to make connections, and I'll make
25    connecting with the litigation first.

1        It happened on the 27th.  We had one meeting on

2   the 27th.  It was a video teleconference to clearly

3   articulate the rules and for all of us to understand

4   what the litigation measures meant to us so we would be

5   in complete compliance.

6        I followed that up with another meeting in the

7   morning with my leaders to ensure that they understood

8   all the measures that were required so we would be in

9   complete compliance with what the court ruled.

10       After that, it was several days.  I don't even

11  know how many days it was into the next week,

12  Wednesday, Thursday, might even have been a Friday.  I

13  was down at U.S. Army Pacific headquarters, and I was

14  at another meeting.

15       The deputy commanding general, Major General

16  Brandenburg, told me to come into his office, and he

17  said:  Look, I need you to do a feasibility assessment

18  of what is possible in terms of the big muscle moves

19  for the brigade if we had to explore alternate courses

20  of action for training.

21       And the specific locations that he told me to

22  look at for planning were Fort Lewis and the Yakima

23  Training Center.  All right.

24       From that point forward, we did planning.

25  There were a couple of intermittent in-progress review

1    in-progress review briefings?  Who prepared the

2    information?

3        A      My staff.

4        Q      Who else is on your staff that participated on

5    this?

6        A      There's a whole hose of people.  Lieutenant

7    Colonel Diaz, my executive officer.  Major Eisner --

8        Q      I'm going to ask you to speak more slowly so

9    that I can get it down.  Would you start again, please.

10       A      Yes.  Lieutenant Colonel Diaz, my executive

11   officer.  Major Eisner, my S3.  Major Lieb, my S2.

12   Major Turner, my S4.  Major Fisher, my S6.  I mean,

13   those are the primary guys.

14              I mean, there were other people in the room,

15   but that essentially was the core, you know, planning

16   group that put together these feasibility assessments,

17   so.

18       Q      How many briefings did you conduct prior to the

19   November 20 hearing before Judge Ezra?

20       A      I want to say we probably did three, maybe

21   four.  But I think it was three.

22       Q      Did you have any PowerPoint presentation or

23   written material associated with those briefings?

24       A      Yes.

25       Q      Different one for each briefing?

1    A    They evolved.  When you say different one for
2    each briefing, I don't understand what you're talking
3    about.
4    Q    Was there a different -- well, let's start, was
5    there a PowerPoint presentation given at each briefing?
6    A    Yes.
7    Q    Do you still have copies of each of those three
8    or four PowerPoint presentations?
9    A    I'm not sure that we saved the originals as the
10   original briefings.  You know, we might have done this.
11   There were -- although we did three or four
12   different -- when you say -- and also I want to clarify
13   here.  When you say briefings, who are you talking in
14   terms of briefing?  To General Brandenburg?
15   Q    To whom did you give briefings?
16   A    Again, point of clarification.  Is this me
17   getting briefed, or is it General Brandenburg getting
18   briefed?
19   Q    You mentioned that there were in-progress
20   review briefings.  To whom were those given?
21   A    Okay.  The three or four briefings that I noted
22   were to General Brandenburg, and I think the USARPAC G3
23   was at some of those.  I can't recall how many he was
24   at.
25   Q    Who is that?

```
 1     A       Colonel Jeff Jarkowski.

 2     Q       Jeff with a J or G?

 3     A       J.

 4     Q       First focusing on the three or four briefings

 5   to Major General Brandenburg, was there a PowerPoint

 6   presentation done for each of those briefings?

 7     A       Yes.

 8     Q       Do you have copies of those three or four

 9   PowerPoint presentations?

10     A       I'm not sure that we kept the early iterations

11   of it because I think we may have saved over top of

12   those as our assessments became better.  I think we

13   might have overrode -- overwritten those and then saved

14   it as an as-of document.  I don't know.

15     Q       Who would have copies of those?

16     A       Either -- I think Major Eisner probably has

17   access to them.

18     Q       Anyone else?

19     A       He would be the most likely.  Captain Farina

20   who works for Major Eisner who was -- again, guys came

21   in and out of this process that were subordinate to the

22   majors that I addressed there.  They're just the staff

23   workers that do the mechanical, you know, scribing, so.

24             And again, that population varied.  You know, I

25   couldn't tell you with any degree of accuracy who was
```

1    kept?

2    A      It's the same as the answer I gave to General

3    Brandenburg.  I'm not sure we overwrote them and saved

4    them as the most current document or not.

5    Q      I'm going to hand you one document that was

6    provided yesterday by the Army and ask you if you

7    recognize this document.

8    A      This is the planning that I alluded to that I

9    gave to General Brandenburg.  It appears that this is

10   the latest form of the planning that we did for him.

11           MR. HENKIN:  If we could please have that

12   marked as Exhibit No. 5.

13                  (Deposition Exhibit 5 was marked.)

14   Q      So this is one of the sets, the latest set of

15   PowerPoint slides?

16   A      I believe it is, yes.  This looks pretty

17   complete.

18   Q      Do you have a sense of approximately on or

19   about what date this was prepared?

20   A      Like I said, it was sometime prior to when we

21   were at court with Judge Ezra.

22   Q      On November 20?

23   A      Right.  Sometime prior to that.

24   Q      Do you have a sense of whether that's days or

25   weeks?

```
 1      A      No longer than a week, I don't believe.

 2      Q      If you would please turn to page 2 labeled

 3   "Agenda", could you please describe what these three --

 4   is COA course of action?

 5      A      COA is course of action.

 6      Q      Could you please briefly describe what the

 7   three courses of action set forth on that page refer

 8   to.

 9      A      Course of Action 1 is train and transform at

10   Fort Lewis and Yakima Training Center.  And again, this

11   is pretrial.  So we were told to develop a course of

12   action that, you know, was expedited to allow us to

13   continue the momentum in our transformation.  So we

14   assumed that we'd be able to start November '06.

15           Then included for each one of the courses of

16   action were a mission statement should we be directed

17   to do this particular option, assumptions that would

18   absolutely have to be in place.  Otherwise, we're not

19   going anywhere.

20           So the assumptions were assuming that somebody,

21   i.e., the Department of the Army, would make these

22   facilities and resources available to us at a time that

23   allowed us to achieve and maintain our initial

24   operating capability on or about 1 November.

25           And that point was reinforced with me by
```

1    General Brown and General Brandenburg that for these to

2    be feasible, the resources would have to be made

3    available so that we maintain our IOC of 1 November so

4    we could be deployed shortly thereafter if the Army

5    asks us to with no delays.

6         The second course of action was Course of

7    Action 2, Stryker Brigade Combat Team to an Infantry

8    Brigade Combat Team.  Mission statement included in

9    there.  Again, assumptions and facts and then different

10   lines of operation that we would have to resynchronize.

11        Course of Action 3, train and transform at

12   Schofield Barracks and PTA, January '07/June '07.  The

13   only course of action that I fully support for reasons

14   I've mentioned.  Then with mission statement,

15   assumption of facts, and the different lines of

16   operation.

17        Then we added some preliminary funding data but

18   did not capture in this particular document -- but it

19   is captured in my harm statement, it is captured in the

20   interrogatory answers -- the most important cost

21   elements of this brigade, which are costs to the

22   family, cost to the soldiers, cost to the leaders, and

23   then the cost for reenlistment in the all-volunteer

24   Army force, which will all do more harm to this brigade

25   than funding availability.

1    brigade from Hawai'i over to Washington State?

2       A    Yes.

3       Q    To your knowledge, has anyone ever determined

4    whether that assumption could be realized?

5       A    No.

6       Q    No inquiries?

7       A    I mean, yes, I mean, nobody at my level.  And I

8    have no knowledge anybody at USARPAC -- and again, I

9    think that that's answered in interrogatory -- one of

10   the interrogatories.

11           I mean, nobody here that I know has made any

12   inquiries about moving this brigade off of Hawai'i

13   because they understand what I'm telling them in terms

14   of the impact.  General Brandenburg has got 33 years in

15   the Army.  He's been involved in Stryker from the

16   outset.  He understands that going down this road is

17   going to break this brigade, as does USARPAC G3.

18      Q    So is it then correct that no inquiries have

19   been made to see whether or not Fort Lewis can support

20   initial operating capacity or collective training time

21   line of the 2nd Brigade?

22      A    No --

23           MR. GETTE:  Objection.  I think that

24   inaccurately captures his testimony.

25           THE WITNESS:  Restate the question.

1              MR. HENKIN:  Could you please read back the

2      question.

3                    (Record read as follows:

4                    "So is it then correct that no inquiries

5                    have been made to see whether or not Fort

6                    Lewis can support initial operating

7                    capacity or collective training time line

8                    of the 2nd Brigade?")

9              THE WITNESS:  Inquiries to who specifically?

10     BY MR. HENKIN:

11        Q      Inquiries to Fort Lewis, Washington, to your

12     knowledge.

13        A      There have been none.

14        Q      You're certain?

15        A      I'm certain.

16        Q      The next line reads:  PM Stryker.  Do you see

17     that line?

18        A      Um-hum.

19        Q      Could you please interpret what PM Stryker can

20     execute 2/25 OPNET training at FLWA means?

21        A      It's an assumption that the program manager for

22     Stryker is capable of repositioning resources that

23     would facilitate the execution of our operational NET

24     training at Fort Lewis.

25        Q      Am I correct in understanding that there have

```
 1   particular course of action at this point.

 2            We're 7 December right now.  We're talking

 3   about starting training on 3 January when my soldiers

 4   get back off of block leave.  Okay.  So here we are.

 5            MR. HENKIN:  Why don't we take a brief break.

 6   Off the record, please.

 7                 (Recess taken, 4:40 p.m. to 4:50 p.m.)

 8   BY MR. HENKIN:

 9     Q     With respect to Course of Action 2,

10   transforming to an Interim Brigade Combat Team --

11     A     Infantry Brigade Combat Team.

12     Q     I'm sorry.  Infantry Brigade Combat Team.

13            Was there a decision made by Major General

14   Brandenburg with respect to Course of Action No. 2?

15     A     There are no decisions by anybody.

16     Q     What do you mean by that?

17     A     There are no decisions that have been made by

18   anybody with respect to this Stryker Brigade.  The only

19   thing that I have heard in a unanimous way is this

20   brigade will press ahead and will be trained and ready

21   to meet its IOC in November of 2007 as a Stryker

22   Brigade.

23     Q     Does that mean that there's been decision that

24   it will not become an Infantry Brigade Combat Team?

25     A     No.  There have been no -- again, there have
```

1   A      Well, the court made a decision to enjoin us on
2   the 27th by saying okay, I got your decision, your
3   Honor.  All right.  I got it, but we're going over
4   here.  We're just going to press on and do our training
5   over here.

6          We would have not ever had a chance to win the
7   court case here in Hawai'i if we had taken that
8   approach.  Okay.

9   Q      So is that what the next bullet under there is,
10  mitigate risk by waiting for 15 December?  Was that to
11  avoid that outcome?

12  A      It's designed not to offend the judicial
13  system.  We don't want to offend the judges.  I mean,
14  they have an opportunity to decide on our behalf
15  potentially.  Okay.  And again, it's now 18 December.
16  Okay.  In deference to the judge, we're going to wait
17  to see how he rules, and potentially he's going to rule
18  in our favor.  And we would like that.

19         But we in the Army -- and as I mentioned here
20  repeatedly -- are going to be in compliance, okay, and
21  that compliance covers a number of different areas.
22  Some are a little bit more overt than others, but
23  gaining the respect of the court is one of the things
24  that we're trying to do and all the things that we're
25  trying to do here in the Stryker Brigade.

1    A    No, none at all.  Like I said, I didn't know it
2    existed.

3    Q    Just one last question, I think.  At any time
4    have you inquired -- at any time have you sought to
5    conduct any of the Mobile Gun System training outside
6    of the state of Hawai'i?

7    A    I go back to what I said earlier about sending
8    my master gunner to Fort Lewis and realizing the
9    perception of anything that we would do that would lead
10   people to believe that we're trying to do something
11   outside of training.  I need to train this brigade in
12   Hawai'i, no other place.  So the answer is
13   categorically no.

14         MR. HENKIN:  I have no further questions.

15         MR. GETTE:  We will read and sign as
16   appropriate.

17              (Deposition concluded at 5:17 p.m.)

18

19

20

21

22

23

24

25

```
 1    STATE OF HAWAI'I                    )
                                          ) SS.
 2    CITY AND COUNTY OF HONOLULU         )

 3

 4          I, CARI VALLO, CSR No. 252, a Notary Public in
      and for the State of Hawai'i, do hereby certify:

 5

 6          That on Thursday, December 7, 2006, at 9:09
      a.m., appeared before me COLONEL STEFAN J. BANACH, the
 7    witness whose testimony is contained herein; that prior
      to being examined, the witness was duly sworn or
 8    affirmed; that the proceedings were taken in
      computerized machine shorthand by me and were
 9    thereafter reduced to print under my supervision; that
      the foregoing represents, to the best of my ability, a
10    correct transcript of the proceedings had in the
      foregoing matter;

11          That, if applicable, the witness was notified
      through counsel, by mail, or by telephone to appear and
12    sign; that if the transcript is not signed, either the
      reading and signing were waived by the witness and all
13    parties or the witness has failed to appear and the
      original is therefore kept on file without signature
14    pursuant to Court rules;

15          That pursuant to HRCP 30(f)(1), the original
16    will be forwarded to noticing counsel for retention,
      unless otherwise agreed to by all counsel.

17

18          I further certify that I am not counsel for any
      of the parties hereto nor in any way interested in the
19    outcome of the cause named in the caption.

20          Dated this 11th day of December, 2006, in
21    Honolulu, Hawai'i.

22

23    _____
      Notary Public, State of Hawai'i
24    My Commission expires:  November 6, 2008
      CARI VALLO, CSR No. 252, RPR
25
```





# Long Range Training Calendar



# 2d SBCT
# Long Range Training Calendar



**2**

The page contains a rotated landscape training calendar titled "2d SBCT Long Range Training Calendar."

| | 4th Quarter 2006 | | | 1th Quarter 2006 | | | 2nd Quarter 2007 | | | 3rd Quarter 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July | August | September | October | November | December | January | February | March | April | May | |

**2006-2007 PTA Rotations:**
- 1-21 Mortar PLT PTA 9-17 AUG 06
- 2-11 PTA 01-27 OCT 06
- 1-21 PTA 27 NOV- 10 DEC 06
- 1-27 PTA 15-28 JAN 07
- 5-14 PTA 12-26 FEB 07
- 2-11 PTA 27 FEB-21 MAR 07 EXCALIBER
- 1-21 PTA 29 MAR- 16 APR 07
- 1-14 PTA 24 APR – 7 MAY 07
- 1-27 PTA 7-21 MAY 07

**Unit Tasks:**
- EIB PREP
- EIB
- 1-21 SB CO STX 30 OCT- 04 NOV
- 1-27 SB CO STX 6-17 NOV
- Block Leave
- 5-14 SB CO STX 8-26 JAN
- 1-21 SB CO STX 22 FEB- 12 MAR
- A/1-14 IN CO STX 10-19 FEB
- B/1-14 CO STX 12-26 MAR
- A/1-27 SB CO STX 9-22 APR
- C/1-14 CO STX 02-15 APR
- 2/A/1-14 IN OEF-P SUPPORT
- 1/B/1-21 IN OEF-P SUPPORT
- X/1-21 IN OEF-P SUPPORT
- 16 OCT 06
- 16 FEB 07
- 15 MAY 07
- STORM (RWS), OPNET/RESET
- 1-21 IN, 225 BSB COC 30 MAY 07
- 1-14 IN, 2-11 FA COC 31 MAY 07
- MGS GUNNERY MAY-JUN
- WFX PREP

**OPNET/ CPP/TOC NET:**
- 1-21 IN STRYKER OPNET
- 5-14 CAV STRYKER OPNET
- 2-11 FA M777 OPNET
- 1-27 IN STRYKER OPNET
- BDE HQ CPP/TOCNET
- BSB, CPP/TOCNET
- 2-11, CPP/TOCNET
- 5-14, CPP/TOCNET
- 1-14 IN STRYKER OPNET
- 1-14, CPP/TOCNET
- 1-27, CPP/TOCNET
- 1-21, CPP/TOCNET

**2**



# 2d SBCT
## Long Range Training Calendar

- NTC available during September 2007 (T)
- Initial coordination has been made with NTC planning team and COG
- PRE-NTC SBCT TF Training Exercise Mission Letter sent from USARPAC to FORSCOM
  - (15 JULY 2006)
- NTC fully supports the 2nd SBCT PRE-NTC TF Training concept





# STRYKER BRIGADE RETROFIT PLAN

As of 15 Nov 06



EXHIBIT

3

Col. S. Baruch
4/7/06   CV

PENGAD 800-631-0989

# ANNEX F (2-25 SBCT STRYKER GUNNERY PROGRAM)

# 2/25 SBCT Stryker Gunnery Program

# Preliminary Gunnery

- Basic Instruction
- Stryker Crew Gunnery Training
- Hands-on Training

# Preliminary Gunnery

- Commanders conduct this training **year-round** at the home station.
- Units should strive to **cross-train** all Soldiers in vehicle tasks for redundancy.

**Basic Instruction:**

- **Classroom Subjects** for individual crewmembers (these tasks are trained at the **company** level):

  - Stryker range card. (from FM 3-22.3 Chap. 9)
  - Weapons system functions. (TM 9-2320-311-10-2)
  - Boresight and zero procedures. **(from** FM 3-22.3 Appendix D)
  - Target acquisition and range determination. (from FM 3-22.3 Chap. 6)
  - Combat vehicle identification. (Recognition of Combat Vehicles (ROC-V))
  - Fire commands. (from FM 3-22.3 Chap. 6)
  - Methods of engagement. (from FM 3-22.3 Chap. 6)
  - Engagement techniques. (from FM 3-22.3 Chap. 6)
  - Digital range card, FBCB2 training, and C4ISR technology instruction. (Applicable TMs)

  - The **VC** is also trained on—
    - Performing PMCS on the weapons.
    - Manipulating the RWS.
    - Performing immediate action, uploading, downloading, disassembling, assembling and clearing on the weapon systems.
    - Boresighting the weapons systems.

  - The **driver** is trained on—
    - Performing all PMCS on the hull.
    - Performing offensive and defensive driving techniques.

3

# Stryker Crew Gunnery Training

- **Stryker Crew Gunnery Training:**
  - <u>Classroom instruction</u> on the following crew gunnery subjects must also be understood before crewmen can progress to hands-on vehicle systems training:
    - Organization of Gunnery Training (from FM 3-22.3 Chap. 9)
    - Gunnery exercises and standards (from FM 3-22.3 Chap. 9)
    - Training Devices (from FM 3-22.3 Chap. 4; TSC can arrange training on MILES)
    - Direct Fire Adjustment (from FM 3-22.3 Chap. 9)
    - Embedded Trainer (manual yet to be published, software upgrade impending)
  - <u>Crews</u> must achieve proficiency engaging—
    - Targets using manual controls. (from FM 3-22.3 Chap. 9)
    - Moving targets from a stationary Stryker. (from FM 3-22.3 Chap. 6)
    - Multiple targets. (from FM 3-22.3 Chap. 6)
    - Targets in an NBC environment. (from FM 3-22.3 Chap. 6)
    - Targets at night. (from FM 3-22.3 Chap. 6)
    - Targets under digital conditions (crew utilizes FBCB2 to receive and send digital SITREP to execute engagement without voice communications).

4

# Digital Training

- RWS Embedded trainer (ET)
  - VCs should conduct a minimum of two hours per week.
  - Alternate VCs and or Squad leaders should conduct a minimum of four hours a month.
  - The remaining squad members should be allowed to train and use the RWS ET at least monthly.
  - *Future software upgrades to the ETSS may change standards.
- MC-B
  - Crewmembers should conduct a minimum of 6 hours per quarter in the EST 2000 on the M240B.
- ATGM
  - Crewmembers should conduct a minimum of 6 hours per quarter in the EST 2000 on the M240B.
  - Crews should conduct monthly training using both the Field Tactical Trainer (FTT) and the Basic Skills Trainer (BST).

5

# Training Requirements for Live Fire

## PERSONNEL

## REQUIREMENTS

**All Individuals:** Qualify with their assigned weapon within three months before collective live fire exercises.

**VC and alternate crew members:**

Successfully complete the Stryker gunnery skills test (SGST) within three months before Stryker-mounted live-fire.

**Squads:** Qualify on all crew-served weapons and equipment.

**Crews:** Pass the SGST.

**Stryker gunnery skills test evaluators:**

SGST evaluators must successfully complete the SGST within one year of evaluating SGST. Must also achieve a "GO" on test station within one month before they evaluate.

**Stryker crew evaluators:**

Certify or recertify IAW the Stryker Crew Evaluator certification program in the three months before any live-fire exercise.

6

# Stryker Gunnery Skill Test

- The Stryker gunnery skills test (SGST) is an evaluation tool used to determine unit training level readiness for live-fire gunnery. It is designed to evaluate crew member task proficiencies corresponding to gunnery-related skills

- Commanders may add to, but not delete from, tasks on the skills test (FM 3-22.3 appendix B lists possible drills). Crew members are required to receive a "GO" on the skills test for their assigned weapon system. Soldiers failing to meet standards will not be allowed to conduct live-fire exercises.

- At a minimum, the SGST must be administered:
  – Semi-annually.
  – When crew members (other than driver) have changed positions.
  – Before Stryker qualification, unless qualified within the past six months in current vehicle positions.

- **Note.** Cross-training on all weapon systems is recommended if time and resources are available.

7

# Basic Gunnery

- Stryker Crew Device Training (ST I, II)
- Stryker Crew Practice (ST III)
- Stryker Crew Qualification Course (ST IV)
- Squad STX

# Basic Gunnery

Basic gunnery provides device-based or live-fire training for collective **crew** tasks on vehicles. These tables are conducted in local training areas or ranges using live ammo, **MILES**, or the embedded trainer. Basic gunnery consists of the following:

- The **VC** is trained on—
  - Controlling the crew, vehicle, and weapons systems. (from FM 3-22.3 Chap. 6)
  - Laying the weapons systems on targets. (from FM 3-22.3 Chap. 6)
  - Boresighting weapon systems. (from FM 3-22.3 Appendix D)
  - Engaging targets with training devices (MILES/Embedded Trainer).

- The **driver** is trained on—
  - Performing movement to an alternate position. (CO/PLT SOP)
  - Applying proper driving techniques. (TM 9-2320-311-10-2)

- The **crew** is trained on—
  - MC-B and ATGM crew should fire M240B dismounted prior to gunnery tables.
    - These crews can fire STI dismounted
  - Installing and removing training devices.
  - Operating as a crew in a gunnery range environment. (FM 3-22.3)
  - Cross training VCs and drivers. (FM 3-22.3 and TM 9-2320-311-10-2)
  - Crew drills (FM 3-22.2 appendix B).
  - Stryker practice and qualification combat tables. (BDE SOP and FM 3-22.3)

9

# Basic Gunnery

## GUIDELINES:

• Evaluators rate all engagements and exercises as either T (trained), P (needs practice) or U (untrained).

• All defensive engagements should start with the firing vehicle in defilade.

• Stryker variants with the Force XXI Battle Command Brigade and Below (FBCB2) will fire one day and one night engagement under **digital conditions.**

• Stryker exposure time matrixes in FM 3-22.3 Chapter 8 prescribe total target-exposure times.

• When the target array consists of more than one target, simultaneous target exposure is used.

• If moving targets are unavailable, a stationary frontal target of the same type at the same range is used.

• Stryker tables I-III may be fired using <u>MILES</u> or live if ammunition is available.

• Stryker table IV must be fired using live ammunition on full scale targets.

10

# Stryker Crew Device Training
## (ST I, II)

- Stryker crew practice, requires the Stryker crew to conduct defensive engagements with MILES or live ammunition.

  - **Task.** Engage and destroy stationary and moving targets from a stationary Stryker, day and night.

  - **Conditions.** Given a Stryker using the .50 Cal, MK19, or M240B machine gun, authorized allocation of ammunition (if available), suitable range with targets, day and night.

  - **Standards.** The crew must achieve a minimum P rating on 7 of 10 engagements, with 1 of the 7 being an NBC engagement, and 2 of the 7 being night engagements.

*Note* - Task, conditions, and standards are the same for ST I and II, only the targets and conditions change.

11

# Stryker Crew Device Training (STI)

Stryker Crew Device Training STI

| TASK # | CONDITION | RECOMMENDED | | AMMO | | | MATRIX |
| | | TARGET | TARGET POSTURE | .50CAL | MK-19 | M240B | CONDITION |
|---|---|---|---|---|---|---|---|
| | | DAY ENGAGEMENTS | | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 1 | NORMAL | TRUCK | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 2 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 3 | NORMAL | TRUCK | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 4 | NBC | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| 5 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| | | NIGHT ENGAGEMENTS | | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 6 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 7 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 8 | NBC | TRUCK | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| 9 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 10 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| | AMMUNITION TOTALS | | | 280 RDS | 104 RDS | 378 RDS | |

12

# Stryker Crew Device Training (ST I)

- Resources available for conducting ST I:

  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) With limits <u>Link</u>
    - PTA
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8A** (M2)
      - **Range 8B** (Mk 19, Max range 1500)
    - Evaluating other ranges for use as well.

  - Ammo:
    - Cal. 50
      - (A557) 280 rounds per crew
      - (A598) 280 rounds per crew (blanks for MILES) severe shortage of BFAs.
    - MK 19
      - (B584) 104 rounds per crew
      - TESS for MILES
    - M240 MC-B/ATGM
      - (A131) 378 rounds per crew
      - (A111) 378 rounds per crew (blanks for MILES)

  - Additional resources:
    - **MILES** kits for associated weapons from TSC
    - Laser target interface device (LTID) from TSC

13

# Stryker Crew Device Training (ST II)

## Stryker Crew Device Training (ST II)

| TASK # | CONDITION | RECOMMENDED | | AMMO | | | MATRIX |
|---|---|---|---|---|---|---|---|
| | | TARGET | TARGET POSTURE | .50CAL | MK-19 | M240B | CONDITION |
| | | | *DAY ENGAGEMENTS* | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 1 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 2 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 3 | NBC | TROOP/TRUCK | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| 4 | NORMAL | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | ATGM TEAM | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 5 | MANUAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| | | | *NIGHT ENGAGEMENTS* | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 6 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 7 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 8 | NORMAL | WINDOW | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 9 | NORMAL | ATGM TEAM | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 10 | NBC | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| | AMMUNITION TOTALS | | | 301 RDS | 112 RDS | 405 RDS | 14 |

# Stryker Crew Device Training (ST II)

- Resources available for conducting ST II:
  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) With limits <u>Link</u>
    - PTA
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8B** (MK 19, Max range 1500)
      - Evaluating other ranges for use as well.
  - Ammo:
    - Cal. 50
      - (A557) 301 rounds per crew
      - (A598) 301 rounds per crew (blanks for MILES) severe shortage of BFAs.
    - MK 19
      - (B584) 112 rounds per crew
      - TESS for MILES
    - M240 MC–B/ATGM
      - (A131) 405 rounds per crew
      - (A111) 405 rounds per crew (blanks for MILES)
  - Additional resources:
    - **MILES** kits for associated weapons from TSC
    - Laser target interface device (LTID) for targets from TSC

15

# Stryker Crew Practice (ST III)

- This table determines the proficiency of the crew prior to executing mounted live fire gunnery qualifications.

- Crews engage moving and stationary targets from a stationary Stryker. ST III consists of four day engagements and four night engagements.

- Strykers equipped with FBCB2 are evaluated on their use of digital communication systems to send spot reports and situation reports.

  – **Task.** Engage and destroy stationary and moving targets from a stationary Stryker, day and night.

  – **Conditions.** Given a Stryker, authorized allocation of ammunition, suitable live-fire range with targets, day and night.

  – **Standards.** The crew must achieve a minimum P rating on six of eight engagements with one of the six being an NBC engagement, and two of the six being night engagements.

16

# Stryker Crew Practice (ST III)

**Stryker Crew Practice ST III**

| TASK # | CONDITION | RECOMMENDED | | AMMO | | | MATRIX |
|---|---|---|---|---|---|---|---|
| | | TARGET | TARGET POSTURE | .50CAL | MK-19 | M240B | CONDITION |
| | | **DAY ENGAGEMENTS** | | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 1 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 2 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 3 | NBC | TROOP/TRENCH | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| 4 | MANUAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| | | **NIGHT ENGAGEMENTS** | | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 5 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 6 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 7 | NORMAL | WINDOW | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 8 | NBC | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| | AMMUNITION TOTALS | | | 238 RDS | 88 RDS | 324 RDS | |

17

# Stryker Crew Practice (ST III)

- Resources available for conducting ST III:
  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) With limits <u>Link</u>
    - PTA
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8B** (MK 19, Max range 1500)
    - Evaluating other ranges for use as well.
  - Ammo:
    - Cal. 50
      - (A557) 238 rounds per crew
      - (A598) 238 rounds per crew (blanks for MILES) severe shortage of BFAs.
    - MK 19
      - (B584) 88 rounds per crew
      - TESS for MILES
    - M240 MC-B/ATGM
      - (A131) 324 rounds per crew
      - (A111) 324 rounds per crew (blanks for MILES)
  - Additional resources:
    - <u>MILES</u> kits for associated weapons from TSC
    - Laser target interface device (LTID) from TSC

18

# Stryker Crew Qualification Course (ST IV)

- Crew Qualification is a single-vehicle qualification table that evaluates the crew on the entire engagement process in various conditions.

- Crews may receive a range orientation of the downrange area and limit markers, but no targets can be presented. The range briefing does not contain task sequences or describe where the squads will fire particular tasks.

  – **Task**. Engage and destroy stationary and moving targets from a stationary Stryker, day and night.

  – **Conditions**. Given a Stryker, authorized allocation of ammunition, suitable live-fire range with targets, day and night.

  – **Standards**. The crew receives a Distinguished, Superior, or Qualified rating based on the criteria in FM 3-22.3, chapter 8.

19

# Stryker Crew Qualification Course (ST IV)

Stryker Crew Qualification Practice ST IV

| TASK # | CONDITION | RECOMMENDED | | AMMO | | | MATRIX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | TARGET | TARGET POSTURE | .50CAL | MK-19 | M240B | CONDITION |
| | | | DAY ENGAGEMENTS | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 1 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 2 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 3 | NBC | TROOP/TRUCK | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| 4 | NORMAL | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | AT GM TEAM | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 5 | MANUAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| | | | NIGHT ENGAGEMENTS | | | | |
| 0 | NORMAL | ZERO | STATIONARY | 14 RDS | 4 RDS | 27 RDS | NORMAL |
| 6 | NORMAL | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 7 | NORMAL | TROOPS | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 8 | NORMAL | WINDOW | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| 9 | NORMAL | AT GM TEAM | STATIONARY | 21 RDS | 8 RDS | 27 RDS | NORMAL |
| | | TRUCK | MOVING | 21 RDS | 8 RDS | 27 RDS | 1 |
| 10 | NBC | BUNKER | STATIONARY | 21 RDS | 8 RDS | 27 RDS | 1 |
| | AMMUNITION TOTALS | | | 322 RDS | 120 RDS | 432 RDS | |

# Stryker Crew Qualification Course (ST IV)

- Resources available for conducting ST IV:
  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) With limits <u>Link</u>
    - PTA
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8B** (MK 19, Max range 1500)
    - Evaluating other ranges for use as well.
  - Ammo:
    - Cal. 50
      - (A557) 322 rounds per crew
    - MK 19
      - (B584) 120 rounds per crew
    - M240 MC-B/ATGM
      - (A131) 432 rounds per crew
    - Additional resources:

21

# Squad STX

- Company commanders select tasks for training and evaluation from associated publications.

- Trains squads and crews in tactical tasks prior to LFX.

- **Guidelines**:

  - Collective task standards in the MTP are used for evaluations.

  - Units should integrate CS and CSS into the exercises and perform applicable tasks. These can include Class I, III, and V supply, and casualty evacuation tasks. Combat lifesavers participate in casualty evacuation (CASEVAC).

  - Squad and platoon SOPs supplement the evaluation.

  - The unit conducts AARs at the end of each day and night phase.

# Advanced Gunnery

- Rifle Squad Live Fire (ST V)
- Infantry Platoon Practice (ST VI)
- Infantry Platoon Qualification (ST VII)

# Advanced Gunnery

- Infantry platoon live-fire trains and evaluates how well platoons integrate vehicle and rifle Infantry squads with the skills of distributing and controlling fire.

- Platoons perform tactical collective tasks with integrated live-fire in all conditions with all platoon organic weapons.

- Platoon gunnery consists of Platoon STX, and squad and Platoon LFX.

- These events are evaluated two levels above the element conducting the exercise.

24

# Rifle Squad LFX (ST V)

- This table requires the squad to integrate with a Stryker and conduct engagements with live ammunition.

- The table is designed to train the squad and Stryker to maneuver and engage targets during daylight and darkness.

- Commanders determine seven collective tasks to be executed with **32** squad targets and incorporates **5** vehicle targets.

- Tasks, conditions, and standards are developed from ARTEPs
- Guidelines:
  - Collective task standards in the MTP are used for evaluations.
  - Units should integrate CS and CSS into the exercises and perform applicable tasks. These can include Class I, III, and V supply, and casualty evacuation tasks. Combat lifesavers participate in casualty evacuation (CASEVAC).
  - Squad and platoon SOPs supplement the evaluation.
  - The unit conducts AARs at the end of each day and night phase.

25

26

# Rifle Squad LFX (ST V)

- Resources available for conducting ST V:
  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) Link
    - PTA (Not all ranges are dismount friendly. Lava type)
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8A** (M2, max range 1400m)
      - **Range 8B** (MK 19, Max range 1500)
    - Evaluating other ranges for use as well.
  - Ammo:
    - Cal. 50
      - Not in STRAC yet
    - MK 19
      - Not in STRAC yet
    - M240 MC-B/ATGM
      - Not in STRAC yet
  - Additional resources:

# ST V Infantry Platoon Practice

- Prepares the Platoon for qualification. It is the first table in which dismounted Infantry and Strykers conduct live-fire at the platoon level. The objective is to practice integrated dismounted Infantry and Stryker coordination to form a platoon collective effort.

- The platoon should practice fire control and distribution techniques they will use during qualification.

- Exercise development, standards, evaluation, ammunition, and target considerations are the same as for platoon qualification.

- This table is resourced for full-caliber ammunition. Training devices such as MILES may be used if ammunition or range constraints prohibit live-fire execution.

- Based on tasks and incorporation of threat template, commanders determine requirements for the 128 squad targets, 20 vehicles, and a single Javelin target.

# ST V Infantry Platoon Practice

- Evaluates a platoon's ability to execute collective tasks in a tactical live-fire environment. Mounted and dismounted Infantry are integrated and evaluated on their ability to fight as a cohesive Stryker platoon. This is the focus of Stryker gunnery.

- The Platoon must meet all prerequisites:
  - –All squad members must qualify on their individual weapons (M16/M4, M203, M240B, and M249) within the previous six months.
  - –All squads must complete a squad live-fire exercise to ARTEP standards within the previous six months.
  - –VCs and platoon alternate crew members must successfully complete the Stryker gunnery skills test within the three months before Stryker mounted live-fire.
  - –All crews that fire live rounds must qualify (as a crew) within the previous six months.
  - –Platoons maintain their platoon integrity.

- Stryker platoon qualification can be conducted as live-fire, using full caliber ammunition or device based (MILES).

- The unit must follow:
  - – Scenario development **guidelines.**
  - – Ammunition and target guidelines.
  - – Standards, scoring, and evaluation procedures. (IAW FM 3-22.3, ARTEPs, and MTPs)

28

29

# Rifle Platoon LFX (ST VI)

- Resources available for conducting ST V:
  - Land:
    - SB
      - **KR3** (M2 only, max range 1350, hard targets and SITS only)
      - **QTR1** (Mk 19 and M2, max range 1500) <u>Link</u>
    - PTA
      - **Rng 8** (M2 Only, max range 1000m)
      - **Range 8B** (MK 19, Max range 1500)
      - Evaluating other ranges for use as well.
  - Ammo:
    - Cal. 50
      - Not in STRAC yet
    - MK 19
      - Not in STRAC yet
    - M240 MC-B/ATGM
      - Not in STRAC yet
  - Additional resources:

# ST VI Infantry Platoon Qualification

- Evaluates a platoon's ability to execute collective tasks in a tactical live-fire environment. Mounted and dismounted Infantry are integrated and evaluated on their ability to fight as a cohesive Stryker platoon. This is the focus of Stryker gunnery.

- The Platoon must meet all prerequisites:

  – All squad members must qualify on their individual weapons (M16/M4, M203, M240B, and M249) within the previous six months.

  – All squads must complete a squad live-fire exercise to ARTEP standards within the previous six months.

  – VCs and platoon alternate crew members must successfully complete the Stryker gunnery skills test within the three months before Stryker mounted live-fire.

  – All crews that fire live rounds must qualify (as a crew) within the previous six months.

  – Platoons maintain their platoon integrity.

- Stryker platoon qualification must be conducted as live-fire, using full caliber ammunition.

- The unit must follow:
  – Scenario development guidelines.
  – Ammunition and target guidelines.
  – Standards, scoring, and evaluation procedures. (IAW FM 3-22.3, ARTEPs, and MTPs)

30

## STRYKER AMMO REQUIREMENTS PRE-NET/NET

AS OF 31 July 06

| VARIANT | WEAPON | PRE-NET W/O EST | PRE-NET W/EST | SYSTEMS | 2X SOLDIERS | MINIMUM ROUNDS | NET RNDS | SOLIDERS | ROUNDS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICV | .50 CAL | 416 | 362 | 73 | 146 | 52852 | 322 | 146 | 47012 | .50 CAL |
| CV | | | | 24 | 48 | 17376 | 322 | 48 | 15456 | |
| ESV | | | | 9 | 18 | 6516 | 322 | 18 | 5796 | |
| FSV | | | | 13 | 26 | 9412 | 322 | 26 | 8372 | |
| NBC-RV | | | | 3 | 6 | 2172 | 322 | 6 | 1932 | |
| RV | | | | 27 | 54 | 19548 | 450 | 54 | 24300 | .50 CAL |
| MGS | | | | | | 0 | 485 | 27 | 13095 | TOTAL |
| | | | | | | 107876 | | | 115963 | 223839 |
| | | | | | | | | | | |
| | MK19 | 48 | 64 | | | | | | | MK 19 |
| ICV | | | | 54 | 108 | 5184 | 176 | 108 | 19008 | |
| RV | | | | 24 | 48 | 2304 | 184 | 48 | 8832 | TOTAL |
| | | | | | | 7488 | | | 27840 | 35328 |
| | | | | | | | | | | |
| | M240B | 608 | 494 | | | | | | | |
| MC-B | | | | 36 | 72 | 35568 | 542 | 72 | 39024 | |
| ATGM | | | | 9 | 18 | 8892 | 542 | 18 | 9756 | |
| MGS | | | | | | 0 | 1700 | 27 | 45900 | 7.62 4/1 TOTAL |
| | | | | | | 44460 | | | 94680 | 139140 |
| | | | | | | | | | | |
| | | | | SYSTEMS | | PRE-NET | SYSTEMS | | | 120MM |
| | 120MM | 0 | 0 | 36 | | 0 | 36 | | | TOTAL |
| MC-B | | | | | | | 20 | | 720 | 720 |
| | | | | | | | | | | |
| | 105MM | 0 | 0 | | | | | | | 105MM TOTALS |
| MGS | SABOT | | | 27 | | 0 | 11 | 27 | 297 | 297 |
| | HEAT | | | 27 | | 0 | 24 | 27 | 648 | 648 |
| | HEP | | | 27 | | 0 | 17 | 27 | 459 | 459 |
| | CANISTER | | | 27 | | 0 | 10 | 27 | 270 | 270 |
| | | | | | | | | | | 1674 |

NOTE: 120MM Rounds do not have to be HE, they can be various types of rounds
There are no Pre-NET round requirements for MGS and the 120MM Mortar
Hoffman devices will not be required for NET
MK 19 Rounds will be TPT only, no HE willl be fired

# Six Month Training Timeline Example



Stryker Gunnery Milestones and Training Calendar Example

Note: All individual, crew, and squads must be qualified six months prior to collective live fire event.
The CGST must be completed 3 months prior to the first crew level live fire event.

Prerequisite

Basic Gunnery

Preliminary Gunnery

Advanced Gunnery

31

# Contingency Planning



# Agenda

- COA 1: Train and Transform at FLWA and YTC (NOV 2006 – JUN 2007)
  - Mission Statement
  - Assumptions / Facts
  - Lines of Operation

- COA 2: SBCT to IBCT
  - Mission Statement
  - Assumptions / Facts
  - Lines of Operation

- COA 3: Train and Transform at SB and PTA (JAN 07 – JUN 07)
  - Mission Statement
  - Assumptions / Facts
  - Lines of Operation

- Funding
- Decision Points
- Way Ahead

2

# COA 1

## (Train and Transform at FLWA and YTC)

## (November 2006 – June 2007)

4

# COA 1: Mission Statement

When directed, 2nd SBCT transforms and trains at Schofield Barracks (SB) & Pohakoloa Training Area (PTA), Fort Lewis (FLWA), and Yakima Training Center (YTC) from November 2006 – June 2007 in order to achieve IOC NLT 01 November 2007.

# COA 1: Train and Transform at FLWA/YTC (November 2006 – June 2007)

## Assumptions

- Assets will be available to reposition the SBCT fleet to FLWA (air - pax/ sea – Strykers, and unit equipment).
- Revised 2-25 OPNET/FLMNET at FLWA will support 2-25 IOC/collective training timeline.
  - Common variant OPNET complete o/a 30 Jun 07.
  - MGS and MC-B complete o/a July 07.
- PM Stryker can execute 2-25 OPNET training at FLWA.
- EAB support at FLWA is available to support collective training at YTC.

## Facts

- 2nd SBCT will be able to conduct "Light Infantry", Artillery, logistical support operations, and Command and Control Training (SB & PTA).
- BDE will accommodate longer work weeks (while deployed) if required to maintain IOC timeline. (e.g.: MGS: 6 day/week OPNET, 7 day/week Gunnery)
- CPP/TOCNET and other non Stryker related NETs will be completed on island as planned or modified as required.
- Maximum OPNET throughput is 64 variants per month.

5

# COA 1: Train and Transform at FLWA and YTC (November 2006 – June 2007)

READY TO DEPLOY

- SMALL UNIT BATTLE DRILLS
- BRIGADE DIGITAL CPX

MARKSMANSHIP
MEDICAL TRAINING

BLOCK LEAVE

SERVICES

NTC 08-01 (CERTEX)

SBCT FTX (NTC)

COIN MTT & LTP

BLOCK LEAVE

WFX

|COL|CORPS EAB SUPPORT

BLOCK LEAVE

| LOOs | 1st Quarter FY07 | | | 2nd Quarter FY07 | | | 3rd Quarter FY07 | | | 4th Quarter FY07 | | | 1st Quarter FY08 | | | 2nd Quarter FY08 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| 2nd SBCT | | | | | | | | | | | | | | | | | | |
| C2 | | | | | | | | | | | | | | | | | | |
| OPTEMPO | | | | | | | | | | | | | | | | | | |
| Material | | | | | | | | | | | | | | | | | | |
| Logistics | | | | | | | | | | | | | | | | | | |
| Training 1-14IN | | | | | | | | | | | | | | | | | | |
| 1-21IN | | | | | | | | | | | | | | | | | | |
| 1-27IN | | | | | | | | | | | | | | | | | | |
| 5-14 CAV | | | | | | | | | | | | | | | | | | |
| 2-11 FAR | | | | | | | | | | | | | | | | | | |
| 225 BSB | | | | | | | | | | | | | | | | | | |

INJUNCTION NOTIFICATION

IOC

SBCT COC 26 JUL

5-14 COC 01 JUN
1-14, 2-11 COC 31 MAY
1-21, 225 COC 30 MAY
CPOF FIELDING

1-31 CPP/TOC
2-41 CPP/TOC
BSB CPP/TOC
HHC CPP/TOC
5-14 CPP/TOC

- COA 1: 26 days (OPNET) + 30 days (BN FTX) + 37 days (CERTEX/ NTC) = 122 days
- Current Plan: 20 days (BN FTX/ PTA) + 30 days (BDE FTX/ NTC) + 37 days (CERTEX/ NTC) = 87 days

9

COA 1: Train and Transform at FLWA and YTC (MICRO View) (November 2006 – June 2007)

8

# COA 1A
## (MICRO View)

### (Train and Transform at FLWA/ YTC)
### (January 2007 – June 2007)

# COA 1A: Train and Transform at FLWA and YTC (MICRO View) (January 2007 – June 2007)

10

# COA 2

# (SBCT to IBCT)

11

# COA 2: Mission Statement

When directed, 2nd SBCT transforms to an IBCT and trains at Schofield Barracks & PTA to achieve IOC O/A April 2008.

# COA 2: SBCT to IBCT

## Assumptions

- Personnel assigned to SBCT can remain on assignment to IBCT.

- DA will change CTC (WFX, LTP, CERTEX) resources to fit COA timeline.

## Facts

- Current DA equipping standard for IBCT is to FFR. (90% fill for 80 key LINs)

- Alternate training location is not required to transform to IBCT.

12



# COA 2: SBCT to IBCT

# COA 3

## (Train and Transform at SB and PTA)

## (January 2007 – June 2007)

# COA 3: Mission Statement

**When directed, 2nd SBCT continues transformation and training at Schofield Barracks and PTA from January 2007 to June 2007.**

# COA 3: Train and Transform at SB and PTA (January 2007 – June 2007)

## Assumptions

- OPNET will be conducted on a 5 day work week at Schofield Barracks.

- Will resume OPNET within 48 hours of notification of a favorable District Court decision and adjust the schedule as required.

- All PTA rotations will be conducted as planned from January 2007 - May 2007.

## Facts

- Maximum OPNET throughput is 64 variants per month.

- Able to train 1 x Infantry Battalion and 1 x Field Artillery Battalion (2-11 FAR) Excalibur LFX at PTA.

COA 3: Train and Transform at SB and PTA (MICRO View)
(January 2007 – June 2007)

18

# Funding

# Funding

## OPNET & Collective Training

| Item | PTA & SB (No Change to current FY07 Calendar) | FLWA & YTC (COA 1 and COA 1A) |
|---|---|---|
| | Cost(k) | Cost(k) |
| Collective training | $3,200 | $7,200 |
| GDLS/PM Stryker Costs | $8,500 | $5,200 |
| Stryker Transportation Cost | $3,100 | $3,100 |
| Installation and Life Support Costs | $270 | $350 |
| TOTAL | $15,070 | $15,850 |

COA 1: Additional Cost
$780k

## NTC Cost Estimate

| Item | PTA & SB (No Change to current FY07 Calendar) | FLWA & YTC (COA 1 and COA 1A) |
|---|---|---|
| | Cost(k) | Cost(k) |
| Ship Fleet | $13,000 | $11,500 |
| Move Pax (Worst Case) | $6,750 | $6,750 |
| Costs at NTC | $6,000 | $6,000 |
| TOTAL | $25,750 | $24,250 |

COA 1: Cost Saving
$1.5m

** No additional costs for COA 2 or COA 3

*All costs are above FY07 Annual Funding Plan

19

20

# Decision Points

# Decision Support Matrix

| DP | What | When | Conditions | Actions Required | Risk |
|---|---|---|---|---|---|
| ⭐ 1 | Execute COA 1: Train & Transform at FLWA / YTC [Nov 06 – Jun 07] | 15 Nov 06 | • No Court Ruling<br>• DA/USARPAC Directed COA | • Notify I Corps CMD GRP<br>• Relocate GDLS (NLT 18 NOV 06)<br>• Fly RWS Systems back to FLWA (NLT 20 NOV 06)<br>• Deploy BDE C2 and LOG (NLT 27 DEC 06)<br>• Adjust POI to allow for later RWS Training<br>• Ship Stryker Fleet to FLWA (NLT 21 DEC 06) | • If Court Case is won in December, risk of lost time by returning to Hawaii.<br>• Risk of forcing the Court's hand by demonstrating early action to move off Hawaii.<br>• Mitigate risk by waiting for 15 Dec (DP 3). |
| ⭐ 2 | Execute COA 1a: Train & Transform at FLWA / YTC [Jan 07 – Jun 07] | 15 Dec 06 | • No Court Ruling<br>• DA/USARPAC Directed COA | • Notify I Corps CMD GRP<br>• Relocate GDLS (NLT 26 DEC 06)<br>• Ship Strykers back to FLWA (NLT 21 DEC 06)<br>• Strykers at FLWA (NLT 07 JAN 07)<br>• Deploy BDE C2 and LOG SPT (NLT 27 DEC 06) | • If decision is not made by 15 Dec, risk of not completing OPNET and Collective Training in time for CERTEX. |
| ⭐ 3 | Execute COA 3: Train & Transform at S.B. & PTA | NLT 11 Jan 07 | • Favorable Court Decision<br>• Not already executing COA 1/1a | • Resume OPNET within 48 hours of notification | • Lost time if equipment / trainers is Prepo'd for COA 1/1a at FLWA.<br>• Decreased amount of time on Stryker platforms. |

21

# Way Ahead

23

# Way Ahead

- Continue COA development and refinement until there is a decision from Department of the Army.

- Focus for COA 1/1A:
  - OPNET timing and collective training synchronization
  - Collective training timing and resourcing
  - Movement planning and resources

- Focus for COA 2:
  - Equipment turn in
  - Key fielding of shortage items
  - Force Fielding Requirements (FFR) for 80 LINs
  - Availability of key IBCT personnel shortages

- Focus for COA 3:
  - Re-sync OPNET vicinity Schofield Barracks
  - Re-sync SB/PTA FTX rotations

# Commander's Guidance