IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association, | ) ) ) ) ) | Civil No. 04-00502 DAE BMK |
| | ) | **EXHIBITS "66" – "93" TO** |
| Plaintiffs, | ) ) | **DECLARATION OF** |
| | ) | **DAVID L. HENKIN** |
| v. | ) ) | |
| DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**EXHIBITS "66" – "93" TO**
**DECLARATION OF DAVID L. HENKIN**