

# IPR for Range 11T Upgrades, PTA

## Planning, Resourcing, and Execution

EXHIBIT **86**

U.S. ARMY GARRISON, HAWAII





# MGS Target Requirements

- 2ea Moving Armor Target (MAT)
- 8ea Stationary Armor Target (SAT)
- 2ea of 10 Stationary Infantry Target (SIT) clusters resembling INF squads
- 3ea of 3 SITs clusters resembling RPG teams

*U.S. ARMY GARRISON, HAWAII*







# R11T Interim Timeline

- Environmental Documentation
- LOS Surveys, Target Validation, Planning and Initial Safety Evaluation
- Award SRP Contract
- Equipment MOB
- Repair Roads, Construct Berms, Install Targets
- Equipment DEMOB
- Range OPS Check
- Validation, Range Available for Training

AUG 06 | SEP 06 | OCT 07 | NOV 06 | DEC 06 | JAN 07 | FEB 07 | MAR 07 | APR 07 | MAY 07 | JUN 07

*U.S. ARMY GARRISON, HAWAII*

# Target Requirements vs R11T

| Requirement | R11T | Comments |
|---|---|---|
| 2ea MAT | 2 ea MATs | MATs unreliable, berms require work |
| 8ea SAT | none | No targets, no berms |
| 2ea 10 SIT Arrays | none | No targets, no berms |
| 3ea 3 SIT Arrays | none | No targets, no berms |



*U.S. ARMY GARRISON, HAWAII*

