COMPOSITE SDZ RANGE 11 TANGO
CULTURAL RESOURCE LOCATIONS
POHAKULOA TRAINING AREA
(OVERSIZED MAP)

# EXHIBIT 87