Army Manned & Unmanned Accident Data

Class A-C as of Nov 06

## Accident Data

- **Accelerated Fielding**
- **80% OIF/OEF**

Shadow

CH-47

FY06 Goal

50% = 220

AH-64

UH-60

*Reduced 60% In FY06**

Legend:
- U-21
- C-12
- UH-60
- UH1
- CH-47D
- AH-64
- Shadow A&B

**Cumulative Hours** (x-axis): 1,000 — 10,000 — 100,000 — 1,000,000 — 10,000,000

**Cumulative Mishap Rate** (y-axis): 0, 50, 100, 150, 200, 250, 300, 350, 400

*=FY05 Rate = 149*
FY06 Rate = 59*
*Per 100,000 hrs



1. Engines
2. Fuel Systems
3. Human Factors

✓ Heavy Fuel Engine
✓ Airworthy Fuel System
✓ Aviation Discipline, Culture
✓ Checklist
✓ Training
✓ One Standard
✓ Automated T/O and Landing
✓ Condition Based Maintenance

EXHIBIT **88**