FY 2004 - 2007 UAV post-crash fires {as of 1 Dec 06}

| FY | ARMY_CLASS-IFICATION | MTDS | TYPE_AIRCRAFT_DESC | DATE_OF_ACCIDENT | TYPE_OF_FIRE_DESC | EVENT_2_DESC | EVENT_3_DESC | ACCIDENT_DESCRIPTION | FIELD_EXERCISE_NAME | NEAREST_POST_NAME | STATE_NAME | COUNTRY_NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | B | RQ7A | UAV | 03-DEC-03 | POSTCRASH | COLLISION WITH GROUND/WATER | | Acft crashed following "normal" launch sequence and was consumed by post-crash fire. | | FT HOOD, TX | TEXAS | UNITED STATES |
| 2005 | C | RQ11 | UAV | 25-APR-05 | POSTCRASH | HARD LANDING | FIRE AND/OR EXPLOSION ON THE GROUND | AV was set to auto land at about 100 AGL and landed submerged in about 18 in. of water. Lithium battery shorted burning fuselage and destroying camera | Operation Iraqi Freedom | | | IRAQ |
| 2006 | C | RQ7B | UAV | 07-OCT-05 | POSTCRASH | ELECTRICAL SYSTEM | ENGINE FAILURE | AV experienced a generator and ignition failure during flight and crashed, bursting into flames upon impact. Wreckage, including payload recovered. | Operation Iraqi Freedom | IRAQ | | IRAQ |
| 2006 | A | RQ1L | UAV | 05-FEB-06 | POSTCRASH | ENGINE FAILURE | COLLISION WITH GROUND/WATER | Engine failure reported during flight, restart un-successful. UAV plummeted to the ground and fire ensued. Reported as a Total Loss. | Operation Iraqi Freedom | | | IRAQ |
| 2004 | B | RQ7A | UAV | 05-AUG-04 | POSTCRASH | ENGINE FAILURE | COLLISION WITH GROUND/WATER | In flight acft experienced engine failure, drop off in RPM, Generator Fail Warning, stowed payload, and recieved fail warning and a chute deployment. | Operation Iraqi Freedom | TALLIL, IRAQ (MAP) | | IRAQ |
| 2004 | B | RQ7A | UAV | 13-AUG-04 | POSTCRASH | OBJECT STRIKE | COLLISION WITH GROUND/WATER | UAV failed to gain altitude. Upon descent struck upright arresting gear causing fuel to trail. Acft impacted ground and burned, causing ten acre fire. | | FT LEWIS, WA | WASHINGTON | UNITED STATES |
| 2005 | A | RQ1L | UAV | 23-MAR-05 | POSTCRASH | CONTRACTOR AIRCRAFT ACCIDENT | AVIONICS | UAV was airborne at 6000-7000 ft AGL when data link with ground control station was lost, AV entered inverted spin, AV impacted ground. Post Crash Fire | Operation Iraqi Freedom | | | IRAQ |
| 2007 | A | RQ5A | UAV | 12-OCT-06 | POSTCRASH | UNCOMMAND CONTROL INPUT | FTS PARACHUTE FAILURE | Hunter UAS initiated uncontrolled flight during operator training, recovery chute deployed but separated from the airframe. UAS landed hard and post-crash fire ensued. | | FT HUACHUCA, AZ | ARIZONA | UNITED STATES |



EXHIBIT 90