






I Corps' Area of Responsibility

# Fort Lewis Power Projection

## Last 12 Months

- 33,936 Soldiers Deployed
  - 11,747 Active Duty
  - 22,189 Reserve Component
- 20,841 Soldiers Redeployed
  - 6,545 Active Duty
  - 14,296 Reserve Component
- 13,095 Soldiers still deployed or redeployed through an alternate location





# Fort Lewis
## Training Versatility



- Fort Lewis Main land area 410,000 acres
- Yakima Training Center 323,651 Acres
- 150 road miles
- Fort Lewis 86,176 Acres

3rd largest Army installation by Size and Population



# Fort Lewis
## Range Capabilities





- 32 maneuver areas
  - 63,000 acres / 255 sq km
- 4 impact areas
  - 13,500 acres / 55 sq km
- 67 live fire ranges
- 50 artillery or mortar firing points
- Solo Point Beach – amphibious ops
- World-class MOUT Site: Leschi Town
- World-class Battle Command Training Center

10



# I Corps Force Spectrum

## Stryker Brigade Combat Teams

- **3rd Brigade 2nd Infantry Division (SBCT)** — Iraq Summer '06 — SBCT 1
- **4th Brigade 2nd Infantry Division (SBCT)** — SBCT 4
- **5th Brigade 2nd Infantry Division (SBCT)** — Fielding Spring '07 — SBCT 7

- 42nd Military Police Brigade
- 593rd Corps Support Group
- 62nd Medical Brigade
- 555th Combat Support Brigade (Maneuver Enhancement)
- 201st Military Intelligence Brigade

"Transforming the Army"

11