## TABLE OF CONTENTS

Page

I. INTRODUCTION ............................................................................................. 1

II. REQUESTED ACTIVITIES THAT AVAILABLE INFORMATION INDICATES WOULD NOT VIOLATE NEPA'S PROHIBITIONS ............ 5

    A. Maneuver Training at Dillingham Training Area ................................. 6

    B. Training at Schofield Barracks' Kolekole Ranges ................................. 6

    C. Construction of the Urban Assault Course ............................................ 7

    D. Activities Described in Colonel Banach's Declaration .......................... 8

III. REQUESTED ACTIVITIES THAT REQUIRE MITIGATION OR LIMITATIONS TO AVOID ADVERSE IMPACTS OR LIMITATION OF ALTERNATIVES ................................................................................... 8

    A. Training at Qualification Training Range 1 .......................................... 8

    B. Use of the Urban Assault Course ........................................................ 15

    C. Maneuver Exercises at East Range and KTA .................................... 16

        1. Impacts from Soil Loss and Water Pollution .......................... 16

        2. Impacts to Cultural Resources ................................................. 19

    D. Construction and Use of the Multiple Deployment Facility .............. 21

    E. Training at PTA Ranges 1 and 10 ....................................................... 23

    F. Training with Mortars at PTA ............................................................. 25

IV. ACTIVITIES THAT CANNOT PROCEED WITHOUT VIOLATING NEPA'S PROHIBITIONS ................................................................................. 25

     Page

    A.    Mobile Gun System Training at Range 11T and Associated Construction. ...................................................................................26

    B.    Maneuver Live-Fire Exercises at PTA Range 8 ................................30

    C.    Use of Unmanned Aerial Vehicles .....................................................31

    D.    Construction and Operation of the Schofield Barracks Motor Pool ....................................................................................................32

V.    THE 2ND BRIGADE CAN CONDUCT STRYKER-RELATED ACTIVITIES ELSEWHERE ......................................................................35

VI.   THE COURT SHOULD SET A HEARING TO CONSIDER SETTING ASIDE THE ARMY'S ACQUISITIONS OF LAND FOR STRYKER CONVERSION IN HAWAI'I ......................................................................39

# TABLE OF AUTHORITIES

Page

**FEDERAL CASES**

Center for Biological Diversity v. Pirie,
 201 F. Supp. 2d 113 (D.D.C. 2002)...................................................................3

Commonwealth of Massachusetts v. Watt,
 716 F.2d 946 (1st Cir. 1983)). ........................................................................33

Desert Citizens Against Pollution v. Bisson,
 231 F.3d 1172 (9th Cir. 2000) .......................................................................39

Environmental Defense Fund v. Andrus,
 596 F.2d 848 (9th Cir. 1979) .........................................................................33

Lands Council v. Powell,
 395 F.3d 1019 (9th Cir. 2005) ........................................................................2

Muckleshoot Indian Tribe v. U.S. Forest Service,
 177 F.3d 800 (9th Cir. 1999) .........................................................................39

National Audubon Soc'y v. Department of Navy,
 422 F.3d 174 (4th Cir. 2005) ..........................................................................3

National Parks & Conservation Ass'n v. Babbitt,
 241 F.3d 722 (9th Cir. 2001) ..........................................................................3

Sierra Club v. Marsh,
 872 F.2d 497 (1st Cir. 1989).........................................................................33

United States v. Oakland Cannabis Buyers' Cooperative,
 532 U.S. 483 (2001).......................................................................................1

**FEDERAL STATUTES**

42 U.S.C. § 4332(2)(C)..........................................................................................1

42 U.S.C. § 4332(2)(C)(ii).....................................................................................2

42 U.S.C. § 4332(2)(E) ......................................................................................... 2

 Page

**CODE OF FEDERAL REGULATIONS**

40 C.F.R. § 1500.1(a)..................................................................................................1

40 C.F.R. § 1500.1(b) .................................................................................................2

40 C.F.R. § 1500.1(c)..................................................................................................2

40 C.F.R. § 1502.1 .....................................................................................................2

40 C.F.R. § 1502.14. ...................................................................................................2

40 C.F.R. § 1506.1(a)....................................................................................3, 4, 6, 25

**FEDERAL REGISTER**

67 Fed. Reg. 36,968 (May 28, 2002) ........................................................................24

**LEGISLATIVE HISTORY**

H.R. Conf. Rep. No. 91-765 (1969), <u>reprinted in</u> 1969 U.S.C.C.A.N. 2767 ............1