CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF**:

| | | |
|---|---|---|
| HARRY YEE | harry.yee@usdoj.gov | December 14, 2006 |
| Assistant U.S. Attorney | | |
| 300 Ala Moana Boulevard | | |
| Honolulu, Hawai`i 96850 | | |
| Attorney for Defendants | | |

**Served via Hand Delivery:**

Mike Lewis                                                                              December 14, 2006
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850

Attorney for Defendants

DATED:   Honolulu, Hawai'i, December 14, 2006.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs