DAVID L. HENKIN #6876
ISAAC H. MORIWAKE #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>          Plaintiffs,<br><br>    v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>          Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' ERRATA TO EXHIBIT 72 SUBMITTED IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE: INTERIM INJUNCTION FILED ON DECEMBER 14, 2006; ERRATA TO EXHIBIT 72; CERTIFICATE OF SERVICE |

PLAINTIFFS' ERRATA TO EXHIBIT 72 SUBMITTED IN SUPPORT
OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE:
<u>INTERIM INJUNCTION FILED ON DECEMBER 14, 2006</u>

Plaintiffs' hereby submit Borne Exhibit 18 and Borne Exhibit 19 that were inadvertently not included in Exhibit 72 to the Declaration of David L. Henkin made in support of Plaintiffs' Supplemental Memorandum re: Interim Injunction filed on December 14, 2006. All parties were served with a complete version of Exhibit 72, however, the copy that was electronically filed was not complete.

DATED: Honolulu, Hawai'i, December 15, 2006.

        EARTHJUSTICE
        David L. Henkin
        Isaac H. Moriwake
        223 South King Street, Suite 400
        Honolulu, Hawai'i 96813

By: /s/ David L. Henkin
     DAVID L. HENKIN
     ISAAC H. MORIWAKE
     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF**:

HARRY YEE harry.yee@usdoj.gov December 15, 2006
Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
Attorney for Defendants

DATED: Honolulu, Hawai'i, December 15, 2006.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs