EXHIBIT

18

R. Borne
B4406 av

FENDAO 800-631-6989

# ANNEX H (MGS GUNNERY SOP)

004002

# MGS Gunnery SOP

# Preparatory Crewmember Training

- Fundamentals of safety, maintenance, and communication
  - Safety:
    - Mount/Dismount vehicle
    - Emergency situations
      - Rollover drills
      - Fire evac drills
      - Ammo fire
      - Loss of power, steering, or brakes
  - Maintenance:
    - PMCS
    - Prep to Fire Checks (**Should be conducted weekly**)
    - AACs (**Should be conducted monthly**)
    - Basic recovery techniques
    - Operator troubleshooting procedures
  - Communication:
    - Use FM and digital commo procedures
    - Use visual signaling techniques

Note: These tasks are continuously trained all year round during daily operations.

00003

# Crew Skills Training

- Phase I Fire control training:
    - Switchology training (training to use all switches and controls in a rapid manner).
    - Prep-to-fire checks (checks from operators manual) MGS TM is not in final copy yet.
- Phase II Manipulation drills:
    - Gun laying exercises (trains the VC/Gnr in the fundamentals of weapon system manipulation; EAR).
    - Target designating exercises (Individual training by crew station with an evaluator).
    - Tracking and manipulation training (utilizing large boards designed to improved hand eye coordination and progresses to more advanced course).
    - Target hand off (individual VC/GNR progressing from target to target).
- These tasks are continuously trained throughout the year and are trained/supported in Embedded trainer as well as IDAGTS/AGTS.

00604

00605

# MGS Crew Gunnery Skills Test

- Crewmembers must successfully pass the CGST within six months before firing.

- Stations:
  - 1 AFVID — *OPNET Entry Requirement*
  - 2 Ammo ID — *OPNET Entry Requirement*
  - 3 M240 — *OPNET Entry Requirement*
  - 4 M2 — *OPNET Entry Requirement*
  - 5 Firing pin
  - 6 Auto-load
  - 7 Boresight
  - 8 Manual Loading
  - 9 Misfire procedures
  - 10 Gunner's station
  - 11 Digital Spotrep — *OPNET Entry Requirement*

# Preliminary Gunnery Training

- Thermal mode training
  - Training use of vehicle thermal optics.
    - Can conduct using Embedded Trainer (ET)/AGTS.
  - Thermal AFVID

- Target acquisition training
  - Correct, rapid target acquisition and classification.
    - Can conduct using Embedded Trainer (ET)/AGTS.

- Range Estimation/Determination training
  - Use of vehicle optics and dismounted methods.

040000

# Preliminary Gunnery Training

- Digital training
  - Crews will use the IDAGTS starting in Jan 07 until the MGS arrive.
  - Crews then will use the embedded trainer (ET) a minimum of two hours per week.
    - Gunners will be evaluated by VC/PSG.
    - VCs will be evaluated by PSG.
  - Crews should cross-train a minimum of two hours a month.

000907

# MGS Combat Tables

- Semi annual qualification requirement
- Basic Combat Tables
  - CT I: Basic Gunnery Skills, (Individual)
  - CT II: Basic Gunnery Skills, (Crew/Individual)
  - CT III: Basic Training Course (Crew)
  - CT IV: Crew Proficiency Course (CPC) Gate CT
    - *Must qualify within 6 months of CT VIII.*
- Intermediate Combat Tables
  - CT V: Preliminary MGS Weapons Training
  - CT VI: Intermediate Main Gun Training
  - CT VII: Intermediate Training Course
  - CT VIII: Intermediate Qualification Course (Gate CT)
    - *Must qualify to fire CT X.*
    - *Must qualify within 6 months of CTC live fire.*
- Advanced Combat Tables
  - CT IX: Collective Training Course (Section/Platoon)
  - CT X: Collective Qualification Course (Platoon)

**Note: All CTs may be fired dry, device-based, or both except CT VIII and CT X**

00308

# Basic Combat Tables

- Basic Combat Tables
  - CT I: Basic Gunnery Skills, (Individual)
  - CT II: Basic Gunnery Skills, (Crew/Individual)
  - CT III: Basic Training Course (Crew)
  - CT IV: Crew Proficiency Course (CPC) Gate CT
    - *Must qualify within 6 months of CT VIII.*
  - These may be fired Dry or device based.
  - Example <u>Link</u>

00809

## CT I



| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/ NO-GO |
|---|---|---|---|---|---|
| 1. Negotiate a tracking board from a stationary MGS (gunner). | 4 tracking board solutions. Use CMS, TIS, and auxiliary sight. | Track each board, in sequence, within 60 seconds. | SAT UNSAT | | GO NO-GO |
| 2. Negotiate a tracking board from a stationary MGS (VC). | 4 tracking board solutions. Use CDU and CPV. | Track each board, in sequence, within 60 seconds. | SAT UNSAT | | GO NO-GO |
| 3a. Engage targets from a stationary MGS. | 10 stationary targets. Use the CMS. | Hit 7 of 10 targets within 60 seconds. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 3b. Engage targets from a stationary MGS. | 10 stationary targets. Use the auxiliary sight. | Hit 7 of 10 targets within 60 seconds. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 3c. Engage targets from a stationary MGS. (VC) | 10 stationary targets. Use the CDU, manual controls. | Hit 7 of 10 targets within 60 seconds. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 3d. Engage targets from a stationary MGS. | 10 stationary targets. Use the auxiliary sight, manual controls. | Hit 7 of 10 targets within 60 seconds. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 4a. Apply one-half target form correction from a stationary MGS. | 1 stationary target. Use the CMS. (First round sensed as "over" or "short.") | Hit target within 8 seconds after first-round miss in elevation. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 4b. Apply one-half target form correction from a stationary MGS. | 1 stationary target. Use the CMS. (First round sensed as "doubtful.") | Hit target within 8 seconds after first-round miss in deflection. | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 5. Lay the main gun from the CDU. (VC) | 10 targets presented individually. Use the commander's control handle (CCH). | Lay main gun within 10 seconds (each target evaluated separately). | SAT UNSAT | HIT____ MISS____ | GO NO-GO |
| 6. Select or conduct announced switches or functions from the gunner's station (switchology) (gunner). | 10 switches and functions. Use the CMS. | Select and conduct announced switches and functions within 5 seconds. | SAT UNSAT | | GO NO-GO |
| 7. Select and conduct announced switches or functions from the VC's station. | 10 switches and functions. | Select and conduct announced switches or functions within 5 seconds. | SAT UNSAT | | GO NO-GO |
| 8. Acquire and designate targets from the VC position. | 10 targets (sector predetermined). | Acquire and designate each target within 7 seconds. | SAT UNSAT | | GO NO-GO |

CT II

| TASK | CONDITIONS | STANDARDS | CREW/DUTIES | EFFECT | GO/NO-GO |
|------|-----------|-----------|-------------|--------|----------|
| 1. Engage target from stationary MGS. | 1 stationary tank. Use CMS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 2. Engage target from stationary MGS. | 1 stationary tank. Use TIS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 3. Engage target from stationary MGS. | 1 stationary tank. Use AUX (announced range), stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 4. Engage target from stationary MGS. | 1 set of troops. Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 5. Engage target from stationary MGS. | 1 moving PC. Use CMS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT. MISS | GO NO-GO |
| 6. Engage target from stationary MGS. | 1 moving tank. Use TIS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 7. Engage target from stationary MGS. | 1 moving helicopter. Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 8. Engage target from stationary MGS. | 1 moving PC. Use CMS/ TIS, stabilization off. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 9. Engage target from stationary MGS. | 1 moving tank. Use AUX (announced range), stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 10. Engage target from stationary MGS. | 1 moving PC. Use AUX (announced range), stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 11. Engage target from stationary MGS. | 1 moving tank. Use AUX (announced range), manual mode. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 12. Engage target from stationary MGS. | 1 moving PC. Use AUX (announced range), manual mode. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 13. Engage target from stationary MGS. | 1 moving evasive tank. Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 14. Engage target from stationary MGS. | 1 moving PC. Use CDU, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 15. Engage target from stationary MGS. | 1 moving tank. Use CDU, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 16. Engage target from stationary MGS. | 1 stationary tank. Use CPV or CDU, stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 17. Engage target from stationary MGS. | 1 moving PC. Use CPV or CDU stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 18. Engage target from stationary MGS. | 1 stationary PC. Use CPV or CDU, stabilization off. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 19. Engage target from stationary MGS. | 1 moving tank. Use CPV or CDU, stabilization off. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 20. Engage target from stationary MGS. | 1 set of troops. Use CPV or CDU stabilization on. | Hit target within 6 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |

00611

000212



## CT IIIA

| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/NO-GO |
|------|-----------|-----------|-------------|--------|----------|
| 1. Engage target from a defensive firing position. | Move from turret-down to hull-down. 1 stationary PC, 900 to 1,000 meters. Use CMS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 2. Engage target from a defensive firing position. | Move from turret-down from hull-down. 1 stationary tank, 900 to 1,000 meters. Use the AUX. CBRN environment. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 3. Engage target from a moving MGS. | 1 stationary tank, 1,400 to 1,600 meters. Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 4. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters. Use CMS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 5. Engage target from a defensive firing position. | 1 stationary flank tank, 1,600 to 1,800 meters. ELRF failure (determine range using stadia reticle). Stabilization failure. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 6. Engage target from a defensive firing position. | 1 stationary tank in defilade, 800 to 1,000 meters. Use CPV or CDU. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 7. Engage target from a moving MGS during a short halt. | 1 stationary tank, 1,400 to 1,600 meters. Stabilization failure. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 8. Engage target from a defensive firing position. | 1 stationary flank PC, 1,200 to 1,500 meters. Two-man crew. Stabilization failure. Use CDU. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 9. Engage target from a defensive firing position. | 1 stationary PC, 800 to 1,200 meters. Two-man crew. ELRF failure. Use CPV or CDU. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 10. Engage multiple targets from a defensive firing position. | 2 stationary tanks, 1,600 to 2,000 meters.  Use CMS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 11. Engage multiple targets from a defensive firing position. | 1 stationary tank, 1,400 to 1,600 meters; 1 stationary flank tank, 1,300 to 1,500 meters. Use CPV or CDU. Two-man crew. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 12. Engage target from a defensive firing position. | 1 moving helicopter, 1,400 to 1,600 meters. Use CMS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 13. Engage multiple targets from a moving MGS. | 1 set troops, 400 to 600 meters; 1 set of troops, 700 to 900 meters. Use CMS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 14. Engage multiple targets from a defensive firing position. | 1 moving tank, 1,400 to 1,600 meters; 1 stationary tank, 1,300 to 1,500 meters. Use CMS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 15. Engage multiple targets from a moving MGS. | 1 stationary tank, 900 to 1,100 meters; 1 moving tank, 1,600 to 1,800 meters. Use CDU. Two-man crew. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |

# CT IIIB



| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/ NO-GO |
|---|---|---|---|---|---|
| 1. Engage multiple targets from a defensive firing position. | 2 stationary PCs, 1,100 to 1,300 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 2. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters. Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 3. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters.  Use CPV or CDU | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 4. Engage target from a defensive firing position. | 1 evasive tank, 900 to 1,100 meters.  Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 5. Engage target from a defensive firing position. | 1 moving tank, 1,400 to 1,600 meters.  Use TIS. | Hit targets within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 6. Engage multiple targets from a moving MGS. | 2 stationary tanks, 900 to 1,100 meters.  Use TIS. CBRN environment. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 7. Engage multiple targets from a moving MGS. | 2 stationary tanks, 900 to 1,100 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 8. Engage multiple targets from a defensive firing position. | 1 stationary tank, 1,400 to 1,600 meters; 1 moving tank, 900 to 1,100 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |

00013



# CT IV CPC

| Task | Ammunition | Targets | Conditions |
|------|-----------|---------|------------|
| Task A1. Defense. | Dry/device-based | Stationary frontal PC, 700 to 900 meters, exposed for 60 seconds (gunner). | CMS, MGC, ELRF failure |
| Task A2. Defense. | Dry/device-based | Infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | None |
| Task A3. Offense. | Dry/device-based | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (VC). | CWS, short halt |
| Task A4S. Defense. | Dry/device-based | Stationary technical truck, 300 to 500 meters, exposed for 50 seconds (VC). | CWS |
| Task A5. Defense. | Dry/device-based | Wall (infantry passage), 500 to 700 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B1. Offense. | Dry/device-based | RPG team, 100 to 300 meters, exposed for 50 seconds (gunner). | None |
| Task B2. Offense. | Dry/device-based | Stationary frontal tank, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B3. Defense. | Dry/device-based | Window (room clearing), 500 to 700 meters, exposed for 50 seconds (gunner). | None |
| Task B4S. Defense. | Dry/device-based | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (VC). | GPCH failure |
| Task B5. Offense. | Dry/device-based | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | None |

00814



CT V

## MGS Table V—Preliminary MGS Weapons Training

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | CONDITIONS |
|---|---|---|---|---|
| Task A1. Defense | 100 rounds Caliber .50 | RPG team, 100 to 300 meters, exposed for 50 seconds (VC). | Stationary technical truck, 300 to 500 meters, exposed for 50 seconds (VC). | Coax expended |
| Task A2S. Offense | 1 round SLAP-T | Window (room clearing), 500 to 700 meters, exposed for 50 seconds (gunner). | | None |
| Task A3. Defense | 1 round SLAP-T | Stationary frontal tank, 1,000 to 1,200 meters, exposed for 60 seconds (gunner). | | CMS, MGC, ELRF failure |
| Task A4. Defense | 100 rounds 7.62mm | RPG team, 300 to 500 meters, exposed for 50 seconds (gunner). | Sniper in window, 100 to 300 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task A5. Offense | 100 rounds Caliber .50 | RPG team, 300 to 500 meters, exposed for 50 seconds (VC). | RPG team, 200 to 400 meters, exposed for 50 seconds (VC). | Coax expended, short halt |
| Task B1. Defense | 50 rounds 7.62mm | Infantry squad, 100 to 300 meters, exposed for 50 seconds (VC). | | GPCH failure |
| Task B2. Offense | 50 rounds 7.62mm | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (gunner). | | None |
| Task B3S. Defense | 4 rounds SLAP-T | Wall (infantry passage), 500 to 700 meters, exposed for 50 seconds (gunner). | | None |
| Task B4. Defense | 4 rounds SLAP-T | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B5. Offense | 100 rounds 7.62mm | Infantry squad, 200 to 400 meters, exposed for 50 seconds (gunner). | Stationary technical truck 500 to 700 meters, exposed for 50 seconds (gunner). | None |

# Intermediate Gunnery

- CT V: Preliminary MGS Weapons Training
- CT VI: Intermediate Main Gun Training
- CT VII: Intermediate Training Course
- CT VIII: Intermediate Qualification Course (Gate CT)
  - *Must qualify to fire CT X.*
  - *Must qualify within 6 months of CTC live fire.*
- These tables may be fired dry or device based except CT VIII.
- Example Link

00016



CT VI

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | CONDITIONS |
|---|---|---|---|---|
| Task A1S.  Offense | 100 rounds 7.62-mm | RPG team, 100 to 300 meters, exposed for 50 seconds (gunner). | Moving technical truck, 300 to 500 meters, exposed for 50 seconds (gunner). | None |
| Task A2.  Defense | 1 round HEP-TP-T | Wall (infantry passage), 400 to 600 meters, exposed for 50 seconds (VC). | | GPCH failure |
| Task A3.  Defense | 3 rounds HEAT-TP-T | Stationary frontal PC, 900 to 1,100 meters, exposed for 60 seconds (gunner). | Moving flank PC, 800 to 1,000 meters, exposed for 60 seconds (gunner). | CMS, MGC, ELRF failure |
| Task A4.  Offense | 100 rounds caliber .50 | RPG team, 200 to 400 meters, exposed for 50 seconds (VC). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (10-second delay) (VC). | Coax expended, short halt |
| Task A5.  Defense | 1 Canister round 75 rounds 7.62-mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Stationary technical truck, 700 to 900 meters, exposed for 50 seconds (10-second delay) (gunner). | CBRN (hatches closed, protective mask on) |
| Task B1S.  Offense | 100 rounds 7.62mm | RPG team, 200 to 400 meters, exposed for 50 seconds (gunner). | Sniper in 2d-story window, 200 to 400 meters, exposed 50 seconds (gunner). | None |
| Task B2.  Offense | 1 Canister round 25 rounds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | | None |
| Task B3.  Offense | 1 round HEAT-TP-T 50 rounds 7.62mm | Moving flank PC, 500 to 700 meters, exposed for 50 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 50 seconds (gunner). | None |
| Task B4.  Defense | 2 rounds HEAT-TP-T | Bunker, 500 to 700 meters, exposed for 50 seconds (gunner). | Bunker, 700 to 900 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B5.  Defense | 1 round TPDS-T | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | | None |

00817

## CT VII



| TASK | AMMUNITION | TARGET 1 | TARGET 2 | TARGET 2 | CONDITIONS |
|---|---|---|---|---|---|
| Task A1. Defense | 1 canister round 25 rds 7.62-mm 1 rd HEAT-TP-T | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | | None |
| Task A2. Defense | 2 rds HEP-TP-T 50 rds 7.62mm | Wall (infantry passage), 300 to 500 meters, exposed for 60 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 60 seconds (gunner). | | CMS, MGC, ELRF failure |
| Task A3. Defense | 1 canister round 1 rd HEP-TP-T 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Sniper in 24-story window, 200 to 400 meters, exposed for 50 seconds (gunner). | Window (room clearing), 500 to 700 meters, exposed for 75 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task A4S. Offense | 1 rd TPDS-T 100 rds 7.62mm | Moving flank tank, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | Stationary technical truck, 500 to 700 meters, exposed for 75 seconds (gunner). | RPG team, 300 to 500 meters, exposed for 60 seconds (15-second delay) (gunner). | None |
| Task A5. Offense | 100 rds caliber .50 | RPG team, 100 to 300 meters, exposed for 60 seconds (VC). | RPG team, 300 to 500 meters, exposed for 60 seconds (VC). | | Coax expended, short halt |
| Task B1S. Defense | 2 rds HEAT-TP-T | Stationary frontal PC, 900 to 1,100 meters, exposed for 50 seconds (gunner). | Moving flank PC, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | | None |
| Task B2. Offense | 1 rd HEAT-TP-T 50 rds 7.62mm | Moving flank PC, 900 to 1,100 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 50 seconds (gunner). | | CBRN (hatches closed, protective mask on) |
| Task B3. Offense | 2 rds HEAT-TP-T 50 rds 7.62mm | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 75 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 60 seconds (15-second delay) (gunner). | None |
| Task B4. Offense | 1 rd TPDS-T 50 rds 7.62mm | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | Moving technical truck, 700 to 900 meters, exposed for 50 seconds (gunner). | | None |
| Task B5. Defense | 1 canister round 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (VC). | Moving technical truck, 300 to 500 meters, exposed for 50 seconds (10-second delay) (VC). | | GPCH failure |

000818

# CT VIII

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | TARGET 3 | CONDITIONS |
|---|---|---|---|---|---|
| Task A1. Defense | 2 rds HEP-TP-T 50 rds 7.62mm | Window (room clearing), 400 to 600 meters, exposed for 60 seconds (gunner). | RPG team, 100 to 300 meters, exposed for 60 seconds (gunner). |  | CMS, MGC, ELRF failure |
| Task A2S. Offense | 1 canister round 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (gunner). |  | None |
| Task A3. Defense | 1 rd HEAT-TP-T 100 rds 7.62mm | RPG team, 100 to 300 meters, exposed for 75 seconds (gunner). | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | Moving technical truck, 700 to 900 meters, exposed for 50 seconds (15-second delay) (gunner). | CBRN (hatches closed, protective mask on) |
| Task A4. Defense | 75 rds caliber .50 50 rds 7.62mm | RPG team, 500 to 700 meters, exposed for 50 seconds (gunner). | Stationary frontal truck, 800 to 1,000 meters, exposed for 50 seconds (VC). |  | Main gun weapon status tight |
| Task A5. Offense | 3 rds TPDS-T 50 rds 7.62mm | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 75 seconds (gunner). | Moving flank tank, 1,000 to 1,200 meters, exposed for 50 seconds (15-second delay) (gunner). | None |
| Task B1. Offense | 2 rds HEAT-TP-T 50 rds 7.62mm | Stationary frontal PC, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 50 seconds (gunner). |  | None |
| Task B2. Offense | 1 rd HEP-TP-T 50 rds 7.62mm | Window (room clearing), 600 to 800 meters, exposed for 50 seconds (VC). | RPG team, 300 to 500 meters, exposed for 50 seconds (VC). |  | GPCH failure, short halt |
| Task B3. Defense | 1 canister round 2 rds HEAT-TP-T 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 75 seconds (gunner). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (15-second delay) (gunner). | None |
| Task B4S. Offense | 2 rds HEP-TP-T 50 rds 7.62mm | Wall (infantry passage), 300 to 500 meters, exposed for 50 seconds (gunner). | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (gunner). |  | Short halt |
| Task B5. Defense | 1 rd HEAT-TP-T | 10-man infantry squad, | Bunker, 200 to 400 meters, |  | CBRN (hatches closed, |

# Advanced Gunnery

- Advanced Combat Tables
  - CT IX: Collective Training Course (Section/Platoon)
  - CT X: Collective Qualification Course (Platoon)

  - CT IX may be dry or device fired.

00020

# MGS CT IX

- Table IX is used to train the section and platoon in direct fire control, distribution, platoon maneuver, and command and control within a realistic COE-based tactical scenario.

  – Day and night phase and is the preparatory table for Table X.

  – Designed to challenge the platoon leader's command and control capabilities.

  – Tests the platoon's ability to engage moving and stationary ground targets with all MGS-mounted weapon systems.

  – Scenarios must also include friendly and noncombatant targetry presentations.

  – The primary means of conducting this gunnery table is with the caliber .50 inbore device.

00821

# MGS CT X

- Table X is the platoon qualification course.
  - Used to test the platoon in direct fire control, distribution, platoon maneuver, and command and control within a realistic COE-based tactical scenario.
  - Designed to challenge the platoon leader's command and control capabilities and ability integrate fire and maneuver both during the day and at night.
  - Scenarios must also include friendly and noncombatant targetry presentations.
  - Full-caliber live-fire table.
  - The platoon must qualify on Table IX prior to executing Table X.

00822

# MGS CALFEX

The CALFEX is the culmination of weapon systems training at the company-team level. It is used to train units to perform primary combat missions in a realistic, live-fire environment.

A CALFEX is a costly, resource-intensive exercise in which combined-arms teams, or task forces, maneuver and employ organic and supporting weapon systems.

— It is the most realistic measure of combined-arms combat readiness and should be an integral part of every unit's training program.

— Commanders must be aware of the limitations of the CALFEX, particularly in regard to flank maneuvering, and firing on live-fire ranges.

— Available terrain will rarely support this type of maneuver. Commanders should use live-fire exercises to train certain aspects of combat readiness, such as distribution, coordination, and synchronization of direct and indirect fires.

— Commands should try to link multiple digital multipurpose range complexes (DMPRC) for maximum training value whenever possible.

00823