DIRECTORATE OF PUBLIC WORKS
ENVIRONMENTAL DIVISION (APVG-GWV)
U.S. ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HI 96857-5013
PHONE: (808) 656-2878, Ext. 1036, DSN 456-2878
FAX: (808) 656-1039, DSN 456-1039



# Memo

**To:** Steve Lai

**From:** Dana Johns

**CC:**

**Date:** October 3, 2006

**Re:** REC for Revitalize and Repopulate RG11T for use as an Interim Stryker MGS range

---

Attached is a copy of the completed REC for the subject project. Please note that concurrence is contingent upon compliance with Clean Water comments annotated on the checklist.

00001



EXHIBIT
19
R. Borne
12/4/06    cv

# RECORD OF ENVIRONMENTAL CONSIDERATION (REC)

TO: Directorate of Public Works
ATTN: Environmental Division (APVG-GWV)
U.S. Army Garrison, Hawaii
Schofield Barracks, HI 96857-5013 (Stop 253)
Phone: 656-2878, ext. 1051, Fax: 656-2878

DATE: 06 September 2006

FROM: DPTM Range Division Hawaii

POC: Steve Lai, 655-1990,

steve.lai@us.army.mil

| REC CHECKLIST (Check before submitting) |
| --- |
| x  **Detailed Project Description** |
| x  **Location Map and Plans** |
| x  **Date of Proposed Action** |
| x  **Reason for Categorical Exclusion** |
| x  **Impact Analysis Checklist** |

1. PROJECT TITLE:  Revitalize and Repopulate RG11T for use as an Interim Stryker MGS range.
RG 11T is currently a Multipurpose Anti Armor Range, Dragon/TOW Tracking Course.

2. DESCRIPTION OF PROPOSED ACTION *(Provide detailed description of the proposed action. Attach location map and site plan, or other information that will help to clearly describe the proposal)*:

RDH Range maintenance personnel will prepare and install 30 replacement stationary infantry targets (SIT), eight stationary armor targets (SAT) and one moving armor target (MAT) at new or preexisting target lifter locations on RG 11T. In the 60s and 70s, RG11T was an M60 tank gunnery range. The M60s fired the same type 105MM round as the proposed MGS main gun system.

RHD crews will perform ground softening and protective berm construction using a D9 front loader with fill materials taken from the surrounding area. Target placement will utilize existing target positions when possible and will be in vicinity of existing access roads, however new locations and additional access trails may be required pending line of site analysis.

Crews will also cut surface material from the surrounding area of both target movers in order to build up and reinforce the existing protective berms. Total earth disturbance is approximately 3 acres.

3. DATE OR DURATION OF PROPOSED ACTION:  25 SEP 06 - UTC

4. IT HAS BEEN DETERMINED THAT THIS ACTION *(Choose one)*:

⌐ a. Is adequately covered in the following EA/EIS *(Provide title and date of document)*:

X  b. Is categorically excluded under Appendix B, Section II, paragraph  (c) (1)  of 32 CFR Part 651 for the following reason *(See 32 CFR Part 651, Environmental Analysis of Army Actions, 29 Mar 02)*:

Construction and Demolition: Construction of an addition to an existing structure or new construction on a previously undisturbed site if the area to be disturbed has no more than 5.0 cumulative acres of new surface disturbance.

Page 1 of 2
Revised 6/10/02

00002

5. POTENTIAL IMPACTS ON THE QUALITY OF THE ENVIRONMENT HAVE BEEN CONSIDERED AND ARE DOCUMENTED ON THE ATTACHED ENVIRONMENTAL CHEKLIST *(Complete Environmental Impact Analysis Checklist)*. IT HAS BEEN CONCLUDED THAT THIS ACTION WILL NOT INDIVIDUALLY OR CUMULATIVELY HAVE AN ADVERSE EFFECT ON THE ENVIRONMENT.

6. THIS REC <u>DOES NOT</u> RELIEVE THE PROPONENT OF COMPLIANCE WITH REQUIREMENTS OF APPLICABLE FEDERAL, STATE AND LOCAL ENVIRONMENTAL LAWS AND REGULATIONS *(Consult with DPW Environmental Division for guidance on compliance requirements, which may extend approval process time)*.

7. THIS ACTION HAS BEEN COORDINATED WITH THE FOLLOWING OFFICES/AGENCIES:

CDR USAH-HI, G3 TRNG, G7 Transformation, DPW ENV, SJA

SUBMITTED BY THE PROPONENT:

_____        _____
(Signature)                                                    11 Sep 06  (Date)

_____        _____
(Typed or Printed Name and Title)                    (Telephone/Fax Number)

REVIEW AND CONCURRENCES *(For Environmental Division use)*:

| | YES | WITH CMNT | NO | |
|---|---|---|---|---|
| a aa  _Michelle Mansker_ (Natural Resources Program) | X | ☐ | ☐ | 9/19/06 (Date) |
| _____ (Cultural Resources Program) | ☑ | ☒ | | 10/3/06 (Date) |
| _____ (Installation Restoration Program) | ☐ | ☐ | ☐ | (Date) |
| _____ (Water Quality Program) | ☐ | ✓ | ☐ | 9/16/2006 (Date) |
| _____ (Air Quality Program) | ☐ | ☐ | ☐ | (Date) |
| _____ (Toxic Substances Control Act Program) | ☐ | ☐ | ☐ | (Date) |
| _____ (Other environmental staff as required) | ☐ | ☐ | ☐ | (Date) |

APPROVED BY: _____        10/3/06
(Environmental Coordinator)                                      (Date)

a. POTENTIAL IMPACTS ON THE QUALITY OF THE ENVIRONMENT HAVE BEEN CONSIDERED AND ARE DOCUMENTED ON THE ATTACHED ENVIRONMENTAL CHECKLIST. *It complete Environmental Impact Analysis Checklist.* IT HAS BEEN CONCLUDED THAT THIS ACTION WILL NOT INDIVIDUALLY OR CUMULATIVELY HAVE AN ADVERSE EFFECT ON THE ENVIRONMENT.

b. THIS REC DOES NOT RELIEVE THE PROPONENT OF COMPLIANCE WITH REQUIREMENTS OF APPLICABLE FEDERAL, STATE AND LOCAL ENVIRONMENTAL LAWS AND REGULATIONS *(Consult with DPW Environmental Division for guidance on compliance requirements, which may extend approval process time).*

c. THIS ACTION HAS BEEN COORDINATED WITH THE FOLLOWING OFFICES/AGENCIES:

DR-USAHHL G3 TRNG, G7 Transformation, DPW ENV, SJA

SUBMITTED BY THE PROPONENT:

_____        11 Sep 06
(Signature)                             (Date)

_____        _____
(Typed or Printed Name and Title)       (Telephone/Fax Number)

REVIEW AND CONCURRENCES *(For Environmental Division use)*

|  | YES | WITH CMNT | NO |
|---|---|---|---|

_____    X        9/14/000
(Natural Resources Program)                             (Date)

_____                         _____
(Cultural Resources Program)                            (Date)

_____                         _____
(Installation Restoration Program)                      (Date)

_____                         _____
(Water Quality Program)                                 (Date)

_____                         _____
(Air Quality Program)                                   (Date)

_____                         _____
(Toxic Substances Control Act Program)                  (Date)

_____                         _____
(Other environmental staff as required)                 (Date)

APPROVED BY:

_____                         _____
(Environmental Coordinator)                             (Date)

# ENVIRONMENTAL IMPACT ANALYSIS CHECKLIST

PROPOSED ACTION:    Revite and Repopulate RG 11T Multipurpose Anti Armor Range, Dragon/TOW Tracking Course

| **ENVIRONMENTAL IMPACT ANALYSIS** *(Consider both construction and operational impacts. Any "YES" or "MAY" answers need to be explained in the "Discussion" section at the end of this checklist.)* | **YES** | **NO** | **MAY** |
|---|---|---|---|
| **1.  AIR QUALITY** | | | |
| a.  Will the proposal cause air emissions such as smoke, dust, suspended particles, or air pollutants during construction or operations? | Γ | Γ | x |
| b.  Will the proposal create objectionable odors? | Γ | x | Γ |
| **2.  WATER QUALITY** | | | |
| a.  Will proposal result in alteration of streams or other water bodies? | Γ | x | Γ |
| b.  Will there be discharges (liquids or solid material) into surface waters? | Γ | x | Γ |
| c.  Is there potential for accidental spills of hazardous or toxic substances? | Γ | x | Γ |
| **3.  TOPOGRAPHY AND SOILS** | | | |
| a.  Will there be alterations to topography, i.e. site grading that could potentially increase soil erosion? | Γ | x | Γ |
| b.  Will the construction area involve disturbance of ~~five~~ *one* acres or more? | ✓ | ✗ | Γ |
| **4.  NATURAL RESOURCES** | | | |
| a.  Will the proposal affect undeveloped areas, or plant or animal habitat? | Γ | x | Γ |
| **5.  ARCHAEOLOGICAL/HISTORIC RESOURCES** | | | |
| a.  Will the proposal alter or destroy an archeological or historical site or structure that is over 50 years old? | Γ | Γ | x |
| b.  Will the proposal require any excavation, trenching, or grading activity? | x | Γ | Γ |
| **6.  LAND USE** | | | |
| a.  Will the proposal alter the present land use of an area? | Γ | x | Γ |
| **7.  HAZARDOUS MATERIALS/WASTE OR TOXIC SUBSTANCES DISPOSAL** | | | |
| a.  Will the proposal result in alteration or disposal of existing facilities? | Γ | x | Γ |
| b.  Will the proposal result in the use, treatment, storage, and/or disposal of hazardous materials or wastes? | Γ | x | Γ |
| c.  Will there be a risk of explosion or release of hazardous substances including, but not limited to, oil pesticides, chemicals, or radiation? | Γ | x | Γ |
| d.  Will the proposal result in the generation of solid waste that must be disposed of either on-site or off-site by contractors? | Γ | x | Γ |

1 of 2
Revised 6/10/02

000005

# ENVIRONMENTAL IMPACT ANALYSIS CHECKLIST

| ENVIRONMENTAL IMPACT ANALYSIS *(Consider both construction and operational impacts. Any "YES" or "MAY" answers need to be explained in the "Discussion" section at the end of this checklist.)* | YES | NO | MAY |
|---|---|---|---|
| e. Will there be removal of either above or underground storage tanks? | ☐ | x | ☐ |
| **8. NOISE ENVIRONMENT** | | | |
| a. Will there be any changes to the numbers, types, and operations of aircraft, vehicles, or weapon systems that could effect noise levels? | ☐ | x | ☐ |
| **9. TRAFFIC** | | | |
| a. Will the proposal generate or increase vehicular traffic? | ☐ | x | ☐ |
| b. Will there be a requirement to construct, reroute or alter roadways? | ☐ | x | ☐ |
| **10. UTILITIES SYSTEMS** | | | |
| a. Will the proposal require electrical power, water, or wastewater disposal, or alterations to the existing utility systems? | ☐ | x | ☐ |
| b. Will the proposal require alterations to the existing drainage system? | ☐ | x | ☐ |

**DISCUSSION** *(Annotate items answered "YES" or "MAY" and provide a brief explanation of the potential impacts and mitigation measures to be implemented. Provide answers to the questions of how much, whom, where, when, and how? Contact the DPW Environmental Division at 656-2878 if assistance is needed.)*

1a. Crews will use a D9 front loader for protective berm and target emplacement construction. Use of this equipment under the typical dry climate could cause dusty conditions similar to other construction projects in the area.

5a. Surface Danger Area for this range overlays a number of cultural resources in the impact area west of Reg Leg trail. Attached CR 1-3 are the three individual SDZs that could impact these CRs.

Surface Danger Area for this range avoids the Twin Sisters and adjacent Kipuka Kauvamana. Attached NR 1-3 are the three individual SDZs that come closest to these areas.

5b. A D9 bulldozer will be used to scrape and move lava from the surrounding area of the 180M and 300M moving armor target berms. The lava will be used to create the fill material needed to fortify and repair them. Repairs and strengthening are needed to protect the complex MAT mechanisms from the incoming 105MM MGS rounds. Fill material will also be taken from the surrounding areas of the stationary armor target emplacements for protection.

The 180M berm will require approximately 4,000 cubic meters of material to add 3 meters of width to the top width of the berm, on the rail side of the berm and build up other narrow sections of the berm. The material will be hauled from the opposite side of the existing road. Dozing, loading and hauling of berm material will be required.

The 300M berm will require approximately 9,000 cubic yards to construct a stable berm face towards the firing points. The berm face would be 1.5 meters thick. The material would be obtained from adjacent land on the firing point side of the berm and will require dozing, loading and hauling of berm material.

*2/o.* Total amount of surface disturbance in construction of this range is approximately 3 acres.

*9/15/2006 – DPTM will need to obtain a permit for the grading activity from the SDOH.*

2 of 2
Revised 6/10/02

IMPA-HI-PWE


MEMORANDUM FOR RECORD

SUBJECT: Cultural Resources Manager's Assessment of Effect for Construction and Use of Range 11T at Pohakuloa Training Area


1. Range 11T is being constructed in the footprint of an existing range at Pohakuloa Training Area (PTA) on the Island of Hawaii. The Surface Danger Zones (SDZ) for this range fall within the existing impact area at PTA.

2. A legal opinion from the USAG-HI SJA states that Stipulation V.B of the Programmatic Agreement for the Conversion of the 2nd Brigade to a Stryker Brigade Combat Team (SBCT PA) applies to the Section 106 consultation/compliance responsibilities for the construction and use of this range. Stipulation V.B of the SBCT PA provides that certain routine activities may be exempt from consultation under the PA provided that the installation cultural resource manager (CRM) finds that their effects on cultural resources in or eligible for the National Register will not be adverse. These routine activities include "the continued use of impact areas, firing ranges, and other designated surface danger zones."

3. Range 11T is an existing range that has been used in the past for tank gunnery. The proposal is to upgrade the range to support Stryker MGS gunnery. The upgrade project will include repairing some existing roads, constructing some berms, and installing some new targets.

    a. The Range 11T construction area is within the PTA BAX construction footprint and has been surveyed for cultural resources. The range upgrades will be minimal and will consist of installing several new targets, constructing or improving some berms, and improving existing roads/trails. Construction activities will avoid all cultural sites in the area.

    b. The proposed use of the range is consistent with past uses. Only training rounds (no HE) will be fired from the main gun, along with 7.62 mm rounds from the Stryker-mounted machine guns. The range will only be used for a period of approximately 4 months to support MGS OPNET training. Thereafter, it will likely be integrated into the PTA BAX.

    c. The SDZs for the range have been analyzed and adjusted in order to avoid adverse impacts to known cultural sites where possible. Certain mitigation measures will be implemented where avoidance was not possible. Portions of the SDZ that have not been surveyed are part of the existing impact area, which includes an ICM impact zone. This area has been subject to the impacts of munitions, to include artillery, mortars, direct fire weapons, etc. for the past several decades and will continue to be subject to such impacts whether or not the proposed project is implemented.

00007

IMPA-HI-PWE

SUBJECT:   Cultural Resources Manager's Assessment of Effect for Construction and Use of Range 11T at Pohakuloa Training Area

4.  Based on the information contained in paragraph 3 above, it is the assessment of the USAG-HI cultural resources manager that this undertaking will have no adverse effect to known historic properties in the construction footprint and SDZs of the proposed Range 11T project.

LAURIE J. LUCKING-PhD
Cultural Resources Manager
US Army Garrison, Hawaii





00010

# Target Locations

| Pit Number | Designator | Description | Pit Location |
|---|---|---|---|
| 1 | T-1 | RPG-T | KB 3180 8365 |
| 2 | T-3 | RPG-T | KB 3180 8365 |
| 3 | T-4 | RPG-T | KB 3130 8355 |
| 4 | T-5 | RPG-T | KB 3100 8330 |
| 5 | T-7 | RPG-T | KB 3120 8335 |
| 6 | T-8 | RPG-T | KB 3120 8335 |
| 7 | T-9 | RPG-T | KB 3160 8360 |
| 8 | W-1 | Wall | KB 3190 8320 |
| 9 | B-1 | Bunker | KB 3170 8370 |
| 10 | WD-1 | Window | KB 3150 8350 |
| 11 | T-2 | RPG-T | KB 3170 8375 |
| 12 | SN-1 | Sniper-1 | KB 3080 8360 |
| 13 | ST-1 | Stationary Tank | KB 3080 8330 |
| 14 | TR-1 | Stationary Trunk | KB 3130 8360 |
| 15 | MVR-1 | Moving Truck | KB 3167 8349 to 3105 8355 |
| 16 | MVR-2 | Moving Tank | KB 3088 8334 to 3064 8350 |

# TT VIII ENGAGEMENTS

| Day Engagements | Position | Targets |
|---|---|---|
| A3 Defense | BP-1 | T-1, B-1, MVR-1 |
| A2S Offense | FB-1 | T-1&3, MVR-1 |
| A1 Defense | BP-2 | WD-1, T-2 |
| A5 Offense | FB-2 | ST-1, T-4, MVR-2 |
| A4 Defense | BP-3 | T-5, TR-1 |
| B4S Offense | FB-3 | W-1, SN-1 |

| Night Engagements | Position | Targets |
|---|---|---|
| B2 Offense | FB-1 | WD-1, T-1 |
| B5 Defense | BP-2 | T-1&3, B-1 |
| B1 Offense | FB-2 | ST-1, T-9 |
| B3 Defense | BP-3 | T-7&8, ST-1, MVR-2 |

00012



# TT VII ENGAGEMENTS

| Day Engagements | Position | Targets |
|---|---|---|
| B1S Defense | BP-1 | ST-1, MVR-2 |
| A1 Defense | BP-2 | T1&3, B-1 |
| A4S Offense | FB-2 | ST-1, T-4, MVR-2 |
| A3 Defense | BP-3 | T-7&8, SN-1, WD-1 |
| A2 Defense | BP-3 | T-5, WD-1 |
| A5 Offense | FB-3 | T-7&9 |

| Night Engagements | | |
|---|---|---|
| B2 Offense | FB-1 | MVR-1, T-4 |
| B5 Defense | BP-2 | T-1&3, MVR-1 |
| B4 Offense | FB-2 | MVR-2, ST-2 |
| B3 Offense | FP-3 | ST-2, T-9, B-3 |

**Target Locations**

| Pit Number | Designator | Description | Pit Location |
|---|---|---|---|
| 1 | T-1 | RPG-T | KB 3180 8360 |
| 2 | T-3 | RPG-T | KB 3170 8380 |
| 3 | T-4 | RPG-T | KB 3130 8355 |
| 4 | T-5 | RPG-T | KB 3190 8330 |
| 5 | T-7 | RPG-T | KB 3120 8335 |
| 6 | T-8 | RPG-T | KB 3120 8335 |
| 7 | T-9 | RPG-T | KB 3160 8360 |
| 8 | WDW-1 | Window/Wall | KB 3190 8320 |
| 9 | B-1 | Bunker | KB 3170 8370 |
| 10 | WD-1 | Window | KB 3150 8350 |
| 11 | Not Used | | KB 3170 8375 |
| 12 | SN-1 | Sniper | KB 3080 8360 |
| 13 | ST-2 | Stationary Target | KB 3080 8330 |
| 14 | B-2 | Bunker | KB 3130 8360 |
| 15 | MVR-1 | Moving Target | KB 3167 8349 to 3105 8355 |
| 16 | MVR-2 | Moving Target | KB 3167 8349 to 3105 8355 |
| 17 | ST-1 | Stationary Tank | KB 3125 8370 |



# TT VII ENGAGEMENTS

## Day Engagements

| | Position | Targets |
|---|---|---|
| A2  Defense | BP-1 | W-1 |
| A5  Defense | BP-1 | T-1&3, ST-1 |
| A1S Offense | FB-1 | T-10, MVR-1 |
| A3  Defense | BP-3 | ST-2, MVR-2 |
| A4 Offense | FB-3 | T-7, MVR-2 |
| B1S Offense | FB-3 | T-5, SN-1 |

## Night Engagements

| | Position | Targets |
|---|---|---|
| B2 Offense | FB-1 | T-1&3 |
| B5 Defense | BP-2 | ST-2 |
| B3 Offense | FB-2 | MVR-2, T-4 |
| B4 Defense | BP-3 | B-1, ST-2 |

## Target Locations

| Pit Number | Designator | Description | Pit Location |
|---|---|---|---|
| 1 | T-1 | RPG-T | KB 3180 8360 |
| 2 | T-3 | RPG-T | KB 3170 8380 |
| 3 | T-4 | RPG-T | KB 3130 8355 |
| 4 | T-5 | RPG-T | KB 3190 8330 |
| 5 | T-7 | RPG-T | KB 3120 8335 |
| 8 | ST-1 | Stationary Target | KB 3190 8320 |
| 10 | W-1 | Wall | KB 3150 8350 |
| 11 | T-10 | RPG-T | KB 3170 8375 |
| 12 | SN-1 | Sniper | KB 3080 8360 |
| 13 | B-1 | Bunker | KB 3080 8330 |
| 15 | MVR-1 | Moving Target | KB 3167 8349 to 3105 8355 |
| 16 | MVR-2 | Moving Target | KB 3167 8349 to 3105 8355 |
| 17 | ST-3 | Stationary Target | KB 3090 8330 |



## Course Road Locations

| | |
|---|---|
| Battle Position 1 | KB 3205 8370 |
| Battle Position 2 | KB 3175 8370 |
| Battle Position 3 | KB 3130 8365 |
| Firing Box 1 | KB 3205 8370 to KB 3180 8385 |
| Firing Box 2 | KB 3170 8390 to KB 3125 8365 |
| Firing Box 3 | KB 3120 8365 to KB 3185 8365 |



Tank Table VII Engagement
Weapon: 105mm
M467A1 HEP-TP-T
X= 11,150m-earth
P= 25 deg.
W= 2,500m
Firing Point: KB 31808365
Target: KB 31108900
Map: PTA



Tank Table VII Engagements
Weapon: 105mm
M490 HEAT-TP-T
X= 6,445m-earth
P= 17 deg.
W= 1,080m
Firing Point: KB 32058385
Target :    KB 31678349
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson    B15

00022

Please number pages so we don't
have to guess. Do NOT include
duplicates of SD2s. make sure all au curren.



**TTV** _1___    **TASK** _B4_

**BATTLE POSITION/FIRING POINT:** _Defense-BP-3_

_KB  3130  8365_

**TARGET/AMMO #1:** _Bunker / M490 Heat-TP-T_    **KB** _3080  8330_

**TARGET/AMMO #2:** _Bunker / M490 Heat-TP-T_    **KB** _3090  8330_

**TARGET/AMMO #3:** _____    **KB** _____



ITV 1     TASK B4
BATTLE POSITION/FIRING POINT: BP3
KB 3130 8365
TARGET/AMMO #1: _____     KB_____
TARGET/AMMO #2: _____     KB_____
TARGET/AMMO #3: _____     KB_____

VI B4

00'24



TTV _11_    TASK _B1s_

**BATTLE POSITION/FIRING POINT:** _DEFENSE - BP - 1_

KB _3175  8370_

**TARGET/AMMO #1:** _MVG PC / M490 HEAT - TP-T_    KB _3167  8349_

**TARGET/AMMO #2:** _MVG PC / M490 HEAT - TP-T_    KB _3105  8355_

**TARGET/AMMO #3:** _____    KB _____



### TANK TABLE VI ENGAGEMENTS:
A3    DEFENSE-BP3@KB 3130 8365    ST PC@KB 3090 8330    M490 HEAT-TP-T





TTV III    TASK A3
BATTLE POSITION/FIRING POINT: DEFENSE · BP-1
KB 3205 8370
TARGET/AMMO #1: Bunker / M410 HEAT-TP-T KB 3170 8370
TARGET/AMMO #2:_____ KB_____
TARGET/AMMO #3:_____ KB_____



**Tank Table VII Engagements**
Weapon: 105mm
M490 HEAT-TP-T
X= 6,445m-earth
P= 17 deg.
W= 1,080m
Firing Point: KB 31808385
Target :      KB 31058355
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



Tank Table VIII Engagements
Weapon: 105mm
M490 HEAT-TP-T
X= 6,445m-earth
P= 17 deg.
W= 1,080m
Firing Point: KB 31758385
Target :      KB 31708370
Map: PTA
Sheet: PTA
Series: W731S
Edition:  8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson

00029



Tank Table VII Engagements
Weapon: 105mm
M490 HEAT-TP-T
X= 6,445m-earth
P= 17 deg.
W= 1,080m
Firing Point: KB 32058385
Target :     KB 31678349
Map: PTA
Sheet: PTA
Series: W731S
Edition:  8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson





TANK TABLE VIII ENGAGEMENTS:
A1     DEFENSE-BP-2@KB 3175 8365     WINDOW@KB 3150 8350     M467A1 HEP-TP-T

00631





Tank Table VI Engagements
Weapon: 105mm
M724 SABOT-TP-T
X= 11,343m-earth
P= 13 deg.
W= 1,110m
Firing Point: KB 31758385
Target :     KB 30908330
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



