

Tank Table VII Engagements
Task B4
Weapon: 105mm
M724 SABOT-TP-T
X= 11,343m-earth
P= 13 deg.
W= 1,110m
Firing Point: KB 31758385
Target : KB 31108300
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson

00036



Tank Table VII Engagements
Task A4S
Weapon: 105mm
M724 SABOT-TP-T
X= 11,343m-earth
P= 13 deg.
W= 1,110m
Firing Point: KB 32058370 to KB 31808385
Target :          KB 3085 8340
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson





TTV1_____  TASK _A5_
**BATTLE POSITION/FIRING POINT:** _DEFENSE - BP-1_
KB _3205  8370_
**TARGET/AMMO #1:** _INFSQN / M1040 CANISTER_  KB _3180  8360_
**TARGET/AMMO #2:** _____  KB _____
**TARGET/AMMO #3:** _____  KB _____

00039



TANK TABLE VII ENGAGEMENTS:
A3    DEFENSE-BP-3@KB 3130 8365    INF SQD@KB 3120 8335    M1040 CANNISTER

I C M IMPACT AREA



Tank Table VI Engagements
Weapon: M105mm
M1040 Canister
X= 1,300m-earth
P= 40 deg.
W= 550m
Firing Point: KB 31758385
Target :     KB 31808360
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



Tank Table VII Engagements
Weapon: M105mm
M1040 Canister
X= 1,300m-earth
P= 40 deg.
W= 550m
Firing Point: KB 31758385
Target :     KB 31708380
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



**TANK TABLE VI ENGAGEMENTS:**
A1S    OFFENSE-FB-1@KB 3205 8370 TO KB 3180 8385
       MOVING TRUCK @KB 3167 8349 TO KB 3105 8355    M80 BALL 7.62MM



00043



Tank Table VIII Engagements
Weapon: M105mm
M1040 Canister
X= 1,300m-earth
P= 40 deg.
W= 550m
Firing Point: KB 31758385
Target :     KB 31808365
Map: PTA
Sheet: PTA
Series: W731S
Edition:  8-29
Scale 1:50,000
19 AUG 06
Mr. Anderson



V___ TASK AS

TTLE POSITION/FIRING POINT: _____

RGET/AMMO #1: _____    KB_____

RGET/AMMO #2: _____    KB_____

RGET/AMMO #3: _____    KB_____

00945



TTV III    TASK A3
BATTLE POSITION/FIRING POINT: DEFENSE - BP-1
KB 3205 8370
TARGET/AMMO #1: RPG-T / M80 7.62mm    KB 3180 8365
TARGET/AMMO #2: _____    KB _____
TARGET/AMMO #3: _____

00546

TTV 1     TASK A5
**BATTLE POSITION/FIRING POINT:** _Defense - BP-1_
**KB** 3205 8370
**TARGET/AMMO #1:** Truck/ M80 Ball 7.62mm  **KB** 3080 8330
**TARGET/AMMO #2:**_____  **KB**_____
**TARGET/AMMO #3:**_____  **KB**_____

00547



TTV _III_     TASK _A3_
**BATTLE POSITION/FIRING POINT:** _DEFENSE -BP-1_
**KB** _3205 8370_
**TARGET/AMMO #1:** _MVG TRUCK / M80 7.62MM_  **KB** _3167 8349_
**TARGET/AMMO #2:** _MVG TRUCK / M80 7.62MM_  **KB** _3105 8355_
**TARGET/AMMO #3:** _____  **KB** _____

00548



Tank Table VII Engagements
Weapon: 105mm
M467A1 HEP-TP-T
X= 11,150m-earth
P= 25 deg.
W= 2,600m
Firing Point: KB 31808385
Target :        KB 31108300
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



TTV _1_     TASK _A3_
BATTLE POSITION/FIRING POINT: _BPØ_
KB _3150 8420_
TARGET/AMMO #1: _MVERC/ HEAT-TP-T_     KB _3088 8334 to 3064 8362_
TARGET/AMMO #2:_____     KB_____
TARGET/AMMO #3:_____     KB_____

00550

I G&M IMPACT AREA

00051



TASK B1

TLE POSITION/FIRING POINT: FB2

3170 8390 1. 9/25 8365

GET/AMMO #1: 57 PC /HEAT-TP-T        KB 3080 8350

GET/AMMO #2: RPG-T / 7.62mm        KB 3130 8080

GET/AMMO #3:                        KB

1 B1

00052



TTV III    TASK A2S
BATTLE POSITION/FIRING POINT: OFFENSE - F O - 1
KB 3205 8370 / KB 3180 8385
TARGET/AMMO #1: INF SQD / M1040 CANISTER KB 3180 8365
TARGET/AMMO #2: INF SQD / M80 7.63mm    KB 3180 8365
TARGET/AMMO #3: _____    KB _____



rv \_\_\_\_ lll\_\_\_\_    TASK △ 4 \_\_\_\_

ATTLE POSITION/FIRING POINT: BP3 \_\_\_\_

B 3130 8365 \_\_\_\_

RGET/AMMO #1: RPG-T/7.62mm \_\_\_\_    KB 3100 8330 \_\_\_\_

RGET/AMMO #2: S Truck/.50cal \_\_\_\_    KB 3030 8340 \_\_\_\_



00055



TTV11  TASK A 1
BATTLE POSITION/FIRING POINT  DEFENSE BP 2  KB 3175 8370
TARGET/AMMO #1: INF SQD/M1040 CANISTER   KB 3180 8360
TARGET/AMMO #2: INF SQD/M80 7.62 mm BALL  KB 3180 8360
TARGET/AMMO #3: BUNKER/M490 HEAT-TP-T   KB 3170 8370

00556



Tank Table VII Engagements
Weapon: M80 7.62mm Ball
X= 4,100m-earth
A= 100m
Firing Point: KB 31758385
Target :     KB 31708380
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



TANK TABLE VIII ENGAGEMENTS:
A1    DEFENSE-BP-2@KB 3175 8385    RPG-T@KB 3170 8375    M80 7.62MM BALL

00058



**Tank Table VIII Engagements**

Weapon: M80 7.62mm Ball
FP:     KB 31758385
Target: KB 31748363
MAP: PTA
Sheet: PTA
Scale: 1:25,000
October 3, 2006
E. Hwang (ITAM)



**Tank Table VIII Engagements**

Weapon: M80 7.62mm Ball
FP:     KB 31758385
Target: KB 31748363
MAP: PTA
Sheet: PTA
Scale: 1:25,000
October 3, 2006
E. Hwang (ITAM)

ITAM

00060



**Tank Table VIII Engagements**

Weapon: M80 7.62mm Ball
FP:      KB 31758385
Target:  KB 31748363
MAP: PTA
Sheet: PTA
Scale: 1:25,000
October 3, 2006
E. Hwang (ITAM)

ITAM



Tank Table VII Engagements
Weapon: M80 7.62mm Ball
X= 4,100m-earth
A= 100m
Firing Point: KB 31758385
Target :    KB 31678349
Map: PTA
Sheet: PTA
Series: W731S
Edition: 8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson



**TANK TABLE VII ENGAGEMENTS:**
A4S   OFFENSE-FB-2@KB 3125 8365   RPG-T@KB 3130 8355   M80 BALL 7.62MM

00553



TANK TABLE VII ENGAGEMENTS:
A3    DEFENSE-BP-3@KB 3130 8365    SNIPER@KB 3080 8360    M80 7.62MM BALL



00064



ICM IMPACT AREA

PYROTECHNICS USE BOUNDARY

DO NOT ENTER

TTV_____   TASK A 5
BATTLE POSITION/FIRING POINT: DEFENSE-BP-1
KB 3205  8370
TARGET/AMMO #1: INF SQN/M80 BALL 7.62   KB 3180  8360
TARGET/AMMO #2: _____   KB _____
TARGET/AMMO #3: _____   KB _____

00065





TANK TABLE VI ENGAGEMENTS:
A1S    OFFENSE-FB-1@KB 3205 8370 TO KB 3180 8385
       RPG-T@KB 3170 8375    M80 BALL 7.62MM





Tank Table VII Engagements
Weapon: M80 7.62mm Ball
X= 4,100m-earth
P= 43.54 deg.
W= 1,480m
Firing Point: KB 31808385
Target :    KB 31308355
Map: PTA
Sheet: PTA
Series: W731S
Edition:  8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson

00087



Tank Table VII Engagements
Weapon: M80 7.62mm Ball
X= 4,100m-earth
A= 100m
Firing Point: KB 31758385
Target :    KB 31058355
Map: PTA
Sheet: PTA
Series: W731S
Edition:  8-29
Scale 1:50,000
29 AUG 06
Mr. Anderson

00058



**TANK TABLE VIII ENGAGEMENTS:**

A5    OFFENSE-FB-2@KB 3125 8365    RPG-T@KB 3060 8360    M80 7.62MM BALL



00059

TTV 1 TASK B3
BATTLE POSITION/FIRING POINT: _____
KB _____
TARGET/AMMO #1: _____  KB _____
TARGET/AMMO #2: _____  KB _____
TARGET/AMMO #3: _____  KB _____

VI B3



TTV 111   TASK A 2 S
BATTLE POSITION/FIRING POINT: OFFENSE FB-1
KB 3205 8370 / 3180 8385
TARGET / AMMO: MVG TRUCK  KB 3167 8349 / 3105 8355



00070

ITV III____ TASK B3

BATTLE POSITION/FIRING POINT: BP-3

KB 3130 8365

TARGET/AMMO #1: INF SQD | 3120 8335    KB_____

TARGET/AMMO #2: Bunker | 3080 8330    KB_____

TARGET/AMMO #3: MVG Truck | 3080 8330    KB_____
                                3060 8350