DAVID L. HENKIN           #6876
ISAAC H. MORIWAKE      #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>        Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' ERRATA TO EXHIBIT 72 SUBMITTED IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE: INTERIM INJUNCTION FILED ON DECEMBER 14, 2006; ERRATA TO EXHIBIT 72; CERTIFICATE OF SERVICE |

PLAINTIFFS' ERRATA TO EXHIBIT 72 SUBMITTED IN SUPPORT
OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM RE:
<u>INTERIM INJUNCTION FILED ON DECEMBER 14, 2006</u>

Plaintiffs' hereby submit Borne Exhibit 21 that was inadvertently not included in Exhibit 72 to the Declaration of David L. Henkin made in support of Plaintiffs' Supplemental Memorandum re: Interim Injunction filed on December 14, 2006. All parties were served with a complete version of Exhibit 72, however, the copy that was electronically filed was not complete.

DATED: Honolulu, Hawai'i, December 15, 2006.

>EARTHJUSTICE
>David L. Henkin
>Isaac H. Moriwake
>223 South King Street, Suite 400
>Honolulu, Hawai'i 96813
>
>By: /s/ David L. Henkin
>DAVID L. HENKIN
>ISAAC H. MORIWAKE
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF**:

| | | |
|---|---|---|
| HARRY YEE | harry.yee@usdoj.gov | December 15, 2006 |

Assistant U.S. Attorney
300 Ala Moana Boulevard
Honolulu, Hawai`i 96850
Attorney for Defendants

DATED:   Honolulu, Hawai'i, December 15, 2006.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs