EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

HARRY YEE  (3790)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  harry.yee@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a ) | CIVIL NO. 04-00502 DAE BMK |
| Hawaii nonprofit corporation; ) | |
| NA 'IMI PONO, a Hawaii ) | MOTION FOR PERMISSION TO FILE |
| unincorporated association; ) | OVERSIZED DEFENDANTS' |
| and KIPUKA, a Hawaii ) | SUPPLEMENTAL BRIEF ON THE |
| unincorporated association ) | SCOPE OF INTERIM INJUNCTIVE |
| ) | RELIEF; DECLARATION OF HARRY |
| Plaintiffs, ) | YEE; CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| DONALD H. RUMSFELD, Secretary ) | |
| of Defense; and FRANCIS J., ) | |
| HARVEY, Secretary of the ) | |
| United States Department ) | |
| of the Army, ) | |
| ) | |
| Defendants. ) | |

MOTION FOR PERMISSION TO FILE OVERSIZED DEFENDANTS'
SUPPLEMENTAL BRIEF ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF

Defendants, Donald H. Rumsfeld, Secretary of the U.S.

Department of Defense; and Francis J. Harvey, Secretary of the

United States Department of the Army, by and through their undersigned counsel, move pursuant to Rule 220-5 of the Rules of the United States District Court for the District of Hawaii, for permission to file the oversized Defendants' Supplemental Brief on the Scope of Interim Injunctive Relief in this case, with a word count not to exceed 9,000 words, exclusive of the caption and signature block.  This motion is based on the attached Declaration of Harry Yee.

          DATED:  December 15, 2006, at Honolulu, Hawaii.

                         EDWARD H. KUBO, JR.
                         United States Attorney
                         District of Hawaii

                         /s/ Harry Yee

                         By_____
                           HARRY YEE
                           Assistant U.S. Attorney

                         Attorneys for Defendants
                         UNITED STATES OF AMERICA

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a ) | CIVIL NO. 04-00502 DAE-BMK |
| Hawai'i nonprofit corporation; ) | |
| NA 'IMI PONO, a Hawai'i ) | CERTIFICATE OF SERVICE |
| unincorporated association; ) | |
| and KIPUKA, a Hawai'i ) | |
| unincorporated association, ) | |

'ILIO'ULAOKALANI COALITION, a    )    CIVIL NO. 04-00502 DAE-BMK
Hawai'i nonprofit corporation;   )
NA 'IMI PONO, a Hawai'i          )    CERTIFICATE OF SERVICE
unincorporated association;      )
and KIPUKA, a Hawai'i            )
unincorporated association,      )
                                 )
              Plaintiffs,        )
                                 )
         vs.                     )
                                 )
DONALD H. RUMSFELD, Secretary    )
of Defense; and FRANCIS J.       )
HARVEY, Secretary of the         )
United States Department of      )
the Army,                        )
                                 )
              Defendants.        )
_____)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

David L. Henkin        dhenkin@earthjustice.org

Isaac H. Moriwake      imoriwake@earthjustice.org

Served by Hand-Delivery:

     David L. Henkin, Esq.
     Isaac H. Moriwake, Esq.
     Earthjustice
     223 South King Street, Suite 400
     Honolulu, Hawaii  96813

        Attorneys for Plaintiffs

DATED:  December 15, 2006, at Honolulu, Hawaii.


          /s/ Harry Yee
          _____