# TABLE OF CONTENTS

PAGE(S)

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . iii

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . 1

II. STANDARD FOR ISSUANCE OF AN INJUNCTION . . . . . . . . . . . 6

III. THE ARMY WILL BE HARMED IF THE 2ND BRIGADE IS DELAYED IN CONVERTING TO A SBCT . . . . . . . . . . . . . . . 7

A. The Army Cannot Afford to Lose an SBCT or Delay Its Deployment . . . . . . . . . . . . . . . . . . . . . 7

B. Without the 2nd Brigade as a Stryker unit, the Army is harmed by the loss of speed, accuracy, strength, and intelligence on the battlefield . . . . 8

C. Re-Positioning the 2nd Brigade Will Not Aid in The Timely Deployment of SBCT's to Support Military Operations in Iraq and Afghanistan . . . . . . . . . 14

IV. THE MEN AND WOMEN OF OUR ARMY WILL SUFFER INCREASED CASUALTIES IF THE 2ND BRIGADE IN NOT PERMITTED TO CONVERT TO A SBCT IN HAWAII NOW . . . . . . . . . . . . . 16

A. Strykers Afford Soldiers Protection and Capabilities that Are Unsurpassed . . . . . . . . . . 17

B. Re-Positioning or Splitting the 2nd Brigade to Complete Training Will Break the Unit, Its Leaders, and Its Soldiers . . . . . . . . . . . . . . 18

C. The Second Best Training and Equipment Proposed By Plaintiffs Are Not Acceptable Alternatives . . . . 23

V. PLAINTIFFS WILL NOT SUFFER IRREPARABLE HARM IF THE COURT ISSUES A LIMITED INJUNCTION PERMITTING TRANSFORMATION OF THE 2ND BRIGADE . . . . . . . . . . . . . 25

A. The Precision and Intelligence of the Stryker Will Actually Decrease the Potential for Harm to Environmental and Cultural Resources . . . . . . . . 27

B. Plaintiffs Cannot Demonstrate that Irreparable Harm to Natural Resources will Result from the Limited Construction Projects and Training Needed to Transform the 2nd Brigade into a Stryker Unit 34

1. Plaintiffs' Speculative Claims of Harm from Wildfires are Contradicted by the Record, two Biological Opinions, and the Success of the Army's Mitigation Measures in Protecting and Increasing the Number of Threatened and Endangered Species . . . . . . . . . . . . . . . . 36

2. The Army has Undertaken Significant Measures to Ensure that Impacts from Erosion and Stormwater Runoff are Minimized . . . . . . . . 43

C. Plaintiffs Cannot Demonstrate Irreparable Harm to Cultural Resources will Result from the Limited Construction Projects and Training Needed to Transform the 2nd Brigade into a Stryker Unit . . . 47

VI. PLAINTIFFS MAY NOT "SET ASIDE" COMPLETED LAND ACQUISITIONS . . . . . . . . . . . . . . . . . . . . . . . . 52

VII. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 54