TABLE OF AUTHORITIES

PAGE(S)

Amoco Production Company v. Village of Gambell, 480
     U.S. 531 (1987) . . . . . . . . . . . . . . . . . 1, 6

Benda v. Grand Lodge of Int'l Ass'n of Machinists,
     584 F.2d 308 (9th Cir. 1978) . . . . . . . . . . . . 6

Block v. North Dakota, 461 U.S. 273 (1983) . . . . . . . . 54

Caribbean Marine Services v. Baldridge, 844 F.2d 668
     (9th Cir. 1988) . . . . . . . . . . . . . . . . . . 7

Department of the Navy v. Egan, 484 U.S. 518 (1988) . . . . . 19

Desert Citizens Against Pollution v. Bisson, 231 F.3d
     (9th Cir. 2000) . . . . . . . . . . . . . . . . . 53

Forest Conservation Council v. U.S. Forest Service,
     66 F.3d 1489 (9th Cir. 1995) . . . . . . . . . . . . 6

Hamdi v. Rumsfeld, 124 S.Ct. 2633 (2004) . . . . . . . . . 19

Jaffee v. United States, 663 F.2d 1226 (3rd Cir. 1981) . . . 19

Muckleshoot Indian Tribe v. U.S. Forest Service,
     177 F.3d 800 (9th Cir. 1999) . . . . . . . . . . . 54

National Audubon Society v. Department of Navy,
     422 F.3d 174 (4th Cir. 2005) . . . . . . . . . . . 6

United States v. 1,402 Acres of Land, No. 05-15858
     (9th Cir. Oct. 5, 2006) . . . . . . . . . . . . . 53

Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982) . . . . 1, 6, 7