IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ILIO'ULAOKALAN COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DONALD H. RUSMFELD, Secretary of the United States Department of Defense; and FRANCIS J. HARVERY, Secretary of the United States Department of the Army,<br><br>          Defendants. | CIV. NO. 04-0002 DAE BMK<br><br>DECLARATION OF JAMES GETTE |

DECLARATION OF JAMES GETTE

I, JAMES GETTE, declare as follows:

1.   I am a trial attorney with the U.S. Department of Justice, Environmental & Natural Resources Division, and am one of the attorneys representing the Federal Defendants in this matter.

2.   Attached hereto as Exhibit "J " are true and correct copies of pages 1, 19, 35, 43, 44, 51, 53, 56, 58-67, 73-74, 76-77, 87-89, 95, 102, 127, 133-134, 137-141,

145, 188, and 192-194 from the Deposition Transcript of COL

Stefan J. Banach dated December 7, 2006.

3.   Attached hereto as Exhibit " K" is a true and

correct copy of Contingency Planning and Brief.

4.   Attached hereto as Exhibit "L " are true and

correct copies of pages 1, 14-18, 20-30, 60, 69-72, 80, 84-

88, and 89 from the Deposition Transcript of Angela Ehia

Quitevis dated December 6, 2006.

5.   Attached as Exhibit "M" are true and correct

copies of pages 49-50, 73, and 78 from the Deposition

Transcript of John Michael Castillo dated December 12,

2006.

6.   Attached as Exhibit "N" is a true and correct copy

of an excerpt from Flightfax, September 2006, Vol. 34.

7.   Attached hereto as Exhibit "O" is a true and

correct copy of a letter dated November 22, 2006,

addressed to Alan Goo, Director of Public Works, Department

of the Army from Clyde W. Namu`o, Administrator, Office of

Hawaiian Affairs, regarding "Continuing Section 106

Consultation for the Qualifying Training Range 1 (OTR1)

Project,Lihu`e (Schofield Barracks), Oahu, TMK:7-7-001."

I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge.

Executed this __15th__ day of December 2006.

_James D. Gette_

JAMES GETTE