1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF HAWAI'I

3    'ILIO'ULAOKALANI COALITION,) Civil No. 04-00502 DAE BMK
     a Hawai'i nonprofit        )
4    corporation; NA 'IMI PONO, )
     a Hawai'i unincorporated   )
5    association; and KIPUKA, a )
     Hawai'i unincorporated     )
6    association,               )
                                )
7               Plaintiffs,     )
                                )
8         vs.                   )
                                )
9    DONALD H. RUMSFELD,        )
     Secretary of Defense; and  )
10   FRANCIS J. HARVEY,         )
     Secretary of the United    )
11   States Department of the   )
     Army,                      )
12                              )
                Defendants.     )
13   _____ )

14

15          DEPOSITION OF COLONEL STEFAN J. BANACH

16        Taken on behalf of the Plaintiffs, at the law

17   offices of Earthjustice, 223 South King Street, Third

18   Floor Conference Room, Honolulu, Hawai'i, commencing at

19   9:09 a.m., on Thursday, December 7, 2006, pursuant to

20   Notice.

21   BEFORE:   CARI VALLO, CSR No. 252, RPR
               Notary Public, State of Hawai'i
22

23           PACIFIC REPORTING SERVICES UNLIMITED
                     Topa Financial Center
24              745 Fort Street, Suite 704
                  Honolulu, Hawai'i 96813
25                    (808)524-7778              **EXHIBIT J**

1    into combat and we accept.  Okay.

2          It requires every bit of training and every bit

3    of repetition to be able to do the fundamental tasks

4    let alone the things that we experience that we weren't

5    ready for or that are thrust upon us.

6    BY MR. HENKIN:

7    Q      Are there certain training standards that the

8    Army has for soldiers prior to deployment?

9    A      Yes.

10   Q      Were the soldiers that were deployed on these

11   various assignments trained to those standards?

12   A      Yes.

13   Q      Those soldiers were trained to standard to go

14   to combat with non-Stryker units; is that correct?

15   A      Yes.

16   Q      Colonel Banach, in your experience, do you

17   always have the opportunity to perform all of the

18   training that you would like to have your soldiers

19   perform prior to deployment?

20   A      Clarify the question.

21   Q      Are there any limitations, outside of the

22   context of litigation, on your ability to perform all

23   of the training that in an ideal world your soldiers

24   would have before they deploy to combat?

25          MR. GETTE:  Objection.  Calls for speculation.

```
1    a thousand people.  I would also tell you that

2    regardless of the number, regardless of the number of

3    people that we bring in, it will have an impact on this

4    brigade's combat readiness.  Starting with the brigade

5    commander and work working its way down to however low

6    it works, all right, we start wearing away at the

7    leadership of this brigade.

8           When you have tired leaders, they make bad

9    decisions, and they get soldiers killed.  And we're

10   starting that process now as a direct result of the

11   litigation.

12   Q     The wearing away of the leadership of the

13   brigade that you just described, is that regardless of

14   what the court rules on the 18th?

15          MR. GETTE:  Objection.  Vague.

16          THE WITNESS:  Yes, because at this point we

17   have proceeded so far into our training plan that I

18   don't have any flexibility other than to use the time

19   that's available here on the block leave period to

20   resynchronize our training program, and that will take

21   leaders away from their families, that will cause

22   leaders to work longer than they had originally planned

23   to work during this stand-down period.

24          MR. GETTE:  David, I know we've been going

25   about an hour.  Whenever you're ready for a break, I
```

BY MR. HENKIN:

Q       Please answer the question.

A       Again, it's what I said before.  It's hard to ascertain exactly what training we would do because this is a -- my original intent was for this to be a full complement block leave where we push out as many people as possible.  That is no longer going to happen to meet the full intent of my original order.

We are going to have some people back here, but I don't think it's going to be anything that we're going to be able to make up any ground that we've already lost.

You made reference to slide number two here. You know, the first of the 24th is currently at the Pohakuloa Training Area.  We haven't moved our Strykers in 41 days.  This was the first Stryker Brigade rotation to the Pohakuloa Training Area that we cannot make up.  We have lost that training opportunity.

Time is our currency, and we are burning time that we're never going to get back.  The less time we have to train, the more risk that brings to our soldiers.  And not only to our soldiers.  When you talk about the movement of Strykers, which we haven't done in, by my count, 41 days, that presents an enormous risk to our soldiers because that is a very, very

1   complex vehicle.  It's a great vehicle.  It's the best
2   vehicle we've made in the Army.  Unbelievable
3   protection for our soldiers.  Saves lives.
4        But also puts the Iraqi people at risk because
5   our soldiers are not getting the training that they
6   need today.  We've lost 41 days of maneuver training,
7   and when these soldiers get put on the battle field,
8   they will have 41 days and counting of less training
9   than they would otherwise have had.
10   Q     Colonel, you referenced a unit that's currently
11   deployed to Pohakuloa, and you did that with reference
12   to page number 2 of Exhibit No. 1.  Could you please
13   indicate on the exhibit, just with your finger, what
14   you're referring to?
15        MR. GETTE:  Objection.  I think you said he
16   indicated they were currently deployed?
17        MR. HENKIN:  That was my understanding.  I
18   could be mistaken.
19        THE WITNESS:  They are.  They're at the
20   Pohakuloa Training Area.
21   BY MR. HENKIN:
22   Q     Which unit are you referring to?
23   A     This unit 1-21 Infantry at the Pohakuloa
24   Training Area.
25   Q     That's the block underneath the row "2006-2007

1   time, given our limited time now, to go build ranges.

2   All right.  So I am not investing any more leader time

3   or energy into 8B given the lack of success that I've

4   had to develop that range based in large part by the

5   Stryker litigation.  I simply don't have time to train

6   and get the through-put on a range that's already

7   substandard.  I'm not going to invest any more of my

8   resources to bring that up even to a baseline standard.

9        As I understand it, talking to the

10  transformation personnel, that the Urban Assault Course

11  was going to be available, complete, ready for use

12  somewhere in the June time frame.  That is no longer

13  possible, and as a result, we will not have the amount

14  of time, the ability for through-put for the 3,999

15  soldiers that are authorized in this brigade to operate

16  on a state-of-the-art training facility for what is

17  their most probable course of action when they're

18  deployed, and that is to fight in an urban combat

19  scenario.

20       And I'm not just talking infantry soldiers.

21  Every soldier in this brigade needs to be able to

22  operate in an urban assault environment, all right,

23  unlike any other time in our history.

24       I was on H-1 airfield in Iraq and seized that

25  airfield, and my brother Ranger battalion commander was

1    A    I have no idea, but I know, I do know, that

2    we've burned significant time that we'll never be able

3    to recuperate, which increased the risk to my soldiers.

4    And I believe the judge specifically addressed that

5    point, and I as a brigade commander want to clearly

6    communicate to him as a result of this, loss of this

7    range, we are at risk, at a higher risk than before.

8    Q    So the heightened risk, just so I understand,

9    was that as a result of his failure to rule on November

10   the 20th?

11   A    That's a result of the lack of the training

12   facilities that have been delayed.

13   Q    As we sit here today, that higher risk has

14   already been realized?

15   A    Every day that we delay the construction of the

16   ranges that would otherwise have been available for our

17   soldiers, the risk increases.

18   Q    Other than the Urban Assault Course and Range

19   8B at Pohakuloa, are there any other delays in range

20   construction since the time you put together pages 2

21   and 3 of Exhibit 1?

22        MR. GETTE:  Can I hear back the question.

23             (Previous question read.)

24        THE WITNESS:  The answer is yes, and the range

25   that comes to mind is QTR-1.  That is a

1    it the final way.  There is certainly no earth moving,

2    for example, that is contemplated.  That has all been

3    done.

4    BY MR. HENKIN:

5      Q     Okay.  We can clarify the rest of this by

6    stipulation.  I don't mean to take your time, Colonel.

7    Just didn't expect that answer.

8            Other than QTR-1, the Urban Assault Course, and

9    the construction that you've described at Range 8B that

10   did not occur, are there any other range construction

11   that was delayed subsequent to the preparation of your

12   September 2006 long range training briefing set forth

13   on pages 2 and 3 of Exhibit 7?

14     A     The one range that I would like to have access

15   to but has also been delayed, as I understand it, is

16   QTR-2, and again, this is a through-put issue.  It's

17   also a quality-of-range issue because all of these new

18   ranges give us immediate digital feedback on target hit

19   which is crucial, which is what we don't get at KR-3

20   because they're just holts out there, and it's

21   anybody's guess when you hit the target.

22           We do have improved optics on our RWS, if we

23   were allowed to use them, that would help.  But it

24   doesn't give us 100 percent assurance that we've hit

25   the target.

```
 1   station fired off a 19-ton vehicle with full-solution

 2   state-of-the-art gunnery capability and soon-to-be

 3   laser range-finder capability where, as we heard

 4   yesterday from my gunner in my track, one shot, one

 5   kill.  You put the crosshair on the target, that's

 6   where the round goes.  Save enormous amounts of

 7   ammunition.  All right.

 8            And going back to your SDZs, if I'm in Iraq and

 9   I have a terrorist next to a mosque, I shoot the

10   terrorist with my .50 caliber.  I don't shoot the

11   mosque because of the enhanced gunnery capability that

12   we have.

13            Now, let me finish answering the question.

14   With the court ruling, I've been allowed to fire .50

15   calibers and MK-19s off of a tripod ground-mounted.

16   Well, you take a .50 caliber on a tripod and you put it

17   at Pohakuloa, okay, and you fire that weapon system on

18   that tripod on lava, that gun moves around, and who

19   knows where those rounds are going to land, okay, which

20   further adds risk to all the things that Earthjustice

21   is trying to protect.

22            We are providing a solution to that particular

23   problem because when you fire those same weapon systems

24   with enhanced optics, you know, near complete

25   stabilization, all right, the round goes where it's
```

1    intended to go.  There isn't a vibration and a changing

2    of the muzzle up or down or left or right, and the

3    beaten zone on the other end, all right, is not this

4    wide when we fire the Stryker (indicating), it's this

5    wide (indicating), which protects cultural sites, which

6    protects mosques, which protects Iraqis in combat,

7    which wins the hearts and minds and allows us to win.

8        Q     Colonel, is it your testimony that based on

9    your background, knowledge, and experience, a soldier

10   firing a .50 caliber weapon from a Stryker vehicle will

11   never miss the target?

12       A     He has an enormous capability to hit the

13   target.

14       Q     Is it your testimony that the soldier will

15   never miss the target?

16       A     There are never any 100 percent certainties.

17       Q     Is the surface danger zone any different for a

18   weapon fired from a Stryker vehicle as opposed to from

19   a tripod?

20       A     You know, I'd have to look at that.  I think

21   the characterization of that -- and again, this is just

22   gut -- would be that the standard SDZs for a weapon

23   fired off a Stryker or a weapon fired off of a

24   ground-mounted system would be the same.  Okay.  Having

25   said all of that, the SDZs probably should be updated

1    for Stryker.

2        Q        Do you have training in calculating SDZs?

3        A        I don't, but I have 23 and a half years'
4    experience shooting.

5        Q        Do you have responsibility for developing the
6    Army's surface danger zones?

7        A        Not the Army's surface danger zones.

8        Q        Could you clarify your answer.

9        A        Well, you asked me if I had responsibility to
10   develop the Army's surface danger zone.

11       Q        Do you have responsibility for developing
12   anyone's surface danger zone?

13       A        My own.  When I go out and I shoot a
14   nonstandard range and we don't -- again, we do not
15   update surface danger zones every time we go out and
16   shoot an existing range.

17               Our range officers, our range safety officers,
18   our range NCO ICs receive range briefings.  We are
19   familiar with the ranges here at Schofield Barracks.
20   We know where to shoot.  We know where not to shoot.
21   We know the same for Pohakuloa.  Okay.  We have a great
22   relationship with the range control people who provide
23   an additional layer of oversight for us to update us on
24   any changes.

25               You know, with the Stryker, you can -- while

1    you're moving the Stryker, you can plug in -- enter

2    into the FBCB2 that's on that vehicle that has a map,

3    you can enter in every sensitive location that is along

4    your route of march which allows us, all right, the

5    capability as we come up to something that may be

6    sensitive or we come up to an area that's a danger area

7    for us -- and with Stryker, that could be, you know, a

8    12-foot dropoff near the edge of a road.

9         We can put that location in, and as we get

10   closer to that location, we hear the vehicle tell us:

11   We are closing in X number of meters from location X.

12   X number of meters from location X.  You are now at

13   location X.

14        Okay.  So there's a number of things that the

15   Army is doing that is allowing us to be good stewards

16   in terms of the technology that's on the Stryker

17   vehicle.

18   Q     If the Stryker has the accuracy that you

19   believe it has, then why do the soldiers need to train?

20   A     It's repetition.  I described to you earlier

21   the things that you encounter.  Okay.  You will have --

22   you will have the primary gunner who may die, all

23   right, in his vehicle even though this vehicle has an

24   incredible survivability rate.  All right.  We have to

25   evacuate that soldier.  Another soldier has to get in

1    and be able to operate the vehicle and be able to shoot

2    the gun.  Okay.  That is why you have to train.

3           We don't know the full menu of things we're

4    going to be exposed to, okay, but I'm telling you that

5    the full menu of things that we do get exposed to,

6    okay, we definitely need to train.  Because when we

7    encounter these situations, it needs to be second

8    nature, and you only get that through operating in

9    realistic conditions.

10          The sites, the sounds, the smells of the battle

11   field cannot be replicated through simulation.  You

12   need to have that vehicle fire, get the gas in your

13   eye, have the rain falling on you, have the sand coming

14   up over top of the vehicle clouding your goggles, okay,

15   and have the confusion that comes with realistic

16   training.

17   Q     And is it your testimony that when the soldiers

18   are experiencing all those things for the first time,

19   they never miss?

20          MR. GETTE:  Objection.

21          THE WITNESS:  I already answered that question.

22   BY MR. HENKIN:

23   Q     And your answer is?

24   A     It's the same answer I gave you before.

25   There's never 100 percent assurance that you will hit

1    the target every time, but with Stryker, that assurance

2    is infinitely better than what the court has ruled by

3    allowing us to fire off of ground-mounted .50 calibers

4    and MK-19s off of tripods.

5          It's illogical for me as an officer with 23

6    years in the Army, all right, if the goal is to protect

7    these sites, then why we're not using Strykers to allow

8    us to do that because a Stryker is a much more stable

9    and accurate firing platform.

10   Q    Other than QTR-2, the additional lanes or

11   whatever construction you believe needs to be done at

12   QTR-1, the Urban Assault Course, and Range 8B, are

13   there any other construction delays that have occurred

14   since you gave your September '06 briefing?

15   A    Are you talking specifically on ranges?

16   Because there are other things.

17   Q    Let's start with range construction.  Thank

18   you.

19   A    I would offer that without Range 11T, this

20   brigade will be at significant risk should we be

21   deployed to combat either in Iraq or some other

22   location without the capability that the Mobile Gun

23   System brings to us.

24   Q    Have you ever fired a Mobile Gun System?

25   A    The Mobile Gun System gun -- is the question

1   specifically focused on 105 millimeter cannon?

2      Q     No.   The question is specifically focused on a

3   Stryker vehicle Mobile Gun System figuration.

4      A      Have I personally fired one?

5      Q     Yes.

6      A     No.

7      Q     What is the basis for your opinion, then?

8      A     It is briefings, conversations, professional

9   conversations with general officers, peers,

10  subordinates, master gunners who have excellent

11  knowledge of the weapon system.  And recent experience

12  from 4th Brigade 2nd Division who recently shot this

13  weapon system at the Yakima Training Center and, as my

14  master gunner reported to me, received excellent

15  feedback from its performance.

16     Q     Has this weapon system ever been deployed in

17  combat?

18     A     Not yet.

19     Q     So none of the Stryker Brigades that have

20  previously been deployed in the current Global War on

21  Terror have ever used the Mobile Gun System?

22     A     Unfortunately not, and let me just add to that.

23  Big bullets matter in combat.  We're given -- the

24  Army's intent is to give every Stryker Brigade 27

25  Mobile Gun Systems.  Each Mobile Gun System has 18

1    rounds of ammunition that vary in type and character.

2           The 105 millimeter gun that we're putting on

3    the Mobile Gun System is one or two generations above

4    the 105 millimeter gun that used to be fired here at

5    Schofield Barracks and on Range 11T at the Pohakuloa

6    Training Area back in the eighties.  Very little

7    difference.  Same caliber.  The enhancements are in the

8    stabilization in the gun system in terms of its ability

9    to process fire missions.

10          The Mobile Gun System gives the Stryker Brigade

11   a capability that all three of the Stryker Brigades

12   that deployed initially and now the 4th Stryker Brigade

13   that's in combat did not have.  And they went at risk.

14          Fifty calibers and MK-19s, my personal

15   experience, all right, do not solve your problems in an

16   urban environment.  When I say do not solve your

17   problems, they do not kill the enemy as quickly as you

18   need the enemy to die.

19          I need the capability that that 105 millimeter

20   cannon brings to be able to shoot a room off of a

21   building and destroy that room without destroying the

22   rest of the building.  What Stryker Brigades that have

23   deployed to combat have had to do is they've had to

24   bring in larger munitions:  500-pound bombs off of

25   airplanes, attack helicopter munitions, okay, that are

1  not as accurate as the Mobile Gun System in a direct

2  fire mode.

3          The result is collateral damage.  The result is

4  you lose the hearts and minds when you blow up the

5  entire building and you kill everybody in the building

6  instead of just the terrorists that are in the corner

7  room you're trying to take.

8          The worst course of action that's happened is

9  we've sent soldiers in there after suppressing the

10  building with .50 caliber and MK-19, and they've been

11  killed or wounded.  The Marines had that problem in

12  Faluja.  An enormous challenge for them.

13          So this capability is huge for us in Iraq, all

14  right, but it's also huge for us should we fight

15  someplace else.  Right now in my MTO that I discussed

16  with you earlier, I have nine antitank gunnery missile

17  systems that launch a tubular, optically guided wire

18  system that can kill a tank.  Okay.  That's it.  Nine.

19  Nine systems in the brigade.

20          This brigade, given our operational tempo,

21  could deploy anywhere in the world on very short

22  notice, okay, and we could fight tanks.  Okay.  And we

23  are not optimized to fight tanks.

24          The Mobile Gun System gives us 27 systems,

25  okay, that can kill up to a T62 tank and can kill

1    light-armored vehicles:  the BMP2, BMP1 variance, the

2    BTR variance that Soviets produced and that many of the

3    countries that we would go against have.

4        Q     Why doesn't the Army just assign more antitank

5    systems to a Stryker Brigade if that's a concern?

6        A     Because we need a dual capability.  We need to

7    kill tanks, and we also need to have a rapid-fire big

8    gun system in urban terrain.  I've had soldiers

9    ambushed up in northeastern Afghanistan, okay, and when

10   you take -- when you take immediate direct fire, you

11   need to be able to turn a turret and blow the problem

12   away.  Okay.

13         We didn't have a Mobile Gun System when I was a

14   Ranger battalion commander.  By the way, we didn't have

15   armored vehicles.  We drove around in Humvees with no

16   armor, and we did that in Iraq, all right, for a long

17   time before we started to sustain -- we the Ranger

18   Regiment -- sustained casualties.

19         And that's why the Ranger Regiment asked for

20   and were given Strykers, because of its survivability

21   and its fire power and the complete connectivity in

22   terms of situational awareness that this system brings.

23   It saves lives.

24       Q     I'm going to hand you a document and ask you if

25   you recognize it.  It was part of the Army's document

1              For our brigade, we've had a number of soldiers

2      reenlist, legally binding contracts, to be Stryker.

3      We've had a number of soldiers that have submitted in

4      writing and that I have approved in writing for them to

5      stay here at Schofield Barracks to be Stryker.  Legally

6      binding procedures.  That's an important aspect of what

7      we're doing here in terms of command health and combat

8      readiness, which is done in this reset period.

9              I'll tell you in my particular case, I'm

10     struggling mightily right now with the agreements that

11     we have made with soldiers, that they would be trained

12     as a Stryker soldier and that they would deploy as a

13     member of 2nd brigade as a Stryker unit, which further

14     exacerbates the climate, the combat climate that we

15     experience every day in the Army.  We don't need to do

16     this to our soldiers is my message.

17             I'll tell you that the families -- first of

18     all, we're an Army of families.  We've got 62 percent,

19     the numbers I understand it, of soldiers that are on

20     Oahu, and these numbers came from the Garrison Hawai'i.

21     Sixty-two percent of our soldiers are married, and the

22     Army average, as I understand it from them, is at 58

23     percent.  Why don't we use the lower number just for

24     sake of discussion.

25             Fifty-eight percent of my brigade is married.

```
 1   When we start talking to soldiers about you're going to

 2   be Stryker when you're not going to be Stryker, that

 3   adds a level of -- an increased level of tension that

 4   we quite frankly don't need.  This is the impact that

 5   I've seen.

 6          I commanded a Ranger battalion -- I commanded

 7   battalions for four years.  Forty-eight months -- 47

 8   months and some change -- in command of battalions.

 9   Mechanized battalion that I deployed to Bosnia when I

10   was at Fort Stewart, and a Ranger battalion that I

11   deployed twice to Afghanistan and then also to Iraq.

12   Q      Colonel, I appreciate this.  I'm trying to keep

13   within the time limits of the deposition.  The question

14   just had to do with what the term "reset" did.  I

15   understand my desire to allow you to give complete

16   answers, but this is not responsive.  And I'd like to

17   ask if we can just move on.  Nothing personal.  It's

18   just given the limitations of time available to us, I

19   need to ask you to stay on point.

20          MR. GETTE:  Object to not letting the witness

21   finish his answer.  I'm sure the Colonel will be

22   succinct and conclude the answer if you just let him.

23          MR. HENKIN:  Counsel is well aware in court

24   that if he were giving this type of narrative,

25   nonresponsive testimony, the judge would instruct him
```

1              (Recess taken, 11:22 a.m. to 11:29 a.m.)

2    BY MR. HENKIN:

3        Q      Colonel, with respect to Exhibit 2, do you see

4    indications on the exhibit of MGS?

5        A      I see it seven times.

6        Q      Once in each column for each existing and

7    future Stryker Brigade; is that correct?

8        A      Yes.

9        Q      Does MGS stand for Mobile Gun System?

10       A      Yes.

11       Q      When it appears on this map, does that

12   indicate -- or sorry -- when it appears on this

13   document, does that indicate when each of the

14   respective Stryker Brigades will receive its contingent

15   of 27 Mobile Gun System configurations of the Stryker

16   vehicle?

17       A      Generally speaking, yes.

18       Q      Could you explain your answer by "generally

19   speaking"?

20       A      Well, it goes back to what I mentioned earlier

21   here about the industrial base.  The fielding of some

22   of these systems simply change, in this case for this

23   system here for testing requirements and the capability

24   of the industrial base to actually meet their time

25   lines.

1    So the Army is being told to plan on this type

2    of fielding time line, and as we have seen in the past

3    with Stryker production and also as this system is

4    deployed with 4/2, which is currently the plan, Mobile

5    Gun Systems will, just like Stryker vehicles, suffer

6    loss.

7    So things that we have portrayed on this chart

8    may change as a result of the need to replenish those

9    losses for forces that are in combat.  So generally as

10   a set, this is a planning document that's as good as

11   the 15th of November.

12   Q    Of 2006?

13   A    Of 2006 as it's shown on here.  How it gets

14   executed in an evolutionary fashion here based on a

15   number of factors is yet to be seen.

16   Q    So in your experience, would these stated dates

17   with respect to when each Stryker would receive its

18   contingent of Mobile Gun System configurations be the

19   earliest of when these brigades would be likely to

20   receive them?

21   A    I would have to say yes.  I mean, I think what

22   you're showing here is -- and again, I don't know

23   exactly who David Patterson is.  It looks like the

24   author down here.

25   I have not talked to him about these fielding

1    proceed in Iraq.

2            Those political decisions from him as Commander

3    in Chief will certainly affect what we do, and it will

4    and could potentially impact when we deploy.

5    Q     Is it your understanding that the Iraq Study

6    Group has recommended that the United States pull

7    almost all combat troops out of Iraq by early 2008?

8            MR. GETTE:  Objection.  I think it

9    mischaracterizes facts.

10           But you can go ahead.

11           THE WITNESS:  I have not read the report.

12   BY MR. HENKIN:

13   Q     When you reference these political factors, is

14   it possible that there will be no deployment of the 2nd

15   Brigade to Iraq on or about March of 2008?

16   A     We don't know what the President is going to

17   say, first.  I will tell you that the Stryker Brigades

18   are the most capable brigades in our Army, and my

19   professional opinion is if we're going to deploy

20   anybody, in which I have heard many general officers

21   say that Strykers will not be off-ramped, i.e., they

22   will not come off deployment charts, then every attempt

23   will be made to accelerate the deployment of those

24   units where it's possible.

25           And again, we have to -- we have to work within

1    the constraints and the demands of this dynamic

2    situation that we're confronted with both politically,

3    what's happening on the battle field in terms of

4    losses, okay, and in our particular case, the

5    litigation.  All those factors impact what I do.  I

6    have no control over any of them.

7      Q      With respect to the possible deployment of the

8    2nd Brigade on or around March of 2008, is it your

9    understanding that ultimately it will be up to the

10   President and other political factors to determine

11   whether or not that will occur?

12     A      The President is the Commander in Chief.  We

13   don't know what we don't know right now, and that void

14   is significant in terms of risk to our soldiers.

15     Q      So as you sit here today, do you know whether

16   the 2nd Brigade will have to deploy to Iraq in March of

17   2008?

18            MR. GETTE:  Objection.  Asked and answered.

19            THE WITNESS:  Again, we don't know what we

20   don't know.  Okay.  I have been told that this brigade

21   will deploy to combat.

22            Stryker Brigade is the most lethal, most

23   capable, most advanced brigades we have in our Army.

24   It gives the Army a capability and the President of the

25   United States a capability that no other unit in the

```
 1    Army provides right now.

 2              MR. HENKIN:  Do you have something you want to

 3    say?

 4              MR. GETTE:  Just some concern that the date

 5    March 2007 may have gotten thrown out at some point,

 6    the first of March 2007.  But just so we're clear,

 7    we're talking about March 2008, correct?

 8              MR. HENKIN:  If there was any statement about

 9    March 2007 by myself -- I can't speak for the

10    Colonel -- I intended to say 2008.

11              THE WITNESS:  I am also referring to 2008.

12    BY MR. HENKIN:

13      Q    Thank you for the clarification if there was

14    need for one.

15              So am I correct in understanding that future

16    events will determine whether the brigade needs to

17    deploy in March of 2008?

18              MR. GETTE:  Objection.  Asked and answered.

19              THE WITNESS:  Correct.

20    BY MR. HENKIN:

21      Q    Assuming hypothetically that the brigade does

22    deploy in March of 2008, so just focusing on the

23    planning that you have done for that possibility, my

24    understanding is that there would be some training at

25    the National Training Center in Fort Irwin, California
```

1    readiness exercise, assuming that the 2nd Brigade is

2    successful and determined to have achieved its initial

3    operating capability, what would happen after that with

4    respect to the Stryker vehicles prior to whatever date

5    of deployment occurs following 1 November 2007?

6        A       It's contingent upon what the Army tells us.

7        Q       Is it possible the Stryker vehicles would be

8    shipped directly from California into theater?

9        A       That is a possibility.  It is also a definite

10   that 83 percent of my 1,850 odd vehicles, that 83

11   percent of those would come back, as it stands right

12   now, would come back to Schofield Barracks because

13   those vehicles that would come back are not armored

14   vehicles, and they are not allowed in theater.

15           We will sign for another fleet of wheeled

16   vehicles that have been fully prepared with additional

17   armor and additional counter-improvised explosive

18   device, the feeding material and equipment.

19           So I have 1,500 pieces of rolling stock plus.

20   I think it's 1,538 of rolling stock to include trailers

21   and things like that that have to come back to

22   Schofield Barracks, which is why I need my motor pool

23   first and foremost and the division needs the new

24   Stryker motor pool which is, again, you talk about

25   impacts on the brigade and the impacts on the division,

1    Q       So it's possible that the Strykers would have

2    to come back to Hawai'i before deploying abroad?

3    A       That is a possibility.

4    Q       With respect to the remaining vehicles, my

5    understanding is it is a certainty that they would have

6    to come back to Hawai'i; is that correct?

7    A       Yes, because we will not, under the current

8    rules, we will not use those in combat in Iraq.

9    Q       Then with respect to those non-Stryker vehicles

10   that you are certain would return to Hawai'i, when

11   would they get back to Hawai'i following the deployment

12   to the National Training Center?

13   A       Okay.  This is the most complicated part of the

14   operation, as is the front end of this.  You see where

15   we've judged here 8 August gives us three weeks to get

16   it there and off-load it and get it up to the National

17   Training Center.

18           On the back end, which is tied to this gold

19   star that you referenced earlier, we don't know when

20   we're going to deploy.  We don't know when we could get

21   a ship out of the National Training -- you know, out of

22   port in Los Angeles.

23           My gut tells me we've got to have all the

24   equipment, every bit of it, back by January, at some

25   point in January.  Otherwise -- and we need a place to

```
 1    writing on it, or are you talking about just the plain

 2    map?

 3        Q     This is -- and here I thought this was going to

 4    be easy.  This is the -- I'm now showing you an

 5    attachment to the federal defendants' first

 6    supplemental response to plaintiffs' first set of

 7    interrogatories, and this is what I mean by an unmarked

 8    map.  It is East Range Stryker Off Road Go and No-Go

 9    Areas.

10        A     Okay.  If you gave me this map and you told me

11    that I could go -- and I'm a little color-blind, but

12    I'm assuming this is purple.  Okay.  All right.  If you

13    told me that I could drive in the purple areas and I

14    could not drive in the green areas and these were the

15    only authorized areas I could go, I would understand

16    that, and we would not drive in the green area.  And we

17    would drive -- and I assume this black line here that

18    you talk about is where we could drive on roads.

19    That's what that means.

20              Again, I've never seen this particular chart.

21    But we do, before we go out -- and we know where the

22    driving courses are around East Range.  We stay on the

23    roads, and we don't take our Strykers.  And quite

24    honestly, we can't take our Strykers by design.

25              The Stryker basically has the same
```

1    terrain-negotiating capabilities, as I understand it,

2    as a quarter-ton Jeep had.  So I mean, there are

3    limitations to where we can take the vehicle anyway.

4    We just simply can't go there.

5        Q    Okay.  I hand you a document and ask you if you

6    recognize this document.

7                (Witness reviews document.)

8        A    Okay.  I recognize it.

9                MR. HENKIN:  If we could please have that

10   labeled as Exhibit 3.

11               (Deposition Exhibit 3 was marked.)

12       Q    Colonel, before we talk about Exhibit 3, one

13   more question about Schofield East Range.  Other than

14   Stryker OPNET driver training, is the Army seeking to

15   do any other training at Schofield East Range prior to

16   its deployment, possible deployment in March of 2008?

17       A    Operational NET training gives you a baseline

18   for efficiency capability.  We would certainly want to

19   continue driver's training at East Range.

20               Again, we would conduct training over there

21   with Strykers driving on the roads where we can drive

22   in the go areas.  We would certainly do that at squad,

23   platoon, company situational training exercises, again,

24   mindful of where we can go and where we can't go.

25               But I mean, that's a useful training area for

1    specifically I need clarification on.

2            MR. GETTE:  I just want to make clear for the

3    record that the United States produced this in response

4    to a request for documents that presented information

5    related to what we were requesting, not that it in and

6    of itself was a statement of what the Army was

7    requesting in this litigation.

8            MR. HENKIN:  I understand.

9            MR. GETTE:  Okay.

10           MR. HENKIN:  Hopefully the interrogatory stated

11   what you're seeking in the litigation.

12           MR. GETTE:  Hopefully.

13           MR. HENKIN:  And that's the purpose of these

14   conversations.

15    Q    On page 8 in the first paragraph is a

16   statement:  These tables are conducted in local

17   training areas or ranges using live ammo, MILES, or the

18   embedded trainer.

19           Do you see that?

20    A    Yes.

21    Q    I assume that the live ammo means live

22   ammunition; is that right?

23    A    That is correct.

24    Q    What does MILES mean?

25    A    It is gunnery that employs a laser system on

1   our vehicles and also on our individual soldiers that

2   allows us in a nonlive-fire mode, and I would also add

3   in a degraded mode, to conduct training.

4        MILES training does not get you trained for

5   war.  When you pull, you know, the -- when you shoot

6   MILES, when you shoot the laser, when you shoot your

7   weapon, a laser is released either from the vehicle or

8   from the individual.  Okay.

9        If a soldier is standing behind a bush, okay,

10  the MILES laser will not penetrate the bush and kill

11  the soldier.  All right.  If I shoot a .50 caliber live

12  round and the soldier is standing behind a bush, he

13  will disappear.  Okay.  So we're really, really careful

14  about how much we use of this MILES equipment.  Okay.

15       And I'm here to tell you since 9/11, the Army's

16  focus -- you know, when you're going to look at some

17  type of time used, and at least for me as a trainer, as

18  I was a Ranger battalion commander and now as Stryker

19  commander, you know, if my guys tell me they're going

20  to use MILES, the next comment out of my mouth is,

21  "Okay, when are you doing your live-fire iteration,"

22  okay, because that's what we need to get to.

23       This is an alternate, lower-level building

24  block to get soldiers to having live-fire capability.

25  Q       To clarify, Colonel, who put together this, if

 1    requirement.  Okay.  The full -- and as is indicated

 2    back here.  Okay.  I won't elaborate on this too much.

 3         Q        Page 31?

 4         A        Thirty-one.

 5              It lays out all the specific requirements over

 6    a six-month period to get a soldier ready to do Table

 7    III and then Table IV Crew Qualification.  Table III

 8    Practice; Table IV, the actual qualification.

 9              And then progress into advanced gunnery where

10    you live-fire your Stryker and your squad and then you

11    live-fire your platoon, four vehicles in the entire

12    platoon, as part of Table V and VI.

13              So having said that, to answer your specific

14    question, the embedded trainer is a device that is on

15    every Stryker variant that has a remote weapon station.

16    What that allows the soldiers to do is to train in

17    their Strykers on fundamental gunnery skills.

18              It does not train them to a combat standard

19    because there's no sound.  There's no gas in the

20    soldier's face.  There's no sand in his eyes.  You

21    don't get the sight, sounds, and smells of the

22    battlefield by using an embedded trainer.  Simulations

23    does not get it.

24         Q    When you're talking about a remote weapon -- I

25    can't remember --

138

```
 1              MR. GETTE:  System.

 2              THE WITNESS:  RWS, remote weapons station.

 3   BY MR. HENKIN:

 4    Q      Station.  Couldn't read my writing.  Sorry.

 5   Remote weapons station.

 6              So does that refer to the weapons that are on

 7   the Stryker vehicle itself like the .50 caliber that's

 8   mounted on the Stryker?

 9    A      The remote weapons station is an advanced very,

10   very accurate weapons system configuration that allows

11   the soldiers that have the RWS system to fire from

12   inside the vehicle.  They do not have to be standing up

13   to shoot the weapons system.  All right.  Huge force

14   protection issue.  So they're down low.  Okay.

15              We are going to be fielded remote weapon

16   station block 2 upgrades sometime here between January

17   and April.  Again, it's an industrial base's issue.  We

18   lose some of these systems in combat.  Some of them get

19   pulled to theater.  Some of them get realigned.  But

20   that's for general window.

21              The remote weapons station that we have right

22   now, as I mentioned earlier, is extremely accurate.

23   When we get the remote weapons station block 2 and we

24   add the storm system, which is the laser designator

25   that goes with it, all right, it is incredibly
```

1    accurate.  All right.  And where we put the

2    crosshairs -- and we will shoot less ammunition using

3    those systems.

4            And we'll have -- we'll have a -- are you

5    familiar with the STRAC Army ammunition allocation that

6    we're authorized in our force structure?  Every unit is

7    given a certain amount of ammunition they can fire, and

8    it's a table of distributions for the Army?

9            Because we have precision fire on our

10    Strykers -- and incidentally, since I've taken command,

11    I've ensured that every soldier has a day optic to

12    improve his day marksmanship capability as well which

13    means that when a soldier is sighting through his

14    weapon, he or she has a much higher probability of

15    hitting the target exactly where they want to shoot it.

16            I've gone out and purchased, you know, at least

17    1,800 of those day sights to improve our accuracy, to

18    reduce the amount of ammunition that we have to fire.

19    Okay.  And also, once we hit the target, we can have

20    additional repetitions to practice hitting the target.

21            So we are working very, very hard for a whole

22    host of reasons.  One of them is collateral damage in

23    combat.  I want to be able to shoot the guy driving the

24    vehicle, okay, and not kill a whole family if I have

25    to.  Okay.  Or shoot the terrorist, all right, who's

1    holding the gun to the head of the hostage, okay, and

2    that's what we're trying to do.  And the RWS on a

3    bigger level gives us an incredible precision

4    capability.  Okay.

5        Q      To reduce the RWS to layman's terms, there's

6    someone who is physically inside of the vehicle who

7    might be looking at a screen?

8        A      Absolutely.

9        Q      And firing in that way?

10       A      Absolutely.  He is looking at -- he is looking

11   at a computer screen that is connected to a full

12   solution gun system.  I can lase a target, shoot a

13   laser out to a target.  The laser will come back and

14   will give me a 10-digit grid coordinate exactly where

15   that guy is.  That 10-digit grid coordinate moves from

16   that gun system and populates my FBCB2 map system,

17   which is throughout the entire brigade.

18              So everybody in the brigade is within the

19   capabilities of our ability to retransmit that data,

20   which is extensive.  Everybody in the brigade could

21   look at what headquarters 6-6 gunner is getting ready

22   to shoot and know that there's an enemy force there,

23   which is the power of the Stryker Brigade:  situational

24   awareness; seeing and understanding first.

25              In the industrial age Army that we used to have

1   and that we're moving out of, soldiers would have

2   driven into an enemy force because they didn't have the

3   situational awareness.  Now, with a Stryker, I can

4   laser designate a target and have that target

5   transmitted to firing batteries.

6        We're fielding the first artillery battalion in

7   the Army with a precision-guided munition.  You've

8   heard of precision-guided bombs, right, coming out of

9   airplanes?  We have a 155 millimeter artillery round

10  now, okay, that we lase a target, it will be digitally

11  transmitted right to the gun, and it will put that

12  round right on the building, right on the room, right

13  on the vehicle.

14       I think the degree of error is like 10 meters

15  or something like that.  Don't quote me on that, but

16  it's very, very small.  A 155 millimeter round landing

17  that close to anything is going to kill it.

18       When I was up Haditha Dam, we took over 300

19  rounds of indirect fire on the 3rd of April, and those

20  big rounds, the 152 rounds that enemy uses, knocks you

21  off your feet.  It's a heck of a capability.

22       We have that, and we will shoot that for the

23  first time in March over at the Pohakuloa Training Area

24  if all goes well.

25  Q     If we could turn to page 31, because I'd like

1  that we can use, and that's it, you know.

2     Q     But just to clarify, in order to advance past

3  Table I and Table II, can one do that using MILES?

4     A     They can, but it's degraded and it's not

5  optimal.  Because what you want to be able to do, all

6  right, is shoot live, shoot live ammunition during that

7  phase to get you ready for what you're going to do in

8  Table III and Table IV, which is all live fire.  Okay.

9        Throwing a soldier out there at Stryker Table

10 III without shooting live ammunition does not set that

11 soldier up for success, and he will most likely not

12 pass his qualification and he will most likely have to

13 reshoot over again.

14    Q     If we take a look at page 10, second line from

15 the bottom where it says, "Stryker Tables I through III

16 may be fired using MILES or live ammunition or live if

17 ammunition is available," do you see that?

18    A     Yes.  I'm here to tell you nobody shoots Table

19 III with MILES, and again, if you're some -- at some

20 remote location, yes, Roger, you may have to use MILES

21 as the last resort.

22        But I'm here to tell you, Table III, which is

23 crew practice live fire, and Table IV, which is

24 qualification, are done live.  The 2nd Brigade, we will

25 do them live.

1    all locations we could potentially go.

2          The STRAC is not a science.  They try to make

3    it science.  They try to -- they being the Army, you

4    know, try to get it right.  But we frequently ask for

5    ammunition plus ups.

6    Q    That's additional ammunition?

7    A    Additional ammunition to get ourselves to a

8    trained level.  And sometimes, you know, we don't fully

9    understand, at least I don't because I haven't taken

10   the brigade through a full uptraining cycle yet, how

11   much ammunition we'll save for .50 caliber MK-19, for

12   example, that fire off a remote weapon station block 2

13   platform.

14         It's a precision platform that takes less

15   rounds to hit the target.  Therefore, you're going to

16   shoot less ammunition.  So there will be a savings for

17   the Army there.  Not only are you going to shoot less

18   ammunition, you're pretty much guaranteed that every

19   round you fire is going to go exactly where you want it

20   to go, which is huge.  The same goes with our smaller

21   rifles.

22         Now that every soldier is in the process -- and

23   we're very, very close -- is in the process of having a

24   day optical sight on their M4 or M16, the soldier is

25   going to shoot less ammunition to qualify on the target

1   proceeded.

2           So your specific question about the 5th of

3   October, I was not involved in any discussions about

4   going anywhere, and for the record, I don't support

5   going anywhere because it will break this brigade.  We

6   are an Army of families.

7           We live, you know, in combat, you know, the

8   aura of combat every day, and it's emphasized to us.

9   You know, as I alluded to earlier, when you lose a

10  member of your brigade killed in action in Iraq, when

11  you have a soldier blown up with three IDs, when you go

12  to a memorial ceremony here in the 25th Division every

13  two to three weeks, there is the stress of combat

14  that's here all the time.  All right.

15          I don't want -- and I am recommending strongly

16  to my general officers that any idea, any thought about

17  going anyplace else to train will break this brigade.

18  It's going to break the families.  I'm telling you, our

19  divorce rates are up.  All the social impacts that you

20  can imagine in terms of divorce, drug abuse, alcohol

21  abuse, spouse abuse, child abuse, suicides.

22          Suicides, you know, I had a soldier kill

23  himself in May.  He was the soldier of the year in our

24  brigade.

25      Q    That was before the Ninth Circuit's ruling,

1 | correct?

2 | A    Yes, but it's in the context of knowing that

3 | you're going into combat.  I'm getting at the stress

4 | component of this.

5 |         I am not -- do not advocate at all going

6 | anyplace else because our families cannot suffer any

7 | more stress.  Our soldiers can't suffer any more

8 | stress.

9 |         And the other thing that when people start

10 | talking to me about going to any other location to

11 | train, I've already mapped out a training time line

12 | that maximizes our operational tempo.  All right.  And

13 | again, I had discussions with my senior leaders in the

14 | division, and they said:  You've got it about right.

15 | Do not deploy any more anywhere, all right, because

16 | you're going to break the brigade if you do.

17 |         And then the other piece to this is -- you

18 | know, there's two pieces.  It's the wearing down of the

19 | leaders.  I am not equipped in this brigade to do

20 | training at PTA, to do training here at Schofield

21 | Barracks, to do training at Fort Lewis, to do training

22 | at Yakima.  I don't have the people.  I literally don't

23 | have the leaders to be able to do that.

24 |         And the leaders that I do have are going to be

25 | completely burned out by the time we deploy this

1    brigade, and so will the soldiers because the NTC

2    rotation in September and the NTC mission-readiness

3    exercise in October, they ain't going anywhere.

4    They're going to stay on the calendar.  They absolutely

5    must do the requirements.

6           And the last piece of this is this is an

7    all-volunteer force.  Okay.  We start telling soldiers

8    that we -- and the spouses are the ones that vote.

9    Okay.  We start telling soldiers, "This is what we're

10   going to do," I tell you, you are not going to meet

11   reenlistment objectives.  These kids will walk on us,

12   okay, and the spouses will be the ones that will be

13   driving it.

14          I'm the only brigade in this division in the

15   last two years that has met its reenlistment goals, and

16   the reason why we've met those reenlistment goals is

17   because we're Stryker, okay, and because right now the

18   kids trust us.

19   Q      Isn't the 1st Brigade of the 25th Infantry also

20   Stryker?

21   A      Yes, but they're not a part of this division.

22   Q      Have they been repatched?

23   A      They carry the same unit designation.  But

24   General Mixon, the two star here at Schofield Barracks,

25   he has no command and control over that brigade.

```
 1              MR. HENKIN:  No, no, no.  Actually, I need to
 2    talk to him, Counsel.  I'm sorry.  We only have seven
 3    hours for his deposition.  This is a narrative answer.
 4    Q       I do want to respect your ability to give an
 5    answer to the question, but you cannot go on for --
 6    A       I'm not going to go on.
 7    Q       Okay.
 8              MR. GETTE:  Objection.  David, you can't
 9    instruct the witness that he can't complete his
10    answers.
11              MR. HENKIN:  I have an opportunity to ensure
12    that I can get through the questions that I have in
13    seven hours.  He cannot filibuster during this
14    deposition.
15    Q       So if you have a simple point that soldiers are
16    injured and die in combat, you've made the point.  Is
17    there anything you'd like to add to that?
18              MR. GETTE:  Objection.  Let him complete his
19    prior answer, and then you can go on to your next
20    question, just as a deposition is supposed to proceed.
21              Colonel.
22              THE WITNESS:  I can't describe to you, all
23    right, the full impact and the requirement, all right,
24    to ensure soldiers are trained, all right, and I can't
25    overstate, all right, the amount of risk that we all go
```