# Contingency Planning

EXHIBIT K

# Agenda

- **COA 1: Train and Transform at FLWA and YTC (NOV 2006 – JUN 2007)**
  - **Mission Statement**
  - **Assumptions / Facts**
  - **Lines of Operation**

- **COA 2: SBCT to IBCT**
  - **Mission Statement**
  - **Assumptions / Facts**
  - **Lines of Operation**

- **COA 3: Train and Transform at SB and PTA (JAN 07 – JUN 07)**
  - **Mission Statement**
  - **Assumptions / Facts**
  - **Lines of Operation**

- **Funding**
- **Decision Points**
- **Way Ahead**

2

# COA 1

## (Train and Transform at FLWA and YTC)
## (November 2006 – June 2007)

# COA 1: Mission Statement

When directed, 2nd SBCT transforms and trains at Schofield Barracks (SB) & Pohakoloa Training Area (PTA), Fort Lewis (FLWA), and Yakima Training Center (YTC) from November 2006 – June 2007 in order to achieve IOC NLT 01 November 2007.

# COA 1: Train and Transform at FLWA/YTC
# (November 2006 – June 2007)

## Assumptions

- Assets will be available to reposition the SBCT fleet to FLWA (air - pax/ sea – Strykers, and unit equipment).
- Revised 2-25 OPNET/FLMNET at FLWA will support 2-25 IOC/collective training timeline.
  - Common variant OPNET complete o/a 30 Jun 07.
  - MGS and MC-B complete o/a July 07.
- PM Stryker can execute 2-25 OPNET training at FLWA.
- EAB support at FLWA is available to support collective training at YTC.

## Facts

- 2nd SBCT will be able to conduct "Light Infantry", Artillery, logistical support operations, and Command and Control Training (SB & PTA).
- BDE will accommodate longer work weeks (while deployed) if required to maintain IOC timeline. (e.g.: MGS: 6 day/week OPNET, 7 day/week Gunnery)
- CPP/TOCNET and other non Stryker related NETs will be completed on island as planned or modified as required.
- Maximum OPNET throughput is 64 variants per month.

# COA 1: Train and Transform at FLWA and YTC (November 2006 – June 2007)



# COA 1: Train and Transform at FLWA and YTC (MICRO View)
## (November 2006 – June 2007)



# COA 1A
## (MICRO View)

## (Train and Transform at FLWA/ YTC)

## (January 2007 – June 2007)

# COA 1A: Train and Transform at FLWA and YTC (MICRO View)
# (January 2007 – June 2007)



# COA 2

# (SBCT to IBCT)

# COA 2: Mission Statement

**When directed, 2nd SBCT transforms to an IBCT and trains at Schofield Barracks & PTA to achieve IOC O/A April 2008.**

# COA 2: SBCT to IBCT

## Assumptions

- Personnel assigned to SBCT can remain on assignment to IBCT.

- DA will change CTC (WFX, LTP, CERTEX) resources to fit COA timeline.

## Facts

- Current DA equipping standard for IBCT is to FFR. (90% fill for 80 key LINs)

- Alternate training location is not required to transform to IBCT.

# COA 2: SBCT to IBCT



# COA 3

## (Train and Transform at SB and PTA)

## (January 2007 – June 2007)

# COA 3: Mission Statement

When directed, 2nd SBCT continues transformation and training at Schofield Barracks and PTA from January 2007 to June 2007.

# COA 3: Train and Transform at SB and PTA
# (January 2007 – June 2007)

# Assumptions

- OPNET will be conducted on a 5 day work week at Schofield Barracks.

- Will resume OPNET within 48 hours of notification of a favorable District Court decision and adjust the schedule as required.

- All PTA rotations will be conducted as planned from January 2007 - May 2007.

# Facts

- Maximum OPNET throughput is 64 variants per month.

- Able to train 1 x Infantry Battalion and 1 x Field Artillery Battalion (2-11 FAR) Excalibur LFX at PTA.

# COA 3: Train and Transform at SB and PTA (MICRO View)
# (January 2007 – June 2007)

| LOOs | | 1st Quarter | | | 2nd Quarter | | | 3rd Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FY07 | | | FY07 | | | FY07 | | |
| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |

**2nd SBCT** — INJUNCTION NOTIFICATION · YTC PDSS · CPOF FIELDING

**C2**
- HHC CPP/ TOC
- BSB CPP/ TOC
- 5-14 CPP/ TOC
- 2-11 CPP/ TOC · 6x RTX & CP
- 1-14 CPP/ TOC
- 1-27 CPP/ TOC
- 1-21 CPP/ TOC
- 11x Stryker Retrans · 2 x ENM
- 5-14 COC 01 JUN
- 1-14, 2-11 COC 31 MAY
- 1-21, 225 COC 30 MAY

**Material**
- DCS · Q37 · REBS (EN BRIDGE) · STRYKER A/C RETROFIT · DVE (UPGRADE) · RAVEN

**Training**

| 1-14IN 66 EN | SB STX · 11 ESV 8 · ICV 28 · CV (TAC AIR) 31 · MGS GUNNERY 30 · 11 ICV (EN) 2 · ICV 28 · CV (1) 28 · 11 CV (1) 5 · 12 ICV · 27 · 11 FSV (3) 6 · PTA PDSS · RV (4) · RETRANS (2) 24 · 22 SB STX 9 · MGS OPNET · PTA |
| 1-21IN B/52AT | SB STX · PTA PDSS · 15 PTA 16 · ICV (AT) 28 · PTA 25 · MGS OPNET 14 · RETRANS (2) 24 · CV (1) 28 · SB STX 27 · CV (TAC AIR) 31 · MGS GUNNERY 30 |
| 1-27IN HHC BDE | SB STX · PTA PDSS · 11 ICV · CV (BDE TAC AIR) · RETRANS (2) 24 · 11 ICV · CV (2) · MGS OPNET · 11 PTA 12 · 14 PTA · CV (DCOORD) 31 · SB STX · 11 RV · CV (TAC AIR) 31 · MGS GUNNERY 30 |
| 5-14 CAV 185 MICO | SB STX · NBC · RV · 30 · RV (13) · PTA PDSS · CV (TAIR AIR) 31 · PTA |
| 2-11 FAR | PTA · EXCALIBUR UPGRADE · PTA |
| 225 BSB 556 SIG | PTA · PTA · RETRANS (5) 24 · PTA · PTA · PTA · PTA |

**BLOCK LEAVE**

**WFX**

17

# Funding

# **Funding**

| OPNET & Collective Training | | |
|---|---|---|
| | PTA & SB<br>(No Change to current FY07 Calendar) | FLWA & YTC<br>(COA 1 and COA 1A) |
| Item | Cost(k) | Cost(k) |
| Collective training | $3,200 | $7,200 |
| GDLS/PM Stryker Costs | $8,500 | $5,200 |
| Stryker Transportation Cost | $3,100 | $3,100 |
| Installation and Life Support Costs | $270 | $350 |
| TOTAL | $15,070 | $15,850 |

COA 1: Additional Cost
$780k

| NTC Cost Estimate | | |
|---|---|---|
| | PTA & SB<br>(No Change to current FY07 Calendar) | FLWA & YTC<br>(COA 1 and COA 1A) |
| Item | Cost(k) | Cost(k) |
| Ship Fleet | $13,000 | $11,500 |
| Move Pax (Worst Case) | $6,750 | $6,750 |
| Costs at NTC | $6,000 | $6,000 |
| TOTAL | $25,750 | $24,250 |

COA 1: Cost Saving
$1.5m

## ** No additional costs for COA 2 or COA 3

## *All costs are above FY07 Annual Funding Plan

# Decision Points

# Decision Support Matrix

| DP | What | When | Conditions | Actions Required | Risk |
|---|---|---|---|---|---|
| ★ 1 | Execute COA 1: Train & Transform at FLWA / YTC [Nov 06 – Jun 07] | 15 Nov 06 | • No Court Ruling<br>• DA/USARPAC Directed COA | • Notify I Corps CMD GRP<br>• Relocate GDLS (NLT 18 NOV 06)<br>• Fly RWS Systems back to FLWA (NLT 20 NOV 06)<br>• Deploy BDE C2 and LOG (NLT 27 DEC 06)<br>• Adjust POI to allow for later RWS Training<br>• Ship Stryker Fleet to FLWA (NLT 21 DEC 06) | • If Court Case is won in December, risk of lost time by returning to Hawaii.<br>• Risk of forcing the Court's hand by demonstrating early action to move off Hawaii.<br>• Mitigate risk by waiting for 15 Dec (DP 3). |
| ★ 2 | Execute COA 1a: Train & Transform at FLWA / YTC [Jan 07 – Jun 07] | 15 Dec 06 | • No Court Ruling<br>• DA/USARPAC Directed COA | • Notify I Corps CMD GRP<br>• Relocate GDLS (NLT 26 DEC 06)<br>• Ship Strykers back to FLWA (NLT 21 DEC 06)<br>• Strykers at FLWA (NLT 07 JAN 07)<br>• Deploy BDE C2 and LOG SPT (NLT 27 DEC 06) | • If decision is not made by 15 Dec, risk of not completing OPNET and Collective Training in time for CERTEX. |
| ★ 3 | Execute COA 3: Train & Transform at S.B. & PTA | NLT 11 Jan 07 | • Favorable Court Decision<br>• Not already executing COA 1/1a | • Resume OPNET within 48 hours of notification | • Lost time if equipment / trainers is Prepo'd for COA 1/1a at FLWA.<br>• Decreased amount of time on Stryker platforms. |

# Way Ahead

# Way Ahead

- **Continue COA development and refinement until there is a decision from Department of the Army.**
- **Focus for COA 1/1A:**
  - OPNET timing and collective training synchronization
  - Collective training timing and resourcing
  - Movement planning and resources
- **Focus for COA 2:**
  - Equipment turn in
  - Key fielding of shortage items
  - Force Fielding Requirements (FFR) for 80 LINs
  - Availability of key IBCT personnel shortages
- **Focus for COA 3:**
  - Re-sync OPNET vicinity Schofield Barracks
  - Re-sync SB/PTA FTX rotations

# Commander's Guidance