```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2                       DISTRICT OF HAWAII

 3      ------------------------------------------

 4      'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit

 5      corporation; NA 'IMI PONO, a Hawai'i unincorporated

 6      associate; and KIPUKA, a Hawai'i unincorporated

 7      association,

 8              Plaintiffs,

 9         vs.                    CIVIL NO. 04-00502 DAE-BMK

10

11      DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS

12      J. HARVEY, Secretary of the United States Department

13      of the Army,

14              Defendants.

15      ------------------------------------------

16

17            DEPOSITION OF JOHN MICHAEL CASTILLO

18              Taken on behalf of the Defendants, at the

19      office of U.S. Attorney, Room 6-202, PJKK Federal

20      Building, 300 Ala Moana Boulevard, Honolulu, Hawaii

21      96850-6100, commencing at 10:08 a.m., on December 11,

22      2006, pursuant to Notice.

23

24      BEFORE:    DENNIS J. YANKEE, CSR NO. 285

25                 Certified Shorthand Reporter      EXHIBIT M
```

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | between 1987 and 1999, and the author of this fire                 |
|       | 2  | history analysis, Sandy Beavers, Colorado State                    |
|       | 3  | University, makes it clear in his analysis that the                |
|       | 4  | records he used were an incomplete set, and that                   |
|       | 5  | certain years and, and numerous records were missing.              |
| 12:19 | 6  |          But personal conversations with Mr. Beavers               |
|       | 7  | about this analysis, in those conversations I learned              |
|       | 8  | that the Army was not in possession of any fire                    |
|       | 9  | history records preceding 1987, although training had              |
|       | 10 | been going on for decades prior.                                   |
| 12:19 | 11 |          And so, in my opinion, lack of records does               |
|       | 12 | not indicate lack of fires, and you cannot accurately              |
|       | 13 | say anything about the history of fires at PTA, in                 |
|       | 14 | general, based on such a short and broken fire                     |
|       | 15 | history record.                                                    |
| 12:20 | 16 |          But, based on the records that Mr. Beavers                |
|       | 17 | analyzed, I'm not surprised that the most acreage                  |
|       | 18 | burned was from the large fires that started outside               |
|       | 19 | the installation, built up a big head of steam before              |
|       | 20 | reaching the installation, and ran their course well               |
|       | 21 | up into the Kipuka Kalawamauna.                                    |
| 12:20 | 22 |     Q.   These large fires, are you aware of any in                |
|       | 23 | the last decade that have initiated on the Pohakuloa               |
|       | 24 | Training Area?                                                     |
| 20    | 25 |     A.   By large fires, can you explain what, what                |

```
              1    you mean by large fires?
   20         2         Q.   I meant it in the terms that you had used
              3    it in your previous answer.
   12:21      4         A.   I'm thinking of two incidents, one in 1994
              5    and one in 1999, both of which I know started
              6    off-installation in the highly fire-prone,
              7    state-managed Puu Anahulu Game Management area that
              8    shares a five-mile, or, actually, more like a seven
              9    or eight-mile-long boundary with Pohakuloa Training
             10    Area along the west side, probably the most, the most
             11    critical fire management area in the state, and
             12    that's the site where the largest fires in the state
             13    have occurred, according to our analysis.
   12:22     14         Q.   In the last decade do you know what
             15    percentage of the acres burned on Pohakuloa --
             16    actually, let's go slightly more than two decades.
   12:22     17              From 1990 to the present, do you know how
             18    many, what percentage of the acres burned on
             19    Pohakuloa Training Area were due to these two large
             20    fires?
   12:22     21              MR. MORIWAKE:   Objection.   Lacks
             22    foundation, calls for speculation.
   12:22     23         A.   As I mentioned, there are no records
             24    between 1999 and -- I've not seen or reviewed any
             25    data related to fire history at PTA between 1999 and
```

|  |  |  |
|---|---|---|
|  | 1 | communicate with me. |
| 14 | 2 | Q.   Earlier you referenced an individual by the |
|  | 3 | name of Andy Beavers. Have you had experience |
|  | 4 | working with him in the past? |
| 13:14 | 5 | A.   Yes. |
| 13:14 | 6 | Q.   And do you respect to work that Mr. Beavers |
|  | 7 | has done that you've been aware of? |
| 13:14 | 8 | MR. MORIWAKE: Objection. Vague. |
| 13:14 | 9 | A.   I respect some of it. |
| 13:15 | 10 | BY MR. GETTE: |
| 13:15 | 11 | Q.   Did you ever tell Mr. Beavers that any of |
|  | 12 | the work that he had done on the Fire Management Plan |
|  | 13 | at PTA was incorrect? |
| :15 | 14 | A.   No, I never told Mr. Beavers that I thought |
|  | 15 | the work he did on the PTA management plan was |
|  | 16 | incorrect. I know that he inherited a large document |
|  | 17 | that had been mostly written by another person, and |
|  | 18 | that he was touching it up and adding certain |
|  | 19 | elements to it, and we critically discussed certain |
|  | 20 | elements of the plan on more than one occasion. |
| 13:16 | 21 | Q.   Will Stryker-specific training increase or |
|  | 22 | decrease the potential for fires resulting from Army |
|  | 23 | activities at Pohakuloa Training Area? |
| 13:16 | 24 | A.   I believe Strykers are likely to increase |
|  | 25 | the incidence of fires at PTA. |

| | | |
|---|---|---|
| 13:25 | 1 | Q. Do you know how the numbers included in |
| | 2 | Table 6 of the BA were calculated? |
| 13:25 | 3 | A. Those numbers, it's my understanding that |
| | 4 | those numbers were provided by the Army. So, no, I |
| | 5 | don't know how they were calculated. |
| 13:25 | 6 | Q. If those numbers are incorrect and are |
| | 7 | overstated, would that impact your opinion? |
| 13:25 | 8 | A. It may. But the fact remains that fountain |
| | 9 | grass spread is continuing, thereby increasing the |
| | 10 | probability of fire ignitions and of large fires |
| | 11 | occurring. |
| 13:26 | 12 | And that any, any increase in maneuver or |
| | 13 | use of tracers or in the number of troops using the |
| | 14 | installation or in the number of rounds fired, even |
| | 15 | without tracers, are likely to increase the incidence |
| | 16 | of fire at PTA. |
| 13:26 | 17 | I know I spoke to towards tracers, but all |
| | 18 | munitions are potential fire-starting. Anything that |
| | 19 | is fired out of a barrel is likely to cause sparks |
| | 20 | upon impact. |
| 13:27 | 21 | As you know, most of the installation is |
| | 22 | rock, a lot of it is pahoehoe. And so sparks, I |
| | 23 | believe it's recognized by the Army that basically |
| | 24 | all, all ordnance fired out of a barrel is |
| | 25 | fire-causing, has the potential to start fires. |