ORIGINAL



DAVID L. HENKIN           #6876
ISAAC H. MORIWAKE         #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>    Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' OVERSIZED EXHIBITS IN SUPPORT OF THEIR SUPPLEMENTAL MEMORANDUM RE: INTERIM INJUNCTION; EXHIBITS "14"-"16," "54," AND "87"<br><br>Hearing:<br><br>Date:  December 18, 2006<br>Time: 9:45 a.m.<br>Judge: Hon. David A. Ezra |

**PLAINTIFFS' OVERSIZED EXHIBITS IN SUPPORT OF THEIR
SUPPLEMENTAL MEMORANDUM RE: INTERIM INJUNCTION**

Pursuant to this Court's Amended General Order Adopting Electronic Case Filing Procedures, Rule 2.6, attached hereto are oversized Exhibits "14"-"16," "54," and "87."

DATED: Honolulu, Hawai'i, December 14, 2006.

EARTHJUSTICE
David L. Henkin
Isaac H. Moriwake
223 South King Street, Suite 400
Honolulu, Hawai'i 96813

By: _____
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs