

Schofield Barracks
Mark 19 40mm Practice SDZ QTR-1
Cultural Resources Map