

Schofield Barracks
50 Cal SDZ QTR-1 Lane 5, 6 and Cultural Resources Map