## Legend

- M203 40mm TP FL
- MM203 40mm TP FR
- C4 Min Safe Distance SDZ
- C4 Max Safe Distance SDZ
- Cultural Site Point
- Cultural Site Line
- Cultural Site Area
- Archaeological Previously recorded

## Schofield Barracks
## UAC SDZ
## M203 40mm TP and C4
## Cultural Resources Map