EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
HARRY YEE  (3790)
THOMAS A. HELPER  (5676)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  harry.yee@usdoj.gov
        tom.helper@usdoj.gov

ROBERT M. LEWIS
Senior Trial Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203
Tel: (703) 696-1567; Robert.lewis@hqda.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and LES BROWNLEE, Acting Secretary of the Untied States Department of the Army<br><br>            Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE RE: FEDERAL DEFENDANTS' SUPPLEMENTAL BRIEF ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of Federal Defendants' Supplemental Brief on the Scope on Interim Injunctive Relief was served by hand delivery on the following person at his last known business address on the date below.

    David L. Henkin, Esq.          December 15, 2006
    Earthjustice
    223 South King Street, Suite 400
    Honolulu, Hawaii 96813-4501

    ATTORNEY FOR PLAINTIFFS

DATED: Honolulu, Hawaii, December <u>18</u>, 2006.

    /s/ Harry Yee
    _____
    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    HARRY YEE
    THOMAS A. HELPER
    Assistant U.S. Attorneys

    ROBERT M. LEWIS
    U.S. Army Environmental Law

    Attorneys for DEFENDANTS