EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawaii
HARRY YEE   (3790)
THOMAS A. HELPER   (5676)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-3752
Email:   harry.yee@usdoj.gov
         tom.helper@usdoj.gov

ROBERT M. LEWIS
Senior Trial Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203
Tel: (703) 696-1567; Robert.lewis@hqda.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and LES BROWNLEE, Acting Secretary of the Untied States Department of the Army<br><br>    Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>FEDERAL DEFENDANTS' ERRATA TO LAWRENCE KAWASAKI'S DECLARATION IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF; ATTACHMENTS "1" AND "2"; CERTIFICATE OF SERVICE |

FEDERAL DEFENDANTS' ERRATA TO LAWRENCE KAWASAKI'S
DECLARATION IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL
<u>BRIEF ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF</u>

Defendants submit herein Attachments "1" and "2" that were inadvertently not included with Lawrence Kawasaki's Declaration filed on December 15, 2006, in support of Federal Defendants' Supplemental Brief on the Scope of Injunctive Relief.  The attached documents were provided to Plaintiffs' counsel, David Henkin, by facsimile and/or hand delivery on December 17, 2006.

DATED: Honolulu, Hawaii, December  18 , 2006.

/s/ Thomas A. Helper

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

HARRY YEE
THOMAS A. HELPER
Assistant U.S. Attorneys

ROBERT M. LEWIS
U.S. Army Environmental Law

Attorneys for DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that a copy of Federal Defendants' Errata TO LAWRENCE KAWASAKI'SDECLARATION IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON THE SCOPE OF INTERIM INJUNCTIVE RELIEF was hand delivered and/or transmitted by facsimile on the following person at his last known business address on the date below.

>	David L. Henkin, Esq.	December 17, 2006
>	Earthjustice
>	223 South King Street, Suite 400
>	Honolulu, Hawaii 96813-4501
>
>	ATTORNEY FOR PLAINTIFFS

DATED: Honolulu, Hawaii, December  18 , 2006.

>	/s/ Thomas A. Helper
>	_____
>	EDWARD H. KUBO, JR.
>	United States Attorney
>	District of Hawaii
>
>	HARRY YEE
>	THOMAS A. HELPER
>	Assistant U.S. Attorneys
>
>	ROBERT M. LEWIS
>	U.S. Army Environmental Law
>
>	Attorneys for DEFENDANTS