```
 1              IN UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF HAWAII
 3    ------------------------------------------
 4    'ILIO'ULAOKALANI COALITION, a
 5    Hawaii nonprofit corporation; NA 'IMI
 6    PONO, a Hawaii unincorporated
 7    association; and KIPUKA, a Hawaii
 8    unincorporated association,
 9              Plaintiffs,
10              vs.        Civil No. 04-00502 DAE BMK
11    DONALD H. RUMSFELD, Secretary of Defense;
12    and LES BROWNLEE, Acting Secretary of the
13    United States Department of the Army,
14              Defendants.
15    ------------------------------------------
16
17              DEPOSITION OF ANDREW HOOD
18
19    Taken on behalf of the Defendant at U.S. Attorney's
20    Office, PJKK Federal Building, 300 Ala Moana Blvd., Room
21    6-100, Honolulu, Hawaii 96813, commencing at 3:23 p.m.,
22    Wednesday, December 6, 2006, pursuant to Notice.
23
24    BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
25              Notary Public, State of Hawaii
```

```
 1   APPEARANCES:
 2   For Plaintiff:          DAVID HENKIN, Esq.
 3                           ISAAC MORIWAKE, Esq.
 4                           Earthjustice
 5                           223 S. King St., Suite 400
 6                           Honolulu, Hawaii 96813
 7
 8   For Defendant UNITED STATES:
 9                           ROBERT M. LEWIS, Esq.
10                           Environmental Law Division
11                           U.S. Army Litigation Center
12                           901 N. Stuart St., Suite 400
13                           Arlington, Virginia  22203
14
15                           HARRY YEE, Esq.
16                           U.S. Attorney's Office
17                           PJKK Federal Building
18                           300 Ala Moana, Room 6-100
19                           Honolulu, Hawaii 96813
20
21
22   Also Present:           ELENA ONAGA, Dept. of the Army
23                           PATRICIA BILLINGTON, Army Corp. of
24                                                    Engineers
25
```

```
 1                    I N D E X
 2   EXAMINATION BY:                           PAGE
 3   MR. LEWIS...................................4
 4
 5
 6                    E X H I B I T S
 7   NO.        DESCRIPTION                    PAGE
 8   None marked
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      Q.   In this particular case, what duties were you
 2  asked to perform by Earthjustice?
 3      A.   I was asked to perform a objective assessment
 4  of the training areas where the Strykers will be
 5  conducting maneuvers with respect to the
 6  geomorphological and surficial erosion issues that may
 7  or may not be associated with those.
 8      Q.   Did you consult with anybody else in
 9  preparation?
10      A.   No.
11      Q.   And what conclusions have you reached about the
12  relation of Stryker training and erosion?
13      A.   My conclusion, thus far, is that the level of
14  best management practices that I observed on both the
15  primary transport roads that we traveled upon on our
16  site visit and the off-road areas, that the best
17  management practices are not commensurate with the level
18  of impacts that I anticipate the Stryker vehicles
19  themselves will have on the watershed.
20      Q.   And what do you base that opinion on?
21      A.   My professional experience.
22      Q.   What factors did you take into consideration in
23  forming this opinion?
24      A.   There were numerous factors, one being my
25  knowledge of how erosion processes occur and what
```

```
 1   impacts to the watershed accelerate those erosion
 2   regimes, and my observations during our two-day site
 3   visit on Thursday and Friday of last week of the actual
 4   grounds where the training will be occurring.
 5        Q.   Have you seen a Stryker vehicle driving?
 6        A.   No.
 7        Q.   Did you see a Stryker vehicle on any of the
 8   roads that you rode on?
 9        A.   No.
10        Q.   Did you see a Stryker vehicle go off-road?
11        A.   No.
12        Q.   Do you know if Stryker vehicles will go
13   off-road?
14        A.   Yes.
15        Q.   And how do you know that?
16        A.   The guys that took us around, we had a map
17   where there's going to be go zones that are either
18   directly adjacent to or at some distance from the
19   primary transport roads that they said these are where
20   they're going to be able to do off-road maneuvers and
21   training.
22        Q.   And did you inspect those go and no go zones?
23        A.   Yes, some of them.
24        Q.   And which ones did you inspect?
25        A.   I cannot recall all the specific names without
```

```
 1   the map.
 2       Q.   Were there any particular features at these go
 3   and no go zones that caused you to believe that Stryker
 4   transportation there would cause erosion?
 5           MR. HENKIN:  Objection.  Compound.
 6           THE WITNESS:  Yes, I did see indications that
 7   the Strykers would be problematic from a surficial
 8   erosion standpoint.
 9   BY MR. LEWIS:
10       Q.   And what did you see that caused you to think
11   that?
12       A.   Exposed organic and mineral soils.  Active head
13   cuttings along some of the roadways.  Reeling and
14   gulleying in areas where the Strykers, I was told, had
15   been maneuvering up until the stoppage period in
16   October.  Head cut gulleys at the intersection of some
17   of the roads and stream courses on the property.
18       Q.   Did you see any evidence of Stryker vehicle --
19   of Stryker vehicles being driven in those areas?
20           MR. HENKIN:  Objection.  Vague.
21           THE WITNESS:  I saw evidence of wheeled vehicle
22   impacts, and in discussions out at the site, I was told
23   that the Strykers had been out there, and I made the
24   conclusion that some of these impacts were associated
25   with the Strykers.
```

```
 1   expect for the level of usage at these facilities; is
 2   that correct?
 3           MR. HENKIN:  Objection.  Misstates prior
 4   testimony.
 5           THE WITNESS:  No.  That's not correct.  What my
 6   conclusion was is that the transformation of some of
 7   these areas where it was previously impervious areas had
 8   been changed to impervious zones and that the storm
 9   water management system and the expected nonpoint source
10   pollutants that will likely be generated from those was
11   not commensurate with the BMPs that the representative
12   out there told me they had installed to handle the storm
13   water runoff.
14   BY MR. LEWIS:
15       Q.   What was not representative of the BMPs at the
16   multiple deployment facility?
17       A.   Some of the best management practices did not
18   appear to be installed correctly.
19       Q.   Which?
20       A.   Those best management practices that represent
21   that would be, there was a series of what appeared to be
22   sediment detention basins along the -- I guess it would
23   be the west side of the former runway area where they
24   have the multiple deployment stations.  They didn't seem
25   to be designed correctly in that the invert of the
```

1  sediment detention basin visually appeared to be at the
2  same invert elevation of their outlet culverts, which
3  would mean that water flowing in would then just flow
4  through the detention basin without being -- having a
5  lag time induced to filter out sediments and other
6  nonpoint source pollutants.  I'm assuming, in a sense,
7  that that's what those were, but I haven't been able to
8  dig through the documents to look at all the CAD
9  drawings, but that's what it appeared to be because
10 there was also an emergency spillway structure built on
11 it.
12         In addition, at some of the culvert outlets,
13 both into defined stream channels, there was extensive
14 erosion that most likely occurred during a most recent
15 storm event out there, just based on the instability
16 that I saw in the sediments and some of the soils.
17         In addition, discussions with some of the --
18 there was a U.S. Army Corps. of Engineers representative
19 who was out there and I asked several questions about,
20 have you done any special provisions for storm water
21 BMPs?  And he indicated, no, that they had just put a
22 curb and gutter system in to capture the runoff and
23 route it down into a stream course.
24    Q.  And this was at the multiple deployment
25 facility?

```
 1    they drain down to -- to Kua stream, which is an
 2    impaired water body on the Department of Health's 319
 3    Clean Water Act list.  And I know that turbidity is one
 4    of the issues with that stream that's impairing its
 5    biological functions.
 6         Q.   Are there any other water bodies that you feel
 7    are being impaired by Stryker training?
 8         A.   Yes.
 9         Q.   And what are they?
10         A.   The stream courses that generate -- that are
11    part of the Lake Wilson Wahiawa reservoir water body,
12    which is the, I believe, the east range, which we did
13    our first tour through, and those sub basin streams that
14    flow into Waiakele stream.
15              And then on the Kahuku area, we went to
16    multiple sites where they're gonna be doing training,
17    and I don't know all the watershed names, and I haven't
18    had time to spend a lot of time looking at the maps to
19    figure out all the stream names up there, but it was my
20    opinion there would be increases in over land flow and
21    increases in surficial erosion generated from those
22    sites and that would be transported down to the
23    streamways and then further transported out to the
24    receiving waters around Kawela Basin and other terminal
25    locations of the streams.
```

1    A.    From 19 -- April of 199 -- I believe it was
2    1995 until coming to Hawaii. November of 2000. And
3    then prior to that, I was a hydrologist for the U.S.
4    Forest Service in Idaho. And prior to that, I was a
5    hydrological technician for the Forest Service also in
6    Idaho. And then prior to that, I was a student at the
7    University of Arizona. And then I also did work at a
8    ranch where I was in charge of trail maintenance and
9    irrigation system, which is germane to this work.
10    Q.    Regarding your professional opinion about the
11    potential for erosion on primary roads, what level of
12    use do you expect on primary roads?
13        MR. HENKIN:  Objection.  Vague and compound.
14        THE WITNESS:  I don't know.
15    BY MR. LEWIS:
16    Q.    Then why do you feel the level of BMPs is not
17    commensurate with the expected level of use?
18    A.    Because I was told that the vehicles that will
19    be using it are 19 to 20 tons and that at one time there
20    may be as many as 30 vehicles during one training
21    maneuver using the road, but I didn't get from the
22    military folks that were accompanying us, like, how
23    often that will occur in a week or a month or whatnot.
24    They did make it clear that these areas -- that the east
25    range would be the primary driving school for the Army

1   into the stream itself, and it indicated to me that
2   there were no velocity breakers or erosion control to
3   arrest that at the -- at the kickouts where the water
4   was being concentrated.
5       Q.   So it's your opinion that if any erosion occurs
6   through the use of vehicles, then that's a failing of
7   BMPs?
8       A.   The objective of the BMPs is, to the extent
9   practicable, to achieve minimal -- to arrest sediments
10  that are generated from the surficial erosion.  My
11  conclusion is that it would be nearly impossible not to
12  expose some earth via vegetation removal from the
13  vehicles.  And it's a commonly accepted understanding in
14  erosion literature and in erosion discussions and people
15  that do this, you know, whether it's agricultural,
16  forestry, mining, off-road vehicles, whatever, that if
17  you remove the protective cover, erosion rates increase.
18           So BMPs that could capture sediments generated
19  from those sites and store them on site so they're not
20  conveyed through the system and into the stream courses
21  and stuff, would be effective BMPs.  I believe that with
22  some customization to the BMPs out there and increases
23  in them, that that could be achieved.
24      Q.   To what extent are your conclusions shaped by
25  the amount of rainfall that occurs?