



Attachment "2"













