DAVID L. HENKIN           #6876
ISAAC H. MORIWAKE         #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　Defendants. | Civil No. 04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 18, 2006, a true and correct copy of the Supplemental Declaration of John Michael Castillo; Exhibit "A;" Supplemental Declaration of Andrew P. Hood; Exhibit "B;" and Exhibit 94

2

were duly served on the following via hand delivery at the hearing held on December 18, 2006:

> HARRY YEE
> Assistant United States Attorney
> Office of the U.S. Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Rm. 6-100
> Honolulu, Hawai`i 96850
> Attorneys for Defendants
>
> DATED:   Honolulu, Hawai`i, December 18, 2006.

/s/  David L. Henkin
David L. Henkin
Isaac H. Moriwake
Attorneys for Plaintiffs