EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association<br><br>           Plaintiffs,<br><br>     v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and LES BROWNLEE, Acting Secretary of the Untied States Department | CIVIL NO. 04-00502 DAE BMK<br><br>FEDERAL DEFENDANTS' SUBMISSIONS RESPONDING TO PLAINTIFFS' ADDITIONAL DECLARATIONS AND DEPOSITION EXCERPTS; DECLARATION OF MICHELLE MANSKER WITH ATTACHMENT "1"; DECLARATION OF LAWRENCE KAWASAKI; EXHIBIT "P"; CERTIFICATE OF SERVICE |

```
of the Army                        )    HEARING DATE: Dec. 18, 2006
                                   )    TIME:         9:45 a.m.
              Defendants.          )    JUDGE:        DAVID A. EZRA
                                   )
```

FEDERAL DEFENDANTS' SUBMISSIONS RESPONDING TO
PLAINTIFFS' ADDITIONAL DECLARATIONS AND DEPOSITION EXCERPTS

During the hearing on December 18, 2006, this Court, pursuant to the Defendants' request, authorized the submission of rebuttal evidence by Defendants to certain submissions by Plaintiffs, specifically the December 17, 2006 Declaration of John M. Castillo, excerpts from the deposition of Angela Leimalle, and December 17, 2006 Declaration of Andrew Hood.  Pursuant to this Court's instruction, Defendants submit rebuttal evidence as follows:  December 18, 2006 Declaration of Michelle Mansker; December 19, 2006 Declaration of Lawrence Kawasaki; and Exhibit "P", excerpts from the Deposition Transcript of Angela Leimaile Quitevis.

DATED: Honolulu, Hawaii, December  19 ,2006.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawai`i


                                 /s/ Harry Yee
                           By _____
                              HARRY YEE
                              THOMAS HELPER
                              Assistant U.S. Attorneys

                           ROBERT M. LEWIS
                           Special Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

2

    I hereby certify that a copy of Federal Defendants' Submissions Responding to Plaintiffs' Additional Declaration and Deposition Excerpts was served by hand delivery on the following person at his last known business address on the date below.

>David L. Henkin, Esq.
>Earthjustice
>223 South King Street, Suite 400
>Honolulu, Hawaii 96813-4501
>
>ATTORNEY FOR PLAINTIFFS
>
>DATED:  Honolulu, Hawaii, December  19 , 2006.

        /s/ Harry Yee
        _____

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        HARRY YEE
        THOMAS A. HELPER
        Assistant U.S. Attorneys

        ROBERT M. LEWIS
        U.S. Army Environmental Law

        Attorneys for DEFENDANTS