# Attachment "1"
# to Declaration of
# Michelle Mansker

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                      DISTRICT OF HAWAII

 3    ---------------------------------------

 4    'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit

 5    corporation; NA 'IMI PONO, a Hawai'i unincorporated

 6    associate; and KIPUKA, a Hawai'i unincorporated

 7    association,

 8              Plaintiffs,

 9         vs.                CIVIL NO. 04-00502 DAE-BMK

10

11    DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS

12    J. HARVEY, Secretary of the United States Department

13    of the Army,

14              Defendants.

15    ---------------------------------------

16

17            DEPOSITION OF JOHN MICHAEL CASTILLO

18            Taken on behalf of the Defendants, at the

19    office of U.S. Attorney, Room 6-202, PJKK Federal

20    Building, 300 Ala Moana Boulevard, Honolulu, Hawaii

21    96850-6100, commencing at 10:08 a.m., on December 11,

22    2006, pursuant to Notice.

23

24    BEFORE:    DENNIS J. YANKEE, CSR NO. 285

25                Certified Shorthand Reporter
```

Attachment "1"

| 10:15 | 1 | Q. What was the date of your first deposition |
| | 2 | in this case? |
| 10:15 | 3 | A. November 8th, 2006. |
| 10:15 | 4 | Q. November 8th? |
| 10:15 | 5 | A. I'm sorry, December 8th. |
| 10:15 | 6 | Q. Okay. |
| 10:15 | 7 | A. If I referenced this deposition -- my last |
| | 8 | deposition as November 8th, it was in error. It |
| | 9 | December 8th. |
| 10:15 | 10 | Q. Now, since your last deposition until |
| | 11 | today, how many additional hours did you spend |
| | 12 | working on this case? |
| 10:15 | 13 | A. Would you like to know the number of hours |
| | 14 | spent actually reading and reviewing material and |
| | 15 | writing my deposition, or would you like me to also |
| | 16 | include travel time to and from Oahu and airport and |
| | 17 | my home? |
| 10:16 | 18 | Q. Just the time spent reviewing documents and |
| | 19 | writing your declaration. |
| 10:16 | 20 | A. Approximately 12 hours. |
| 10:16 | 21 | Q. You said you had reviewed sections of the |
| | 22 | biological opinion. Have you read the entire |
| | 23 | biological opinion? |
| 10:16 | 24 | A. No, I have not. |
| 16 | 25 | Q. You said also that since your last |

1  colloquy of Mr. Gette regarding the circumstances of

2  this deposition.

11:31  3       I think everyone is well aware, including

4  the judge in this case, about the expedited nature of

5  this discovery.  It was the government's position at

6  the outset that no discovery was needed and should be

7  allowed, and under very tight and extenuating

8  circumstances we have produced Mr. Castillo, now

9  twice, for depositions, both of which the government

10  indicated would be a half day each.

11:32  11       And that if the government intends, or, as

12  it stated, reserve its right to re-call this witness,

13  that we, to the extent that such a request would be

14  reasonable, would make good efforts to comply, but

15  that the fact of the matter is Mr. Castillo's

16  schedule is very, very busy, and that he's bent over

17  backwards to accommodate these repeated requests for

18  depositions, and that the bottom line is we'll do

19  what we can, and we reserve our right to oppose such

20  a request for further deposition.

11:33  21  BY MR. GETTE:

11:33  22      Q.  Mr. Castillo, are you a botanist?

11:33  23      A.  No, I'm not a trained botanist.  But I have

24  experience working as a botanist or working in a

25  context as a biologist, but my training is in

| | | |
|---|---|---|
| 12:12 | 1 | A.    Yes, I've looked it over. |
| .12 | 2 | Q.    And what is that document? |
| 12:12 | 3 | A.    This document is an excerpt from the Fire |
| | 4 | Management Plan that's included as an appendix to the |
| | 5 | Programmatic Biological Assessment for Transformation |
| | 6 | of the Second Brigade 25th Infantry Division, U.S. |
| | 7 | Army, Island of Hawaii. |
| 12:12 | 8 | Q.    When did you, when did you first -- have |
| | 9 | you read this document in its entirety? |
| 12:12 | 10 | A.    Are you referring to the U.S. Army |
| | 11 | Garrison's Wildfire Management Plan for Hawaii? |
| 12:12 | 12 | Q.    Well, let's start with that. |
| 12:12 | 13 | A.    That document is two or three inches thick |
| | 14 | and it covers all training installations in Hawaii. |
| | 15 | No, I've not read it in its entirety. |
| 12:13 | 16 | Q.    What has been marked as Exhibit number 2 to |
| | 17 | your deposition, have you read that in its entirety? |
| 12:13 | 18 | A.    Chapter 7, the section describing the Fire |
| | 19 | Management Area of Pohakuloa Training Area, one of |
| | 20 | several sections of the Fire Management Plan that |
| | 21 | makes reference to Pohakuloa Training Area and fire |
| | 22 | management thereof, no, I have not read it in its |
| | 23 | entirety, but I have looked through it. |
| 12:13 | 24 | MR. MORIWAKE:  I'll object as to |
| | 25 | foundation whether this is indeed the entire chapter |