



EXHIBIT B