# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition, a Hawai'i nonprofit corporation; Na 'Imi Pono, a Hawai'i unincorporated association; and Kipuka, a Hawai'i unincorporated association v. Donald H. Rumsfeld, Secretary of Defense; and Les Brownlee, Acting Secretary of the U.S. Department of the Army |
| ATTYS FOR PLA: | David L. Henkin |
| ATTYS FOR DEFT: | Harry Yee<br>James G. Gette<br>Mark Katkow<br>R. Michael Lewis<br>Elena Onaga |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/18/2006 | TIME: | 9:45am-12:15pm |

COURT ACTION:  EP:  Oral Arguments.

Objections to exhibits produced heard.

Oral arguments heard.

Memorandum with a maximum of 20 pages to be submitted by 12/19/2006 @4:00pm.

Scope of Interim Injunction-TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager