```
EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawaii

HARRY YEE   (3790)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-3752
Email:   harry.yee@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; NA 'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J., HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>ORDER |

## ORDER

IT IS HEREBY ORDERED that the Motion for Permission to File an Oversized Reply Memorandum in Support of Defendants'

Supplemental Brief on the Scope of Interim Injunctive Relief is hereby granted.

DATED: Honolulu, Hawaii, December 20, 2006.



_____
David Alan Ezra
United States District Judge

‘Ilio‘ulaokalani Coalition, et al.  v.
Donald H. Rumsfeld, et al.
Civil No. 04-00502 DAE BMK
"Order"