DAVID L. HENKIN         #6876
ISAAC H. MORIWAKE       #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai‘i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ‘ĪLIO‘ULAOKALANI COALITION, a Hawai‘i nonprofit corporation; NĀ ‘IMI PONO, a Hawai‘i unincorporated association; and KĪPUKA, a Hawai‘i unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,*<br><br>　　　　　Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' MOTION TO CLARIFY DECEMBER 29, 2006 ORDER SETTING INTERIM INJUNCTION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID L. HENKIN; EXHIBITS "1"-"7;" CERTIFICATE OF SERVICE<br><br><u>Non-Hearing Motion</u> |

PLAINTIFFS' MOTION TO CLARIFY
DECEMBER 29, 2006 ORDER SETTING INTERIM INJUNCTION

---

\* Pursuant to Federal Rule of Civil Procedure 25(d)(1), Secretary of Defense Robert M. Gates is substituted for his predecessor, Donald Rumsfeld.

Plaintiffs 'Īlio'ulaokalani Coalition, Nā 'Imi Pono, and Kīpuka (collectively, "the Hawaiian Groups") seek clarification regarding the December 29, 2006 Order Setting Interim Injunction, which "narrow[ed] the broad injunction issued by the Ninth Circuit" regarding Stryker Brigade Combat Team ("SBCT")-specific training.  12/29/06 Order at 6.  Specifically, the Hawaiian Groups respectfully ask the Court to define with greater precision the SBCT-specific training activities it intended to allow during the term of the interim injunction.  As discussed in the memorandum filed herewith, such clarification is necessary to ensure that, while the interim injunction is in force, defendants Robert M. Gates, Secretary of Defense, and Francis J. Harvey, Secretary of the United States Department of the Army, engage in only those training activities this Court has determined are "time-critical."  Id. at 60.

This motion is based on Federal Rules of Civil Procedure 7 and 59, the attached memorandum, declaration and exhibits, the pleadings on file herein, and such other matters as may be presented to the Court.

DATED:   Honolulu, Hawai'i, January 12, 2007.

    EARTHJUSTICE
    David L. Henkin
    Isaac H. Moriwake
    223 South King Street, Suite 400
    Honolulu, Hawai'i 96813

By:   /s/ David L. Henkin
    DAVID L. HENKIN
    Attorneys for Plaintiffs