DAVID L. HENKIN    #6876
ISAAC H. MORIWAKE    #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>    Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) |

PLAINTIFFS' NOTICE OF TAKING DEPOSITION
UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6)



EXHIBIT 4

TO:     Harry Yee
        Assistant United States Attorney
        Office of the U.S. Attorney
        PJKK Federal Building
        300 Ala Moana Blvd., Rm. 6-100
        Honolulu, Hawai'i 96850

        Barry A. Weiner
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        General Litigation Section, P.O. Box 663
        Washington, D.C. 20044-0663

        [Attorneys for Defendants]

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, at 10:00 a.m. on December 5, 2006, at Earthjustice, 223 South King Street, Suite 340, Honolulu, Hawai'i 96813, plaintiffs 'Ilio'ulaokalani Coalition, Nā 'Imi Pono, and Kīpuka will take the deposition upon oral examination of the person(s) whom defendants Donald H. Rumsfeld and Francis J. Harvey shall designate as their authorized representative(s) who is/are most familiar with or has/have the most knowledge about the following matters:

(1) The nature, scope and cost of the following four construction projects that defendants contend are critical for the 2nd Brigade of the 25th Infantry Division ("2nd Brigade") to be mission deployable as a Stryker Brigade Combat Team ("SBCT"): modifications to Range 11T at Pōhakuloa Training Area ("PTA"), the SBCT Motor Pool, the

        Urban Assault Course ("UAC"), and the Multiple Deployment Facility ("MDF");

(2) The basis of defendants' contention that training at Qualification Training Range 1 and the UAC is critical for the 2nd Brigade to be mission deployable as an SBCT, including, but not limited to, why the 2nd Brigade cannot conduct its exercises at alternate ranges in Hawai'i;

(3) The basis of defendants' contention that training with the Mobile Gun System at PTA's Range 11T is critical for the 2nd Brigade to be mission deployable as an SBCT;

(4) The basis of defendants' contention that use of the SBCT Motor Pool and the MDF is critical for the 2nd Brigade to be mission deployable as an SBCT;

(5) The nature, scope, timing, and location of each training exercise defendants propose to conduct in Hawai'i for the 2nd Brigade to be mission deployable as an SBCT and the basis of defendants' contention that each such training exercise is critical, must be conducted in Hawai'i, and will not cause adverse impacts to the human environment;

(6) The basis of defendants' contention that the 2nd Brigade cannot be temporarily re-stationed outside of Hawai'i to conduct the remaining training necessary to be mission deployable as an SBCT;

(7) The basis of defendants' contention that the 2nd Brigade cannot complete its conversion to an SBCT at Fort Lewis; and

(8) The basis of defendants' contention that the 2nd Brigade cannot train as an infantry brigade in lieu of training as an SBCT.

Said deposition shall be upon oral examination pursuant to Federal Rule of Civil Procedure 30 before an officer authorized by law to administer oaths. The oral examination shall continue until it is completed. You are invited to attend and cross-examine.

DATED at Honolulu, Hawai'i, November 20, 2006.

        EARTHJUSTICE
        223 South King Street, Suite 400
        Honolulu, Hawai'i 96813

By: _____
        David L. Henkin
        Attorneys for Plaintiffs