DAVID L. HENKIN          #6876
ISAAC H. MORIWAKE        #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 04-00502 DAE BMK <br><br> PLAINTIFFS' MOTION TO CLARIFY DECEMBER 29, 2006 ORDER SETTING INTERIM INJUNCTION |

EXHIBIT "5" TO DECLARATION OF DAVID L. HENKIN

PART 2 OF 2