# EXHIBIT "5" TO
# DECLARATION OF DAVID L. HENKIN

## PART 2 OF 2

Schofield Barracks:
KR-5

Legend
- [red outline] KR-5/1.62 East 577
- [box] Training Areas
- [box] Schofield Boundary

5.56MM and 7.62MM Ammunition
Left Firing Position:    EJ5244576932
Right Firing Position:   EJ5252376933
Left Target Position:    EJ5244976962
Right Target Position:   EJ5251376709

USGS Map  Scale 1:25,000  NAD83
06/07/05 / RYK



# KR6

One Section receives a mission to seize Objective Gold. A section consists of two Strykers and two infantry squads. Each Stryker is an Infantry Carrier Variant with a two man crew. The infantry squads consist of nine Soldiers. Stryker and squad weapons consist of:

- Two M2 (.50 caliber)
- One M240 (7.62 mm)
- Four M249 (5.56 mm link)
- Thirteen M4 (5.56 mm ball)

Enemy targets consist of four engagement areas, each engagement area contains six individual dismounted troop targets (DTT). The two dismounted squads move abreast, forward of the two Strykers. As the squads reach firing line 1, the target operator presents all DTTs at engagement areas 1 and 2. The infantry squads assault and destroy the targets using 7.62mm and 5.56mm. Infantry squads clear engagement areas 1 and 2 and establish attack by fire positions 1 and 2 along firing line 2. At this point, Strykers move forward to firing line 2 to overwatch dismounted squad movement. As Strykers reach firing line 2, target operator presents DTTs at engagement areas 3 and 4. Strykers engage targets using .50 caliber machine guns. After Strykers have destroyed targets at engagement areas 3 and 4, dismounted squads move forward. As squads approach engagement areas 3 and 4, target operator presents DTTs at engagement areas 3 and 4. Squads engage targets using 5.56mm and 7.62mm. Infantry squads assault and destroy targets and establish limit of advance north of engagement areas 3 and 4. Strykers move forward to provide overwatch and prepare for enemy counterattack. The vehicle and squad engage thirty-six DTTs. The Standards and Training Commission allows 21 rounds for each .50 caliber engagement and 27 rounds for each 7.62mm engagement. The .50 caliber ammunition used for this scenario is limited to Short Range Training Ammunition (SRTA) with a maximum range of 900 meters. The SRTA projectiles are plastic and contain less gunpowder than a standard round. The single vehicle and squad will expend a total of 126 .50cal rounds and 324 7.62mm rounds. Each section will expend a total of 880 rounds of 5.56mm per iteration. On a single day, a platoon consisting of four vehicles will rotate through this scenario for one day and night iteration per vehicle. These four iterations will expend a total of 1008 (.50 caliber), 2592 (7.62 mm), and 7040 (5.56 mm) per day. This event will train 44 Soldiers on vehicular and dismounted section sized engagements.





EVENT 2 – X PLT, X CO receives the mission to seize OBJ Gold, vic. EJ 9315 7656  IOT prevent the enemy from influencing the CO ME on OBJ Iron from the east. X PLT, X CO receives the mission to seize OBJ Iron IOT prevent the use of the facilities to enemy forces. X PLT, X CO retains OBJ Bronze and O/O exploits intelligence in AO Warrior.

MSR Yellow

EJ9329 7655

EJ9301 7651

OBJ Gold

Image © 2006 DigitalGlobe    Streaming ||||||||||  100%    Eye alt    2030 ft

©2005 Google

Pointer  21°29'23.97" N  158°06'03.50" W







