COPY

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAI'I

3    'ILIO'ULAOKALANI COALITION,) Civil No. 04-00502 DAE BMK
     a Hawai'i nonprofit         )
4    corporation; NA 'IMI PONO,  )
     a Hawai'i unincorporated    )
5    association; and KIPUKA, a  )
     Hawai'i unincorporated      )
6    association,                 )
                                  )
7                Plaintiffs,      )
                                  )
8         vs.                     )
                                  )
9    DONALD H. RUMSFELD,          )
     Secretary of Defense; and   )
10   FRANCIS J. HARVEY,           )
     Secretary of the United     )
11   States Department of the    )
     Army,                        )
12                                )
                 Defendants.      )
13   _____ )

14

15              **DEPOSITION OF RONALD L. BORNE**

16          Taken on behalf of the Plaintiffs, at the law

17   offices of Earthjustice, 223 South King Street, Third

18   Floor Conference Room, Honolulu, Hawai'i, commencing at

19   9:36 a.m., on Monday, December 4, 2006, pursuant to

20   Notice.

21   BEFORE:   CARI VALLO, CSR No. 252, RPR
               Notary Public, State of Hawai'i
22

23            **PACIFIC REPORTING SERVICES UNLIMITED**
                     Topa Financial Center
24              745 Fort Street, Suite 704
                  Honolulu, Hawai'i 96813
25                  (808)524-7778        EXHIBIT **6** 

```
 1    APPEARANCES:

 2         For Plaintiffs 'Ilio'ulaokalani Coalition, a
           Hawai'i nonprofit corporation; Na 'Imi Pono,
 3         a Hawai'i unincorporated association; and
           Kipuka, a Hawai'i unincorporated association:
 4
                DAVID L. HENKIN, ESQ.
 5              Earthjustice
                223 South King Street, Suite 400
 6              Honolulu, Hawai'i 96813
                (808)599-2436
 7

 8         For the Defendants Donald H. Rumsfeld, Secretary
           of Defense, and Francis J. Harvey, Secretary of
 9         of the United States Department of the Army:

10              ROBERT M. LEWIS, ESQ.
                Senior Trial Attorney
11              Environmental Law Division
                U.S. Army Litigation Center
12              901 N. Stuart Street, Suite 400
                Arlington, Virginia 22203
13              (703)696-1567

14              JAMES D. GETTE, ESQ.
                Trial Attorney, Natural Resources Section
15              U.S. Department of Justice
                Environment & Natural Resources Division
16              601 D Street, NW
                Washington, DC 20004
17              (202)305-1461

18
      ALSO PRESENT:  Anna Mallon, William Aila
19

20

21

22

23

24

25
```

1    BY MR. HENKIN:

2      Q      In the Army's disclosures with respect to the

3    proposed Stryker training, they identify for the

4    purposes of maneuvers certain go and no-go areas.   Are

5    those terms familiar to you?

6      A      Yes, they are.

7      Q      Were you involved in the designation of go and

8    no-go areas at Schofield East Range?

9      A      Yes, I was.

10     Q      I'm going to show you a document that was

11   provided to me by the Army and ask you if you recognize

12   it.

13     A      Yes, I do.

14     Q      What is that document?

15     A      This document was specifically developed for

16   the Stryker's driver's training course.  However,

17   embedded in it is the go and no-go areas.

18          MR. HENKIN:  Could we please have that labeled

19   as Exhibit 2.

20              (Deposition Exhibit 2 was marked.)

21     Q      With respect to what we've labeled as

22   Exhibit 2, do you see the legend in the lower

23   right-hand corner?

24     A      Yes, I do.

25     Q      And the designation or the indication for green

1   course, blue course, red course?

2     A     Yes, I do.

3     Q     The green course has a blue line next to it on

4   the legend; is that correct?

5     A     I'm sorry.  Explain the question or the

6   instruction.

7     Q     If you look at the legend, what color is the

8   line next to green course?

9     A     Oh.  It's listed as blue.

10    Q     What color is the line next to blue course?

11    A     Red.

12    Q     What is the color --

13    A     Green.

14    Q     I need to finish the question.

15          With respect to red course, it's --

16    A     Green.

17    Q     Could you explain why the color of the line is

18  different than the name of the course?

19          MR. LEWIS:  Objection as to relevance.

20          THE WITNESS:  It is mislabeled.

21  BY MR. HENKIN:

22    Q     What should the correct --

23    A     In the legend.  It is mislabeled in the legend.

24  My knowledge, the courses depicted on the map are

25  correct.  The legend has just been reversed.

1    Q    With this pen, could you please edit the legend

2    so we can refer to the courses by their proper names.

3                    (Witness complies.)

4    Q    With respect to the areas in purple on this

5    map, what do those indicate?

6    A    The purple indicates areas that through a

7    series of criteria have been listed as potentially able

8    for a vehicle like a Stryker to maneuver into off the

9    road.

10    Q    What are those criteria?

11    A    I do not recall all of them, but I do know that

12    slope angle, topography, hydrology, and any other

13    restrictions either natural or cultural are considered

14    in determining that.

15            Oh -- and I'm sorry -- one I do recall.

16    Diameter of vegetation density.

17    Q    Could you describe what that limitation would

18    be?

19    A    That limitation would be -- grasses would not

20    be a limitation to vehicle transition, but brush

21    over -- with a diameter of a stalk or trunk over so

22    many inches would be considered a limitation.

23    Q    Do you know how many inches?

24    A    I know the maximum is four inches.

25    Q    Would it be necessary for -- or does the Army

1    contend that it would be necessary to use all of the

2    purple areas in order to complete the training that is

3    proposed for East Range?

4              MR. LEWIS:  Objection.  Lack of foundation.

5              THE WITNESS:  No, they do not.

6    BY MR. HENKIN:

7        Q      What is the basis for your saying they do not?

8        A      East Range is being used for Stryker driver's

9    training, and while that requires them on occasion to

10   pull off the road to do certain either training tasks

11   or for administrative reasons, they would not require

12   all of the area that's listed in purple to do that

13   training.

14       Q      Are you involved in the decision as to which of

15   these purple areas would be used?

16       A      No.

17       Q      Who is?

18       A      The driver's training course supervisor -- I

19   don't know if he's a supervisor, but there is a

20   driver's training course head instructor -- would

21   request those areas, and they would go through our

22   range control.

23       Q      If you're not responsible for making the

24   decision regarding what areas would be requested,

25   what's the basis of your knowledge that they would not

1    require all of these areas?

2      A      When we initially went back to ask if any other

3    requirements were to be requested specifically for

4    training, we asked if the driver's training would

5    require any area that had not been presently used, and

6    the answer was no, that sufficient space was there for

7    what they use today.

8      Q      Are you familiar with which of the go areas are

9    being presently used today?

10     A      I am roughly familiar on the map.  I'm very

11   familiar on the ground with those areas.

12     Q      Could you please circle in black the areas that

13   are currently used today.

14            (Witness complies.)

15     A      Barring minor pulloffs to the roadside.  And

16   when I say that, I mean to within five meters of the

17   road or 10 meters of the road.

18     Q      Barring that, what?

19     A      Barring that that could happen anywhere on the

20   colored roads, they would have to administratively stop

21   for any reason and pull just off the road to allow

22   other traffic to come by.  The areas that they would

23   maneuver further than that I believe are the areas that

24   I have highlighted.

25     Q      Just for clarification, in range area ER-5,

1    you've drawn a dark line to one side of the road.

2    What's the other limit of the --

3        A       Would be the road itself.

4        Q       I'm going to try and finish the question just

5    for a clear record.  I appreciate it's not normal

6    conversation.  It's a little awkward, but it will help

7    the court.

8            So with respect to the area ER-5, only those

9    portions, as the map is situated above the road, which

10   I assume would be to the north of the road, would be

11   used for off-road maneuvers; is that correct?

12       A       That is correct.

13       Q       So other than the three areas that you have

14   identified in range area ER-5, ER-3A, and then ER-1A

15   going over on to ER-1B, these are the only off-road

16   maneuver areas currently being used; is that correct?

17       A       That is correct.

18       Q       For purposes of the request to the court for

19   Stryker off-road maneuver training at East Range, these

20   are the only areas that the Army believes that it

21   needs; is that correct?

22       A       For Stryker drivers OPNET training, that is

23   correct.

24       Q       In terms of what the Army is currently asking

25   the court for leave to do, is there any other training

1    the first page 3-A and the second page 3-B.

2                    (Deposition Exhibits 3-A and 3-B were

3                    marked.)

4    BY MR. HENKIN:

5        Q      Mr. Borne, if you could please describe what

6    we've labeled as Exhibit 3-A.

7        A      You have labeled 3-A Kahuku Training Area go/no

8    go area map from the environmental impact statement,

9    Figure 2.5, for the Stryker transformation in Hawai'i.

10            Exhibit 3-B is a generic range division

11   produced map of the Kahuku training area that shows the

12   training areas themselves, some internal road networks,

13   and some prominent features.

14       Q      Are you familiar with the areas at Kahuku

15   Training Area where the Army proposes to have Stryker

16   vehicles go off of established roads?

17       A      I am.

18       Q      What is the basis of that familiarity?

19       A      My personal discussions with the 2nd Brigade,

20   either Colonel Banach or S3 operations officer.

21       Q      Who is that?

22       A      Ben Eisner, Major Ben Eisner, with an E.

23       Q      Would you be able to mark with this black pen

24   the areas at Kahuku where the Army seeks the

25   opportunity to go off road with Stryker vehicles?

1    A    Yes, I can.

2    Q    Thank you.

3         (Witness complies.)

4    A    While 2nd Brigade has not completely developed

5    their training plan, these are the general areas we

6    discussed.

7    Q    Other than the areas that you've outlined on

8    Exhibit 3-A, are there any other areas that the Army is

9    currently asking the court to allow Strykers to perform

10   off-road maneuvers?

11   A    Only on designated road systems connecting

12   those areas together in the Kahukus.

13   Q    But with respect to maneuvers off of existing

14   roads, are these four areas outlined in black on

15   Exhibit 3-A the only ones that the Army is currently

16   asking the court for permission to use?

17        MR. LEWIS:  Objection.  Asked and answered.

18        THE WITNESS:  Yes, for off-road maneuver.

19   BY MR. HENKIN:

20   Q    How will the Stryker vehicles using these

21   off-road maneuvers at Kahuku Training Area know that

22   they are within the limits of the areas you've

23   designated on 3-A?

24        MR. LEWIS:  Objection.  Lack of foundation.

25        THE WITNESS:  There will be two ways.  One, the

1    have witnessed the training, discussed with the

2    instructors and their supervisors the training that

3    they do today.

4        In the Kahukus, my experience is only

5    topographically having visually seen the areas myself

6    in the past, knowing the vehicle maneuver capabilities,

7    and for the Stryker discussions with 2nd Brigade

8    personnel, Colonel Banach, and his operations officer.

9        MR. HENKIN:  Why don't we take a five-minute

10   break.

11        (Recess taken, 10:16-10:25 a.m.)

12   BY MR. HENKIN:

13   Q    Mr. Borne, is the Army seeking to use -- sorry.

14   Try again.

15        As part of the Army's current request to the

16   court for training involving Stryker vehicles, is it

17   seeking any use of the area that was recently purchased

18   from the Parker Ranch on the island of Hawai'i, known

19   as the West Pohakoloa Training Area Acquisition Area?

20   A    Not for initial operating capabilities for 2nd

21   Brigade.

22   Q    Could you please clarify what you mean by not

23   for initial operating capabilities?

24   A    Not use the Keamuku -- recently purchased

25   Keamuku parcel for 2nd Brigade to reach its capacity to

1    deploy.

2       Q       Is it asking the court for use of the Keamuku

3    parcel for any other purpose?

4       A       No, it is not.

5       Q       Does it have plans to use the Keamuku parcel

6    for any other purpose between now and the time that the

7    2nd Brigade deploys?

8       A       For training, no.  I am not certain if there's

9    any implementation of any fire management or other

10   environmental concerns that have to be implemented for

11   emergency reasons, like wild fire.  But not for

12   training until that time.

13      Q       Who would know if there were any plans to do

14   any nontraining activities on the Keamuku parcel

15   between now and the time of deployment?

16      A       At this point, I do not believe anyone is aware

17   of them, that they need to implement any immediately.

18   However, should wild fires become a problem,

19   suppression, fire-break roads, those things may have to

20   be implemented or managed.

21      Q       When you refer to the time of the 2nd Brigade's

22   deployment, what time is that?

23      A       Second brigade, I am not privy to the exact

24   deployment of 2nd Brigade.

25      Q       Has it received deployment orders?

1    practice tracer is the HEP-TP-T.  And the 105

2    millimeter canister is as described.

3       Q     With respect to the 900 -- well, how many

4    rounds of 105 millimeter TPDS rounds does the Army

5    expect to fire at Pohakoloa should the court grant

6    their request?

7       A     I would have to review the gunnery tables that

8    describes the number of rounds that are fired for each

9    gunnery table because this is exactly that.  It would

10   match that.  It would not be a reflection on how many

11   are allocated for a year because we're only asking to

12   do OPNET training at Range 11T and not collective

13   training with the gun system on another range.

14          I would have to look at the table, but I

15   believe it's around 15 to 20 rounds depending on the

16   variation.

17      Q     Is this the document you're referencing?

18      A     This is an extract of those tables, that is

19   correct.

20          MR. HENKIN:  Why don't we have that labeled as

21   Exhibit No. 18.

22              (Deposition Exhibit 18 was marked.)

23      Q     Based on your review of Exhibit 18, could you

24   give an estimate of the number of each of the various

25   types of 105 millimeter rounds that the Army is asking

1    the court for leave to fire between now and the time of

2    the 2nd Brigade's deployment?

3        A    I will have to go through and count it up, but

4    yes, I can.

5        Q    Well, if it's a question of simple math, could

6    you just describe how you would calculate the number of

7    rounds

8        A    It gives you the ammunition and number of

9    rounds in the ammunition column of each one of the

10   tables that it describes in here.  The first one that

11   would use the 105 millimeter cannon round is listed in

12   here as CT VI.  And there's no page number, but it

13   would be VI.

14       Q    In order to calculate the total number of

15   rounds, how would you do that?

16       A    You would go through and add all of those under

17   those specific titles as it lists it.  Like the first

18   one would be the second task, A2 one round of high

19   explosive plastic training practice tracer, HEP-TP.  So

20   there's one.

21            To capture those, you would go through the

22   remaining tables that are in here or just the -- not

23   the CALFEX but the Tables VI, VII, and VIII.  The

24   advance gunnery collective tables would not be fired.

25       Q    Where would the advance gunnery tables be

1    fired?

2        A       They would have to be fired at the National

3    Training Center.   It requires a much larger range, and

4    in fact, they're not reflected in this briefing.

5        Q       What does the acronym CT refer to?

6        A       I do not know, although I do know they're

7    commonly called tables, Table VI, Table VII, Table

8    VIII.  So while I can't say what the C is, I know that

9    the T is table.

10       Q       We'll go with table.

11       A       I'll look through here and see if I can find

12   the acronym.

13       Q       No.   That's okay.

14       A       But they are normally listed as Table VI, VII,

15   and VIII.

16       Q       I'll go on the acronym finder.

17               Now, with respect to the number of rounds

18   listed in Tables VI, VII, and VIII, does that reflect

19   the total number of rounds fired by a single Stryker

20   that is in the mobile gun system configuration?

21       A       That is correct.

22       Q       Would you then have to multiply the number of

23   rounds by the number of assigned Strykers in the MGS

24   configuration that are assigned to the 2nd Brigade?

25       A       Correct.

1    Q    Do you know off the top of your head the
2    number?
3    A    There's 39 that are assigned, if I'm not
4    mistaken, and I don't know if any of those are taken
5    off and put into what they call the maintenance -- for
6    lack of a better term, a maintenance pool.  I would
7    have to go back and check, and Colonel Banach would
8    know exactly how many he was supposed to get.
9    Q    I'm showing you a document that was included in
10   the Army's disclosure, Annex B Stryker Vehicle
11   Disposition.  Does that help refresh your recollection?
12   A    Yes, it does.
13   Q    Therefore, how many Strykers in the MGS
14   configuration would need to be trained?
15   A    Twenty-seven would need to do the gunnery
16   table.  Twenty-seven crews and vehicles would need to
17   do the gunnery table.
18   Q    So if one were to multiply the number of rounds
19   listed in Tables VI, VII, and VIII by 27, would that
20   give you the total number of rounds?
21   A    Yes, that would give you the total numbers we
22   would need to fire.
23   Q    Does that assume that the crews were fully
24   successful the first time around?
25   A    That is an assumption.

1    Q      If they were not fully successful, they would

2  need additional rounds, I assume?

3    A      If they were not fully successful, they would

4  need additional rounds for that task that they failed.

5    Q      If you could please reference Table V, task

6  A2S, do you see that one?

7    A      Yes.

8    Q      There's reference to one round SLAP, all caps,

9  hyphen T.  Do you see that?

10    A      Yes, I do.

11    Q      To what does that refer?

12    A      I don't know the specific acronym, but I do

13  know what that is.  It's a short-range training

14  ammunition with a tracer.  So it's a substitute weapon

15  system.

16    Q      Substitute for what?

17    A      If I'm not mistaken, it's a substitute for the

18  large caliber weapon system.  In other words, it's a

19  bore device that could be used for the subcaliber

20  system.

21    Q      If I understand correctly, this would be firing

22  out of the 105 millimeter gun but with a smaller

23  caliber --

24    A      I don't know that it fires through the bore,

25  but it may be attached to the barrel or something to

1  STATE OF HAWAI'I                )
                                   ) SS.
2  CITY AND COUNTY OF HONOLULU     )

3

4          I, CARI VALLO, CSR No. 252, a Notary Public in
   and for the State of Hawai'i, do hereby certify:

5

6          That on Monday, December 4, 2006, at 9:36 a.m.,
   appeared before me RONALD L. BORNE, the witness whose
7  testimony is contained herein; that prior to being
   examined, the witness was duly sworn or affirmed; that
8  the proceedings were taken in computerized machine
   shorthand by me and were thereafter reduced to print
9  under my supervision; that the foregoing represents, to
   the best of my ability, a correct transcript of the
10 proceedings had in the foregoing matter;

11         That, if applicable, the witness was notified
   through counsel, by mail, or by telephone to appear and
12 sign; that if the transcript is not signed, either the
   reading and signing were waived by the witness and all
13 parties or the witness has failed to appear and the
   original is therefore kept on file without signature
14 pursuant to Court rules;

15         That pursuant to HRCP 30(f)(1), the original
   will be forwarded to noticing counsel for retention,
16 unless otherwise agreed to by all counsel.

17

18         I further certify that I am not counsel for any
   of the parties hereto nor in any way interested in the
19 outcome of the cause named in the caption.

20         Dated this 8th day of December, 2006, in
   Honolulu, Hawai'i.

21

22

23 _____
   Notary Public, State of Hawai'i
24 My Commission expires:  November 6, 2008
   CARI VALLO, CSR No. 252, RPR
25



East Range Stryker Off-Road Go and No-Go Areas



Source: CEMML 2002, Tetra Tech 2002, USGS 1992, 1998, and 1999

Kahuku Training Area is bounded on the north by private agricultural lands south of the Kamehameha Highway, by the KLOA on the south, and by private and public lands on the remaining perimeter.

**Legend**

- — Kahuku Training Area Boundary
- – – Kawailoa Training Area Boundary
- ⋯⋯ State Land Use District Boundary
- ▮ Stryker maneuver area
- ▮ Strykers restricted to roads (no off road maneuvers)
- ▮ Drum Road
- ▮ Water

## *Kahuku Training Area*

O'ahu, Hawai'i

**Figure 2-5**

2-10

EXHIBIT

3-A

R. Borae,



EXHIBIT

3-B

R. Borne
12/4/06  CV

## ANNEX H (MGS GUNNERY SOP)

EXHIBIT

18

004012

# MGS Gunnery SOP

# Preparatory Crewmember Training

- Fundamentals of safety, maintenance, and communication
  - Safety:
    - Mount/Dismount vehicle
    - Emergency situations
      - Rollover drills
      - Fire evac drills
      - Ammo fire
      - Loss of power, steering, or brakes
  - Maintenance:
    - PMCS
    - Prep to Fire Checks (**Should be conducted weekly**)
    - AACs (**Should be conducted monthly**)
    - Basic recovery techniques
    - Operator troubleshooting procedures
  - Communication:
    - Use FM and digital commo procedures
    - Use visual signaling techniques

Note: These tasks are continuously trained all year round during daily operations.

00003

# Crew Skills Training

- Phase I Fire control training:
  - Switchology training (training to use all switches and controls in a rapid manner).
  - Prep-to-fire checks (checks from operators manual) MGS TM is not in final copy yet.

- Phase II Manipulation drills:
  - Gun laying exercises (trains the VC/Gnr in the fundamentals of weapon system manipulation; EAR).
  - Target designating exercises (Individual training by crew station with an evaluator).
  - Tracking and manipulation training (utilizing large boards designed to improved hand eye coordination and progresses to more advanced course).
  - Target hand off (individual VC/GNR progressing from target to target).

- These tasks are continuously trained throughout the year and are trained/supported in Embedded trainer as well as IDAGTS/AGTS.

00604

# MGS Crew Gunnery Skills Test

- Crewmembers must successfully pass the CGST within six months before firing.

- Stations:
  - 1 AFVID — *OPNET Entry Requirement*
  - 2 Ammo ID — *OPNET Entry Requirement*
  - 3 M240 — *OPNET Entry Requirement*
  - 4 M2 — *OPNET Entry Requirement*
  - 5 Firing pin
  - 6 Auto-load
  - 7 Boresight
  - 8 Manual Loading
  - 9 Misfire procedures
  - 10 Gunner's station
  - 11 Digital Spotrep — *OPNET Entry Requirement*

00605

# Preliminary Gunnery Training

- Thermal mode training
  - Training use of vehicle thermal optics.
    - Can conduct using Embedded Trainer (ET)/AGTS.
  - Thermal AFVID

- Target acquisition training
  - Correct, rapid target acquisition and classification.
    - Can conduct using Embedded Trainer (ET)/AGTS.

- Range Estimation/Determination training
  - Use of vehicle optics and dismounted methods.

00806

# Preliminary Gunnery Training

- Digital training
  - Crews will use the IDAGTS starting in Jan 07 until the MGS arrive.
  - Crews then will use the embedded trainer (ET) a minimum of two hours per week.
    - Gunners will be evaluated by VC/PSG.
    - VCs will be evaluated by PSG.
  - Crews should cross-train a minimum of two hours a month.

00397

# MGS Combat Tables

- Semi annual qualification requirement
- Basic Combat Tables
  – CT I: Basic Gunnery Skills, (Individual)
  – CT II: Basic Gunnery Skills, (Crew/Individual)
  – CT III: Basic Training Course (Crew)
  – CT IV: Crew Proficiency Course (CPC) Gate CT
    - *Must qualify within 6 months of CT VIII.*
- Intermediate Combat Tables
  – CT V: Preliminary MGS Weapons Training
  – CT VI: Intermediate Main Gun Training
  – CT VII: Intermediate Training Course
  – CT VIII: Intermediate Qualification Course (Gate CT)
    - *Must qualify to fire CT X.*
    - *Must qualify within 6 months of CTC live fire.*
- Advanced Combat Tables
  – CT IX: Collective Training Course (Section/Platoon)
  – CT X: Collective Qualification Course (Platoon)

**Note: All CTs may be fired dry, device-based, or both except CT VIII and CT X**

00808

# Basic Combat Tables

- Basic Combat Tables
  - CT I: Basic Gunnery Skills, (Individual)
  - CT II: Basic Gunnery Skills, (Crew/Individual)
  - CT III: Basic Training Course (Crew)
  - CT IV: Crew Proficiency Course (CPC) Gate CT
    - *Must qualify within 6 months of CT VIII.*
  - These may be fired Dry or device based.
  - Example <u>Link</u>

00809

## CT I



| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/NO-GO |
|---|---|---|---|---|---|
| 1. Negotiate a tracking board from a stationary MGS (gunner). | 4 tracking board solutions. Use CMS, TIS, and auxiliary sight. | Track each board, in sequence, within 60 seconds. | SAT | | GO |
| | | | UNSAT | | NO-GO |
| 2. Negotiate a tracking board from a stationary MGS (VC). | 4 tracking board solutions. Use CDU and CPV. | Track each board, in sequence, within 60 seconds. | SAT | | GO |
| | | | UNSAT | | NO-GO |
| 3a. Engage targets from a stationary MGS. | 10 stationary targets. Use the CMS. | Hit 7 of 10 targets within 60 seconds. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 3b. Engage targets from a stationary MGS. | 10 stationary targets. Use the auxiliary sight. | Hit 7 of 10 targets within 60 seconds. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 3c. Engage targets from a stationary MGS. | 10 stationary targets. Use the CDU, manual controls. | Hit 7 of 10 targets within 60 seconds. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 3d. Engage targets from a stationary MGS. | 10 stationary targets. Use the auxiliary sight, manual controls. | Hit 7 of 10 targets within 60 seconds. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 4a. Apply one-half target form correction from a stationary MGS. | 1 stationary target. Use the CMS. (First round sensed as "over" or "short.") | Hit target within 8 seconds after first-round miss in elevation. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 4b. Apply one-half target form correction from a stationary MGS. | 1 stationary target. Use the CMS. (First round sensed as "doubtful.") | Hit target within 8 seconds after first-round miss in deflection. | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 5. Lay the main gun from the CDU. (VC) | 10 targets presented individually. Use the commander's control handle (CCH). | Lay main gun within 10 seconds (each target evaluated separately). | SAT | HIT____ | GO |
| | | | UNSAT | MISS____ | NO-GO |
| 6. Select or conduct announced switches or functions from the gunner's station (switchology) (gunner). | 10 switches and functions. Use the CMS. | Select and conduct announced switches and functions within 5 seconds, | SAT | | GO |
| | | | UNSAT | | NO-GO |
| 7. Select and conduct announced switches or functions from the VC's station. | 10 switches and functions. | Select and conduct announced switches or functions within 5 seconds. | SAT | | GO |
| | | | UNSAT | | NO-GO |
| 8. Acquire and designate targets from the VC position. | 10 targets (sector predetermined). | Acquire and designate each target within 7 seconds. | SAT | | GO |
| | | | UNSAT | | NO-GO |

00G10

CTII

| TASK | CONDITIONS | STANDARDS | CREW/DUTIES | | EFFECT | | GO/NO-GO | |
|---|---|---|---|---|---|---|---|---|
| 1. Engage target from stationary MGS. | 1 stationary tank.  Use CMS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 2. Engage target from stationary MGS. | 1 stationary tank.  Use TIS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 3. Engage target from stationary MGS. | 1 stationary tank.  Use AUX (announced range), stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 4. Engage target from stationary MGS. | 1 set of troops. Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 5. Engage target from stationary MGS. | 1 moving PC.  Use CMS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 6. Engage target from stationary MGS. | 1 moving tank.  Use TIS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 7. Engage target from stationary MGS. | 1 moving helicopter. Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 8. Engage target from stationary MGS. | 1 moving PC.  Use CMS/ TIS, stabilization off. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 9. Engage target from stationary MGS. | 1 moving tank.  Use AUX (announced range), stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 10. Engage target from stationary MGS. | 1 moving PC.  Use AUX (announced range), stabilization on. | Hit target within 10 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 11. Engage target from stationary MGS. | 1 moving tank.  Use AUX (announced range), manual mode. | Hit target within 10 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 12. Engage target from stationary MGS. | 1 moving PC.  Use AUX (announced range), manual mode. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 13. Engage target from stationary MGS. | 1 moving evasive tank.  Use CMS/TIS, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 14. Engage target from stationary MGS. | 1 moving PC.  Use CDU, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 15. Engage target from stationary MGS. | 1 moving tank.  Use CDU, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 16. Engage target from stationary MGS. | 1 stationary tank.  Use CPV or CDU, stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 17. Engage target from stationary MGS. | 1 moving PC.  Use CPV or CDU stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 18. Engage target from stationary MGS. | 1 stationary PC. Use CPV or CDU, stabilization off. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 19. Engage target from stationary MGS. | 1 moving tank.  Use CPV or CDU, stabilization off. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |
| 20. Engage target from stationary MGS. | 1 set of troops. Use CPV or CDU stabilization on. | Hit target within 6 seconds. | SAT | UNSAT | HIT | MISS | GO | NO-GO |

00811

00012

## CT IIIA

| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/NO-GO |
|------|-----------|-----------|-------------|--------|----------|
| 1. Engage target from a defensive firing position. | Move from turret-down to hull-down. 1 stationary PC, 900 to 1,000 meters. Use CMS. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 2. Engage target from a defensive firing position. | Move from turret-down to hull-down. 1 stationary tank, 900 to 1,000 meters. Use the AUX. CBRN environment. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 3. Engage target from a moving MGS. | 1 stationary tank, 1,400 to 1,600 meters. Use TIS. | Hit target within 10 seconds. | SAT / UNSAT | HIT | GO / NO-GO |
| 4. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters. Use CMS. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 5. Engage target from a defensive firing position. | 1 stationary flank tank, 1,600 to 1,800 meters. ELRF failure (determine range using stadia reticle). Stabilization failure. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 6. Engage target from a defensive firing position. | 1 stationary tank in defilade, 800 to 1,000 meters. Use CPV or CDU. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 7. Engage target from a moving MGS during a short halt. | 1 stationary tank, 1,400 to 1,600 meters. Stabilization failure. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 8. Engage target from a defensive firing position. | 1 stationary flank PC, 1,200 to 1,500 meters. Two-man crew. Stabilization failure. Use CDU. | Hit target within 10 seconds. | SAT / UNSAT | HIT / MISS | GO / NO-GO |
| 9. Engage target from a defensive firing position. | 1 stationary PC, 800 to 1,200 meters. Two-man crew. ELRF failure. Use CPV or CDU. | Hit target within 10 seconds. | SAT | HIT | GO |
| 10. Engage multiple targets from a defensive firing position. | 2 stationary tanks, 1,600 to 2,000 meters. Use CMS. | Hit targets within 20 seconds. | UNSAT | MISS | NO-GO |
| | | | SAT | HIT | GO |
| 11. Engage multiple targets from a defensive firing position. | 1 stationary tank, 1,400 to 1,600 meters; 1 stationary flank tank, 1,300 to 1,500 meters. Use CPV or CDU. Two-man crew. | Hit targets within 20 seconds. | UNSAT | MISS | NO-GO |
| | | | SAT | HIT | GO |
| 12. Engage target from a defensive firing position. | 1 moving helicopter, 1,400 to 1,600 meters. Use CMS. | Hit target within 20 seconds. | UNSAT | MISS | NO-GO |
| | | | SAT | HIT | GO |
| 13. Engage multiple targets from a moving MGS. | 1 set troops, 400 to 600 meters; 1 set of troops, 700 to 900 meters. Use CMS. | Hit targets within 20 seconds. | UNSAT | MISS | NO-GO |
| | | | SAT | HIT | GO |
| 14. Engage multiple targets from a defensive firing position. | 1 moving tank, 1,400 to 1,600 meters; 1 stationary tank, 1,300 to 1,500 meters. Use CMS. | Hit targets within 20 seconds. | UNSAT | MISS | NO-GO |
| | | | SAT | HIT | GO |
| 15. Engage multiple targets from a moving MGS. | 1 stationary tank, 900 to 1,100 meters; 1 moving tank, 1,600 to 1,800 meters. Use CDU. Two-man crew. | Hit targets within 20 seconds. | SAT / UNSAT | HIT / MISS | |

# CT IIIB

| TASK | CONDITIONS | STANDARDS | CREW DUTIES | EFFECT | GO/ NO-GO |
|------|-----------|-----------|-------------|--------|-----------|
| 1. Engage multiple targets from a defensive firing position. | 2 stationary PCs, 1,100 to 1,300 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 2. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters. Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 3. Engage target from a moving MGS. | 1 moving tank, 1,200 to 1,400 meters. Use CPV or CDU | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 4. Engage target from a defensive firing position. | 1 evasive tank, 900 to 1,100 meters. Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 5. Engage target from a defensive firing position. | 1 moving tank, 1,400 to 1,600 meters. Use TIS. | Hit target within 10 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 6. Engage multiple targets from a moving MGS. | 2 stationary tanks, 900 to 1,100 meters. Use TIS. CBRN environment. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 7. Engage multiple targets from a moving MGS. | 2 stationary tanks, 900 to 1,100 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |
| 8. Engage multiple targets from a defensive firing position. | 1 stationary tank, 1,400 to 1,600 meters; 1 moving tank, 900 to 1,100 meters. Use TIS. | Hit targets within 20 seconds. | SAT UNSAT | HIT MISS | GO NO-GO |

00813

00014

# CT IV CPC

| Task | Ammunition | Targets | Conditions |
|------|-----------|---------|-----------|
| Task A1. Defense. | Dry/device-based | Stationary frontal PC, 700 to 900 meters, exposed for 60 seconds (gunner). | CMS, MGC, ELRF failure |
| Task A2. Defense. | Dry/device-based | Infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | None |
| Task A3. Offense. | Dry/device-based | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (VC). | CWS, short halt |
| Task A4S. Defense. | Dry/device-based | Stationary technical truck, 300 to 500 meters, exposed for 50 seconds (VC). | CWS |
| Task A5. Defense. | Dry/device-based | Wall (infantry passage), 500 to 700 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B1. Offense. | Dry/device-based | RPG team, 100 to 300 meters, exposed for 50 seconds (gunner). | None |
| Task B2. Offense. | Dry/device-based | Stationary frontal tank, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B3. Defense. | Dry/device-based | Window (room clearing), 500 to 700 meters, exposed for 50 seconds (gunner). | None |
| Task B4S. Defense. | Dry/device-based | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (VC). | GPCH failure |
| Task B5. Offense. | Dry/device-based | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | None |

CTV

MGS Table V—Preliminary MGS Weapons Training

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | CONDITIONS |
|---|---|---|---|---|
| Task A1. Defense | 100 rounds Caliber .50 | RPG team, 100 to 300 meters, exposed for 50 seconds (VC). | Stationary technical truck, 300 to 500 meters, exposed for 50 seconds (VC). | Coax expended |
| Task A2S. Offense | 1 round SLAP-T | Window (room clearing), 500 to 700 meters, exposed for 50 seconds (gunner). | | None |
| Task A3. Defense | 1 round SLAP-T | Stationary frontal tank, 1,000 to 1,200 meters, exposed for 60 seconds (gunner). | | CMS, MGC, ELRF failure |
| Task A4. Defense | 100 rounds 7.62mm | RPG team, 300 to 500 meters, exposed for 50 seconds (gunner). | Sniper in window, 100 to 300 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task A5. Offense | 100 rounds Caliber .50 | RPG team, 300 to 500 meters, exposed for 50 seconds (VC). | RPG team, 200 to 400 meters, exposed for 50 seconds (VC). | Coax expended, short halt |
| Task B1. Defense | 50 rounds 7.62mm | Infantry squad, 100 to 300 meters, exposed for 50 seconds (VC). | | GPCH failure |
| Task B2. Offense | 50 rounds 7.62mm | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (gunner). | | None |
| Task B3S. Defense | 4 rounds SLAP-T | Wall (infantry passage), 500 to 700 meters, exposed for 50 seconds (gunner). | | None |
| Task B4. Defense | 4 rounds SLAP-T | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B5. Offense | 100 rounds 7.62mm | Infantry squad, 200 to 400 meters, exposed for 50 seconds (gunner). | Stationary technical truck 500 to 700 meters, exposed for 50 seconds (gunner). | None |

00015

# Intermediate Gunnery

- CT V: Preliminary MGS Weapons Training
- CT VI: Intermediate Main Gun Training
- CT VII: Intermediate Training Course
- CT VIII: Intermediate Qualification Course (Gate CT)
  - *Must qualify to fire CT X.*
  - *Must qualify within 6 months of CTC live fire.*
- These tables may be fired dry or device based except CT VIII.
- Example Link

00816

# CT VI

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | CONDITIONS |
|------|-----------|----------|----------|-----------|
| Task A1S. Offense | 100 rounds 7.62-mm | RPG team, 100 to 300 meters, exposed for 50 seconds (gunner). | Moving technical truck, 300 to 500 meters, exposed for 50 seconds (gunner). | None |
| Task A2. Defense | 1 round HEP-TP-T | Wall (infantry passage), 400 to 600 meters, exposed for 50 seconds (VC). | | GPCH failure |
| Task A3. Defense | 3 rounds HEAT-TP-T | Stationary frontal PC, 900 to 1,100 meters, exposed for 60 seconds (gunner). | Moving flank PC, 800 to 1,000 meters, exposed for 60 seconds (gunner). | CMS, MGC, ELRF failure |
| Task A4. Offense | 100 rounds caliber .50 | RPG team, 200 to 400 meters, exposed for 50 seconds (VC). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (10-second delay) (VC). | Coax expended, short halt |
| Task A5. Defense | 1 Canister round 75 rounds 7.62-mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Stationary technical truck, 700 to 900 meters, exposed for 50 seconds (10-second delay) (gunner). | CBRN (hatches closed, protective mask on) |
| Task B1S. Offense | 100 rounds 7.62mm | RPG team, 200 to 400 meters, exposed for 50 seconds (gunner). | Sniper in 2d-story window, 200 to 400 meters, exposed 50 seconds (gunner). | None |
| Task B2. Offense | 1 Canister round 25 rounds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | | None |
| Task B3. Offense | 1 round HEAT-TP-T 50 rounds 7.62mm | Moving flank PC, 500 to 700 meters, exposed for 50 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 50 seconds (gunner). | None |
| Task B4. Defense | 2 rounds HEAT-TP-T | Bunker, 500 to 700 meters, exposed for 50 seconds (gunner). | Bunker, 700 to 900 meters, exposed for 50 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task B5. Defense | 1 round TPDS-T | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | | None |

# CT VII

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | TARGET 2 | CONDITIONS |
|---|---|---|---|---|---|
| Task A1. Defense | 1 canister round, 25 rds 7.62-mm, 1 rd HEAT-TP-T | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | | None |
| Task A2. Defense | 2 rds HEP-TP-T, 50 rds 7.62mm | Wall (infantry passage), 300 to 500 meters, exposed for 60 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 60 seconds (gunner). | | CMS, MGC, ELRF failure |
| Task A3. Defense | 1 canister round, 1 rd HEP-TP-T, 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Sniper in 2d-story window, 200 to 400 meters, exposed for 50 seconds (gunner). | Window (room clearing), 500 to 700 meters, exposed for 75 seconds (gunner). | CBRN (hatches closed, protective mask on) |
| Task A4S. Offense | 1 rd TPDS-T, 100 rds 7.62mm | Moving flank tank, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | Stationary technical truck, 500 to 700 meters, exposed for 75 seconds (gunner). | RPG team, 300 to 500 meters, exposed for 60 seconds (15-second delay) (gunner). | None |
| Task A5. Offense | 100 rds caliber .50 | RPG team, 100 to 300 meters, exposed for 60 seconds (VC). | RPG team, 300 to 500 meters, exposed for 60 seconds (VC). | | Coax expended, short halt |
| Task B1S. Defense | 2 rds HEAT-TP-T | Stationary frontal PC, 900 to 1,100 meters, exposed for 50 seconds (gunner). | Moving flank PC, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | | None |
| Task B2. Offense | 1 rd HEAT-TP-T, 50 rds 7.62mm | Moving flank PC, 900 to 1,100 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 50 seconds (gunner). | | |
| Task B3. Offense | 2 rds HEAT-TP-T, 50 rds 7.62mm | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 75 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 60 seconds (15-second delay) (gunner). | None |
| Task B4. Offense | 1 rd TPDS-T, 50 rds 7.62mm | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | Moving technical truck, 700 to 900 meters, exposed for 50 seconds (gunner). | | None |
| Task B5. Defense | 1 canister round, 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (VC). | Moving technical truck, 300 to 500 meters, exposed for 50 seconds (10-second delay) (VC). | | GPCH failure |

00118

## CT VIII

| TASK | AMMUNITION | TARGET 1 | TARGET 2 | TARGET 3 | CONDITIONS |
|---|---|---|---|---|---|
| Task A1. Defense | 2 rds HEP-TP-T 50 rds 7.62mm | Window (room clearing), 400 to 600 meters, exposed for 60 seconds (gunner). | RPG team, 100 to 300 meters, exposed for 60 seconds (gunner). | | CMS, MGC, ELRF failure |
| Task A2S. Offense | 1 canister round 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (gunner). | | None |
| Task A3. Defense | 1 rd HEAT-TP-T 100 rds 7.62mm | RPG team, 100 to 300 meters, exposed for 75 seconds (gunner). | Bunker, 400 to 600 meters, exposed for 50 seconds (gunner). | Moving technical truck, 700 to 900 meters, exposed for 50 seconds (15-second delay) (gunner). | CBRN (hatches closed, protective mask on) |
| Task A4. Defense | 75 rds caliber .50 50 rds 7.62mm | RPG team, 500 to 700 meters, exposed for 50 seconds (gunner). | Stationary frontal truck, 800 to 1,000 meters, exposed for 50 seconds (VC). | | Main gun weapon status tight |
| Task A5. Offense | 3 rds TPDS-T 50 rds 7.62mm | Stationary frontal tank, 1,400 to 1,600 meters, exposed for 50 seconds (gunner). | RPG team, 500 to 700 meters, exposed for 75 seconds (gunner). | Moving flank tank, 1,000 to 1,200 meters, exposed for 50 seconds (15-second delay) (gunner). | None |
| Task B1. Offense | 2 rds HEAT-TP-T 50 rds 7.62mm | Stationary frontal PC, 1,200 to 1,400 meters, exposed for 50 seconds (gunner). | RPG team, 700 to 900 meters, exposed for 50 seconds (gunner). | | None |
| Task B2. Offense | 1 rd HEP-TP-T 50 rds 7.62mm | Window (room clearing), 600 to 800 meters, exposed for 50 seconds (VC). | RPG team, 300 to 500 meters, exposed for 50 seconds (VC). | | GPCH failure, short halt |
| Task B3. Defense | 1 canister round 2 rds HEAT-TP-T 75 rds 7.62mm | 10-man infantry squad, 100 to 300 meters, exposed for 50 seconds (gunner). | Bunker, 600 to 800 meters, exposed for 75 seconds (gunner). | Moving technical truck, 500 to 700 meters, exposed for 50 seconds (15-second delay) (gunner). | None |
| Task B4S. Offense | 2 rds HEP-TP-T 50 rds 7.62mm | Wall (infantry passage), 300 to 500 meters, exposed for 50 seconds (gunner). | Sniper in 2d-story window, 100 to 300 meters, exposed for 50 seconds (gunner). | | Short halt |
| Task B5. Defense | 1 rd HEAT-TP-T | 10-man infantry squad, | Bunker, 200 to 400 meters, | | CBRN (hatches closed, |

00820

# Advanced Gunnery

- Advanced Combat Tables
  - CT IX: Collective Training Course (Section/Platoon)
  - CT X: Collective Qualification Course (Platoon)

  - CT IX may be dry or device fired.

# MGS CT IX

- Table IX is used to train the section and platoon in direct fire control, distribution, platoon maneuver, and command and control within a realistic COE-based tactical scenario.

  – Day and night phase and is the preparatory table for Table X.

  – Designed to challenge the platoon leader's command and control capabilities.

  – Tests the platoon's ability to engage moving and stationary ground targets with all MGS-mounted weapon systems.

  – Scenarios must also include friendly and noncombatant targetry presentations.

  – The primary means of conducting this gunnery table is with the caliber .50 inbore device.

00021

# MGS CT X

Table X is the platoon qualification course.

– Used to test the platoon in direct fire control, distribution, platoon maneuver, and command and control within a realistic COE-based tactical scenario.

– Designed to challenge the platoon leader's command and control capabilities and ability integrate fire and maneuver both during the day and at night.

– Scenarios must also include friendly and noncombatant targetry presentations.

– Full-caliber live-fire table.

– The platoon must qualify on Table IX prior to executing Table X.

00022

# MGS CALFEX

The CALFEX is the culmination of weapon systems training at the company-team level. It is used to train units to perform primary combat missions in a realistic, live–fire environment.

A CALFEX is a costly, resource-intensive exercise in which combined-arms teams, or task forces, maneuver and employ organic and supporting weapon systems.

– **It is the most realistic measure of combined-arms combat readiness and should be an integral part of every unit's training program.**

– **Commanders must be aware of the limitations of the CALFEX, particularly in regard to flank maneuvering, and firing on live-fire ranges.**

– **Available terrain will rarely support this type of maneuver. Commanders should use live-fire exercises to train certain aspects of combat readiness, such as distribution, coordination, and synchronization of direct and indirect fires.**

– **Commands should try to link multiple digital multipurpose range complexes (DMPRC) for maximum training value whenever possible.**

00823