<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**<u>Served electronically through CM/ECF</u>:**

HARRY YEE                    harry.yee@usdoj.gov                January 12, 2007

Attorney for Federal Defendants

**<u>Served via air courier and email:</u>**

JAMES D. GETTE                                                  January 12, 2007
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, N.W., Room 3528
Washington, D.C. 20004
Email: james.gette@usdoj.gov

Attorney for Federal Defendants

    DATED:     Honolulu, Hawai'i, January 12, 2007.

                                     /s/ David L. Henkin
                                     DAVID L. HENKIN
                                     ISAAC H. MORIWAKE
                                     Attorneys for Plaintiffs