IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a Hawaiʻi nonprofit corporation; NĀ ʻIMI PONO, a Hawaiʻi unincorporated association; and KĪPUKA, a Hawaiʻi unincorporated association, <br><br>            Plaintiffs, <br><br>      vs. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br>            Defendants. | CV NO 04-00502 DAE BMK |

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' MOTION TO CLARIFY

Based upon the contents contained in Defendants' "Unopposed

Motion for Extension of Time to Respond to Plaintiffs' Motion to Clarify," the

Defendants are granted an extension from January 23, 2007, until January 30, 2007, in which to submit their response to Plaintiff's Motion to Clarify.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 23, 2007.



_____
David Alan Ezra
United States District Judge

'ĪLIO'ULAOKALANI COALITION, et al. vs. Robert M. Gates, et al., CV No. 04-00502 DAE-BMK;  ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY