EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE      (3790)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY; CERTIFICATE OF SERVICE<br><br><br><br><u>Non-Hearing Motion</u> |

DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY

Defendants hereby request a second extension of time to respond to Plaintiffs' Motion to Clarify December 29, 2006 Order Setting Interim Injunction. Defendants' response is currently due today, January 30, 2007. The requested extension would extend the date by which Defendants must respond to Plaintiffs' Motion to Clarify to February 13, 2007. This motion is unopposed and is submitted pursuant to LR 6.2(b).

In their Motion to Clarify, Plaintiffs have asked for modifications to the Court's current Injunction Order. The modifications incorporate several lengthy interrogatory responses and exhibits to depositions, but do not incorporate additional discovery provided by the Army during this litigation regarding the contours of training required to convert the 2nd Brigade of the 25th Infantry Division ("2/25") to a Stryker Brigade Combat Team ("SBCT"). Since Plaintiffs filed their motion for clarification, the Army has been diligently assessing the impacts of the modifications requested by Plaintiffs. The Army has reached some conclusions, but has not been able to fully analyze all limitations that would be created by the proposed order.

Thus, this extension of time is sought to allow Defendants to fully consider the proposed relief sought by Plaintiffs in their motion to clarify and to allow Defendants to prepare a

complete and thoughtful response that fully addresses each of the proposed modifications.

Timely requests for enlargement of time are liberally granted under Federal Rule of Civil Procedure 6(b). See, e.g., Galdi v. Jones, 141 F.2d 984, 992 (2d Cir. 1944) (upholding enlargement of time to move or plead under Rule 6(b)); Creedon v. Taubman, 8 F.R.D. 268, 269 (N.D. Ohio 1947) (stating, "Extensions always may be asked for, and usually are granted upon a showing of good cause, if timely made . . . ."); cf. Arroyo v. Wheat, 102 F.R.D. 516, 518 (D. Nev. 1984) (upholding enlargement of time for service of summons and complaint, stating "liberal extensions of time are permitted under Rule 6(b)").

Counsel for Defendants contacted Plaintiffs' counsel, David Henkin, who authorized counsel for Defendants to represent that Plaintiffs do not oppose this motion based upon Defendants' agreement to provide Plaintiffs with two weeks' advance notice before conducting any training outside the parameters sought by Plaintiffs in their Motion to Clarify (with the exception of off-road maneuvers at East Range described in a January 30, 2007 email from Defendants' counsel) and Defendants' further agreement that they will not give such two weeks' advance notice prior to February 28, 2007, which would allow Plaintiffs an opportunity to seek an expedited decision from the Court on their pending motion, if they so choose. Plaintiffs' counsel requested

Defendants' counsel to specify that Plaintiffs' non-opposition is solely to promote the efficient resolution of their Motion to Clarify and does not waive their right to object to the additional off-road maneuvers at East Range or any other Stryker training in Hawai'i.

Based upon the agreement of the parties and Defendants' desire to present a comprehensive and thoughtful response to Plaintiffs' Motion to Clarify, Defendants seek this extension of time until February 13, 2007, in which to respond to Plaintiffs' Motion to Clarify.

> EDWARD H. KUBO, JR. (2499)
> United States Attorney
> District of Hawai`I
>
> /s/ Harry Yee
>
> _____
> HARRY YEE (3790)
> THOMAS HELPER (5676)
> Assistant United States Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawai`I  96850
> Telephone: (808) 541-2850
> Facsimile: (808) 541-3752
> Email: harry.yee@usdoj.gov

```
                              MATTHEW J. MCKEOWN
                              Acting Assistant Attorney General

                              JAMES D. GETTE
                              BARRY A.  WEINER
                              Trial Attorneys
                              Natural Resources Section
                              Environment & Natural Resources
                              Division
                              U.S. Department of Justice
                              P.O. Box 663
                              Washington, D.C.  20044-0663
                              Email: james.gette@usdoj.gov
                              Telephone: 202-305-1461
                              Facsimile: 202-305-0274

Of Counsel:
Robert M. Lewis
Senior Trial Attorney
Army Environmental Law Division
901 North Stuart Street, Suite 400
Arlington, VA 22203
Telephone:  (703) 696-1567
Facsimile:   (703) 696-2940
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NA 'IMI PONO, a Hawai'i unincorporated association; and KIPUKA, a Hawai'i unincorporated association, <br><br>            Plaintiffs, <br><br>      vs. <br><br>DONALD H. RUMSFELD, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br>            Defendants. | CIVIL NO. 04-00502 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

David L. Henkin     dhenkin@earthjustice.org

Isaac H. Moriwake   imoriwake@earthjustice.org

Attorneys for Plaintiffs

DATED: January 30, 2007, at Honolulu, Hawaii.

/s/ Jan Yoneda