IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br>　　　　　Defendants. | CIVIL NO. 04-00502 DAE BMK |

ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
<u>TO PLAINTIFFS' MOTION TO CLARIFY</u>

　　Based upon the contents contained in Defendants' "Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Clarify," the Defendants are granted an extension from

January 30, 2007, until February 1, 2007, in which to submit their response to Plaintiffs' Motion to Clarify.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, January 31, 2007.



_____
David Alan Ezra
United States District Judge

ILIO'ULAOKALANI COALITION, et al. v. ROBERT M. GATES, et al., CV NO 04-005202; ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY