IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

```
_____
                               )CIVIL NO. 04-00502 DAE BMK
ILIO'ULAOKALANI COALITION,     )
a Hawaii, nonprofit corporation;)
NA'IMI PONO, a Hawaii          )
unincorporated association; and)
KIPUKA, a Hawaii unincorporated)
association,                   )
                               )
          Plaintiffs,          )
                               )
     v.                        )
                               )
ROBERT M. GATES, Secretary of  )
United States Department of    )
Defense; and FRANCIS J. HARVEY,)
Secretary of the United States )
Department of the Army,        )
                               )
          Defendants.          )
_____)
```

AMENDED ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
<u>TO PLAINTIFFS' MOTION TO CLARIFY</u>

Based upon the contents contained in Defendants' "Second Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Clarify," the Defendants are granted an extension from

January 30, 2007, until February 13, 2007, in which to submit their response to Plaintiffs' Motion to Clarify.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 1, 2007.



_____
David Alan Ezra
United States District Judge

ILIO'ULAOKALANI COALITION, et al. v. ROBERT M. GATES, et al., CV NO 04-00502; AMENDED ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY