EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`I
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO. 04-00502 DAE BMK <br><br> NOTICE OF SUBSTITUTION OF A PARTY; CERTIFICATE OF SERVICE |

NOTICE OF SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. Pro. 25(d)(1), Federal Defendants hereby provide notice that Donald H. Rumsfeld, former Secretary of Defense, has been replaced by Robert M. Gates as Secretary of Defense.  Mr. Gates is, therefore, substituted for Mr. Rumsfeld in the above titled action pursuant to Fed. R. Civ. P. 25(d)(1).  Some of the pleadings filed in this matter have recognized this automatic substitution, however, the official caption of the case on the electronic docket does not.  Thus, Defendants provide the aforementioned notice, in order to eliminate any possible confusion.

Respectfully submitted this 9th day of February, 2007.

EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i

/s/ Thomas A. Helper
By_____
   HARRY YEE
   THOMAS A. HELPER
   Assistant United States Attorneys

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section, P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0267
Email: barry.weiner@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NA 'IMI PONO, a Hawai'i unincorporated association; and KIPUKA, a Hawai'i unincorporated association,<br><br>       Plaintiffs,<br><br>  vs.<br><br>ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>       Defendants. | CIVIL NO. 04-00502 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

David L. Henkin      dhenkin@earthjustice.org

Isaac H. Moriwake    imoriwake@earthjustice.org

Attorneys for Plaintiffs

DATED: February 9, 2007, at Honolulu, Hawaii.

/s/ Thomas A. Helper

_____