EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawai`I
HARRY YEE        (3790)
THOMAS HELPER   (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>     Plaintiffs,<br><br>  v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>     Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>ORDER OF SUBSTITUTION |

<u>ORDER OF SUBSTITUTION</u>

Pursuant to Fed. R. Civ. Pro. 25(d)(1), it is hereby ORDERED that Robert M. Gates, Secretary of the United States Department of Defense, shall be substituted for Donald H. Rumsfeld, former Secretary of the United States Department of Defense, as a Defendant in the above entitled action. The docket sheet shall be modified accordingly to substitute Mr. Gates for Mr. Rumsfeld as a Defendant.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 12, 2007.

_____
David Alan Ezra
United States District Judge

<u>ILIO'ULAOKALANI COALITION, et al v. ROBERT M. GATES, et al.</u>
Civil No. 04-00502 DAE BMK
"Order of Substitution"

2