TABLE OF CONTENTS

PAGE

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . 1

II.  FACTUAL AND PROCEDURAL BACKGROUND . . . . . . . . . . . . 5

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . 7

     A.   Plaintiffs' Motion to Clarify Seeks to Obtain
          Relief Which has Already Been Properly Rejected
          by this Court . . . . . . . . . . . . . . . . . . . 7

     B.   Plaintiffs' Motion to Clarify Seeks to Impose
          Unnecessary and Overly Restrictive Limitations on
          the Army's Ability to Prepare the 2/25 for Combat . 10

          1.   Plaintiffs' "Clarification" Based Upon
               Limited Information of Their Choosing
               May Preclude Training that Was Clearly
               Disclosed by the Army and Approved by
               the Court . . . . . . . . . . . . . . . . . . 11

          2.   Plaintiffs' "Clarification" Would Impose
               Restrictions that Plaintiffs Have Not
               Justified on Training that Plaintiffs
               Elected Not to Challenge . . . . . . . . . . 15

          3.   Plaintiffs' "Clarifications" Are
               Unnecessary Because the Army Has Been
               Fully Able to Understand and Implement
               the Injunction Order and There Is No
               Evidence that the Army Has Failed to
               Abide by the Current Injunction . . . . . . 18

     C.   The Current Injunction Order Provides Appropriate
          Latitude to the Experts and Avoids Taxing the
          Court with Micro-management of the 2/25's
          Conversion . . . . . . . . . . . . . . . . . . . . 19

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . 23