TABLE OF AUTHORITIES

FEDERAL CASES                                                    PAGE(S)

Backlund v. Barnhart, 778 F.2d 1386 (9th Cir. 1985) .......... 10

Boone v. United States, 743 F.Supp. 1367 (D. Haw. 1990) ...... 10

Brown v. Kinross Gold, U.S.A., 378 F.Supp.2d 1280
     (D. Nev. 2005) ......................................... 9

Carroll v. Nakatani, 342 F.3d 934 (9th Cir. 2003) ............ 8

Department of the Navy v. Egan, 484 U.S. 518 (1988) .......... 22

Fuller v. M.G. Jewelry, 950 F.2d 1437 (9th Cir. 1991) ........ 9

Granny Goose Foods, Inc. v. Teamsters, 415 U.S. 423 (1974) ... 17

Hamdi v. Rumsfeld, 124 S.Ct. 2633 (2004) ..................... 22

'Ilio `Ulaokalani Coalition v. Rumsfeld, 464 F.3d 1083
     (9th Cir. 2006) ........................................ 5

Jaffee v. United States, 663 F.2d 1226 (3rd Cir. 1981) ....... 21

Kona Enterprises, Inc. V. Estate of Bishop, 229 F.3d 877
     (9th Cir. 2000) ........................................ 8

Morgan v. Chicago Title Ins. Co., 2006 WL 523472 *3
     (D. Haw. 2006) ......................................... 9

Sch. District No. 1J v. ACandS, Inc., 5 F.3d 1255 (9th Cir.
     1993), cert. denied, 512 U.S. 1236 (1994) .............. 8

FEDERAL STATUTES

Fed. R. Civ. P. 30(b) ..................................... 6, 7