EDWARD H. KUBO, JR.      (2499)
United States Attorney
District of Hawai`i
HARRY YEE            (3790)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO.04-00502 DAE BMK <br><br> DECLARATION OF JAMES D. GETTE; EXHIBITS 1 TO 5 <br><br><br> <u>Non-Hearing Motion</u> |

I, JAMES D. GETTE, declare under penalty of perjury that:

1. I am a trial attorney with the U.S. Department of Justice, Environment & Natural Resources Division, and with Harry Yee, Assistant U.S. Attorney for the District of Hawaii, serve as co-counsel for the Federal Defendants in this matter.

2. I make this declaration in support of the Federal Defendants' Opposition to Plaintiffs' Motion to Clarify that is filed herewith. This declaration is based on my personal knowledge, and I am competent to testify about the matters contained herein.

3. Attached hereto as Exhibit "1" are excerpts of a true and correct copy of the Deposition of Ronald L. Borne, taken on December 4, 2006.

4. Attached hereto as Exhibit "2" is a true and accurate copy of Figure 2-3 from the site-specific Final Environmental Impact Statement, Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai`i, which is part of the Administrative Record in this matter.

5. Attached hereto as Exhibit "3" is a true and accurate copy of Figure 2-5 from the site-specific Final Environmental Impact Statement, Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai`i, which is part of the Administrative Record in this matter.

6. Attached hereto as Exhibit "4" are excerpts of a true and correct copy of the Deposition of Colonel Stefan J. Banach, taken on December 7, 2006.

7. Attached hereto as Exhibit "5" are true and accurate copies of pages 2-40 and 2-41 from the site-specific Final Environmental Impact Statement, Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai`i, which is part of the Administrative Record in this matter.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed this 13th day of February, 2007

_____
James D. Gette