

1

```
  1              IN THE UNITED STATES DISTRICT COURT

  2                  FOR THE DISTRICT OF HAWAI'I

  3   'ILIO'ULAOKALANI COALITION,) Civil No. 04-00502 DAE BMK
      a Hawai'i nonprofit        )
  4   corporation; NA 'IMI PONO, )
      a Hawai'i unincorporated   )
  5   association; and KIPUKA, a )
      Hawai'i unincorporated     )
  6   association,               )
                                 )
  7             Plaintiffs,      )
                                 )
  8        vs.                   )
                                 )
  9   DONALD H. RUMSFELD,        )
      Secretary of Defense; and  )
 10   FRANCIS J. HARVEY,         )
      Secretary of the United    )
 11   States Department of the   )
      Army,                      )
 12                              )
                Defendants.      )
 13   _____)

 14
                  DEPOSITION OF RONALD L. BORNE
 15

 16       Taken on behalf of the Plaintiffs, at the law

 17   offices of Earthjustice, 223 South King Street, Third

 18   Floor Conference Room, Honolulu, Hawai'i, commencing at

 19   9:36 a.m., on Monday, December 4, 2006, pursuant to

 20   Notice.

 21   BEFORE:   CARI VALLO, CSR No. 252, RPR
                Notary Public, State of Hawai'i
 22

 23         PACIFIC REPORTING SERVICES UNLIMITED
                   Topa Financial Center
 24           745 Fort Street, Suite 704
                Honolulu, Hawai'i 96813
 25                 (808)524-7778
```

Exhibit 1

1  you've drawn a dark line to one side of the road.
2  What's the other limit of the --
3     A    Would be the road itself.
4     Q    I'm going to try and finish the question just
5  for a clear record.  I appreciate it's not normal
6  conversation.  It's a little awkward, but it will help
7  the court.
8         So with respect to the area ER-5, only those
9  portions, as the map is situated above the road, which
10 I assume would be to the north of the road, would be
11 used for off-road maneuvers; is that correct?
12    A    That is correct.
13    Q    So other than the three areas that you have
14 identified in range area ER-5, ER-3A, and then ER-1A
15 going over on to ER-1B, these are the only off-road
16 maneuver areas currently being used; is that correct?
17    A    That is correct.
18    Q    For purposes of the request to the court for
19 Stryker off-road maneuver training at East Range, these
20 are the only areas that the Army believes that it
21 needs; is that correct?
22    A    For Stryker drivers OPNET training, that is
23 correct.
24    Q    In terms of what the Army is currently asking
25 the court for leave to do, is there any other training

```
 1   at Schofield East Range that is being requested?
 2           MR. LEWIS:  Objection.  Foundation.
 3           THE WITNESS:  I am not aware for Stryker OPNET
 4   driver's training, but there may be collective training
 5   the brigade may ask to do.
 6   BY MR. HENKIN:
 7       Q   Who would know that?
 8       A   Colonel Banach.
 9       Q   I'm going to show you a couple of maps.  Let's
10   see if you recognize them.  Both of them were
11   referenced in the Army's first supplemental response to
12   plaintiffs' first set of interrogatories and request
13   for production of documents and things as being related
14   to the off-road maneuver areas being requested for
15   Kahuku training area.
16           Do you recognize these documents?
17       A   Yes, I do.
18           MR. HENKIN:  If we could please have them
19   labeled -- we'll attach them afterwards, but for now
20   we'll review them side by side as Exhibit No. 3.
21           MR. LEWIS:  I object to Exhibit 3.  It's the
22   equivalent of a compound question.  You've got two maps
23   there that you're going to be talking about.  I think
24   they should be labeled either Exhibit 3 A and B --
25           MR. HENKIN:  Okay.  I'm amenable.  Let's label
```

```
STATE OF HAWAI'I              )
                              ) SS.
CITY AND COUNTY OF HONOLULU   )
```

I, CARI VALLO, CSR No. 252, a Notary Public in and for the State of Hawai'i, do hereby certify:

That on Monday, December 4, 2006, at 9:36 a.m., appeared before me RONALD L. BORNE, the witness whose testimony is contained herein; that prior to being examined, the witness was duly sworn or affirmed; that the proceedings were taken in computerized machine shorthand by me and were thereafter reduced to print under my supervision; that the foregoing represents, to the best of my ability, a correct transcript of the proceedings had in the foregoing matter;

That, if applicable, the witness was notified through counsel, by mail, or by telephone to appear and sign; that if the transcript is not signed, either the reading and signing were waived by the witness and all parties or the witness has failed to appear and the original is therefore kept on file without signature pursuant to Court rules;

That pursuant to HRCP 30(f)(1), the original will be forwarded to noticing counsel for retention, unless otherwise agreed to by all counsel.

I further certify that I am not counsel for any of the parties hereto nor in any way interested in the outcome of the cause named in the caption.

Dated this 8th day of December, 2006, in Honolulu, Hawai'i.

*/s/ Cari Vallo*
Notary Public, State of Hawai'i
My Commission expires: November 6, 2008
CARI VALLO, CSR No. 252, RPR