**Schofield Barracks East Range**

O'ahu, Hawai'i

**Figure 2-3**

O'ahu

Source: CEMML 2002, USGS 1992a, 1998b&d, and 1999a

Wheeler Army Airfield

**Legend**

Schofield Barracks East Range Boundary
Wheeler Army Airfield Boundary
State Land Use District Boundary
Water

Unrestricted Stryker maneuver area
Strykers restricted to roads and ranges (no off road maneuvers)
Training Area

Miles
0   0.5   1   2

Kilometers
0   1   2

Schofield Barracks East Range
is part of SBMR and east of
Wheeler Army Airfield

R:\NEM\J397\GIS\Layouts\base_eastrange.mxd – 2/16/2004 - YE

Exhibit 2