

Kahuku Training Area is bounded on the north by private agricultural lands south of the Kamehameha Highway, by the KLOA on the south, and by private and public lands on the remaining perimeter.

**Legend**
— Kahuku Training Area Boundary
- - - Kawailoa Training Area Boundary
— State Land Use District Boundary
▇ Stryker maneuver area
▇ Strykers restricted to roads (no off road maneuvers)
— Drum Road
▇ Water

Source: CEMML 2002, Tetra Tech 2002, USGS 1992, 1998, and 1999

*Kahuku Training Area*

Oʻahu, Hawaiʻi

**Figure 2-5**

Exhibit 3      2-10