```
                                                                    1

 1                 IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAI'I

 3   'ILIO'ULAOKALANI COALITION,) Civil No. 04-00502 DAE BMK
     a Hawai'i nonprofit        )
 4   corporation; NA 'IMI PONO, )
     a Hawai'i unincorporated   )
 5   association; and KIPUKA, a )
     Hawai'i unincorporated     )
 6   association,               )
                                )
 7                  Plaintiffs, )
                                )
 8        vs.                   )
                                )
 9   DONALD H. RUMSFELD,        )
     Secretary of Defense; and  )
10   FRANCIS J. HARVEY,         )
     Secretary of the United    )
11   States Department of the   )
     Army,                      )
12                              )
                    Defendants. )
13   _____)

14
              DEPOSITION OF COLONEL STEFAN J. BANACH
15

16        Taken on behalf of the Plaintiffs, at the law

17   offices of Earthjustice, 223 South King Street, Third

18   Floor Conference Room, Honolulu, Hawai'i, commencing at

19   9:09 a.m., on Thursday, December 7, 2006, pursuant to

20   Notice.

21   BEFORE:   CARI VALLO, CSR No. 252, RPR
               Notary Public, State of Hawai'i
22

23          PACIFIC REPORTING SERVICES UNLIMITED
                   Topa Financial Center
24             745 Fort Street, Suite 704
                  Honolulu, Hawai'i 96813
25                   (808)524-7778
```

Exhibit 4

1  training that is being proposed for Schofield East
2  Range at this time?
3     A    There will be squad maneuver training.  Again,
4  the squad will go, the platoon will go, and the company
5  will go in their Strykers.  We will maneuver in the
6  areas that are go terrain.
7          We will conduct those activities that best
8  prepare us for combat in Iraq and in full compliance
9  with what it is that the Army tells us and the Garrison
10 tells us where we can drive and where we can't go with
11 our Strykers.
12         I don't intend to do anything ever, I never
13 have in 23 and a half years, that does not comply with
14 a regulation.
15    Q    Would Mr. Borne have any involvement in
16 determining the areas where your soldiers would be
17 allowed to take Stryker vehicles off of the roads at
18 East Range?
19    A    He would, in his capacity -- he's an adviser to
20 the Garrison commander.  Garrison commander makes
21 recommendations to the commanding general, 25th
22 Division Commanding General U.S. Army Pacific.
23         Again, Mr. Borne's role is to do and to
24 facilitate the staff recommendations and also to ensure
25 that the recommendations that are forwarded for command

```
1   STATE OF HAWAI'I              )
                                  ) SS.
2   CITY AND COUNTY OF HONOLULU   )

3

4        I, CARI VALLO, CSR No. 252, a Notary Public in
    and for the State of Hawai'i, do hereby certify:

5

6        That on Thursday, December 7, 2006, at 9:09
    a.m., appeared before me COLONEL STEFAN J. BANACH, the
7   witness whose testimony is contained herein; that prior
    to being examined, the witness was duly sworn or
8   affirmed; that the proceedings were taken in
    computerized machine shorthand by me and were
9   thereafter reduced to print under my supervision; that
    the foregoing represents, to the best of my ability, a
10  correct transcript of the proceedings had in the
    foregoing matter;

11       That, if applicable, the witness was notified
    through counsel, by mail, or by telephone to appear and
12  sign; that if the transcript is not signed, either the
    reading and signing were waived by the witness and all
13  parties or the witness has failed to appear and the
    original is therefore kept on file without signature
14  pursuant to Court rules;

15
         That pursuant to HRCP 30(f)(1), the original
16  will be forwarded to noticing counsel for retention,
    unless otherwise agreed to by all counsel.

17

18       I further certify that I am not counsel for any
    of the parties hereto nor in any way interested in the
19  outcome of the cause named in the caption.

20
         Dated this 11th day of December, 2006, in
21  Honolulu, Hawai'i.

22

23  _____
    Notary Public, State of Hawai'i
24  My Commission expires: November 6, 2008
    CARI VALLO, CSR No. 252, RPR
25
```