# Final Environmental Impact Statement

# Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai'i

# Volume 1

**Prepared for**
Department of the Army
Office of the Secretary of the Army
Washington, DC

and

US Army Corps of Engineers
Honolulu Engineer District
Fort Shafter, Hawai'i





**Prepared by**
Tetra Tech, Inc.
Honolulu, Hawai'i

May 2004

Exhibit 5

percent of the goal, which, when combined with training available along the proposed military use trails, will meet mounted maneuver training needs. Although the most notable physical difference between the current force and SBCT forces is the introduction of the Stryker vehicle, operations and capabilities would also change. The Stryker vehicle is primarily a troop transport vehicle that would traverse terrain and obstacles to ensure protected delivery of infantry squads to their dismount points. Because of the limitations of the Stryker, most mounted movement takes place on roads or unrestricted terrain. The Stryker can maneuver across a slope that is less than 30 percent, up a slope that is less than 60 percent, and over trees less than five inches (13 centimeters) in diameter. In addition, the Stryker would not be allowed in areas subject to other restrictions, such as those containing sensitive species or cultural features resources. The number of Strykers involved in training exercises would depend on the capacity of the training area involved. All 1,005 emission-producing vehicles (including 291 Strykers) would be based at SBMR and would deploy for training as required. Mounted maneuver training at the South Range Acquisition Area would involve from one to 96 Strykers, one to 27 at DMR, one to 96 at KTA, and 32 to 192 at PTA. There would be no mounted maneuvers in KLOA, except along Drum Road.

### Dismounted Maneuver Training

As described above, Strykers would rapidly transport troops to a predetermined action area, where they would conduct dismounted maneuvers to train for enemy engagement. At times, training may include only dismounted maneuvers without the Stryker. During dismounted maneuvers Soldiers would walk in dispersed groups overland toward a given objective. During simulated engagement, Soldiers would seek cover or concealment, and one section may provide a base of weapons fire, while another maneuvers toward the objective.

During extended maneuver training, Soldiers may sleep in the field. To allow for quick deployment, they would not set up tents. Training may involve live-fire and nonlive-fire exercises. Nonlive-fire exercises use blank ammunition, laser weapons, and simulated artillery and mortar fire with pyrotechnics. During nonlive-fire training there would be no aerial pyrotechnics allowed. If used, helicopters would land in established landing zones.

### Reconnaissance Training

Reconnaissance training would be carried out in a similar manner as the current force reconnaissance training, except that UAVs would provide air reconnaissance that, in combination with ground reconnaissance, would provide situational awareness and knowledge throughout a larger area.

It is anticipated that the UAV's total flying hours would amount to 2,400 hours of flight per year (4 UAVs at 600 hours per year), or 600 takeoffs and landings per year. The UAVs would not need to take off from or land at ordinary airfields but could be launched from any location using their own hydraulic launchers. An arrested recovery system using nets and/or cables would also be used, minimizing the area required for launch and recovery. Due to this mobility, most of the launch and recovery sites would be within the existing restricted airspace on O'ahu and the island of Hawai'i. However, launching from WAAF or BAAF may be desired for routine training and maintenance. Before such training and maintenance flights, the Army would coordinate with and obtain approval from the Federal Aviation

Administration (FAA). UAVs would not be launched or recovered at DMR, KTA, KLOA or West PTA, although they would be flown over KTA and WPAA under visual ground monitoring.

### Live-Fire Training

The transformed brigade would use new and existing live-fire ranges and firing points. SBCT units would perform individual weapon and combined arms live-fire training. Use of pyrotechnics, obscurants, and simulators is anticipated to be similar to current force use. All SBCT training would be planned and conducted in accordance with established USARHAW range and training land regulations and standard operational procedures (SOPs). The SBCT would use the same weapons and explosives as the current force, with the addition of the 105mm mobile gun system on the Stryker and the 120mm mortar and a change from 12 105mm howitzers to 18 155mm howitzers.. All current forces at USARHAW use approximately 16 million rounds and individual explosives per year at the various ranges in Hawai'i. SBCT forces with a current force Brigade would use approximately 20 million rounds and individual explosives per year as part of SBCT training, an increase of 25 percent. No live-fire training would be conducted at WAAF, KLOA, DMR or WPAA. Table 2-9 compares the ammunition used for the Proposed Action to the No Action Alternative.

Table 2-9
Comparison of Ammunition Use

| Ammunition | No Action | PA |
|---|---|---|
| HE Artillery (>40 mm) | 17,952 | 22,434 |
| Non-HE Artillery (>40 mm) | 174,520 | 284,390 |
| Mortar Rounds (60, 81, 120 mm) | 6,836 | 14,022 |
| Non-HE Mortar Rounds (60, 81, 120 mm) | 11,740 | 18,176 |
| Rockets | 44 | 44 |
| Mines | 1,088 | 1,087 |
| Demolition/Breeching Charges | 283,675 | 205,229 |
| Standard Live Ammunition (Small Arms) | 7,297,358 | 9,314,025 |
| Tracer Rounds (Small Arms) | 2,807,282 | 4,051,655 |
| Blanks/SRTA Rounds (Small Arms) | 3,738,584 | 5,127,061 |
| Pyrotechnics | 588,380 | 91,955 |
| Fuses | 575,378 | 120,248 |

Existing military operations on the urban terrain assault course at SBMR are inadequate to satisfy the SBCT training requirements for the Stryker MGS, light armored vehicle and reconnaissance armored vehicle because it does not have an urban assault course training facility (UACTF), breach facility, or live-fire shoot house. The proposed UACTF at SBMR would provide facilities to train Soldiers in the proper techniques associated with urban combat. These exercises would be conducted with mobile support. The BAX is proposed to provide a realistic battle area for company-level infantry units (dismounted or with supporting vehicles) in need of live-fire training required for an SBCT, which does not exist on O'ahu and the island of Hawai'i. QTR1 is proposed at SBMR to allow consolidation of small arms qualification training that currently is spread across a wide area, requiring units to