<u>CERTIFICATION OF WORD COUNT</u>

Pursuant to Local Rule 7.5, I hereby certify that Defendants' Opposition to Plaintiffs' Motion to Clarify has a word count of 5826 words.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee

By_____
  HARRY YEE
  Assistant U.S. Attorney

Attorneys for Federal Defendants