DAVID L. HENKIN            #6876
ISAAC H. MORIWAKE     #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai‘i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ‘ĪLIO‘ULAOKALANI COALITION, a Hawai‘i nonprofit corporation; NĀ ‘IMI PONO, a Hawai‘i unincorporated association; and KĪPUKA, a Hawai‘i unincorporated association,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>   Defendants. | Civil No. 04-00502 DAE BMK<br><br>SUPPLEMENTAL DECLARATION OF DAVID L. HENKIN; EXHIBITS "8"-"9" |

## DECLARATION OF DAVID L. HENKIN

I, DAVID L. HENKIN, declare under penalty of perjury that:

1. I am an attorney at law, duly licensed to practice before this Court, and am the lead attorney for plaintiffs ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka (collectively, "the Hawaiian Groups") in this action.

2. I make this supplemental declaration in support of the Hawaiian Groups' Motion To Clarify December 29, 2006 Order Setting Interim Injunction. This declaration is based on my personal knowledge, and I am competent to testify about the matters contained herein.

3. Attached hereto as Exhibit "8" are excerpts from a true and correct copy of the transcript of the hearing on interim injunction that took place on December 18, 2006.

4. Attached hereto as Exhibit "9" are true and correct copies of the signed Witness Certificate and Correction Sheet from the December 4, 2006 deposition of Ronald L. Borne (both dated December 12, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2007, at Honolulu, Hawaiʻi.

/s/ David L. Henkin
David L. Henkin