217

```
 1              WITNESS CERTIFICATE
 2
 3       I, RONALD L. BORNE, do hereby certify I have
 4   read the foregoing pages 1 through 217, inclusive, and
 5   corrections, if any, were noted by me; and that same is
 6   now a true and correct transcript of my testimony.
 7          DATED:  December 12, 2006
 8                  _____
                         RONALD L. BORNE
 9
10
11
12
13
14       Signed before me this _____
15   day of _____, 20_____.
16
17
18   _____
19
20
21   'ILIO'ULAOKALANI COALITION vs. DONALD H. RUMSFELD
22   Civil No. 04-00502 DAE BMK
23   Deposition of RONALD L. BORNE
24   Taken on December 4, 2006
25
```

EXHIBIT 9



RECEIVED DEC 1 4 2006

CASE: ILIOULAOKALANI COALITION VS. RUMSFELD   NO: 04-00502 DAE BMK

DEPOSITION OF: RONALD BORNE   DATE TAKEN 12-04-06

## CORRECTION SHEET

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| 6 | 4 | change "on" to "for" | clarification |
| 6 | 5 | change "Nebraska County" to "Douglas County" | clarification |
| 21 | 24 | add "to permit maneuver" after "maximum", i.e. "I know the maximum to permit maneuver is four inches." | clarification |
| 35 | 17 | remove "or" | clarification |
| 36 | 19 | change "is" to "has" | clarification |
| 57 | 7 | change square "foot" to square "yards" | clarification |
| 57 | 10 | change square "feet" to square "yards" | clarification |
| 123 | 23-25 | change "oh-geev" to "ogive" (4 times) | misspelling |
| 143 | 10 | change 'pinning" to "opinion' | misspelling |
| 152 | 1 | change "M250 caliber to "M2, .50 caliber" | clarification |
| 155 | 5 | change "...explosives. You use measures in pounds." to "...explosives you use measured in pounds." | clarification |
| 160 | 19 | change "This' to "They"; add "a" before the word "more" and add "ratio" at end of sentence, i.e., sentence should read, "They would receive a more proportional ratio." | clarification |
| 163 | 1 | change "105" to "155" | clarification |
| 171 | 12 | add the word "not" after "do", i.e., "So I do not believe" | clarification |
| 206 | 1 & 7 | change "BACs" to "BAX" | misspelling |
| 212 | 18 | change "MBF" to "MDF" | misspelling |
| 213 | 24 | change "MBF" to "MDF" | misspelling |

Signature of Deponent: _____[signature]_____   Date: 12 Dec 06

## CERTIFICATE

_____ Please be advised that the deponent signed and /or made corrections to the deposition - within 30 days of notification.

_____ Please be advised that 30 days have expired and the deponent has failed to read and sign the deposition.

_____ Please be advised that signature and/or corrections received are not being filed with the deposition because they were received and /or signed after 30 days of notification.

_____ Please be advised that the above-named case is going to trial and/or hearing and the deponent has not read and signed the deposition before the filing of this transcript with the Court.

DATED: _____, Honolulu, Hawaii

RALPH ROSENBERG COURT REPORTERS, INC

1001 Bishop Street, Suite 2460 American Savings Bank Tower, Honolulu, HI 96813
Phone: (808) 524-2090/Fax (808) 524-2596

RECEIVED DEC 1 4 2006