<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on February 26, 2007, a true and correct copy of the foregoing document was served as indicated:

**Served electronically through CM/ECF**:

HARRY YEE                    harry.yee@usdoj.gov

Attorney for Federal Defendants

**Served via e-mail and**
**first-class United States mail, postage prepaid**:

JAMES D. GETTE
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Email: james.gette@usdoj.gov

Attorney for Federal Defendants

DATED: Honolulu, Hawai'i, February 26, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs