

DAVID L. HENKIN           #6876
ISAAC H. MORIWAKE         #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' NOTICE OF APPEAL |

PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Setting Interim Injunction, entered in this action on December 29, 2006, and from the orders related to that order, including, but not limited to: (1) the Scheduling Order, entered in this action on November 22, 2006; and (2) the Order Denying Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties, entered in this action on December 12, 2006.

DATED:   Honolulu, Hawaiʻi, February 27, 2007.

EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813

By: _____
David L. Henkin
Attorneys for Plaintiffs

## PROOF OF SERVICE

The undersigned hereby certifies that, on February 27, 2007, a true and correct copy of the foregoing document was duly served on the following as indicated:

**Hand Delivery:**

HARRY YEE
Assistant United States Attorney
Room 6-100
300 Ala Moana Boulevad
Honolulu, Hawai`i 96850
Attorney for Federal Defendants

**First-class United States mail, postage prepaid:**

JAMES D. GETTE
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Attorney for Federal Defendants

DATED:   Honolulu, Hawai‘i, February 27, 2007.

DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs/Appellants