# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 238540 |
| Trans | 144406 |

Received From: **EARTHJUSTICE**
Case Number:
Reference Number: CV 04-502DAE

| | | | |
|---|---|---|---|
| | | Check | 455.00 |
| | | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

02/27/2007 01:07:09 PM     Deputy Clerk: bb/DT