DAVID L. HENKIN         #6876
ISAAC H. MORIWAKE       #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association, | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' AMENDED NOTICE OF APPEAL |
| Plaintiffs, | |
| v. | |
| ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, | |
| Defendants. | |

PLAINTIFFS' AMENDED NOTICE OF APPEAL

Notice is hereby given that ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Setting Interim Injunction, entered in this action on December 29, 2006, and from the orders related to that order, including, but not limited to: (1) the Scheduling Order, entered in this action on November 22, 2006; (2) the Order Denying Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties, entered in this action on December 12, 2006; and (3) the Order Denying Plaintiffs' Motion to Clarify December 29, 2006 Order Setting Interim Injunction, entered in this action on March 1, 2007.

DATED:    Honolulu, Hawaiʻi, March 1, 2007.

        EARTHJUSTICE
        223 South King Street, Suite 400
        Honolulu, Hawaiʻi 96813

By:    /s/ David L. Henkin
       David L. Henkin
       Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 1, 2007, a true and correct copy of the foregoing document was served as indicated:

**Served electronically through CM/ECF**:

HARRY YEE                harry.yee@usdoj.gov

Attorney for Federal Defendants

**Served via e-mail and**
**first-class United States mail, postage prepaid**:

JAMES D. GETTE
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Email: james.gette@usdoj.gov

Attorney for Federal Defendants

DATED:    Honolulu, Hawai'i, March 1, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs