# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 1, 2007

To All Counsel of Record as Appellees:

IN RE:   'Ilio'ulaokalani Coalition, etc., et al. vs. Robert M. Gates, Secretary of the Defense, et al.

CIVIL 04-00502 DAE-BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on February 27, 2007 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: Anna F. Chang
    Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA, docket sheet, dfnf, CADS
      David L. Henkin, Esq.  *(attorney for appellant)*
            w/copy of instructions for civil appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet