# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**  ʻĪlioʻulaokalani Coalition  vs. Robert M. Gates

**U.S. COURT OF APPEALS DOCKET NUMBER**:_____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CV 04-00502 DAE-BMK

II  **DATE NOTICE OF APPEAL FILED:**    February 27, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:**  February 27, 2007        **AMOUNT:**    $455.00

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE**:            **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED**:        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

Anna F. Chang

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
of the U.S. Court of Appeals Docket Fee.)