Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Unit 50129
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850
Ph. 541-1300

*****************************************************************************

TO:     CLERK U.S. COURT OF APPEALS

FROM:   Anna F. Chang (808-541-3180)

DATE:   March 5, 2007

RE:     Īlio'ulaokalani Coalition vs. Robert M. Gates
        USDC Hawaii CV 04-00502DAE-BMK

Please find enclosed a certified copy of appellant's AMENDED NOTICE OF APPEAL. The initial Notice of Appeal and accompanying documents were transmitted by our court on March 1, 2007.

Thank you,

*[signature]*

Anna F. Chang, Deputy Clerk

encl.

cc:   all counsel of record