DAVID L. HENKIN           #6876
ISAAC H. MORIWAKE     #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ĪLIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NĀ 'IMI PONO, a Hawai'i unincorporated association; and KĪPUKA, a Hawai'i unincorporated association,<br><br>        Plaintiffs,<br><br>        v.<br><br>ROBERT M. GATES, Secretary of Defense; and PETE GEREN, Acting Secretary of the United States Department of the Army,[1]<br><br>        Defendants. | Civil No. 04-00502 DAE BMK<br><br>PLAINTIFFS' INITIAL NOTICE RE: TRANSCRIPT DESIGNATION; CERTIFICATE OF SERVICE |

PLAINTIFFS' INITIAL NOTICE RE: TRANSCRIPT DESIGNATION

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Pete Geren is hereby substituted in his official capacity for his predecessor, Francis J. Harvey.

Pursuant to Federal Rule of Appellate Procedure 10(b) and Ninth Circuit Rule 10-3.1, notice is hereby given that ʻĪlioʻulaokalani Coalition, Nā ʻImi Pono, and Kīpuka, plaintiffs in the above named case, intend to order the complete transcripts of the following proceedings related to its appeal from the Order Setting Interim Injunction, entered in this action on December 29, 2006, and from the orders related to that order:

1. November 6, 2006 Status Conference;

2. November 16, 2006 Hearing on Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties;

3. November 20, 2006 Status Conference; and

4. December 18, 2006 Hearing on Scope of Interim Injunctive Relief.

DATED:   Honolulu, Hawaiʻi, March 8, 2007.

>       EARTHJUSTICE
>       223 South King Street, Suite 400
>       Honolulu, Hawaiʻi 96813
>
>       By:   /s/ David L. Henkin
>             David L. Henkin
>             Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 8, 2007, a true and correct copy of the foregoing document was served as indicated:

**Served electronically through CM/ECF**:

HARRY YEE                              harry.yee@usdoj.gov

Attorney for Federal Defendants

**Served via e-mail and**
**first-class United States mail, postage prepaid:**

JAMES D. GETTE
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Email: james.gette@usdoj.gov

Attorney for Federal Defendants

DATED:   Honolulu, Hawaiʻi, March 8, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs