# Exhibit "A"

## Weiner, Barry (ENRD)

| | |
|---|---|
| **From:** | David Henkin [dhenkin@earthjustice.org] |
| **Sent:** | Tuesday, March 13, 2007 5:25 PM |
| **To:** | Gette, James (ENRD); Weiner, Barry (ENRD) |
| **Subject:** | Stryker discovery |
| **Importance:** | High |

Gentlemen,

I spoke with Magistrate Judge Kurren's courtroom deputy (Richlyn Young), who instructed the parties to submit by fax letter briefs by tomorrow (3/14) setting forth their positions on the discovery supplementation issue. See Local Rule 37.1(c). The judge's fax number is 541-3500. After reviewing the letter briefs, the judge will determine whether a conference with the parties is needed.

Ms. Young told me to seek agreement with you re: the timing of submittal of the letter briefs, but cautioned that we should not wait until the end of the day (4 p.m. HST) for filing. Please let me know by when you will be prepared to submit your letter.

Aloha, David

David L. Henkin
Earthjustice
223 South King St., Suite 400
Honolulu, Hawai'i  96813
Tel.: (808) 599-2436, ext. 14
Fax: (808) 521-6841
www.earthjustice.org

## Exhibit "A"

1