# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 05-00502DAE-BMK

CASE NAME:      'Ilio'ulaokalani Coalition v. Robert M. Gates

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren            REPORTER:

DATE:     03/16/2007                 TIME:

COURT ACTION:  EO: The Federal Defendants' *Motion for Clarification*, filed 3/14/2007, is DENIED.

The parties are to meet and confer.

If the Federal Defendants want to address any issues in the Plaintiffs' 3/14/2007 letter brief, they may submit a letter brief to the court by 4:00 p.m. Hawaii time on 3/19/2007. The letter brief may be faxed to (808) 541-3500.

A Discovery Conference is set for 3/20/2007 @ 9:00 a.m. Hawaii time.

Any party who would like to participate by phone is to notify Richlyn Young @ (808) 541-3090 or richlyn_young@hid.uscourts.gov prior to the discovery conference date.

Submitted by Richlyn Young, Courtroom Manager