# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00502DAE-BMK |
| CASE NAME: | 'Ilio'ulaokalani Coalition, a Hawaii nonprofit corporation, et al. vs. Donald H. Rumsfeld, Secretary of Defense, et al. |
| ATTYS FOR PLA: | David Henkin |
| ATTYS FOR DEFT: | Harry Yee<br>Mark Katkow<br>Barry Weiner, by phone<br>James Gette, by phone<br>Mike Lewis, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 - no record |
| DATE: | 3/21/2007 | TIME: | 9:20-9:50am |

COURT ACTION:  EP: Discovery Conference Re: Letter Brief Submitted 3/14/07. Discussion held.  Court to issue an Order.  Court's inclination is to conclude that the formal discovery process is closed.

Submitted by: Shari Afuso, Courtroom Manager