EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`I
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>       Plaintiffs,<br><br>       v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>       Defendants. | CIVIL NO. 04-00502 DAE BMK<br><br>NOTICE OF FILING OF FIRST PERIODIC PROGRESS REPORT; EXHIBIT "A"; CERTIFICATE OF SERVICE |

<u>NOTICE OF FILING OF FIRST PERIODIC REPORT</u>

In its Order Setting Interim Injunction dated December 29, 2006, the Court ordered the United States Army to undertake additional mitigation measures related to training and construction projects associated with the transformation of the 2nd Brigade of the 25th Infantry into a Stryker Brigade Combat Team.  In its Order, the Court required the Army to periodically report on the status of specific mitigation measures and instructed the parties to confer on a proposed reporting schedule.  The parties have conferred and agreed that the First Periodic Report shall be filed with the Court on March 30, 2007, and then the parties will reinitiate consultation in an effort to agree on a future reporting schedule.  In accordance with the Court's Order and after consultation with Plaintiffs on an appropriate reporting schedule, the United States Army hereby submits the attached Periodic Progress Report dated March 30, 2007.

Respectfully submitted this 30th day of March, 2007.

        EDWARD H. KUBO, JR. (2499)
        United States Attorney
        District of Hawai`I
        HARRY YEE       (3790)
        THOMAS HELPER   (5676)
        Assistant United States Attorneys

        /s/ Barry Weiner by Harry Yee
        _____
        BARRY A. WEINER
        JAMES D. GETTE
        Trial Attorneys
        United States Department of Justice

```
                    Environment & Natural Resources Division
                    Natural Resources Section
                    P.O. Box 663
                    Washington, D.C.  20044-0663
                    Telephone: (202) 305-0469
                    Facsimile:  (202) 305-0267
                    Email: barry.weiner@usdoj.gov

                    Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawai'i nonprofit corporation; NA 'IMI PONO, a Hawai'i unincorporated association; and KIPUKA, a Hawai'i unincorporated association,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ROBERT M. GATES, Secretary of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>          Defendants. | CIVIL NO. 04-00502 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

David L. Henkin        dhenkin@earthjustice.org

Isaac H. Moriwake      imoriwake@earthjustice.org

Attorneys for Plaintiffs

DATED: March 30, 2007, at Honolulu, Hawaii.

/s/ Harry Yee