ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-15334    U.S. District Court Case No. Civ. No. 04-00502 DAE BMK

Short Case Title 'Ilio'ulaokalani Coalition v. Gates

Date Notice of Appeal Filed by Clerk of District Court    February 27, 2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 29 2007
at 12 o'clock and 05 min, P M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| SEE ATTACHED | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered March 29, 2007    Estimated date for completion of transcript _____

Print Name of Attorney David L. Henkin    Phone Number (808) 599-2436

Signature of Attorney _____

Address Earthjustice, 223 South King St., Suite 400, Honolulu, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
       (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

## ATTACHMENT TO TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals Case No. 07-15334
U.S. District Court Civ. No. 04-00502 DAE BMK

## SECTION A

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 11/6/06 | Cynthia Fazio | Status Conference (transcript completed and filed 11/7/06) |
| 11/16/06 | ESR | Hearing on Plaintiffs' Motion to File Second Amended Complaint and to Join Necessary Parties (transcript ordered 3/29/07) |
| 11/20/06 | Cynthia Fazio | Status Conference (transcript completed and filed 3/21/07) |
| 12/18/06 | Cynthia Fazio | Hearing on Scope of Interim Injunctive Relief (transcript completed and filed 1/5/07) |

Please note that Defendants-Appellees did not respond to Plaintiffs-Appellants' Initial Notice Re: Transcript Designation (served March 8, 2007) within the time prescribed by Circuit Rule 10-3.1(b).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 29, 2007, a true and correct copy of the foregoing document was duly served on the following as indicated:

**Hand Delivery:**

HARRY YEE
Assistant United States Attorney
Room 6-100
300 Ala Moana Boulevad
Honolulu, Hawai`i 96850
Attorney for Federal Defendants

**First-class United States mail, postage prepaid:**

BARRY A. WEINER
JAMES D. GETTE
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Attorney for Federal Defendants

DATED:   Honolulu, Hawai'i, March 29, 2007.

_____
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs