COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

'ILIO'ULAOKALANI COALITION,  ) Civil No. 04-00502 DAE BMK
a Hawai'i nonprofit          )
corporation; NA 'IMI PONO,   )
a Hawai'i unincorporated     )
association; and KIPUKA, a   )
Hawai'i unincorporated       )
association,                 )
                             )
              Plaintiffs,    )
                             )
     vs.                     )
                             )
DONALD H. RUMSFELD,          )
Secretary of Defense; and    )
FRANCIS J. HARVEY,           )
Secretary of the United      )
States Department of the     )
Army,                        )
                             )
              Defendants.    )
_____)

**DEPOSITION OF RONALD L. BORNE**

     Taken on behalf of the Plaintiffs, at the law offices of Earthjustice, 223 South King Street, Third Floor Conference Room, Honolulu, Hawai'i, commencing at 9:36 a.m., on Monday, December 4, 2006, pursuant to Notice.

BEFORE:   CARI VALLO, CSR No. 252, RPR
          Notary Public, State of Hawai'i

PACIFIC REPORTING SERVICES UNLIMITED
Topa Financial Center
745 Fort Street, Suite 704
Honolulu, Hawai'i 96813
(808)524-7778


EXHIBIT 5

```
 1   APPEARANCES:

 2        For Plaintiffs 'Ilio'ulaokalani Coalition, a
          Hawai'i nonprofit corporation; Na 'Imi Pono,
 3        a Hawai'i unincorporated association; and
          Kipuka, a Hawai'i unincorporated association:
 4
               DAVID L. HENKIN, ESQ.
 5             Earthjustice
               223 South King Street, Suite 400
 6             Honolulu, Hawai'i 96813
               (808)599-2436
 7

 8        For the Defendants Donald H. Rumsfeld, Secretary
          of Defense, and Francis J. Harvey, Secretary of
 9        of the United States Department of the Army:

10             ROBERT M. LEWIS, ESQ.
               Senior Trial Attorney
11             Environmental Law Division
               U.S. Army Litigation Center
12             901 N. Stuart Street, Suite 400
               Arlington, Virginia 22203
13             (703)696-1567

14             JAMES D. GETTE, ESQ.
               Trial Attorney, Natural Resources Section
15             U.S. Department of Justice
               Environment & Natural Resources Division
16             601 D Street, NW
               Washington, DC 20004
17             (202)305-1461

18
     ALSO PRESENT:   Anna Mallon, William Aila
19

20

21

22

23

24

25
```

1   have witnessed the training, discussed with the
2   instructors and their supervisors the training that
3   they do today.
4   　　　　In the Kahukus, my experience is only
5   topographically having visually seen the areas myself
6   in the past, knowing the vehicle maneuver capabilities,
7   and for the Stryker discussions with 2nd Brigade
8   personnel, Colonel Banach, and his operations officer.
9   　　　　MR. HENKIN:  Why don't we take a five-minute
10  break.
11  　　　　(Recess taken, 10:16-10:25 a.m.)
12  BY MR. HENKIN:
13  　Q　　Mr. Borne, is the Army seeking to use -- sorry.
14  Try again.
15  　　　　As part of the Army's current request to the
16  court for training involving Stryker vehicles, is it
17  seeking any use of the area that was recently purchased
18  from the Parker Ranch on the island of Hawai'i, known
19  as the West Pohakoloa Training Area Acquisition Area?
20  　A　　Not for initial operating capabilities for 2nd
21  Brigade.
22  　Q　　Could you please clarify what you mean by not
23  for initial operating capabilities?
24  　A　　Not use the Keamuku -- recently purchased
25  Keamuku parcel for 2nd Brigade to reach its capacity to

1  deploy.
2  Q    Is it asking the court for use of the Keamuku
3  parcel for any other purpose?
4  A    No, it is not.
5  Q    Does it have plans to use the Keamuku parcel
6  for any other purpose between now and the time that the
7  2nd Brigade deploys?
8  A    For training, no. I am not certain if there's
9  any implementation of any fire management or other
10 environmental concerns that have to be implemented for
11 emergency reasons, like wild fire. But not for
12 training until that time.
13 Q    Who would know if there were any plans to do
14 any nontraining activities on the Keamuku parcel
15 between now and the time of deployment?
16 A    At this point, I do not believe anyone is aware
17 of them, that they need to implement any immediately.
18 However, should wild fires become a problem,
19 suppression, fire-break roads, those things may have to
20 be implemented or managed.
21 Q    When you refer to the time of the 2nd Brigade's
22 deployment, what time is that?
23 A    Second brigade, I am not privy to the exact
24 deployment of 2nd Brigade.
25 Q    Has it received deployment orders?

```
 1   STATE OF HAWAI'I              )
                                    ) SS.
 2   CITY AND COUNTY OF HONOLULU   )

 3
             I, CARI VALLO, CSR No. 252, a Notary Public in
 4   and for the State of Hawai'i, do hereby certify:

 5
             That on Monday, December 4, 2006, at 9:36 a.m.,
 6   appeared before me RONALD L. BORNE, the witness whose
     testimony is contained herein; that prior to being
 7   examined, the witness was duly sworn or affirmed; that
     the proceedings were taken in computerized machine
 8   shorthand by me and were thereafter reduced to print
     under my supervision; that the foregoing represents, to
 9   the best of my ability, a correct transcript of the
     proceedings had in the foregoing matter;
10
             That, if applicable, the witness was notified
11   through counsel, by mail, or by telephone to appear and
     sign; that if the transcript is not signed, either the
12   reading and signing were waived by the witness and all
     parties or the witness has failed to appear and the
13   original is therefore kept on file without signature
     pursuant to Court rules;
14
15           That pursuant to HRCP 30(f)(1), the original
     will be forwarded to noticing counsel for retention,
16   unless otherwise agreed to by all counsel.

17
             I further certify that I am not counsel for any
18   of the parties hereto nor in any way interested in the
     outcome of the cause named in the caption.
19
20           Dated this 8th day of December, 2006, in
     Honolulu, Hawai'i.
21

22
                      _____
23                    Notary Public, State of Hawai'i
                      My Commission expires: November 6, 2008
24                    CARI VALLO, CSR No. 252, RPR

25
```