

**U.S. Department of Justice**

Environment and Natural Resources Division

---

Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

Telephone (202) 305-0469
Facsimile (202) 305-0274

March 1, 2007

*Via Facsimile Transmission (808-521-6841)*

David L. Henkin
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813

Re: *Ilioulaokalani Coalition v. Rumsfeld*, Civ. No. 04-00502 DAE BMK

Dear David:

Given the Court's Order denying Plaintiffs' Motion to Clarify, am sure you would agree that the current agreement between the parties regarding the Stryker Brigade Combat Team ("SBCT") training that would occur while Plaintiffs' motion for clarification was being briefed and considered by the Court is now defunct. Nonetheless, the Army will continue to abide by the terms of the agreement for the next two weeks as previously agreed by the parties.

The Army is, however, hereby providing notice, that the Army no longer intends to restrict SBCT-specific training to the parameters sought by the Plaintiffs in their motion for clarification. As set forth in the agreement, the Army is providing this notice after February 28, 2007 and advises Plaintiffs that the terms of the agreement will be terminated as of March 15, 2007.

Very truly yours,

*/s/ James D. Gette*

James D. Gette
Barry A. Weiner

**EXHIBIT 6**