**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone: 202-305-0481*
*Facsimile: 202-305-0506*
*E-mail: james.gette@usdoj.gov*

January 22, 2007

<u>*Via Facsimile Transmission 808-521-6841*</u>

David L. Henkin, Esquire
Earthjustice
223 South King Street, Suite 400
Honolulu, HI 96813

    Re: *Ilioulaokalani Coalition v. Rumsfeld*, Civ. No. 04-00502 DAE BMK

Dear David,

    I am writing to confirm the agreement reached between the parties on Friday, January 19, 2007. Pursuant to the agreement, Plaintiffs will not oppose an extension of time until January 30, 2007 for the Defendants to respond to Plaintiffs' Motion to Clarify December 29, 2006 Order Setting Interim Injunction. In return, Defendants have agreed that they will conduct only Stryker-specific training that is described in Plaintiffs' Motion to Clarify. Defendants agreement to conduct only Stryker-specific training that is described in Plaintiffs' motion to Clarify will remain in effect until dissolved by Defendants upon two weeks' advance notice to Plaintiffs.

    As we discussed, based upon this agreement, Defendants intend to file an unopposed motion for extension of time to respond to Plaintiffs' Motion to Clarify.

                              Very truly yours,

                              James D. Gette

**EXHIBIT 7**