

# U.S. Department of Justice

Environment and Natural Resources Division

---

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

Telephone (202) 305-0469
Facsimile (202) 305-0274

April 2, 2007

*Via Facsimile Transmission (808-521-6841)*

David L. Henkin
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813

    Re:    *Ilioulaokalani Coalition v. Rumsfeld*, Civ. No. 04-00502 DAE BMK

Dear David:

    We are in receipt of your March 30, 2007 e-mail requesting advance notice of any modification to Stryker-relating training that was not previously disclosed during discovery or in prior court filings. Consistent with our prior communications and as explained in our March 27, 2007 correspondence and our March 20, 2007 letter brief to Magistrate Judge Kurren, the Army cannot agree to your request.

                                  Sincerely,

                                  */s/ G.W.*

                                BARRY A. WEINER
                                JAMES D. GETTE
                                U.S. Department of Justice
                                Environment & Nat. Resources Div.
                                Natural Resources Section
                                P.O. Box 663
                                Washington, D.C. 20044-0663



EXHIBIT 8