

# Long Range Training Calendar

EXHIBIT 10





# 2ᵈ SBCT
## Long Range Training Calendar

| | 4th Quarter 2006 | | | 1st Quarter 2006 | | | 2nd Quarter 2007 | | | 3rd Quarter 2007 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | July | August | September | October | November | December | January | February | March | April | May |
| **2006-2007 PTA Rotations** | | 1-21 Mortar PLT PTA 9-17 AUG 06 | | 2-11 PTA 01-27 OCT 06 | 1-21 PTA 27 NOV- 10 DEC 06 | | 1-27 PTA 15-28 JAN 07 | 5-14 PTA 12-26 FEB 07 | 2-11 PTA 27 FEB-21 MAR 07 EXCALIBER | 1-21 PTA 29 MAR- 16 APR 07 | 1-27 PTA 7-21 MAY 07 |
| | | | | | | | | | | | 1-14 PTA 24 APR – 7 MAY 07 |
| **Unit Tasks** | | | EIB PREP | EIB | 1-21 SB CO STX 30 OCT-04 NOV | Block Leave | 5-14 SB CO STX 8-26 JAN | 1-21 SB CO STX 22 FEB-12 MAR | B/1-14 CO STX 12-26 MAR | A/1-27 SB CO STX 9-22 APR | |
| | | | | | 1-27 SB CO STX 6-17 NOV | | | A/1-14 CO STX 10-19 FEB | | C/1-14 CO STX 02-15 APR | |
| | 2/A/1-14 IN OEF-P SUPPORT | | | 15 OCT 06 | 1/B/1-21 IN OEF-P SUPPORT | | | 15 FEB 07 | X/1-21 IN OEF-P SUPPORT | | 15 MAY 07 |
| | | | | | | | | | 1-21 IN, 225 BSB COC 30 MAY 07 | | |
| | | | | | | | | | 1-14 IN, 2-11 FA COC 31 MAY 07 | | |
| | | | | | | | STORM (RWS), OPNET/RESET | | | | MGS GUNNERY MAY-JUN |
| **OPNET/ CPP/TOC NET** | 1-21 IN STRYKER OPNET | | 1-27 IN STRYKER OPNET | | | | 1-14 IN STRYKER OPNET | | | | WFX PREP |
| | 5-14 CAV STRYKER OPNET | | 2-11 FA M777 OPNET | | | | | | | | |
| | | | | BDE TOC CPP/TOCNET | | BSB CPP/TOCNET | | | | | |
| | | | | | | 2-11 CPP/TOCNET | 1-14 CPP/TOCNET | | | | |
| | | | | | | | 1-27 CPP/TOCNET | | | | |
| | | | | | | | 1-21 CPP/TOCNET | | | | |



2






# 1-14 IN 1st Quarter FY 07 Training Calendar

| | | OCTOBER | | | | NOVEMBER | | | | | DECEMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WK 1 | WK 2 | WK 3 | WK 4 | WK 5 | WK 6 | WK 7 | WK 8 | WK 9 | WK 10 | WK 11 | WK 12 | WK 13 |
| BN | | MAINT MTT | BN STAFFEX | CLS II | | BATTALION MTG | | | | | MGS TNG / BELCHER STAKES | | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | DIGITAL SUSTAIN | | | | | | | | | | | |
| A CO | | | OEF-P TOA | QRF TOA | EIB | SQD STX (KTA) | CQM/CQB SBSH/FLAT | CLS II | | | MGS TNG / BELCHER STAKES | | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | | | | EIB Support 8-28 OCT | | | | | | | | |
| B CO | | | | | EIB | CO ARM | SQD STX (EAST RG) | CQM/CQB SBSH/FLAT | | | MGS TNG / BELCHER STAKES | | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | | | | EIB Support 8-28 OCT | | | | | | | | |
| C CO | | | | | EIB | CQM/CQB SBSH/FLAT | COC INVENTORIES | COC | SQD STX (EAST RG) | | MGS TNG / BELCHER STAKES | | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | | | | EIB Support 8-28 OCT | | | | | | | | |
| HHC | | | | | EIB | SQD STX (EAST RG) | COC INVENTORIES | | | | | COC | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | | | | EIB Support 8-28 OCT | | | | COMPANY S-2 EXPLOITATION CELL TRAINING | | | | |
| 66EN CO | | ANNUAL DEMO CERT | PRE-OPNET QUAL/DIGITAL SUSTAINMENT TRAINING | | | | MANEUVER SUPPORT TRAINING | | | CQM/CQB SBSH/FLAT | | | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan |
| | | | | | | | | URBAN MBC PILOT COURSE | | | | | |



16

# 1-27 IN 1st Quarter FY 07 Training Calendar

| | OCTOBER | | | | NOVEMBER | | | | | DECEMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WK 1 | WK 2 | WK 3 | WK 4 | WK 5 | WK 6 | WK 7 | WK 8 | WK 9 | WK 10 | WK 11 | WK 12 | WK 13 |
| 1-27 IN | EIB / BN Fusion LPD (13 Oct) | | | Stryker Symposium / Digital Gunnery LPD (26 Oct) | BDE Safety Stand Down (30 Oct) / POST OPNET FTX | | BN A/V Team Training | | | | Dr Crupi LPD (13-14 DEC) / PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| A CO | | | CLS | CLS | ICV NET | POST OPNET FTX | | Recovery | Co Fusion Cell | CQM/B | PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| | | | | EIB | | | ICV NET (A, B, C) | | | | | | |
| B CO | | Driver's TNG | CLS | CLS | | | CLS | ICV NET | Co TNG / SPECIAL SKILLS | Recovery | PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| | | | EIB | | | | | | | | | | |
| C CO | | Driver's TNG | CLS | CLS | | CLS | | ICV NET | MGS PLT TNG | | PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| | | | EIB | | | | | | | | | | |
| HHC | FSV NET | | Driver's TNG | | | CLS DMOC | CLS / OEMS 7-17 NOV | Recovery | | Co Fusion Cell | PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| | | MEV NET | | | POST OPNET FTX | | | | | | | | |
| | | | EIB | | | | | | | | | | |
| HHC SBCT | | | | CPP/TOC NET | | CLS DMOC | CLS | Recovery | | Co Fusion Cell | PTA Prep | Cons Red: 17 Dec – 2 Jan / Block Leave: 17 Dec – 2 Jan | |
| | | | EIB | | | | | | | | | | |



# 1-27 IN Training Highlights

## Stryker OPNET

- Stryker OPNET training and vehicle fielding 02 OCT – 06 DEC
- 49 of 77 Stryker platforms
- 28 Stryker platforms scheduled for fielding in 2nd and 3rd QTR

| Vehicle Hand off and Introduction | RWS and drivers Training | Drivers Training | OPNET Gunner Certification (M2/MK19) |
|---|---|---|---|

42 ICVs    4 MEVs    3 FSVs






## Post OPNET Collective Training



A/1-27 IN conducts squad and platoon tactical exercise lane training from 6-27 NOV focused on vehicle / dismounted infantry squad integration.

Phase 1: Prep for combat (3 days)
Phase 2: Squad and Platoon Stryker training (3 days)
Phase 3: Squad STX Lanes (3 days)
Phase 4: Platoon Exploitation tactics 3 days)
Phase 5: Recovery operations (5 days)

**Squad Tasks (Phase 3)**
Establish a Checkpoint (07-3-1324)
Conduct a Security Patrol (07-3-1153)
Take Action on Contact (07-3-1432)
Treat & Evaluate Casualties (07-3-4045)
React to IED VBED Suicide Bomber

**Platoon Tasks (Phase 4)**
Establish a Checkpoint (07-3-1324)
Conduct Security Patrol (07-3-1153)
React to Contact (07-3-1432)
Cordon and Search (07-2-1027)

## Community Relations

1-27 IN conducts public relations operations to foster a positive perception of USARPAC.

- 25th ID Reunion and Wolfhound Association
- Holy Family Orphanage in Osaka, Japan
- School Partnership Program:
  - Leihoku Elementary School
  - Waianae Intermediate School
- Build our relationship with VFW Post 849.
- Waianae Military Civilian Advisory Council





27th United States Infantry Regiment
"Wolfhounds"

## Command Maintenance

- Weekly Key Leader inspections and LPDs
- Motor Pool safety and environmental compliance
- PMCS and Dispatching procedures
- Vehicle and equipment maintenance operations
- Digital systems maintenance and checks
- Vehicle to vehicle ABCS communications checks






## 5-14 CAV 1st Quarter FY 07 Training Calendar

| | OCTOBER | | | | NOVEMBER | | | | | DECEMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WK 1 | WK 2 | WK 3 | WK 4 | WK 5 | WK 6 | WK 7 | WK 8 | WK 9 | WK 10 | WK 11 | WK 12 | WK 13 |
| A TRP | RED CYCLE | | | | | | CQM/CQB 14-17 NOV | RECOVERY | FUSION CELL 27NOV-1 DEC | MC-B OPNET 28NOV-25JAN | | Cons Red: 17 Dec – 2 Jan | |
| B TRP | RED CYCLE | | | | | | | RECOVERY | MC-B OPNET 28NOV-25JAN | | | Block Leave: 17 Dec – 2 Jan | |
| C TRP | RED CYCLE | | | | | CQM/CQB 6-9 NOV | PRE OPNET 14 NOV | RECOVERY | FUSION CELL 27NOV-1 DEC  MC-B OPNET 28NOV-25JAN | | | Cons Red: 17 Dec – 2 Jan | |
| D TRP | RED CYCLE | | | | CQM/CQB 31OCT– 02NOV | | | RECOVERY | CQM/CQB 27-30 NOV  FUSION CELL 27NOV-1 DEC | RECOVERY | | Cons Red: 17 Dec – 2 Jan | Block Leave: 17 Dec – 2 Jan |
| HHT | RED CYCLE | | | | CQM/CQB 31OCT– 02NOV | | CPP TOCNET 6 NOV - 15 DEC | | | | | Cons Red: 17 Dec – 2 Jan | Block Leave: 17 Dec – 2 Jan |
| MICO | RED CYCLE | | | | CQM/CQB 31OCT– 02NOV | | | PREP | EMT-I  6 NOV – 29 DEC | | | Cons Red: 17 Dec – 2 Jan | Block Leave: 17 Dec – 2 Jan |



# 5-14 Scout Gunnery
## 02 OCT – 27 OCT

| Unit | MON OCT 2 | TUES OCT 3 | WED OCT 4 | THUR OCT 5 | FRI OCT 6 | SAT OCT 7 | SUN OCT 8 | MON OCT 9 | TUES OCT 10 | WED OCT 11 | THUR OCT 12 | FRI OCT 13 | SAT OCT 14 | SUN OCT 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/5-14 | MK19 CREWS GST | | | | COLUMBUS DAY HOLIDAY | | | | MK19 CREWS GUNNERY PREP | | | | MK19 GUNNERY | |
| B/5-14 | Prep PCC MP | GST TNG MP | GST TEST MP | Prep PCC MP | | | | | PCI OCCUPY AA/TLP PLT STX | PLT STX | PLT STX CLOSE ON KR-3 | ST-V (KR3) M2/MK19 | ST VII M2 (KR3) MK19 (MF2) |
| C/5-14 | GNRY SKILLS TEST/STX PREP | | | | | | | | PLATOON MANEUVER | | | GUNNERY | |
|  | STX PREP | | | | | | | PCI/SET UP/ REH | PLT STX SUPPORT (OPFOR) | | TEAR DOWN/REC DAY 0 | | |

| Unit | MON OCT 16 | TUES OCT 17 | WED OCT 18 | THUR OCT 19 | FRI OCT 20 | SAT OCT 21 | SUN OCT 22 | MON OCT 23 | TUES OCT 24 | WED OCT 25 | THUR OCT 26 | FRI OCT 27 | SAT OCT 28 | SUN OCT 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/5-14 | MK19 GUNNERY | | | | | | | | | | | | | |
| B/5-14 | ST VIII QUAL M2 (KR3) MK19 (MF2) | ST VIII QUAL M2 (KR3) MK19 (MF2) | RE DEPLOY REC DAY 0 | REC DAY 1 | REC DAY 2 | | | REC DAY 3 | REC DAY 4 | REC DAY 5 | COMP | COMP | | |
|  | GUNNERY | | | RECOVERY | | | | | | | | | | |
| C/5-14 | REC DAY 1 | REC DAY 2 | REC DAY 3 | REC DAY 4 | REC DAY 5 | | | RECOVERY | | | | | | |

- FM 3-20.8 Scout Gunnery
- Tables V/VI – Dry/Blank
- Table VII – Live Practice
- Table VIII – Qualification
- 6 Day/4 Night Tasks

Issues with MK 19 Gunnery
- MF 2 open Sun-Tues
- Thermal Signature for targetry required
- Burn Index Restrictions



38

## CQM – PTA



### CQM Tasks (18-22 OCT 06):
- Confirm Zero and KD Qual as needed (RNG 4 and 7)
- Tactical Roadmarch to secure RNG 8C
- CQM Qualification IAW 2SBCT CQM Leader's Handbook
- Glasshouses
- Dry/Blank Shoothouse Enter/Clear a Room
- As time permits: Stong/Support Side Shooting, TGT Recognition Drills

### MTP Tasks ICW CQM:
- Conduct Patrol Operations (07-2-1315)
- Take Action on Contact (Dismounted) (07-2-1468)
- Conduct Resupply Operations (07-2-4000)
- Conduct a Rehearsal (07-2-5009)
- Conduct Troop Leading Procedures (07-2-5089)

### Safety Considerations:
- Clearly segregated ammo
- LT OIC and SFC RSO
- Comprehensive safety brief for all ranges, to include Shoothouse walk-through
- All firers rodded off/on ranges
- Marked magazines (T)

### Resources:
- 30,000 5.56 Blank
- 30,000 5.56 Ball
- 15 Barnhart Qualified Personnel
- 1xSSG BDE A/I Trained
- 12x2SBCT CQM Qualified Fire Teams
- RNGs 4, 7, 8C (Shoothouse)
- BN Small Arms MG

# Convoy Live Fire Exercise

**EXECUTION:** 19-21 OCT 06

**TRAIN-UP:** Convoy Ops Classes (BTRY level)



**ENDSTATE:** Battery personnel trained and proficient in combat convoy TTPs and safe, realistic execution convoy live fire exercise.

**Crawl**
- Driver's Training
- Convoy Operations Classes
- Medical Classes (MEDEVAC, loading of FLA, treat casualties)

**Walk**
- Practice of React to Contact Drills (CMD HMMWV, Cargo HMMWV, FMTV)
- Section rehearsals
- Platoon Rehearsals

**Run**
- Dry Fire Iterations
- Blank Fire Iterations
- Live Fire Iterations

**Plan the Training (References)**
- CALL No. 03-6, Tactical convoy Operations, March 2003
- JRTC Convoy Leader Handbook, March 2002
- Tactical Convoy Handbook, 765th Transportation Bn, March 2004
- Battle Drill: React to Contact, IED, Mortar/In Fire attack, blocked/unblocked ambush
- AAR comments from Gun Smoke I

**Train and Certify Leaders**
HSB in conjunction with BN staff will develop convoy live fire certification and will certify trainers prior to conduct of training.

**Recon the site:** D-45 Range Recon (Complete)

**Issue the Plan**
- Battery OPORD
- Combat Patrol FRAGOs issued on-site

**Rehearse**
Battery leadership conducts TLPs and mission rehearsals (walk-through, dry, blank, live - multiple iterations of each), both day and night