## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF and Hand Delivery:**

| | |
|---|---|
| HARRY YEE<br>Assistant U.S. Attorney<br>Room 6-100<br>300 Ala Moana Boulevard<br>Honolulu, Hawai`i 96850<br>Email: harry.yee@usdoj.gov | April 2, 2007 |

Attorney for Federal Defendants

**Served via Email and**
**first-class, United States mail:**

| | |
|---|---|
| JAMES D. GETTE<br>BARRY A. WEINER<br>United States Department of Justice<br>Environment & Natural Resource Division<br>General Litigation Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Email: Barry.Weiner@usdoj.gov | April 2, 2007 |

Attorney for Federal Defendants

DATED:   Honolulu, Hawai`i, April 2, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs