

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:**     Department of Justice
Environment and Natural Resources Division
Fax No.     202-305-0274

**SENT BY:**  Barry Weiner

**TO:**  David Henkin

**DATE:**  April 2, 2007

**FAX No.**  808-521-6841

# EXHIBIT **2**



U.S. Department of Justice

Environment and Natural Resources Division

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

Telephone (202) 305-0269
Facsimile (202) 305-0274

April 2, 2007

*Via Facsimile Transmission (808-521-6841)*

David L. Henkin
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813

     Re:    *Ilio'ulaokalani Coalition v. Rumsfeld*, Civ. No. 04-00502 DAE BMK

Dear David:

     We are in receipt of your March 30, 2007 e-mail requesting advance notice of any modification to Stryker-relating training that was not previously disclosed during discovery or in prior court filings. Consistent with our prior communications and as explained in our March 27, 2007 correspondence and our March 20, 2007 letter brief to Magistrate Judge Kurren, the Army cannot agree to your request.

     Sincerely,

     *B— G.W—*

     BARRY A. WEINER
     JAMES D. GETTE
     U.S. Department of Justice
     Environment & Nat. Resources Div.
     Natural Resources Section
     P.O. Box 663
     Washington, D.C. 20044-0663