CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last know addresses:

**Served electronically through CM/ECF**:

HARRY YEE                   harry.yee@usdoj.gov              April 2, 2007

Attorney for Federal Defendants

**Served via Email and**
**first-class, United States mail**:

JAMES D. GETTE                                              April 2, 2007
BARRY A. WEINER
United States Department of Justice
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Email: james.gette@usdoj.gov
       barry.weiner@usdoj.gov

Attorney for Federal Defendants

DATED:   Honolulu, Hawai'i, April 2, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs