EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawai`i
HARRY YEE  (3790)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0274
Email: Barry.Weiner@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and PETER M. GEREN, Acting Secretary of the United States Department of the Army,<br><br>　　　　Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>DECLARATION OF BARRY A. WEINER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO EXPEDITE THEIR APPEAL OF THE MAGISTRATE JUDGE'S MARCH 23, 2007 ORDER; EXHIBITS 1-3 |

I, BARRY A. WEINER, declare under penalty of perjury that:

1. I am a trial attorney with the U.S. Department of Justice, Environment & Natural Resources Division, serve as co-counsel for the Federal Defendants in this matter with James Gette and Harry Yee, an Assistant U.S. Attorney for the District of Hawaii.

2. I make this declaration in support of the Defendants' Opposition to Plaintiffs' Ex Parte Motion to Expedite their Appeal of the Magistrate Judge's March 23, 2007 Order. This declaration is based on my personal knowledge, and I am competent to testify about the matters contained herein.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Defendants' March 20, 2007 Letter Brief to Magistrate Judge Kurren.

4. Attached hereto as Exhibit 2 is a true and accurate copy of correspondence from James Gette to David Henkin dated March 27, 2007.

5. Attached hereto as Exhibit 3 is a true and accurate copy of correspondence from Barry Weiner to David Henkin dated April 2, 2007.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed this 3rd day of April, 2007

_____
Barry A. Weiner