# EXHIBIT "3"



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC  20044-0663*

*Telephone (202) 305-0469*
*Facsimile (202) 305-0274*

April 2, 2007

David L. Henkin
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813

　　　Re:　*Ilioulaokalani Coalition v. Rumsfeld*, Civ. No. 04-00502 DAE BMK

Dear David:

　　　Pursuant to your recent request, enclosed please find a hard copy of document number 28 and a CD containing documents 35-37 as these documents are referenced in the United States Army's December 1, 2006 response to Plaintiffs' Request for Production Number 6.  In addition, please be advised that the correct Bates-stamped numbers for document number 48 are 60998-612106.

　　　　　　　Sincerely,

　　　　　　　*[signature]*

　　　　　　　BARRY A. WEINER
　　　　　　　JAMES D. GETTE
　　　　　　　U.S. Department of Justice
　　　　　　　Environment & Nat. Resources Div.
　　　　　　　Natural Resources Section
　　　　　　　P.O. Box 663
　　　　　　　Washington, D.C.  20044-0663

**EXHIBIT**
**3**