TABLE OF CONTENTS

PAGE

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . 1

II.  PROCEDURAL BACKGROUND . . . . . . . . . . . . . . 4

III. STANDARD OF REVIEW . . . . . . . . . . . . . . . 7

IV.  ARGUMENT . . . . . . . . . . . . . . . . . . . . 8

     A.   Magistrate Judge Kurren Properly Concluded that
          Plaintiffs Are Not Entitled to Use Pre-Trial
          Discovery as a Mode for Ascertaining Post-Decision
          Compliance with the Court's Interim Injunction. . . 8

     B.   Supplementation is Not Likely to Lead to the
          Discovery of Admissible Evidence Since the Court
          Issued its Decision on the Scope of Interim
          Injunction and Closed Discovery. . . . . . . . . 11

     C.   Plaintiffs' Demand for Advance Notice of Any
          Training Modifications is Improper and Effectively
          Imposes the Very Injunction this Court Rejected. . 13

V.   CONCLUSION . . . . . . . . . . . . . . . . . . . 17