TABLE OF AUTHORITIES

FEDERAL CASES                                                            PAGE(S)

'Ilio'Ulaokalani Coalition v. Rumsfeld,
    464 F.3d 1083 (9th Cir. 2006) . . . . . . . . . . . . . . . 4

Grimes v. City and County of San Francisco,
    951 F.2d 236 (9th Cir. 1991) . . . . . . . . . . . . . . . 7

Tompkins v. R.J. Reynolds Tobacco Co.,
    92 F.Supp.2d 70 (N.D.N.Y. 2000) . . . . . . . . . . . . . 7

Wolpin v. Phillip Morris, Inc.,
    189 F.R.D. 418 (C.D.Cal. 1999) . . . . . . . . . . . . . . 7

FEDERAL STATUTES

28 U.S.C. § 636(b)(1)(A) . . . . . . . . . . . . . . . . . . . . 7