```
EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawai`i
HARRY YEE  (3790)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0469
Facsimile:  (202) 305-0274
Email: Barry.Weiner@usdoj.gov

Attorneys for Federal Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and PETER M. GEREN, Acting Secretary of the United States Department of the Army,<br><br>        Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>DECLARATION OF BARRY A. WEINER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPEAL OF THE MAGISTRATE JUDGE'S MARCH 23, 2007 ORDER; EXHIBITS 1-6 |

I, BARRY A. WEINER, declare under penalty of perjury that:

1. I am a trial attorney with the U.S. Department of Justice, Environment & Natural Resources Division, serve as co-counsel for the Federal Defendants in this matter with James Gette and Harry Yee, an Assistant U.S. Attorney for the District of Hawaii.

2. I make this declaration in support of the Defendants' Opposition to Plaintiffs' Appeal of the Magistrate Judge's March 23, 2007 Order. This declaration is based on my personal knowledge, and I am competent to testify about the matters contained herein.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Defendants' March 20, 2007 Letter Brief to Magistrate Judge Kurren with exhibits.

4. Attached hereto as Exhibit 2 is a true and accurate copy of correspondence from James Gette to David Henkin dated March 27, 2007.

5. Attached hereto as Exhibit 3 is a true and accurate copy of a Notice of Deposition, Interrogatories and Document Request served by Plaintiffs in this matter on April 6, 2007.

6. Attached hereto as Exhibit 4 are true and accurate copies of excerpts from the transcript of the November 20, 2006 hearing in this matter.

7. Attached hereto as Exhibit 5 are true and accurate copies of excerpts from the transcript of the December 18, 2006 hearing in this matter.

8. Attached hereto as Exhibit 6 is a true and accurate of the Defendants' First Periodic Progress Report dated March 30, 2007.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed this 13th day of April, 2007,

_____
Barry Weiner