EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　　　　Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>NOTICE OF FILING OF SECOND PERIODIC PROGRESS REPORT RELATING TO RANGE 11T; EXHIBIT "A"; ATTACHMENT "1"; FIGURES "1"-"24"; ENCLOSURES "1"-"3"; CERTIFICATE OF SERVICE |

NOTICE OF FILING OF SECOND PERIODIC REPORT
<u>RELATING TO RANGE 11T</u>

In its Order Setting Interim Injunction dated December 29, 2006, the Court ordered the United States Army ("Army") to undertake additional mitigation measures related to training and construction projects associated with the transformation of the 2nd Brigade of the 25th Infantry into a Stryker Brigade Combat Team ("SBCT"). In its Order, the Court required the Army to periodically report on the status of specific mitigation measures and instructed the parties to confer on a proposed reporting schedule.

In accordance with the Court's Order and after consultation with Plaintiffs on an appropriate reporting schedule, the United States Army submitted its First Periodic Progress Report on March 30, 2007. Since the First Periodic Progress Report was filed, the parties continued their discussions on an appropriate schedule for periodic reporting. As a result of those discussions, the parties agreed that the Army will submit its Second Periodic Progress Report relating only to Range 11T on May 29, 2007, will file a Third Periodic Progress Report on Range 11T, East Range, SBCT Motor Pool and Kahuku Training Area no later than July 2, 2007, and will file quarterly on these projects thereafter.

In accordance with the Court's Order and agreement with Plaintiffs, the Army hereby submits the attached Second Periodic Progress Report on Range 11T.

Respectfully submitted this 29th day of May, 2007.

        EDWARD H. KUBO, JR. (2499)
        United States Attorney
        District of Hawai`I
        HARRY YEE      (3790)
        THOMAS HELPER  (5676)
        Assistant United States Attorneys

        /s/ Thomas A. Helper for

By    _____
        BARRY A. WEINER
        JAMES D. GETTE
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Telephone: (202) 305-0469
        Facsimile:  (202) 305-0267
        Email: barry.weiner@usdoj.gov

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>            Defendants.<br>_____ | CIVIL NO.04-00502 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served electronically on the following at his last known address:

    David Henkin      dhenkin@earthjustice.org

    Isaac H. Moriwake    imoriwake@earthjustice.org

    Attorneys for Plaintiffs

DATED:  May 29, 2007, at Honolulu, Hawaii.

        /s/ Thomas A. Helper
        _____