# EXHIBIT "A"



**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND, PACIFIC REGION
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

Office of the Commander

**Periodic Progress Report dated May 29, 2007**

## 1.0 INTRODUCTION

1.1  General.  In its Order Setting Interim Injunction, dated December 29, 2006, the U.S. District Court for the District of Hawaii ordered the Army to undertake various mitigation measures related to training and construction projects associated with the Stryker Brigade Combat Team.  The Court further ordered the Army to periodically report to the Court regarding their progress on certain of these measures.  The Army filed its initial Periodic Report on March 30, 2007.  The parties conferred and agreed that the Army would file this Periodic Report, limited to Range 11T, no later than May 29, 2007.  The Army's next report, which the parties have agreed will be filed no later than July 2, 2007, will address all three reportable areas (R11T, SBCT Motor Pool, and East Range/Kahuku training areas).

1.2  Historical Background.  Range 11T (R11T) is an existing range on PTA that was historically used primarily as a tank gunnery range.  This range served as a tank gunnery range from the 1950's until approximately 1984, when the 25th Infantry Division converted from a Division with armored elements to a strictly Light Infantry Division.  The largest weapon system used on this range was the 105 mm main gun system found on the M-60 series tanks, which is almost identical to the Mobile Gun System (MGS) main gun.  From 1984 to the present, R11T has served as an anti-armor and aerial gunnery range where anti-tank guided missiles and 2.75 inch rockets, among other weapons systems, have been fired.

## 2.0 STATUS

2.1  Modifications at R11T.  RG11T is currently being modified to serve as a gunnery range for the Stryker 105mm Mobile Gun System (MGS). The MGS system is a direct fire weapons system, which means it fires in a straight line. The range will allow Stryker units to conduct Gunnery Tables V through VIII.  The MGS system requires 21 targets to conduct MGS gunnery on R11T.  Two systems being replaced are older

Photovoltaic/generator driven Moving Armor Target (MAT) systems. Two newly purchased Caswell MAT systems, made by Meggitt Defense Systems, have been installed to replace the older systems. The replacement parts are the rail system, target carrier truck, and controller systems. On-site generators provide power to these systems. The remaining nineteen systems are either older Photovoltaic driven Stationary Armor Target (SAT) systems or Stationary Infantry Target (SIT) systems that have either been removed or replaced in existing positions by new Caswell SAT/SIT systems. The replacement parts required for these 19 systems are the target lifter and the controller systems. On-site batteries power these systems with Photovoltaic panels.

2.2. Current Status. As of May 24, 2007, approximately 90% of the proposed modifications had been completed. Ground disturbing construction activity to modify course roads, berms and target emplacements has been completed. Archaeological and cultural monitors have been on-site throughout the construction process and there have been no adverse impacts to any archaeological sites. Archaeological and cultural monitors will continue to observe any remaining limited ground disturbing activities that may be associated with completing the installation and testing of targets, electrical power, and communications equipment. It is anticipated that remaining modification, testing, and safety validation activities will be completed by approximately June 11, 2007.

## 3.0 MITIGATION/SITE PROTECTION

3.1 Introduction. The remainder of this report summarizes the methods and mitigation measures undertaken regarding sites within the MGS Surface Danger Zone (SDZ). A detailed discussion of the sites at issue and the protective measures used to ensure there will be no adverse effects to any cultural sites within the SDZ for R11T is contained in the attached Archaeological Site Protection Plan for Range 11T (Attachment 1 to this report).

3.2 Site Summary. The sites and features included are 53 excavated pits from site 23621; lava tube sites 21285 and 23626; features 1, 3 and 5 of volcanic glass quarry site 23458; feature 5 of the excavated pit complex 23463 and the individual excavated pit from site 23455. These sites represent all archaeological sites and features within the present SDZ for the MGS weapons.

3.3 Summary of site protection and mitigation methods:

3.3.1 Avoidance through target placement and design. Direct fire threats have been eliminated through strategic placement of targets and firing positions. No archaeological sites remain within line-of-sight of the firing positions. It should be

3

noted that the Stryker-related weapons systems are extremely precise and thus, further reduce any potential impacts from indirect dispersion (ricochets).

3.3.2  Natural topography.  The undulating lava landscape provides a significant natural site protection barrier for excavated pit features.  The nature of the terrain in R11T is undulating lava, both pāhoehoe and `a`ā.  Numerous pit features are located behind uplifts and tumuli or in depressions, in addition to being down slope from direct fire. As discussed in the Army's March 30, 2007 Periodic Progress Report, the Army utilized Laser Imaging Detection and Ranging (LIDAR) and geospacial software technology data, as well as visual inspections, to ascertain the spatial/elevation relationship between targets and range topography.  This combination of analytical techniques, referred to generally as line of sight analysis, provided information regarding the protection provided by the natural topography at Range 11T and indicated where additional mitigation measures may be needed.  The additional measures undertaken by the Army to protect cultural sites are documented in this report and the attached Archaeological Site Protection Plan for Range 11T (Attachment 1 to this Report).

3.3.3  Barrier protection.  Metal plates (target coffins) will be placed over those excavated pits that face any potential for contact by indirect dispersion (ricochet).  These target coffins are commonly utilized to deflect direct fire from pop-up target mechanisms and will provide excellent protection from any limited indirect dispersion.

3.3.4  Visual.  Range design incorporates clear signage to indicate both the left (east) and right (west/north) limits of fire on the range.  No firing commences until a briefing is conducted and all soldiers have acknowledged awareness of these limits.

3.3.5  Munitions.  Only non-explosive training rounds will be used at Range 11-T.


## 4.0  CONCLUSION

The range layout, firing positions and SDZs have been carefully planned to avoid impacts to all known archaeological features.  The combination of mitigations, including avoidance through strategic target placement and firing locations, natural topography, protective barriers and clear marking of left and right limits, mitigates damage to any of the known archaeological sites within this SDZ.  The Cultural Resource Manager has determined that these measures are adequate to protect the sites within the SDZ and that the use of this existing range for MGS operations will not have an adverse effect on any archaeological sites identified within the R11T SDZ and is therefore exempt from further National Historic Preservation Act Section 106 consultation requirements pursuant to paragraph V.B(4) of the Programmatic Agreement among the United States Army Garrison, Hawaii, the Hawaii State Historic Preservation Office and the Advisory Council on Historic Preservation for

4

Section 106 Responsibilities for the Army Transformation of 2nd Brigade, 25th
Infantry Division (Light) to a Stryker Brigade Combat Team.

Howard J. Killian
Colonel, U.S. Army
Commanding

Enclosures