# Figures 1-24



Figure 1. Archaeological sites located inside of RG11T SDZ



Figure 2. Range 11T layout, archaeological sites and east SDZ boundary



Figure 3. Archaeological sites located within southeast area of MGS SDZ



Figure 4.  Site 23621 excavated pit features located outside of northern portion of SDZ



Figure 5  Feature 2 wall alignment opposite entrance to site 23626.



Figure 6  Feature 1 and entrance to cave site 23626 prior to installing deadwood barrier



Figure 7. Feature 1 of site 23458



Figure 8. Feature 2 of site 23458



Figure 9.  Feature 3 of site 23458



Figure 10.  Entrance to site 21285 lava tube.



Figure 11.  Three-dimensional view of topography of Range 11T



Figure 12  Three dimensional illustration of location of excavated pit features and cave in relation to natural topography