

Figure 13.  Line of sight analysis from firing position BP2 to site 23621 Feature 3.  Green areas are visible from BP2 red are not.



Figure 14.  Line of site analysis from BP3 to site 23621 Feature 3 indicating no site visibility



Figure 15.  Surface coverage line of site analysis from BP2 to site 23621 Features 9,10,13,15,16 and 19 excavated pits and site 23626 indicating no possibility of direct fire impact.  Shaded areas indicate visibility from the firing position.



Figure 16. Line of sight analysis from BP2 to site 23621 Feature16 indicating no possibility of direct fire impact



Figure 17.  Surface coverage analysis from Battle Position (BP) 3 to site 23621 Feature 16.  Shaded areas indicate visibility from BP3 position.

Case 1:04-cv-00502-DAE-BMK    Document 211    Filed 05/29/2007    Page 6 of 11



Figure 18.  Line of sight analysis from BP 2 to site 23621 Feature 16.  Green areas indicate visibility from BP2 position.



Figure 19.  Line of sight visibility analysis.  Cave site 23626 (Feature 11) is not visible from firing position 1 and therefore cannot be directly targeted.



Figure 20.  Line of sight analysis from BP2 to site 23626. Green indicates visibility from BP2 position, red indicates no visibility.



Figure 21. Line of sight analysis from BP3 to site 23626. Green indicates visibility from BP3, red indicates no visibility.



Figure 22.  Direction of weapons fire from firing box 1.


Figure 23.  Target coffins constructed from ballistic steel and measuring 72 long by 42 width x 24 high.


Figure 24.  Target coffins front view