# Enclosure 1

# DRAFT REPORT

## Phase II Archaeological Investigations of an Excavated Pit Complex, Site 23621, at Pohakuloa Training Area, Hawai'i Island, Hawai'i

### TMK (3) 4-04-016

Julie M. E. Taomia
Senior Cultural Resource Specialist
PCSU/RCUH
Pohakuloa Training Area
Department of Public Works,
Environmental Office

April 2007

**Enclosure 1**

## Abstract

This report documents a targeted survey of features of a previously known archaeological site on an existing range that is to be revitalized through new construction and subsequently used for new firing exercises. This project took place at the Pohakuloa Training Area at the base of Mauna Kea in Kaʻohe *ahupuaʻa*, Hāmākua District, Hawaiʻi Island (Figure 1). The parcel is in TMK (3) 4-04-016. The area that was covered for this project is 0.14 hectares on the southeast side of Puʻu Menehune and west of Red Leg Trail. This parcel is controlled by the US Army as part of the Pohakuloa Training Area. Seventeen previously documented clusters of pits, recorded as features of Site 23621, were revisited to record the number of pits in each feature, area of the feature, and gather information about the pits. Two additional pit clusters were identified in transit from on previously identified cluster to another. These latter two clusters were added to Site 23621 as additional features. While it is clear from the documented features that something was sought beneath the pāhoehoe, there is no affirmative evidence to support any of several proposed hypotheses.

## Table of Contents

Abstract ..................................................................................................................................... i
Table of Contents ..................................................................................................................... ii
List of Figures ......................................................................................................................... iii
List of Tables .......................................................................................................................... iv
List of Plates ............................................................................................................................ v
Introduction ............................................................................................................................. 8
Background .............................................................................................................................. 8
Methods .................................................................................................................................. 12
Findings ................................................................................................................................. 14
    Feature 18 ........................................................................................................................ 17
    Feature 17 ........................................................................................................................ 17
    Feature 15 ........................................................................................................................ 18
    Feature 8 .......................................................................................................................... 19
    Feature 2 .......................................................................................................................... 20
    Feature 3 .......................................................................................................................... 22
    Feature 10 ........................................................................................................................ 22
    Feature 9 .......................................................................................................................... 22
    Feature 12 ........................................................................................................................ 22
    Feature 13 ........................................................................................................................ 26
    Feature 19 ........................................................................................................................ 27
    Feature 16 ........................................................................................................................ 28
    Feature 14 ........................................................................................................................ 28
    Feature 7 .......................................................................................................................... 28
    Feature 20 ........................................................................................................................ 30
    Feature 5 .......................................................................................................................... 30
    Feature 6 .......................................................................................................................... 30
    Feature 4 .......................................................................................................................... 32
Conclusions ............................................................................................................................ 33
References Cited .................................................................................................................... 37
Appendix A. Excavated Pit Data ........................................................................................... 39
Appendix B. Photographs ...................................................................................................... 46

## List of Figures

Figure 1. Project Location ............................................................................................................. 9
Figure 2. Previous Archaeological Surveys ................................................................................. 10
Figure 3. Archaeological Sites in the area of Site 23621 ............................................................. 11
Figure 4. Range 11T Construction and Surface Danger Zone ..................................................... 14
Figure 5. Site 23621 Feature Locations ....................................................................................... 16
Figure 6. Site 23621 Features 17 and 18 Plan Map ..................................................................... 18
Figure 7. Site 23621 Feature 15 Plan Map ................................................................................... 19
Figure 8. Site 23621 Feature 8 Plan Map ..................................................................................... 20
Figure 9. Site 23621 Feature 2 Plan Map ..................................................................................... 21
Figure 10. Site 23621 Feature 3 Plan Map ................................................................................... 24
Figure 11. Site 23621 Feature 10 Plan Map ................................................................................. 25
Figure 12. Site 23621 Feature 9 Plan Map ................................................................................... 25
Figure 13. Site 23621 Feature 13 Plan Map ................................................................................. 26
Figure 14. Site 23621 Feature 19 Plan Map ................................................................................. 27
Figure 15. Site 23621 Feature 16 Plan Map ................................................................................. 28
Figure 16. Site 23621 Feature 14 Plan Map ................................................................................. 29
Figure 17. Site 23621 Feature 7 Plan Map ................................................................................... 29
Figure 18. Site 23621 Feature 20 Plan Map ................................................................................. 30
Figure 19. Site 23621 Feaure 5 Plan Map .................................................................................... 31
Figure 20. Site 23621 Feature 6 Plan Map ................................................................................... 31
Figure 21. Site 23621 Feature 4 Plan Map ................................................................................... 32

## List of Tables

Table 1. Site 23621 Features ................................................................................................. 15

## List of Plates

Plate 1. Site 23621 Feature 18 Pit 01 ... 47
Plate 2. Site 23621 Feature 18 Pit 02 ... 47
Plate 3. Site 23621 Feature 18 Pit 03 ... 48
Plate 4. Site 23621 Feature 18 Pit 04 ... 49
Plate 5. Site 23621 Feaure 18 Pit 05 ... 49
Plate 6. Site 23621 Feature 18 Pit 05 ... 50
Plate 7. Site 23621 Feature 18 Pit 06 ... 50
Plate 8. Site 23621 Feature 18 Pit 07 ... 51
Plate 9. Site 23621 Feature 17 Pit 01 ... 52
Plate 10. Site 23621 Feature 17 Pit 02 ... 53
Plate 11. Site 23621 Feature 15 Pit 01 ... 54
Plate 12. Site 23621 Feature 15 Pit 02 ... 55
Plate 13. Site 23621 Feature 8 Pit 01 ... 56
Plate 14. Site 23621 Feature 8 Pit 02 ... 56
Plate 15. Site 23621 Feature 8 Pit 03 ... 57
Plate 16. Site 23621 Feature 8 Pit 04 ... 58
Plate 17. Site 23621 Feature 8 Pit 05 ... 59
Plate 18. Site 23621 Feature 8 Pit 06 ... 59
Plate 19. Site 23621 Feature 8 Pit 07 ... 60
Plate 20. Site 23621 Feature 2 Pit 01 ... 61
Plate 21. Site 23621 Feature 2 Pit 02 ... 62
Plate 22. Site 23621 Feature 2 Pit 03 ... 62
Plate 23. Site 23621 Feature 2 Pit 04 ... 63
Plate 24. Site 23621 Feature 3 Pit 01 ... 64
Plate 25. Site 23621 Feature 3 Pit 03 ... 64
Plate 26. Site 23621 Feature 3 Pit 04 ... 64
Plate 27. Site 23621 Feature 3 Burn area ... 65
Plate 28. Site 23621 Feature 3 Pit 05 ... 65
Plate 29. Site 23621 Feature 3 Pit 06 ... 66
Plate 30. Site 23621 Feature 3 Pit 08 ... 66
Plate 31. Site 23621 Feature 3 Pit 09 ... 67
Plate 32. Site 23621 Feature 3 Pit 10 ... 67
Plate 33. Site 23621 Feature 3 Pit 11 ... 68
Plate 34. Site 23621 Feature 3 Pit 12 ... 68
Plate 35. Site 23621 Feature 3 Pit 13 ... 69
Plate 36. Site 23621 Feature 3 Pit 14 ... 69
Plate 37. Site 23621 Feature 3 Pit 16 ... 70
Plate 38. Site 23621 Feature 3 Pit 17 ... 71
Plate 39. Site 23621 Feature 3 Pit 18 ... 72
Plate 40. Site 23621 Feature 3 Mound with post ... 72
Plate 41. Site 23621 Feature 10 Pit 01 ... 73
Plate 42. Site 23621 Feature 10 Pit 02 ... 73
Plate 43. Site 23621 Feature 9 Pits 01 and 02 ... 74
Plate 44. Site 23621 Feature 13 Pit 01 ... 74

Plate 45. Site 23621 Feature 13 Pit 02 .................................................................................. 75
Plate 46. Site 23621 Feature 13 Pit 03 .................................................................................. 75
Plate 47. Site 23621 Feature 13 Pit 04 .................................................................................. 76
Plate 48. Site 23621 Feature 13 Pit 05 .................................................................................. 76
Plate 49. Site 23621 Feature 13 Pit 06 .................................................................................. 77
Plate 50. Site 23621 Feature 13 Pit 07 .................................................................................. 77
Plate 51. Site 23621 Feature 13 Pit 08 .................................................................................. 78
Plate 52. Site 23621 Feature 13 Pit 09 .................................................................................. 78
Plate 53. Site 23621 Feature 19 Pit 01 .................................................................................. 79
Plate 54. Site 23621 Feature 19 Pit 02 .................................................................................. 79
Plate 55. Site 23621 Feature 19 Pit 03 .................................................................................. 80
Plate 56. Site 23621 Feature 19 Pit 04 .................................................................................. 80
Plate 57. Site 23621 Feature 19 Pit 05 .................................................................................. 81
Plate 58. Site 23621 Feature 19 Pit 06 .................................................................................. 81
Plate 59. Site 23621 Feature 19 Pit 07 .................................................................................. 82
Plate 60. Site 23621 Feature 19 Pit 08 .................................................................................. 82
Plate 61. Site 23621 Feature 19 Pit 09 .................................................................................. 83
Plate 62. Site 23621 Feature 16 Pit 01 .................................................................................. 83
Plate 63. Site 23621 Feature 16 Pit 02 .................................................................................. 84
Plate 64. Site 23621 Feature 16 Pit 03 .................................................................................. 84
Plate 65. Site 23621 Feature 16 Pit 05 .................................................................................. 85
Plate 66. Site 23621 Feature 16 Pit 06 .................................................................................. 85
Plate 67. Site 23621 Feature 16 Pit 07 .................................................................................. 86
Plate 68. Site 23621 Feature 16 Pit 08 .................................................................................. 86
Plate 69. Site 23621 Feature 16 Pit 09 .................................................................................. 87
Plate 70. Site 23621 Feature 16 Pit 10 .................................................................................. 88
Plate 71. Site 23621 Feature 16 Pit 11 .................................................................................. 89
Plate 72. Site 23621 Feature 16 Pit 12 .................................................................................. 89
Plate 73. Site 23621 Feature 16 Pit 13 .................................................................................. 90
Plate 74. Site 23621 Feature 16 Pit 14 .................................................................................. 91
Plate 75. Site 23621 Feature 16 Pits 15 and 16 ..................................................................... 91
Plate 76. Site 23621 Feature 14 Pit 01 .................................................................................. 92
Plate 77. Site 23621 Feature 14 Pit 02 .................................................................................. 92
Plate 78. Site 23621 Feature 14 Pit 03 .................................................................................. 93
Plate 79. Site 23621 Feature 14 Pit 04 .................................................................................. 93
Plate 80. Site 23621 Feature 14 Pit 04a ................................................................................ 94
Plate 81. Site 23621 Feature 14 Pit 05 .................................................................................. 94
Plate 82. Site 23621 Feature 14 Pit 06 .................................................................................. 95
Plate 83. Site 23621 Feature 14 Pit 07 .................................................................................. 95
Plate 84. Site 23621 Feature 14 Pit 08 .................................................................................. 96
Plate 85. Site 23621 Feature 14 Pits 09 and 10 ..................................................................... 96
Plate 86. Site 23621 Feature 7 Pit 01 .................................................................................... 97
Plate 87. Site 23621 Feature 7 Pit 02 .................................................................................... 97
Plate 88. Site 23621 Feature 7 Pit 03 .................................................................................... 98
Plate 89. Site 23621 Feature 7 Pit 04 .................................................................................... 98
Plate 90. Site 23621 Feature 20 Pit 01 .................................................................................. 99

Plate 91. Site 23621 Feature 20 Pit 02 .................................................................................. 99
Plate 92. Site 23621 Feature 20 Pit 03 ................................................................................ 100
Plate 93. Site 23621 Feature 20 Pit 04 ................................................................................ 100
Plate 94. Site 23621 Feature 20 Pit 05 ................................................................................ 101
Plate 95. Site 23621 Feature 5 Pit 01 .................................................................................. 101
Plate 96. Site 23621 Feature 5 Pit 02 .................................................................................. 102
Plate 97. Site 23621 Feature 5 Pit 03 .................................................................................. 102
Plate 98. Site 23621 Feature 6 Pit 01 .................................................................................. 103
Plate 99. Site 23621 Feature 6 Pit 02 .................................................................................. 104
Plate 100. Site 23621 Feature 6 Pit 03 ................................................................................ 104
Plate 101. Site 23621 Feature 6 Pit 04 ................................................................................ 105
Plate 102. Site 23621 Feature 6 Pit 05 ................................................................................ 106
Plate 103. Site 23621 Feature 6 Pit 06 ................................................................................ 107
Plate 104. Site 23621 Feature 6 Pit 07 ................................................................................ 108
Plate 105. Site 23621 Feature 6 Pit 08 ................................................................................ 109
Plate 106. Site 23621 Feature 6 Pit 09 ................................................................................ 109
Plate 107. Site 23621 Feature 6 Pit 10 ................................................................................ 110
Plate 108. Site 23621 Feature 6 Pit 11 ................................................................................ 111
Plate 109. Site 23621 Feature 6 Pit 12 ................................................................................ 111
Plate 110. Site 23621 Feature 6 Pit 13 ................................................................................ 112
Plate 111. Site 23621 Feature 6 Pit 14 ................................................................................ 113
Plate 112. Site 23621 Feature 6 Pit 15 ................................................................................ 114
Plate 113. Site 23621 Feature 6 Pit 16 ................................................................................ 115
Plate 114. Site 23621 Feature 6 Pit 17 ................................................................................ 116
Plate 115. Site 23621 Feature 6 Pit 18 ................................................................................ 117
Plate 116. Site 23621 Feature 6 Pit 19 ................................................................................ 118
Plate 117. Site 23621 Feature 6 Pit 20 ................................................................................ 119
Plate 118. Site 23621 Feature 6 Pit 21 ................................................................................ 120
Plate 119. Site 23621 Feature 6 Pit 22 ................................................................................ 121
Plate 120. Site 23621 Feature 6 Pit 23 ................................................................................ 122
Plate 121. Site 23621 Feature 6 Pit 24 ................................................................................ 122
Plate 122. Site 23621 Feature 6 Pit 25 ................................................................................ 123
Plate 123. Site 23621 Feature 6 Pit 26 ................................................................................ 124
Plate 124. Site 23621 Feature 4 Pit 01 ................................................................................ 125
Plate 125. Site 23621 Feature 4 Pit 02 ................................................................................ 126
Plate 126. Site 23621 Feature 4 Pit 03 ................................................................................ 126
Plate 127. Site 23621 Feature 4 Pit 04 ................................................................................ 127
Plate 128. Site 23621 Feature 4 Pit 05 ................................................................................ 128
Plate 129. Site 23621 Feature 4 Pit 06 ................................................................................ 128
Plate 130. Site 23621 Feature 4 Pit 07 ................................................................................ 129
Plate 131. Site 23621 Feature 4 Pit 08 ................................................................................ 130
Plate 132. Site 23621 Feature 4 Pit 09 ................................................................................ 130
Plate 133. Site 23621 Feature 4 Pit 10 ................................................................................ 131
Plate 134. Site 23621 Feature 4 Pit 11 ................................................................................ 131
Plate 135. Site 23621 Feature 4 Pit 12 ................................................................................ 132

## Introduction

This report documents a targeted survey of features of a previously known archaeological site on an existing range that is to be revitalized through new construction and subsequently used for new firing exercises. This project took place at the Pohakuloa Training Area at the base of Mauna Kea in Ka'ohe *ahupua'a*, Hāmākua District, Hawai'i Island (Figure 1). The parcel is in TMK (3) 4-04-016. The area that was covered for this project is 0.14 hectares on the southeast side of Pu'u Menehune and west of Red Leg Trail. This parcel is controlled by the US Army as part of the Pohakuloa Training Area. The background discussion focuses on the Saddle region, or *'Aina Mauna*, because this area has a unique environment on the island due to the elevation and the influence of the mountains on the local weather. PTA is well within this environmental zone, and the entire project area falls within it. Other portions of Ka'ohe Ahupua'a do not share the same environmental conditions, and this has influenced the types of archaeological sites found in the two regions.

## Background

The project area averages about 5500 ft. above sea level. It is located about 41 km from both the North Kona coast to the northwest and the Hāmākua coast to the northeast. The area consists of a combination of 'a'ā and pāhoehoe lava flows. The physical remains examined were found entirely on pāhoehoe flows, but in some cases these were small areas of pāhoehoe surrounded by 'a'ā. The landscape is undulating, with several deep trenches and numerous 'a'ā berms or ridges. The biotic communities in the area have been classified as barren lava, *Myoporum* shrubland, *Myoporum-Chamaesyce* treeland, and sparse *Metrosideros* treeland on the southern and eastern margins (Shaw & Castillo 1997). Most of the areas containing excavated pits were bare of vegetation, or had only small plants. A few of the pit clusters were located among trees. The lava flows are all Ka'u Basalt from the Mauna Loa volcano, the k4 flow dated to 200-750 B.P. The pāhoehoe in the area of the pits was generally well weatheredWith a few exceptions noted in the discussion below, very little soil was present in the project area, and most of the excavated pits did not contain visible soil. The climate is dry and cool, with average annual temperatures ranging between 50°F and 60°F, with minimum temperatures between 30°F and 40°F. There are no permanent streams in the project area.

Previous archaeological research at the Pohakuloa Training Area (PTA) has identified trails, volcanic glass extraction sites, evidence of past human use and modification of lava tubes, some habitation sites, stone cairns (*ahu*), shrines, and excavated pits. Historic era sites such as walls and historic camp sites have also been identified in the vicinity. The mountain region (*'Aina Mauna*) of Hawai'i Island was imbued by Hawaiians with sacredness. Mauna Kea is represented in genealogies and *mele* as the child of Wakea and Papa, or the *piko* (umbilical chord) of the child Hawai'i Island (Maly & Maly 2005). Legends relate stories of supernatural beings living on the mountain. Oral histories of the island include accounts of people traversing the region, often warriors in times of warfare. The high chief 'Umi was said to have resided in the region following his consolidation of the island under his rule, and built *heiau* in the area between the mountains (Kamakau 1992). Kamehameha I traveled to Mauna Loa and Mauna Kea to make offerings upon inheriting the god Kūkā'ilimoku from Kalani'ōpu'u, and others traveled through the area

8



Figure 1. Project Location

during this time period as well (Maly & Maly 2005). Traditions and historical accounts indicate that the lands in this area to about 6000 feet elevation were covered in dense forests, and that the region was visited to gather forest plants, birds, and food. Travel to Mauna Kea was for worship, to gather stone for tools, bury family members, and to bury umbilical chords (Maly & Maly 2005). Golden plovers were said to be plentiful in the region. Figure 2 shows the area covered by previous archaeological surveys within a kilometer of the Site 23621 area, and Figure 3 depicts the distribution of known archaeological and historic sites within a kilometer of Site 23621.



Figure 2. Archaeological Surveys in the area of Site 23621



Figure 3 Archaeological Sites in the area of Site 23621

The Saddle region remained largely Crown lands throughout the 19th century, with leases let out. The cattle presented to Kamehameha I by Vancouver were set loose in the mountain areas. Nineteenth century accounts of travel through the region report encounters with cattle and bullock

11

hunters (collected in Maly & Maly 2005). Wild goats, sheep and dogs were also present in the Saddle region by the early 19th century. Bullock hunters built huts or shelters in the saddle region, and dug pits in which to catch the feral cattle (Maly & Maly 2005). A letter dated December 1834 relates Governor Kuakini's order that a road be constructed through the mountain region to facilitate travel from one side to the other; this appears to have been completed by 1850 (Maly & Maly 2005). Leases for pasture lands in the mountain area began in 1857, by which time much of the forest in the area had been decimated. The land devolved to the Territory and then State of Hawaii, and in 1956 the Pohakuloa Training Area was established by Presidential decree (Maly & Maly 2005).

Archaeological remains in the Saddle region that date to the pre-Contact era generally are indicative of short-term or sporadic, recurring use. Lava tubes were used as shelters and places to collect water. Lithic procurement sites are located throughout the saddle, both for basalt and volcanic glass. C-shaped shelters, U-shaped shelters, and platforms are also found in this region. The area was crossed by numerous trails, and remains of these are found across Pohakuloa Training Area. Physical indicators of trails include stepping stone trails, cleared areas in the 'a'ā, and cairns of ahu, particularly across pāhoehoe. Beyond the area of Pohakuloa Training Area proper, extensive basalt adze quarries and ceremonial sites are located on Mauna Kea. Historic sites from the ranching era are present in the Saddle region, including fence lines, fence posts, wire, and some ranching facilities.

## Methods

This project consisted of a targeted assessment of features of a known site. The site, 50-10-31-23621 (shortened hereafter to 23621), is comprised of scattered clusters of excavated pits distributed over the entire project area. The site had been previously identified by Garcia and Associates (GANDA; Roberts, Robins & Buffum 2004; Robins & González 2006). However, field notes and site descriptions in the reports did not document clearly and conclusively the full extent of each cluster. It was therefore determined that additional fieldwork was required to provide more accurate information for management purposes. This project sought to confirm that all features identified were indeed excavated pits, to fully record the number of pits at each feature and therefore identify boundaries for each feature, and to collect information that could be used to develop site protection recommendations. The entire area delimited as site 23621 was not systematically surveyed during this project, nor was the entire area identified as the SDZ for 11T. Systematic survey had been the goal of previous projects referenced above. However, two new clusters of pits were identified during this project in transit between previously known clusters, and these were recorded during the current project.

The project to revisit the site features took place from January 30, 2007, through February 2, 2007. The principal investigator was Julie M. E. Taomia, Ph.D. The field crew consisted of three to four personnel, including Dr. Taomia, Mr. James A. Head, Mr. J. Cary Stine, and Ms. Kelly Leialoha Luscomb, accompanied by one UXO specialist, Mr. Ron Smith of DEI. The feature locations were relocated using UTM coordinates entered into a Trimble GeoXT.

Once clusters were located, photographs were taken of all pits, GPS readings were taken on each pit with the Trimble GeoXT, and pit locations were recorded using distance and direction from a datum point established with a Trimble ProXR. The Trimble Pro XR obtains sub-meter accuracy. Information about the pit such as measurements, flora, and location of rocks was collected based on previous studies of pits by PTA Cultural Resources staff, and some sketch maps (not to scale) were made. The entire area was examined to ensure that all pits were identified. The locale of each cluster was evaluated for potential damage due to military activities in the area, and natural features that could provide some protection. These natural protections are noted when

present, though they were evaluated on the basis of limited information regarding potential threats. Subsequent to the field work, lines were drawn around the pit clusters to establish feature boundaries. The GPS units were set to the North American Datum 1983. Collection times at each pit with the GeoXT were variable. Each datum was established with the ProXR collecting for 120 seconds. The resulting maps are provided below, showing the distribution of the excavated pits in each cluster. The photographs are included in Appendix B. Figure 4 depicts the Surface Danger Zone, or SDZ, for Range 11T in the area of Site 23621.



Figure 4 Range 117 Construction Area and Surface Danger Zone

## Findings

GANDA field crew members originally identified the clusters as individual sites and assigned temporary site numbers. During post-field analysis it was determined that these clusters of

14

pits should be assigned to a single State site number, and feature designations were assigned to each of the clusters. The site tags placed at the features by GANDA carry the original temporary site numbers. Table 1 presents comparative information about the features of this site for the two projects, including the temporary GANDA numbers for correlation purposes.

Table 1. Site 23621 Features

| Original GANDA No. | Feature No. (From Robins & González 2006) | Number of Pits Identified at each Feature | | |
|---|---|---|---|---|
| | | GANDA field notes | GANDA Robins & González 2006 | Current Project |
| 688 | 18 | 3 | 3 | 7 |
| 687 | 17 | 4 | 4 | 2 |
| 682 | 15 | 1 | 2 | 2 |
| 678 | 8 | 3 | 3 | 7 |
| 658 | 2 | 10 | 10 | 4 |
| 659 | 3 | 5 | 5 | 14 |
| 679 | 10 | 2 | 2 | 2 |
| 681 | 9 | 3 | 3 | 3 |
| 677 | 12 | 3 | 1 | n/a |
| 683 | 13 | 10 | 10 | 9 |
| 686 | 16 | 2 | 2 | 16 |
| 684 | 14 | 7 | 7 | 11 |
| 685 | 7 | 2 | 10 | 4 |
| 666 | 5 | 4 | 5 | 3 |
| 669 | 6 | 10 | 4 | 26 |
| 664 | 4 | 10 | 10 | 12 |
| T-020107-01 | 19 | 0 | | 9 |
| T-020207-01 | 20 | 0 | | 5 |
| Total: | At least | 79 | 81 | 136 |

The number of pits identified at each cluster during the current project often varied from those previously recorded by GANDA. For many features, GANDA recorded an approximate number, and in the field notes indicated that there might be more by including a "+" after the number of pits at the feature. In later reports the numbers recorded became the numbers reported for that feature, with no mention of the possibility of more pits. In each of these cases, the current project identified more pits at the location than GANDA had originally described. The number of pits associated with each feature cluster also varied between the GANDA field notes and the reports. In several cases fewer pits were identified during the current project than GANDA had identified. These cases are discussed under the individual feature descriptions.

The excavated pits were found in pāhoehoe surfaces scattered throughout the project area. This area is characterized by interspersed ʻaʻā and pāhoehoe flows. The relative dominance of each type of flow varies considerably depending upon the location within the project area. In some cases, the excavated pits are located on a small patch of pāhoehoe surrounded on all sides by ʻaʻā. The area within Range 11T proper is dominated by ʻaʻā, while the area to the southeast is composed of more pāhoehoe flows. The pits are characteristically areas where the top layer of

15

pāhoehoe has been removed. The pieces that were removed are often found immediately adjacent to the edges of the pit. Most of the pits contain some sort of a void in some part of them, though areas were encountered during this project in which the underlying stratum was immediately beneath the broken portion. Some pits were encountered that appeared to have been re-filled after excavation. One characteristic of the excavated pits is that the loosed rock has been turned over so that what was naturally the bottom side of the surface facing downward is found adjacent to the pit area facing upward. The re-filled pits usually contain a combination of rocks facing bottom side upward and some with the original top surface facing upward. This distinguishes these re-filled pits from naturally collapsed tubes and bubbles in the pāhoehoe, which characteristically appear to simply have been crushed in place with no movement of the pieces, and all top surfaces still facing upward.

The table in Appendix A presents information collected during the project for each pit. One-hundred thirty-six (136) pits were identified during this project. The average length of the pits



Figure 4. Site 23673 Feature Locations

was 1.49 m, with a range of 0.15 to 5.10 m. Average width was 0.9m, with a range of 0.1-2.35 m. Of the 90 pits for which depth was measured, the average was 0.31 m with a range of 0.05-0.60 m. Pits were excavated in lava blisters, lava tubes, and in the rings that formed as the lava pooled at the end of a stream. Numerous excavations were noted to have taken place along the edges of a flow, such that a portion of the "pit" was actually open and the floor of the pit actually contiguous with the adjacent ground surface. In several instances pits were excavated in different parts of the same lava tube, so that one could be seen from the other. The pits were generally of an irregular shape, tending to be circular or oval. The breakage most likely followed natural planes in the rock.

The pieces of rock from the break event were usually located both within and adjacent to the excavated pit. Very little sediment was deposited on the floors of the excavated pits, and where sediment was present it was generally very shallow. Most pits had lichen growth on some part of them, and many had other plants growing from within them. An overhang with a void beneath it was recorded for 95 of the excavated pits, while no evident overhang was recorded for 41 of the pits. Some of the pits exhibited possible evidence of battering, but in many cases it was difficult to separate this from natural weathering of the rock. A few pits had what appeared to be small pieces of the rock broken off in the process of battering. The pieces of rock associated with the pits were not examined for battering. No artifacts were noted in association with the excavated pits. The feature descriptions are presented here in the order in which the clusters were visited. Those pit clusters that fall within Range 11T or close to it are discussed first as these were visited during the first two days of the project. Photos of the pits can be found in Appendix B.

    Feature 18 (GANDA #688) was originally reported by GANDA to have 3 excavated pits. Seven (7) excavated pits were identified over an area measuring 80 x 30 m (Figure 6). The site extends over a rise in elevation to the northeast, where some of the pits lie on top of the higher elevation. Four are located in a lower location that may provide protection from activities in the area. This feature falls within the area identified as Range 11T, and within the surface danger zone for the new firing exercises planned for the range (hereafter SDZ).

    Feature 17 (GANDA #687) was recorded by GANDA to contain 4 pits. The cluster is adjacent to Feature 18, covering an area 9 x 5 m. Two (2) excavated pits were identified at this location, and both were at a lower elevation than those of site Feature 18. The entire area had a large amount of jumbled rock but none was clearly culturally modified. A natural depression was located to the northeast of the two excavated pits, but there was no evidence of human modification at this location. This feature falls within the area identified as Range 11T, and within the SDZ.

    Given the close proximity of these two clusters (GANDA site tags were found in one pit in each cluster), it was not clear which pits other than those with the site tags in them were associated with which cluster. Regardless, the total number of excavated pits for these two features combined was seven according to GANDA, and nine were recorded between these two features by this project.