and none were turned over so that the bottom side faced up. Tank tracks were identified in this area, including scoring on remaining bedrock, and an old tank has been abandoned nearby. This feature lies within the SDZ.

Feature 3 (GANDA #659) was described by GANDA as including 5 or more pits. The current project identified fourteen (14) excavated pits over an 82 x 55 m area and a pile of rocks with a post standing upright from the center. The entire area consisted of undulating weathered pāhoehoe with a large amount of fountain grass and *naio* (*Myoporum sandwicense*) growing in the area, and a dispersed ʻōhiʻa (*Metrosideros polymorpha*) forest is south and east of the area. The mound of rocks measured 1.5 by 1.2 m and was 0.6 m tall. The post measured 1.3 m from the base of the mound, and was located at the center apex of the mound. The post was made from a tree, as the top branched into two directions. The area also contained evidence of burning, with burned tree stumps and several burn concentration areas. The burning event did not appear to have been a controlled cultural event, and did not appear related to the excavated pits. The area is largely horizontal with no natural protective elements for the pits. Feature 3 falls within the boundaries of the SDZ.

Feature 10 (GANDA #679) was recorded by GANDA as consisting of 2 pits. Two (2) excavated pits were recorded at this location during the current project on a horizontal exposed surface measuring 10 x 3 m. There appear to be some natural ridges between this cluster and the firing points at 11 Tango. This feature is at the edge of the established boundaries of Range 11T and falls within the SDZ.

Feature 9 (GANDA #681) was documented by GANDA as a cluster of 3 excavated pits. The current project also recorded three (3) excavated pits at this location, one of which is very small. The pits extend over an area of about 9 x 4 m. Two of the pits appear to connect beneath the lava. The surface into which the pits are excavated slopes away from the firing points into a natural trench, and there is a natural ʻaʻā berm to the northeast between this cluster and the firing points area. This feature is located outside of Range 11T and the SDZ.

Feature 12 (GANDA #677) was not relocated during the current project. Three or more excavated pits were reported in the GANDA field notes at this location, but only one was noted in the Robins & González 2006. The location was identified based upon the coordinates provided by GANDA, but no excavated pits were found at this location. There were some naturally collapsed lava tubes in the immediate area that might originally have been identified as this site. This site is also close to Feature 13 and any excavated pits from this site might have been incorporated into the latter site number. No GANDA site tag was located. This location is outside of Range 11T and the SDZ.



Figure 10. Site 23621 Feature 3 Plan Map

Figure 11. Site 23621 Feature 10 Plan Map



Figure 12. Site 23621 Feature 9 Plan Map

Feature 13 (GANDA #683) was recorded by GANDA as comprising 10 excavated pits. The current project identified nine (9) excavated pits that are found on both flat horizontal lava and areas that slope away from the proposed firing points. The pits extend over an area that measures 23 x 22 m. Line of sight to the fire points is poor from many of the features, and there is an 'a'ā lava ridge to the north-northwest of the location. The feature is outside of Range 11T and the SDZ.



Figure 13. Site 23621 Feature 13 Plan Map

A previously undocumented cluster of excavated pits was located between feature 13 and feature and feature 16. This cluster was assigned the temporary site number T-020107-01, and is referred to here as Feature 19. The cluster consisted of nine excavated pits extending over a 19 x 12 m area. The pits were on a relatively horizontal surface, immediately south of an 'a'ā ridge. This cluster of pits is outside of Range 11T and the SDZ.



Figure 14. Site 23621 Feature 19 Plan Map

27

Feature 16 (GANDA #686) was identified by GANDA as a cluster consisting of 2 excavated pits. During the current project sixteen (16) excavated pits were documented, extending over a 78 x 23 m area. The cluster is to the south-southeast of a natural ʻaʻā berm. Most of the pits are on a horizontal surface. This feature is located outside of Range 11T, but the western portion of this feature falls within the SDZ.



Figure 15 Site 23621 Feature 16 Plan Map

Feature 14 (GANDA #684) was reported by GANDA to contain 7 or more excavated pits. The current project identified eleven (11) excavated pits in a low area with the ground surface sloping upward to the east and northeast. The pits extend over an area that measures 35 x 12 m. The pits are largely located on a horizontal surface. A recent military feature was located close to the road, adjacent to some of the pits. This feature is located outside of Range 11T and the SDZ.

Feature 7 (GANDA #685) was recorded by GANDA in the field notes as including 2 excavated pits, and in the Robins & González 2006 report as including 10 excavated pits. The current project identified 4 excavated pits extending over a 15 x 8 m area. The feature is located on a small outcrop of bumpy pāhoehoe amid a predominantly ʻaʻā flow. The entire available area was examined for excavated pits. The pits are on largely horizontal surfaces, with ʻaʻā berms between this location and the proposed firing points. Feature 7 is outside of Range 11T and the SDZ.

28



Figure 16. Site 23621 Feature 14 Plan Map

Figure 17. Site 23621 Feature 7 Plan Map

A previously unrecorded cluster of excavated pits was located to the east-southeast of feature 7. This cluster has been assigned feature number 20. Five (5) excavated pits were identified and recorded at this location extending over a 16 x 16 m area. The ground slopes downward to the southeast, and there are ʻaʻā lava berms between this location and the proposed firing points. This cluster of pits is outside of Range 11T and the SDZ.



Figure 18. Site 23621 Feature 20 Plan Map

Feature 5 (GANDA #666) was described by GANDA field notes as consisting of 4 excavated pits, and by the Robins & González 2006 report as including 5. The current project identified three (3) excavated pits on horizontal ground in an 8 x 7 m area. At least one of the excavated pit areas was large enough that it could have been recorded as two separate pits, although the broken lava of the two connected to delineate one large area; during the current project we chose to record this as a single feature. Several ʻaʻā ridges are located between this cluster and the proposed firing points. Feature 5 is located outside of Range 11T and the SDZ.

Feature 6 (GANDA #669) was reported by GANDA to include ten or more excavated pits. The current project identified and recorded twenty-six (26) excavated pits spread over a 64 x 32 m area. The pits over undulating, highly weathered pāhoehoe lava. Pits were located on horizontal and sloping surfaces. The area included natural collapse as well as features in which rocks had clearly been moved around, indicating human activity. There may be ʻaʻā berms between this location and the proposed firing points. Feature 6 is outside of Range 11T and the SDZ.

30



Figure 19. Site 23621 Feature 5 Plan Map



Figure 20. Site 23621 Feature 6 Plan Map