# REFERENCES CITED

**Brown, David, Michael Desilets, Cassidy DeBaker & John Peterson.**
    2006    *Phase II Archaeological Survey for Significance Determination of Cultural Resources in Stryker Brigade Combat Team Go/No Go Maneuver Areas and a 1,010-Acre Area Near Puʻu Keʻekeʻe, Pohakuloa Training Area, Island of Hawaiʻi.* Report prepared by Garcia and Associates for U.S. Army Engineer District, Honolulu.

**Garcia and Associates.**
    n.d.    *Site Forms for Archaeological Surveys of SBCT Battle Area Complex (BAX).* Prepared for U.S. Army Engineer District, Honolulu.

**Kamakau, Samuel M.**
    1992    *Ruling Chiefs of Hawaii.* Honolulu: The Kamehameha Schools Press.

**Maly, Kepa and Onaona Maly**
    2005    *"Mauna Kea-Ka Piko Kaulana O Ka ʻĀina" (Mauna Kea-The Famous Summit Of The Land). A Collection of Native Traditions, Historical Accounts, and Oral History Interviews for: Mauna Kea, the Lands of Kaʻohe, Humuʻula and the ʻĀina Mauna on the Island of Hawaiʻi.* Unpublished report prepared for The Office of Mauna Kea Management (University of Hawaii-Hilo) by Kumo Pono Associates, Hilo, Hawaiʻi.

**Moniz Nakamura, Jadelyn J., Kathleen Sherry & Laila Tamimi.**
    1998    Foraging for Food? Prehistoric Pit Features at Pōhakuloa, Hawaiʻi Island. *Rapa Nui Journal* Vol 12(4): 110-117.

**Roberts, Alice K.S., Katharine Brown & Amy Buffum.**
    2004    *Archaeological Survey of Training Areas 5 and 21 and Eligibility Evaluations of Volcanic Glass Quarry Sites in the U.S. Army Pohakuloa Training Area, Island of Hawaii, Hawaii.* Prepared by Garcia and Associated for the U.S. Army Corps of Engineers, Honolulu.

**Roberts, Alice K.S., Jennifer Robins & Amy Buffum**
    2004    *Archaeological Surveys of Proposed Training Areas for the Stryker Brigade Combat Team. Final Report.* Submitted to the US Army Pohakuloa Training Area, Island of Hawaii, Hawaii by Garcia & Associates, Honolulu.

**Robins, Jennifer J., & Ana L. González.**
    2006    *Phase II Archaeological Research of Proposed Battle Area Complex (BAX) & Anti-Armor Live Fire and Training Range (AALFTR) Training Areas for Stryker Brigade Combat Team (SBCT) U.S. Army Pohakuloa Training Area, Island of Hawaiʻi, Hawaiʻi (TMK 3-4-4-16:001).* Prepared by Garcia and Associates for the U.S. Army Corps of Engineers, Honolulu.

**Shapiro, Lisa and Paul L. Cleghorn**
   1998    *Archaeological Investigations of Two Work Areas for the Legacy Resource Management Program at Pohakuloa Training Area, Island of Hawai'i*. Prepared for the U.S. Army Engineer District, Fort Shafter, Hawaii by BioSystems Analysis, Inc., Kailua, Hawaii.

**Shaw, Robert B., & J. Michael Castillo.**
   1997    *Plant Communities of Pohakuloa Training Area, Hawaii*. Fort Collins: Center for Ecological Management of Military Lands.

**Williams, Scott S.**
   2002    *Ecosystem Management Program Cultural Resources Inventory Survey of Previously Unsurveyed Areas, Redleg Trail Vicinity, U.S. Army Pohakuloa Training Area, Island of Hawai'i, Hawai'i*. Prepared by Ogden Environmental and Energy Services Col, Inc., for U.S. Army Engineer District, Honolulu.

# Appendix A. Excavated Pit Data

**Excavated Pits**

| Fea. No. | GANDA ID | Pit No. | Length (m) | Width (m) | Depth (m) | Floor Character | Shape | Rock Locations |
|---|---|---|---|---|---|---|---|---|
| 18 | 688 | 1 | 2.40 | 2.35 | 0.45 | Pahoehoe, cobbles, pebbles & soil | Oblong | Both |
| 18 | 688 | 2 | 0.70 | 0.50 | 0.30 | Cobbles, pebbles & soil | Circular | Both |
| 18 | 688 | 3 | 1.50 | 1.30 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Circular | Both |
| 18 | 688 | 4 | 1.10 | 1.00 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Circular | Both |
| 18 | 688 | 5 | 1.80 | 1.00 | 0.53 | Cobbles & Pebbles | Oblong | Both |
| 18 | 688 | 6 | 0.80 | 0.60 | 0.30 | Cobbles & Pebbles | Irregular | Both |
| 18 | 688 | 7 | 1.50 | 1.00 | n/a | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 17 | 687 | 1 | 1.50 | 0.75 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Oval | Both |
| 17 | 687 | 2 | 1.30 | 1.00 | 0.25 | Cobbles, pebbles & soil | Irregular | Both |
| 15 | 682 | 1 | 0.90 | 0.65 | 0.47 | Pahoehoe, cobbles, pebbles & soil | Irregular | External |
| 15 | 682 | 2 | 1.60 | 1.50 | 0.50 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 8 | 678 | 5 | 0.70 | 0.40 | 0.35 | Cobbles, pebbles & soil | Triangular | Both |
| 8 | 678 | 6 | 0.90 | 0.40 | 0.25 | Unknown | Linear | External |
| 8 | 678 | 3 | 2.00 | 0.80 | 0.36 | Cobbles, pebbles & soil | Oblong/Linear | Both |
| 8 | 678 | 4 | 0.70 | 0.50 | 0.25 | Cobbles, pebbles & soil | Irregular | Both |
| 8 | 678 | 1 | 2.10 | 2.00 | 0.30 | Cobbles, pebbles & soil | Round | Both |
| 8 | 678 | 2 | 0.90 | 0.75 | 0.36 | Cobbles, pebbles & soil | Round | Both |
| 8 | 678 | 7 | 0.90 | 0.80 | 0.34 | Unknown | Triangle | Both |
| 2 | 658 | 2 | 1.30 | 1.07 | 0.40 | Unknown | Oval | External |
| 2 | 658 | 3 | 0.80 | 0.70 | 0.10 | Cobbles, pebbles & soil | Round | Internal |
| 2 | 658 | 1 | 2.20 | 0.70 | 0.47 | Pahoehoe, cobbles, pebbles & soil | Irregular (like glasses) | Both |
| 3 | 659 | 5 | 2.60 | 0.97 | 0.30 | Cobbles and Pebbles | Rectangular | Both |
| 3 | 659 | 18 | 4.00 | 0.80 | 0.30 | Cobbles, pebbles & soil | Kidney bean | Both |
| 3 | 659 | 1 | 5.10 | 2.30 | 0.30 | Cobbles, pebbles & soil | Irregular | Both |
| 3 | 659 | 16 | 2.20 | 1.30 | 0.30 | Cobbles, pebbles & soil | Irregular | Both |
| 3 | 659 | 17 | 1.10 | 0.80 | 0.50 | Pahoehoe, cobbles & pebbles | Oblong | Both |
| 3 | 659 | 4 | 2.70 | 1.30 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Pear shaped | Both |

41

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | 659 | 9 | 1.65 | 1.30 | 0.35 | Cobbles, pebbles & soil | Irregular | Both |
| 3 | 659 | 13 | 0.85 | 0.60 | 0.30 | Cobbles & Pebbles | Oval | Both |
| 3 | 659 | 12 | 0.95 | 0.85 | 0.30 | Cobbles & Pebbles | Irregular | Both |
| 3 | 659 | 10 | 2.00 | 1.25 | 0.25 | Cobbles, pebbles & soil | Trapazoidal | External |
| 3 | 659 | 8 | 1.20 | 0.80 | 0.55 | Unknown | Irregular | External |
| 3 | 659 | 11 | 3.80 | 1.30 | 0.30 | Cobbles, pebbles & soil | Oblong | Both |
| 3 | 658 | 4 | 0.30 | 0.30 | n/a | Cobbles & Pebbles | Diamond | Both |
| 3 | 659 | 6 | 1.50 | 1.00 | 0.25 | Soil | Oblong | External |
| 3 | 659 | 14 | 3.90 | 1.50 | 0.40 | Cobbles, pebbles & soil | Triangular with tail | Both |
| 3 | 659 | 3 | 1.05 | 0.75 | 0.35 | Soil | Oval | External |
| 10 | 679 | 1 | 1.30 | 1.20 | 0.53 | Cobbles, pebbles & soil | 3/4 circle | External |
| 10 | 679 | 2 | 0.85 | 0.60 | 0.70 | Cobbles, pebbles & soil | Triangular | Both |
| 9 | 681 | 1 | 1.33 | 1.15 | 0.40 | Cobbles, pebbles & soil | Diamond | Both |
| 9 | 681 | 2 | 1.00 | 0.80 | 0.25 | Cobbles, pebbles & soil | irregular | Both, mostly internal |
| 9 | 681 | 3 | 0.16 | 0.10 | 0.20 | Pahoehoe & soil | Triangular | External |
| 13 | 683 | 3 | 0.52 | 0.30 | 0.50 | Pahoehoe & soil | Trapezoidal | External |
| 13 | 683 | 4 | 2.50 | 0.70 | 0.30 | Cobbles, pebbles & soil | Oblong, double pit | Both |
| 13 | 683 | 5 | 0.90 | 0.50 | 0.35 | Cobbles, pebbles & soil | n/a | Both |
| 13 | 683 | 7 | 1.20 | 0.75 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Oblong, irregular | Both |
| 13 | 683 | 9 | 2.10 | 1.10 | 0.30 | Cobbles & pebbles | Oblong | Both |
| 13 | 683 | 8 | 1.55 | 1.50 | 0.40 | Cobbles, pebbles & soil | circular | Both |
| 13 | 683 | 6 | 2.00 | 0.90 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Oblong, irregular | Both |
| 13 | 683 | 2 | 0.58 | 0.55 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Rounded square | Both |
| 13 | 683 | 1 | 2.40 | 1.10 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 16 | 686 | 16 | 1.30 | 1.10 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Triangular | Both |
| 16 | 686 | 13 | 1.50 | 1.30 | 0.40 | Pahoehoe, cobbles, pebbles & soil | n/a | Both |
| 16 | 686 | 14 | 1.10 | 0.75 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 16 | 686 | 15 | 0.80 | 0.45 | 0.30 | Cobbles, pebbles & soil | Round | Both |
| 16 | 686 | 11 | 3.00 | 1.40 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Rectangular | Both |
| 16 | 686 | 10 | 1.10 | 0.60 | 0.30 | Cobbles & pebbles | Small elongated oval | Both |

42

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 686 | 12 | 0.85 | 0.55 | 0.20 | Cobbles & pebbles | Irregular | Both |
| 16 | 686 | 8 | 0.65 | 0.50 | 0.30 | Cobbles, pebbles & soil | Triangular | Both |
| 16 | 686 | 9 | 1.50 | 0.75 | 0.10 | Pahoehoe, cobbles, pebbles & soil | Rectangular | Both, mostly external |
| 16 | 686 | 7 | 2.60 | 1.80 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Irregular, hard to see | Both |
| 16 | 686 | 5 | 3.40 | 0.75 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Oblong | Both |
| 16 | 686 | 6 | 2.10 | 1.10 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Oblong | Both |
| 16 | 686 | 1 | 2.40 | 1.10 | 0.44 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 16 | 686 | 4 | 0.35 | 0.30 | 0.50 | Cobbles, pebbles & soil | Circular | Internal |
| 16 | 686 | 2 | 3.10 | 1.40 | 0.35 | Cobbles, pebbles & soil | Round with extension | Both |
| 16 | 686 | 3 | 4.00 | 1.30 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 14 | 684 | 10 | 2.00 | 1.40 | 0.15 | Cobbles | irregular | Both |
| 14 | 684 | 9 | 1.00 | 1.00 | n/a | Cobbles & pebbles | Trapezoidal | Both |
| 14 | 684 | 7 | 1.70 | 1.10 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Oval | Both |
| 14 | 684 | 5 | 1.30 | 0.75 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Rectangular | Internal |
| 14 | 684 | 8 | 1.60 | 1.00 | 0.25 | Pahoehoe & cobbles | Oval | Internal |
| 14 | 684 | 3 | 1.30 | 0.80 | 0.30 | Pahoehoe & cobbles | Triangular | Both |
| 14 | 684 | 4a | 1.60 | 0.50 | 0.20 | Cobbles & pebbles | Rectangular | Internal |
| 14 | 684 | 1 | 1.10 | 1.10 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Irregular circle | Both |
| 14 | 684 | 2 | 2.00 | 1.70 | 0.40 | Cobbles, pebbles & soil | circular | Both |
| 14 | 684 | 4 | 1.40 | 1.40 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Trapezoidal | Both |
| 14 | 684 | 6 | 2.50 | 0.80 | 0.15 | Pahoehoe, cobbles, pebbles & soil | Oblong | Both |
| 7 | 685 | 2 | 1.10 | 0.50 | 0.40 | Pahoehoe, cobbles & pebbles | Triangular | Both |
| 7 | 685 | 1 | 2.00 | 0.90 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 7 | 685 | 3 | 0.50 | 0.50 | 0.15 | Soil and 'a'ā | irregular | Both |
| 7 | 685 | 4 | 1.30 | 0.85 | 0.90 | Pahoehoe, cobbles, pebbles & soil | irregular | Both |
| 5 | 666 | 1 | 1.30 | 0.70 | 0.50 | Pahoehoe, cobbles, pebbles & soil | oval | Both |

43

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | 666 | 2 | 0.60 | 0.60 | 0.50 | Pahoehoe & cobbles/pebbles | irregular | | Both |
| 5 | 666 | 3 | 2.30 | 1.60 | 0.60 | Pahoehoe, cobbles, pebbles & soil | irregular | | Both |
| 6 | 669 | 1 | 1.30 | 0.90 | 0.60 | Cobbles, pebbles & soil | irregular | | Both, mostly external |
| 6 | 669 | 4 | 0.17 | 0.14 | n/a | Pebbles & soil | square | | External |
| 6 | 669 | 5 | 0.50 | 0.50 | 0.20 | Pahoehoe, cobbles, pebbles & soil | Half circle | | Both |
| 6 | 669 | 2 | 0.50 | 0.40 | 0.00 | Cobbles & pebbles | n/a | | Both, mostly internal |
| 6 | 669 | 3 | 2.00 | 0.40 | 0.40 | Cobbles, pebbles & soil | irregular | | Both |
| 6 | 669 | 6 | 1.00 | 1.00 | n/a | Cobbles & pebbles | irregular | | Internal |
| 4 | 664 | 1 | 0.90 | 0.60 | 0.50 | Pahoehoe, cobbles, pebbles & soil | irregular | | Both |
| 4 | 664 | 6 | 2.70 | 1.30 | 0.30 | Pahoehoe, cobbles & pebbles | Irregular | | Both |
| 4 | 664 | 8 | 1.40 | 0.70 | 0.50 | Cobbles, pebbles & soil | Rectangular | | Both |
| 4 | 664 | 7 | 0.80 | 0.80 | 0.50 | Cobbles, pebbles & soil | L-shaped | | Both |
| 4 | 664 | 9 | 1.30 | 0.60 | 0.65 | Cobbles, pebbles & soil | Irregular | | Both |
| 4 | 664 | 4 | 0.60 | 0.20 | 0.50 | Soil | Irregular | | n/a |
| 4 | 664 | 5 | 1.90 | 1.90 | 1.25 | Cobbles & pebbles | Roughly circular | | Both |
| 4 | 664 | 2 | 1.70 | 0.90 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Edge of lava | | Both |
| 4 | 664 | 3 | 1.80 | 1.20 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Edge of lava, linear | | Both |
| 4 | 664 | 12 | 1.60 | 1.50 | 0.12 | Pahoehoe & soil | Circular | | Both |
| 4 | 664 | 11 | 1.00 | 0.80 | 0.10 | Cobbles, pebbles & soil | Rectangular | | Internal |
| 4 | 664 | 10 | 1.20 | 1.00 | 0.60 | Pahoehoe, cobbles, pebbles & soil | Irregular | | Both |
| 6 | 669 | 25 | 0.50 | 0.45 | 0.40 | Plant material | Triangular | | Internal |
| 6 | 669 | 26 | 1.70 | 0.70 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Bent Rectangle | | Both |
| 6 | 669 | 20 | 1.90 | 1.60 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Circular | | Both |
| 6 | 669 | 21 | 0.75 | 0.40 | 0.20 | Cobbles & Pebbles | circular | | Both |
| 6 | 669 | 18 | 2.90 | 1.40 | 0.37 | n/a | Oval | | Internal |
| 6 | 669 | 19 | 1.04 | 0.80 | 0.37 | Pahoehoe, cobbles, pebbles & soil | n/a | | Both |
| 6 | 669 | 24 | 1.20 | 1.00 | 0.40 | Cobbles & Pebbles | Rectangular | | Both |
| 6 | 669 | 22 | 1.08 | 1.00 | 0.30 | Pahoehoe, cobbles, pebbles & soil | Elongated Oval | | Both |
| 6 | 669 | 16 | 1.20 | 0.40 | 0.30 | Cobbles, pebbles & soil | n/a | | Both |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 669 | 17 | 3.90 | 1.30 | 0.10 | Pahoehoe, cobbles, pebbles & soil | Rectangular | Both |
| 6 | 669 | 15 | 0.70 | 0.40 | 0.50 | Pahoehoe, cobbles, pebbles & soil | Irregular | External |
| 6 | 669 | 23 | 1.00 | 0.90 | 0.20 | Cobbles, pebbles & soil | Flattened circle | Both |
| 6 | 669 | 11 | 0.80 | 0.50 | 0.15 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |
| 6 | 669 | 12 | 1.20 | 0.50 | 0.20 | Pahoehoe, cobbles, pebbles & soil | Rectangular | Both |
| 6 | 669 | 13 | 1.70 | 1.00 | 0.35 | Cobbles, pebbles & soil | Oblong | Both |
| 6 | 669 | 14 | 2.20 | 0.75 | 0.30 | Pahoehoe, cobbles, pebbles & soil | | Internal |
| 6 | 669 | 10 | 0.55 | 0.30 | 0.05 | Soil | Oblong | Unknown |
| 6 | 669 | 9 | 1.20 | 1.20 | 0.35 | Cobbles, pebbles & soil | circular | Both |
| 6 | 669 | 8 | 0.15 | 0.10 | 0.25 | Pahoehoe & soil | Triangle | Both |
| 6 | 669 | 7 | 1.25 | 0.95 | 0.35 | Cobbles, pebbles & soil | Rounded Triangle | Both |
| 6 | T-020207-01 | 1 | 0.62 | 0.50 | 0.40 | Cobbles, pebbles & soil | circular | External |
| 6 | T-020207-01 | 2 | 0.40 | 0.20 | 0.40 | not recorded | irregular | external |
| 6 | T-020107-01 | 6 | 0.63 | 0.55 | 0.40 | Pahoehoe, cobbles, pebbles & soil | Oval | Both |
| 6 | T-020107-01 | 7 | 1.45 | 0.90 | 0.45 | Pahoehoe & cobbles | Triangular, base open | Both |
| 6 | T-020107-01 | 5 | 1.40 | 1.00 | 0.25 | Pahoehoe, cobbles, pebbles & soil | irregular | Both |
| 6 | T-020107-01 | 9 | 1.40 | 0.90 | n/a | Pahoehoe, cobbles, pebbles & soil | irregular | Both |
| 6 | T-020107-01 | 3 | 0.94 | 0.80 | 0.20 | Cobbles, pebbles & soil | Half circle | Both |

44

| | | | | | | |
|---|---|---|---|---|---|---|
| T-020107-01 | 4 | 0.70 | 0.60 | 0.25 | Pahoehoe, cobbles, pebbles & soil | Square | Both |
| T-020107-01 | 1 | 2.10 | 1.70 | 0.50 | Cobbles, pebbles & soil | Round | both |
| T-020107-01 | 2 | 2.60 | 2.15 | 0.30 | Pahoehoe, cobbles, pebbles & soil | irregular | Both |
| T-020207-01 | 1 | 0.80 | 0.45 | 0.28 | Pahoehoe | Rounded Triangle | External |
| T-020207-01 | 3 | 1.75 | 0.80 | 0.30 | Cobbles, pebbles & soil | Oblong | Both |
| T-020207-01 | 4 | 1.30 | 0.80 | 0.35 | Pahoehoe, cobbles, pebbles & soil | Irregular | Both |

45