# Appendix B. Photographs



Plate 1. Site 23621 Feature 18 Pit 01



Plate 2. Site 23621 Feature 18 Pit 02



Plate 3. Site 23621 Feature 18 Pit 03



Plate 4. Site 23621 Feature 18 Pit 04



Plate 5. Site 23621 Feature 18 Pit 05 western portion

49



Plate 6. Site 23621 Feature 18 Pit 05 Eastern Portion



Plate 7. Site 23621 Feature 18 Pit 06



Plate 8. Site 23621 Feature 18 Pit 07



Plate 9. Site 23621 Feature 17 Pit 01



Plate 10. Site 23621 Feature 17 Pit 02



Plate 11. Site 23621 Feature 15 Pit 01



Plate 12. Site 23621 Feature 15 Pit 02



Plate 13. Site 23621 Feature 8 Pit 01



Plate 14. Site 23621 Feature 8 Pit 02

56



Plate 15. Site 23621 Feature 8 Pit 03



Plate 16. Site 23621 Feature 8 Pit 04



Plate 17. Site 23621 Feature 8 Pit 05



Plate 18. Site 23621 Feature 8 Pit 06



Plate 19. Site 23621 Feature 8 Pit 07