

Plate 20. Site 23621 Feature 2 Pit 01



61

Plate 21. Site 23621 Feature 2 Pit 02



Plate 22. Site 23621 Feature 2 Pit 03

62



Plate 23. Site 23621 Feature 2 Pit 04



Plate 24. Site 23621 Feature 3 Pit 01



Plate 25. Site 23621 Feature 3 Pit 03



Plate 26. Site 23621 Feature 3 Pit 04

64



Plate 27. Site 23621 Feature 3 Burn area



Plate 28. Site 23621 Feature 3 Pit 05

65



Plate 29. Site 23621 Feature 3 Pit 06



Plate 30. Site 23621 Feature 3 Pit 08



Plate 31. Site 23621 Feature 3 Pit 09



Plate 32. Site 23621 Feature 3 Pit 10

67



Plate 33. Site 23621 Feature 3 Pit 11



Plate 34. Site 23621 Feature 3 Pit 12

68



Plate 35. Site 23621 Feature 3 Pit 13



Plate 36. Site 23621 Feature 3 Pit 14

69



Plate 37. Site 23621 Feature 3 Pit 16





Plate 38. Site 23621 Feature 3 Pit 17



Plate 39. Site 23621 Feature 3 Pit 18



Plate 40. Site 23621 Feature 3 Mound with post



Plate 41. Site 23621 Feature 10 Pit 01



Plate 42. Site 23621 Feature 10 Pit 02



Plate 43. Site 23621 Feature 9 Pits 01 (center) and 02 (lower left)



Plate 44. Site 23621 Feature 13 Pit 01

74



Plate 45. Site 23621 Feature 13 Pit 02



Plate 46. Site 23621 Feature 13 Pit 03