

Plate 47. Site 23621 Feature 13 Pit 04



Plate 48. Site 23621 Feature 13 Pit 05



Plate 49. Site 23621 Feature 13 Pit 06



Plate 50. Site 23621 Feature 13 Pit 07

77


Plate 51. Site 23621 Feature 13 Pit 08


Plate 52. Site 23621 Feature 13 Pit 09



Plate 53. Site 23621 Feature 19 Pit 01



Plate 54. Site 23621 Feature 19 Pit 02

79



Plate 55. Site 23621 Feature 19 Pit 03



Plate 56. Site 23621 Feature 19 Pit 04



Plate 57. Site 23621 Feature 19 Pit 05



Plate 58. Site 23621 Feature 19 Pit 06

81



Plate 59. Site 23621 Feature 19 Pit 07



Plate 60. Site 23621 Feature 19 Pit 08



Plate 61. Site 23621 Feature 19 Pit 09



Plate 62. Site 23621 Feature 16 Pit 01



Plate 63. Site 23621 Feature 16 Pit 02



Plate 64. Site 23621 Feature 16 Pit 03



Plate 65. Site 23621 Feature 16 Pit 05



Plate 66. Site 23621 Feature 16 Pit 06



Plate 67. Site 23621 Feature 16 Pit 07



Plate 68. Site 23621 Feature 16 Pit 08



Plate 69. Site 23621 Feature 16 Pit 09

Plate 70. Site 23621 Feature 16 Pit 10



Plate 71. Site 23621 Feature 16 Pit 11



Plate 72. Site 23621 Feature 16 Pit 12

89



Plate 73. Site 23621 Feature 16 Pit 13

