Plate 74. Site 23621 Feature 16 Pit 14



Plate 75. Site 23621 Feature 16 Pits 15 (foreground) and 16

91



Plate 76. Site 23621 Feature 14 Pit 01



Plate 77. Site 23621 Feature 14 Pit 02

92



Plate 78. Site 23621 Feature 14 Pit 03



Plate 79. Site 23621 Feature 14 Pit 04

93



Plate 80. Site 23621 Feature 14 Pit 04a



Plate 81. Site 23621 Feature 14 Pit 05

94



Plate 82. Site 23621 Feature 14 Pit 06



Plate 83. Site 23621 Feature 14 Pit 07



Plate 84. Site 23621 Feature 14 Pit 08



Plate 85. Site 23621 Feature 14 Pits 09 (lower right) and 10

96



Plate 86. Site 23621 Feature 7 Pit 01



Plate 87. Site 23621 Feature 7 Pit 02

97



Plate 88. Site 23621 Feature 7 Pit 03



Plate 89. Site 23621 Feature 7 Pit 04

98



**Plate 90.** Site 23621 Feature 20 Pit 01



Plate 91. Site 23621 Feature 20 Pit 02



Plate 92. Site 23621 Feature 20 Pit 03



Plate 93. Site 23621 Feature 20 Pit 04

100



Plate 94. Site 23621 Feature 20 Pit 05



Plate 95. Site 23621 Feature 5 Pit 01

101



Plate 96. Site 23621 Feature 5 Pit 02



Plate 97. Site 23621 Feature 5 Pit 03



Plate 98. Site 23621 Feature 6 Pit 01



Plate 99. Site 23621 Feature 6 Pit 02



Plate 100. Site 23621 Feature 6 Pit 03



**Plate 101.** Site 23621 Feature 6 Pit 04