

Plate 102. Site 23621 Feature 6 Pit 05



Plate 103. Site 23621 Feature 6 Pit 06

107



Plate 104. Site 23621 Feature 6 Pit 07

108



Plate 105. Site 23621 Feature 6 Pit 08



Plate 106. Site 23621 Feature 6 Pit 09



Plate 107. Site 23621 Feature 6 Pit 10



Plate 108. Site 23621 Feature 6 Pit 11



Plate 109. Site 23621 Feature 6 Pit 12

111



Plate 110. Site 23621 Feature 6 Pit 13



Plate 111. Site 23621 Feature 6 Pit 14



Plate 112. Site 23621 Feature 6 Pit 15



Plate 113. Site 23621 Feature 6 Pit 16



Plate 114. Site 23621 Feature 6 Pit 17



Plate 115. Site 23621 Feature 6 Pit 18



Plate 116. Site 23621 Feature 6 Pit 19

118



Plate 117. Site 23621 Feature 6 Pit 20

119



Plate 118. Site 23621 Feature 6 Pit 21



Plate 119. Site 23621 Feature 6 Pit 22



Plate 120. Site 23621 Feature 6 Pit 23



Plate 121. Site 23621 Feature 6 Pit 24