

Plate 122. Site 23621 Feature 6 Pit 25



Plate 123. Site 23621 Feature 6 Pit 26



Plate 124. Site 23621 Feature 4 Pit 01


Plate 125. Site 23621 Feature 4 Pit 02


Plate 126. Site 23621 Feature 4 Pit 03



Plate 127. Site 23621 Feature 4 Pit 04



Plate 128. Site 23621 Feature 4 Pit 05



Plate 129. Site 23621 Feature 4 Pit 06



Plate 130. Site 23621 Feature 4 Pit 07



Plate 131. Site 23621 Feature 4 Pit 08



Plate 132. Site 23621 Feature 4 Pit 09



Plate 133. Site 23621 Feature 4 Pit 10



Plate 134. Site 23621 Feature 4 Pit 11

131



Plate 135. Site 23621 Feature 4 Pit 12

132

133