# Enclosure 2

GANDA Project 2049

# FINAL

## PHASE II ARCHAEOLOGICAL RESEARCH OF PROPOSED BATTLE AREA COMPLEX (BAX) & ANTI-ARMOR LIVE FIRE AND TRAINING RANGE (AALFTR) TRAINING AREAS FOR STRYKER BRIGADE COMBAT TEAM (SBCT) U.S. ARMY POHAKULOA TRAINING AREA, ISLAND OF HAWAI'I, HAWAI'I (TMK 3-4-4-16:1)



**Prepared for:**

U.S. Army Engineer District, Honolulu
CEPOH-EC-E, Building 252
Fort Shafter HI 96858-5440



CONTRACT No. DACA83-01-D-0013
Task Order No. 0014

**Prepared by:**

Garcia and Associates
146 Hekili St., Suite 101
Kailua, HI 96734

April 2006



Enclosure 2

This page intentionally left blank.