FINAL
PHASE II ARCHAEOLOGICAL RESEARCH OF PROPOSED BATTLE AREA COMPLEX (BAX) & ANTI-ARMOR LIVE FIRE AND TRAINING RANGE (AALFTR) TRAINING AREAS FOR STRYKER BRIGADE COMBAT TEAM (SBCT) U.S. ARMY POHAKULOA TRAINING AREA, ISLAND OF HAWAI'I, HAWAI'I (TMK 3-4-4-16:1)

Prepared For:

U.S. Army Engineer District, Honolulu
CEPOH-EC-E
Fort Shafter HI 96858-5440

CONTRACT No. DACA83-01-D-0013, Task Order No. 0014

Prepared By:

Jennifer J. Robins, B.A.
and
Ana L. González, B.A.

John A. Peterson, Ph.D.
Principal Investigator

Garcia and Associates (GANDA)
146 Hekili St., Suite 101
Kailua, HI 96734

April 2006

This page intentionally left blank.

## MANAGEMENT SUMMARY

The U.S. Army Corps of Engineers, Honolulu District (ACOE) requested GANDA conduct Phase II archaeological research for proposed Stryker Brigade Combat Team Projects at U.S. Army Pohakuloa Training Area (PTA), Island of Hawai'i, as specified in the scope-of-work (SOW) dated 13 September 2002. The project area included three separate survey areas in eastern PTA: Battle Area Complex (BAX); Anti-Armor Live Fire and Training Range (AALFTR), and AALFTR Extension. The main goal of the Phase II work was to evaluate all historic properties identified previously and during the current study for eligibility to the National Register of Historic Places (NRHP).

A total of 24 archaeological sites are documented in the project area, including nine sites in the BAX, eight sites in the AALFTR, and seven sites in the AALFTR Extension. All of the sites are classified as traditional Hawaiian in origin, associated with short-term occupation, volcanic glass and basalt quarrying, possible bird hunting, and travel through the region.

The occupation sites (Sites 18671, 18673 19490, 21299, 21308, 23464, 23456, and 23626) yielded intact surface or subsurface deposits indicating limited or repeated use, many of which were dated to the mid-late pre-Contact era beginning around the late 15th century. These occupations appear to be directly associated with exploitation of local resources, such as birds (ua'u) nesting in the Saddle and basalt and volcanic glass exposed in late pre-Contact flows from Mauna Loa. Two sites in the project area have earlier pre-Contact components (Sites 18673 and 21285) possibly beginning in the late 13th century.

Over 35 individual volcanic glass quarries, grouped into five sites (Sites 21667, 21669, 21670, 21671, and 23458) are located on the k4 lava flow in the project area. The k4 flow was created in the late pre-Contact era around 330 years BP (Sinton 2004).

Four sites (Sites 23455, 23463, 23621 and 23622) in the project area comprise over 340 anthropogenic pits possibly created by pre-Contact Hawaiians for the capture of ua'u (Hawaiian Petral) for food. The multitude of possible bird pits coupled with the dense ua'u bone identified at occupation sites indicates a large amount of bird meat was being exploited in the Saddle Region, possibly to support intensive quarry activities during the late pre-Contact era at the Mauna Kea Adze Complex (cf. Williams 2002:15, among others) and nearby volcanic glass quarries currently recorded inside PTA.

Three trails (Sites Feature 19490, Features F and K, 23457, and 23466) and two possible trail markers (Sites 23462 and 23470) are inside the project area. The traditional travel routes likely provided passage across the Saddle and between local resources and occupation sites.

All 24 sites in the project area are recommended as eligible for the NRHP because they meet Significance Criterion D. In accordance with the Programmatic Agreement (PA) followed by the SBCT project, efforts shall be made to avoid all 24 sites during any construction or ground-disturbing activities.

This page intentionally left blank.

## ACKNOWLEDGMENTS

The authors gratefully acknowledge the perseverance and hard work of the GANDA field crew, consisting of Carly Antone, Amy Buffum, Cassidy DeBaker, Alton Exzabe, and Ana González. Alice Roberts served as Principal Investigator during the field work.

U.S. Army Corps of Engineers archaeologist Kanalei Shun and Christi Shaw were essential in the planning and logistics of the project. PTA Cultural Resources personnel, Bill Godby, James Head and Kelly Luscomb provided valuable site data included in this report. Bill Godby was also helpful with logistical support during the field work and ensuring access to the active range. Eric Brundage, Robin Hall and John Wells provided UXO support during the field work. The field crew is grateful to Mr. Noble Kila from PTA Range Control, who promoted a safe work environment for everyone working on the range.

The authors are especially grateful to the late Dr. Alan Ziegler for his thorough and informative analysis of the vertebrate faunal remains recovered during the project. Artifacts and midden collections were weighed and cataloged by Carly Antone, Alton Exzabe and Ana González. Site illustrations presented in this report were drafted by Amy Buffum and Esme Hammerle.

This page intentionally left blank.

# TABLE OF CONTENTS

Management Summary ................................................................................................................. i
Acknowledgments ...................................................................................................................... ii
List of Figures ............................................................................................................................. v
List of Tables .............................................................................................................................. ix
1.0 INTRODUCTION ................................................................................................................. 1
   1.1 PROJECT AREA BOUNDARIES ........................................................................................... 1
   1.2 PROJECT FRAMEWORK ...................................................................................................... 1
      1.2.1 Phase I Survey ........................................................................................................... 1
      1.2.2 AALFTR Extension Survey ...................................................................................... 1
      1.2.3 Previously Recorded Sites ......................................................................................... 4
   1.3 SCHEDULE AND PERSONNEL ............................................................................................. 5
2.0 ENVIRONMENT .................................................................................................................. 5
   2.1 TOPOGRAPHY AND GEOLOGY ........................................................................................... 5
   2.2 VEGETATION ...................................................................................................................... 7
3.0 CULTURAL BACKGROUND ............................................................................................. 7
   3.1 TRADITIONAL HISTORY .................................................................................................... 7
      3.1.1 Warfare, Travel and Ceremony ................................................................................ 10
      3.1.2 Bird Hunting ............................................................................................................ 12
   3.2 POST-CONTACT HISTORY ................................................................................................ 13
      3.2.1 Transportation Routes .............................................................................................. 13
      3.2.2 Sandalwood .............................................................................................................. 15
      3.2.3 Cattle/Sheep Industry ............................................................................................... 15
      3.2.4 U.S. Military ............................................................................................................ 16
   3.3 PREVIOUS ARCHAEOLOGY .............................................................................................. 17
      3.3.1 Greater PTA Region ................................................................................................ 17
      3.3.2 Previous Archaeology in Project Area .................................................................... 19
4.0 HISTORIC CONTEXT ....................................................................................................... 22
   4.4.1 Traditional Hawaiian Occupation (ca. AD 780 to Contact) .......................................... 22
   4.4.2 Resource Procurement (Pre-Contact to ca. 1866) .......................................................... 22
   4.4.3 Livestock Industry (ca. 1793 – Present) ....................................................................... 23
   4.4.4 Government Undertakings (Post-Contact) .................................................................... 24
5.0 FIELD METHODS ............................................................................................................. 25
6.0 RESULTS ............................................................................................................................ 25

## TABLE OF CONTENTS (CONTINUED)

6.1 BATTLE AREA COMPLEX SITE DESCRIPTIONS ............................................................. 28
   Site 50-10-31-19490 .................................................................................................. 28
   Site 50-10-31-21308 .................................................................................................. 43
   Site 50-10-31-23455 .................................................................................................. 45
   Site 50-10-31-23456 .................................................................................................. 47
   Site 50-10-31-23457 .................................................................................................. 52
   Site 50-10-31-23458 .................................................................................................. 56
   Site 50-10-31-23462 .................................................................................................. 60
   Site 50-10-31-23621 .................................................................................................. 60
   Site 50-10-31-23626 .................................................................................................. 68
6.2 ANTI-ARMOR LIVE FIRE AND TRAINING RANGE SITE DESCRIPTIONS ........................... 76
   Site 50-10-31-18673 .................................................................................................. 78
   Site 50-10-31-21285 .................................................................................................. 82
   Site 50-10-31-21299 .................................................................................................. 85
   Site 50-10-31-23463 .................................................................................................. 89
   Site 50-10-31-23464 .................................................................................................. 90
   Site 50-10-31-23465 .................................................................................................. 99
   Site 50-10-31-23622 ................................................................................................ 103
   Site 50-10-31-23625 ................................................................................................ 108
6.3 ANTI-ARMOR LIVE FIRE AND TRAINING RANGE EXTENSION SITE DESCRIPTIONS ..... 111
   Site 50-10-31-18671 ................................................................................................ 111
   Site 50-10-31-21667 ................................................................................................ 113
   Site 50-10-31-21669 ................................................................................................ 115
   Site 50-10-31-21670 ................................................................................................ 115
   Site 50-10-31-21671 ................................................................................................ 120
   Site 50-10-31-23466 ................................................................................................ 122
   Site 50-10-31-23470 ................................................................................................ 122
7.0 LABORATORY RESULTS ............................................................................................... 128
7.1 METHODS .................................................................................................................. 128
7.2 ARTIFACTS ................................................................................................................ 128
   7.2.1 Lithics ............................................................................................................ 128
   7.2.2 Marine Shell ................................................................................................... 140

# TABLE OF CONTENTS

Management Summary ..................................................................................................................i
Acknowledgments ........................................................................................................................ii
List of Figures ...............................................................................................................................v
List of Tables ...............................................................................................................................ix
1.0 INTRODUCTION ...................................................................................................................1
   1.1 PROJECT AREA BOUNDARIES .............................................................................................1
   1.2 PROJECT FRAMEWORK ........................................................................................................1
      1.2.1 Phase I Survey .............................................................................................................1
      1.2.2 AALFTR Extension Survey ..........................................................................................1
      1.2.3 Previously Recorded Sites ..........................................................................................4
   1.3 SCHEDULE AND PERSONNEL ...............................................................................................5
2.0 ENVIRONMENT ....................................................................................................................5
   2.1 TOPOGRAPHY AND GEOLOGY .............................................................................................5
   2.2 VEGETATION ......................................................................................................................7
3.0 CULTURAL BACKGROUND ...............................................................................................7
   3.1 TRADITIONAL HISTORY ......................................................................................................7
      3.1.1 Warfare, Travel and Ceremony ................................................................................10
      3.1.2 Bird Hunting .............................................................................................................12
   3.2 POST-CONTACT HISTORY .................................................................................................13
      3.2.1 Transportation Routes ..............................................................................................13
      3.2.2 Sandalwood ...............................................................................................................15
      3.2.3 Cattle/Sheep Industry ...............................................................................................15
      3.2.4 U.S. Military .............................................................................................................16
   3.3 PREVIOUS ARCHAEOLOGY ................................................................................................17
      3.3.1 Greater PTA Region .................................................................................................17
      3.3.2 Previous Archaeology in Project Area .....................................................................19
4.0 HISTORIC CONTEXT ........................................................................................................22
   4.4.1 Traditional Hawaiian Occupation (ca. AD 780 to Contact) ............................................22
   4.4.2 Resource Procurement (Pre-Contact to ca. 1866) ..........................................................22
   4.4.3 Livestock Industry (ca. 1793 – Present) ..........................................................................23
   4.4.4 Government Undertakings (Post-Contact) ......................................................................24
5.0 FIELD METHODS ...............................................................................................................25
6.0 RESULTS ...............................................................................................................................25

## TABLE OF CONTENTS (CONTINUED)

6.1 BATTLE AREA COMPLEX SITE DESCRIPTIONS ............................................................. 28
    Site 50-10-31-19490 ............................................................................................................. 28
    Site 50-10-31-21308 ............................................................................................................. 43
    Site 50-10-31-23455 ............................................................................................................. 45
    Site 50-10-31-23456 ............................................................................................................. 47
    Site 50-10-31-23457 ............................................................................................................. 52
    Site 50-10-31-23458 ............................................................................................................. 56
    Site 50-10-31-23462 ............................................................................................................. 60
    Site 50-10-31-23621 ............................................................................................................. 60
    Site 50-10-31-23626 ............................................................................................................. 68

6.2 ANTI-ARMOR LIVE FIRE AND TRAINING RANGE SITE DESCRIPTIONS ............................ 76
    Site 50-10-31-18673 ............................................................................................................. 78
    Site 50-10-31-21285 ............................................................................................................. 82
    Site 50-10-31-21299 ............................................................................................................. 85
    Site 50-10-31-23463 ............................................................................................................. 89
    Site 50-10-31-23464 ............................................................................................................. 90
    Site 50-10-31-23465 ............................................................................................................. 99
    Site 50-10-31-23622 ........................................................................................................... 103
    Site 50-10-31-23625 ........................................................................................................... 108

6.3 ANTI-ARMOR LIVE FIRE AND TRAINING RANGE EXTENSION SITE DESCRIPTIONS ....... 111
    Site 50-10-31-18671 ........................................................................................................... 111
    Site 50-10-31-21667 ........................................................................................................... 113
    Site 50-10-31-21669 ........................................................................................................... 115
    Site 50-10-31-21670 ........................................................................................................... 115
    Site 50-10-31-21671 ........................................................................................................... 120
    Site 50-10-31-23466 ........................................................................................................... 122
    Site 50-10-31-23470 ........................................................................................................... 122

7.0 LABORATORY RESULTS ................................................................................................ 128
  7.1 METHODS ................................................................................................................... 128
  7.2 ARTIFACTS ................................................................................................................. 128
    7.2.1 Lithics ....................................................................................................................... 128
    7.2.2 Marine Shell ............................................................................................................. 140

TABLE OF CONTENTS (CONTINUED)

7.2.3 Bone Artifacts ............................................................................................................. 140
7.3 FAUNAL ANALYSIS ........................................................................................................... 140
7.4 RADIOCARBON DATING ANALYSIS ................................................................................. 143
  7.4.1 Site 19490 ................................................................................................................. 143
  7.4.2 Site 21285 ................................................................................................................. 143
  7.4.3 Site 21299 ................................................................................................................. 145
8.0 SUMMARY OF FINDINGS ................................................................................................. 145
  8.1 SITE DISTRIBUTION ........................................................................................................ 145
  8.2 SITE FUNCTION .............................................................................................................. 145
    8.2.1 Occupation .............................................................................................................. 145
    8.2.2 Resource Procurement ........................................................................................... 149
    8.2.3 Transportation ........................................................................................................ 150
9.0 SIGNIFICANCE EVALUATIONS AND RECOMMENDATIONS ........................................... 151
  9.1 SIGNIFICANCE EVALUATIONS ........................................................................................ 151
    9.1.2 Significance Criterion D ......................................................................................... 151
  9.2 RECOMMENDATIONS ..................................................................................................... 152
10.0 REFERENCES .................................................................................................................. 153
APPENDIX A – FAUNAL ANALYSIS REPORT (ZIEGLER 2003) AND CATALOG ................... 158
APPENDIX B – RADIOCARBON ANALYSIS REPORT (BETA ANALYTIC) ............................. 159

LIST OF FIGURES

Figure 1. Project Area Location and Training Area Boundaries within PTA ............................. 2
Figure 2. Original Project Footprint Showing Surveyed Areas in BAX, AALFTR and AALFTR Ext. .................... 3
Figure 3. Lava Flow Boundaries and Geologic Designations in Project Area (Source: Wolfe and Morris 1996) ........ 6
Figure 4. K4 Flow with Volcanic Glass Exposed in Surface .................................................... 8
Figure 5. Survey Crew on Puʻu Kulua in AALFTR Extension Area .......................................... 8
Figure 6. Hawaiʻi Island Showing District and Kaohe Ahupuaʻa Boundaries ........................... 9
Figure 7. Schematic Map of Hawaiʻi Island Showing ʻUmi's Trails in Saddle Region ............. 11
Figure 8. Schematic Map of Hawaiʻi Island Showing Post-Contact Travel Routes and Place Names ........ 14
Figure 9. Previous Archaeological Study Areas and Site Locations in Project Area .............. 20
Figure 10. Site Locations in Northern Portion of Project Area ............................................... 26
Figure 11. Site Locations in Southern Portion of Project Area ............................................... 27
Figure 12. Plan View of Site 19490 Complex (From Shapiro and Cleghorn 1998) ................ 29

## LIST OF FIGURES (CONTINUED)

Figure 13. Plan View of Site 19490, Feature C (from Shapiro and Cleghorn 1998) .................................................. 30

Figure 14. Site 19490, Exterior View of Feature C Blister Shelter; View North .................................................. 32

Figure 15. Site 19490, Feature C Entrance and Location of TU-1; View Northeast .................................................. 32

Figure 16. Plan View of Site 19490 Feature C (Blister Shelter), Showing Location of TU-1 .................................................. 33

Figure 17. Site 19490 Ti Leaf Sandals (*ti kama'a*) in Curation Box .................................................. 35

Figure 18. Site 19490, Feature C, TU-1 South and West Wall Profiles .................................................. 36

Figure 19. Site 19490, Feature C, Photograph of South Wall Profile .................................................. 37

Figure 20. Site 19490, Feature C, TU-1, Photograph of West Wall Profile .................................................. 38

Figure 21. Site 21308 Blister Cave .................................................. 43

Figure 22. Site 21308; Plan View .................................................. 44

Figure 23. Photograph of Site 23455, Feature 151. .................................................. 45

Figure 24. Photograph of Site 23455, Feature 156. .................................................. 46

Figure 25. Site 23456 Enclosure; View Southeast .................................................. 48

Figure 26. Site 23456 and Test Unit Locations; Plan View .................................................. 49

Figure 27. Site 23456, TU1 and TU2 Profiles .................................................. 50

Figure 28. Site 23456, TU1 Base of Excavation .................................................. 51

Figure 29. Site 23456, TU2 Base of Excavation .................................................. 51

Figure 30. Site 23457 Trail and Cairn Locations .................................................. 53

Figure 31. Site 23457 Trail (Feature 1) .................................................. 54

Figure 32. Site 23457, Feature 4 Cairn .................................................. 55

Figure 33. Site 23457, Feature 5 Cairn .................................................. 55

Figure 34. Site 23458; Distribution of Quarries .................................................. 57

Figure 35. Site 23458 Quarry (GANDA 650) .................................................. 58

Figure 36. Site 23458 Quarry (GANDA 655) .................................................. 58

Figure 37. Site 23458 Quarry (GANDA 674) .................................................. 59

Figure 38. Site 23458 Quarry (GANDA 672) .................................................. 59

Figure 39. Site 23462, Feature 1; Plan View and Cross Section .................................................. 61

Figure 40. Site 23462, Feature 1 .................................................. 62

Figure 41. Site 23462, Feature 2 (Photo taken by PTA Cultural Resources Staff) .................................................. 62

Figure 42. Site 23621, Feature 8; Plan View .................................................. 63

Figure 43. Site 23621, Feature 9; Plan View .................................................. 64

Figure 44. Site 23621, Feature 11; Plan View .................................................. 65

Figure 45. Site 23621, Feature 13; Plan View .................................................. 66

LIST OF FIGURES (CONTINUED)

Figure 46. Site 23621, Feature 9...................................................................................................67
Figure 47. Site 23621, Feature 13.................................................................................................67
Figure 48. Site 23626 Complex and Locations of Test Units; Plan View...................................69
Figure 49. Site 23626 Feature 1 (Lava Tube); View North..........................................................70
Figure 50. Site 23626 Feature 2 (L-Shape); View South.............................................................70
Figure 51. Ti Leaf Sandal (*kama'a*) at Site 23626........................................................................72
Figure 52. Site 23626, West Profile of TU1.................................................................................73
Figure 53. Site 23626, Photo of TU1 West Profile......................................................................74
Figure 54. Site 23626, Profiles of TU2.........................................................................................77
Figure 55. Site 23626, Feature 2, North Profile of TU2..............................................................78
Figure 56. Plan View of Site 18673 Lava Tube (From Shapiro *et al.* 1998:33).........................79
Figure 57. Site 18673; View Southeast of Sink Area...................................................................80
Figure 58. Site 18673; View Southeast Entrance of Lava Tube (Note: Barbed-Wire Shield).....80
Figure 59. Site 18673; Entrance Chamber of Southeast Lava Tube (Note: Feature C Hearth in Foreground)............81
Figure 60. Site 21285; Plan View..................................................................................................83
Figure 61. View East of Site 21285 Lava Tube Entrance;...........................................................84
Figure 62. Site 21285; Feature 1 Hearth.......................................................................................84
Figure 63. Site 21285 Lava Tube Interior and Feature 2 Paving.................................................85
Figure 64. Site 21299 and Test Unit Location; Plan View...........................................................86
Figure 65. Site 21299 Entrance, View South................................................................................87
Figure 66. Site 21299, TU1 North Profile....................................................................................88
Figure 67. Site 21299, TU1 Pre-Excavation.................................................................................89
Figure 68. Site 23463; Distribution of Excavated Pits.................................................................91
Figure 69. Site 23463, Feature 8; Plan View................................................................................92
Figure 70. Site 23463, Feature 9; Plan View................................................................................93
Figure 71. Site 23463, Feature 11; Plan View..............................................................................94
Figure 72. Site 23463, Feature 12; Plan View..............................................................................95
Figure 73. Site 23463, Feature 9...................................................................................................96
Figure 74. Site 23463, Feature 12a...............................................................................................96
Figure 75. Site 23464 Lava Tube; Plan View and Cross-Section................................................97
Figure 76. Site 23464 Sink Area; View Southeast.......................................................................98
Figure 77. Site 23464, Charcoal-Ash Surface of TU1..................................................................99
Figure 78. Site 23465, Features 1 and 2, and Site 23463 Pit Concentration; Plan View...........100

## LIST OF FIGURES (CONTINUED)

Figure 79. Example of Site 23463 Pit Feature in Vicinity of Site 23465 .................................................. 101

Figure 80. Site 23465; Overview of Feature 1 Area, Showing k4 *a'ā* Flow in Background ..................... 101

Figure 81. Site 23465, Feature 2, Example of Quarried Boulder ............................................................. 102

Figure 82. Site 23622; Distribution of Excavated Pits .............................................................................. 104

Figure 83. Site 23622, Area A; Plan View ............................................................................................... 105

Figure 84. Site 23622, Area B; Plan View ............................................................................................... 106

Figure 85. Site 23622, Area C; Plan View ............................................................................................... 107

Figure 86. Site 23625 and Test Unit Location; Plan View and Cross Section ........................................ 109

Figure 87. Site 23625, South Entrance to Main Chamber ....................................................................... 110

Figure 88. Site 23625 Main Chamber and Location of TU1 ................................................................... 110

Figure 89. Plan View of Site 18671 (from Shapiro *et al*. 1998) .............................................................. 112

Figure 90. Site 21667; Distribution of Quarries ...................................................................................... 114

Figure 91. Site 21669; Distribution of Quarries ...................................................................................... 116

Figure 92. Site 21670; Distribution of Quarries ...................................................................................... 117

Figure 93. Site 21670, Feature 16 Quarry ............................................................................................... 118

Figure 94. Site 21670, Feature 20 Quarry ............................................................................................... 118

Figure 95. Site 21670, Feature 17 Quarry ............................................................................................... 119

Figure 96. Site 21670, Feature 24 Quarry ............................................................................................... 119

Figure 97. Site 21671; Distribution of Quarries ...................................................................................... 121

Figure 98. USGS 7.5 Minute Puu Koli Qhad, Showing Approximate Location of Site 23466 Trail ...... 123

Figure 99. Western Section of Site 23466; Plan View and Cross Section .............................................. 124

Figure 100. Western Section of Site 23466 Trail .................................................................................... 125

Figure 101. Site 23466 Trail, View of Retaining Wall ........................................................................... 126

Figure 102. Site 23470 Mound ................................................................................................................ 126

Figure 103. Site 23470 Mound; Plan View ............................................................................................. 127

Figure 104. Basalt Artifacts ..................................................................................................................... 138

Figure 105. Volcanic Glass Artifacts from Site 19490 ............................................................................ 139

Figure 106. Lithic Debitage Frequencies by Classification, Size and Material ...................................... 140

Figure 107. Bone and Shell Artifacts from Site 19490 ........................................................................... 141

Figure 108. Distribution of Site Types on Lava Flow Map (Source: Wolfe and Morris 1996) .............. 146

# LIST OF TABLES

Table 1. Summary of Phase I Sites and Discarded Site Numbers ...................................................... 4

Table 2. Summary of Newly Identified Sites in AALFTR Extension ................................................ 4

Table 3. Inventory of Archaeological Sites in Project Area ............................................................... 5

Table 4. Geologic Designations and Ages of Lava Flows .................................................................. 7

Table 5. Summary of Archaeological Sites in BAX .......................................................................... 28

Table 6. Site 19490 Feature Details (from Shapiro and Cleghorn 1998: 43-53). .............................. 31

Table 7. Summary of Site 19490 TU1 Cultural Materials ................................................................. 40

Table 8. Volume of Faunal Remains in Site 19490 Subfeature 1 (SF1) ............................................ 41

Table 9. Site 23455 Features ............................................................................................................. 47

Table 10. Summary of Site 23458 Volcanic Glass Quarry Features ................................................. 56

Table 11. Summary of Site 23621 Excavated Pit Features ............................................................... 68

Table 12. Summary of Site 23626 Feature 1 SF1 Faunal Remains ................................................... 75

Table 13. Summary of Archaeological Sites in AALFTR ................................................................. 76

Table 14. Site 23463 Feature Summary ............................................................................................. 90

Table 15. Summary of AALFTR Extension Sites ............................................................................. 111

Table 16. Summary of Site 21670 Volcanic Glass Quarries ............................................................. 120

Table 17. Indigenous Artifact Catalog .............................................................................................. 129

Table 18. Lithic Debitage Catalog ..................................................................................................... 135

Table 19. Volume and Weight of Faunal Remains Grouped by Site ................................................. 142

Table 20. Radiocarbon Dating Analysis and Wood Species Identification ....................................... 144

Table 21. Site Summary and Significance Evaluations ..................................................................... 147

This page intentionally left blank.