

Figure 10. USGS 7.5 Minute Puu Koli Quad Showing Site Locations in Northern Portion of Project Area



Figure 11. USGS 7.5 Minute Puu Koli Quad Showing Site Locations in Southern Portion of Project Area

## 6.1 BATTLE AREA COMPLEX (BAX) SITE DESCRIPTIONS

Nine archaeological sites have been documented in the surveyed portion of the BAX (Table 5). Two sites were previously documented by Shapiro and Cleghorn (1998) (Site 19490) and Roberts *et al.* (2004b) (Site 21308).

Table 5. Summary of Archaeological Sites in BAX

| SHPO Site (50-10-31-) | No of Features | Site Type | Function | Phase II Work | | |
|---|---|---|---|---|---|---|
| | | | | Testing | Map | Archival |
| 19490 | 11 | Lava tube/structure complex | Repeated-use occupation | X | X | |
| 21308 | 1 | Lava tube | Limited-use occupation | | X | |
| 23455 | 24 | Excavated pits | Possible bird catchments | | – | |
| 23456 | 1 | Enclosure | Recurrent-use occupation | X | X | |
| 23457 | 3 | Trail | Transportation | | X | X |
| 23458 | 12 | Modified lava flow | Volcanic glass quarries | | X | |
| 23462 | 1 | Mound | Marker | | X | |
| 23621 | 18 | Excavated pits | Possible bird catchments | | X | |
| 23626 | 2 | Lava tube/modified outcrop | Habitation | X | X | |

| | | |
|---|---|---|
| **Site 50-10-31-19490** | | **Training Area:** 5 |
| **Site Type:** | Complex | |
| **Function:** | Repeated-Use Habitation | |
| **Possible age:** | AD 1480-Contact | |
| **No. of Features:** | 11 | |
| **Site Size:** | 50 m by 60 m (0.027 hectare) (main complex area – excluding trails) | |
| **Cultural Material:** | Gourds, *ti* sandals, lithic and shell tools, midden, combustion features | |
| **Condition:** | Fair to good; cave floor impacted by ungulates | |
| **Historic Context:** | Traditional Hawaiian occupation (*ca.* AD 780 to Contact) | |
| **Significance:** | D: *Information potential*; will likely yield intact cultural deposits indicative of Hawaiian occupation and resource exploitation in the PTA region. | |
| **Recommendation:** | Avoidance and protection during all SBCT-related projects; long term protection of site should be implemented to restrict human and animal access inside the fragile subterranean components of the site (Features A, C, D, and E). | |

**Site Description**: Site 19490 was previously recorded by BioSystems (Shapiro and Cleghorn 1998: 43-52) as a concentration of eleven features in an *aʻā* flow underlain by exposures of *pāhoehoe* lava. The site features include four lava blister shelters (Features A, C, D, and E); a C-shape (Feature B); two trail sections (Features F and K); and four *ahu* (Features G-J) (Figures 12 and 13; Table 6). The two trails intersect the site and consist of a short stepping stone trail approaching from the west (Feature F) and paved trail



Figure 12. Plan View of Site 19490 Complex (From Shapiro and Cleghorn 1998)

29



Figure 13. Plan View of Site 19490, Feature C (from Shapiro and Cleghorn 1998)

Table 6. Site 19490 Feature Details (from Shapiro and Cleghorn 1998: 43-53).

| Fea. | Fea. Type | Function | Dimensions | Cultural Materials | Comments |
|---|---|---|---|---|---|
| A | Lava tube | Limited-use occupation | 4 x 2 x 0.3m | Bird bone, gourd, upright stone | Central chamber and small N. tube with gourd, upright, and burned pole |
| B | C-shape | Unknown | 2.1 x 0.7m | None | Opening faces north |
| C | Lava tube | Repeated-use occupation | 3.5 x 6m – collapsed sink  11 x 3 x 1.5m – main chamber | *Ti* leaf sandals, gourd frags, matting, volcanic glass core & debitage, pestle, basalt hammerstone, grinding stone, midden (shell, bird, fish), *kukui* | Lava tube with two chambers and substantial deposit |
| D | Rock-shelter | Limited-use occupation | 3.3 x 2 x 1m | Bird bone, two volcanic glass fragments | Rockshelter formed by collapsed blister. |
| E | Lava tube | Limited-use occupation | 4 x 2 x 1m | Volcanic glass blade, basalt hammerstone, ash concentration. | Military refuse noted in vicinity. |
| F | Trail | Transportation | 23.5m | None | Stepping stone trail across *aʻa* flow. |
| G | Cairn | Marker | 0.6 x 0.6m | None | Located on a slight rise. |
| H | Cairn | Marker | 1.3 x 1.5m | None | Located on aa ridge marking northern boundary of site |
| I | Cairn | Marker | 0.5 x 0.5m | None | |
| J | Cairn | Marker | 0.5 x 0.5m | None | |
| K | Trail | Transportation | ca. 250m | None | Worn *aʻa* trail marked by 5 cairns. |

(Feature K) approaching from the south. Several new cairns were recently identified near Feature K trail (J. Head, personal Communication 2005). Feature K dissipates on the south end among military roads and rock piles adjacent to Lava Road (Shapiro and Cleghorn 1998: 43-52). The site boundaries are defined by Feature K on the south, Feature E on the east, Feature F on the west and Feature I on the north. The reader is referred to the Shapiro and Cleghorn (1998:43-51) for a detailed description of these 11 features.

During the current phase II work, a 1.0 m x 1.0 m unit (TU1) was excavated in the main, eastern-most or "main chamber" (described below) of Feature C lava blister (Figures 14-16). The description of Feature C provided in Shapiro and Cleghorn (1998:44) follows:

> Feature C is a lava tube with two chambers. Its entrance is located in a small collapsed sink (3.6 m X 6 m) that contains bird bone, a basalt hammerstone, and a volcanic glass core. A circular rock feature constructed from boulders and a stacked rock is incorporated into the west end of the sink, partially beneath a low pahoehoe roof overhang. The shallow west end of the collapsed sink is shielded by a low stacked rock wall (2 m long). At the tune entrance from the sink are several cultural items (e.g., volcanic glass, kukui nut, bird bone, and a basalt hammerstone). The main



Figure 14. Site 19490, Exterior View of Feature C Blister Shelter; View North



Figure 15. Site 19490, Feature C Entrance and Location of TU-1; View Northeast