

Figure 35. Site 23458 Quarry (GANDA 650)



Figure 36. Site 23458 Quarry (GANDA 655)



Figure 37. Site 23458 Quarry (GANDA 674)



Figure 38. Site 23458 Quarry (GANDA 672)

| Site 50-10-31-23462 | | GANDA Site: | 670 |
|---|---|---|---|
| **Site Type:** | Mound complex | **Training Area:** | 5 |
| **Function:** | Possible trail marker | | |
| **Possible age:** | Undetermined | | |
| **No. of Features:** | 2 | | |
| **Site Size:** | 10.0 m by 2.0 m (0.0001 hectare) | | |
| **Cultural Material:** | None | | |
| **Condition:** | Fair; partly collapsed architecture | | |
| **Historic Context:** | Possible travel and resource procurement in Saddle (Pre-Contact to *ca.* 1866) | | |
| **Significance:** | D: *Information potential*; site yields important location and construction data regarding pre-Contact travel routes in the Saddle. | | |
| **Recommendation:** | Avoidance and protection during all SBCT-related projects. | | |

Description: Site 23462 consists of two mounds (Feature 1 and 2) in a grass-covered, weathered *aʻā* flow (Figures 39-41). The site is roughly 290 m northwest of Menehune Road. Modern debris was observed in the site area. Feature 2, within 10.0 m of Feature 1, was originally classified as a "military marker" (Roberts *et al.* 2004a) but has been re-evaluated by PTA Cultural Resources Staff as a component of Site 23462 (J. Head, personal communication 2005). Both mound features may have served as markers for a pre-Contact transportation route. No test excavations were undertaken at the site as the mounds lie directly on outcrop. The site boundary is determined by the feature locations.

Feature 1 is a roughly circular mound constructed of *aʻā* cobbles and small boulders piled 5 to 6 high. The mound is 1.2 m (E/W) by 1.8 m (E/W) and 0.7 m high.

Feature 2 is constructed of rough *pāhoehoe* slabs and blocks piled 2 to 3 high. It measures 0.9 m by 1.0 m by 0.8 m high.

| Site 50-10-31-23621 | GANDA Site No: 657-659, 664, 666, 669, 677-679, 681-688 |
|---|---|
| **Site Type:** | Excavated pit complex |
| **Function:** | Possible bird hunting |
| **Age:** | Pre-Contact |
| **No. of Features:** | 18 |
| **Site Size:** | 880 m x 275 m (2.2 hectares) |
| **Cultural Material:** | None |
| **Condition:** | Fair; impact from training activities |
| **Historical Context:** | Possible bird hunting (Pre-Contact) |
| **Significance:** | D: *Information potential*; site yield information (criterion d) regarding methods of bird hunting and locations of former habitats. |
| **Recommendation:** | Avoidance and protection during all SBCT-related projects. |

Description: Site 23621 is an excavated pit complex composed of over 80 discrete pits of various sizes and shapes combined into 18 feature classifications. The pit complex is located on the k2 lava flow formed between 1,500 to 3,000 years ago. During the Phase II work, four representative pits (Features 8, 9, 11, and 13) were mapped to scale (Figures 42-47). Table 11 provides a summary of these features.



Figure 39. Site 23462 Feature 1; Planview and Cross Section



Figure 40. Site 23462, Feature 1



Figure 41. Site 23462, Feature 2 (Photo taken by PTA Cultural Resources Staff)



Figure 42. Site 23621, Feature 8; Plan View



Figure 43. Site 23621, Feature 9; Plan View



Figure 44. Site 23621, Feature 11; Plan View



Figure 45. Site 23621 Feature 13; Plan View.



Figure 46. Site 23621, Feature 9



Figure 47. Site 23621, Feature 13

Table 11. Summary of Site 23621 Excavated Pit Features

| Feature No | Previous GANDA Site | No of Pits | Size | Cultural Material |
|---|---|---|---|---|
| 1 | 657 | 1 | 1.5 m by 0.45 m | |
| 2 | 658 | 10 | - | |
| 3 | 659 | 5 | - | |
| 4 | 664 | 10 | - | |
| 5 | 666 | 5 | - | |
| 6 | 669 | 4 | - | |
| 7 | 685 | 10 | - | |
| 8 | 678 | 3 | 100 m$^2$ | |
| 9 | 681 | 3 | 50 m$^2$ | |
| 10 | 679 | 2 | 100 m$^2$ | |
| 11 | 680 | 3 | 50 m$^2$ | |
| 12 | 677 | 1 | - | |
| 13 | 683 | 10 | 900 m$^2$ | |
| 14 | 684 | 7 | 200 m$^2$ | |
| 15 | 682 | 2 | 12 m$^2$ | |
| 16 | 686 | 2 | 130 m$^2$ | Hammerstone |
| 17 | 687 | 4 | 200 m$^2$ | |
| 18 | 688 | 3 | 250 m$^2$ | |

The pit features are tentatively classified as bird hunting pits created by pre-Contact Hawaiians to expand the nesting areas and to access bird nests in otherwise unreachable caverns in the lava. The 80 pits are combined into a single site because of their similar location on the k2 flow and their clustered distribution. The four features (Features 8, 9, 11 and 13) investigated during the Phase II work contained small overhangs on the perimeter of the pits ranging between roughly 0.5 m to 4.0 m long and a maximum 0.5 m high.

| | | | |
|---|---|---|---|
| Site 50-10-31-23626 | | GANDA Site: | 904 |
| Site Type: | Habitation complex | Training Area: | Impact |
| Function: | Recurrent-use occupation | | |
| Possible age: | AD 1640-Contact | | |
| No. of Features: | 2 | | |
| Site Size: | 12 m x 4 m (0.0004 hectare) | | |
| Cultural Material: | *ti* leaf sandal, matting, ground stone fragments, volcanic glass flakes | | |
| Condition: | Fair; cave floor impacted from ungulates and architecture partly collapsed. | | |
| Significance: | D: *Information potential*; site yielded important scientific data regarding Hawaiian occupation and resource exploitation in the Saddle Region. | | |
| Historic Context: | Traditional Hawaiian Occupation (*ca*. AD 780 to Contact) | | |
| Recommendation: | Avoidance and protection during all SBCT-related projects. | | |

**Description:** Site 23626 is a *pāhoehoe* sink with an attached lava tube (Features 1) and L-shape wall (Feature 2) modifying the edge of the sink (Figures 48 - 50). The site is on a slight rise in the *pāhoehoe* flow overlooking lands to the south. The site boundary is determined by the extant of the site's sink and lava tube. Feature 1 lava tube extends from the south edge of the sink approximately 10 m southeast. The first 5.0 m length of the tube is 1.5 m wide and 0.8 m high and contains a loosely distributed grass



Figure 48. Site 23626 Complex; Plan View and Cross-Section



Figure 49. Site 23626 Feature 1 (Lava Tube); View North



Figure 50. Site 23626 Feature 2 (L-Shape); View South