

Figure 98. Figure 98. USGS 7.5 Minute Puu Koli Qhad, Showing Approximate Location of Site 23466 Trail



Figure 99. Western Section of Site 23466; Plan View.



**Figure 100. Western Section of Site 23466 Trail**



**Figure 101. Site 23466 Trail, View of Retaining Wall**



**Figure 102. Site 23470 Mound**



Figure 103. Site 23470; Plan View.