tentatively classified as a marker, perhaps delineating a former transportation route, such as a continuation of Site 23466, located on the north side of the *pu'u*.

The mound is roughly piled with small boulders and large cobbles. It is 1.6 m in diameter and 0.6 m high (maximum). The stick placed in the center of the mound is well-weathered, suggesting some antiquity.

## 7.0 LABORATORY RESULTS

### 7.1 METHODS

A master bag list was maintained in the field for all collected materials. The materials were bagged individually by type (e.g. bone, lithics, and charcoal) or as unsorted bulk materials and assigned sequential bag numbers. The bag list was entered in a master database (Microsoft Access) and all resulting analysis tables were linked with the original provenience data using the bag numbers. All Access tables were converted to Microsoft Excel spreadsheets for tabulation purposes and inclusion in this report.

Artifacts were assigned artifact numbers (Art.) using the bag number as the primary number and sequential decimal numbers to distinguish multiple artifacts from same bag numbers. For example: two artifacts from Bag No. 1 will be assigned Art No. 1.1 and Art No. 1.2, respectively.

### 7.2 ARTIFACTS

Over 3,671 traditional artifacts were collected from the project sites, including 158 tools (Table 17) and approximately 3,496 pieces of non-modified lithic debitage (Table 18). The artifacts were collected from habitation sites in three lava tubes (Sites 19490, 23625 and 23626) and a surface enclosure (Site 23456). The abundance (78%) and greatest variety of artifacts were recovered from a 1 m by 1 m unit at Site 19490.

The tools are composed of basalt, volcanic glass, mammal and bird bone, and marine shell, exclusively large *'opihi* shells (*Cellana Sandwicensis* sp.). Artifact functions are suggested using ethnographic sources and comparisons with previously reported archaeological data from the Saddle and Mauna Kea region. Each artifact type is discussed by material below.

#### 7.2.1 Lithics

The lithic artifacts include tools and lithic debitage from basalt and volcanic glass. Although the source of the basalt material is presently unknown, the volcanic glass, typically characterized by poor-quality basalt with a thin veneer of volcanic glass, was likely derived from nearby quarries on the k4 Flow. The lithic tools are classified by morphological type and possible function (see Table 16) and discussed by material type below.

**Basalt Tools**

A total of 65 basalt tools were collected from the sites, including 2 edge-altered flakes, 2 edge-altered flakes with polish, 19 flakes with polish, 36 groundstone tools, one flaked tool, and five manuports humanly carried to the site.

The edge-altered flakes are defined by complete, broken or fragmented flakes with one or more edges retouched or utilized probably as cutters or scrapers. The flakes with polished surfaces occur on one or two facets. Most of these flakes are composed of fine-grained basalt suggesting they were taken off some type of polished tool, such as an adze, *ulu maika* or mirror. Other flakes

## Table 17. Indigenous Artifact Catalog

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 093.26 | volcanic glass | core | core | complete | 5.39 | 2.58 | 1.90 | 27.9 | | |
| 19490 | 067.03 | volcanic glass | core | core reduction | complete | 4.075 | 3.081 | 2.554 | 34.1 | | |
| 19490 | 093.22 | volcanic glass | core | core reduction | complete | 3.52 | 4.27 | 1.53 | 33.0 | | |
| 19490 | 093.21 | volcanic glass | core | core reduction | complete | 3.65 | 2.94 | 2.28 | 28.2 | | |
| 19490 | 093.23 | volcanic glass | core | core reduction | broken | 3.58 | 3.41 | 2.32 | 34.2 | | |
| 19490 | 093.19 | volcanic glass | core | core reduction | complete | 3.81 | 3.16 | 2.40 | 35.5 | battered edge | |
| 19490 | 093.18 | volcanic glass | core | core reduction | complete | 3.80 | 3.71 | 1.98 | 42.8 | | |
| 19490 | 093.24 | volcanic glass | core | core reduction | complete | 2.94 | 2.33 | 2.38 | 25.2 | | |
| 19490 | 093.28 | volcanic glass | core | core reduction | broken | 1.80 | 3.36 | 1.52 | 10.0 | | |
| 19490 | 093.31 | volcanic glass | core | core reduction | broken | 2.31 | 1.23 | 1.12 | 5.6 | | |
| 19490 | 097.09 | volcanic glass | core | core reduction | fragment | 4.363 | 2.816 | 2.326 | 36.7 | | |
| 19490 | 104.06 | volcanic glass | core | core reduction | complete | 4.149 | 2.446 | 2.635 | 31.7 | | |
| 19490 | 104.05 | volcanic glass | core | core reduction | complete | 4.616 | 2.591 | 1.721 | 22.3 | | |
| 19490 | 093.20 | volcanic glass | core | core/scraper | complete | 4.10 | 2.94 | 2.84 | 30.5 | worked, utilized edges | |
| 19490 | 093.25 | volcanic glass | core | core/scraper/cutter | complete | 2.36 | 3.35 | 1.79 | 11.5 | worked/utilized edge | |
| 19490 | 049.01 | volcanic glass | core | quarry raw material | complete | 5.95 | 5.85 | 3.744 | 167.4 | | |
| 19490 | 043.01 | volcanic glass | edge altered flake | blade | broken | 4.51 | 1.585 | .867 | 4.8 | | |
| 19490 | 046.01 | volcanic glass | edge altered flake | blade | complete | 3.116 | 1.022 | .806 | 2.4 | | |
| 19490 | 067.02 | volcanic glass | edge altered flake | blade flake | fragment | 1.52 | 0.929 | 0.192 | 0.3 | | |
| 19490 | 093.13 | volcanic glass | edge altered flake | blade flake | complete | 6.02 | 1.63 | 1.25 | 9.4 | utilized | |
| 19490 | 093.17 | volcanic glass | edge altered flake | blade flake | fragment | 3.97 | 1.75 | 0.47 | 4.1 | distal end broken off | |
| 19490 | 093.16 | volcanic glass | edge altered flake | blade flake | broken | 4.5 | 1.73 | 1.61 | 4.9 | | |
| 19490 | 093.15 | volcanic glass | edge altered flake | blade flake | broken | 6.30 | 2.30 | 1.15 | 14.3 | proximal tip broken off | |
| 19490 | 093.14 | volcanic glass | edge altered flake | blade flake | fragment | 5.66 | 1.95 | 1.02 | 12.1 | | |
| 19490 | 093.12 | volcanic glass | edge altered flake | blade flake | complete | 5.61 | 2.17 | 0.92 | 8.1 | poss. utilized | |
| 19490 | 093.11 | volcanic glass | edge altered flake | blade flake | complete | 6.40 | 2.03 | 0.94 | 9.6 | poss. utilized | |
| 19490 | 093.10 | volcanic glass | edge altered flake | blade flake | fragment | 3.27 | 1.68 | 0.40 | 2.4 | prox & dist ends broken | |
| 19490 | 093.09 | volcanic glass | edge altered flake | blade flake | fragment | 3.01 | 1.22 | 0.75 | 3.3 | prox & dist ends broken | |
| 19490 | 093.08 | volcanic glass | edge altered flake | blade flake | fragment | 3.5 | 1.11 | 0.58 | 2.7 | prox & dist ends broken | |
| 19490 | 093.07 | volcanic glass | edge altered flake | blade flake | fragment | 3.38 | 1.14 | 0.57 | 3.0 | prox & dist ends broken | |
| 19490 | 093.06 | volcanic glass | edge altered flake | blade flake | fragment | 3.41 | 1.40 | 0.70 | 3.1 | prox & dist ends broken | |
| 19490 | 093.04 | volcanic glass | edge altered flake | blade flake | fragment | 4.38 | 1.55 | 0.76 | 5.3 | prox & dist ends broken | |
| 19490 | 093.02 | volcanic glass | edge altered flake | blade flake | broken | 5.51 | 2.31 | 1.08 | 15.6 | prox & dist ends broken | |
| 19490 | 093.01 | volcanic glass | edge altered flake | blade flake | broken | 6.10 | 2.63 | 0.94 | 15.1 | prox & dist ends broken | |
| 19490 | 093.05 | volcanic glass | edge altered flake | blade flake | fragment | 4.10 | 1.60 | 0.81 | 4.8 | prox & dist ends broken | |

Table 17 (Continued)

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 100.01 | volcanic glass | edge altered flake | blade flake | fragment | 5.786 | 2.502 | 0.812 | 10.5 | use-wear on 2 edges | |
| 19490 | 104.03 | volcanic glass | edge altered flake | blade flake | broken | 5.105 | 1.499 | 8.63 | 3.8 | | |
| 19490 | 104.02 | volcanic glass | edge altered flake | blade flake | fragment | 5.489 | 1.34 | 1.017 | 6.3 | | |
| 19490 | 093.03 | volcanic glass | edge altered flake | bladeflake | fragment | 5.55 | 2.73 | 0.94 | 13.5 | distal end broken | |
| 19490 | 093.27 | volcanic glass | edge altered flake | scraper | complete | 3.81 | 4.27 | 1.97 | 25.2 | | |
| 19490 | 055.03 | volcanic glass | edge altered flake | scraper/cutter | fragment | 3.25 | 1.14 | 0.786 | 3.9 | | |
| 19490 | 055.04 | volcanic glass | edge altered flake | scraper/cutter | fragment | 3.075 | 1.11 | 0.731 | 2.8 | | |
| 19490 | 055.02 | volcanic glass | edge altered flake | scraper/cutter | fragment | 4.044 | 2.142 | 1.316 | 12.7 | | |
| 19490 | 055.01 | volcanic glass | edge altered flake | scraper/cutter | fragment | 2.066 | 1.003 | 0.784 | 1.4 | | |
| 19490 | 092.01 | basalt | edge altered flake | scraper/cutter | broken | 4.28 | 3.33 | 1.54 | 15.5 | | |
| 19490 | 093.29 | volcanic glass | edge altered flake | scraper/cutter | complete | 3.44 | 3.61 | 1.40 | 13.8 | | |
| 19490 | 097.07 | volcanic glass | edge altered flake | scraper/cutter | broken | 1.192 | 1.88 | 0.258 | 1.3 | | |
| 19490 | 097.08 | volcanic glass | edge altered flake | scraper/cutter | complete | 2.388 | 1.807 | 0.402 | 1.8 | | |
| 19490 | 099.01 | basalt | edge altered flake | scraper/cutter | broken | 3.644 | 3.993 | 1.628 | 25.9 | use-wear on 1 edge | |
| 19490 | 104.04 | volcanic glass | edge altered flake | scraper/cutter | fragment | 4.548 | 3.215 | 1.5 | 22.9 | | |
| 19490 | 104.01 | volcanic glass | edge altered flake | scraper/cutter | complete | 1.61 | 4.186 | 1.211 | 11.0 | cortex ropey lava | |
| 19490 | 112.01 | volcanic glass | edge altered flake | scraper/cutter | fragment | 3.282 | 1.936 | 0.468 | 2.5 | | |
| 19490 | 048.01 | volcanic glass | edge altered flake | scraper/cutter | broken | 5.516 | 3.354 | 1.218 | 25.0 | | |
| 19490 | 093.30 | volcanic glass | edge altered flake | utilized flake | complete | 6.22 | 2.07 | 0.70 | 8.6 | broken in 2 pieces | |
| 19490 | 050.01 | basalt | edge altered flake with polish | adze fragment | fragment | 3.984 | 1.812 | 1.032 | 7.9 | polish on 2 sides | |
| 19490 | 050.06 | basalt | edge altered flake with polish | undetermined | fragment | 2.002 | 1.092 | 0.606 | 1.0 | sharpened edge | |
| 19490 | 113.06 | basalt | flake with ground surface | groundstone fragment | ? | 1.976 | 1.693 | 0.394 | 1.6 | heat exposed | |
| 19490 | 113.01 | basalt | flake with polish | adze fragment | fragment | 0.976 | 0.42 | 0.362 | 0.1 | | |
| 19490 | 097.06 | basalt | flake with polish | hammerstone/birdcooking stone | fragment | 1.23 | 1.02 | 0.19 | 0.3 | from groundstone | |
| 19490 | 097.05 | basalt | flake with polish | hammerstone/birdcooking stone | fragment | 1.92 | 1.79 | 0.90 | 3.0 | polished sides make 90-degree angle | |
| 19490 | 050.03 | basalt | flake with polish | scraper/drill | fragment | 2.114 | 1.761 | 0.37 | 2.5 | | |
| 19490 | 056.02 | basalt | flake with polish | undetermined | fragment | 1.50 | 1.55 | 0.358 | 0.8 | | |
| 19490 | 056.01 | basalt | flake with polish | undetermined | fragment | 2.056 | 1.341 | 0.476 | 1.3 | | |
| 19490 | 067.01 | basalt | flake with polish | undetermined | broken | 3.537 | 2.51 | 0.523 | 4.2 | | |

Table 17 (Continued)

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 092.05 | basalt | flake with polish | undetermined | fragment | 3.01 | 1.41 | 0.51 | 2.6 | from groundstone, polish from use | |
| 19490 | 092.06 | basalt | flake with polish | undetermined | fragment | 3.04 | 1.17 | 0.47 | 1.5 | | |
| 19490 | 106.02 | basalt | flake with polish | undetermined | broken | 1.092 | 1.286 | 0.442 | 0.6 | from groundstone, polish | |
| 19490 | 106.01 | basalt | flake with polish | undetermined | broken | 3.30 | 2.182 | 0.592 | 4.3 | surface polished with striations | |
| 19490 | 113.02 | basalt | flake with polish | undetermined | broken | 1.434 | 1.16 | 0.271 | 0.5 | with striations | |
| 19490 | 113.05 | basalt | flake with polish | undetermined | fragment | 1.847 | 1.431 | 0.372 | 0.9 | from groundstone | |
| 19490 | 113.03 | basalt | flake with polish | undetermined | fragment | 1.118 | 0.939 | 0.295 | 0.5 | use-wear polish | |
| 19490 | 113.04 | basalt | flake with polish | undetermined | fragment | 1.063 | 0.76 | 0.133 | 0.2 | use-wear | |
| 19490 | 050.07 | basalt | flake with polish | undetermined | fragment | 1.1 | 0.474 | 0.466 | 0.3 | polish on 3 sides | |
| 19490 | 050.04 | basalt | flake with polish | undetermined | fragment | 1.891 | 1.485 | 0.314 | 1.1 | | |
| 19490 | 050.02 | basalt | flake with polish | undetermined | fragment | 3.471 | 1.781 | 0.38 | 3.7 | | |
| 19490 | 050.05 | basalt | flake with polish | undetermined | fragment | 2.235 | 1.276 | 0.15 | 0.6 | | |
| 19490 | 068.01 | basalt | flake with polish | undetermined | fragment | 4.072 | 3.074 | 2.012 | 28.3 | 1 flat surface | |
| 19490 | 068.05 | basalt | groundstone | abrader | broken | 2.31 | 1.35 | 0.83 | 3.5 | | |
| 19490 | 068.04 | basalt | groundstone | abrader | broken | 3.27 | 3.05 | 2.04 | 35.4 | 1 ground surface | |
| 19490 | 112.04 | basalt | groundstone | abrader | broken | 2.02 | 2.124 | 2.565 | 11.3 | polish from use | |
| 19490 | 068.03 | basalt | groundstone | abrader/hammerstone | broken | 4.28 | 4.15 | 3.27 | 59.5 | | |
| 19490 | 068.02 | basalt | groundstone | abrader/hammerstone | broken | 5.438 | 4.576 | 3.012 | 62.2 | | |
| 19490 | 044.01 | basalt | groundstone | bird cooking stone | broken | 2.778 | 2.208 | 1.822 | 21.7 | heat exposed | |
| 19490 | 056.03 | basalt | groundstone | birdcooking stone | broken | 3.748 | 2.938 | 1.286 | 13.9 | | |
| 19490 | 056.04 | basalt | groundstone | birdcooking stone | broken | 2.171 | 2.192 | 1.722 | 5.4 | | |
| 19490 | 091.06 | basalt | groundstone | birdcooking stone | broken | 3.327 | 3.552 | 2.296 | 49.0 | | |
| 19490 | 091.05 | basalt | groundstone | birdcooking stone | broken | 3.348 | 1.718 | 1.286 | 15.7 | | |
| 19490 | 092.04 | basalt | groundstone | birdcooking stone | broken | 2.72 | 3.0 | 1.06 | 13.7 | polish on 2 sides | |
| 19490 | 096.01 | basalt | groundstone | birdcooking stone | broken | 7.81 | 3.07 | 2.67 | 110.8 | polish | |
| 19490 | 097.04 | basalt | groundstone | birdcooking stone | broken | 3.49 | 2.52 | 2.33 | 27.2 | heat exposed | |
| 19490 | 102.01 | basalt | groundstone | birdcooking stone | broken | 7.942 | 2.202 | 1.947 | 76.6 | heat exposed, flat on 2 sides, bullet shaped | |
| 19490 | 109.01 | basalt | groundstone | | broken | 3.056 | 2.857 | 2.723 | 31.6 | waterworn/heat exposed | |
| 19490 | 111.01 | basalt | groundstone | | broken | 6.512 | 3.047 | 1.446 | 42.6 | heat exposed/ poss. bullet-shaped | |

Table 17 (Continued)

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 112.03 | basalt | groundstone | birdcooking stone | broken | 2.656 | 3.17 | 1.021 | 11.8 | | |
| 19490 | 106.04 | basalt | groundstone | grinding stone | complete | 9.756 | 2.761 | 3.341 | 95.9 | 1 polished flat surface/usewear polish | |
| 19490 | 091.01 | basalt | groundstone | hammerstone | broken | 5.308 | 4.031 | 1.288 | 44.1 | heat exposed | |
| 19490 | 091.02 | basalt | groundstone | hammerstone | broken | 4.408 | 3.524 | 2.808 | 74.5 | | |
| 19490 | 091.03 | basalt | groundstone | hammerstone | broken | 4.083 | 3.092 | 1.602 | 25.5 | poss. heat exposed | |
| 19490 | 092.02 | basalt | groundstone | hammerstone | broken | 6.01 | 5.38 | 2.25 | 81.9 | poss. finger indent | |
| 19490 | 092.03 | basalt | groundstone | hammerstone | broken | 4.60 | 4.38 | 2.90 | 41.9 | | |
| 19490 | 097.03 | basalt | groundstone | hammerstone | broken | 3.73 | 3.14 | 2.05 | 32.1 | poss. Polish from use | |
| 19490 | 106.03 | basalt | groundstone | hammerstone | fragment | 5.872 | 3.44 | 2.712 | 64.3 | bird cooking stone shape frags | |
| 19490 | 85.1 | basalt | groundstone | hammerstone/abrader | complete | 35.1 | 37.7 | 34.1 | 64.0 | | |
| 19490 | 091.04 | basalt | groundstone | hammerstone/abrader | broken | 6.99 | 3.153 | 2.113 | 79.2 | 1 flat surface | |
| 19490 | 097.10 | basalt | groundstone | hammerstone/abrader | | 5.172 | 2.764 | 1.651 | 30.0 | 1 flat surface | |
| 19490 | 097.02 | basalt | groundstone | hammerstone/abrader | broken | 4.67 | 3.43 | 2.25 | 47.3 | | |
| 19490 | 097.01 | basalt | groundstone | hammerstone/ birdcooking stone | broken | 4.38 | 2.74 | 1.86 | 29.7 | polish from use | |
| 19490 | 097.11 | basalt | groundstone | hammerstone/abrader | | 3.355 | 2.686 | 1.634 | 20.8 | tapered at end | |
| 19490 | 64.1 | volcanic glass | | abrader raw material | NA | 115.1 | 56.4 | 18.1 | 159.4 | | |
| 19490 | 95.1 | basalt | manuport | hammerstone | complete | 94.3 | 80.0 | 72.7 | 572.4 | | |
| 19490 | 112.02 | basalt | manuport | hammerstone | broken | 6.09 | 3.485 | 2.216 | 62.3 | | |
| 19490 | 106.5 | basalt | manuport | manuport | fragment | 64.5 | 31.0 | 25.2 | 59.9 | | |
| 19490 | 106.16 | bone | modified bone | Needle | tool | 2.972 | 0.248 | 0.23 | 0.1 | poss. use-wear polish. | medium bird |
| 19490 | 112.14 | bone | modified bone | Needle | Complete | 7.652 | 0.416 | 0.333 | 0.4 | use-wear polish | medium procellarid |
| 19490 | 113.14 | bone | modified bone | Needle | Complete | 5.747 | 0.412 | 0.488 | 0.7 | diagonally cut to point. | medium bird |
| 19490 | 093.37 | bone | modified bone | Needle/Pick/Awl | Complete | 5.364 | 0.397 | 0.323 | 0.2 | fragment cut to point | medium procellarid |
| 19490 | 093.36 | bone | modified bone | Needle/Pick/Awl | Complete | 6.221 | 0.477 | 0.478 | 0.6 | fragment cut to point | medium procellarid |
| 19490 | 093.38 | bone | modified bone | Needle/Pick/Awl | Complete? | 4.796 | 0.478 | 0.461 | 0.5 | diagonally cut to point | medium procellarid |
| 19490 | 106.12 | bone | modified bone | Needle/Pick/Awl | Complete | 6.436 | 1.13 | 0.689 | 1.1 | distal end cut to point | medium procellarid |
| 19490 | 106.13 | bone | modified bone | Needle/Pick/Awl | Fragment | 5.6 | 1.16 | 0.76 | 0.9 | proximal end diagonally cut to point, striations visible. | medium procellarid |

Table 17 (Continued)

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 106.15 | bone | modified bone | Needle/Pick/Awl | Tip Complete | 6.849 | 0.65 | 0.428 | 1.2 | diagonally cut to point with striation marks; use-wear polish. | medium bird |
| 19490 | 113.17 | bone | modified bone | Needle/Pick/Awl | Complete | 6.868 | 0.538 | 0.711 | 1.4 | diagonally cut to point with striation marks; use-wear | medium procellariid |
| 19490 | 113.16 | bone | modified bone | Needle/Pick/Awl | Complete | 6.084 | 0.702 | 778 | 0.8 | Distal end diagonally cut to point; use-wear | medium procellariid |
| 19490 | 113.15 | bone | modified bone | Needle/Pick/Awl | Complete | 7.988 | 0.446 | 0.43 | 1.0 | Proximal end diagonally cut to point; use-wear polish | medium procellariid |
| 19490 | 061.02 | bone | modified bone | undetermined | Fragment | 2.834 | 0.653 | 0.322 | 0.2 | Limb shaft fragment; cut mark; poss. polished, calcined | medium bird |
| 19490 | 097.19 | bone | modified bone | undetermined | Fragment | 5.633 | 0.29 | 0.202 | 0.3 | Radius shaft fragment; worked at one end | medium bird |
| 19490 | 106.17 | bone | modified bone | undetermined | Complete | | 0.415 | 0.332 | 0.4 | Distal end diagonally cut with tip cut square. Partially charred. | Medium procellariid |
| 19490 | 106.18 | bone | modified bone | undetermined | Fragment | 8.146 | 0.408 | 0.308 | 0.5 | Possible diagonal cut at distal end. | Medium procellariid |
| 19490 | 106.14 | bone | modified bone | undetermined | Fragment | 4.73 | 0.674 | 0.559 | 0.7 | Distal end broken | medium procellariid |
| 19490 | 113.20 | bone | modified bone | undetermined | Fragment | 6.242 | 0.591 | 0.352 | 0.3 | Proximal end diagonally cut to point; use-wear polish | medium procellariid |
| 19490 | 113.21 | bone | modified bone | undetermined | Complete | 6.992 | 0.228 | 0.342 | 0.4 | Distal end diagonally cut; use-wear polish | medium procellariid |
| 19490 | 113.22 | bone | modified bone | undetermined | Complete | 4.826 | 0.344 | 0.454 | 0.2 | Distal end diagonally cut to point; use-wear | medium procellariid |
| 19490 | 113.19 | bone | modified bone | undetermined | Complete | 7.669 | 0.284 | 0.306 | 0.5 | Distal end diagonally cut; use-wear | medium procellariid |

Table 17 (Continued)

| Site No. | Art | Material | Type | Possible Function | Condition | Length (cm) | Width (cm) | Thickness (cm) | Weight (gm) | Comments | Faunal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | 113.18 | bone | modified bone | undetermined | Complete | 7.544 | 0.294 | 0.272 | 0.5 | Distal end diagonally cut with tip cut square; use-wear | medium procellariid |
| 19490 | 093.39 | bone | modified canine tooth | Pendant | Broken | 3.07 | 0.768 | 0.466 | 0.8 | Drilled at root end; possibly worked; reconstructed by Ziegler | Canis familiaris |
| 19490 | 079.01 | shell | modified shell | scraper | complete | 5.07 | 4.0 | 1.378 | 61.1 | | Cellena sanwicensis |
| 19490 | 086.01 | shell | modified shell | scraper | complete | 5.03 | 3.853 | 1.186 | 4.9 | | Cellena sanwicensis |
| 19490 | 088.01 | shell | modified shell | scraper | broken | NA | NA | NA | 13.2 | broken in bag | Cellena sanwicensis |
| 19490 | 090.01 | shell | modified shell | scraper | fragment | 3.055 | 1.342 | 0.921 | 0.9 | | Cellena sanwicensis |
| 19490 | 090.02 | shell | modified shell | scraper | fragment | 3.013 | 1.147 | 0.741 | 0.9 | | Cellena sanwicensis |
| 19490 | 105.01 | shell | modified shell | scraper | complete | 5.054 | 3.953 | 1.327 | 5.5 | | Cellena sanwicensis |
| 19490 | 105.02 | shell | modified shell | scraper | complete | 5.401 | 4.31 | 1.424 | 6.9 | | Cellena sanwicensis |
| 19490 | 105.03 | shell | modified shell | scraper | complete | 5.069 | 3.98 | 1.452 | 7.4 | | Cellena sanwicensis |
| 19490 | 107.01 | shell | modified shell | scraper | complete | 4.566 | 3.856 | 1.153 | 4.1 | | Cellena sanwicensis |
| 19490 | 108.01 | shell | modified shell | scraper | complete | 4.645 | 3.356 | 0.966 | 3.0 | | Cellena sanwicensis |
| 19490 | 110.01 | shell | modified shell | scraper | complete | 5.206 | 4.981 | 1.398 | 7.6 | | Cellena sanwicensis |
| 19490 | 112.13 | shell | modified shell | scraper | complete | 3.382 | 2.798 | 0.79 | 1.8 | | Cellena sanwicensis |
| 19490 | 112.12 | shell | modified shell | scraper | broken | 3.69 | 2.964 | 0.835 | 1.7 | | Cellena sanwicensis |
| 19490 | 063.01 | shell | modified shell | scraper/pendant | complete | 5.302 | 4.819 | 1.72 | 11.1 | perforated | Cellena sanwicensis |
| 23456 | 016.01 | basalt | groundstone | hammerstone/bird cooking stone | fragment | 7.398 | 2.972 | 2.457 | 84.0 | | |
| 23456 | 017.01 | basalt | groundstone | hammerstone/bird cooking stone | broken | 6.806 | 2.806 | 1.70 | 47.5 | heat exposed | |
| 23456 | 018.01 | basalt | groundstone | hammerstone/bird cooking stone | broken | 4.40 | 3.302 | 2.182 | 53.5 | heat exposed, ground | |
| 23625 | 002.01 | basalt | groundstone | hammerstone/bird cooking stone | broken | 4.517 | 4.042 | 3.606 | 82.1 | heat exposed | |
| 23626 | 024.01 | volcanic glass | edge altered flake | scraper/cutter | fragment | 4.057 | 1.87 | 1.222 | 9.1 | | |
| 23626 | 028.01 | volcanic glass | edge altered flake | scraper/cutter | fragment | 3.481 | 2.194 | 1.072 | 8.8 | | |
| 23626 | 024.02 | volcanic glass | edge altered flake | scraper/cutter/blade | fragment | 4.577 | 1.364 | .652 | 2.9 | | |
| 23626 | 022.01 | basalt | groundstone | bird cooking stone | broken | 5.391 | 3.756 | 2.665 | 52.1 | heat exposed | |
| 23626 | 034.01 | basalt | groundstone | bird cooking stone | broken | 3.514 | 2.991 | 1.462 | 23.0 | | |

Table 18. Lithic Debitage Catalog

| Site No. | Fea | TU | Layer | SF | Level Depth (cmbs) | Material | Flake Condition | Count | 0-10 (mm) | 10-20 (mm) | 20-40 (mm) | 40-60 (mm) | 60-80 (mm) | >80 (mm) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | C | 1 | | | 1 | 0-10 | Basalt | Flake | Fragment | 1 | 0 | 0 | 0 | 0 | 0 | |
| 19490 | C | 1 | | | 3 | 20-30/35 | Basalt | Flake | Complete | 19 | 0 | 12 | 6 | 1 | 0 | |
| 19490 | C | 1 | | | 3 | 20-30/35 | Basalt | Flake | Broken | 22 | 0 | 14 | 7 | 1 | 0 | |
| 19490 | C | 1 | | | 3 | 20-30/35 | Basalt | Flake | Fragment | 23 | 0 | 18 | 5 | 0 | 0 | |
| 19490 | C | 1 | | | 4 | 30-40 | Basalt | Flake | Broken | 2 | 0 | 0 | 2 | 0 | 0 | |
| 19490 | C | 1 | | | 4 | 30-40 | Basalt | Flake | Fragment | 6 | 0 | 3 | 3 | 0 | 0 | |
| 19490 | C | 1 | | | 5 | 40-50 | Basalt | Flake | Fragment | 2 | 0 | 1 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | | 1 | 20-30 | Basalt | Flake | Fragment | 2 | 0 | 0 | 2 | 0 | 0 | waterworn cortex |
| 19490 | C | 1 | III | | 1 | 20-30 | Basalt | Flake | Complete | 1 | 0 | 0 | 0 | 0 | 1 | |
| 19490 | C | 1 | III | | 1 | 20-30 | Basalt | Flake | Fragment | 3 | 0 | 1 | 2 | 0 | 0 | |
| 19490 | C | 1 | III | | 2 | 30-40 | Basalt | Flake | Broken | 1 | 0 | 0 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | | 2 | 30-40 | Basalt | Flake | Broken | 2 | 0 | 0 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | | 2 | 30-40 | Basalt | Flake | Fragment | 3 | 0 | 3 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | | 3 | 40-50 | Basalt | Flake | Fragment | 2 | 0 | 1 | 1 | 0 | 0 | largest is waterworn |
| 19490 | C | 1 | III | | 3 | 40-50 | Basalt | Flake | Fragment | 2 | 0 | 2 | 0 | 0 | 0 | waterworn cortex |
| 19490 | C | 1 | | | 1 | 0-10 | Basalt | Shatter | NA | 22 | 11 | 5 | 6 | 0 | 0 | |
| 19490 | C | 1 | | | 2 | 10-20 | Basalt | Shatter | NA | 42 | 24 | 17 | 1 | 0 | 0 | |
| 19490 | C | 1 | | | 3 | 20-30/35 | Basalt | Shatter | NA | 433 | 360 | 62 | 11 | 0 | 0 | 0-10mm estimated |
| 19490 | C | 1 | | | 4 | 30-40 | Basalt | Shatter | NA | 4 | 0 | 2 | 1 | 1 | 0 | 2 pc. Heat exposed |
| 19490 | C | 1 | | | 5 | 40-50 | Basalt | Shatter | NA | 8 | 1 | 5 | 2 | 0 | 0 | |
| 19490 | C | 1 | III | | 1 | 20-30 | Basalt | Shatter | NA | 2 | 0 | 0 | 1 | 1 | 0 | |
| 19490 | C | 1 | III | | 2 | 30-40 | Basalt | Shatter | NA | 61 | 29 | 1 | 0 | 1 | 0 | |
| 19490 | C | 1 | III | | 2 | 30-40 | Basalt | Shatter | NA | 2 | 0 | 1 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | | 3 | 40-50 | Basalt | Shatter | NA | 13 | 4 | 8 | 1 | 0 | 0 | |
| 19490 | C | 1 | | | 1 | 0-10 | Volcanic glass | Flake | Complete | 1 | 0 | 0 | 0 | 1 | 0 | |
| 19490 | C | 1 | | | 1 | 0-10 | Volcanic glass | Flake | Broken | 1 | 0 | 0 | 1 | 0 | 0 | |
| 19490 | C | 1 | | | 1 | 0-10 | Volcanic glass | Flake | Fragment | 11 | 0 | 0 | 9 | 1 | 1 | |
| 19490 | C | 1 | | | 2 | 10-20 | Volcanic glass | Flake | Complete | 3 | 0 | 1 | 2 | 0 | 0 | |
| 19490 | C | 1 | | | 2 | 10-20 | Volcanic glass | Flake | Fragment | 2 | 0 | 0 | 1 | 1 | 0 | |
| 19490 | C | 1 | | | 2 | 10-20 | Volcanic glass | Flake | Broken | 3 | 0 | 0 | 2 | 1 | 0 | |

Table 18 (Continued)

| Site No. | Fea | TU | Layer | SF | Level Depth (cmbs) | Material | Flake | Condition | Count | 0-10 (mm) | 10-20 (mm) | 20-40 (mm) | 40-60 (mm) | 60-80 (mm) | >80 (mm) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19490 | C | 1 | | 1 | 3 | 20-30/35 | Volcanic glass | Flake | Broken | 66 | 0 | 45 | 21 | 0 | 0 | 0 | |
| 19490 | C | 1 | | 1 | 3 | 20-30/35 | Volcanic glass | Flake | Fragment | 83 | 0 | 60 | 23 | 0 | 0 | 0 | |
| 19490 | C | 1 | | 1 | 4 | 30-40 | Volcanic glass | Flake | Complete | 4 | 0 | 0 | 4 | 0 | 0 | 0 | |
| 19490 | C | 1 | | 1 | 4 | 30-40 | Volcanic glass | Flake | Broken | 6 | 0 | 1 | 5 | 0 | 0 | 0 | |
| 19490 | C | 1 | | 1 | 4 | 30-40 | Volcanic glass | Flake | Fragment | 27 | 0 | 0 | 27 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 1 | 20-30 | Volcanic glass | Flake | Complete | 3 | 0 | 0 | 3 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 1 | 20-30 | Volcanic glass | Flake | Fragment | 10 | 0 | 5 | 3 | 2 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 1 | 20-30 | Volcanic glass | Flake | Broken | 6 | 0 | 0 | 5 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 2 | 30-40 | Volcanic glass | Flake | Complete | 3 | 0 | 0 | 3 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 2 | 30-40 | Volcanic glass | Flake | Broken | 6 | 0 | 0 | 6 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 2 | 30-40 | Volcanic glass | Flake | Fragment | 6 | 0 | 0 | 5 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 3 | 40-50 | Volcanic glass | Flake | Broken | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 3 | 40-50 | Volcanic glass | Flake | Fragment | 1 | 0 | 0 | 1 | 0 | 0 | 0 | unmodified resource |
| 19490 | C | 1 | III | 1 | 1 | 20-30 | Volcanic glass | Other | NA | 10 | 0 | 0 | 0 | 5 | 4 | 1 | |
| 19490 | C | 1 | | 1 | 1 | 0-10 | Volcanic glass | Shatter | NA | 114 | 76 | 28 | 6 | 2 | 2 | 0 | |
| 19490 | C | 1 | | 1 | 2 | 10-20 | Volcanic glass | Shatter | NA | 79 | 33 | 24 | 20 | 2 | 0 | 0 | |
| 19490 | C | 1 | | 1 | 3 | 20-30/35 | Volcanic glass | Shatter | NA | 1184 | 1060 | 90 | 30 | 4 | 0 | 0 | 0-10mm estimated |
| 19490 | C | 1 | | 1 | 4 | 30-40 | Volcanic glass | Shatter | NA | 255 | 150 | 85 | 20 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 2 | 30-40 | Volcanic glass | Shatter | NA | 152 | 100 | 36 | 14 | 2 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 1 | 20-30 | Volcanic glass | Shatter | NA | 444 | 330 | 81 | 29 | 3 | 1 | 0 | total & 0-10mm estimated |
| 19490 | C | 1 | II | 1 | 1 | 15-20 | Volcanic glass | Shatter | NA | 3 | 0 | 2 | 0 | 1 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 5 | 40-50 | Volcanic glass | Shatter | NA | 132 | 75 | 50 | 7 | 0 | 0 | 0 | |
| 19490 | C | 1 | III | 1 | 3 | 40-50 | Volcanic glass | Shatter | NA | 129 | 125 | 1 | 3 | 0 | 0 | 0 | total & 0-10mm estimated |
| 23626 | 1 | 1 | III | 1 | 2 | 12/23-30 | Volcanic glass | Flake | Fragment | 6 | 2 | 4 | 0 | 0 | 0 | 0 | |
| 23626 | 2 | 2 | | 1 | 1 | 0-12 | Volcanic glass | Flake | Broken | 1 | 0 | 0 | 1 | 0 | 0 | 0 | |
| 23626 | 1 | 1 | II | 1 | 1 | 12/23-30 | Volcanic glass | Flake | Fragment | 5 | 0 | 1 | 4 | 0 | 0 | 0 | |
| 23626 | 1 | 1 | | 1 | 2 | 16 | Volcanic glass | Shatter | NA | 1 | 0 | 0 | 1 | 0 | 0 | 0 | |
| 23626 | 1 | 1 | | 1 | 2 | 12/23-30 | Volcanic glass | Shatter | NA | 21 | 17 | 4 | 0 | 0 | 0 | 0 | |