## 10.0 REFERENCES

Athens, S.J., and M.W. Kaschko

1989 *Prehistoric Upland Bird Hunters: Archaeological Inventory Survey and Testing For the MPRC Project Area and the Bobcat Trail Road, Pohakuloa Training Area, Island of Hawaii.* Draft report submitted to U.S. Army Engineer District, Honolulu, Fort Shafter, Hawai'i. Prepared by International Archaeological Research Institute, Inc., Honolulu, Hawai'i.

Barrere, D.B.

1983 "Notes on the Lands of Waimea and Kawaihae". In J. T. Clark and P. V. Kirch (eds) *Archaeological Investigations of the Mudlane-Waimea-Kawaihae Road Corridor, Island of Hawaii: An Interdisciplinary Study of an Environmental Transect* pp. 61-137. Department of Anthropology, Historic Preservation Report 83-1. Bernice P. Bishop Museum, Honolulu.

Bergin, B.

2004 *Loyal to the Land: The Legendary Parker Ranch, 750-1950.* University of Hawaii Press. Honolulu, HI.

Buck, P.H.

2003 *Arts and Crafts of Hawaii. Bishop Museum Press.* Honolulu, HI.

Clark, J.T.

1983 "Archaeological Investigations in Section 1". In J. T. Clark and P. V. Kirch (eds) *Archaeological Investigations of the Mudlane-Waimea-Kawaihae Road Corridor, Island of Hawaii: An Interdisciplinary Study of an Environmental Transect* pp. 61-137. Department of Anthropology, Historic Preservation Report 83-1. Bernice P. Bishop Museum, Honolulu.

Clark, J.T.

1987 Waimea-Kawaihae, A Leeward Hawaii Settlement System. University of Illinois, PhD. Thesis.

Cordy R.

1994 *A Regional Synthesis of Hamakua District, Island of Hawaii.* Historic Preservation Division, Department of Land and Natural Resources, State of Hawaii.

2000 *Exalted Sits the Chief: The Ancient History of Hawai'i Island.* Mutual Publishing. Honolulu, HI.

Cuddihy, L.W. and C.O. Stone

1990 *Alteration of Native Hawaiian Vegetation, Effects of Humans, Their Activities and Introductions.* University of Hawaii Cooperative National Park Resources Studies Unit. University of Hawaii Press, Honolulu, HI.

De Varigny, C. and V. Crosnier

1981 *Fourteen Years in the Sandwich Islands.* University of Hawai'i Press, Honolulu, HI.

Desilets, M.., A.K.S. Roberts, A. Buffum, and S.J. Roberts

2005 *Final Report: Phase I Archaeological Reconnaisance Survey for SBCT Go/No Go Maneuver Areas at U.S. Army Pohakuloa Training Area, Ka'ohe Ahupua'a, Hāmākua District and Pu'uanahulu Ahupua'a, North Kona District, Island of Hawai'i, Hawai'i (TMKs 3-4-4-16:01 and 3-7-1-04:07).* Prepared for U.S. Army Engineer District, Honolulu. Garcia and Associates, Kailua, HI.

Desilets, M. and A.K.S. Roberts

2005 *Final Report: Phase I Archaeological Reconnaissance Survey of 1,010 Acres of Pu'u Ke'eke'e Lands at U.S. Army Pohakuloa Training Area, Waikoloa Ahupua'a, South Kohala District, Island of Hawai'i, Hawai'i (TMK 3-6-7-01: por. 03).* Prepared for U.S. Army Engineer District, Honolulu. Garcia and Associates, Kailua, HI.

Ellis, W.

1984 *Polynesian Researches Hawaii, Journal of William Ellis.* Charles E. Tuttle Company. Rutland, VT.

Emerson, N. B.

1894 *The Bird-Hunters of Ancient Hawaii.* Hawaiian Almanac and Annual for 1895. Thos. G. Thrum, compiler and publisher, Honolulu, Hawai'i.

Fornander, A.

1996 *Ancient History of the Hawaiian People to the Times of Kamehameha I.* Originally published as Volume II of An Account of the Polynesian Race Its Origins and Migrations. Mutual Publishing, Honolulu, HI.

Handy, E.S.C. and E.G. Handy

1972 *Native Planters in Old Hawaii – Their Lore, and Environment.* Bernice P. Bishop Museum Bulletin 233. Bishop Museum Press, Honolulu.

Haun, A.E.

1986 *Archaeological Survey and Testing at the Bobcat Trail Habitation Cave Site (50-10-30-5004) Pohakuloa Training Area, Island of Hawaii, Hawaii.* Report submitted to the U.S. Army Engineer District, Honolulu, Fort Shafter, Hawai'i. Prepared by Paul H. Rosendahl, Ph.D., Inc., Hilo, Hawai'i.

Henshaw, H. W.

1902 *Birds of the Hawaiian Islands.* Thos. G. Thrum. Honolulu.

Hommon, Robert J., and Hamilton M. Ahlo, Jr.

1983 *A Research Design for Archaeological Studies at the Pohakuloa Training Area, Island of Hawaii.* Report submitted to the U.S. Army Engineer District, Honolulu, Fort Shafter, Hawai'i. Prepared by Science Management, Inc., Honolulu, Hawai'i.

Hu, D., C. Glidden, J.S. Lippert, L. Schnell, J.S. MacIvor and J.Meisler

2001 *Habitat Use and Limiting Factors in a Population of Hawaiian Dark-Rumped Petrals on Mauna Loa, Hawai'i.* In J. M. Scott, S. Conant, and C. Van Riper, III, eds., Studies in Avian Biology No. 22, pp. 234-242.

Jackson, T.L. and C.H. Miksicek

1994 Report of X-ray Fluorescence Analysis of Artifact Basalt and Volcanic Glass from Sites 50-10-31—18671, -189672 and -18675, Pokahuloa Training Area, Hawaii. In *Redleg Trail Archaeological Investigations for the Legacy Resource Management Program at Pohakuloa Training Area, Hawaii Island, Hawaii* (1998). Report prepared by Biosystems Analysis, Inc. for U.S. Army Engineer District, Honolulu.

Juvik, S. and J.O. Juvik (ed.)

1998 *Atlas of Hawaii.* Third edition. University of Hawaii Press, Honolulu.

Kamakau, S.M.

1992 *Ruling Chiefs of Hawaii.* The Kamehameha Schools Press, Honolulu.

Kelly, Marion

1974 *Historic Survey of the Waimea to Kawaihae Road Corridor, Island of Hawaii.* Department of Anthropology, Bernice P. Bishop Museum, Honolulu, Hawaii. Hawaii Historic Preservation Report 74-1.

Langlas, C., T. R Wolforth, and J. Head

1998 *Archaeological, Historical, and Traditional Cultural Property Assessment for the Hawaii Defense Access Road A-AD-6(1) and Saddle Road (SR 200) Project: Districts of South Kohala, Hamakua, North Hilo and South Hilo, Island of Hawaii.* Prepared for Okahara and Associates, Inc., Kailua-Kona. Prepared by PHRI, Inc. Hilo.

Malo, D.

1971 *Hawaiian Antiquities.* Bernice P. Bishop Museum Special Publication 2 (Second edition). Bishop Museum Press, Honolulu.

Macdonald, G.A. and A.T. Abbott

1970 *Volcanoes in the Sea: The Geology of Hawaii.* The University Press of Hawai'i, Honolulu.

Macdonald, G.A., Agatin T. Abbott and Frank L. Peterson

1983 *Volcanoes in the Sea: The Geology of Hawaii*, 2nd edition. University of Hawai'i Press, Honolulu.

Maly K., and O. Maly

2002 *He Wahi Mo'olelo No Ka 'Āina A Me Nā 'Ohana O Waiki'i Ma Waikōloa (Kalana O Waimea, Kohala) A Me Ka 'Āina Mauna: A Collection of Traditions and Historical Accounts of the Lands and Families of Waiki'i at Waikōloa (Waimea Region, South Kohala), and the Mountain Lands, island of Hawai'i (TMK Overview Sheet 6-7-01).* Kumu Pono Associates. Hilo, HI.

McCoy, PC.

1991 *Subsistence in a 'Non-Subsistence' Environment: Factors of Production in a Hawaiian Alpine Desert Adze Quarry in Pacific Production systems: approaches to economic prehistory.* D. E. Yen and J.M.J. Mummery, Editors. Occasional Papers in Prehistory, No. 18, Australian National University, Canberra. pp. 85-114.

McEldowney, H.

1979 *Archaeological and Historical Literature Search and Research Design: Lava Flow Control Study, Hilo, Hawai'i.* Bishop Museum ms. 050879.

Reinman, F., and A.J. Schilz

1992 *Archaeological Data Recovery at the Multi-Purpose Range Complex Pohakuloa Training Area, Island of Hawaii, Hawaii.* Draft report submitted to the U.S. Army Engineer District, Honolulu, Fort Shafter, Hawai'i. Prepared by Ogden Environmental and Energy Services Co., Inc., Honolulu, Hawai'i.

Roberts, A.K.S., J. Robins, and A. Buffum

2004a *Archaeological Surveys of Proposed Training Area for the Stryker Brigade Combat Team, U.S. Army, Pohakuloa Training Area, Island of Hawai'i, Hawai'i, Contract No. DACA83-01-D-0013, Task Order No. 0007 (TMKs 4-4-16: 1, 5 and 6-7-1: 3).* Report prepared by Garcia and Associates for U.S. Army Corps of Engineers, Honolulu District.

Roberts, A.K.S., A. Buffum, R. Davies, and S. Williams

2004b *Archaeological Survey of Training Areas 5 and 21 and Eligibility Evaluations for Chill Glass Quarry Sites in the Vicinity of Redleg Trail (Range 10), U.S. Army Pohakuloa Training Area, Island of Hawaii, Hawaii.* Prepared by Garcia and Associates for the U.S. Army Corps of Engineers, Honolulu.

Roberts, A.K.S., S. Roberts, and M. Desilets

2004c *Archaeological Survey of Training Areas 1, 3, and 4, U.S. Army Pohakuloa Training Area, Island of Hawai'i, Hawai'i.* Prepared by Garcia and Associates for the U.S. Army Corps of Engineers, Honolulu.

Robins, J.J., T. Torres and S. Williams

2000 *Data Recovery of Archaeological Sites in Lands of 'Ouli (TMK:3-6-2-01:18, 74 & 75), South Kohala, Island of Hawai'i, Hawaii.* Ogden Environmental and Energy Services, Inc., Honolulu.

2001 *Archaeological Reconnaissance Survey and Monitoring in Support of the Defense Environmental Restoration Program of Formerly Used Defense Sites (DERP FUDS) Activities at the Former Waikoloa Maneuver Area, Ahupua'a of Kawaihae 2, 'Ouli, Lalamilo, Waikoloa and Pu'ukapu, South Kohala District, Hawaii Island, Hawaii.* Submitted to U.S. Army Engineer District, Honolulu by Ogden Environmental and Energy Services, Inc., Honolulu.

Shapiro, L., W.A. Shapiro and P.L. Cleghorn

1998 *Redleg Trail Archaeological Investigations for the Legacy Resource Management Program at Pohakuloa Training Area, Hawaii Island, Hawaii.* Report prepared by Biosystems Analysis, Inc. for U.S. Army Engineer District, Honolulu.

Shapiro, L. and P.L. Cleghorn

1998 *Archaeological Investigations of Two Work Areas for the Legacy Resource Management Program at Pohakuloa Training Area, Hawaii Island, Hawaii.* Report prepared by Biosystems Analysis, Inc. for U.S. Army Engineer District, Honolulu.

Shaw, R..B.

1997 *Rare Plant Communities of Pohakuloa Training Area.* Center for Ecological Management of Military Lands, Department of Forest Services, Colorado State University, Fort Collins, CO.

Sinton, J.

2004 Final Report: Pohakuloa Training Area Glass Quarry in K4 Flow, in *Archaeological Survey of Training Areas 5 and 21 and Eligibility Evaluations for Chill Glass Quarry Sites in the Vicinity of Redleg Trail (Range 10), U.S. Army Pohakuloa Training Area, Island of Hawaii, Hawaii* (2004b) Prepared by Garcia and Associates for the U.S. Army Corps of Engineers, Honolulu.

Streck, C.F., Jr.

1986 "Trip Report: Aerial Archaeology Reconnaissance Survey for the Revised Proposed Site for the Multi-Purpose Range Complex, Pohakuloa Training Area, Hamakua, Island of Hawai'i; 31 Mar–4 Apr 1986." Ms. on file at the U.S. Army Engineer District, Honolulu, Ft. Shafter, Hawai'i.

1992 *Prehistoric Settlement in the Upland Portions of the Island of Hawai'i.* New Zealand Journal of Archaeology Volume 14, Pp. 99-11. Report on file at the U.S. Army Engineer District, Honolulu, Ft. Shafter, Hawai'i.

Welch, D.

1993 *Archaeological Survey and Testing for the Saddle Road Improvement Project, Pohakuloa Area, Hawai'i Island, Hawai'i.*

Williams, S.

2002 *Final Report: Ecosystems Management Program, Cultural Resources Inventory Survey of Previously Unsurveyed Areas, Redleg Trail Vicinity, U.S. Army Pohakuloa Training Area (PTA), Hawai'i Island, Hawai'i.* Submitted to U.S. Army Engineer District, Honolulu by Ogden Environmental and Energy Services, Inc., Honolulu.

Williams, S., R. Nees, F. Reinman, J. Moniz-Nakamura, and L. Scott-Cummings

2002 *Final Report: Archaeological Reconnaissance Survey of U.S. Army Pohakuloa Training Area (PTA) for the U.S. Army Garrison, Hawaii, Ecosystems Management Program, Hawai'i Island, Hawai'i.* Submitted to U.S. Army Engineer District, Honolulu by Ogden Environmental and Energy Services, Inc., Honolulu.

Wolfe, E. W., and Morris, J.

1996 *Geologic Map of the Island of Hawaii*, U.S. Department of the Interior, U.S. Geological Survey.

Ziegler, A.C.

2003 Report on Identification of Faunal Material from GANDA PTA Project 2049, Site 19490 (13 May 2003) and Sites 21299, 23464, and 23626 (13 May 2003) (In *Appendix A* of current report).