# Enclosure 3

Garcia and Associates
146 Hekili St. Suite 101
Kailua, HI 96734

March 26, 2007

Loren Zulick
U.S. Army Engineer District, Honolulu
CEPOH-EC-E, Building 252
Fort Shafter, HI 96858-5440

Dear Mr. Zulick:

**SUBJECT: Site Visit to Pahoehoe Pit Features, Range 11T, Pōhakuloa Training Area, Hawai'i Island, Hawai'i.**

On 9 March, 2007 I visited Site 50-10-31-23621 on Range 11T at Pōhakuloa Training Area (PTA), Hawai'i Island. Also present were cultural monitor Naomi Leiola Mitchell, range planner Steve Lai, and PTA archaeologists Bill Godby and Julie Taomia. This letter report provides details of our visit as well as archaeologist and cultural monitor recommendations for protection of the site.

Several sites occur in the vicinity of Range 11T, although only one, Site 23621, lies within the Safety Danger Zone, or SDZ, and might possibly be impacted by use of the range (Attachment A). Site 23621 consists of a series of excavated pits in a pahoehoe lava flow. A total of 18 feature clusters, which include more than 80 individual pits, have been formally documented (Robins and Gonzàlez 2006:60–68). We visited Feature 18, which includes three pits within a 250 m² area (Robins and Gonzàlez 2006:68). A total of seven pits were observed on our site visit, and the newly identified pits will be recorded by PTA archaeologists at a later time.

The pits are various-sized openings in the pahoehoe flow with the cracked pahoehoe blocks that came from the opening scattered near each pit (Attachment B). Soil development is poor in the area, and just a few of the pits exhibited a soil interior, while the base of most pits was comprised solely of lava. The pits have been interpreted as traditional Hawaiian bird-catching features (Robins and Gonzàlez 2006:68), and bird bones were observed within one of the pits during our visit, although they were likely deposited naturally. Most of the pits, in fact, did not appear to be humanly modified, and only one exhibited rough stacking of the pahoehoe blocks. The cultural monitor believes that some of the pits might have functioned as bird-catching features and some might be natural features on the landscape.

The cultural monitor and I are in agreement that it is highly unlikely that the pits will be impacted by live fire at Range 11T. The pits are located at the eastern edge of the SDZ, not in the direct line of fire between the firing positions and the targets. However unlikely, it is possible that a stray bullet might veer toward the feature area. If this does occur, we believe that the pits are adequately protected by the natural topography. They are low on the ground, with most of the feature located below the ground surface, and

1

several of the pits are positioned behind natural berms that would shield them from impact.

The cultural monitor and I recommend minimally-invasive protection measures for these features to curtail further modification of the landscape. This might consist of draping the pits with target cloth to determine if stray bullets are entering the area. If it is determined that the features are being impacted, then more imposing protection measures should be put into place, such as erecting boulder mounds in front of the pits on the north side to shield them from any ammunition originating from the firing positions.

In sum, the archaeologist (myself) and cultural monitor (Mitchell) concur that the pit features of Site 50-10-31-23621 will not likely be impacted by live fire from Range 11T. We recommend minimally-invasive protection measures for the features.

Thank You,

Windy McElroy, MA
Senior Archaeologist
Garcia and Associates

Reference

Robins, Jennifer J. and Ana L. Gonzàlez 2006. *Phase II Archaeological Research of Proposed Battle Area Complex (BAX) & Anti-Armor Live Fire and Training Range (AALFTR) Training Areas for Stryker Brigade Combat Team (SBCT) U.S. Army Pohakuloa Training Area, Island of Hawai'i, Hawai'i (TMK 3-4-4-16:1)*. Prepared for the U.S. Army Engineer District, Honolulu by Garcia and Associates, Kailua, Hawai'i.



Attachment A: Locations of archaeological sites with relation to firing trajectories (courtesy of Bill Godby)

Attachment B: Example of a pit feature observed during the March 9, 2007 site visit.



4