EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`i
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
JAMES D. GETTE
BARRY A. WEINER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone:  (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAI`I
_____
                                   ) CIVIL NO.04-00502 DAE BMK
ILIO'ULAOKALANI COALITION, a       )
Hawaii, nonprofit corporation;     )
NA'IMI PONO, a Hawaii              )
unincorporated association; and    ) NOTICE OF FILING OF
KIPUKA, a Hawaii unincorporated    ) OF THIRD PERIODIC REPORT
association,                       ) DATED JULY 2, 2007;
                                   ) ATTACHMENTS "1" - "3";
                   Plaintiffs,     ) CERTIFICATE OF SERVICE
                                   )
        v.                         )
                                   )
ROBERT M. GATES, Secretary of      )
United States Department of        )
Defense; and FRANCIS J. HARVEY,    )
Secretary of the United States     )
Department of the Army,            )
                                   )
                   Defendants.     )
_____)
```

NOTICE OF FILING OF THIRD
PERIODIC PROGRESS REPORT DATED JULY 2, 2007

In its Order Setting Interim Injunction dated December 29, 2006, the Court ordered the United States Army("Army") to undertake additional mitigation measures related to training and construction projects associated with the transformation of the 2nd Brigade of the 25th Infantry into a Stryker Brigade Combat Team ("SBCT"). In its Order, the Court required the Army to periodically report on the status of specific mitigation measures and instructed the parties to confer on a proposed reporting schedule.

In accordance with the Court's Order and after consultation with Plaintiffs on an appropriate reporting schedule, the United States Army submitted its First Periodic Progress Report on March 30, 2007 and its Second Periodic Progress Report Relating to Range 11T on May 29, 2007.

In accordance with the Court's Order and agreement with Plaintiffs, the Army hereby submits the attached Third Periodic Progress Report. The parties have agreed that the Army will file

//
//
//
//
//
//

periodic progress reports quarterly hereafter.

Respectfully submitted this 2nd day of July, 2007.

```
                        EDWARD H. KUBO, JR. (2499)
                        United States Attorney
                        District of Hawai`I
                        HARRY YEE      (3790)
                        THOMAS HELPER  (5676)
                        Assistant United States Attorneys

                        /s/ James D. Gette by Harry Yee
                  By    _____
                        JAMES D. GETTE
                        BARRY A. WEINER
                        Trial Attorneys
                        United States Department of Justice
                        Environment & Natural Resources Division
                        Natural Resources Section
                        P.O. Box 663
                        Washington, D.C.  20044-0663
                        Telephone: (202) 305-0469
                        Facsimile:  (202) 305-0267
                        Email: barry.weiner@usdoj.gov


                        Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>　　　　　Defendants. | ) CIVIL NO.04-00502 DAE BMK<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served electronically on the following at his last known address:

　　David Henkin　　　dhenkin@earthjustice.org

　　Isaac H. Moriwake　imoriwake@earthjustice.org

　　Attorneys for Plaintiffs

　　DATED:　July 2nd, 2007, at Honolulu, Hawaii

　　　　　　　　　　　　　　/s/ Harry Yee
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Harry Yee
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　District of Hawai'i