

**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND, PACIFIC REGION
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

Office of the Commander

**Periodic Progress Report dated July 2, 2007**

## 1.0 INTRODUCTION

1.1 General. In its Order Setting Interim Injunction, dated December 29, 2006, the U.S. District Court for the District of Hawaii ordered the Army to undertake various mitigation measures related to training and construction projects associated with the Stryker Brigade Combat Team. The Court further ordered the Army to periodically report to the Court regarding their progress on certain of these measures. The Army filed its initial Periodic Report on March 30, 2007 and a Periodic Report limited to Range 11T on May 29, 2007. This report addresses all three reportable areas (R11T, SBCT Motor Pool, and East Range/Kahuku training areas). It also provides notification regarding implementation of Integrated Wildland Fire Management Plan (IWFMP) actions in the West PTA Acquisition Area (WPAA) and the South Range Acquisition Area (SRAA).

**2.0 STATUS** (As of June 15, 2007 unless otherwise noted)

2.1 SBCT Motor Pool: Mitigation measures are underway with site-specific BMPs in place and inspected/maintained weekly. All major actions are currently planned to be funded and completed in FY 2007. A summary of the implemented measures is presented in the table below.

| No. | Action | Location | Funded | Status |
|---|---|---|---|---|
| 1 | Install Drainage dissipaters and rip-rap | SBCT Motorpool | Yes | Completed. Inspected Weekly |
| 2 | Install Drainage Filters and Absorbent Packs | SBCT Motorpool | Yes | Design complete. Contract modification in progress. Anticipate Install by August 07 |
| 3 | Install Drainage Berm | SBCT Motorpool | Yes | Design/Contract modification in progress. Anticipate Install by August 07 |

| | | | | |
|---|---|---|---|---|
| 4 | Install Sediment Catch Basins | SBCT Motorpool | Yes | Completed |
| 5 | Install Rolled Gutter Fabric | SBCT Motorpool | Yes | Contract Modification in Progress. Anticipate Install by August 07 |
| 6 | Install Erosion Control of Open Area | SBCT Motorpool | Yes | Completed |
| 7 | Install Landscaping and Grassing | SBCT Motorpool | Yes | Completed. Maintained Monthly. Woodchips and mulch provided as secondary barrier. |
| 8 | Install Perimeter Silt Curtain | SBCT Motorpool | Yes | Completed |
| 9 | Install Berms and Layered Silt Fence | SBCT Motorpool | Yes | Completed |
| 10 | Install Dust Fence / Provide Dust Mitigation | SBCT Motorpool | Yes | Completed |
| 11 | Install Six (6) Rows of Silt Fence by Sediment Dams | SBCT Motorpool | Yes | Completed |
| 12 | Staging / Temporary Fuel Farm | SBCT Motorpool | Yes | Completed |
| 13 | Stabilize Construction Entrance | SBCT Motorpool | Yes | Completed |

2.2  Range 11T: (As of June 25, 2007)

2.2.1  Modifications at R11T have been completed and mitigation measures have been implemented in accordance with the Site Protection Plan. Archaeological and cultural monitoring was conducted for all ground disturbing activity associated with construction of the range to ensure that the construction did not impact archaeological resources. No surface or subsurface cultural resources were disturbed during construction (see attachment 1). MGS gunnery began at Range 11T on June 17, 2007 and is expected to be completed on June 29, 2007.

2.3  EAST RANGE. Following is a description of work that has been completed and/or is on-going at East Range since March 16, 2007. These locations are identified on the East Range map at Attachment 2.

2.3.1  ER Road Section #1. This section of road encompasses three areas.

2.3.1.1 Area #1: Located along the stretch of road before the bridge, the complete section of road was replaced. Work included placement of sub-base, geo-tech and surge rock. In addition, the hillside at the apex of the road was re-angled to diminish soil erosion and was blanketed and hydromulched to encourage revegetation of the area. This area was also widened to better accommodate width requirements of the Stryker vehicle. Existing broad-based drainage diversion (BBDD) in this area was replaced and a new BBDD was created. Hardened headwalls for both drainages were constructed to ensure BMP longevity and effectiveness.

2.3.1.2 Areas #2 and #3: Here two settling ponds, before and after the bridge, were replaced and re-surged to more effectively capture sediment and eliminate point discharge into stream.

2.3.2 ER Road Section #2. This section of road is along the Stryker Red Route for driver's training and has had saturation issues due to a swamp/marsh environment directly up-gradient. Within this area the road was completely replaced from the sub-base up. Recycled concrete and geo-tech grid with +6" rock were placed within the sub-base of the entire road section to promote porosity and hydrologic movement through the road base. The road was also raised to promote quick removal of road borne water and channel flow to BBDDs. Existing BBDD was re-angled for more effective water removal and an additional BBDD was added to redirect some of the outflow. Disturbed soil was covered with erosion control blankets and re-seeded.

2.3.3 ER Road Section #3. This section of road was re-graded and the deepest ruts filled permitting training to continue safely. Mitigation is still in progress.

2.3.4 ER Road Section #5. This section of road was re-graded and re-surged. Both of the existing BBDDs were re-armored to ensure their stability and effectiveness. Road drainage swales were also armored with surge, again to ensure their stability and effectiveness. Mitigation is still in progress.

2.3.5 ER Road Section #7. This section of road was graded and compacted. Existing BBDDs were maintained. A plan is in place to re-armor BBDDs upon availability of rock. Mitigation is still in progress.

2.3.6 Additionally, many of the existing kickouts and BBDDs throughout the East Range have been re-seeded and protected with erosion control blanketing.

2.4 Kahuku Training Area (KTA) Following is a description of work that has been completed and/or is on-going at KTA since March 16, 2007. These locations are identified on KTA map at Attachment 3.

2.4.1 KTA Road Section B, Area 2. This section of road encompasses the entire road segment within training area B. This section of road had been rehabilitated prior to March 16, 2007, but was later damaged and has been completed back to compliance standards. Existing BBDDs within this section of road have been upgraded and hardened. Hardened headwalls have also been installed to ensure effective water flow away from the road.

2.4.2 KTA Road Section C, Area #2. This section of road is currently in its final stages and will be completed shortly. Within this road segment, settling ponds, armored drainage ditches and four BBDDs (two on each upslope) have been installed. The road has also been re-contoured to channel water away from road.

2.4.3 KTA Road Section A, Area #1. This section of road had vegetation and trees removed to increase evaporation from road. The road was also re-contoured to redirect water flow away from the road to promote general dry road conditions. Four BBDDs with three armored headwalls were also installed to redirect water flow away from the road. Mitigation is still in progress.

2.4.4 KTA Road Section A, Area #2. This section of road was completely re-contoured to redirect water flow away from the road to increase evaporation from road. Four (4) BBDDs were cut and compacted; drainage swales were added along the road and surge rock placed at all points as deemed necessary. Mitigation is still in progress.

2.4.5 KTA Road Section B, Area #3. Existing BBDDs have been upgraded and surge placed as deemed necessary and as available. Mitigation is still in progress.

2.4.6 KTA Road Section C, Area #3. Along this section of road, BBDDs were either upgraded or cut, a washout was re-stabilized, the entire stretch of road was regraded and re-shaped and vegetation removed to improve evaporation. As rock was available, surge was placed. Mitigation is still in progress.

**3.0 Implementation of IWFMP.**

3.1 Background. Consistent with the Court's December 29, 2006 Order Setting Interim Injunction, the Army will implement aspects of the Integrated Wildland Fire Management Plan (IWFMP) at WPAA and SRAA during the next several months.

3.2 The following IWFMP activities are currently programmed for WPAA.

3.2.1 Dip Tanks. Construct three Fire Suppression Dip Tanks (FSDTs) in the vicinity of the following grid coordinates: Tank # 1 (N 19 54.169/W155 40.622), Tank # 2 (19 50.293/W 155 43.989), and Tank # 3 (N 19 49.392/W 155 40.539. Each tank within

the FSDT network will be co-located with an existing cattle watering storage tank at specific sites designated by PTA Federal Fire Department. A FSDT water refill system using the Parker Ranch stock watering storage tank system shall be developed and incorporated into each FSDT. Refill, float, supply and discharge plumbing shall be constructed on the exterior of the FSDT. Plumbing lines and components will be reinforced to protect from damage during helicopter dip bucket operations. A removable fabric tank cover with removable cover supports shall also be included. All FSDT's shall be constructed on a reinforced concrete slab.

3.2.2 Helipads. A helicopter pad shall be included adjacent to each FSDT site. Each pad will be approximately 25 feet by 40 feet and will be constructed of reinforced concrete.

3.2.3 Access Road and other Site Improvements for Fire Suppression Dip Tank #3. Establish an approximately three mile long access road to FSDT site #3 with a minimum nominal width of 12 feet. Specific methods including watering and fabric stabilization shall be employed as necessary to ensure proper compaction and stabilization of the roadbed when encountering ash soils. No less than six inches of aggregate shall be emplaced to ensure a durable driving surface.

3.2.4 Additional Site Improvements. Perform repairs and upgrades to the existing Stock Watering System along the FSDT #3 Access route and at each FSDT site to ensure an operational FSDT with a constant supply of make-up water to maintain an initial minimum of 75,000 gallons in each tank for emergency fire fighting. Install ancillary plumbing and a re-supply system for all FSDT's. Existing stock watering pipelines at each FSDT site, pipelines transected by access routes or along the routes shall be replaced with a durable polyethylene piping system similar to "Driscopipe." All piping will be routed to protect it from damage from maneuvering vehicles.

3.3 The following IWFMP activities are currently programmed for SRAA.

3.3.1 Acquisition and installation of a Remote Automated Weather Station. This station will closely monitor weather conditions(temperature, relative humidity, wind speed and direction, fuel moisture, and precipitation.) Seasonal weather patterns and microclimates are essential to predicting fire behavior in the pre suppression planning process. The RAWS shall be located on the southeast side of QTR2. Only minor site preparation shall be needed. Grass cutting and debris removal shall be conducted by Army Fire personnel. No grading, digging, or leveling is required.

3.3.2 Fire Access Road/Fuel Modification. One fire access road is required and planned for SRAA. This road will start at Kolekole road and following existing roads, the fire access road shall be roughly 3800 meters long and 6 meters wide. Construction shall involve almost exclusively upgrading/widening of the existing

roads in non native forest and shrub lands. There are also a number of existing interior roads that will serve as firebreaks during fire suppression. The fuel modification shall include vegetation and brush removal to meet the 10-20-30 standard which has been authorized for use by the USFWS. The 10-20-30 standard requires that there be 10 ft. of stubble height vegetation with a traversable and suitably surfaced 20 ft. section, followed by an additional 30 ft. stubble vegetation section. This will not preclude better engineering criteria, but shall serve as a minimum standard.

Matthew T. Margotta
Colonel, U.S. Army
Commanding

Enclosures