# Attachment "1"

GARCIA AND ASSOCIATES          1 SAUNDERS AVENUE          PHONE 415.458.5803
                               SAN ANSELMO, CA 94960      FAX 415.458.5829

June 14, 2007

Loren Zulick
U.S. Army Engineer District, Honolulu
CEPOH-EC-E, Building 252
Fort Shafter, HI 96858-5440

**RE: Notification of completion of field work for archaeological and cultural monitoring for construction of Range 11Tango, Pōhakuloa Training Area, Hawaiʻi Island, Hawaiʻi.**
*Contract No. W9128A-05-D-0007, Task Order No. 0003*

Dear Mr. Zulick:

Archaeological and cultural monitoring for construction of Range 11Tango (11T) at Pōhakuloa Training Area (PTA), Hawaiʻi Island is complete as of May 30, 2007. Archaeological and cultural monitoring was conducted for all ground disturbing activity associated with construction of the range to ensure that the construction did not impact archaeological resources. Monitors were on site from January 30, 2007 to May 30, 2007. Leinaʻala Benson served as the archaeological monitor while Leiola Mitchell served as the cultural monitor.

Ground disturbing activity included UXO clearance, road widening and maintenance, stockpiling, compacting, grading, and minimal bulldozer pushing. During the course of archaeological monitoring no archaeological sites, features, or cultural material were disturbed. Soil development was poor in the project site, with basalt being the primary material exposed.

In summary, archaeological and cultural monitoring took place for all ground disturbing activity for the construction of Range 11T at PTA. No surface or subsurface cultural resources were disturbed during construction.

If you have any questions, I can be reached at the Garcia and Associates office (262-1387) or by email at wmcelroy@garciaandassociates.com.

Thank you,

*Windy McElroy*

Windy McElroy
Senior Archaeologist
Garcia and Associates


GANDA

Attachment "1"