# Attachment "2"



Attachment "2"