# Attachment "3"



Attachment "3"