
cc: DAE
BMK
cem's

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 28 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; et al.,

Plaintiffs - Appellants,

v.

PETE GAREN, Acting Secretary of the United States Department of the Army; et al.,

Defendants - Appellees.

No. 07-15334

D.C. No. CV-04-00502-DAE
District of Hawaii, Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

The appellants' motion for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 6.25

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 28 2007

by
Deputy Clerk