INTERNAL USE ONLY: Proceedings include all events.
07-15334 'Ilio'ulaokalani, et al v. Gates, et al

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>FAX 808/521-6841<br>808/599-2436<br>Suite 400<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND<br>223 South King Street<br>Honolulu, HI 96813 |
| NA 'IMI PONO, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KIPUKA, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| FRANCIS J. HARVEY, Dr., Secretary of the United Staes Department of the Army<br>    Defendant - Appellee | Michael T. Gray, Esq.<br>FAX 202/353-1873<br>202/305-4903<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Thomas Sansonetti, Asst. Aty. Gen.<br>FAX 202/514-5671<br>[COR LD gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin |

INTERNAL USE ONLY: Proceedings include all events.
07-15334 'Ilio'ulaokalani, et al v. Gates, et al

```
                                    Station
                                    Washington, DC 20044-7611

                                    Thomas L. Sansonetti, Esq.
                                    FAX 202/305-0202
                                    202/305-0340
                                    [COR LD NTC gov]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Environment & Natural Resources
                                    Div.
                                    P.O. Box 4390
                                    Washington, DC 20044-4390

                                    Barry A. Weiner, Esq.
                                    FAX 202/305-0202
                                    202/305-0469
                                    [COR LD NTC gov]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Environment & Natural Resources
                                    Division
                                    P.O. Box 663
                                    Washington, DC 20044-0663

ROBERT M. GATES, Secretary of       Thomas A. Helper, Esq.
United States Department of         808/541-2850
Defense                             Suite 6-100
     Defendant - Appellee           [COR LD NTC gov]
                                    Harry Yee
                                    (See above)
                                    [COR LD NTC gov]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850

                                    Thomas Sansonetti, Asst. Aty.
                                    Gen.
                                    FAX
                                    202/514-2701
                                    [COR LD NTC gov]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Environment & Natural Resources
                                    Div.
                                    P.O. Box 4390
                                    Washington, DC 20044-4390

                                    Barry A. Weiner, Esq.
                                    (See above)
                                    [COR LD NTC gov]
```