


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24
1:25 pm
DISTRICT OF HAWAII

July 17, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-15915 | 'Ilio'ulaokalani v. Rumsfeld | CV-04-00502-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
                                                          NOAT GENWAT
                                                                    i

INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al

'ILIO'ULAOKALANI COALITION, a        David L. Henkin, Esq.
Hawaii nonprofit corporation         FAX 808/521-6841
     Plaintiff - Appellant           808/599-2436
                                     Suite 400
                                     [COR LD NTC ret]
                                     EARTHJUSTICE LEGAL DEFENSE FUND
                                     223 South King Street
                                     Honolulu, HI 96813

NA 'IMI PONO, a Hawaii               David L. Henkin, Esq.
unincorporated association           (See above)
     Plaintiff - Appellant           [COR LD NTC ret]

KIPUKA, a Hawaii                     David L. Henkin, Esq.
unincorporated association           (See above)
     Plaintiff - Appellant           [COR LD NTC ret]

   v.

DONALD H. RUMSFELD, Secretary        Kathryn E. Kovacs, Esq.
of Defense                           FAX 202/514-8865
     Defendant - Appellee            202/514-4010
                                     [COR LD NTC usa]
                                     Michael T. Gray, Esq.
                                     FAX 202/353-1873
                                     202/305-4903
                                     [COR LD NTC usa]
                                     DOJ - U.S. DEPARTMENT OF
                                     JUSTICE
                                     Environment & Natural Resources
                                     Division
                                     P.O. Box 23795, L'Enfant Plaza
                                     Station
                                     Washington, DC 20026-3795

                                     Harry Yee
                                     FAX 808/541-3808
                                     808/541-2850
                                     Suite 6-100
                                     [COR LD NTC aus]
                                     USH - OFFICE OF THE U.S.
                                     ATTORNEY
                                     PJKK Federal Building
                                     300 Ala Moana Blvd.
                                     P.O. Box 50183
                                     Honolulu, HI 96850

                                     Thomas Sansonetti, Asst. Aty.
                                     Gen.
                                     FAX
                                     202/514-5671
                                     [COR LD gov]
                                     DOJ - U.S. DEPARTMENT OF
```

INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al

                              JUSTICE
                              Environmental Enforcement
                              Section
                              P.O. Box 7611, Ben Franklin
                              Station
                              Washington, DC 20044-7611

                              Thomas L. Sansonetti, Esq.
                              FAX 202/305-0202
                              202/305-0340
                              [COR LD NTC gov]
                              DOJ - U.S. DEPARTMENT OF
                              JUSTICE
                              Environment & Natural Resources
                              Div.
                              P.O. Box 4390
                              Washington, DC 20044-4390

                              Barry A. Weiner, Esq.
                              FAX 202/305-0202
                              202/305-0469
                              [COR LD NTC gov]
                              DOJ - U.S. DEPARTMENT OF
                              JUSTICE
                              Environment & Natural Resources
                              Division
                              P.O. Box 663
                              Washington, DC 20044-0663

LES BROWNLEE, Acting Secretary
of the United States
Department of the Army
    Defendant

FRANCIS J. HARVEY, Dr.,          Michael T. Gray, Esq.
Secretary of the United Staes    (See above)
Department of the Army             [COR LD NTC usa]
    Defendant - Appellee
                                Harry Yee
                                (See above)
                                [COR LD NTC aus]

                                Thomas Sansonetti, Asst. Aty.
                                Gen.
                                (See above)
                                [COR LD gov]

                                Thomas L. Sansonetti, Esq.
                                (See above)
                                [COR LD NTC gov]

                                Barry A. Weiner, Esq.
                                (See above)
                                [COR LD NTC gov]