CV04-502 DAE

FILED
OCT 16 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 24 2007

at 1 o'clock and 25 min. P M
SUE BEITIA, CLERK

Form 10. Bill of Costs

United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

'Ilio'ulaokalani Coalition, et al v. Donald L. Rumsfeld, et al. CA No. 05-15915

The Clerk is requested to tax the following costs against: Donald L. Rumsfeld, et al.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record * | 7 | 826 | .0786 | 454.26 | | | | |
| Appellant's Brief | 19 | 102 | .0763 | 147.90 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 18 | 50 | .10 | 90.00 | | | | |
| | | | TOTAL | $692.16 | | | TOTAL | $692.16 |

* Please note that page and cost totals for excerpts include both the initial excerpts filed with the opening brief and supplemental excerpts filed with the reply brief pursuant to Circuit Rule 30-1.8(a).

Form 10. Bill of Costs - *Continued*

<u>Other:</u>  Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, David Henkin , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signature]_
Date: October 13, 2006

Name of Counsel (printed or typed): David Henkin
Attorney for: Appellants 'Ilio'ulaokalani Coalition, et al.

---

Date: 7/17/07   Costs are taxed in the amount of $ 692.16

Clerk of Court
By _[signature]_ Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 19 2007

by _[signature]_
Deputy Clerk

## PROOF OF SERVICE

The undersigned hereby certifies that, on October 13, 2006, a true and correct copy of the foregoing document was duly served on the following as indicated:

> MICHAEL T. GRAY
> United States Department of Justice
> Environment & Natural Resources Division
> Appellate Section
> PHB Mailroom 2121                    FEDERAL EXPRESS
> 601 D Street, N.W.
> Washington, D.C. 20004
> Telephone: (202) 305-4903
>
> Attorney for Defendants-Appellees

DATED:   Honolulu, Hawai'i, October 13, 2006.

_____
DAVID L. HENKIN
Attorney for Plaintiffs-Appellants