ORIGINAL

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2007

at __1__ o'clock and __25__ min. __PM__
SUE BEITIA, CLERK

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation; et al., | No.  05-15915 |
| | D.C. No.  CV-04-00502-DAE |
| Plaintiffs - Appellants, | |
| v. | **JUDGMENT** |
| DONALD H. RUMSFELD, Secretary of Defense; et al., | |
| Defendants - Appellees, | |
| and | |
| LES BROWNLEE, Acting Secretary of the United States Department of the Army, | |
| Defendant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**.

Filed and entered 10/05/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 9 2007

by:
Deputy Clerk