


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 24
1:25 pm
DISTRICT OF HAWAII

July 17, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-15915 | 'Ilio'ulaokalani v. Rumsfeld | CV-04-00502-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel

NOAT GENAT3
i

INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al

| | |
|---|---|
| 'ILIO'ULAOKALANI COALITION, a Hawaii nonprofit corporation<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>FAX 808/521-6841<br>808/599-2436<br>Suite 400<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND<br>223 South King Street<br>Honolulu, HI 96813 |
| NA 'IMI PONO, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KIPUKA, a Hawaii unincorporated association<br>    Plaintiff - Appellant | David L. Henkin, Esq.<br>(See above)<br>[COR LD NTC ret] |

    v.

| | |
|---|---|
| DONALD H. RUMSFELD, Secretary of Defense<br>    Defendant - Appellee | Kathryn E. Kovacs, Esq.<br>FAX 202/514-8865<br>202/514-4010<br>[COR LD NTC usa]<br>Michael T. Gray, Esq.<br>FAX 202/353-1873<br>202/305-4903<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Thomas Sansonetti, Asst. Aty. Gen.<br>FAX 202/514-5671<br>[COR LD gov]<br>DOJ - U.S. DEPARTMENT OF |

```
INTERNAL USE ONLY: Proceedings include all events.
05-15915 'Ilio'ulaokalani, et al v. Rumsfeld, et al
```

|  |  |
|---|---|
|  | JUSTICE<br>Environmental Enforcement<br>Section<br>P.O. Box 7611, Ben Franklin<br>Station<br>Washington, DC 20044-7611<br><br>Thomas L. Sansonetti, Esq.<br>FAX 202/305-0202<br>202/305-0340<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Environment & Natural Resources<br>Div.<br>P.O. Box 4390<br>Washington, DC 20044-4390<br><br>Barry A. Weiner, Esq.<br>FAX 202/305-0202<br>202/305-0469<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Environment & Natural Resources<br>Division<br>P.O. Box 663<br>Washington, DC 20044-0663 |
| LES BROWNLEE, Acting Secretary<br>of the United States<br>Department of the Army<br>    Defendant |  |
| FRANCIS J. HARVEY, Dr.,<br>Secretary of the United Staes<br>Department of the Army<br>    Defendant - Appellee | Michael T. Gray, Esq.<br>(See above)<br>[COR LD NTC usa]<br><br>Harry Yee<br>(See above)<br>[COR LD NTC aus]<br><br>Thomas Sansonetti, Asst. Aty.<br>Gen.<br>(See above)<br>[COR LD gov]<br><br>Thomas L. Sansonetti, Esq.<br>(See above)<br>[COR LD NTC gov]<br><br>Barry A. Weiner, Esq.<br>(See above)<br>[COR LD NTC gov] |