<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**<u>Served Electronically through CM/ECF</u>:**

| | | |
|---|---|---|
| BARRY A. WEINER | Barry.Weiner@usdoj.gov | September 26, 2007 |
| THOMAS A. HELPER | Tom.Helper@usdoj.gov | September 26, 2007 |
| HARRY YEE | harry.yee@usdoj.gov | September 26, 2007 |

DATED:   Honolulu, Hawai'i, September 26, 2007.

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs