

**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND, PACIFIC REGION
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

Office of the Commander

**Periodic Progress Report dated October 1, 2007**

## 1.0 INTRODUCTION

1.1 General. In its Order Setting Interim Injunction, dated December 29, 2006, the U.S. District Court for the District of Hawaii ordered the Army to undertake various mitigation measures related to training and construction projects associated with the Stryker Brigade Combat Team. The Court further ordered the Army to periodically report to the Court regarding their progress on certain of these measures. The Army has filed Periodic Reports on March 30, May 29 (limited to Range 11T) and July 2, 2007. This report addresses all three reportable areas (R11T, SBCT Motor Pool, and East Range/Kahuku training areas).

## 2.0 STATUS (As of September 15, 2007 unless otherwise noted)

2.1 SBCT Motor Pool: Mitigation measures have all been implemented and are inspected/maintained weekly. A summary of the implemented measures is presented in the table below.

| No. | Action | Location | Funded | Status |
|---|---|---|---|---|
| 1 | Install Drainage dissipaters and rip-rap | SBCT Motorpool | Yes | Completed. |
| 2 | Install Drainage Filters and Absorbent Packs | SBCT Motorpool | Yes | Completed. |
| 3 | Install Drainage Berm | SBCT Motorpool | Yes | Completed. |
| 4 | Install Sediment Catch Basins | SBCT Motorpool | Yes | Completed. |
| 5 | Install Rolled Gutter Fabric | SBCT Motorpool | Yes | Completed. |
| 6 | Install Erosion Control of Open | SBCT Motorpool | Yes | Completed |

|    | Area                                              |                  |     |            |
|----|---------------------------------------------------|------------------|-----|------------|
| 7  | Install Landscaping and Grassing                  | SBCT Motorpool   | Yes | Completed. |
| 8  | Install Perimeter Silt Curtain                    | SBCT Motorpool   | Yes | Completed  |
| 9  | Install Berms and Layered Silt Fence              | SBCT Motorpool   | Yes | Completed  |
| 10 | Install Dust Fence / Provide Dust Mitigation      | SBCT Motorpool   | Yes | Completed  |
| 11 | Install Six (6) Rows of Silt Fence by Sediment Dams | SBCT Motorpool | Yes | Completed  |
| 12 | Staging / Temporary Fuel Farm                     | SBCT Motorpool   | Yes | Completed  |
| 13 | Stabilize Construction Entrance                   | SBCT Motorpool   | Yes | Completed  |

2.2 Range 11T:

2.2.1 Modifications at R11T have been completed and mitigation measures have been implemented in accordance with the Site Protection Plan. Archaeological and cultural monitoring was conducted for all ground disturbing activity associated with construction of the range to ensure that the construction did not impact archaeological resources. No surface or subsurface cultural resources were disturbed during construction. MGS gunnery began at Range 11T on June 17, 2007 and was completed on June 25, 2007.

2.3 EAST RANGE. During this reporting period mitigation resources were directed toward the Kahuku Training Area instead of East Range, which had received the initial priority of effort. We focused our efforts toward KTA because once the rainy season begins, we will be able to accomplish very little, if any, mitigation work there. A new task order to continue work at East Range has been approved and will be awarded as fiscal year 2008 funds become available.

2.4 Kahuku Training Area (KTA) Following is a description of work that has been completed and/or is on-going at KTA since June 16, 2007. These locations are identified on KTA map at Attachment 1.

2.4.1 KTA Road Section A, Area #1. Much of the road has been re-graded, new BBDDs have been added and existing BBDDs upgraded as rock becomes available. Mitigation is still in progress.

2.4.2 KTA Road Section A, Area #3. The trail has been re-graded and widened and can now be traversed. Mitigation is still in progress.

2.4.3 KTA Road Section A, Area #4. Vegetation was removed and the entire area re-graded. Mitigation is still in progress.

2.4.4 KTA Road Section B, Area #3. This section of road has been completed. Existing BBDDs and headwalls have been upgraded and new BBDDs added as necessary. Steep sections of the road have been crowned to keep water off the road and adjacent drainage has been upgraded to ensure water is channeled from the road into proper drainage network.

2.4.5 KTA Road Section C, Area #1. This section of road has been completed. The road has been widened and drainage network implemented with hardened BBDDs and accompanying headwalls.

2.4.6 KTA Road Section C, Area #3. This section of road has been completed. The road was widened as necessary, drainage was implemented with BBDDs and one culvert placed at appropriate locations. The road was hardened and crown rounded at many points to ensure effective removal of water from the road. Road-side vegetation has also been removed to encourage quick evaporation of any remaining water.

2.4.7 KTA Road Section C, Area # 4. This section of road is approximately half completed. The road has been widened, re-graded and rock is currently being dropped. Drainage BBDDs have been marked and the road-side drainage network has been dug. Road-side vegetation is being removed at pace with road construction. Mitigation is still in progress.

2.4.8 KTA Road Section D. This entire section of road has been completed. The road has been completely re-graded, hardened, and crowned where necessary. Hardened BBDDs and headwalls have been added at appropriate locations and all existing drainage has been upgraded.

Matthew T. Margotta
Colonel, U.S. Army
Commanding

Enclosures



Figure 1. Kahuku Range Court Compliance, Prepared By ITAM/GIS, September 18 2007