EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`I
HARRY YEE      (3790)
THOMAS HELPER  (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army,<br><br>Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>NOTICE OF FILING OF FIFTH PERIODIC PROGRESS REPORT DATED DECEMBER 31,2007; ATTACHMENT 1; and CERTIFICATE OF SERVICE |

## NOTICE OF FILING OF FOURTH PERIODIC PROGRESS REPORT
## DATED DECEMBER 31, 2007

In its Order Setting Interim Injunction dated December 29, 2006, the Court ordered the United States Army("Army") to undertake additional mitigation measures related to training and construction projects associated with the transformation of the 2nd Brigade of the 25th Infantry into a Stryker Brigade Combat Team ("SBCT"). In its Order, the Court required the Army to periodically report on the status of specific mitigation measures and instructed the parties to confer on a proposed reporting schedule.

In accordance with the Court's Order and after consultation with Plaintiffs on an appropriate reporting schedule, the parties agreed that the United States Army would submit its First Periodic Progress Report on March 30, 2007, its Second Periodic Progress Report Relating to Range 11T on May 29, 2007, its Third Periodic Progress Report on July 2, 2007, and subsequent periodic progress reports would be submitted on a quarterly basis. In accordance with the Court's Order and agreement with Plaintiffs, the Army hereby submits the attached Fifth Periodic Progress Report dated December 31, 2007.

Respectfully submitted this 31st day of December, 2007.

        EDWARD H. KUBO, JR. (2499)
        United States Attorney
        District of Hawai`I
        HARRY YEE        (3790)
        THOMAS HELPER   (5676)
        Assistant United States Attorneys

        RONALD J. TENPAS
        Assistant Attorney General

By   /s/Barry Weiner
        BARRY A. WEINER
        JAMES D. GETTE
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Telephone: (202) 305-0469
        Facsimile:  (202) 305-0274
        Email: barry.weiner@usdoj.gov


        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br>              Plaintiffs, <br><br>         v. <br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br>              Defendants. | CIVIL NO.04-00502 DAE BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the Defendants' Fourth Periodic Progress Report dated December 31, 2007 was served electronically on the following at his last known address:

   David Henkin          dhenkin@earthjustice.org

   Isaac H. Moriwake     imoriwake@earthjustice.org

   Attorney for Plaintiffs

Case 1:04-cv-00502-DAE-BMK   Document 253   Filed 12/31/2007   Page 5 of 5

DATED:   December 31, 2007, at Washington, D.C.

> /s/ Barry A. Weiner
> Barry A. Weiner
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C.  20044-0663
> Telephone: (202) 305-0469
> Facsimile:  (202) 305-0274
> Email: barry.weiner@usdoj.gov