

**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND, PACIFIC REGION
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
SCHOFIELD BARRACKS, HAWAII 96857-5000

Office of the Commander

**Periodic Progress Report dated December 31, 2007**

**1.0 INTRODUCTION**

1.1 General. In its Order Setting Interim Injunction, dated December 29, 2006, the U.S. District Court for the District of Hawaii ordered the Army to undertake various mitigation measures related to training and construction projects associated with the Stryker Brigade Combat Team. The Court further ordered the Army to periodically report to the Court regarding their progress on certain of these measures. The Army has filed Periodic Reports on March 30, May 29 (limited to Range 11T), July 2 and October 1, 2007. This report addresses all three reportable areas (R11T, SBCT Motor Pool, and East Range/Kahuku training areas).

**2.0 STATUS** (As of December 15, 2007 unless otherwise noted)

2.1 SBCT Motor Pool: As described in detail in our October 1, 2007 report, mitigation measures have all been implemented and are inspected/maintained weekly. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this project unless there are relevant new developments.

2.2 Range 11T: As described in detail in our October 1, 2007 report, mitigation measures have all been implemented and MGS gunnery was completed. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this project unless there are relevant new developments.

2.3 East Range (ER). Following is a description of work that has been completed and/or is on-going at ER since September 15, 2007. These locations are identified on the ER map at Attachment 1.

2.3.1 ER Road Section 3. This section has been either upgraded or completely rebuilt. The drainage network has been armored, kickouts have been placed where feasible, new armored broad-based drainage diversions (BBDDs) have been added and the existing settling basin has been upgraded. The bridge was cleaned off and armored at both ends. Minor details still require attention. Mitigation is still in progress.

2.3.2  ER Road Section 4.  Bridges have been cleaned off and armored at both ends. Armored settling basins have been placed on both sides of the stream.  Mitigation is still in progress.

2.3.3  ER Road Section 5.  This section of road has been completed.  A final surface cap was emplaced and compacted, ingress and egress access points to the training areas have been marked and drainage has been upgraded.

2.3.4  ER Road Section 6.  This section of road has been completed.  The road was re-graded to remove pot-holes and rills; low-lying areas were filled-in and compacted.

2.3.5  ER Road Section 7.  This section of road has been completed.  The road has been re-graded and re-surfaced where needed.

2.4  Kahuku Training Area (KTA)  Following is a description of work that has been completed and/or is on-going at KTA since September 15, 2007.  These locations are identified on the KTA map at Attachment 2.

2.4.1  KTA Road Section A, Area #1.  This section of road has been completed. Rock has been added where needed and the drainage network has been upgraded and lengthened.

2.4.2  KTA Road Section A, Area #3.  This section of road has been completed. Kickouts have been placed in appropriate locations and water is being diverted off of the road into buffered areas.

2.4.3  KTA Road Section A, Area #4.  This area has been completed.  Drainage has been improved by diverting water from the area into buffered areas.

2.4.4  KTA Road Section C, Area #4.  This section of road has been completed.  The road has been upgraded and/or re-built.  Culverts, armored drainage BBDDs with headwalls, kickouts and settling basins have been placed where appropriate.  Road-side vegetation has been removed.

Matthew T. Margotta
Colonel, U.S. Army
Commanding

Enclosures


Figure 1. East Range Court Compliance. Prepared By ITAM/GIS, December 12, 2007.



Figure 2. Kahuku Range Court Compliance. Prepared By ITAM/GIS, December 12, 2007.