EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawai`I
HARRY YEE       (3790)
THOMAS HELPER   (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO.04-00502 DAE BMK <br><br> NOTICE OF FILING OF SIXTH PERIODIC PROGRESS REPORT DATED MARCH 31,2008; ATTACHMENT 1; and CERTIFICATE OF SERVICE |

## **NOTICE OF FILING OF SIXTH PERIODIC PROGRESS REPORT**
## **DATED MARCH 31, 2008**

In its Order Setting Interim Injunction dated December 29, 2006, the Court ordered the United States Army("Army") to undertake additional mitigation measures related to training and construction projects associated with the transformation of the 2nd Brigade of the 25th Infantry into a Stryker Brigade Combat Team ("SBCT"). In its Order, the Court required the Army to periodically report on the status of specific mitigation measures and instructed the parties to confer on a proposed reporting schedule.

In accordance with the Court's Order and after consultation with Plaintiffs on an appropriate reporting schedule, the parties agreed that the United States Army would submit its First Periodic Progress Report on March 30, 2007, its Second Periodic Progress Report Relating to Range 11T on May 29, 2007, its Third Periodic Progress Report on July 2, 2007, and subsequent periodic progress reports would be submitted on a quarterly basis. In accordance with the Court's Order and agreement with Plaintiffs, the Army hereby submits the attached Sixth Periodic Progress Report dated March 31, 2008.

Respectfully submitted this 31st day of March, 2008,

                EDWARD H. KUBO, JR. (2499)
                United States Attorney
                District of Hawai`I
                HARRY YEE      (3790)
                THOMAS HELPER  (5676)
                Assistant United States Attorneys

                RONALD J. TENPAS
                Assistant Attorney General

    By   /s/Barry Weiner
                BARRY A. WEINER
                JAMES D. GETTE
                Trial Attorneys
                United States Department of Justice
                Environment & Natural Resources Division
                Natural Resources Section
                P.O. Box 663
                Washington, D.C.  20044-0663
                Telephone: (202) 305-0469
                Facsimile: (202) 305-0274
                Email: barry.weiner@usdoj.gov


                Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO.04-00502 DAE BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the Defendants' Sixth Periodic Progress Report dated March 31, 2008 was served electronically on the following at his last known address:

    David Henkin        dhenkin@earthjustice.org

    Isaac H. Moriwake    imoriwake@earthjustice.org

    Attorney for Plaintiffs

DATED:   March 31, 2008, at Washington, D.C.

    <u>/s/ Barry A. Weiner</u>
    Barry A. Weiner
    Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663
    Telephone: (202) 305-0469
    Facsimile:  (202) 305-0274
    Email: barry.weiner@usdoj.gov