

**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND, PACIFIC REGION
HEADQUARTERS, UNITED STATES ARMY GARRISON, HAWAII
851 WRIGHT AVENUE, WHEELER ARMY AIRFIELD
SCHOFIELD BARRACKS, HAWAII 96857-5000

Office of the Commander

**Periodic Progress Report dated March 31, 2008**

## 1.0 INTRODUCTION

1.1 General. In its Order Setting Interim Injunction, dated December 29, 2006, the U.S. District Court for the District of Hawaii ordered the Army to undertake various mitigation measures related to training and construction projects associated with the Stryker Brigade Combat Team. The Court further ordered the Army to periodically report to the Court regarding their progress on certain of these measures. The Army has filed Periodic Reports on March 30, May 29 (limited to Range 11T), July 2, October 1, and December 31, 2007. As noted in our last report, mitigation measures have all been implemented at the SBCT Motor Pool and Range 11T. Thus, this report addresses only the East Range and Kahuku training areas.

## 2.0 STATUS (As of March 15, 2008 unless otherwise noted)

2.1 East Range (ER). Following is a description of work that has been completed and/or is on-going at ER since December 15, 2007. These locations are identified on the ER map at Attachment 1.

2.1.1 ER Road Sections 3 and 4. These sections of road have been completed. Road surfaces were either crowned, in-sloped, or out-sloped to direct runoff to discharge points. Drainage from trails has been redirected to non-point discharge areas at which drainage is enhanced with either settling basins to strip runoff of silt and sediment before groundwater infiltration or vegetated and armored take-off channels with energy dissipaters such as rock and/or vegetation. Where possible, discharges were established every 150 feet to avoid sheet flows turning into shallow concentrated flows. Bridges were scraped clean of mud and debris and measures to screen future runoff waters were implemented. Exposed slopes near discharge points and runoff entry zones were stabilized with erosion blankets and then hydro-seeded with mulch and grass seed. Finally, vegetative canopies were clipped back approximately 15 feet from either side of the trail where possible (exception was on cliff-sides where vegetation is needed to stabilize the ground) to allow more sunlight on the trail to insure drying and moisture reduction, and to minimize tree debris disposal.

2

2.1.2  The activity reported above completes required mitigation work for East Range. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this area unless there are relevant new developments.

2.2  Kahuku Training Area (KTA)  The activity reported in our December 31, 2007 Periodic report completed required mitigation work for KTA. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this area unless there are relevant new developments.

*For* [signature] *Bryan Jhung DGC*
Matthew T. Margotta
Colonel, U.S. Army
Commanding

Enclosure

2

2.1.2  The activity reported above completes required mitigation work for East Range. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this area unless there are relevant new developments.

2.2  Kahuku Training Area (KTA)  The activity reported in our December 31, 2007 Periodic report completed required mitigation work for KTA. Therefore, subject to contrary guidance from the Court, we do not intend to report further on this area unless there are relevant new developments.

For [signature] Bryan Jhung DGC
Matthew T. Margotta
Colonel, U.S. Army
Commanding

Enclosure

East Range Court Compliance
Prepared By ITAM/GIS
March 4, 2008

Section 1 Area #3
Section 1 Area #2
Section 1 Area #1
Area #1 from March Rpt
Section 7
Section 6
Section 4
Section 3
Section 5
Section 2

Scale 1:23,000
0  280  560  1,120  1,680  2,240 Meters

BOUNDARY
Engineer Training Area
Stop and Go Area
Mitigation In Progress
Mitigation Complete
Biannual Trail Maintenance
Area Identified for Mitigation

Figure 1