EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii
HARRY YEE       (3790)
THOMAS HELPER   (5676)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai`I  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: harry.yee@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
JAMES D. GETTE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-1461
Facsimile:  (202) 305-0274
Email: james.gette@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and PETE GEREN, Secretary of the United States Department of the Army,<br><br>    Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>NOTICE OF RECORD OF DECISION; and CERTIFICATE OF SERVICE |

## **NOTICE OF RECORD OF DECISION**

In its Order Setting Interim Injunction dated December 29, 2006, this Court instructed that the interim injunction "will remain in place until either Defendants have complied with the National Environmental Policy Act, or the parties return to this Court with changed circumstances, whichever occurs sooner." Docket No. 168 at 2.

Through this notice, Defendants ROBERT M. GATES, Secretary of United States Department of Defense and PETE GEREN, Secretary of the United States Department of the Army, hereby notify the Court and Plaintiffs that the Army has complied with the National Environmental Policy Act ("NEPA") in this matter.  On July 20, 2007, the Army released a draft environmental impact statement ("DEIS") for public review. In its DEIS, the Army examined alternative Army installations for the permanent stationing of the 2/25th Stryker Brigade Combat Team.  After consideration of public comments on the DEIS and multiple public meetings held in Hawaii, Alaska, and Colorado, the Army issued a final environmental impact statement ("FEIS") on February 15, 2008. After consideration of its environmental impact statement and public comments, the Department of the Army signed a Record of Decision for the permanent stationing of the 2/25th Stryker Brigade Combat Team on April 11, 2008.  A copy of the signed Record of Decision is attached as Exhibit 1.  As explained in the Record of Decision, Hawaii was selected as the location to

permanently station this unit.  This decision will be formally announced via publication of a Notice of Availability ("NOA") in the Federal Register on or about April 18, 2008.  Pursuant to 32 C.F. R. 651.14(b)(3)(viii), no actions in furtherance of this decision will occur prior to publication of the NOA in the Federal Register.

    Respectfully submitted this 15th day of April, 2008,

        EDWARD H. KUBO, JR. (2499)
        United States Attorney
        District of Hawaii
        HARRY YEE      (3790)
        THOMAS HELPER  (5676)
        Assistant United States Attorneys

        RONALD J. TENPAS
        Assistant Attorney General

By   /s/Barry Weiner
        BARRY A. WEINER
        JAMES D. GETTE
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Telephone: (202) 305-0469
        Facsimile:  (202) 305-0274
        Email: barry.weiner@usdoj.gov

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of United States Department of Defense; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, <br><br> Defendants. | CIVIL NO.04-00502 DAE BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the Defendants' Notice of Record of Decision dated April 15, 2008 was served electronically on the following at his last known address:

    David Henkin      dhenkin@earthjustice.org

    Isaac H. Moriwake   imoriwake@earthjustice.org

    Attorney for Plaintiffs

DATED:   April 15, 2008, at Washington, D.C.

                              /s/ Barry A. Weiner
                              Barry A. Weiner
                              Trial Attorney
                              United States Department of Justice

```
                        Environment & Natural Resources
                        Division
                        Natural Resources Section
                        P.O. Box 663
                        Washington, D.C.  20044-0663
                        Telephone: (202) 305-0469
                        Facsimile:  (202) 305-0274
                        Email: barry.weiner@usdoj.gov
```