# Record of Decision

# Permanent Stationing of the 2/25th Stryker Brigade Combat Team

Prepared For

Headquarters, Department of the Army
Washington, DC



Prepared By

U.S. Army Environmental Command
Aberdeen Proving Ground, Maryland



March 2008



**Contents.**

1.0 Background — 2

2.0 Purpose and Need — 3

3.0 Proposed Action and Alternatives — 4

4.0 Decision — 17

5.0 Rationale for the Decision — 18

6.0 Public Involvement — 20

7.0 Environmental Consequences — 23

8.0 FEIS Updates — 26

9.0 Mitigation Measures — 26

10.0 Contact Information — 27

# RECORD OF DECISION FOR THE PERMANENT STATIONING OF THE 2/25TH STRYKER BRIGADE COMBAT TEAM

## 1.0 BACKGROUND

The Department of the Army (Army) has embarked on a 30-year process to transform its forces. This transformation includes the modernization of its doctrine, organizational structure, training, leadership, equipment, facilities, business processes, and virtually every component of its operations. As part of this overall transformation effort, the Army has decided to transition to a modular force structure. Organizationally, this means a transition of the Army from large, fixed organizations constituted at the Division level (10,000 to 12,000 personnel) to an Army designed around smaller, standardized, self-contained, rapidly deployable Brigade Combat Teams (BCTs). As part of this transformation the Army initially developed and fielded the Stryker Brigade Combat Team (SBCT). The development and fielding of the SBCT was the Army's first step taken to upgrade its operational capabilities and modernize its force structure in response to a changing global security environment.

In April 2002, the Army completed an Environmental Impact Statement (EIS) for Army transformation. Decisions made in the Record of Decision (ROD) following this EIS included creation of an interim force tailored for force requirements in the future strategic environment. The 2nd Brigade, 25th Infantry Division (Light) (2/25th ID (L)) was designated in this EIS as one of the units to transform to a Stryker Brigade Combat Team.

In May 2004, the Army released the Final EIS (FEIS) for Transformation of the 2nd Brigade, 25th Infantry Division (Light), (referred to throughout this document as the 2/25th ID (L)), to an SBCT. The SBCT is a maneuver brigade that includes approximately 4,105 Soldiers (infantry, artillery, engineers, and other Army specialties) and 905 vehicles (including about 317 Strykers). In July 2004, the Army released a ROD documenting its decision to transform the 2/25th in place to an SBCT and home station it permanently in Hawaii.

The SBCT must have the proper training and support facilities at home station; such facilities include training ranges; housing, administrative, and quality of life infrastructure for the SBCT's Soldiers and their Families; and maintenance infrastructure for vehicles and equipment. In addition, the SBCT requires adequate training space to support its increased maneuver capabilities. Without these resources, the SBCT cannot attain the readiness levels needed to ensure the successful deployment as a joint force that is capable of meeting its national defense and security missions.

The 2/25th began its transformation to an SBCT shortly after completion of the 2004 FEIS and signing of the ROD to proceed with the transformation. In October of 2006, the U.S. Court of Appeals for the Ninth Circuit determined that the Army had not fully complied with the National Environmental Policy Act (NEPA) for the transformation of the 2/25th because it did not adequately address or analyze potentially reasonable alternative locations for the transformation and training of this unit. In particular, the Court concluded that the Army had a duty under NEPA to consider locations other than Hawaii for the permanent stationing of the 2/25th SBCT, and the Court directed the Army to prepare a supplemental EIS (SEIS) to address a full range of alternatives.

The Court permitted the Army to continue specified equipment fielding and limited training to prepare the SBCT for deployment in late 2007. By November 2007, the Brigade had completed almost

*Record of Decision*

all equipment fielding as an SBCT unit and had completed those training tasks in Hawaii permitted by Court ruling. The unit completed the rest of its training certifications during an extended training rotation at the National Training Center (NTC) at Fort Irwin, California and the Southern California Logistics Area. The SBCT has deployed from Hawaii to meet the ongoing operational requirements and it is scheduled to return to a permanent station in early 2009.

The Army prepared an SEIS in accordance with the Court's guidance to examine a broader range of reasonable alternatives for the Proposed Action of permanently stationing the 2/25th SBCT and published the FEIS in February 2008. The FEIS examines alternative Army installations capable of supporting the permanent stationing of the 2/25th SBCT. The FEIS incorporates the 2004 EIS and examines whether there have been changes in impacts, the Proposed Action, and the affected environment since the original EIS was prepared. The FEIS provides the Army senior leadership with a hard look at environmental impacts associated with selecting a home station for the 2/25th SBCT and it better informs the decision-making process for selecting the final stationing location. This effort includes analysis of all activities (equipment fielding, training, facilities construction, and Soldier and Family support) required to station the 2/25th permanently. The FEIS assisted the Army in arriving at a decision for the permanent stationing of the SBCT in a location that can accommodate the Brigade's training and quality of life requirements while meeting the strategic needs and national security requirements of the United States.

## 2.0 PURPOSE AND NEED

### 2.1 Purpose of the Proposed Action

The purpose of the Proposed Action is to station the 2/25th SBCT permanently at an installation that is able to meet the SBCT's training, Soldier and Family quality of life, and operational and strategic requirements. The installation must be capable of providing adequate training ranges for maneuver and live-fire training. The installation must also be able to provide the support infrastructure necessary to provide a high quality of life for Soldiers and their Families and support garrison-based operations of the SBCT. In addition, the stationing action must provide for the National Security requirements outlined in the National Security Strategy (NSS), the National Defense Strategy (NDS), and Quadrennial Defense Review (QDR) and provide the necessary strategic response capabilities to satisfy national security requirements and obligations.

### 2.2 Need for the Proposed Action

The need for permanently stationing the 2/25th SBCT centers on five primary areas of need that require the Army to take action. These areas of need are:

- adhering to national security and defense policy,
- furthering Army Transformation as directed by these policies,
- meeting training and operational requirements for the SBCT,
- providing for Soldier and Family quality of life requirements, and
- meeting strategic requirements to ensure adequate defense assets can be deployed in a timely manner to support national and regional security requirements.

As discussed in the FEIS, these areas of need are all explicitly or implicitly addressed throughout the guiding national security and defense policy documents and are non-discretionary elements of Army decision making for the permanent stationing of the 2/25th SBCT.

*Record of Decision*

# 3 PROPOSED ACTION AND ALTERNATIVES

## 3.1 Proposed Action

The Army's Proposed Action is to home station the 2/25th permanently in a location that meets national security and defense policy guidance, furthers Army transformation, provides for SBCT training and operational requirements, provides a high quality of life for the 2/25th Soldiers and their Families, and facilitates the rapid deployment of the SBCT to uphold U.S. security objectives and interests.

The 2/25th SBCT, with more than 4,100 Soldiers, 3,500 Family members, 905 vehicles, and all accompanying equipment, has considerable facilities requirements for conducting garrison administrative, training, and maintenance operations. Garrison operations and training ensure the successful preparation of the unit for operational deployment. These operations and supporting facilities are an integral component for implementing the Army's Proposed Action. Critical facilities for the 2/25th SBCT include office space, housing, parking and maintenance space, modernized training infrastructure, and the maneuver space to rehearse unit training tasks. In addition to these facilities, the 2/25th SBCT would require schools, medical, recreational, shopping, and other quality of life facilities.

The U.S. District Court allowed the 2/25th to complete its transformation and conduct the training necessary to prepare the Brigade for its current deployment. The brigade has deployed to Iraq and will return from that deployment in early 2009.

## 3.2 Alternatives

The Army evaluated its needs for stationing the 2/25th SBCT and developed screening criteria to narrow the field of installations to those capable of supporting these needs. The screening criteria include availability by early 2009 of training infrastructure, maneuver-training land, and garrison support infrastructure; installation mission compatibility with SBCT stationing; and ability to support strategic deployment requirements and considerations. These screening criteria were applied to the full range of alternatives to determine the installation locations that meet the five primary areas of need for the implementation of the Proposed Action. The Army did not arbitrarily exclude or eliminate any potential alternatives from consideration in its assessment of alternatives for permanently stationing the 2/25th. The Army began the alternative identification process with approximately 140 installations (160 separate sites), and through the process described in Chapter 2 of the FEIS, determined three installations to be reasonable alternatives that met all of the screening criteria. The reasonable alternatives for permanently stationing the 2/25th SBCT are installations in Hawaii, Colorado, and Alaska. Consequently, four alternatives were analyzed in detail:

- Alternative A — Permanently station the 2/25th SBCT at Schofield Barracks Military Reservation (SBMR), Hawaii while conducting required training at military training sites in Hawaii;
- Alternative B — Permanently station the 2/25th SBCT at Fort Richardson, Alaska while conducting required training at military training sites in Alaska and replacing the SBCT in Hawaii with the 4/25th IBCT from Alaska;
- Alternative C — Permanently station the 2/25th SBCT at Fort Carson, Colorado while conducting required training at military training sites in Colorado and replacing the SBCT in Hawaii with the 4/4th IBCT from Colorado; and
- Alternative D — No Action Alternative.

*Record of Decision*

## 3.3 Alternative A

This is the Army's selected alternative. Under this alternative, the Army will permanently home station the 2/25th SBCT in Hawaii. This alternative will include all of the activities needed to implement the Proposed Action, including the training, garrison operations, deployment, Soldier and Family quality of life, and other needs for meeting the requirements of the 2/25th SBCT. The 2/25th SBCT will be stationed at SBMR and will conduct garrison operations at this location. SBMR includes Schofield Barracks Main Post (SBMP), South Range Acquisition Area (SRAA), and Schofield Barracks East Range (SBER). Training will be conducted at Dillingham Military Reservation (DMR), Kahuka Training Area (KTA), Kawailoa Training Area (KLOA), and Wheeler Army Airfield (WAAF) on Oahu. On the Island of Hawaii, the SBCT will train at Pohakuloa Training Area (PTA), West PTA Acquisition Area (WPAA), and Bradshaw Army Airfield (BAAF). These training resources include an assortment of live-fire and non-live-fire maneuver training facilities, fixed-position live-fire training facilities, infantry and engineer demolition training facilities, grenade training facilities, and an urban assault course (UAC). Attainment of operational readiness by the 2/25th SBCT is not dependent on the use of Makua Military Reservation (MMR). While the MMR is an integral part of US Army Garrison-Hawaii (USAG-HI) training capabilities and historically used by other services, the units of the 2/25th could perform dismounted live-fire training at other ranges. The SBCT may use MMR if the range is available following completion of the MMR Live Fire EIS and ROD.

**Table 1** provides a list of construction projects that were in the 2004 EIS and will be used as part of the implementation of Alternative A. In order to maintain its combat readiness and support operational requirements, the 2/25th SBCT must have the appropriate training facilities and ranges available for use following the unit's return from deployment. The combination of existing facilities and those whose construction will be begin subsequent to the issuance of the ROD will combine to provide the infrastructure for the 2/25th to meet its stationing, operational, and training requirements. Projects that have not already been completed will be completed and used by the 2/25th and other Army units as part of this alternative. Two projects were cancelled since 2004 and are no longer needed.

The FEIS and discussion of environmental and socioeconomic impacts in Chapter 5 of the FEIS supplements and updates the analysis presented in the 2004 FEIS for the Transformation of the 2/25th ID (L). The 2004 EIS covered activities that supported both Army-wide organizational transformation and the permanent stationing of the 2/25th SBCT in Hawaii. Many of the cantonment and training infrastructure construction projects that were analyzed in the 2004 EIS, however, were not facilities required solely by the stationing of the SBCT. The special focus of analysis presented in the FEIS was to provide comparative analysis of those projects that are specifically required to support the stationing of the SBCT. Nevertheless, the FEIS looks at the affected environment and anticipated impacts for all projects listed in the 2004 EIS. **Table 1** provides a list of projects from the 2004 EIS and an update on their status. It also shows those projects required in USAG-HI that are required because of the stationing of the SBCT.

**Table 1 Summary and Status of Projects Analyzed in the 2004 EIS for the Transformation of the 2/25th ID (L)**

| Facility[1] | Location | Status | SBCT Specific[2] |
|---|---|---|---|
| UAC and Training Facilities | SBMR | Complete | |
| Virtual Fighting Training Facility | SBMR | Cancelled | |
| Range Control Facility | SBMR | Not Started (enjoined[3]) | |
| Battle Area Complex (BAX) | SBMR | Unexploded Ordinance (UXO) clearance mostly complete (enjoined[3]) | ✓ |
| Motor Pool – Parking and Maintenance Shops | SBMR | To be completed in March 2008 | |
| Motor Pool – Deployment Warehouse | SBMR | Not Started (enjoined[3]) | |

*Record of Decision*

| | | | |
|---|---|---|---|
| Tactical Vehicle Wash Facility | SBER | Complete | |
| Fixed Tactical Internet | SBMR | Complete | |
| SRAA | SBMR | Complete | |
| Multipurpose Qualification Training Range, McCarthy Flats (QTR 1) | SBMR | Complete | |
| Multipurpose Qualification Training Range, South Range Acquisition Area (QTR 2) | SBMR | 80% Complete (enjoined[3]) | |
| Multiple Deployment Facility | WAAF | Complete | |
| Upgrade Airfield for C-130 Aircraft | WAAF | Not Started (enjoined[3]) | |
| Land-Easement/Construct Road SBMR/DMR | DMR | Not Started (enjoined[3]) | ✓ |
| Tactical Vehicle Wash Facility | KTA | Not Started (enjoined[3]) | |
| Combined Arms Collective Training Facility (CACTF) | KTA | UXO clearance complete (enjoined[3]) | |
| Road Construction, SBMR to Helemano | | On Hold (enjoined[3]) | ✓ |
| Land Easement, SBMR to Helemano | | On Hold (enjoined[3]) | ✓ |
| BAX | PTA | UXO clearance complete (enjoined[3]) | ✓ |
| Anti-armor Live-fire and Tracking Range | PTA | Not Started (enjoined[3]) | |
| Land Easement for Military Vehicle Trail, PTA-Kawaihae | PTA | Not Started (enjoined[3]) | |
| Ammunition Storage | PTA | Not Started (enjoined[3]) | ✓ |
| Tactical Vehicle Wash Facility | PTA | On Hold (enjoined[3]) | |
| WPAA | PTA | Complete | |
| Range Maintenance Facility | PTA | Not Started (enjoined[3]) | ✓ |
| Runway Upgrade/Extension, BAAF | PTA | Cancelled | |
| Fixed Tactical Internet | PTA | Complete | |
| Installation Information Infrastructure Architecture | PTA | Partially Complete (enjoined[3]) | |

[1] Projects from Table 2-4 of the 2004 Transformation FEIS.
[2] Checked projects are unique to the 2/25th SBCT. Unchecked projects are needed for all units stationed in Hawaii.
[3] Enjoined means that the U.S District Court's 2006 decision enjoined the Army from engaging in design, construction, or use of the project.
[4] An on hold project is a project that USAG-HI would have started in 2007 had the project not been enjoined.

To implement the Proposed Action, USAG-HI will not undertake any additional cantonment facilities construction to provide for the requirements of the 2/25th SBCT. Currently, SBMR has critical facilities available to support the stationing of the 2/25th SBCT, including office space, housing, and parking and maintenance space. Adequate schools, medical, recreational, shopping, and other quality of life facilities are available for Soldiers and Families of the 2/25th SBCT in Hawaii.

To implement the Proposed Action, the SBCT will use new and existing live-fire ranges and firing points to satisfy its training requirements. Use of ranges, such as QTR 2 on the SRAA, the CACTF at KTA and BAXs (SBMR and PTA), will be required to support the 2/25th SBCT. This training use is consistent with what was proposed under the 2004 Transformation EIS. At a minimum, all Soldiers in the 2/25th SBCT will qualify on individual and crew/vehicle weapons at least twice per year. In addition, platoons and companies of the 2/25th will conduct collective live-fire training exercises on firing ranges to ensure they have rehearsed and coordinated battle procedures and are prepared to deploy to support combat operations.

Although a majority of the weapons systems and munitions will be the same, the level of live-fire training activity and number of rounds fired will increase under this alternative. The 2/25th ID (L) was authorized to fire approximately 7 million rounds of munitions prior to its transformation. The 2/25th SBCT is authorized to fire just over 13 million rounds of training ammunition annually to conduct its live-fire qualifications. A vast majority of this ordnance is small arms rifle and machine gun ammunition used for the weapons qualification of Soldiers on their individual and crew served weapons that are fired at designated live-fire training facilities.

The stationing of the 2/25th SBCT will involve an increase in the amount and scale of maneuver training that takes place in Hawaii. To fully implement the maneuver training of the 2/25th in Hawaii, the SBCT will need to train and access parcels of land acquired or otherwise used to support its increased requirements. The 2/25th SBCT will require the use of Dillingham Trail that would need to be widened and upgraded to support the SBCT so that its units can access training ranges of DMR using this trail system instead of public roads. The 2/25th SBCT will require the use of the Helemano Trail to minimize impacts to traffic on public roads. In addition, the SBCT and other units will require use of the WPAA to provide for maneuver training and the use of the SRAA to conduct training range qualification and limited, primarily on-road, maneuver training. The PTA Kawaihae trail will also be needed by the SBCT and other military units to provide military vehicle access to PTA while minimizing impacts to traffic on public roads.

The 2/25th SBCT will execute the full range of doctrinally required maneuver training tasks at designated training sites in Hawaii in order to implement the Proposed Action fully under this alternative. To do this the SBCT is anticipated to execute 104,898 Maneuver Impact Miles (MIMs) of maneuver training equivalents. A detailed definition of MIMs is provided in the Final EIS. The frequency of maneuver training events at Oahu maneuver training areas is anticipated to increase by around 25 percent. The frequency of use of PTA is anticipated to increase by 10 to 15 percent with the stationing of the 2/25th SBCT in Hawaii.

## 3.4 Alternative B

Under this alternative, the Army would permanently home station the 2/25th SBCT at Fort Richardson, Alaska. The 2/25th SBCT would arrive at Fort Richardson early in 2009 upon completion of its deployment. The 2/25th SBCT would conduct all activities needed to support the Proposed Action at Fort Richardson. Because of the limited availability of training land within the boundaries of Fort Richardson, unit maneuvers and live-fire collective training events above the platoon level would primarily occur at Donnelly Training Area (DTA). As part of this alternative, the modular 4/25th Infantry BCT (IBCT) (Airborne), referred to, as the 4/25th throughout this document, would be re-stationed in Hawaii as part of a coordinated exchange of units.

The stationing of the 2/25th SBCT in Alaska would result in a net increase 567 Soldiers at Fort Richardson. Major differences between the modular 4/25th and the 2/25th SBCT in their equipment include approximately 317 Stryker vehicles, increased numbers of indirect fire systems to include 12 additional 155-mm cannon, 36 120-mm Mortars, and 27 105-mm direct fire cannon systems mounted on the Stryker Mobile Gun System (MGS).

In order to accommodate the stationing of the 2/25th SBCT in Alaska, the Army would construct two additional firing ranges at Fort Richardson; a multi-purpose machine gun range and a UAC. The 2/25th SBCT could leverage the use of a BAX that is currently being constructed at DTA.

The 2/25th SBCT would conduct semi-annual individual weapons qualifications at Fort Richardson and DTA on new and existing live-fire ranges to satisfy its training requirements. In addition, platoons and companies of the 2/25th SBCT would conduct collective live-fire training exercises on firing ranges to ensure they have rehearsed and coordinated battle procedures and are prepared to deploy to support wartime operations.

Although a majority of the weapons systems and munitions would be the same when comparing munitions use of the 4/25th and that of the 2/25th SBCT under Alternative B, the level of live-fire training activity and number of rounds fired would increase in Alaska under this alternative. The 2/25th SBCT is authorized to fire just over 13 million rounds of training ammunition annually in comparison to the 4/25th's allocation to fire approximately 6.9 million rounds of training ammunition annually. A vast