DAVID L. HENKIN          #6876
ISAAC H. MORIWAKE        #7141
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ʻĪLIOʻULAOKALANI COALITION, a ) <br> Hawaiʻi nonprofit corporation; NĀ ʻIMI ) <br> PONO, a Hawaiʻi unincorporated ) <br> association; and KĪPUKA, a Hawaiʻi ) <br> unincorporated association, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, Secretary of ) <br> Defense; and JOHN McHUGH, ) <br> Secretary of the United States ) <br> Department of the Army, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 04-00502 DAE BMK <br><br> [PROPOSED] JUDGMENT IN A <br> CIVIL CASE |

        This action came for hearing before the Court.  The issues have been heard

and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to this Court's "Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendants' Cross Motion for Summary Judgment," filed April 25, 2005, as modified by the Ninth Circuit's Opinion filed October 5, 2006, as follows:

1.  Judgment is entered in favor of Plaintiffs as to Count One of Plaintiffs' First Amended Complaint; and

2.  Judgment is entered in favor of Defendants as to Counts Two and Three of Plaintiffs' First Amended Complaint.

DATED: _____.


_____
CLERK

2