<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date, a copy of the foregoing document was duly served as follows:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| THOMAS A. HELPER<br>Assistant U.S. Attorney | tom.helper@usdoj.gov |
| HARRY YEE<br>Assistant U.S. Attorney | harry.yee@usdoj.gov |
| BARRY A. WEINER<br>Trial Attorney<br>U.S. Department of Justice | Barry.Weiner@usdoj.gov |

DATED:  Honolulu, Hawai`i, October 7, 2009

/s/ David L. Henkin
DAVID L. HENKIN
ISAAC H. MORIWAKE
Attorneys for Plaintiffs