FLORENCE T. NAKAKUNI (2286)       JOHN C. CRUDEN
United States Attorney            Acting Asst. Attorney General
District of Hawai`I               BARRY A. WEINER
HARRY YEE       (3790)            JAMES D. GETTE
Asst. United States Attorney      Trial Attorneys
Room 6-100, PJKK Federal Bldg.    U.S. Department of Justice
300 Ala Moana Boulevard           Environment & Natural Res. Div
Honolulu, Hawai`I  96850          Natural Resources Section
Telephone: (808) 541-2850         P.O. Box 663
Facsimile: (808) 541-3752         Washington, D.C.  20044-0663
Email: harry.yee@usdoj.gov        Telephone: (202) 305-0469
                                  Facsimile:  (202) 305-0274
                                  Email: Barry.Weiner@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ILIO'ULAOKALANI COALITION, a Hawaii, nonprofit corporation; NA'IMI PONO, a Hawaii unincorporated association; and KIPUKA, a Hawaii unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of United States Department of Defense; and JOHN McHUGH,[1] Secretary of the United States Department of the Army,<br><br>Defendants. | CIVIL NO.04-00502 DAE BMK<br><br>DEFENDANTS' NOTICE OF LODGING PROPOSED ORDER; PROPOSED ORDER; and CERTIFICATE OF SERVICE |

---

[1] Pete Geren, former Secretary of the United States Department of the Army, has been replaced by John McHugh as Secretary.  Mr. McHugh is, therefore, automatically substituted for Mr. Geren pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

NOW COME the Defendants, ROBERT M. GATES, Secretary of the United States Department of Defense; and John McHugh, Secretary of the United States Department of the Army, pursuant to the Court's Order to Show Cause entered September 23, 2009, and lodge the attached [Proposed] Order of Judgment.

Respectfully submitted this 30th day of October 2009,

>FLORENCE T. NAKAKUNI
>U.S. Attorney
>HARRY YEE, Assistant U.S. Attorney
>Room C-242, U.S. Courthouse
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>(808) 440-9290
>
>JOHN C. CRUDEN
>Acting Assistant Attorney General
>
> /s/ Barry A. Weiner
>BARRY A. WEINER
>JAMES D. GETTE
>Trial Attorneys
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, D.C.  20044-0663
>Telephone:    202-305-0469
>Fax:     202-305-0274
>
>Attorneys for Defendants

Of Counsel:

Robert M. Lewis
Attorney
Army Environmental Law Division
901 North Stuart Street, Suite 400
Arlington, VA 22203
Telephone: (703) 696-1567
Fax: (703) 696-2940

Mark J. Katkow  
Attorney  
Office of the Staff Judge Advocate  
25th Infantry Division (Light) & USARHAW  
Building 718  
Fort Shafter, HI  96858

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the **DEFENDANTS' NOTICE OF LODGING PROPOSED ORDER** was filed electronically through the Court's electronic case filing (ECF) system on October 30, 2009.  Notice of this filing will be sent to the following counsel of record by operation of the Court's ECF system.


David L. Henkin, Esq.
Earthjustice
223 S. King Street, Suite 400
Honolulu, Hawaii 96813

                                                    /s/ Barry A. Weiner
                                                    BARRY A. WEINER